IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ST. PAUL MERCURY INSURANCE COMPANY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MALY YAN, )<br>)<br>Defendant. ) | Case No. 05-0022 (KAJ) |

### STIPULATED BRIEFING SCHEDULE

WHEREAS on February 3, 2005, the Plaintiff served its Complaint for Declaratory Judgment upon the Defendant by registered mail pursuant to DEL. CODE ANN. tit. 10, § 3104 and D. Del. LR 4.1; and

WHEREAS on or about February 22, 2005, the Defendant filed a Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(7);

WHEREAS the Plaintiff thereafter requested and the Defendant agreed to an extension of time in which the Plaintiff must respond to the motion;

WHEREFORE the parties respectfully request that the Court enter the following briefing schedule: the Plaintiff shall respond to the Motion to Dismiss on or before March 18, 2005, and the Defendant shall file its reply, if any, on or before April 1, 2005.

BIFFERATO, GENTILOTTI & BIDEN

/s/ Joseph K. Koury
Vincent A. Bifferato, Sr. (#00057)
Ian Connor Bifferato (#3273)
Joseph R. Biden, III (#4203)
Joseph K. Koury (#4272)
1308 Delaware Avenue, P.O. Box 2165
Wilmington, DE 19899
(302) 429-1900

-and-

POTTER, CARMINE, LEONARD & AARONSON

/s/ Stephen B. Potter
Stephen B. Potter (#298)
840 N. Union Street
P.O. Box 514
Wilmington, DE 19899
(302) 658-8940

-and-

| | |
|---|---|
| Francis J. Deasey, Esq. | H. Leon Aussprung, III, Esq. |
| Deasey, Mahoney & Bender, Ltd. | Kline & Specter, P.C. |
| 1800 John F. Kennedy Blvd., Suite 1300 | 1525 Locust Street, 19th Floor |
| Philadelphia, PA 19103-2978 | Philadelphia, PA 19102 |
| (215) 587-9400 | (215) 772-1000 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

SO ORDERED this ____ day of _____, 2005

_____
Kent A. Jordan
United States District Judge