## CERTIFICATE OF SERVICE

I, Joseph K. Koury, hereby certify this 1st day of March, 2005, that copies of the foregoing *Stipulated Briefing Schedule* were caused to be served upon the following in the manner indicated:

**BY HAND**
Stephen B. Potter, Esq.
Potter, Carmine, Leonard & Aaronson
840 N. Union Street
Wilmington, DE 19806

**BY MAIL**
H. Leon Aussprung, III, Esq.
Kline & Specter, P.C.
1525 Locust Street, 19th Floor
Philadelphia, PA 19102

BIFFERATO, GENTILOTTI & BIDEN

_____
Joseph K. Koury (#4272)
1308 Delaware Avenue
P.O. Box 2165
Wilmington, DE 19899
(302) 429-1900