# EXHIBIT B

Case 1:05-cv-00022-MPT    Document 10-4    Filed 03/17/2005    Page 1 of 4

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ST. PAUL MERCURY INSURANCE COMPANY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MALY YAN, )<br>)<br>Defendant. ) | Case No. 05-0022 (KAJ) |

## STIPULATED BRIEFING SCHEDULE

WHEREAS on February 3, 2005, the Plaintiff served its Complaint for Declaratory Judgment upon the Defendant by registered mail pursuant to DEL. CODE ANN. tit 10, § 3104 and D. Del LR 4.1; and

WHEREAS on or about February 22, 2005, the Defendant filed a Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(7);

WHEREAS the Plaintiff thereafter requested and the Defendant agreed to an extension of time in which the Plaintiff must respond to the motion;

WHEREFORE the parties respectfully request that the Court enter the following briefing schedule: the Plaintiff shall respond to the Motion to Dismiss on or before March 18, 2005, and the Defendant shall file its reply, if any, on or before April 1, 2005

BIFFERATO, GENTILOTTI & BIDEN

/s/ Joseph K. Koury
Vincent A. Bifferato, Sr (#00057)
Ian Connor Bifferato (#3273)
Joseph R Biden, III (#4203)
Joseph K. Koury (#4272)
1308 Delaware Avenue, P O Box 2165
Wilmington, DE 19899
(302) 429-1900

-and-

POTTER, CARMINE, LEONARD & AARONSON

/s/ Stephen B. Potter
Stephen B. Potter (#298)
840 N. Union Street
P.O. Box 514
Wilmington, DE 19899
(302) 658-8940

-and-

Francis J. Deasey, Esq.
Deasey, Mahoney & Bender, Ltd.
1800 John F. Kennedy Blvd., Suite 1300
Philadelphia, PA 19103-2978
(215) 587-9400

*Attorneys for Plaintiff*

H. Leon Aussprung, III, Esq
Kline & Specter, P.C.
1525 Locust Street, 19th Floor
Philadelphia, PA 19102
(215) 772-1000

*Attorneys for Defendant*

SO ORDERED this ____ day of _____, 2005

_____
Kent A. Jordan
United States District Judge

## CERTIFICATE OF SERVICE

I, Joseph K. Koury, hereby certify this 1st day of March, 2005, that copies of the foregoing *Stipulated Briefing Schedule* were caused to be served upon the following in the manner indicated:

**BY HAND**
Stephen B. Potter, Esq.
Potter, Carmine, Leonard & Aaronson
840 N. Union Street
Wilmington, DE 19806

**BY MAIL**
H. Leon Aussprung, III, Esq.
Kline & Specter, P.C.
1525 Locust Street, 19th Floor
Philadelphia, PA 19102

BIFFERATO, GENTILOTTI & BIDEN

Joseph K. Koury (#4272)
1308 Delaware Avenue
P.O. Box 2165
Wilmington, DE 19899
(302) 429-1900