# EXHIBIT G

---

YAN THOU, ET AL  -vs-  MALY YAN

IN THE COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY
FIRST JUDICIAL DISTRICT OF PENNSYLVANIA
CIVIL TRIAL DIVISION

YAN THOU, Individually and as    :    JUNE TERM, 2003
Administrator of the Estates     :
of Geurn Mam, Deceased, and      :
NAVY YAN, Deceased, and          :
CHAN YAN and THUA SON and        :
CHIEU THI HUYNH                   :
                                  :
           VS                     :
                                  :
MALY YAN                          :    NO. 1508

- - -

Friday, January 14, 2005

COURTROOM 653
CITY HALL
PHILADELPHIA, PENNSYLVANIA

BEFORE:  THE HONORABLE SANDRA MAZER MOSS, J.,

- - -

NON-JURY TRIAL

---

YAN THOU, ET AL  -vs-  MALY YAN

APPEARANCES:

KLINE & SPECTER, P.C.
BY:  JOSHUA VAN NAARDEN, ESQUIRE
     JONATHAN M. COHEN, ESQUIRE
The Nineteenth Floor
1525 Locust Street
Philadelphia, PA 19102
Counsel for Plaintiffs Yan Thou, Chan
Yan, Thua Son and Chieu Thi Huynh

GEROLAMO, McNULTY, DIVIS & LEWBART, P.C.
BY:  KEVIN R. McNULTY, ESQUIRE
Suite 630
1401 Walnut Street
Philadelphia, PA 19102
Counsel for Defendant Maly Yan

Also Present:

Stephan Matanovic, Esquire
Golumb & Honik

Richard S. Margulies, Esquire
Christie, Pabarue

Chin Hay Kho, The Interpreter

---

3

YAN THOU, ET AL  -vs-  MALY YAN

I N D E X

WITNESSES                     DIRECT    CROSS    RD    RC

CHAN YAN
   By Mr. Van Naarden            24       --      --    --

YAN THOU
   By Mr. Cohen                  31       --      --    --


E X H I B I T S

NO.                                          PAGE NO.

P-1      police report                           8
P-2      expert report                          20
P-2A     CV                                     23
P-3      photographs                            25
P-4      photograph                             34
P-5      photographs                            38
P-6A-E   expert reports                         41
P-6F     CV                                     43
P-7      report                                 45
P-7A-D   expert reports                         45
P-7E     CV                                     45
P-8      expert report                          46
P-8A     CV                                     46
P-9A-K   photographs                            47

---

4

YAN THOU, ET AL  -vs-  MALY YAN

THE COURT:  Okay.  You may begin

MR. VAN NAARDEN:  Good morning, Your Honor.  My name is Joshua Van Naarden, and I am also here with Jonathan Cohen on behalf of the plaintiffs

Before I begin, I would also like to point out there is a language barrier as well with our clients, and there is a Cambodian interpreter here, a different one, who's ready to prepare to translate for them.

THE COURT:  Okay.

MR. VAN NAARDEN:  This case is basically at its core about a family torn apart by an accident that occurred on June 18th of 2001.  It happened when the defendant, Maly Yan, was transporting 19 people from a factory in Delaware, called Pack and Process, for which their counsel is sitting here in the courtroom today

She was travelling from the factory at around a little after 4:00, back to Philadelphia, in the vehicle with the plaintiffs, in addition to other people working at the factory.

---

YAN THOU, ET AL -vs- MALY YAN

The relationship between the
defendant and the plaintiff is such that Maly
Yan is the daughter of Yan Thou, who was in the
car. She also had her brother in the car, and
her mother, Oeurn Mam. Her sister and
sister-in-law were in the car as well. So it
was really her whole family inside that car.

As they were travelling northbound on
Interstate 495, approximately two miles south
of Philadelphia, they came across a Motiva
owned tanker. Motiva also has a representative
here for the record. As she went to pass the
Motiva tanker, she lost control of the vehicle,
slammed into the tanker, ricocheted off the
tanker, went over the median, and it rolled
over two or three times, eventually resting on
the southbound side of Interstate 495, and,
along the way, throwing many of the occupants
out of the vehicle.

THE COURT:   Were they wearing seat
belts?

MR. VAN NAARDEN:   Some of them were
wearing seat belts, some of them were not.

Two of the passengers -- two of the

---

YAN THOU, ET AL -vs- MALY YAN

plaintiffs, who actually aren't here today, who
passed away as a result of the accident, were
thrown out of the vehicle.

THE COURT:   Were they wearing seat
belts?

MR. VAN NAARDEN:   Both of them were
not wearing seat belts.

Navy Yan, who was a 16-year-old, and
was his first day working at Pack and Process,
he was thrown partially out of the vehicle.
And Oeurn Mam, who is the mother of this
family, was totally ejected from the vehicle.

THE COURT:   And they were killed?
MR. VAN NAARDEN:   Both of them were
killed.

Oeurn Mam, who is the mother,
survived a little bit and was taken to
Christiana Hospital, and she passed away at the
hospital. Navy Yan survived for a little bit
after the accident, but died on the scene.

The evidence presented in this case
today, mostly by way of stipulation, is going
to prove three things:  One, that Maly Yan had
a duty, she had an obligation to keep control

---

7

YAN THOU, ET AL -vs- MALY YAN

of her vehicle, and to keep a lookout for other
vehicles on the road; and that she failed to
provide and to ensure the safety of the
passengers of that car; she failed to use
ordinary care that a reasonably prudent person
would have used in that situation.

The second thing the evidence is
going to show, Your Honor, is causation; the
fact that it was Maly Yan in connection with
other parties involved in this action, in
conjunction with the Motiva tractor trailer as
well, that caused this accident. But she was a
substantial factor in causing the harm and the
accident in this case.

And finally, the bulk of the live
testimony in this case is going to be geared
toward the damages; the fact that this family
literally and figuratively was ripped apart. A
16-year-old son, brother, brother-in-law,
passed away as a result of this accident.
Also, a mother, the matriarch of this whole
family, unfortunately also passed away as a
result of this accident. And as you'll hear
from the plaintiffs who are living, each of

---

8

YAN THOU, ET AL -vs- MALY YAN

them have sustained severe mental, emotional,
and economic damages as a result of this
accident on June 18, 2001. And with that said,
plaintiffs are ready to proceed with our case,
by way of stipulation, with both counsel.

THE COURT:   Okay. You may proceed.
MR. VAN NAARDEN:   First, I would like
to draw the Court's attention to -- and I can
mark this as Plaintiff's Exhibit 1 into
evidence -- the police report from the Delaware
State Police; Delaware State Police Sergeant
Matthew E. Cox. He is the Delaware State
Police Officer who conducted the investigation
after this accident, this event. And he
actually did a accident reconstruction of the
scene.

And I have, for the Court's benefit,
tabbed and highlighted portions of the
record -- of the documents that I would like to
read in for Your Honor.

COURT CRIER:   P-1, Your Honor.
(Whereupon Exhibit P-1 was marked for
identification.)

MR. VAN NAARDEN:   If Sergeant Cox

YAN THOU, ET AL -vs- MALY YAN

1

2  were here, he would testify -- and I would
3  direct the Court's attention to the first tab.
4  And I can actually have a copy for defense
5  counsel as well.
6          And the first tab, which is denoted
7  by "facts," talks about the fact that, first of
8  all, the accident occurred during daylight
9  hours under sunny conditions. It goes on to
10  talk about how this accident occurred. And if
11  Sergeant Cox were here, he would tell you that
12  vehicle 1, which was previously indicated as
13  the vehicle that Maly Yan was driving, was
14  approaching the side of the vehicle No. 2,
15  which previously was indicated as the Motiva
16  tractor trailer, began to swerve an unknown
17  number of times within its lane. Each
18  successive swerve became larger than the last
19  until it veered to the right into the center
20  lane. The front right corner of vehicle 1
21  struck the tank portion of vehicle 2, which is
22  the tanker, for a point of impact east of the
23  west edge of the roadway.
24          THE COURT:  What was it, a van?
25          MR. VAN NAARDEN:  I'm sorry, Your

YAN THOU, ET AL -vs- MALY YAN

1  Honor?
2
3          THE COURT:  Was the defendant's car a
4  van?
5          MR. VAN NAARDEN:  It's a 1992 Dodge
6  Ram. It is a 15 passenger van, which on that
7  particular day was packed with 19 passengers.
8          And to continue, vehicle 2 rotated
9  rapidly counterclockwise until the right rear
10  of vehicle 1 struck the left rear of vehicle
11  No. 2 at the fourth axle. This contact was
12  point of impact east of the west edge of
13  roadway I-495 northbound and an unknown
14  distance from point of impact No. 1. Basically
15  saying that there are two different points of
16  impact. And I actually have a diagram that I
17  can show you later on in a stipulation.
18          The impact redirected vehicle 1
19  the west. Vehicle 1, still talking about the
20  van, entered the grass median, with the tir
21  furrowing the dirt. And vehicle 1 began to
22  roll as it came out of the median with the t
23  point being point of impact east of the eas
24  edge of roadway I-495 southbound
25          It goes on to explain that the right

YAN THOU, ET AL -vs- MALY YAN

1

2  edge of the roof was the first part of the
3  vehicle to touch the ground because it was
4  rolling, and on the east of the west edge of
5  the roadway, and the left edge of the roof was
6  the next to touch, as vehicle 1 proceeded to
7  roll approximately two times before coming to
8  rest on its tires.
9          And with that said, Your Honor, I
10  would just point your direction to a blowup of
11  what I've designated with the next tab, which
12  is the diagram. And this really explains
13  better visually what happened that day; and
14  that is, that as the van, which was travelling
15  northbound on 495, came down and attempted to
16  pass the Motiva trailer, lost control, and the
17  first point of impact was the passenger side
18  into the Motiva trailer.
19          This talks about the point of impact
20  No. 2, where it struck the tractor trailer
21  again in the lower -- the rear portion of the
22  van on the passenger side, and from that point
23  on, ricocheted off and went towards the median,
24  where it rolled over, eventually resting on the
25  southbound lanes of Interstate 495.

YAN THOU, ET AL -vs- MALY YAN

1

2          And, again, the final document that
3  Sergeant Cox prepared was the complete sequence
4  between point of impact No. 1, 2 and the final
5  resting place of the van.
6          Next, if all testifies. Sergeant Cox
7  would explain that he gave a short synopsis of
8  the injuries of each one of the occupants of
9  the vehicle. And I'm not going to read all of
10  them to Your Honor, but I would just like to
11  point out to you the ones that are relevant to
12  this hearing today. Number one obviously is
13  Maly Yan. She did sustain a pelvic fracture,
14  femur fracture --
15          THE COURT:  Where are you looking?
16          MR. VAN NAARDEN:  It's the next tab
17  I believe it's indicated injured people on the
18  report, victim No. 1.
19          Also talks about Oeurn Mam, who is
20  the mother of this family. She was seated in
21  one of the rear bench seats, however, her exact
22  position in the vehicle was not known because
23  she was thrown from the vehicle. She sustained
24  severe blunt force trauma when she was fully
25  ejected from the van. Indicates that she was

YAN THOU, ET AL —vs— MALY YAN

not wearing her seat belt.

Next is Navy Yan. He is the
16-year-old son in this family. He was
partially ejected from the left side of the
vehicle through the window next to his seat.

Then it talks about Yan Thou, who is
the father of this family. He was seated in
the front passenger's seat at the time of the
crash. He sustained a concussion and various
fractures and abdominal contusions.

Next is Chan Yan. She is the sister
of this family. She was seated in the first
bench seat behind Mr. Thou, and she sustained a
left radial fracture and multiple abrasions.
The extent of all of these injuries are going
to be talked more in depth in Dr. Noble's
report.

Next we have Thua Son. She's a
sister-in-law. She was seated in the second
bench seat, in the right end seat. She was not
wearing a seat belt, and sustained minor
lacerations and contusions.

Finally, we have Chieu Huynh, and Ms.
Huynh was not wearing a seat belt. She

JOHN J. KURZ, RPR, OFFICIAL COURT REPORTER

---

YAN THOU, ET AL —vs— MALY YAN

sustained a concussion, anterior chest wall
contusion, and an abdominal wall contusion.

The next tab indicates Sergeant Cox's
investigation.

THE COURT:   Now, what about these
other people?

MR. VAN NAARDEN:   Your Honor, those
are not plaintiffs in the case before you
today.

THE COURT:   Okay.

MR. VAN NAARDEN:   But they are all
other passengers inside the vehicle. And as
you will hear later on through the live
testimony of the survivors of this crash, many
of them were not wearing seat belts, because
there were 19 passengers stuffed into this van
and unfortunately, there weren't enough seat
belts to go around.

The next tab indicates that Sergeant
Cox did an investigation into the cause of
death of the individuals who unfortunately
perished in this cash; the first of which being
Oeurn Mam. She was pronounced dead at 17??
hours, which indicates -- and I would also

JOHN J. KURZ, RPR, OFFICIAL COURT REPORTER

---

15

YAN THOU, ET AL —vs— MALY YAN

point out the accident occurred, according to
Sergeant Cox's report, at 4:55. So there was a
period of time for which she was alive after
the accident. She was taken to Christiana
Hospital.

The other plaintiff that's before
Your Honor today -- or unfortunately, is not
before you, is Navy Yan. He was pronounced
dead at the scene at 1730 hours, again,
indicating that he did survive the crash for a
little over a half an hour.

The next tab that I would direct Your
Honor to is entitled "interviews." And that's
where Sergeant Cox would testify how he
conducted interviews with a lot of the
passengers at the vehicle, and also,
unfortunately, not at the scene but a few days
after their admittance to the hospital; the
first of which was Maly Yan, who is the
defendant here today. She advised that she
didn't remember anything about the crash, but
she stated she remembered leaving work and then
waking up in the hospital.

The next one that I would point out

JOHN J. KURZ, RPR, OFFICIAL COURT REPORTER

---

16

YAN THOU, ET AL —vs— MALY YAN

to Your Honor is that Richard P. Reistle,
Senior, who was the driver of the Motiva
tractor trailer, indicated, in pertinent part,
that he stated he saw --

THE COURT:   Was he injured?

MR. VAN NAARDEN:   I'm sorry, Your
Honor?

THE COURT:   Was he injured?

MR. VAN NAARDEN:   No, he was not
injured as a result. In fact, as you can see
from his summary, he didn't even know the van
had actually struck him until afterwards,
because he was in the front cab, and the actual
point of impact was in the actual trailer part
of the vehicle. But he indicated that he
stated he saw a van approach him in the left
lane and noticed that the van was approaching
the rear of his truck. It was moving back and
forth within the left lane.

On the next page, Your Honor, and
it's not tabbed, but I would just ask you to
flip the page, I would just like to point your
attention to Matthew Alessandrino. He was a
witness. He was not in the actual van, but his

JOHN J. KURZ, RPR, OFFICIAL COURT REPORTER

---

**Page 18 (left column)**

YAN THOU, ET AL -vs- MALY YAN

observations speak volumes, in the fact that he said he advised he was with a male who was partially ejected from the van. And we know that Navy Yan was partially ejected, the 16-year-old-boy.

He advised he remained with the injured male and was with him when he died.

THE COURT: Wait a minute.

MR. VAN NAARDEN: And I apologize, it should be highlighted for Your Honor.

THE COURT: He was with the male partially ejected from the van. That's the young man who was killed?

MR. VAN NAARDEN: Yes, Navy Yan.

THE COURT: The 16-year-old, when he saw a white male put a handful of cash in his pocket. Who is that?

MR. VAN NAARDEN: Well, basically what happened was, and you'll hear this, Oeurn Mam, who is the mother in this case, had a certain amount of money on her, because she was in charge of payroll, she had to pay the people in the van for their work at Pack and Process, and as a result of that crash, that money was

JOHN J. KURZ, RPR, OFFICIAL COURT REPORTER

---

**Page 18 (right column)**

YAN THOU, ET AL -vs- MALY YAN

spewen all over the roadway. So there were people actually coming to the scene just taking the money and trying to walk away. And Mr. Alessandrino was good enough to say wait a second, you can't do that. And as you read, had a physical confrontation with one of these males, and said put that money back. And, fortunately, because he was such a good Samaritan, all that money or most of the money was recovered.

THE COURT: Okay.

MR VAN NAARDEN: The next page, Your Honor, is the interview with William B. Anderson, another civilian witness to the accident. And, again, in the highlighted portion, Mr. Anderson stated that the van pulled alongside of the tanker truck and began to swerve slightly back and forth for a few seconds, then swerved right into the side of the tanker truck.

And just to read further, he also indicated that he stated that they observed indicating the other members in his car, how full the van was, and they commented to each

JOHN J. KURZ, RPR, OFFICIAL COURT REPORTER

---

**Page 19 (left column)**

19

YAN THOU, ET AL -vs- MALY YAN

other about how no one else could fit in the van.

To forge ahead, Your Honor, I would just ask Your Honor to go to the next and the last tab enclosed in Sergeant Cox's evaluation, where it talks about his opinions and comments. Foremost, he concludes that the cause of this crash was driver error on the part of Maly Yan.

THE COURT: That's on page 21?

MR. VAN NAARDEN: Yes, Your Honor.

THE COURT: Did anyone say anything about the van itself? Was there something wrong with the van?

MR. VAN NAARDEN: Yes, Your Honor. That's a fantastic question. Read on in the next page. That was my next highlighted portion, that was even after --

THE COURT: Where are you looking?

MR. VAN NAARDEN: It's page 22.

THE COURT: Where?

MR. VAN NAARDEN: The top. It's actually the first sentence on the top.

THE COURT: Okay.

MR. VAN NAARDEN: "Even after the

JOHN J. KURZ, RPR, OFFICIAL COURT REPORTER

---

**Page 20 (right column)**

20

YAN THOU, ET AL -vs- MALY YAN

severe damage sustained in the collision, the steering components still worked when the steering wheel was turned."

And if we read on, we also indicate that he also tested the brakes and the brakes also worked. Again, he also discusses the relevance of the extra passengers inside that van, and how the extra four people in that van lowered the center of gravity, which contributed to the van losing control.

Your Honor, I would move into evidence Sergeant Cox's report in its entirety.

THE COURT: Okay.

MR. VAN NAARDEN: Thank you.

And next by way of stipulation is the expert report of Steven Schorr, who is a forensics engineer. We can mark this as Plaintiff's Exhibit 2.

And I'm also going to mark his Curriculum Vitae as the same exhibit. So contained in P-2 will be his expert report in addition to his CV.

(Whereupon Exhibit P-2 was marked for identification.)

JOHN J. KURZ, RPR, OFFICIAL COURT REPORTER

YAN THOU, ET AL, -vs- MALY YAN

MR. VAN NAARDEN:  And, Your Honor, having been marked into evidence, I would just like to highlight page 3 of Mr. Schorr's report, No. 4, where he indicates that the physical evidence indicates the collision occurred when the right side of the van contacted the left side of the tractor trailer. The location of the tire marks documented by the police indicates that the collision occurred in the center lane; that is, at the time of the collision, the tractor trailer was within the center northbound lane. The collision occurred when the van moved into the tractor trailer's lane.

And then I would move down to numeral 8 and highlight the fact that testimony from witnesses relative to the aspect of the collision dynamics is consistent with the dynamics established by the physical evidence. Essentially, witness testimony notes that the van appeared to have been swerving in the left northbound lane and that the van moved northwest into the southbound lanes following its contact with the tractor trailer.

JOHN J. KURZ, RPR, OFFICIAL COURT REPORTER

YAN THOU, ET AL, -vs- MALY YAN

Flipping over to the next page. This is page 4 of 4. Numeral 10, Mr. Schorr indicates we are still in the process of reviewing the data in an attempt to establish the preimpact movements of the tractor trailer and its involvement in the collision sequence; specifically, the correlation between the actions of Maly Yan and the movements of the tractor trailer.

Subsequent to that, Mr. Schorr lists his opinions in the case, and they are threefold. One is that the collision sequence occurred as a result of the northbound van leaving the northbound lane and contacting the left side of the tractor trailer that was travelling in the center northbound lane at the time of the collision.

Second, the physical evidence indicates that the van operator, Maly Yan, had lost control of the van prior to its impact with the tractor trailer. The inability of the van operator to maintain control of the van resulted in its movement to the center northbound lane.

JOHN J. KURZ, RPR, OFFICIAL COURT REPORTER

---

23

YAN THOU, ET AL, -vs- MALY YAN

And finally, the data is consistent with the van travelling above the speed limit of 65 miles per hour at the time it was attempting to pass the tractor trailer.

And with that, I would move into evidence the report of Steven Schorr and his Curriculum Vitae.

THE COURT:  Okay. And his CV is -- why don't you make it P-2A, because they're not attached?  That way if they get separated we know what they are, okay.

MR. VAN NAARDEN:  Your Honor, at this point we would call to the stand Chan Yan.

COURT CRIER:  Take the stand and remain standing.

For the record, please state your name and spell your last name.

THE INTERPRETER:  Chin Hay Kho, last name K-H-O.

COURT CRIER:  Your business address, or your home address.

THE INTERPRETER:  I'm from New Jersey, but my home address, 5722 North Front Street.

JOHN J. KURZ, RPR, OFFICIAL COURT REPORTER

---

24

YAN THOU, ET AL, -vs- MALY YAN

- - -

... CHIN HAY KHO, having been first duly sworn to interpret the proceedings accurately and truthfully as follows:

- - -

COURT CRIER:  Your witness, Counsel.

MR. VAN NAARDEN:  I would call Chan Yan.

COURT CRIER:  Tell her to state her name and spell her last name.

THE WITNESS:  My name is Chan Yan. Last name Yan, Y-A-N.

COURT CRIER:  Her address.

THE WITNESS:  2307 South 9th Street.

- - -

... CHAN YAN, after having been first duly sworn (through the Interpreter), was examined and testified as follows:

THE COURT:  You may proceed.

MR. VAN NAARDEN:  Thank you.

- - -

DIRECT EXAMINATION

BY MR. VAN NAARDEN:

Q    Good morning, Ms. Yan. Tell the judge where

JOHN J. KURZ, RPR, OFFICIAL COURT REPORTER

CHAN YAN - DIRECT

1
2  you live.
3  A.  I live 2307 South 9th Street.
4  Q.  Is that in South Philadelphia?
5  A.  Yeah.
6  Q.  I'm just going to ask the interpreter to ask
7  you that you wait until the interpreter actually
8  gives you the translation before you answer.
9         How long have you lived in the
10  location in South Philly?
11  A.  You mean on the 2307?
12  Q.  Yes, where you live now.
13  A.  Around four years.
14  Q.  Who do you live there with?
15  A.  My husband.
16  Q.  Back in June of 2001, where were you working?
17  A.  At Pack and Place Company, Pack and Pretzel.
18  Q.  Repeat the answer.
19  A.  The company name, Pack and Process.
20  Q.  Is that located in Delaware?
21         I'm just going to give you one more
22  instruction, you have to actually give a verbal
23  response, because there's a court reporter writing
24  down everything you're saying.
25  A.  Okay.

CHAN YAN - DIRECT

1
2  Q.  So I'm going to ask you to repeat the question
3  again, is that in Delaware?
4  A.  Yes
5  Q.  Back in 2001, how is it that you got from your
6  home in South Philly to Pack and Process in
7  Delaware?
8  A.  I go with my father
9  Q.  And specifically, do you recall if you went to
10  work on June 18th of 2001?
11  A.  Yes.
12  Q.  And who drove you on June 18th, 2001?
13  A.  Maly Yan.
14  Q.  Do you see Maly Yan here in the courtroom
15  today?
16  A.  Yes.
17  Q.  Is Maly Yan sitting over by defense counsel?
18  A.  Yes.
19  Q.  What is your relationship, if any, to Maly Yan?
20  A.  She's my young sister.
21  Q.  Now, would you tell the judge how many people
22  were in the van when you went to work on January 18,
23  2001?
24  A.  I don't know how many, but I know a lot of
25  people in van.

CHAN YAN - DIRECT

1
2  Q.  Can you tell the judge how many members of your
3  family were inside the vehicle, inside the van that
4  went to Pack and Process on June 18th?
5  A.  I remember my in law and my father and my mom,
6  and my brother, younger brother.
7  Q.  I want to talk a little bit about what happened
8  on the way back from work, from Pack and Process on
9  June 18th. Tell the judge what you saw after the
10  van made impact, hit the trailer
11  A.  On that time, I'm not positive if she pass
12  away, but almost pass away. I don't know.
13  Q.  Do you remember after the accident seeing where
14  your mother was?
15  A.  I know that she at the end of my toes.
16  Q.  Can you tell the judge the observations of what
17  your mom looked like after the accident?
18  A.  It's blood all over her face.
19  Q.  Do you remember seeing your brother after the
20  accident?
21  A.  On that time, I saw him, but I don't know if he
22  pass away or not, I don't know.
23  Q.  Where was he when you saw him?
24  A.  I saw half body on the outside of the van, half
25  body in the van.

CHAN YAN - DIRECT

1
2  Q.  How did that make you feel?
3  A.  I feel sad
4  Q.  Did you go to the hospital after the accident?
5  A.  Yes, I was there for two nights
6  Q.  How has the loss of your mom and your brother
7  affected your life?
8  A.  I don't know how to describe, but I just
9  missing her, and I dream her every night.
10  Q.  You have dreams about her?
11  A.  Yes
12  Q.  Tell the judge how often you would see your mom
13  when she was still living.
14  A.  I seen her every time because we work together.
15  Q.  Did you talk to your mom about your life?
16  A.  Yes.
17  Q.  Did she give you advice about your life?
18  A.  Yes.
19  Q.  And do you miss that now that she's gone?
20  A.  You mean after she pass away?
21  Q.  Yes
22  A.  I still remember all her advice.
23         MR. VAN NAARDEN:  With the Court's
24  permission, I would just mark this as
25  Plaintiff's Exhibit 4 -- excuse me, I believe

1  
2    we're up to 3  
3          THE COURT:   Certainly.  
4          COURT CRIER:   P-3  
5          (Whereupon Exhibit P-3 was marked for  
6    identification.)  
7          THE COURT:   This was the van?  
8          MR. VAN NAARDEN:   Afterwards, yes.  
9          THE COURT:   Okay.  
10         MR. VAN NAARDEN:   I would just ask  
11   that the picture be shown to the witness.  
12   BY MR. VAN NAARDEN:  
13   Q.   Do you recognize the vehicle in the picture  
14   that's been placed in front of you?  
15   A.   Yes.  
16   Q.   Is that the vehicle that transported you from  
17   Pack and Process home on June 18, 2001?  
18   A.   Yes.  
19   Q.   And is that picture -- does that picture  
20   accurately depict what the van looked like after the  
21   accident?  
22   A.   Yes.  
23         MR. VAN NAARDEN:   Your Honor, I would  
24   ask that P-3 be moved into evidence.  
25         THE COURT:   It might be easier for  

1    you to wait till all your exhibits are in and  
2    move them in all at once  
3          MR. VAN NAARDEN:   That's fine, Your  
4    Honor. Thank you.  
5          THE COURT:   Okay.  
6          MR. VAN NAARDEN:   Thank you very  
7    much. I have no other questions. Thank you,  
8    Your Honor.  
9          THE COURT:   Would you like to  
10   cross-examine?  
11         MR. McNULTY:   No questions, Your  
12   Honor. Thank you.  
13         THE COURT:   You may step down, ma'am.  
14         (Witness excused.)  
15         THE COURT:   You may call your next  
16   witness.  
17         MR. COHEN:   Call Yan Thou.  
18         THE INTERPRETER:   He have hearing  
19   problem.  
20         COURT CRIER:   Tell him to step up and  
21   remain standing.  
22         For the record, please state your  
23   name.  
24  
25         THE WITNESS:   Yan Thou.  

1  
2          COURT CRIER:   Spell the last name.  
3          THE WITNESS:   Last name T-H-O-U.  
4          COURT CRIER:   Home address?  
5          THE WITNESS:   2007 South 9th Street.  
6          COURT CRIER:   Place your hand on the  
7    bible  
8                - - -  
9          YAN THOU, after having been first  
10   duly sworn (through the Interpreter), was  
11   examined and testified as follows:  
12                - - -  
13         MR. COHEN:   May I proceed, Your  
14   Honor?  
15         THE COURT:   Yes.  
16         MR. COHEN:   Thank you.  
17   DIRECT EXAMINATION  
18   BY MR. COHEN:  
19   Q.   Good afternoon, sir. Did you just hear your  
20   daughter testify today?  
21   A.   No.  
22         THE COURT:   He has a hearing problem,  
23   so he has difficulty hearing her testify.  
24   BY MR. COHEN:  
25   Q.   You saw her testify?  

1  
2    A.   Yes, see, but not so clear.  
3    Q    Can you hear me all right now?  
4    A.   No  
5          THE COURT:   Actually, the only one  
6    who really has to hear, don't you agree, would  
7    be the interpreter, who's actually going to ask  
8    the question?  
9          MR. COHEN:   Yes.  
10         THE COURT:   So if he could ask him,  
11   sir, if he can hear you when you speak to him.  
12         THE WITNESS:   Yes, a little better  
13         THE COURT:   So just speak up so that  
14   the interpreter hears everything. And, sir,  
15   make sure you speak loud enough. And would you  
16   please tell him that if he doesn't hear  
17   everything you say, to please let you know and  
18   you'll speak louder, okay?  
19         THE INTERPRETER:   Okay.  
20         THE WITNESS:   Okay.  
21   BY MR. COHEN:  
22   Q.   He understood you?  
23   A.   Yes.  
24   Q.   Thank you  
25         How old are you, sir?

A.    I know it's more than 50, but I don't know how much

Q.    Okay. Where did you grow up?

A.    In Cambodia.

Q.    When did you come to the United States?

A.    1992.

Q.    Were you married?

A.    Yeah, when I come, yes, I married.

Q.    Where did you meet your wife?

A.    In my village. we come from village with each other.

Q.    How old were you when you met your wife?

A.    I cannot recall, it was a long time ago, and I'm getting old.

Q.    Do you know how old she was?

A.    Almost the same age. I know she's younger than me, one year.

Q.    Do you have a picture of her with you?

A.    Yes, I do, in my jacket.

        MR. COHEN:    May I bring the jacket to him, Your Honor?

        THE COURT:    You can give it to Richard. Richard, you can give it to him.

BY MR. COHEN:

Q.    What is her name?

A.    Oeurn Mam.

Q.    Will you show us the picture, please, sir?

        MR. McNULTY:    Thank you, Your Honor.

        MR. COHEN:    I ask that that be marked for identification as Exhibit No. 4.

BY MR. COHEN:

Q.    When was that photograph of you and your wife taken?

A.    About the time that my daughter wedding.

        THE COURT:    Do you have a copy of that for me, a Xerox copy?

        MR. COHEN:    We can make one.

        THE COURT:    At the end, just make a copy. I don't need to see it that clearly, I just need to know what the exhibit is.

        MR. COHEN:    Sure.

BY MR. COHEN:

Q.    Which daughter's wedding?

A.    My son.

Q.    Your son's wedding?

A.    Yes.

Q.    What are your children's names?

A.    Yan Sun

Q.    Boy or girl?

        THE COURT:    Man or woman, I would imagine.

        THE WITNESS:    Man

BY MR. COHEN:

Q.    How old?

A.    I couldn't remember all my children age now.

Q.    How many children did you have?

A.    Come to United States, five.

Q.    Is Navy Yan your son?

A.    In Cambodia. two.

Q.    You have seven children total?

A.    Yes

Q.    Is Navy Yan your son?

A.    No, only the relative.

Q.    What was the relation?

        THE INTERPRETER:    I'm sorry?

BY MR. COHEN:

Q.    What's the relation?

        THE INTERPRETER:    I didn't understand your question, sir.

        MR. McNULTY:    Your Honor, we'll stipulate that it was his son.

        THE COURT:    Yes. Let's move on. These are things that we agree on.

        MR. COHEN:    Fine.

BY MR. COHEN:

Q.    Were you in the vehicle with your daughter driving on the day of the accident?

A.    Yes, I am.

Q.    Was your daughter driving?

A.    Maly, she drive.

Q.    Did you have your son, Navy Yan, in the car with you?

A.    Which one?

Q.    Was Navy Yan in the car?

A.    Yes, he's in car.

Q.    Was your wife in the car?

A.    Yes. I lost my wife, my children. Every time you remind to my family, it's hard to describe. We usually stay together, now I miss.

Q.    You miss them?

A.    Yes, I miss them. I saw her every day, and go to school, everything together.

Q.    Do you remember the crash?

A.    June 18.

Q.    Do you remember it happening?

## 37

YAN THOU - DIRECT

2 A.  I don't know how long I pass out. When I woke
3 up, I saw my son right on top of me, and blood,
4 everything just drop on me.
5 Q.  What did you do?
6 A.  I just ask for help, yell for help, and I could
7 not get up, and I know that my son already pass away
8 because all the blood, broken nose, broken face.
9 Q.  Did you try to help him?
10 A.  I cannot move, I cannot get up.
11 Q.  Were you hurt?
12 A.  At that time I just feel numb, I cannot move my
13 leg, my arm.
14 Q.  Did you go to the hospital?
15 A.  Yes, took me to hospital.
16 Q.  What was Navy going to do when he grew up?
17 A.  I don't know what to say in English, but my son
18 just remind that he want to be like a -- he say a
19 lawyer -- no, a doctor, and maybe bigger than a
20 doctor.
21        MR. COHEN:  We have a stipulation to
22    all of the evidence, especially including
23    autopsy photographs.  I will not show those to
24    the witness. They're available for the Court.
25        THE COURT:  All right.

JOHN J. KURZ, RPR, OFFICIAL COURT REPORTER

## 38

YAN THOU - DIRECT

1        MR. COHEN:  We'll mark them the next
2    exhibit collectively P-5, and I will have them
3    passed up, medical examiner's photographs.
4 BY MR. COHEN:
5 Q.  Did you also work at Pack and Process?
6 A.  Yes, the same company.
7 Q.  Did your wife?
8 A.  Yes. We all work there.
9 Q.  Were you all being driven back and forth from
10 the factory where you packed candies?
11 A.  Yeah; I lost everything.
12 Q.  When you saw your son and your wife at the
13 accident, how did that make you feel?
14 A.  I did not see my wife, but I do see my son, and
15 I...
16 Q.  And how did you feel?
17 A.  I feel empty, I feel empty. I don't have
18 anything in my mind or in my heart.
19 Q.  Because you miss her?
20 A.  At that time I didn't see my -- I didn't know
21 where or I didn't know my wife or what happened --
22 I just saw only my son, but I feel empty.
23 Q.  When you saw your son at that moment with the
24 blood on his face, how did you feel?

JOHN J. KURZ, RPR, OFFICIAL COURT REPORTER

## 39

YAN THOU - DIRECT

2 A.  I feel I lost everything, I feel so empty, and
3 I know that my son wishing -- I lost everything.
4 Q.  Were you sad from the accident?
5 A.  Yes, I'm sad. Even though right now I lost
6 everything, I sometimes I feel that living for
7 nothing.
8        MR. COHEN:  Thank you, sir.
9        THE COURT:  Would you like to
10    cross-examine?
11        MR. McNULTY:  I have no questions,
12    Your Honor. Thank you.
13        THE COURT:  You may step down, sir.
14        (Witness excused.)
15        THE COURT:  By the way, I noticed,
16    you gave me a copy of a stipulation, it's
17    not been approved by the Court, so I don't know
18    where the original one is so I can approve it.
19    This is a copy, but it should be -- yes.
20        MR. McNULTY:  The original was filed,
21    Your Honor. But I will bring an original,
22    either that or send it to Your Honor.
23        THE COURT:  Please. I think it's
24    important that it gets signed and approved, but
25    I could at least say, so the record is clear,

JOHN J. KURZ, RPR, OFFICIAL COURT REPORTER

## 40

YAN THOU, ET AL -vs- MARY YAN

1 that I will approve it.
2        MR. McNULTY:  Thank you, Your Honor.
3        THE COURT:  The stipulation was
4    handed up to me today, it was filed today,
5    January 14th, so it probably will come up in
6    the due course of things. But it talks about
7    certain agreements between the parties
8    vis-a-vis insurance coverage and personal
9    responsibility, et cetera.
10        MR. McNULTY:  Yes. Thank you, Your
11    Honor.
12        THE COURT:  So I'll put that in the
13    file.
14        How many other witnesses do you have?
15        MR. VAN NAARDEN:  Your Honor, it's
16    our intention to present the rest of the
17    evidence by way of stipulation.
18        THE COURT:  Okay. Then why don't you
19    do that. Let's get those on the record.
20        MR. VAN NAARDEN:  The next
21    stipulation would be to the reports generated
22    by Dr. Ross Noble, who's here in the courtroom
23    today. I would mark the next corresponding
24    plaintiff's exhibit and his expert reports, in

JOHN J. KURZ, RPR, OFFICIAL COURT REPORTER

**Page 42**

*YAN THOU, ET AL -vs- MALY YAN*

```
 2    addition to his Curriculum Vitae, which I can
 3    pass up.
 4            COURT CRIER:   His report we will note
 5    P-6A, and P-6 will be the CV.
 6            (Whereupon Exhibit P-6 and P-6A were
 7    marked for identification.)
 8            THE COURT:   Okay.
 9            MR VAN NAARDEN:   Your Honor, Dr
10    Noble generated a separate report for each one
11    of the plaintiffs in this case. I would direct
12    Your Honor's attention to his first report as
13    it pertains to Yan Thou.
14            THE COURT:   Let's do this. We have
15    two P-6s. So P-6 A and P-6B. Well, there's
16    more. There's one that's not marked at all.
17    P-6B, and P-6C would be the curriculum vitae.
18    So we have P-6, P-6A, P-6B and P-6C, okay.
19            MR. VAN NAARDEN:   Your Honor, if I
20    may, as it relates to Yan Thou, Dr. Noble
21    indicated that he's a 57-year-old Asian male
22    who sustained serious injuries in a motor
23    vehicle accident which occurred on June --
24            THE COURT:   These are marked, you
25    don't have to read these into the record.
```

**Page (right column, top)**

*YAN THOU, ET AL -vs- MALY YAN*

```
 2            Mr. McNulty, you don't need these
 3    read into the record?
 4            MR. McNULTY:   No, Your Honor.
 5            THE COURT:   They'll speak for
 6    themselves, and I will of course read them
 7            MR. VAN NAARDEN:   Your Honor, I would
 8    point out for each one of the plaintiffs that
 9    are before you today that are alive, the
10    reports indicated that there was, and there
11    still is, a significant period of pain and
12    suffering that is ongoing, none of which --
13    none of them can continue to work as a result
14            THE COURT:   Well, there are how many
15    plaintiffs before me? There's the two that are
16    deceased, Oeurn Mam, and Navy Yan.
17            MR. VAN NAARDEN:   Correct.
18            THE COURT:   Then there's Yan Thou.
19    So is that the three?
20            MR. VAN NAARDEN:   We also have Chan
21    Yan, Thua Son, and --
22            THE COURT:   There are no reports for
23    them yet.
24            MR. VAN NAARDEN:   We have them, Your
25    Honor, I apologize.
```

**Page 43**

*YAN THOU, ET AL -vs- MALY YAN*

```
 2            THE COURT:   How many plaintiffs are
 3    before me today, six?
 4            MR. VAN NAARDEN:   Including the
 5    individuals who are deceased, six.
 6            THE COURT:   Okay. So now we have
 7    three more reports. No, wait a minute. You're
 8    giving me the same one, a duplicate. I want to
 9    have what I need. So let's go back.
10            All right. You gave me two -- or I
11    have Yan Thou, that's No. 6. Oeurn Mam was 6A.
12    so I don't need that one. Navy Yan is 6B. I
13    don't need that one. The Curriculum Vitae is
14    6 -- well. I marked it 6C, but it shouldn't be
15    Chieu Huynh should be P-6C; Chan Yan, P-6D
16    That's now one, two, three, four, five. I only
17    have five reports.
18            MR. VAN NAARDEN:   The one you're
19    missing, Your Honor, is Thua Son.
20            THE COURT:   You're going to give me
21    that one?
22            MR. VAN NAARDEN:   Yes, Your Honor.
23            THE COURT:   The Curriculum Vitae.
24    Rich, is P-6F. And the next one, that is P-6E.
25            All right. Now, I have all the
```

**Page 44**

*YAN THOU, ET AL -vs- MALY YAN*

```
 2    reports, plus the Curriculum Vitae in that one
 3    packet.
 4            MR. VAN NAARDEN:   Thank you, Your
 5    Honor
 6            And finally, just as a point of
 7    clarification, as it relates to Navy Yan and
 8    Oeurn Mam, the two deceased plaintiffs, Ross
 9    Noble was able to determine from the time of
10    death and the time of the accident and the
11    nature of the injuries that there was a period
12    of conscious pain and suffering
13            THE COURT:   And that's in the report;
14    is that correct?
15            MR. VAN NAARDEN:   Those are in the
16    reports, Your Honor.
17            THE COURT:   Okay.
18            MR. VAN NAARDEN:   And then finally by
19    way of stipulation, I would like to enter in
20    the Curriculum Vitae and corresponding medical
21    reports from Richard T. Callery, who is the
22    medical examiner in Delaware
23            THE COURT:   Okay. So there should be
24    two of those, right?
25            MR. VAN NAARDEN:   Exactly
```

45

2      THE COURT: So make it P-7, P-7A, and
3  the Curriculum Vitae P-7B.
4      MR. VAN NAARDEN: Your Honor, just
5  so -- we need another one for the medical
6  examiner, because while he gave two reports on
7  both of the deceased plaintiffs, he also has a
8  evaluation as well, so he gave a report.
9      THE COURT: P-7A, B, C, the
10  Curriculum Vitae then is D.
11      MR. VAN NAARDEN: Thank you, Your
12  Honor.
13      THE COURT: You're welcome.
14      COURT CRIER: The Curriculum Vitae
15  will be P-7E.
16      *(Whereupon Exhibit P-7 A through E*
17  *were marked for identification.)*
18      THE COURT: I'm putting them together
19  in a packet.
20      Okay. I did six differently, but I
21  guess it doesn't matter, as long as they're
22  marked right. Go ahead.
23      MR. VAN NAARDEN: Your Honor, the
24  next exhibit that plaintiffs would mark is the
25  Curriculum vitae and report of David L.

46

2  Hopkins, an actuarial and economic expert,
3  forensic expert.
4      THE COURT: Is it just two things?
5      MR. VAN NAARDEN: Yes.
6      COURT CRIER: The doctor's report
7  will be P-8, and the doctor's CV will be P-8A.
8      *(Whereupon Exhibit P-8 and P-8A were*
9  *marked for identification.)*
10      THE COURT: Okay. What else do you
11  have?
12      MR. VAN NAARDEN: And finally, Your
13  Honor, collectively, plaintiffs would mark
14  photos from the accident scene. There are
15  approximately two pictures per page.
16      THE COURT: Wait a minute.
17      Okay. What else?
18      MR. VAN NAARDEN: Your Honor we
19  would move collectively pictures from the
20  accident scene, and there are two pictures per
21  page, and there are 11 pages.
22      THE COURT: All right. So that
23  P-9?
24      COURT CRIER: That's correct. We'll
25  mark them A, B, C --

47

2      THE COURT: K, I guess, A through K.
3      *(Whereupon Exhibits P-9A through K*
4  *were marked for identification.)*
5      THE COURT: Anything else?
6      MR. VAN NAARDEN: Your Honor, I would
7  also point out that the medical examiner's
8  report -- we already marked into evidence --
9  also determined that there was a period of
10  conscious pain and suffering for both of the
11  deceased plaintiffs.
12      THE COURT: Do you have anything more
13  than these?
14      MR. VAN NAARDEN: No. Other than
15  what's already been marked as plaintiff's
16  exhibits, plaintiff has nothing else.
17      THE COURT: So now you want to move
18  all of your exhibits into evidence.
19      MR. VAN NAARDEN: Plaintiff would ask
20  the Court to move all of plaintiff's exhibits
21  into evidence, and the plaintiffs would rest.
22      THE COURT: Any objection from the
23  defense?
24      MR. McNULTY: No, Your Honor.
25      THE COURT: Okay. I think we're

48

1  going to have to stop here, and we'll finish
2  the defense at our next meeting. I'm going to
3  give you a time next week. We'll get this
4  finished. I do apologize for this. But I
5  didn't realize that it was going to be as
6  extensive as it was. I didn't block it out for
7  as long as it -- well, I have my schedule already
8  on my desk. But we're finished the plaintiffs.
9      Now, how long will the defense need,
10  so I'm blocking out a proper amount of time for
11  it?
12      MR. McNULTY: No more than a half
13  hour, Your Honor.
14      THE COURT: All right. So I'll block
15  an hour. That will give you argument time.
16      MR. McNULTY: Thank you.
17      THE COURT: And what I will do to
18  make things easier, I'll have everything read,
19  so hopefully I'll be able to rule from the
20  bench.
21      Okay. Thursday, January 20th, at
22  1:30. And I'm blocking it out for an hour so
23  there shouldn't be any problem.
24      Please, Mr. McNulty, bring me an

YAN THOU, ET AL   -vs- MARY YAN

1
2   original of that stipulation so that I'll be
3   able to sign it.
4          MR. McNULTY:   Yes.  Thank you, Your
5   Honor.
6          THE COURT:   Okay.  Like I said -- and
7   also get a copy of the transcript.  That way
8   you're going to have, for posterity, a full
9   transcript.  And I will read through these, as
10  I said, and be familiar with everything you've
11  submitted to me so I won't waste any time.
12         Okay.  Thank you very much.
13         MR. VAN NAARDEN:   Thank you, Your
14  Honor
15         MR. McNULTY:   Thank you, Your Honor
16
17                  -  -  -
18         (Hearing adjourned )
19
20
21
22
23
24
25

JOHN J. KURZ, RPR, OFFICIAL COURT REPORTER

YAN THOU, ET AL -vs- MARY YAN

1
2                  CERTIFICATION
3
4         I hereby certify that the proceedings
5   and evidence are contained fully and accurately
6   in the notes taken by me on the trial of the
7   above cause, and that this copy is a correct
8   transcript of the same.
9
10
11         John J. Kurz, RPR
12         Official Court Reporter
13
14
15
16
17
18
19
20         (The foregoing certification
21  this transcript does not apply to any
22  reproduction of the same by any means  ess
23  under the direct control and/or superv   on
24  of the certifying reporter )
25

JOHN J. KURZ, RPR, OFFICIAL COURT REPORTER

-- [36] 3/4 3/4 3/4 3/6 3/6 3/6 5/25 8/9 8/11
8/20 9/2 11/21 12/14 14/25 15/8 16/5 19/18
23/9 28/25 29/19 37/18 37/19 38/21 39/3
39/19 41/23 42/12 42/21 43/10 43/14 44/5
46/25 47/8 47/8 48/8 48/8 49/6

A

a -- [1] 37/18
abdominal [2] 13/11 14/3
able [3] 44/9 48/20 49/3
about [18] 4/14 9/7 9/10 10/19 11/19 12/19
13/7 14/6 15/22 19/2 19/7 19/13 27/7 28/10
28/15 28/17 34/12 40/7
above [2] 23/3 50/7
abrasions [1] 13/15
accident [27] 4/15 6/3 6/21 7/13 7/15 7/21
7/24 8/4 8/15 8/16 9/8 9/10 15/2 15/5 18/16
27/13 27/17 27/20 28/4 29/21 36/7 38/14
39/4 41/23 44/10 46/14 46/20
according [1] 15/2
accurately [3] 24/5 29/20 50/5
across [1] 5/11
action [1] 7/11
actions [2] 22/9
actual [3] 16/14 16/15 16/25
actually [11] 6/2 6/16 9/4 10/16 16/13 18/3
19/23 25/7 25/22 32/5 32/7
actuarial [1] 46/2
addition [1] 4/24 20/23 41/2
address [5] 23/21 23/22 23/24 24/14 31/4
adjourned [1] 49/18
Administrator [1] 1/4
admittance [1] 15/19
advice [2] 28/17 28/22
advised [3] 15/21 17/3 17/7
affected [1] 28/7
after [16] 4/22 6/21 8/15 15/4 15/19 19/8
19/25 24/17 27/9 27/13 27/17 27/19 28/4
28/20 29/20 31/9
afternoon [1] 31/19
afterwards [2] 16/13 29/8
again [6] 11/21 12/2 15/10 18/16 20/7 26/3
age [2] 33/17 35/9
ago [1] 33/14
agree [2] 32/6 36/3
agreements [1] 40/8
ahead [2] 19/4 45/22
Alessandrino [2] 16/24 18/5
alive [2] 15/4 42/9
all [26] 9/8 12/6 12/9 13/16 14/12 18/2
18/10 27/18 28/22 30/2 30/3 32/3 35/9 37/8
37/22 37/25 38/9 38/10 41/16 43/10 43/25
43/25 46/22 47/18 47/20 48/15
almost [2] 27/12 33/17
along [1] 5/19
alongside [1] 18/18
already [4] 37/7 47/8 47/15 48/8
also [22] 2/16 4/5 4/7 5/5 5/12 7/22 7/23
12/19 14/25 15/17 18/22 20/5 20/6 20/7
20/7 20/20 38/6 42/20 45/7 47/7 47/9 49/1
am [2] 4/4 36/8
amount [2] 17/22 48/11
Anderson [2] 18/15 18/17
another [2] 18/15 45/5
answer [2] 25/8 25/18
anterior [1] 14/2
any [6] 26/19 47/22 48/24 49/11 50/21
50/22
anyone [1] 19/12
anything [4] 15/22 19/12 38/19 47/5 47/12
apart [2] 4/14 7/19
apologize [3] 17/10 42/25 48/5

APPEARANCES [1] 2/2
appeared [1] 21/22
apply [1] 50/21
approach [1] 16/17
approaching [2] 9/14 16/18
approve [2] 39/18 40/2
approved [2] 39/17 39/24
approximately [3] 5/10 11/7 46/15
are [29] 7/25 8/5 10/15 12/11 12/15 13/16
14/9 14/12 19/19 22/4 22/12 23/12 30/2
32/25 34/25 36/3 41/24 42/9 42/9 42/14
42/15 42/22 43/2 43/5 44/15 46/14 46/20
46/21 50/5
aren't [1] 6/2
argument [1] 48/16
arm [1] 37/13
around [3] 4/22 14/19 25/13
as [45] 1/4 4/8 5/7 5/9 5/13 6/3 7/12 7/21
7/23 7/24 8/3 8/10 9/5 9/12 9/15 10/22 11/6
11/14 14/13 16/11 16/11 17/25 18/6 20/18
20/21 22/14 24/5 24/19 28/24 31/1 34/8
41/12 41/20 42/13 44/6 44/7 45/8 45/21
45/21 47/15 48/6 48/7 48/8 48/8 49/9
as -- [1] 48/8
Asian [1] 41/22
ask [12] 16/22 19/5 25/6 25/6 26/2 29/10
29/24 32/7 32/10 34/7 37/6 47/19
aspect [1] 21/18
attached [1] 23/11
attempt [1] 22/5
attempted [1] 11/15
attempting [1] 23/5
attention [4] 8/9 9/3 16/24 41/12
autopsy [1] 7/9
available [1] 37/23
away [10] 4/19 6/19 7/21 7/23 18/4 27/12
27/12 27/22 28/20 37/7
axle [1] 10/11

B

back [9] 4/22 16/19 18/8 18/19 25/16 26/5
27/8 38/10 43/9
barrier [1] 4/8
basically [3] 4/14 10/14 17/19
be [25] 7/17 13/17 17/11 20/22 29/11 29/24
29/25 32/7 34/7 37/18 39/19 40/22 41/5
41/17 43/14 43/15 44/23 45/15 46/7 46/7
48/6 48/20 48/24 49/2 49/10
be -- [1] 39/19
became [1] 9/18
because [12] 11/3 12/22 14/16 14/16 17/22
18/9 20/10 25/23 28/14 37/8 38/20 45/6
been [8] 21/3 21/22 24/3 24/17 29/14 31/9
39/17 47/15
before [10] 1/14 4/7 11/7 14/9 15/7 15/9
25/8 42/9 42/15 43/3
began [3] 9/16 10/21 18/18
begin [2] 4/2 4/7
behalf [1] 4/5
behind [1] 13/14
being [3] 10/23 14/23 38/10
believe [2] 12/17 28/25
belt [3] 13/2 13/22 13/25
belts [6] 5/22 5/24 6/6 6/8 14/16 14/19
bench [4] 12/21 13/14 13/21 48/21
benefit [1] 8/18
better [2] 11/13 32/12
between [4] 5/2 12/4 22/8 40/8
bible [1] 31/7
bigger [1] 37/19
bit [3] 6/18 6/20 27/7
block [2] 48/7 48/15
blocking [2] 48/11 48/23
blood [4] 27/18 37/3 37/8 38/25

blowing [1] 9/4
blunt [1] 12/24
body [2] 27/24 27/25
Boy [1] 35/3
brakes [2] 20/6 20/6
bring [3] 33/21 39/21 48/25
broken [2] 37/8 37/8
brother [6] 5/5 7/20 27/6 27/6 27/19 28/6
brother-in-law [1] 7/20
bulk [1] 7/16
business [1] 23/21

C

cab [1] 16/14
call [4] 22/14 24/8 30/16 30/18
called [1] 4/18
Callery [1] 44/21
Cambodia [2] 33/5 35/13
Cambodian [1] 4/9
came [3] 5/11 10/22 11/15
can [15] 8/9 9/4 10/17 16/11 20/18 27/2
27/16 32/3 32/11 33/23 33/24 34/15 '9/18
41/2 42/13
can't [1] 18/6
candies [1] 38/11
cannot [4] 33/14 37/10 37/10 37/12
car [11] 5/5 5/5 5/7 5/8 7/5 10/3 18/
36/11 36/14 36/15 36/16
care [1] 7/6
case [9] 4/13 6/22 7/15 7/17 8/5 14/   17/21
22/14 41/11
cash [2] 14/23 17/17
causation [1] 7/9
cause [3] 14/21 19/8 50/7
caused [1] 7/13
causing [1] 7/14
center [6] 9/19 20/10 21/11 21/13 22/17
22/24
certain [2] 17/22 40/8
Certainly [1] 29/3
certification [2] 50/2 50/20
certify [1] 50/4
certifying [1] 50/24
cetera [1] 40/10
CHAN [10] 1/6 2/6 3/4 3/12 23/14 24/8
24/12 24/17 42/20 43/15
charge [1] 17/23
chest [1] 14/2
CHIEU [4] 1/6 2/6 13/24 43/15
children [4] 35/9 35/10 35/14 36/17
children's [1] 34/25
Chin [3] 22/20 23/19 24/3
Christiana [2] 6/19 15/5
Christie [1] 2/19
CITY [1] 1/13
CIVIL [1] 1/3
civilian [1] 18/15
clarification [1] 44/7
clear [2] 32/2 39/25
clearly [1] 34/17
clients [1] 4/9
COHEN [3] 2/4 3/6 4/5
collectively [3] 38/3 46/13 46/19
collision [9] 20/2 21/6 21/10 21/12 21/14
21/19 22/7 22/13 22/18
come [5] 33/6 33/9 33/11 35/11 40/6
coming [2] 11/7 18/3
commented [1] 18/25
comments [1] 19/7
COMMON [1] 1/2
company [3] 25/17 25/19 38/7
complete [1] 12/3
components [1] 20/3

## C

concludes [1] 19/8
concussion [2] 13/10 14/2
conditions [1] 9/9
conducted [2] 8/14 15/16
confrontation [1] 18/7
conjunction [1] 7/12
connection [1] 7/10
conscious [2] 44/12 47/10
consistent [2] 21/19 23/2
contact [2] 10/11 21/25
contacted [1] 21/8
contacting [1] 22/15
contained [2] 20/22 50/5
continue [2] 10/8 42/13
contributed [1] 20/11
control [7] 5/14 6/25 11/16 20/11 22/21
  22/23 50/23
contusion [2] 14/3 14/3
contusions [2] 13/11 13/23
copy [8] 9/4 34/13 34/14 34/17 39/16 39/19
  49/7 50/7
core [1] 4/14
corner [1] 9/20
correct [4] 42/17 44/14 46/24 50/7
correlation [1] 22/8
corresponding [2] 40/24 44/20
could [4] 19/2 32/10 37/5 39/25
couldn't [1] 35/9
counsel [7] 2/6 2/11 4/19 8/6 9/5 24/7
  26/17
counterclockwise [1] 10/9
COUNTY [1] 1/2
course [2] 40/7 42/6
court [6] 1/2 25/23 37/24 39/17 47/20
  50/11
Court's [4] 8/9 8/18 9/3 28/23
courtroom [4] 1/12 4/19 26/14 40/23
coverage [1] 40/9
Cox [7] 8/13 8/25 9/11 12/3 16/2 14/21
  15/15
Cox's [4] 14/4 15/3 19/6 20/13
crash [7] 13/10 14/15 15/11 15/22 17/25
  19/9 36/23
CROSS [1] 3/3
cross-examine [2] 30/11 39/10
curriculum [12] 20/21 23/8 41/2 41/17
  43/13 43/23 44/2 44/20 45/3 45/10 45/14
  45/25
CV [8] 3/14 3/19 3/22 3/24 20/23 23/9 41/5
  46/7

## D

damage [1] 20/2
damages [2] 7/18 8/3
data [2] 22/5 23/2
daughter [5] 5/4 31/20 34/12 36/6 36/9
daughter's [1] 34/21
David [1] 45/25
day [5] 6/10 10/7 11/13 36/7 36/21
daylight [1] 9/8
days [1] 15/18
dead [2] 14/24 15/10
death [2] 14/22 44/17
deceased [7] 1/5 1/5 42/16 43/5 44/8 45/7
  47/11
defendant [4] 2/11 4/16 5/3 15/21
defendant's [1] 10/3
defense [5] 9/4 26/17 47/23 48/3 48/10
Delaware [8] 4/18 8/11 8/12 8/13 25/20
  26/3 26/7 44/22
denoted [1] 9/6
depict [1] 29/20

depth [1] 7/5
describe [2] 28/8 36/18
designated [1] 11/11
desk [1] 48/9
determine [1] 44/9
determined [1] 47/9
diagram [2] 10/16 11/12
did [25] 8/16 12/13 14/21 15/11 19/12 28/2
  28/4 28/15 28/17 31/19 33/4 33/6 33/10
  35/10 36/11 37/5 37/9 37/14 38/6 38/8
  38/14 38/15 38/17 38/25 45/20
didn't [8] 15/22 16/12 35/22 38/21 38/21
  38/22 48/6 48/7
died [2] 6/21 17/8
different [2] 4/10 10/15
differently [1] 45/20
difficulty [1] 31/23
direct [7] 3/3 9/3 15/13 24/23 31/17 41/11
  50/23
direction [1] 11/10
dirt [1] 10/21
discusses [1] 20/7
distance [1] 10/14
DISTRICT [1] 1/2
DIVIS [1] 2/9
DIVISION [1] 1/3
do [24] 18/6 25/14 26/9 26/14 27/13 27/19
  28/19 29/13 33/16 33/19 33/20 34/13 36/23
  36/25 37/5 37/16 38/15 40/15 40/20 41/14
  46/10 47/12 48/5 48/18
doctor [2] 37/19 37/20
doctor's [2] 46/6 46/7
document [1] 12/2
documented [1] 21/9
documents [1] 8/20
Dodge [1] 10/5
does [2] 29/19 50/21
doesn't [2] 32/16 45/21
don't [18] 23/10 26/24 27/12 27/21 27/22
  28/8 32/6 33/2 34/17 37/2 37/17 38/18
  39/17 40/19 41/25 42/2 43/12 43/13
down [5] 11/15 21/16 25/24 30/14 39/13
Dr [4] 13/17 40/23 41/9 41/20
draw [1] 8/9
dream [1] 28/9
dreams [1] 28/10
drive [1] 36/10
driven [1] 38/10
driver [2] 16/3 19/9
driving [3] 9/13 36/7 36/9
drop [1] 37/4
drove [1] 26/12
due [1] 40/7
duly [3] 24/4 24/18 31/10
duplicate [1] 43/8
during [1] 9/8
duty [1] 6/25
dynamics [2] 21/19 21/20

## E

each [7] 7/25 9/17 12/8 18/25 33/11 41/10
  42/8
easier [2] 29/25 48/19
east [5] 9/22 10/12 10/23 10/23 11/4
economic [2] 8/3 46/2
edge [6] 9/23 10/12 10/24 11/2 11/4 11/5
either [1] 19/2
ejected [2] 6/13 12/25 13/5 17/4 17/5 17/13
else [5] 19/5 40/10 46/17 47/5 47/16
emotional [1] 8/2
empty [4] 38/18 38/18 38/23 39/2
enclosed [1] 19/6
end [3] 13/21 27/15 34/16
engineer [1] 20/18

enough [3] 14/18 18/5 32/15
ensure [1] 7/4
enter [1] 44/19
entered [1] 10/20
entirety [1] 20/13
entitled [1] 15/14
error [1] 19/9
especially [1] 37/22
ESQUIRE [5] 2/3 2/4 2/9 2/17 2/18
Essentially [1] 21/21
establish [1] 22/5
established [1] 21/20
Estates [1] 1/4
et [1] 40/10
evaluation [2] 19/6 45/8
even [4] 16/12 19/18 19/25 39/5
event [1] 8/15
eventually [2] 5/17 11/24
every [4] 28/9 28/14 36/17 36/21
everything [11] 25/24 32/14 32/17 36/22
  37/4 38/12 39/2 39/3 39/6 48/19 49/10
evidence [16] 6/22 7/8 8/11 20/13 21/3
  21/6 21/20 22/19 23/7 29/24 37/22 50/18
  47/8 47/18 47/21 50/5
evidence -- [2] 8/11 47/8
exact [1] 12/21
Exactly [1] 44/25
EXAMINATION [2] 24/23 31/17
examined [2] 24/19 31/11
examiner [2] 44/22 45/6
examiner's [2] 38/4 47/7
excuse [1] 26/8
excused [2] 30/15 39/14
exhibit [14] 8/10 8/23 20/19 20/21 20/24
  28/25 29/5 34/8 34/18 38/3 40/25 41/6
  45/16 45/24
exhibits [6] 30/2 46/8 47/3 47/16 47/18
  47/20
expert [6] 3/13 3/18 3/21 20/17 20/22 40/25
  46/2 46/3
explain [2] 10/25 12/7
explains [1] 11/12
export [1] 3/23
extensive [1] 48/7
extent [1] 13/16
extra [2] 20/8 20/9

## F

face [3] 27/18 37/8 38/25
fact [6] 7/10 7/18 9/7 16/11 17/2 21/7
factor [1] 7/14
factory [4] 4/17 4/21 4/25 38/11
facts [1] 9/7
failed [2] 7/3 7/5
familiar [1] 49/10
family [11] 4/14 5/8 6/13 7/18 7/23 12/20
  13/4 13/8 13/13 27/3 36/18
fantastic [1] 19/16
father [3] 13/8 26/8 27/5
feel [12] 28/2 28/3 37/12 38/14 38/17 38/18
  38/18 38/23 38/25 39/2 39/2 39/6
femur [1] 12/14
few [2] 15/18 18/19
figuratively [1] 7/19
file [1] 40/14
filed [2] 39/20 40/5
final [2] 12/2 12/4
finally [6] 7/16 13/24 23/2 44/6 44/18 46/12
fine [2] 30/4 36/4
finish [1] 48/2
finished [2] 48/5 48/9
first [16] 6/10 6/10 8/8 9/3 9/6 9/7 11/2
  11/17 13/13 14/23 15/20 19/23 24/3 24/17

53

**F**

first... [2] 31/9 41/12
fit [1] 19/2
five [3] 35/11 43/16 43/17
flip [1] 16/23
Flipping [1] 22/2
Floor [1] 2/4
following [1] 21/24
follows [3] 24/5 24/19 31/11
force [1] 12/24
foregoing [1] 50/20
Foremost [1] 19/8
forensic [1] 46/3
forensics [1] 20/18
forge [1] 19/4
forth [3] 16/20 18/19 38/10
fortunately [1] 18/9
four [3] 20/9 25/13 43/16
fourth [1] 10/11
fracture [3] 12/13 12/14 13/15
fractures [1] 13/14
Friday [1] 1/11
front [5] 9/20 13/9 16/14 23/24 29/14
full [2] 18/25 49/8
fully [2] 12/24 50/5
furrowing [1] 10/21
further [1] 18/22

**G**

gave [5] 12/7 39/16 43/10 45/6 45/8
geared [1] 7/17
generated [2] 40/22 41/10
GEROLAMO [1] 2/9
get [6] 23/11 37/7 37/10 40/20 48/4 49/7
gets [1] 39/24
getting [1] 33/15
girl [1] 35/3
give [8] 25/21 25/22 28/17 33/23 33/24 43/20 48/4 48/16
gives [1] 25/8
giving [1] 43/8
go [8] 14/19 19/5 26/8 28/4 36/21 37/14 43/9 45/22
goes [1] 9/9 10/25
going [16] 6/23 7/9 7/17 12/9 13/16 20/20 25/6 25/25 26/2 32/7 37/16 43/20 48/2 48/3 48/6 49/8
Golumb [1] 2/17
gone [1] 28/19
good [5] 4/3 18/5 18/9 24/25 31/19
got [2] 26/5
grass [1] 10/20
gravity [1] 20/10
grew [1] 37/16
ground [1] 11/3
grow [1] 33/4
guess [2] 45/21 47/2

**H**

had [8] 5/5 6/24 6/25 16/13 17/21 17/23 18/7 22/20
half [4] 15/12 27/24 27/24 48/13
HALL [1] 1/13
hand [1] 31/6
handed [1] 40/5
handful [1] 17/17
happened [5] 4/16 11/13 17/20 27/7 38/22
happening [1] 36/25
hard [1] 36/18
harm [1] 7/14
has [5] 5/12 28/6 31/22 31/23 32/6 45/7 47/16
have [39] 7/7 8/2 8/18 9/4 10/16 13/19

13/24 21/22 25/9 25/22 28/10 30/8 30/19
33/19 34/13 35/10 35/14 36/11 37/21 38/3
38/18 39/11 40/15 41/14 41/18 41/25 42/20
42/24 43/6 43/9 43/11 43/17 43/25 46/11
47/12 48/2 48/8 48/19 49/8
having [4] 21/3 24/3 24/17 31/9
Hay [3] 2/20 23/19 24/3
he [55]
he's [2] 36/15 41/21
hear [8] 7/24 14/14 17/20 31/19 32/3 32/6 32/11 32/16
hearing [5] 12/12 30/19 31/22 31/23 49/18
hears [1] 32/14
heart [1] 38/19
help [3] 37/6 37/6 37/9
her [24] 5/5 5/6 5/6 5/8 7/2 12/21 13/2 17/22 24/10 24/10 24/11 24/14 27/18 28/9 28/9 28/10 28/14 28/22 31/23 31/25 33/19 34/3 36/21 36/23 38/2
nere [11] 4/5 4/10 4/19 5/13 6/2 9/2 9/11 15/21 26/14 40/23 48/2
hereby [1] 50/4
highlight [2] 21/4 21/17
highlighted [4] 8/19 17/11 18/16 19/17
him [12] 16/13 16/17 17/8 27/21 27/23 30/21 32/10 32/11 32/16 33/24 37/9 38/2
his [20] 6/10 13/6 16/12 16/19 16/25 17/17 18/24 19/7 20/20 20/22 23/9 35/25 38/25 40/25 41/2 41/4 41/12 23/9 35/25 38/25 40/25 41/2 41/4 41/12
hit [1] 27/10
home [5] 23/22 23/24 26/6 29/17 31/4
Honik [1] 2/17
Honor [56]
Honor's [1] 41/12
HONORABLE [1] 1/14
hopefully [1] 48/20
Hopkins [1] 46/2
hospital [8] 6/19 6/20 15/6 15/19 15/24 28/4 37/14 37/15
hour [5] 15/12 23/4 48/14 48/16 48/23
hours [3] 9/9 14/25 15/10
how [28] 9/10 15/15 18/24 19/2 20/9 25/9 26/5 26/21 26/24 27/2 27/24 28/8 28/12 32/25 33/2 33/13 33/16 35/8 35/10 37/2 38/14 38/17 38/25 40/15 42/14 43/2 48/10
however [1] 12/21
hurt [1] 37/11
husband [1] 25/15
HUYNH [5] 1/6 2/6 13/24 13/25 43/15

**I**

I'll [5] 40/13 48/15 48/19 48/20 49/2
I'm [16] 9/25 12/9 16/7 20/20 23/23 25/6 25/21 26/2 27/11 33/15 35/19 39/5 45/18 48/3 48/11 48/23
I've [1] 11/11
identification [8] 8/24 20/25 29/6 34/8 41/7 45/17 46/9 47/4
imagine [1] 35/5
impact [12] 9/22 10/12 10/14 10/16 10/18 10/23 11/17 11/19 12/4 16/15 22/21 27/10
important [1] 39/24
inability [1] 22/22
including [2] 37/22 43/4
indicate [1] 20/5
indicated [8] 9/12 9/15 12/17 16/4 16/16 18/23 41/21 42/10
indicates [9] 12/25 14/4 14/20 14/25 21/5 21/6 21/10 22/4 22/20
indicates -- [1] 14/25
indicating [2] 15/11 18/24
Individually [1] 1/4
individuals [2] 14/22 43/5
injured [5] 12/17 16/6 16/9 16/11 17/8

injuries [4] 12/8 13/16 41/22 44/11
inside [5] 5/8 14/13 20/8 27/3 27/3
instruction [1] 25/22
insurance [1] 40/9
intention [1] 40/17
interpret [1] 24/4
interpreter [8] 2/20 4/10 24/18 25/6 25/7 31/10 32/7 32/14
Interstate [3] 5/10 5/18 11/25
interview [1] 18/14
interviews [2] 15/14 15/16
investigation [3] 8/14 14/5 14/21
involved [1] 7/11
involvement [1] 22/7
is [72]
is -- [1] 23/9
it [49] 4/16 5/7 5/16 7/10 9/9 9/19 9/24 10/6 10/22 10/25 11/3 11/20 11/24 13/7 16/19 17/10 19/7 23/4 23/10 26/5 29/25 33/14 33/23 33/24 34/17 35/25 36/25 39/18 39/19 39/22 39/24 40/2 40/5 40/8 40/17 41/13 41/20 43/14 43/14 44/7 45/2 45/12  46/4 48/6 48/7 48/7 48/12 48/23 49/3
it's [12] 10/5 12/16 12/17 16/22   /20 19/22 27/18 33/2 36/18 39/16 39  3 40/16
its [8] 4/14 9/17 11/8 20/13 21/2  22/7 22/21 22/24
itself [1] 19/13

**J**

jacket [2] 33/20 33/21
January [4] 1/11 26/22 40/6 48/2
Jersey [1] 23/24
John [1] 50/11
JONATHAN [2] 2/4 4/5
JOSHUA [2] 2/3 4/4
judge [6] 24/25 26/21 27/2 27/9 27/16 28/12
JUDICIAL [1] 1/2
JUNE [11] 1/4 4/15 8/4 25/16 26/10 26/12 27/4 27/9 29/17 36/24 41/23
just [25] 11/10 12/10 16/22 16/23 18/3 18/22 19/5 21/3 25/6 25/21 28/8 28/24 29/10 31/19 32/13 34/16 34/18 37/4 37/6 37/12 37/18 38/23 44/6 45/4 46/4

**K**

K-H-O [1] 23/20
keep [2] 6/25 7/2
KEVIN [1] 2/9
Kho [3] 2/20 23/19 24/3
killed [3] 6/14 6/16 17/14
KLINE [1] 2/3
know [23] 16/12 17/4 23/12 26/24 26/24 27/12 27/15 27/21 27/22 28/8 32/17 33/2 33/2 33/16 33/17 34/18 37/2 37/7 37/17 38/21 38/22 39/3 39/17
known [1] 12/22
Kurz [1] 50/11

**L**

lacerations [1] 13/23
lane [11] 9/17 9/20 16/18 16/20 21/11 21/13 21/15 21/23 22/15 22/17 22/25
lanes [2] 11/25 21/24
language [1] 4/8
larger [1] 9/18
last [8] 9/18 19/6 23/18 23/19 24/11 24/13 31/2 31/3
later [2] 10/17 14/14
law [1] 27/5
lawyer [1] 37/19
lawyer -- [1] 37/19
least [1] 39/25

## L

leaving [2] 15/23 22/15
left [9] 10/10 11/5 13/5 13/15 16/17 16/20 21/8 21/22 22/16
leg [1] 37/13
let [1] 32/17
let's [4] 36/2 40/20 41/14 43/9
LEWBART [1] 2/9
life [3] 28/7 28/15 28/17
like [13] 4/7 8/8 8/20 12/10 16/23 21/4 27/17 29/20 30/10 37/18 39/9 44/19 49/6
limit [1] 23/3
lists [1] 22/11
literally [1] 7/19
little [6] 4/22 6/18 6/20 15/12 27/7 32/12
live [6] 7/16 14/14 25/2 25/3 25/12 25/14
lived [1] 25/9
living [7] 7/25 28/13 39/6
located [1] 25/20
location [2] 21/9 25/10
Locust [1] 2/5
long [6] 25/9 33/14 37/2 45/21 48/8 48/10
looked [2] 27/17 29/20
looking [2] 12/15 19/19
lookout [1] 7/2
losing [1] 10/11
loss [1] 28/6
lost [8] 5/14 11/16 22/21 36/17 38/12 39/2 39/3 39/5
lot [2] 15/16 26/24
loud [1] 32/15
louder [1] 32/18
lower [1] 11/21
lower -- [1] 11/21
lowered [1] 20/10

## M

ma'am [1] 30/14
made [1] 27/10
maintain [1] 22/23
make [8] 23/10 28/2 32/15 34/15 34/16 38/14 45/2 48/19
male [5] 17/3 17/8 17/12 17/17 41/21
males [1] 18/8
MALY [17] 1/9 2/11 4/16 5/3 6/24 7/10 9/13 12/13 12/20 19/9 22/9 22/20 26/13 26/14 26/17 26/19 36/10
Mam [11] 1/5 5/6 6/12 6/17 12/19 14/24 17/21 34/4 42/16 43/11 44/8
man [3] 17/14 35/4 35/6
many [9] 5/19 14/15 15/21 26/24 27/2 35/10 40/15 42/14 43/2
Margulies [1] 2/18
mark: [9] 8/10 20/18 20/20 28/24 38/2 40/24 45/24 46/13 46/25
marked [8] 23/20 24/24 21/3 29/5 34/7 41/7 41/16 41/24 43/14 45/17 45/22 46/9 47/4 47/8 47/15
marks [1] 21/9
married [2] 33/8 33/9
Matanovic [1] 2/17
matriarch [1] 7/22
matter [1] 45/21
Matthew [2] 8/13 16/24
may [9] 4/2 8/7 24/20 30/14 30/16 31/13 33/21 39/13 41/20
maybe [1] 37/19
MAZER [1] 1/14
McNULTY [4] 2/9 2/9 42/2 48/25
me [17] 28/25 32/3 33/18 34/14 37/3 37/4 37/15 39/16 40/5 42/15 43/3 43/8 43/10 43/20 48/25 49/11 50/6
mean [2] 25/11 28/20

means [1] 50/22
median [4] 5/16 10/20 10/22 11/23
medical [5] 38/4 44/20 44/22 45/5 47/7
meet [1] 33/10
meeting [1] 48/3
members [2] 18/24 27/2
mental [1] 8/2
met [1] 33/13
might [1] 29/25
miles [2] 5/10 23/4
mind [1] 7/17
minor [1] 13/22
minute [3] 17/9 43/7 46/16
miss [5] 28/19 36/19 36/20 36/21 38/20
missing [2] 28/9 43/19
mom [5] 27/5 27/17 28/6 28/12 28/15
moment [1] 38/24
money [6] 17/22 17/25 18/4 18/8 18/10 18/10
more [7] 13/17 25/21 33/2 41/16 43/7 47/12 48/13
morning [2] 4/3 24/25
MOSS [1] 1/14
most [1] 18/10
mostly [1] 6/23
mother [7] 5/6 6/12 6/17 7/22 12/20 17/21 27/14
Motiva [8] 5/11 5/12 5/14 7/12 9/15 11/16 11/18 16/3
motor [1] 41/22
move [10] 20/12 21/16 23/6 30/3 36/2 37/10 37/12 46/19 47/17 47/20
moved [2] 21/14 21/23 29/24
movement [1] 22/24
movements [2] 22/6 22/9
moving [1] 16/19
Mr [10] 3/4 3/6 13/14 18/4 18/17 21/4 22/3 22/11 42/2 48/25
Ms [2] 13/24 24/25
much [3] 30/8 33/3 49/12
multiple [1] 13/15
my [35] 4/4 19/17 23/24 24/12 25/15 26/8 26/20 27/5 27/5 27/25 27/6 27/15 33/11 33/20 34/12 34/22 35/9 36/17 36/17 36/18 37/3 37/7 37/12 37/13 37/17 38/15 38/15 38/19 38/19 38/21 38/22 38/23 39/3 48/8 48/9
my -- [1] 38/21

## N

NAARDEN [3] 2/3 3/4 4/4
name [13] 4/4 23/18 23/18 23/20 24/11 24/11 24/12 24/13 25/19 30/24 31/2 31/3 34/3
names [1] 34/25
nature [1] 44/11
NAVY [15] 1/5 6/9 6/20 13/3 15/9 17/5 17/15 35/12 35/16 36/11 36/14 37/16 42/16 43/12 44/7
need [8] 34/17 34/18 42/2 43/9 43/12 43/13 45/5 48/10
New [1] 23/23
next [27] 11/6 11/11 12/6 12/16 13/3 13/6 13/12 13/19 14/4 14/20 15/13 15/25 16/21 18/13 19/5 19/17 19/17 20/16 22/2 30/16 38/2 40/21 40/24 43/24 45/24 48/3 48/4
night [1] 28/9
nights [1] 28/5
Nineteenth [1] 2/4
no [27] 1/9 3/11 3/11 9/14 10/11 10/14 11/20 12/4 12/18 16/10 19/2 21/5 30/8 30/12 31/21 32/4 34/8 35/17 37/19 39/11 42/4 42/22 43/7 43/11 47/14 47/24 48/13
Noble [4] 40/23 41/10 41/20 44/9

Noble [1] 13/16
NON-JURY [1] 1/19
none [2] 42/12 42/13
North [1] 23/24
northbound [9] 5/9 10/13 11/15 21/13 21/23 22/14 22/15 22/17 22/25
northwest [1] 21/24
nose [1] 37/8
not [24] 5/24 6/8 12/9 12/22 13/2 13/21 13/25 14/9 14/16 15/8 15/18 16/10 16/22 16/25 23/10 27/11 27/22 32/2 37/7 37/23 38/15 39/17 41/16 50/21
note [1] 41/4
notes [2] 21/21 50/6
nothing [2] 39/7 47/16
noticed [2] 16/18 39/15
now [13] 14/6 25/12 26/21 28/19 32/3 35/9 36/19 39/5 43/6 43/16 43/25 47/17 48/10
numb [1] 37/12
number [2] 9/17 12/12
numeral [2] 21/16 22/3

## O

objection [1] 47/22
obligation [1] 6/25
observations [2] 17/2 27/16
observed [1] 18/23
obviously [1] 12/12
occupants [2] 5/19 12/6
occurred [9] 4/15 9/8 9/10 15/2 7 21/11 21/14 22/14 41/23
Oeurn [11] 1/5 5/6 6/12 6/17 12/1 14/24 17/20 34/4 42/16 43/11 44/8
off [2] 5/15 11/23
Officer [1] 8/14
Official [1] 50/11
often [1] 28/12
okay [29] 4/2 4/12 8/7 14/11 18/12 19/24 20/14 23/9 23/12 25/25 29/9 30/6 32/18 32/19 32/20 33/4 40/19 41/18 41/18 43/6 44/17 44/23 45/20 46/10 46/17 47/25 48/22 49/6 49/12
old [5] 32/25 33/13 33/15 33/16 35/8
once [1] 30/3
one [27] 4/10 6/24 12/8 12/12 12/21 15/25 18/7 19/2 22/13 25/21 32/5 33/18 34/15 36/13 39/18 41/10 41/16 42/8 43/8 43/17 43/13 43/16 43/18 43/21 43/24 44/2 45/5
ones [1] 12/11
ongoing [1] 42/12
only [4] 32/5 35/17 38/23 43/16
operator [2] 22/20 22/23
opinions [2] 19/7 22/12
ordinary [1] 7/6
original [4] 39/18 39/20 39/21 49/2
other [12] 4/24 7/2 7/11 14/7 14/13 15/7 18/24 19/2 30/8 33/12 40/15 47/14
our [4] 4/9 8/5 40/17 48/3
out [14] 4/8 5/20 6/4 6/11 10/22 12/11 15/2 15/25 37/2 42/8 47/7 48/7 48/11 48/23
outside [1] 27/24
over [18] 5/16 5/17 11/24 15/12 18/2 22/2 26/17 27/18
owned [1] 5/12

## P

P.C [2] 2/3 2/9
PA [2] 2/5 2/11
Pabarue [1] 2/19
Pack [11] 4/18 6/10 17/24 25/17 25/17 25/19 26/6 27/4 27/8 29/17 38/6
packed [2] 10/7 38/11
packet [2] 44/3 45/19
page [12] 3/11 16/21 16/23 18/13 19/10

**P**

page... [7] 19/17 19/20 21/4 22/2 22/3 46/15 46/21
pages [1] 46/21
pain [3] 42/11 44/12 47/10
part [4] 11/2 16/4 16/15 19/9
partially [5] 6/11 13/5 17/4 17/5 17/13
particular [1] 10/7
parties [2] 7/11 40/8
pass [10] 5/13 11/16 23/5 27/11 27/12 27/22 28/20 37/2 37/7 41/3
passed [5] 6/3 6/19 7/21 7/23 38/4
passenger [3] 10/6 11/7 11/22
passenger's [1] 13/9
passengers [7] 5/25 7/5 10/7 14/13 14/17 15/17 20/8
passengers -- [1] 5/25
pay [1] 17/23
payroll [1] 17/23
pelvic [1] 12/13
PENNSYLVANIA [2] 1/2 1/13
people [9] 4/17 4/24 12/17 14/7 17/23 18/3 20/9 26/21 26/25
per [3] 23/4 46/15 46/20
period [4] 15/4 42/11 44/11 47/9
perished [1] 14/23
permission [1] 28/24
person [1] 7/6
personal [1] 40/9
pertains [1] 41/13
pertinent [1] 16/4
PHILADELPHIA [7] 1/2 1/13 2/5 2/11 4/23 5/11 25/4
Philly [2] 25/10 26/6
photograph [2] 3/16 34/10
photographs [5] 3/15 3/17 3/25 37/23 38/4
photos [1] 46/14
physical [4] 18/7 21/6 21/20 22/19
picture [3] 29/11 29/13 29/19 29/19 33/19 34/5
picture -- [1] 29/19
pictures [3] 46/15 46/19 46/20
place [3] 12/5 25/17 31/6
placed [1] 29/14
plaintiff [4] 5/3 15/7 47/16 47/19
plaintiff's [6] 8/10 20/15 28/25 40/25 47/15 47/20
plaintiffs [18] 2/6 4/6 4/24 6/2 7/25 8/5 14/9 41/11 42/8 42/15 43/2 44/8 45/7 45/24 46/13 47/11 47/21 48/9
PLEAS [1] 1/2
please [7] 23/17 30/23 32/16 32/17 34/5 39/23 48/25
plus [1] 44/2
pocket [1] 17/18
point [20] 4/9 9/22 10/12 10/14 10/23 10/23 11/10 11/17 11/19 11/22 12/4 12/11 15/2 15/25 16/15 16/23 23/14 42/8 44/6 47/7
points [1] 10/15
police [6] 3/12 8/11 8/12 8/12 8/14 21/10
portion [4] 9/21 11/21 18/17 19/18
portions [1] 8/19
position [1] 12/22
positive [1] 27/11
posterity [1] 49/8
preimpact [1] 22/6
prepare [1] 4/11
prepared [1] 12/3
present [2] 2/16 40/17
presented [1] 6/22
Pretzel [1] 25/17
previously [2] 9/12 9/15
prior [1] 22/21

probably [1] 40/6
problem [3] 30/20 31/22 48/24
proceed [4] 8/5 8/7 24/20 31/13
proceeded [1] 11/6
proceedings [2] 24/4 50/4
process [10] 4/18 6/10 17/24 22/4 25/19 26/6 27/4 27/8 29/17 38/6
pronounced [2] 14/24 15/9
proper [1] 48/11
prove [1] 6/24
provide [1] 7/4
prudent [1] 7/6
pulled [1] 18/18
put [3] 17/17 18/8 40/13
putting [1] 45/18

**Q**

question [4] 19/16 26/2 32/8 35/23
questions [3] 30/6 30/12 39/11

**R**

radial [1] 13/15
Ram [1] 10/6
rapidly [1] 10/9
RC [1] 3/3
RD [1] 3/3
read [11] 8/21 12/9 18/6 18/22 19/16 20/5 41/25 42/3 42/6 48/19 49/9
ready [2] 4/10 8/5
realize [1] 48/6
really [3] 5/8 11/12 32/6
rear [5] 10/9 10/10 11/21 12/21 16/19
reasonably [1] 7/6
recall [2] 26/9 33/14
recognize [1] 29/13
reconstruction [1] 8/16
record [8] 5/13 18/20 23/17 30/23 39/25 40/20 41/25 42/3
record -- [1] 8/20
recovered [1] 18/11
redirected [1] 10/18
Reistle [1] 16/2
relates [2] 41/20 44/7
relation [2] 35/18 35/21
relationship [2] 5/2 26/19
relative [2] 21/18 35/17
relevance [1] 20/6
relevant [1] 12/11
remain [2] 23/16 30/22
remained [1] 17/7
remember [8] 15/22 27/5 27/13 27/19 28/22 35/9 36/23 36/25
remembered [1] 15/23
remind [2] 36/18 37/18
repeat [2] 25/18 26/2
report [21] 3/12 3/13 3/20 3/23 8/11 12/18 13/18 15/3 20/13 20/17 20/22 21/5 23/7 41/4 41/10 41/12 44/13 45/8 45/25 46/6 47/8
report -- [1] 44/2
reporter [3] 25/23 50/11 50/24
reports [12] 3/18 3/21 40/22 40/25 42/10 42/22 43/7 43/17 44/2 44/16 44/21 45/6
representative [1] 5/12
reproduction [1] 50/22
response [1] 25/23
responsibility [1] 40/10
rest [3] 11/8 40/17 47/21
resting [3] 5/17 11/24 12/5
result [8] 6/3 7/21 7/24 8/3 16/11 17/25 22/14 42/13
resulted [1] 22/24
reviewing [1] 22/5
Rich [1] 43/24

ricocheted [2] 5/15 11/23
right [17] 9/19 9/20 10/9 10/25 13/21 18/20 21/7 32/3 37/3 37/25 39/5 43/10 43/25 44/24 45/22 46/22 48/15
ripped [1] 7/19
road [1] 7/3
roadway [5] 9/23 10/13 10/24 11/5 18/2
roll [2] 10/22 11/7
rolled [2] 5/16 11/24
rolling [1] 11/4
roof [2] 11/2 11/5
Ross [2] 40/23 44/8
rotated [1] 10/8
RPR [1] 50/11
rule [1] 48/20

**S**

sad [3] 28/3 39/4 39/5
safety [1] 7/4
said [6] 8/4 11/9 17/3 18/8 49/6 49/10
said -- [1] 49/6
Samaritan [1] 18/10
same [6] 20/21 33/17 38/7 43/8 50/3 50/22
SANDRA [1] 1/14
saw [13] 16/5 16/17 17/17 27/9 27/... 1 27/23 27/24 31/25 36/21 37/3 38/13 38/2... 38/24
say [6] 18/5 19/12 32/17 37/17 37/... 39/25
saying [2] 10/15 25/24
scene [7] 6/21 8/17 15/10 15/18 18/3 46/14 46/20
schedule [1] 48/8
school [1] 36/22
Schorr [4] 20/17 22/3 22/11 23/7
Schorr's [1] 21/4
seat [14] 5/21 5/24 6/5 6/8 13/2 13/6 13/9 13/14 13/21 13/21 13/22 13/25 14/16 14/18
seated [4] 12/20 13/8 13/13 13/20
seats [1] 12/21
second [4] 7/8 13/20 18/6 22/19
seconds [1] 18/20
see [8] 16/11 26/14 26/12 32/2 34/17 38/15 38/15 38/21
seeing [2] 27/13 27/19
seen [1] 28/14
send [1] 39/22
Senior [1] 16/3
sentence [1] 19/23
separate [1] 41/10
separated [1] 23/11
sequence [3] 12/3 22/17 22/13
Sergeant [11] 8/12 8/25 9/11 12/3 1... 5 14/4 14/20 15/3 15/15 19/6 20/13
serious [1] 41/22
seven [1] 35/14
severe [3] 8/2 12/24 20/2
she [37] 4/21 5/5 5/13 5/14 6/19 6/25 7/3 7/5 7/13 12/13 12/20 12/23 12/23 12/24 12/25 13/12 13/13 13/14 13/20 13/21 13/23 14/24 15/4 15/5 15/21 15/23 15/23 17/22 17/23 27/11 27/15 28/13 28/17 28/20 33/16 36/10
she at [1] 27/15
she's [4] 13/19 26/20 28/19 33/17
short [1] 12/7
should [4] 17/11 39/19 43/15 44/23
shouldn't [2] 43/14 48/24
show [4] 7/9 10/17 34/5 37/23
shown [1] 29/11
side [9] 5/18 9/14 11/17 11/22 13/5 18/20 21/7 21/8 22/16
sign [1] 49/3
signed [1] 39/24
significant [1] 42/11

## S

sir [8] 31/19 32/11 32/14 32/25 34/5 35/23 39/8 39/13
sister [1] 5/6 13/12 26/20
sister-in-law [2] 5/7 13/20
sitting [2] 4/19 26/17
situation [1] 7/7
six [3] 43/3 43/5 45/20
slammed [1] 5/15
slightly [1] 18/19
so [34] 5/7 15/3 18/2 20/21 26/2 31/23 32/2 32/10 32/13 32/13 39/2 39/17 39/18 39/25 40/6 40/13 41/15 41/18 42/19 43/6 43/9 43/12 44/2 45/2 45/5 45/8 46/22 47/17 48/11 48/15 48/20 48/23 49/2 49/11
so -- [1] 45/5
some [2] 5/23 5/24
something [1] 19/13
sometimes [1] 39/6
son [20] 1/6 2/6 7/20 13/4 13/19 34/22 35/12 35/16 35/25 36/11 37/3 37/7 37/17 38/13 38/15 38/23 38/24 39/3 42/21 43/19
son's [1] 34/23
sorry [3] 9/25 16/7 35/19
south [7] 5/10 24/15 25/3 25/4 25/10 26/6 31/5
southbound [4] 5/18 10/24 11/25 21/24
speak [6] 17/2 32/11 32/13 32/15 32/18 42/5
specifically [2] 22/8 26/9
SPECTER [1] 2/3
speed [1] 23/3
spell [3] 23/18 24/11 31/2
spewen [1] 18/2
stand [2] 23/14 23/15
standing [2] 23/16 30/22
state [6] 8/12 8/12 8/13 23/17 24/10 30/23
stated [5] 15/23 16/5 16/17 18/17 18/23
States [2] 33/6 35/11
stay [1] 36/19
steering [2] 20/3 20/4
step [3] 30/14 30/21 39/13
Stephan [1] 2/17
Steven [2] 20/17 23/7
still [6] 10/19 20/3 22/4 28/13 28/22 42/11
stipulate [1] 35/25
stipulation [11] 6/23 8/6 10/17 20/16 37/21 39/16 40/4 40/18 40/22 44/19 49/2
stop [1] 48/2
Street [6] 2/5 2/10 23/25 24/15 25/3 31/5
struck [4] 9/21 10/10 11/20 16/13
stuffed [1] 14/17
submitted [1] 49/11
Subsequent [1] 22/11
substantial [1] 7/14
successive [1] 9/18
such [2] 5/3 18/9
suffering [2] 42/12 44/12 47/10
Suite [1] 2/10
summary [1] 16/12
Sun [1] 35/2
sunny [1] 9/9
supervision [1] 50/23
sure [2] 32/15 34/19
survive [1] 15/11
survived [2] 6/18 6/20
survivors [1] 14/15
sustain [1] 12/13
sustained [8] 8/2 12/23 13/10 13/14 13/22 14/2 20/2 41/22
swerve [3] 9/16 9/18 18/19
swerved [1] 18/20
swerving [1] 21/22
sworn [3] 24/18 31/6
synopsis [1] 12/7

## T

T-H-O-U [1] 31/3
tab [8] 9/3 9/6 11/11 12/16 14/4 14/20 15/13 19/6
tabbed [2] 8/19 16/22
Take [1] 23/15
taken [4] 6/18 15/5 34/11 50/6
taking [1] 18/3
talk [3] 9/10 27/7 28/15
talked [1] 13/17
talking [1] 10/19
talks [5] 7/12 11/19 12/19 13/7 19/7 40/7
tank [1] 9/21
tanker [5] 5/12 5/14 5/15 5/16 9/22 18/18 18/21
tell [10] 9/11 24/10 24/25 26/21 27/2 27/9 27/16 28/12 30/21 32/16
TERM [1] 1/4
tested [1] 20/6
testified [2] 24/19 31/11
testifies [1] 12/6
testify [5] 9/2 15/15 31/20 31/23 31/25
testify -- [1] 9/2
testimony [4] 7/17 14/15 21/17 21/21
than [7] 9/18 33/2 33/17 37/19 47/13 47/14 48/13
Thank [20] 20/15 24/21 30/5 30/7 30/8 30/13 31/16 32/24 34/6 39/8 39/12 40/3 40/11 44/4 45/11 48/17 49/4 49/12 49/13 49/15
that [132]
that's [13] 15/7 15/14 17/13 19/10 19/16 29/14 30/4 41/16 43/11 43/16 44/13 46/22 46/24
their [3] 4/19 15/19 17/24
them [19] 4/11 5/23 5/24 6/7 6/15 8/2 12/10 14/16 30/3 36/20 36/21 38/2 38/3 42/6 42/13 42/23 42/24 45/18 46/25
themselves [1] 42/6
then [8] 13/7 15/23 18/20 21/16 40/19 42/18 44/18 45/10
there [22] 4/8 4/9 10/15 14/17 14/18 15/3 18/2 19/13 25/14 28/5 38/9 42/10 42/10 42/14 42/22 44/11 44/23 46/14 46/20 46/21 47/9 48/24
there's [25] 41/15 41/16 42/15 42/18
these [9] 13/16 14/6 18/7 36/3 41/24 41/25 42/2 47/13 49/9
They'll [1] 42/5
they're [3] 23/10 37/24 45/21
THI [2] 1/6 2/6
thing [1] 7/8
things [5] 6/24 36/3 40/7 46/4 48/19
think [3] 39/23 47/25
this [42] 4/13 6/12 6/22 7/11 7/13 7/15 7/17 7/18 7/21 7/22 7/24 8/3 8/10 8/15 8/15 9/10 10/11 11/12 11/19 12/10 13/4 13/8 13/13 14/15 14/17 14/23 17/20 17/21 19/8 20/18 22/2 23/13 28/24 29/7 39/19 41/11 41/14 48/4 48/5 50/7 50/21
those [5] 14/8 37/23 40/24 41/5 44/24
THOU [13] 1/4 2/6 3/6 5/4 13/7 13/14 30/18 30/25 31/9 41/13 41/20 42/18 43/11
though [1] 39/5
three [5] 5/17 6/24 42/19 43/7 43/16
threefold [1] 22/13
through [8] 13/6 14/14 24/18 31/10 45/16 47/2 47/3 49/9
throwing [1] 5/19

## U

under [2] 9/9 50/23
understand [1] 35/22
understood [1] 32/22
unfortunately [5] 7/23 14/18 14/22 15/8 15/18
United [2] 33/6 35/11
unknown [2] 9/16 10/13
unless [1] 50/22
until [4] 9/19 10/9 16/13 25/7
up [13] 15/24 29/2 30/21 32/13 33/4 37/3 37/7 37/10 37/16 38/4 40/5 40/6 41/3
us [1] 34/5
use [1] 7/5
used [1] 7/7
usually [1] 36/19

## V

van [45] 2/3 3/4 4/4 9/24 10/4 10/6 10/20 11/14 11/22 12/5 12/25 14/17 16/12 16/17 16/18 16/25 17/4 17/13 17/24 18/14 18/25 19/13 19/15 19/16 20/9 20/9 20/11 21/7 21/14 21/22 21/23 22/14 22/20 22/21 22/23

## T

THUA [5] 1/6 2/6 13/19 42/21 43/19
Thursday [1] 48/22
till [1] 30/2
time [19] 13/9 15/4 21/12 22/18 23/4 27/11 27/21 28/14 33/14 34/12 36/17 37/12 38/21 44/9 44/10 48/4 48/11 48/19 49/11
times [3] 5/17 9/17 11/7
tire [1] 21/9
tires [2] 10/20 11/8
to -- [1] 8/9
today [14] 4/20 6/2 6/23 12/12 14/10 15/8 15/21 26/15 31/20 40/5 40/5 40/24 42/9 43/3
today -- [1] 15/8
toes [1] 21/9
together [4] 28/14 36/19 36/22 45/18
took [2] 37/15
top [3] 19/22 19/23 37/3
torn [1] 4/14
total [1] 35/14
totally [1] 6/13
touch [2] 11/3 11/6
toward [1] 7/18
towards [1] 11/23
tractor [13] 7/12 9/16 11/20 16/4  /8 21/21 21/15 21/25 22/6 22/10 22/22 23/5
trailer [16] 7/12 9/16 11/16 11/1  /20 16/4 16/15 21/8 21/12 21/25 22/  2/10 22/16 22/22 23/5 27/10
trailer's [1] 21/15
transcript [4] 49/7 49/9 50/8 50
translate [1] 4/11
translation [1] 25/8
transported [1] 29/16
transporting [1] 4/17
trauma [1] 12/24
travelling [5] 4/21 5/9 11/14 22/17 23/3
trial [3] 1/3 1/19 50/6
trip [1] 10/22
truck [3] 16/19 18/18 18/21
truthfully [1] 24/5
try [1] 37/9
trying [1] 18/4
turned [1] 20/4
two [18] 5/10 5/17 5/25 5/25 10/15 11/7 28/5 35/13 41/15 42/15 43/10 43/1  44/8 44/24 45/6 46/4 46/15 46/20
two -- [1] 43/10

## V

van... [10] 22/23 23/3 26/22 26/25 27/3
27/10 27/24 27/25 29/7 29/20
various [1] 13/10
veered [1] 9/19
vehicle [32] 4/23 5/14 5/20 6/4 6/11 6/13
7/2 9/12 9/13 9/14 9/20 9/21 10/8 10/10
10/10 10/18 10/19 10/21 11/3 11/6 12/9
12/22 12/23 13/6 14/13 15/17 16/16 27/3
29/13 29/16 36/6 41/23
vehicles [1] 7/3
verbal [1] 25/22
very [2] 30/7 49/12
victim [1] 12/18
village [2] 33/11 33/11
vis-a-vis [1] 40/9
visually [1] 11/13
vitae [12] 20/21 23/8 41/2 41/17 43/13
43/23 44/2 44/20 45/3 45/10 45/14 45/25
volumes [1] 17/2

## W

wait [6] 17/9 18/5 25/7 30/2 43/7 46/16
waking [1] 15/24
walk [1] 18/4
wall [2] 14/2 14/3
Walnut [1] 2/10
want [4] 27/7 37/18 43/6 47/17
was [103]
waste [1] 49/11
way [10] 5/19 6/23 8/6 20/16 23/11 27/8
39/15 40/18 44/19 49/7
we [25] 13/19 13/24 17/4 20/5 20/5 20/18
22/4 23/11 23/14 28/14 33/11 34/15 36/3
36/18 37/21 38/9 41/4 41/14 41/18 42/20
42/24 43/6 45/5 46/18 47/8
we'll [5] 35/24 38/2 46/24 48/2 48/4
we're [3] 29/2 47/25 48/9
wearing [8] 5/21 5/24 6/5 6/8 13/2 13/22
13/25 14/16
wedding [3] 34/12 34/21 34/23
week [1] 48/4
welcome [1] 45/13
well [10] 4/8 5/7 7/13 9/5 17/19 41/15
42/14 43/14 45/8 48/8
went [6] 5/13 5/16 11/23 26/9 26/22 27/4
were [28] 5/7 5/9 5/21 5/23 5/24 6/3 6/5 6/7
6/14 6/15 9/2 9/11 14/16 14/17 18/2 25/16
26/22 27/3 33/8 33/13 36/6 37/11 38/10
39/4 41/6 45/17 46/8 47/4
weren't [1] 14/18
west [4] 9/23 10/12 10/19 11/4
what [23] 9/24 11/11 11/13 14/6 17/20
23/12 26/19 27/7 27/9 27/16 29/20 34/3
34/18 34/25 35/18 37/5 37/16 37/17 38/22
43/9 46/10 46/17 48/18
what's [2] 35/21 47/15
wheel [1] 20/4
when [19] 4/16 12/24 17/8 17/16 20/3 21/7
21/14 26/22 27/23 28/13 32/11 33/6 33/9
33/13 34/10 37/2 37/16 38/13 38/24
where [18] 11/20 11/24 12/15 15/15 19/7
19/19 19/21 21/5 24/25 25/12 25/16 27/13
27/23 33/4 33/10 38/11 38/22 39/18
Whereupon [7] 8/23 20/24 29/5 41/6 45/16
46/8 47/3
which [18] 4/18 9/6 9/12 9/15 9/21 10/6
11/11 11/14 14/23 14/25 15/4 15/20 20/10
34/21 36/13 41/2 41/23 42/12
which -- [1] 42/12
while [1] 45/6
white [1] 17/17
who [24] 5/4 6/2 6/2 6/9 6/12 6/17 7/25

8/14 12/19 13/7 14/22 15/20 16/3 16/6
17/14 17/18 17/21 20/17 25/14 26/12 32/6
41/22 43/5 44/21
who's [3] 4/10 32/7 40/23
whole [2] 5/8 7/22
why [2] 23/10 40/19
wife [9] 33/10 33/13 34/10 36/16 36/17
38/8 38/13 38/15 38/22
will [18] 14/14 20/22 34/5 37/23 38/3 39/21
40/2 40/6 41/4 41/5 42/6 45/15 46/7 46/7
48/10 48/16 48/18 49/9
William [1] 18/14
window [1] 13/6
wishing [1] 39/3
wishing -- [1] 39/3
within [3] 9/17 16/20 21/13
witness [9] 16/25 18/15 21/21 24/7 29/11
30/15 30/17 37/24 39/14
witnesses [3] 3/3 21/18 40/15
woke [1] 37/2
woman [1] 35/4
won't [1] 49/11
work [9] 15/23 17/24 26/10 26/22 27/8
28/14 38/6 38/9 42/13
worked [2] 20/3 20/7
working [3] 4/24 6/10 25/16
would [45] 4/7 7/7 8/8 8/20 9/2 9/2 9/11
11/10 12/7 12/10 14/25 15/13 15/15 15/25
16/22 16/23 19/4 20/12 21/3 21/16 23/6
23/14 24/8 26/21 28/12 28/24 29/10 29/23
30/10 32/6 32/15 35/4 39/9 40/22 40/24
41/11 41/17 42/7 44/19 45/24 46/13 46/19
47/6 47/19 47/21
writing [1] 25/23
wrong [1] 19/14

## X

Xerox [1] 34/14

## Y

Y-A-N [1] 24/13
YAN [55]
Yeah [3] 25/5 33/9 38/12
year [1] 33/18
years [1] 25/13
yell [1] 37/6
yes [40] 17/15 19/11 19/15 25/12 26/4
26/11 26/16 26/18 28/5 28/11 28/16 28/18
28/21 29/8 29/15 29/18 29/22 31/15 32/2
32/9 32/12 32/23 33/9 33/20 34/24 35/15
36/2 36/8 36/15 36/17 37/15 38/7
38/9 39/5 39/19 40/11 43/22 46/5 49/4
yet [2] 38/22 42/23
you [140]
you tell [1] 26/21
you'll [3] 7/24 17/20 32/18
you're [6] 25/24 43/7 43/18 43/20 45/13
49/8
you've [1] 49/10
young [2] 17/14 26/20
younger [2] 27/6 33/17
your [99]