# EXHIBIT H

## Page 1

YAN THOU, ET AL -vs- MALY YAN

IN THE COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY
FIRST JUDICIAL DISTRICT OF PENNSYLVANIA
CIVIL TRIAL DIVISION

YAN THOU, Individually and as : JUNE TERM, 2003
Administrator of the Estates :
of Oeurn Mam, Deceased, and :
NAVY YAN, Deceased, and :
CHAN YAN and THUA SON and :
CHIEU THI HUYNH :
  :
  vs :
  :
MALY YAN : NO. 1508

Thursday, January 20, 2005

COURTROOM 653
CITY HALL
PHILADELPHIA, PENNSYLVANIA

BEFORE: THE HONORABLE SANDRA MAZER MOSS, J.,

NON-JURY TRIAL

VOLUME II

JOHN J. KURZ, RPR, OFFICIAL COURT REPORTER

## Page 2

APPEARANCES:

KLINE & SPECTER, P.C.
BY: JOSHUA VAN NAARDEN, ESQUIRE
    JONATHAN M. COHEN, ESQUIRE
The Nineteenth Floor
1525 Locust Street
Philadelphia, PA 19102
Counsel for Plaintiffs Yan Thou, Chan
Yan, Thua Son and Chieu Thi Huynh

GEROLAMO, McNULTY, DIVIS & LEWBART, P.C.
BY: KEVIN R. McNULTY, ESQUIRE
Suite 630
1401 Walnut Street
Philadelphia, PA 19102
Counsel for Defendant Maly Yan

Also Present:

Kim Ly Yang, The Interpreter

JOHN J. KURZ, RPR, OFFICIAL COURT REPORTER

## Page 3

YAN THOU, ET AL -vs- MALY YAN

### I N D E X

| WITNESSES | DIRECT | CROSS | RD | RC |
|---|---|---|---|---|
| MALY YAN | | | | |
| By Mr. McNulty | 6 | -- | -- | -- |
| By Mr. Van Naarden | -- | 8 | -- | -- |

### E X H I B I T S

NO.                                              PAGE NO.

(None were marked at this time.)

JOHN J. KURZ, RPR, OFFICIAL COURT REPORTER

## Page 4

YAN THOU, ET AL -vs- MALY YAN

(REPORTER NOTE: Thursday, January 20, 2005, Courtroom 653, Judge Moss.)

COURT CRIER: Everybody please rise.

(Call to order at 1:45 p.m.)

THE COURT: Good afternoon. So we are now ready, I believe, on the defense side of the case to proceed?

MR. McNULTY: Yes, Your Honor.

THE COURT: You may proceed.

MR. McNULTY: Your Honor, first, could I hand up to the Court the original stipulation?

THE COURT: Yes, that's right. Do me a favor though, please, take the microphone, put it up straight in front of you.

MR. McNULTY: Thanks, Your Honor.

THE COURT: All right. Now you're okay.

Richard, you can make copies of that, okay. And we'll file the original. You can get your copies.

MR. McNULTY: Thanks, Your Honor. The defense, we call Maly Yan.

THE COURT: You may take the stand.

JOHN J. KURZ, RPR, OFFICIAL COURT REPORTER

```
                                                   6
         YAN THOU, ET AL  -VS- MALY YAN                MALY YAN - DIRECT
```

**Page 6**

```
         MR. McNULTY: We do have an
interpreter, Your Honor.
         COURT CRIER: For the record, sir,
please state your name and spell your last
name.
         THE INTERPRETER: My name is Kim Ly
Yang. The last name is Y-A-N-G.
         COURT CRIER: Your home address?
         THE INTERPRETER: 1416 Tasker Street,
Philadelphia, PA 19145.
              - - -
         ... KIM LY YANG, The Interpreter,
having been duly sworn to translate the
proceedings truthfully and accurately as
follows:
              - - -
         COURT CRIER: For the record, state
your name.
         THE WITNESS: My name Maly Yan. My
first name spelled M-A-L-Y, last name Y-A-N
         COURT CRIER: Your home address?
         THE WITNESS: 2007 South 9th Street,
19148.
              - - -
```

```
         ... MALY YAN, after having been first
duly sworn (through the Interpreter), was
examined and testified as follows:
              - - -
         MR. McNULTY: May I proceed, Your
Honor?
         THE COURT: Yes, you may.
              DEFENDANT'S EVIDENCE
              DIRECT EXAMINATION
BY MR. McNULTY:
Q    Ms. Yan, I know you understand some English,
but we're going to go through the interpreter, okay?
A    Okay.
Q    State your full name and your present home
address.
A    My name is Yan, Maly. My residence is 2007
South 9th Street, 19148.
         THE COURT: Wait. I'm having trouble
hearing him
         Yes, thank you. I need to hear
everything you say more than I need to hear
what she says because I don't understand her
BY MR. McNULTY:
Q    Ms. Yan, how long have you lived at that
```

```
                                                   7
                   MALY YAN - DIRECT
address?
A    Seven years.
Q    And what is your country of origin?
A    Cambodia.
Q    Are you presently employed?
A    You mean now?
Q    Right now.
A    No
Q    Okay. Were you the operator of one of the
vehicles involved in the accident that we're here
about from back on June 18th of 2001?
A    Yes
Q    And what kind of vehicle -- what kind of
vehicle were you driving at the time of the
accident?
A    Van, 1992
Q    Where were you coming from and where were you
going?
A    From work and heading home.
Q    And home was Philadelphia?
A    Correct.
Q    Tell Her Honor, Judge Moss, what you recall
about the accident that day
A    I don't recall, I forget
```

```
                                                   8
                   MALY YAN - DIRECT
Q    Do you recall anything about where it happened,
about what time, anything?
A    All I know is it happen about 4:30 in Delaware.
Q    And the road that you were on at the time of
the accident, was that the road that you usually
drove home on?
A    Correct.
Q    Do you recall a tanker truck also being
involved in the accident?
A    I don't recall.
Q    Ms Yan, were you injured in the accident?
A    Yes
         MR. McNULTY: I don't have any other
questions at this time, Your Honor. Thank you
         THE COURT: You're welcome. Do you
have any cross-examination?
         MR. VAN NAARDEN: I do, Your Honor
May I proceed, Your Honor?
         THE COURT: Yes, you may
              CROSS-EXAMINATION
BY MR. VAN NAARDEN:
Q    Good afternoon, Ms. Yan
         I want to start off by telling you
how sorry I am about the loss of your mother and
```

JOHN J KURZ, RPR, OFFICIAL COURT REPORTER

your brother, but I'm here to ask you a few difficult questions about the accident in 2001.
Did you understand my question, ma'am?
A. Yes
Q. On the date of the accident, on June 18th of 2001, you were working for Pack and Process located in Delaware, right?
A. Correct.
Q. And you were working as a quality control employee at the factory?
A. Yes.
Q. And as part of your duties, you would transport workers from their homes in Philadelphia to the factory and back home to Philadelphia, right?
A. Correct.
Q. On the day of the accident, when you were driving back from Pack and Process, you had 19 people in that Dodge van, correct?
A. Correct.
Q. And contained within those 19 people were various members of your own family?
A. Correct.
Q. As a result of this accident, in addition to your own injuries, you lost your mother and your brother?
A. Correct.
Q. Knowing that you were the driver of this van, how has this accident affected you?
A. Because after accident my mother pass away, and I feel so depressed, and I feel so loneliness.
Q. And how has the loss of your brother, Navy Yan, affected you?
A. When I lost my brother, I feel so lonely, like I live my life in this world without any person around me, I feel isolated.
Q. As the driver of the van, you recognize that you had an obligation to be aware of the other vehicles on the road with you, right?
A. Yes.
Q. And you also recognize that as the driver of that vehicle you have a duty to the other people in the car to keep the van under control?
A. Yes.
Q. At some point, and I understand that your memory of what happened in the accident is limited but at some point you did end up losing control of the van that you were driving?

A. Yes.
Q. And just to back up for a second, you also recognize that you had an obligation and a duty to obey the laws of the road, like the speed limit?
A. Yes
Q. Do you remember driving -- rather, strike that.
You remember driving to work on the day of the 18th, driving the passengers from Philadelphia to the Delaware factory, right?
A. I do.
Q. You don't remember there being any type of mechanical problem with the car -- strike that, van, when you drove from South Philadelphia to the factory on the 18th, right?
A. No, I don't.
Q. And as you drove back from the factory back from Pack and Process toward Philadelphia on the 18th, you remember approaching the big tanker, right?
A. Yes.
Q. The tanker was in the center lane and you were behind it at first, right?
A. Correct.
Q. And at some point you made a decision to go around the tanker using the left most lane?
A. Yes
Q. And as you were passing the tanker with the tanker on your right, you lost control of the vehicle?
A. I don't recall
Q. Do you remember waking up in the van after the accident?
A. Yes
Q. What did you see when you woke up? What was going on around you?
A. I saw some of my siblings visiting me at the hospital
Q. Do you remember seeing your brother at the scene of the accident before you went to the hospital?
A. No, because I was unconscious
Q. Did you first regain your consciousness when you were in the hospital?
A. I was unconscious for two days at the hospital.
MR. VAN NAARDEN: Thank you very much I have no other questions.
THE COURT: Any redirect?
MR. McNULTY: No, Your Honor. Thank

**Page 13**

YAN THOU, ET AL. -vs- MALY YAN

```
 1  you
 2          THE COURT: You may step down, ma'am.
 3          (Witness excused.)
 4          MR. McNULTY: Defense rests, Your
 5  Honor.
 6          THE COURT: Would you like to argue
 7  to me from the plaintiff's side?
 8          MR. VAN NAARDEN: I would, Your
 9  Honor.
10          THE COURT: Okay. Now, I wanted to
11  go over -- why don't you go plaintiff to
12  plaintiff, argue any injuries, argue any work
13  loss?
14          MR. VAN NAARDEN: Absolutely, Your
15  Honor.
16          THE COURT: There are what, five
17  plaintiffs?
18          MR. VAN NAARDEN: There are six
19  plaintiffs, Your Honor. And I am fully
20  prepared to go through each and every one
21  individually to outline for this Court the
22  economic losses in addition to the pain and
23  suffering.
24          THE COURT: That would be a good
```

JOHN J. KURZ, RPR, OFFICIAL COURT REPORTER

**Page 14**

YAN THOU, ET AL. -vs- MALY YAN

```
 1  idea.
 2          MR. VAN NAARDEN: Before I get into
 3  that, with the Court's indulgence, I just want
 4  the Court to get a picture of how this has
 5  affected this family.
 6          THE COURT: Okay.
 7          MR. VAN NAARDEN: This is a family
 8  that left Cambodia as a family, looking for a
 9  better life here in the United States. They
10  settled in South Philadelphia as a family.
11  They gained employment at Pack and Process, and
12  went to work every day as a family.
13          THE COURT: All 19 of them weren't
14  related, were they?
15          MR. VAN NAARDEN: No. And I'm just
16  talking about the plaintiffs that are in front
17  of this Court.
18          THE COURT: Okay.
19          MR. VAN NAARDEN: With the exception
20  of Chieu Huynh, who was not a family member.
21          THE COURT: Okay.
22          MR. VAN NAARDEN: But for all intents
23  and purposes, that van was packed with the
24  nuclear family, the nuclear Yan family. And,
```

JOHN J. KURZ, RPR, OFFICIAL COURT REPORTER

**Page 15**

YAN THOU, ET AL. -vs- MALY YAN

```
 1  unfortunately, as a result of this accident, an
 2  accident that was preventable, this family was
 3  destroyed. And as I stated in my opening to
 4  the Court, the evidence has shown just that,
 5  three things: One, the negligence factor, as
 6  associated in this case; the causation; and the
 7  damages. And I would like to go through each
 8  and every one of those points.
 9          THE COURT: Start out with the
10  negligence.
11          MR. VAN NAARDEN: Absolutely, Your
12  Honor.
13          Negligence. One, the evidence that
14  we heard mainly through stipulation is from two
15  accident reconstructionists, Steven Schorr and
16  Sergeant Matthew Cox.
17          And just to highlight, Your Honor is
18  fully familiar with both of those documents,
19  but it is important to note that the
20  conclusions are unavoidable. The conclusions
21  are that Maly Yan, the driver of that van, was
22  a substantial factor in causing that injury --
23  causing that accident. And while we recognize
24  that there were other factors, there were other
```

JOHN J. KURZ, RPR, OFFICIAL COURT REPORTER

**Page 16**

YAN THOU, ET AL. -vs- MALY YAN

```
 1  concurring -- concurrent causes, we're here
 2  today to assess liability on Maly Yan, the
 3  driver.
 4          And both of the experts --
 5          THE COURT: She's the only defendant
 6  before me in this case.
 7          MR. VAN NAARDEN: Exactly, exactly,
 8  Your Honor. And, therefore, liability can't be
 9  apportioned to other individuals who aren't
10  here.
11          So we have two experts who have
12  indicated conclusively that Maly Yan was a
13  substantial factor in this accident. And they
14  give details. They talk about the fact that
15  she was going above the speed limit. How do we
16  know that? Because the tractor trailer had the
17  equivalent of a black box, which indicated how
18  fast the tanker was going. And we know that at
19  the time Maly Yan was passing the tractor.
20          And I can just go through very
21  briefly, if the tanker was going 65, we know
22  that Maly Yan must have sped up in order to
23  pass the tanker.
24          We also know that a 15-passenger van
```

JOHN J. KURZ, RPR, OFFICIAL COURT REPORTER

18

YAN THOU, ET AL. -vs- MALY YAN

packed with 19 passengers lowers the center of gravity, which also is a contributing factor in her losing control when she gets near the tanker.

Basically when she gets near the tanker, she loses control of the vehicle. And while some might say there's an argument for mechanical failure, it's just not here in this case.

Sergeant Matthew Cox evaluated the vehicle and determined that there was no mechanical failure, there was no steering failure, the brakes were fine, the tires were fine, which is consistent with Maly Yan's testimony here today, in that on the way to work she had no problems with the van.

Therefore, through both of the accident reconstructionists' testimony, it's clear that Maly Yan was a substantial factor in causing this accident.

And just to point out also, she had a duty, she was the driver of that car, and she even acknowledged it; that as the driver of a van of workers in charge of transporting people

JOHN J KURZ, RPR, OFFICIAL COURT REPORTER

---

YAN THOU, ET AL -vs- MALY YAN

from point A to point B, she has an obligation to be cognizant of other vehicles on the road. In addition, to obeying the speed limit. And she failed to live up to her duty. And it's unfortunate that in addition to losing a mother, a brother, sustaining her own injuries, she also has to bear a portion of the guilt for causing this accident. But that's the hand we're dealt here.

In addition, Steven Schorr also directly relates this accident to the injuries that were sustained. And that's really a no-brainer. But for this accident, none of them would have had these injuries.

And that takes us really to the bulk and the meat of this case.

THE COURT: Now, this family doesn't live together at this point?

MR. VAN NAARDEN: There are certain members who do live together, Your Honor.

THE COURT: What about the defendant? Does she live with her father?

MR. VAN NAARDEN: I believe at this point they do live together.

JOHN J KURZ, RPR, OFFICIAL COURT REPORTER

---

19

YAN THOU, ET AL. -vs- MALY YAN

MR. McNULTY: Yes, Your Honor.

THE COURT: So the family has healed itself as best it could?

MR. VAN NAARDEN: Your Honor, the family has -- many of their physical injuries have healed, but the emotional injuries, which I'll get to when we talk about damages, the mental injuries will never heal.

THE COURT: Okay.

MR. VAN NAARDEN: Your Honor, in relation to damages, I just want to go over with you Mr Hopkins' report, and in detail, so you get a real feeling of the economic loss that we're dealing with, because that's really what David Hopkins' report speaks to. It's the economic -- the capacity, the loss of economic capacity. And he went through each and every plaintiff that's before you here today.

THE COURT: Which exhibit is that?

MR VAN NAARDEN: Your Honor, the exhibit is P-8A. That's the report of David Hopkins.

THE COURT: Okay Wait. 8-A is --

MR. VAN NAARDEN: I believe P-8B is

JOHN J KURZ, RPR, OFFICIAL COURT REPORTER

---

20

YAN THOU, ET AL -vs- MALY YAN

the CV.

THE COURT: It's P-8. P-8 is his report; P-8A is his CV.

MR VAN NAARDEN: And I've blown it up here. And I don't know if Your Honor will have trouble seeing it, but --

THE COURT: I'm looking at mine, which is a lot easier for me to see than that one.

MR. VAN NAARDEN: Sure.

Basically, he goes through each plaintiff, and we're dealing initially with the plaintiff, Yan Thou. And he's giving you three different figures.

THE COURT: Is it Yan Thou or Thou Yan?

MR. VAN NAARDEN: It's actually Yan Thou.

THE COURT: Oh, because Thou Yan is what it says on the doctor's reports.

MR VAN NAARDEN: In the Cambodian culture, my understanding is that they don't take the last name of the father always.

THE COURT: Well, I don't know. All

JOHN J KURZ, RPR, OFFICIAL COURT REPORTER

I can tell you is that it's two different ways. It's Yan Thou in the economic report, and Thou Yan in the doctor's report. It's Yan Thou. It appears on the caption, so I guess Yan Thou is what it is.

MR. VAN NAARDEN: Yes. And I don't believe there's any argument that that is actually the same person.

THE COURT: Okay.

MR. VAN NAARDEN: And he gives you three different ages of retirement. And this is not in dispute. This is all by way of stipulation.

And he gives you two different numbers for the percentage of allowance for productivity, between zero percent and 2 and a half percent.

And, Your Honor, because this is undisputed, the age of retirement can be assumed to be 70. No one's arguing that it's not. And as far as the 2 and a half percent allowance for productivity, again, it's undisputed. So we're to go under the assumption that over a period of time the plaintiffs would get better at what they do, get more efficient at what they do, and, therefore, yield a 2 and a half percentage of productivity increase.

So going under each one of these plaintiffs, he gives you the amount of -- or the loss of earning capacity. And Mr. Hopkins went through the whole analysis of taking into consideration fringe benefits and the other factors that are utilized as far as maintenance, minusing -- taking away personal maintenance, and he comes up with these figures.

And if we can take each one individually, I think it's easier to understand.

THE COURT: Okay.

MR. VAN NAARDEN: So if we start with Thou Yan, and we assume that he would retire at 70, and that he would have a 2 and a half percent increase in productivity, David Hopkins gives us a lost earning capacity number of $245,779. That is just for lost earning capacity. But we also have to consider the

pain, the suffering, the embarrassment, and the humiliation as a result of this accident, which is significant.

He lost a wife; he lost a son; he himself has significant injuries; he fractured three ribs; he had an ankle fracture for which he was placed into a cast; he's had to have follow-up visits to an orthopaedic surgeon; he continues to have neck, lower back and leg pain. And, in fact, he tried to go back to work in 2003.

These are people who are hard working; these are people who want to work, and yet they can't because of their physical injuries. And Dr. Noble states that in his report, which is undisputed, that he can no longer work.

And perhaps one of the most significant factors as it relates to Yan Thou is the fact that he actually saw and witnessed the injury to his wife and to his son. He was there in the van, and he saw the way they looked after this accident.

And Your Honor has been given the

medical examiner's pictures. And looking at those pictures objectively, they are horrific, but knowing that he had to actually see it in person and knowing that this is a woman that he left Cambodia with; that he started a family with; that he met as a young man in their home village, and knowing that he had to witness his son with his body half in and half outside that van, and as you can see from those pictures, portions of his ear ripped off. This is something that he will never recover from; this is something that the family will never recover from.

And I think that his testimony speaks volumes, where he says that he feels as though his life is meaningless now. He had a son that was in school, who was also working hard. He was working during the summer at Pack and Process with his dad and his family, who will never get to reach his potential.

His father had dreams, he had dreams of being a doctor, being a lawyer, things that will never come to be. He'll never get to see his young son grow up and have a family of his

```
 2   own.
 3             Next we have Chan Yan, another
 4   individual who was in the vehicle. She was 30
 5   years old at the time of the accident. She
 6   actually testified here today. She's the
 7   sister. And you can see that David Hopkins
 8   indicates that the loss of earning capacity is
 9   $1,373,073.
10             Again, the pain and suffering as it
11   relates to her, she had a left wrist fracture,
12   she had a cast. In addition, Dr. Noble
13   indicates in his record that she could no
14   longer grasp things. She can't even grasp a
15   mug because she has no capacity to grab
16   anything, and that continues until today. She
17   also has neck and left shoulder pain. And as
18   Dr. Noble's report indicates, she can't even do
19   housework anymore. She can't even lean over,
20   she has a very tough time. She has also
21   followed up at the ambulatory care center for
22   her injuries.
23             Again, these are individuals who wish
24   they could work. That's what they came to the
25   United States to do. And, unfortunately, they
```

26
YAN THOU, ET AL -vs- MALY YAN

```
 2   can't
 3             Again, the negligent infliction of
 4   emotional distress claim, she, too, had to
 5   witness her mother and her brother dieing.
 6   She, too, had to witness the pandemonium and
 7   the horrific scene that was left behind as a
 8   result of this accident.
 9             Thua Son, another one of the
10   survivors of this accident, she was 31 at the
11   time of this accident.
12             THE COURT: Now, who is Thua Son?
13             MR. VAN NAARDEN: Thua son is the
14   sister-in-law.
15             THE COURT: She did not testify?
16             MR. VAN NAARDEN: She did not
17   testify. She was here, Your Honor.
18             She was 31 at the time of the
19   accident. As you can see, David Hopkins
20   evaluates her lost earning capacity as 797,87
21   Again, her pain and suffering, she has total
22   amnesia from the accident. That's one of the
23   reasons why you didn't hear from her. She had
24   a severe neck sprain, she had -- her wrist was
25   put in a splint.
```

27
YAN THOU, ET AL -vs- MALY YAN

```
 2             And, again, Your Honor, a lot of
 3   these physical injuries have healed somewhat,
 4   but the residual pain prohibits them from
 5   working. And, again, the major and the lasting
 6   effects of this is the effects of the brain;
 7   the fact that they'll never recover from this;
 8   that they still have dreams about this accident
 9   and about what they've lost. She also had to
10   see family members in the van after the
11   accident.
12             Chieu Huynh was a passenger in the
13   van. She was not a member of the family.
14             THE COURT: Yes. Who is she?
15             MR. VAN NAARDEN: She is 53 years
16   old. She did not testify.
17             THE COURT: But who is she in
18   relationship to these --
19             MR. VAN NAARDEN: There is no
20   relationship. She is actually here today.
21             THE COURT: A friend of the family?
22             MR. VAN NAARDEN: She was in the van,
23   but she doesn't know the family.
24             THE COURT: They were just giving her
25   a ride?
```

28
YAN THOU, ET AL -vs- MALY YAN

```
 2             MR. VAN NAARDEN: No. She was
 3   working at Pack and Process. She was an
 4   employee of Pack and Process.
 5             THE COURT: But why was she in the
 6   van?
 7             MR. VAN NAARDEN: She was working at
 8   Pack and Process that day, and they were
 9   driving her home.
10             THE COURT: So they knew each other?
11             MR. VAN NAARDEN: They knew each
12   other from work, yes.
13             And David Hopkins puts a value on her
14   lost earning capacity as well.
15             THE COURT: Where is that? That's
16   not in this report that I could find.
17             MR. VAN NAARDEN: There was a
18   supplement to that report which was also marked
19   into evidence, Your Honor.
20             THE COURT: Oh, here it is.
21             MR. VAN NAARDEN: It was a one-page
22   supplement.
23             THE COURT: Okay. I found it. Okay.
24   Go ahead.
25             MR. VAN NAARDEN: And she had her
```

```
                                                                              29                                                                              30
      YAN THOU, ET AL  -vs- MALY YAN                                               YAN THOU, ET AL  -vs- MALY YAN
```

**Page 29**

1. hand put in a cast as well. She continues to
2. go for orthopaedic evaluations even to this
3. day. She can no longer work as well, as per
4. Dr. Noble's report.
5.     And finally, we get to the damages as
6. it relates to Oeurn Mam and Navy Yan, the
7. mother and the brother of this family.
8.     Now, there are two claims as it
9. relates to both of these individuals: The
10. Wrongful Death Act damages, and the Survival
11. Act damages.
12.     And under the Wrongful Death Act as
13. it pertains to Oeurn Mam, the mother, we talk
14. about the loss of earning capacity because she
15. was contributing wholly to that family. All of
16. the money that she would have earned would have
17. gone towards maintaining and supporting their
18. family. But we also have the loss of comfort,
19. society, and companionship for Yan Thou, her
20. husband.
21.     And that's important, because he took
22. the stand, and he tried to keep his composure,
23. but it was difficult for him because he lost
24. his companion, he lost his wife, he lost the

**Page 30**

1. mother to his children. And in addition, the
2. children have lost the guidance and the
3. tutelage of their mother.
4.     And Chan Yan testified about the fact
5. that she misses -- while she still is able to
6. retain the advice that her mother has given her
7. over the years, she can no longer go to her mom
8. and ask her questions about her relationship
9. with her husband or how to change -- or
10. questions about how to deal with her young
11. children. That's no longer a possibility for
12. her.
13.     And almost most importantly we have,
14. under the survival damages, the pain and
15. suffering that she had. And there's ample
16. evidence that indicated that she survived for a
17. period of time after the accident, conscious
18. pain and suffering, for which Dr. Noble
19. indicated in his report, and for which the
20. medical examiner also indicated. She passed
21. away at the Christiana Hospital. There is a
22. significant period of time for which she had to
23. endure, as you can see from those pictures,
24. significant pain and suffering.

```
                                                                              31                                                                              32
      YAN THOU, ET AL  -vs- MALY YAN                                               YAN THOU, ET AL  -vs- MALY YAN
```

**Page 31**

1.     THE COURT: There were pictures? Did
2. I get pictures of her?
3.     MR. VAN NAARDEN: Yes, Your Honor.
4. There are two sets of pictures from the medical
5. examiner.
6.     THE COURT: I only have one. I have
7. a set of pictures of --
8.     MR. VAN NAARDEN: P-5, Your Honor.
9.     THE COURT: -- of the son. I don't
10. have it.
11.     I have one set of pictures that I
12. believe is Navy Yan. But I don't have the
13. other set of pictures. And then I have a set
14. of pictures of the damage to the cars, to the
15. van. I have a picture, P-4, is a picture of
16. the husband and wife together, I have that.
17.     MR. VAN NAARDEN: I believe it was
18. marked collectively P-5.
19.     THE COURT: Wait. I do have it. I'm
20. sorry. I didn't realize it was a different
21. person. And this is P-5.
22.     COURT CRIER: A through E.
23.     THE COURT: All right. Okay.
24.     MR. VAN NAARDEN: Your Honor, as you

**Page 32**

1. can see from that picture, Oeurn Mam sustained
2. significant pain and significant suffering as a
3. result of this accident.
4.     Finally, we come to Navy Yan, a
5. 16-year-old high school student, working during
6. the summer, was partially ejected from this
7. van. And, again, his loss of earnings is
8. analyzed under the Wrongful Death Act.
9.     Finally, the Survival Act damages for
10. him, and I think that --
11.     THE COURT: Wait a minute.
12.     MR. VAN NAARDEN: This is for Navy
13. Yan.
14.     THE COURT: Okay.
15.     MR. VAN NAARDEN: And perhaps the
16. picture -- the medical examiner's pictures of
17. Navy Yan is the most graphic. And it's hard to
18. look at, but it shows how much pain and
19. suffering this young man was made to endure.
20.     THE COURT: Now, he died at the
21. scene; did he not?
22.     MR. VAN NAARDEN: He did, Your Honor.
23. But there is also testimony, we know from the
24. time of the accident and the time of death is

approximately a half an hour

THE COURT: Right.

MR. VAN NAARDEN: We also know that in the interview section of Sergeant Cox's police report, it indicates that one of the civilian witnesses was with Navy Yan before he died, which, by implication, shows that he was alive when he got to him

THE COURT: Right

MR. VAN NAARDEN: And both the medical examiner and Dr. Noble indicated a period of conscious pain and suffering.

And while it's not as long as Oeurn Mam was made to suffer for, it is a significant amount of time for a young boy to have to suffer

And finally, to put it all together, make it all make sense here, we have listed here for Your Honor as a guide for how to calculate these significant damages in this case, we have the total economic loss, and we can see the figure here adding up all of the total lost earning capacities for all six of these individuals, again, which is uncontested

And it's up to the Court to determine the total noneconomic losses And that's really how I want to leave this Court, with a picture of a family that can never recover from this. And they understand that, and as well the Court understands, that money will not bring back their family members, but that's all we have. That's all that we can give them in a court of law to compensate them for this immeasurable loss.

They look -- and they're here, and they're looking for the fact-finder, for this Court, to validate what their family -- what their family is worth, what the pain and suffering that they have been made to endure is worth. And, unfortunately, that's what it boils down to.

THE COURT: Okay.

MR. VAN NAARDEN: Before I sum up, Your Honor, I just would also like to touch on a question that the Court posed to me during my opening, which was whether or not certain members of the van were wearing seat belts

THE COURT: Which is actually not

really admissible

MR. VAN NAARDEN: Right. Exactly, Your Honor

THE COURT: I was just curious about it

MR. VAN NAARDEN: And the family is confident that this Court will be able to as a fact-finder put that issue aside and determine the case on the merits that are admissible

This family will never again sit at a table as a full, cohesive nuclear family, because the matriarch and the little brother and the memory of how they passed are imbedded in their minds and in their dreams. And they ultimately are looking to this Court for some sort of closure

Thank you

THE COURT: You may respond

MR. McNULTY: Just very briefly, Your Honor

Your Honor is very familiar with this case and the companion cases and the procedural posture of everything. Your Honor is also very experienced in evaluating cases of this

magnitude I trust that the Court will award the plaintiffs In this case, since Maly Yan is the only defendant, the Court's only evaluating her conduct on the negligence issues, and the other parties involved in the accident will be evaluated at another day

We trust the Court will award the plaintiffs fair and reasonable compensation.

Thanks, Your Honor.

THE COURT: Thank you. I assume you don't have any rebuttal to that?

MR. VAN NAARDEN: I do not, Your Honor Thank you

THE COURT: Okay

MR. VAN NAARDEN: Your Honor, if I may, we've also prepared, in conjunction with our pretrial memorandum, a verdict slip, because initially this was anticipated to be a jury trial. And I'm fully prepared to pass up a copy of that verdict slip, if Your Honor would like.

THE COURT: Well, actually, I've written things out, and I can do it.

Now, I believe for Yan Thou, Chieu

## Page 37

Huynh, Chan Yan, and Thua Son, I can render one verdict. For Oeurn Mam and Navy Yan, I have to do a wrongful death and a survival; is that right?

MR. VAN NAARDEN: Yes, Your Honor.

THE COURT: What I will do is give my -- render my verdict and then you can submit to me afterwards a filled-in verdict slip, okay?

MR. VAN NAARDEN: Okay. Sure.

THE COURT: All right. Let me say just to begin that there's no amount of money that I could ever give to this family to make them whole. If I had the power, I would certainly roll the clock back and change the events of that day, and no money would change hands. I don't want the family to feel that an amount of money is what I value a family, because a family is simply beyond a price tag.

What I have to do in my job is to attempt to take the economic losses and the noneconomic losses and put them into a reasonable posture.

So having said that, I know there's

## Page 38

interpreters here, I hope that the family is made aware that I'm not putting a value on the breakup of a family, because that simply is irreplaceable. And I certainly hope that time will heal enough of these wounds that the family does stay together in its present form, which is, after all, important.

For Yan Thou, a total of $2,245,779.

For Oeurn Mam, a verdict under wrongful death of $717,492; under survival, $1 million; making a total of $1,717,492.

For Navy Yan, under wrongful death, $1,694,295; and under survival, $1 million; making a total of $2,694,295.

For Chieu Huynh, the passenger in the van who was not related to the family, a total of $500,000.

For Chan Yan -- and what is that person's relationship?

MR. VAN NAARDEN: Sister, Your Honor, that was the sister who testified.

THE COURT: Oh, that's the sister. I'm sorry. A total of $2,023,073.

And for Thua Son, a total of

## Page 39

$1,047,828.

For the family, the total is 9,728,467. With the passenger, 500,000 even.

Okay. If you will put together a verdict slip to reflect that, and of course get a copy of that record.

And I assume we'll wait -- we wait the ten days for post-verdict motions and then you can submit an order entering judgment.

MR. VAN NAARDEN: Your Honor, I would just ask that if the Court can place on the record the findings of fact as to liability.

THE COURT: Oh, okay. I'm sorry. You're absolutely correct.

I find in favor of the plaintiffs, against the defendant on liability, and then assess damages. I'm sorry, you're absolutely correct.

So that should also be reflected on the verdict sheet that you submit to me.

I'm, unfortunately, so used to doing assessment of damages hearings in my current capacity that I am rarely asked to determine liability also.

## Page 40

But I think I was very impressed with the accident reconstruction reports that I read, and have no problem in assessing liability.

And, again, it's a terribly unfortunate situation. And I do want to thank the lawyers on both sides, because I think what you did was a decent and a humane way of handling this. The case did not belong in a courtroom, given the current economic posture, and it would have been tremendously painful on both sides.

So I know that you all stepped up to the plate, and you truly did what was right. And I know lawyers take a lot of criticism. And I want to say publicly that I think you were true officers of the court, and I'm very proud of all of you.

MR. VAN NAARDEN: Thank you, Your Honor.

MR. McNULTY: Thank you very much, Your Honor.

THE COURT: You're welcome.

MR. McNULTY: May we be excused?

THE COURT: Yes.

(Hearing concluded.)

---

42

CERTIFICATION

I hereby certify that the proceedings and evidence are contained fully and accurately in the notes taken by me on the trial of the above cause, and that this copy is a correct transcript of the same.

John J. Kurz, RPR
Official Court Reporter

(The foregoing certification of this transcript does not apply to any reproduction of the same by any means unless under the direct control and/or supervision of the certifying reporter.)

| | | |
|---|---|---|
| -- [32] 3/5 3/5 3/5 3/6 3/6 3/6 7/14 11/7 11/13 13/12 15/23 16/2 16/5 19/6 19/17 19/24 20/7 22/7 22/12 26/24 27/18 30/6 30/10 31/8 31/10 32/11 32/17 34/12 34/14 37/8 38/19 39/8 | approaching [1] 11/19<br>approximately [1] 33/2<br>are [20] 4/7 7/6 13/17 13/19 14/17 15/21 15/22 18/20 22/11 23/13 23/13 23/14 24/3 25/23 29/9 31/5 35/10 35/14 35/16 42/5<br>aren't [1] 16/10<br>argue [3] 13/7 13/13 13/13<br>arguing [1] 21/21<br>argument [2] 17/8 21/8 | Cambodian [1] 20/9<br>came [1] 25/24<br>can [22] 4/20 4/21 16/21 21/2 21/20 22/15 23/17 24/10 25/7 26/19 29/4 30/8 30/24 32/2 33/23 34/5 34/9 36/24 37/2 37/8 39/10 39/12<br>can do [1] 36/24<br>can't [6] 16/9 23/15 25/14 25/18 25/19 26/2<br>capacities [1] 33/24 |
| **A** | around [3] 10/13 12/2 12/12<br>as [49]<br>aside [1] 35/9 | capacity [11] 19/17 19/18 22/8 22/23 22/25 25/8 25/15 26/20 28/14 29/15 39/24<br>caption [1] 21/5 |
| able [2] 30/6 35/8<br>about [18] 7/12 7/24 8/2 8/3 8/4 8/25 9/3 14/17 16/15 18/22 19/8 27/8 27/9 29/15 30/5 30/9 30/11 35/5<br>above [2] 16/16 42/7 | ask [3] 9/2 30/9 39/12<br>asked [1] 39/24<br>assess [2] 16/3 39/18<br>assessing [1] 40/4<br>assessment [1] 39/23 | car [3] 10/20 11/13 17/23<br>car -- [1] 11/13<br>care [1] 25/21<br>cars [1] 31/15<br>case [10] 4/8 15/7 16/7 17/10 18/17 33/22 35/10 35/23 36/3 40/10 |
| absolutely [4] 13/15 15/12 39/15 39/18<br>accident [40] 7/11 7/16 7/24 8/6 8/10 8/12 9/3 9/7 9/18 9/25 10/6 10/7 10/23 12/9 12/16 15/2 15/3 15/16 15/24 16/14 17/19 17/21 18/9 18/12 18/14 23/3 23/24 25/5 26/8 26/10 26/11 26/19 26/22 27/8 27/11 30/18 32/4 32/25 36/7 40/3 | associated [1] 15/7<br>assume [3] 22/20 36/11 39/8<br>assumed [1] 21/21<br>assumption [1] 21/25<br>attempt [1] 37/22<br>award [2] 36/2 36/8<br>aware [2] 10/15 38/3<br>away [3] 10/7 22/12 30/22 | cases [2] 35/23 35/25<br>cast [3] 23/8 25/12 29/2<br>causation [1] 15/7<br>cause [1] 42/7<br>causes [1] 16/2<br>causing [4] 15/23 15/24 17/21 18/9<br>center [3] 11/22 17/2 25/21 |
| accurately [2] 5/15 42/5<br>acknowledged [1] 17/24<br>Act [5] 29/11 29/12 29/13 32/9 32/10<br>actually [8] 20/18 21/9 23/21 24/4 25/6 27/20 34/25 36/23 | **B** | certain [2] 18/20 34/23<br>certainly [2] 37/16 38/5<br>certification [2] 42/2 42/20<br>certify [1] 42/4<br>certifying [1] 42/24 |
| adding [1] 33/23<br>addition [7] 9/25 13/23 18/4 18/6 18/11 25/12 30/2 | back [10] 7/12 9/16 9/19 11/3 11/17 11/17 23/10 23/11 34/7 37/16<br>Basically [2] 17/6 20/12<br>be [12] 10/15 13/25 16/9 18/3 21/20 21/21 24/24 35/8 36/7 36/19 39/20 40/25<br>bear [1] 18/8 | CHAN [6] 1/6 2/6 25/3 30/5 37/2 38/19<br>change [3] 30/10 37/16 37/17<br>change -- [1] 30/10<br>charge [1] 17/25<br>CHIEU [6] 1/6 2/6 14/21 27/12 36/25 38/16<br>children [3] 30/2 30/3 30/12 |
| address [4] 5/9 5/22 6/16 7/2<br>Administrator [1] 1/4<br>admissible [2] 35/2 35/10<br>advice [1] 30/7<br>affected [3] 10/6 10/10 14/6<br>after [7] 6/2 10/7 12/8 23/24 27/10 30/18 38/8 | because [17] 6/23 10/7 12/18 16/17 19/15 20/20 21/19 23/15 25/15 29/15 29/22 29/24 35/13 36/19 37/20 38/4 40/8<br>been [5] 5/14 6/2 23/25 34/16 40/12<br>before [7] 1/14 12/16 14/3 16/7 19/19 33/7 34/20 | Christiana [1] 30/22<br>CITY [1] 1/13<br>CIVIL [1] 1/3<br>civilian [1] 33/7<br>claim [1] 26/4<br>claims [1] 29/9<br>clear [1] 17/20 |
| afternoon [2] 4/6 8/23<br>afterwards [1] 37/9<br>again [11] 21/23 25/10 25/23 26/3 26/21 27/2 27/5 32/8 33/25 35/11 40/6 | begin [1] 37/13<br>behind [2] 11/23 26/7<br>being [4] 8/9 11/12 24/23 24/23<br>believe [7] 4/7 18/24 19/25 21/8 31/13 31/18 36/25 | clock [1] 37/16<br>closure [1] 35/17<br>cognizant [1] 18/3<br>COHEN [1] 2/4<br>cohesive [1] 35/12 |
| against [1] 39/17<br>age [1] 21/20<br>ages [1] 21/12<br>ahead [1] 28/24<br>alive [1] 33/9 | belong [1] 40/10<br>belts [1] 34/24<br>benefits [1] 22/10<br>best [1] 19/4<br>better [2] 14/10 22/2<br>between [1] 21/17 | collectively [1] 31/19<br>come [2] 24/24 32/5<br>comes [1] 22/13<br>comfort [1] 29/19<br>coming [1] 7/18<br>COMMON [1] 1/2 |
| all [18] 4/18 8/4 14/14 14/23 20/25 21/13 29/16 31/24 33/18 33/19 33/23 33/24 34/8 34/9 37/12 38/8 40/14 40/19<br>allowance [2] 21/16 21/23<br>almost [1] 30/14 | beyond [1] 37/20<br>big [1] 11/19<br>black [1] 16/18<br>blown [1] 20/5<br>body [1] 24/9<br>boils [1] 34/18 | companion [2] 29/25 35/23<br>companionship [1] 29/20<br>compensate [1] 34/10<br>compensation [1] 36/9<br>composure [1] 29/23<br>concluded [1] 41/3 |
| also [24] 2/16 8/9 10/18 11/3 16/25 17/3 17/22 18/8 18/11 22/25 24/18 25/17 25/20 27/9 28/18 29/19 30/21 32/24 33/4 34/21 35/24 36/17 39/20 39/25 | both [7] 15/19 16/5 17/18 29/10 33/11 40/8 40/13<br>box [1] 16/18<br>boy [1] 33/16<br>brain [1] 27/6<br>brakes [1] 17/14 | conclusions [2] 15/21 15/21<br>conclusively [1] 16/13<br>concurrent [1] 16/2<br>concurring [1] 16/2<br>concurring -- [1] 16/2 |
| always [1] 20/24<br>am [3] 8/25 13/20 39/24<br>ambulatory [1] 25/21<br>amnesia [1] 26/22<br>amount [4] 22/7 33/16 37/13 37/19 | breakup [1] 38/4<br>briefly [2] 16/22 35/20<br>bring [1] 34/7<br>brother [9] 9/2 10/3 10/9 10/11 12/15 18/7 26/5 29/8 35/13 | conduct [1] 36/5<br>confident [1] 35/8<br>conjunction [1] 36/17<br>conscious [2] 30/18 33/13<br>consciousness [1] 12/19 |
| ample [1] 30/16<br>analysis [1] 22/9<br>analyzed [1] 32/9<br>ankle [1] 23/7<br>another [3] 25/3 26/9 36/7<br>anticipated [1] 36/19 | bulk [1] 18/16<br>**C** | consider [1] 22/25<br>consideration [1] 22/10<br>consistent [1] 17/15 |
| any [11] 8/14 8/17 10/12 11/12 12/24 13/13 13/13 21/8 36/12 42/21 42/22<br>anymore [1] 25/19<br>anything [3] 8/2 8/3 25/16<br>APPEARANCES [1] 2/2<br>appears [1] 21/5<br>apply [1] 42/21<br>apportioned [1] 16/10 | calculate [1] 33/21<br>call [2] 4/5 4/24<br>Cambodia [3] 7/5 14/9 24/6 | |

## C

contained [2] 9/22 42/5
continues [3] 23/10 25/16 29/2
contributing [2] 17/3 29/16
control [7] 9/11 10/20 10/24 12/5 17/4 17/7 42/23
copies [2] 4/20 4/22
copy [3] 36/21 39/7 42/7
correct [12] 7/22 8/8 9/10 9/17 9/20 9/21 9/24 10/4 11/24 39/15 39/19 42/7
could [6] 4/12 19/4 25/13 25/24 28/16 37/14
Counsel [2] 2/6 2/11
country [1] 7/4
COUNTY [1] 1/2
course [1] 39/6
court [19] 1/2 4/12 13/22 14/5 14/18 15/5 34/2 34/4 34/6 34/9 34/14 34/22 35/8 35/16 36/2 36/8 39/12 40/18 42/11
Court's [2] 14/4 36/4
courtroom [3] 1/12 4/3 40/11
Cox [2] 15/17 17/11
Cox's [1] 33/5
criticism [1] 40/16
CROSS [1] 3/3
cross-examination [2] 8/17 8/21
culture [1] 20/23
curious [1] 35/5
current [2] 39/23 40/11
CV [2] 20/2 20/4

## D

dad [1] 24/20
damage [1] 31/15
damages [11] 15/8 19/8 19/12 29/6 29/11 29/12 30/15 32/10 33/21 39/18 39/23
date [1] 9/7
David [6] 19/16 19/22 22/22 25/7 26/19 28/13
day [8] 7/24 9/18 11/9 14/13 28/8 29/4 36/7 37/17
days [2] 12/21 39/9
deal [1] 30/11
dealing [2] 19/15 20/13
dealt [1] 18/10
death [7] 29/11 29/13 32/9 32/25 37/4 38/11 38/13
Deceased [2] 1/5 1/5
decent [1] 40/9
decision [1] 11/25
defendant [5] 2/11 16/6 18/22 36/4 39/17
DEFENDANT'S [1] 6/9
defense [3] 4/7 4/24 13/5
Delaware [3] 8/4 9/9 11/10
depressed [1] 10/8
destroyed [1] 15/4
detail [1] 19/13
details [1] 16/15
determine [3] 34/2 35/9 39/24
determined [1] 17/12
did [13] 9/4 10/24 12/11 12/19 26/15 26/16 27/16 31/2 32/22 32/23 40/9 40/10 40/15
didn't [2] 26/23 31/21
died [2] 32/21 33/8
dieing [1] 26/5
different [5] 20/15 21/2 21/12 21/15 31/21
difficult [2] 9/3 29/24
direct [3] 3/3 6/10 42/23
directly [1] 18/12
dispute [1] 21/13
distress [1] 26/4
DISTRICT [1] 1/2
DIVISION [1] 1/3
do [24] 4/14 5/2 8/2 8/9 8/16 8/18 11/7 11/11 12/8 12/15 16/16 18/21 18/25 22/2 22/3 25/18 25/25 31/20 36/13 36/24 37/4 37/7 37/21 40/7
doctor [1] 24/23
doctor's [2] 20/21 21/4
documents [1] 15/19
Dodge [1] 9/20
does [3] 18/23 38/7 42/21
doesn't [2] 18/18 27/23
doing [1] 39/22
don't [16] 6/23 7/25 8/11 8/14 11/12 11/16 12/7 13/12 20/6 20/23 20/25 21/7 31/10 31/13 36/12 37/18
down [2] 13/3 34/18
Dr [6] 23/16 25/12 25/18 29/5 30/19 33/12
dreams [4] 24/22 24/25 27/8 35/15
driver [7] 10/5 10/14 10/18 15/22 16/4 17/23 17/24
driving [7] 7/15 9/19 10/25 11/7 11/8 11/9 28/9
driving -- [1] 11/7
drove [3] 8/7 11/14 11/17
duly [2] 5/14 6/3
during [3] 24/19 32/6 34/22
duties [1] 9/14
duty [4] 10/19 11/4 17/23 18/5

## E

each [8] 13/21 15/8 19/18 20/12 22/6 22/15 28/10 28/11
ear [1] 24/11
earned [1] 29/17
earning [8] 22/8 22/23 22/24 25/8 26/20 28/14 29/15 33/24
earnings [1] 32/8
easier [2] 20/9 22/16
economic [8] 13/23 19/14 19/17 19/17 21/3 33/22 37/22 40/11
economic -- [1] 19/17
effects [2] 27/6 27/6
efficient [1] 22/3
ejected [1] 32/7
embarrassment [1] 23/2
emotional [2] 19/7 26/4
employed [1] 7/6
employee [2] 9/12 28/4
employment [1] 14/12
end [1] 10/24
endure [3] 30/24 32/20 34/16
English [1] 6/12
enough [1] 38/6
entering [1] 39/10
equivalent [1] 16/18
ESQUIRE [3] 2/3 2/4 2/9
Estates [1] 1/4
evaluated [2] 17/11 36/7
evaluates [1] 26/20
evaluating [2] 35/25 36/5
evaluations [1] 29/3
even [6] 17/24 25/14 25/18 25/19 29/3 39/4
events [1] 37/17
ever [1] 37/14
every [4] 13/21 14/13 15/9 19/18
Everybody [1] 4/4
everything [2] 6/22 35/24
evidence [6] 6/9 15/5 15/14 28/19 30/17 42/5
exactly [3] 16/8 16/8 35/3
EXAMINATION [1] 6/10
examined [1] 6/4
examiner [2] 30/21 34/6 38/12
examiner's [2] 24/2 32/17
exception [1] 14/20
excused [2] 13/4 40/25
exhibit [2] 19/20 19/22
experienced [1] 35/25
experts [2] 16/5 16/12
experts -- [1] 16/5

## F

fact [6] 16/15 23/11 23/21 27/7 30/5 39/13
fact-finder [2] 34/13 35/9
factor [5] 15/6 15/23 16/14 17/3 17/20
factors [3] 15/25 22/11 23/20
factory [5] 9/12 9/16 11/10 11/15 11/17
failed [1] 18/5
failure [3] 17/9 17/13 17/14
fair [1] 36/9
familiar [2] 15/19 35/22
family [40] 9/23 14/6 14/8 14/9 14/11 14/13 14/21 14/25 14/25 15/3 18/18 19/3 19/6 24/6 24/13 24/20 24/25 27/10 27/13 27/21 27/23 29/8 29/16 29/19 34/5 34/8 34/14 34/15 35/7 35/11 35/12 37/14 37/18 37/20 38/2 38/4 38/7 38/17 39/3
family -- [1] 34/14
far [2] 21/22 22/11
fast [1] 16/19
father [3] 18/23 20/24 24/22
favor [2] 4/15 39/16
feel [5] 10/8 10/8 10/11 10/13 37/18
feeling [1] 19/14
feels [1] 24/16
few [1] 9/2
figure [1] 33/23
figures [2] 20/15 22/14
file [1] 4/21
filled-in [1] 37/9
finally [4] 29/6 32/5 32/10 33/18
find [2] 28/16 39/16
findings [1] 39/13
fine [2] 17/14 17/15
first [6] 1/2 4/11 5/21 6/2 11/23 12/19
five [1] 13/17
Floor [1] 2/4
follow-up [1] 23/9
followed [1] 25/21
follows [2] 5/16 6/4
foregoing [1] 42/20
forget [1] 7/25
form [1] 38/7
found [1] 28/23
fracture [2] 23/7 25/11
fractured [1] 23/6
friend [1] 27/21
fringe [1] 22/10
front [2] 4/16 14/17
full [2] 6/15 35/12
fully [4] 13/20 15/19 36/20 42/5

## G

gained [1] 14/12
GEROLAMO [1] 2/9
get [12] 4/22 14/3 14/5 19/8 19/14 22/2 22/3 24/21 24/24 29/6 31/3 39/6
gets [2] 17/4 17/6
give [4] 16/15 34/9 37/7 37/14
given [3] 23/25 30/7 40/11
gives [4] 21/11 21/15 22/7 22/23
giving [2] 20/14 27/24
go [13] 6/13 11/25 13/12 13/12 13/21 15/8 16/21 19/12 21/24 23/11 28/24 29/3 30/8
goes [1] 20/12

| G | Honor [48] | judgment [1] 39/1 |
|---|---|---|
| going [7] 6/13 7/19 12/12 16/16 16/19 16/22 22/6 | HONORABLE [1] 1/14 | JUDICIAL [1] 1/2 |
| gone [1] 29/18 | hope [2] 38/2 38/5 | JUNE [3] 1/4 7/12 9/7 |
| good [3] 4/6 8/23 13/25 | Hopkins [6] 19/23 22/8 22/22 25/7 26/19 28/13 | jury [1] 36/20 |
| got [1] 33/9 | Hopkins' [2] 19/13 19/16 | just [16] 11/3 14/4 14/16 15/5 15/18 16/21 17/9 17/22 19/12 22/24 27/24 34/21 35/5 35/20 37/13 39/12 |
| grab [1] 25/15 | horrific [2] 24/3 26/7 | |
| graphic [1] 32/18 | hospital [5] 12/14 12/17 12/20 12/21 30/22 | K |
| grasp [2] 25/14 25/14 | hour [1] 33/2 | |
| gravity [1] 17/3 | housework [1] 25/19 | keep [2] 10/20 29/23 |
| grow [1] 24/25 | how [13] 6/25 8/25 10/6 10/9 14/5 16/16 16/18 30/10 30/11 32/19 33/20 34/3 35/14 | KEVIN [1] 2/9 |
| guess [1] 21/5 | humane [1] 40/9 | Kim [3] 2/18 5/7 5/13 |
| guidance [1] 30/3 | humiliation [1] 23/3 | kind [2] 7/14 7/14 |
| guide [1] 33/20 | husband [3] 29/21 30/10 31/17 | KLINE [1] 2/3 |
| guilt [1] 18/8 | HUYNH [6] 1/6 2/6 14/21 27/12 37/2 38/16 | knew [2] 28/10 28/11 |
| H | I | know [14] 6/12 8/4 16/17 16/19 16/22 16/25 20/6 20/25 27/23 32/24 33/4 37/25 40/14 40/16 |
| had [25] 9/19 10/15 11/4 16/17 17/17 17/22 18/15 23/7 23/8 24/4 24/8 24/17 24/22 24/22 25/11 25/12 26/4 26/6 26/23 26/24 27/9 28/25 30/16 30/23 37/15 | I'll [1] 19/8 | knowing [4] 10/5 24/4 24/5 24/8 |
| had -- [1] 26/24 | I'm [12] 6/19 9/2 14/16 20/8 31/20 36/20 38/3 38/24 39/14 39/18 39/22 40/18 | Kurz [1] 42/11 |
| half [7] 21/18 21/22 22/4 22/21 24/9 24/9 33/2 | I've [2] 20/5 36/23 | L |
| HALL [1] 1/13 | idea [1] 14/2 | lane [2] 11/22 12/2 |
| hand [3] 4/12 18/9 29/2 | II [1] 1/20 | last [4] 5/5 5/8 5/21 20/24 |
| handling [1] 40/10 | imbedded [1] 35/14 | lasting [1] 27/5 |
| hands [1] 37/18 | immeasurable [1] 34/10 | law [1] 34/10 |
| happen [1] 8/4 | implication [1] 33/8 | laws [1] 11/5 |
| happened [2] 8/2 10/23 | important [3] 15/20 29/22 38/8 | lawyer [1] 24/23 |
| hard [3] 23/13 24/18 32/18 | importantly [1] 30/14 | lawyers [2] 40/8 40/16 |
| has [16] 10/6 10/9 14/5 15/5 18/2 18/8 19/3 19/6 22/6 22/25 25/15 25/17 25/20 25/20 | impressed [1] 40/2 | lean [1] 25/19 |
| | increase [2] 22/5 22/22 | leave [1] 34/4 |
| | indicated [6] 16/13 16/18 30/17 30/20 30/21 33/12 | left [6] 12/2 14/9 24/6 25/11 25/17 25/? |
| | | leg [1] 23/10 |
| | indicates [4] 25/8 25/13 25/18 33/6 | Let [1] 37/12 |

## M

mainly [1] 15/15
maintaining [1] 29/18
maintenance [2] 22/12 22/13
major [1] 27/5
make [4] 4/20 33/19 33/19 37/14
making [2] 38/12 38/15
MALY [15] 1/9 2/11 3/4 4/24 5/20 6/2 6/17 15/22 16/3 16/13 16/20 16/23 17/15 17/20 36/3
Mam [7] 1/5 29/7 29/14 32/2 33/15 37/3 38/10
man [2] 24/7 32/20
many [1] 19/6
marked [3] 3/12 28/18 31/19
matriarch [1] 35/13
Matthew [2] 15/17 17/11
may [10] 4/10 4/25 6/6 6/8 8/19 8/20 13/3 35/19 36/17 40/25
MAZER [1] 1/14
McNULTY [3] 2/9 2/9 3/5
me [11] 4/14 10/13 12/13 13/8 16/7 20/9 34/22 37/9 37/12 39/21 42/6
mean [1] 7/7
meaningless [1] 24/17
means [1] 42/22
meat [1] 18/17
mechanical [3] 11/13 17/9 17/13
medical [5] 24/2 30/21 31/5 32/17 33/12
member [2] 14/21 27/13
members [5] 9/23 18/21 27/10 34/8 34/24
memorandum [1] 36/18
memory [2] 10/23 35/14
mental [1] 19/9
merits [1] 35/10
met [1] 24/7
microphone [1] 4/15
might [1] 17/8
million [2] 38/12 38/14
minds [1] 35/15
mine [1] 20/8

need [2] 6/21 16/22
negligence [4] 15/6 15/11 15/14 36/5
negligent [1] 26/3
never [9] 19/9 24/12 24/13 24/21 24/24 24/24 27/7 34/5 35/11
Next [1] 25/3
Nineteenth [1] 2/4
no [24] 1/9 3/11 3/11 7/9 11/16 12/18 12/23 12/25 14/16 17/12 17/13 17/17 21/21 23/17 25/13 25/15 27/19 28/2 29/4 30/8 30/12 37/13 37/17 40/4
no-brainer [1] 18/14
Noble [4] 23/16 25/12 30/19 33/12
Noble's [2] 25/18 29/5
NON-JURY [1] 1/19
none [2] 3/12 18/14
noneconomic [2] 34/3 37/23
not [19] 14/21 17/9 21/13 21/22 26/15 26/16 27/13 27/16 28/16 32/22 33/14 34/7 34/23 34/25 36/13 38/3 38/17 40/10 42/21
note [2] 4/2 15/20
notes [1] 42/6
now [11] 4/7 4/18 7/7 7/8 13/11 18/18 24/17 26/12 29/9 32/21 36/25
nuclear [3] 14/25 14/25 35/12
number [1] 22/23
numbers [1] 21/16

## O

obey [1] 11/5
obeying [1] 18/4
objectively [1] 24/3
obligation [3] 10/15 11/4 18/2
Oeurn [7] 1/5 29/7 29/14 32/2 33/14 37/3 38/10
of -- [1] 22/7
off [2] 8/24 24/11
officers [1] 40/18
Official [1] 42/11
Oh [4] 20/20 28/20 38/23 39/14
okay [23] 4/19 4/21 6/13 6/14 7/10 13/11 14/7 14/19 14/22 19/10 19/24 21/10 22/18

packed [2] 14/24 17/2
PAGE [1] 3/11
pain [14] 13/23 23/2 23/11 25/10 25/17 26/21 27/4 30/15 30/19 30/25 32/3 32/19 33/13 34/15
painful [1] 40/12
pandemonium [1] 26/6
part [1] 9/14
partially [1] 32/7
parties [1] 36/6
pass [3] 10/7 16/24 36/20
passed [2] 30/21 35/14
passenger [3] 27/12 38/16 39/4
passengers [2] 11/9 17/2
passing [2] 12/4 16/20
PENNSYLVANIA [2] 1/2 1/13
people [6] 9/20 9/22 10/19 17/25 23/13 23/14
per [1] 29/4
percent [4] 21/17 21/18 21/22 22/22
percentage [2] 21/16 22/4
perhaps [2] 23/19 32/16
period [4] 21/25 30/18 30/23 33/13
person [4] 10/12 21/9 24/5 31/22
person's [1] 38/20
personal [1] 22/12
pertains [1] 29/14
PHILADELPHIA [12] 1/2 1/13 2/5 2/7 5/11 7/21 9/15 9/16 11/10 11/14 11/18 14/1
physical [3] 19/6 23/15 27/3
picture [6] 14/5 31/16 31/16 32/2 32/7 34/4
picture -- [1] 32/17
pictures [12] 24/2 24/3 24/10 30/24 31/2 31/3 31/5 31/8 31/12 31/14 31/15 32/17
place [1] 39/12
placed [1] 23/8
plaintiff [5] 13/12 13/13 19/19 20/13 20/14
plaintiff's [1] 13/8
plaintiffs [9] 2/6 13/18 13/20 14/17 22/2 22/7 36/3 36/9 39/16
plate [1] 40/15

## P

publicly [1] 40/17
purposes [1] 14/24
put [7] 4/16 26/25 29/2 33/18 35/9 37/23 39/5
puts [1] 28/13
putting [1] 38/3

## Q

quality [1] 9/11
question [2] 9/4 34/22
questions [5] 8/15 9/3 12/23 30/9 30/11

## R

rarely [1] 39/24
rather [1] 11/7
RC [1] 3/3
RD [1] 3/3
reach [1] 24/21
read [1] 40/4
ready [1] 4/7
real [1] 19/14
realize [1] 31/21
really [5] 18/13 18/16 19/15 34/3 35/2
reasonable [2] 36/9 37/24
reasons [1] 26/23
rebuttal [1] 36/12
recall [6] 7/23 7/25 8/2 8/9 8/11 12/7
recognize [4] 10/14 10/18 11/4 15/24
reconstruction [1] 40/3
reconstructionists [1] 15/16
reconstructionists' [1] 17/19
record [5] 5/4 5/18 25/13 39/7 39/13
recover [4] 24/12 24/13 27/7 34/5
redirect [1] 12/24
reflect [1] 39/6
reflected [1] 39/20
regain [1] 12/19
related [2] 14/15 38/17
relates [5] 18/12 23/20 25/11 29/7 29/10
relation [1] 19/12
relationship [4] 27/16 27/20 30/9 38/20
remember [6] 11/7 11/8 11/12 11/19 12/8 12/15
render [2] 37/2 37/8
report [13] 19/13 19/16 19/22 20/4 21/3 21/4 23/17 25/18 28/16 28/18 29/5 30/20 33/6
reporter [3] 4/2 42/11 42/24
reports [2] 20/21 40/3
reproduction [1] 42/22
residence [1] 6/17
residual [1] 27/4
respond [1] 35/19
rests [1] 13/5
result [5] 9/25 15/2 23/3 26/8 32/4
retain [1] 30/7
retire [1] 22/20
retirement [2] 21/12 21/20
ribs [1] 23/7
Richard [1] 4/20
ride [1] 27/25
right [18] 4/14 4/18 7/8 9/9 9/16 10/16 11/10 11/15 11/20 11/23 12/5 31/24 33/3 33/10 35/3 37/5 37/12 40/15
ripped [1] 24/11
rise [1] 4/4
road [5] 8/5 8/6 10/16 11/5 18/3
roll [1] 37/16
RPR [1] 42/11

## S

said [1] 37/25
same [2] 21/16 41/23
SANDRA [1] 1/14
saw [3] 12/13 23/21 23/23
say [4] 6/22 17/8 37/12 40/17
says [3] 6/23 20/21 24/16
scene [3] 12/16 26/7 32/22
school [2] 24/18 32/6
Schorr [2] 15/16 18/11
seat [1] 34/24
second [1] 11/3
section [1] 33/5
see [11] 12/11 20/9 24/4 24/10 24/24 25/7 26/19 27/10 30/24 32/2 33/23
seeing [2] 12/15 20/7
sense [1] 33/19
Sergeant [3] 15/17 17/11 33/5
set [4] 31/8 31/12 31/14 31/14
sets [1] 31/5
settled [1] 14/11
Seven [1] 7/3
severe [1] 26/24
she [60]
She's [2] 16/6 25/6
sheet [1] 39/21
should [1] 39/20
shoulder [1] 25/17
shown [1] 15/5
shows [2] 32/19 33/8
siblings [1] 12/13
side [2] 4/7 13/8
sides [2] 40/8 40/13
significant [9] 23/4 23/6 23/20 30/23 30/25 32/3 32/3 33/15 33/21
simply [2] 37/20 38/4
since [1] 36/3
sir [1] 5/4
sister [4] 25/7 38/21 38/22 38/23
sister-in-law [1] 26/14
sit [1] 35/11
situation [1] 40/7
six [2] 13/19 33/24
slip [4] 36/18 36/21 37/9 39/6
so [16] 4/6 10/8 10/8 10/11 16/12 19/3 19/13 21/5 21/24 22/6 22/19 28/10 37/25 39/20 39/22 40/14
society [1] 29/20
some [7] 6/12 10/22 10/24 11/25 12/13 17/8 35/16
something [2] 24/12 24/13
somewhat [1] 27/3
son [13] 1/6 2/6 23/5 23/22 24/9 24/17 24/25 26/9 26/12 26/13 31/10 37/2 38/25
sorry [5] 8/25 31/21 38/24 39/14 39/18
sort [1] 35/17
South [4] 5/23 6/18 11/14 14/11
speaks [2] 19/16 24/15
SPECTER [1] 2/3
sped [1] 16/23
speed [3] 11/5 16/16 18/4
spell [1] 5/5
spelled [1] 5/21
splint [1] 26/25
sprain [1] 26/24
stand [2] 4/25 29/23
start [3] 8/24 15/10 22/19
started [1] 24/6
state [3] 5/5 5/18 6/15
stated [1] 15/4
states [3] 14/10 23/16 25/25
stay [1] 38/7
steering [1] 17/13
step [1] 13/3
stepped [1] 40/14
still [2] 27/8 30/6
stipulation [3] 4/13 15/15 21/14
straight [1] 4/16
Street [5] 2/5 2/10 5/10 5/23 6/18
strike [2] 11/7 11/13
student [1] 32/6
submit [3] 37/8 39/10 39/21
substantial [3] 15/23 16/14 17/20
suffer [2] 33/15 33/17
suffering [11] 13/24 23/2 25/10 26/21 30/16 30/19 30/25 32/3 32/20 33/13 34/16
Suite [1] 2/10
sum [1] 34/20
summer [2] 24/19 32/7
supervision [1] 42/23
supplement [2] 28/18 28/22
supporting [1] 29/18
Sure [2] 20/11 37/11
surgeon [1] 23/9
survival [6] 29/11 30/15 32/10 37/- 38/11 38/14
survived [1] 30/17
survivors [1] 26/10
sustained [2] 18/13 32/2
sustaining [1] 18/7
sworn [2] 5/14 6/3

## T

table [1] 35/12
tag [1] 37/20
take [6] 4/15 4/25 20/24 22/15 37/22 /16
taken [1] 42/6
takes [1] 18/16
taking [2] 22/9 22/12
talk [3] 16/15 19/8 29/14
talking [1] 14/17
tanker [11] 8/9 11/19 11/22 12/2 12/4 12/5 16/19 16/22 16/24 17/5 17/7
Tasker [1] 5/10
tell [2] 7/23 21/2
telling [1] 8/24
ten [1] 39/9
TERM [1] 1/4
terribly [1] 40/6
testified [4] 6/4 25/6 30/5 38/22
testify [3] 26/15 26/17 27/16
testimony [4] 17/16 17/19 24/15 32/2
than [2] 6/22 20/9
thank [10] 6/21 8/15 12/22 12/25 35/1 36/11 36/14 40/7 40/20 40/22
Thanks [3] 4/17 4/23 36/10
that [135]
that's [16] 4/14 18/9 18/13 19/15 19/19 19/22 25/24 26/22 28/15 29/22 30/12 34/3 34/8 34/14 34/17 38/23
their [11] 9/15 19/6 23/15 24/7 29/18 30/4 34/8 34/14 34/15 35/15 35/15
them [7] 14/14 18/15 27/4 34/9 34/10 37/15 37/23
then [4] 31/14 37/8 39/9 39/17
there [16] 11/12 13/17 13/19 15/25 15/25 17/12 17/13 18/20 23/23 27/19 28/17 29/9 30/22 31/2 31/5 32/24
there's [5] 17/8 21/8 30/16 37/13 37/25
therefore [3] 16/9 17/18 22/4
these [12] 18/15 22/6 22/13 23/13 23/14 25/23 27/3 27/18 29/10 33/21 33/25 38/6
these -- [1] 27/18
they [25] 14/10 14/12 14/15 16/14 16/15 18/25 20/23 22/2 22/3 23/15 23/23 24/3 25/24 25/24 25/25 27/8 27/24 28/8 28/10 28/11 34/6 34/12 34/16 35/14 35/15

**T**

they'll [1] 27/7
they're [2] 34/12 34/13
they've [1] 27/9
THI [2] 1/6 2/6
things [4] 15/6 24/23 25/14 36/24
think [6] 22/16 24/15 32/11 40/2 40/8 40/17
this [63]
those [6] 9/22 15/9 15/19 24/3 24/10 30/24
THOU [16] 1/4 2/6 20/14 20/16 20/16 20/19 20/20 21/3 21/3 21/4 21/5 22/20 23/20 29/20 36/25 38/9
though [2] 4/15 24/16
three [4] 15/6 20/14 21/12 23/7
through [11] 6/3 6/13 13/21 15/8 15/15 16/21 17/18 19/18 20/12 22/9 31/23
THUA [7] 1/6 2/6 26/9 26/12 26/13 37/2 38/25
Thursday [2] 1/11 4/2
time [17] 3/12 7/15 8/3 8/5 8/15 16/20 21/25 25/5 25/20 26/11 26/18 30/18 30/23 32/25 32/25 33/16 38/5
tires [1] 17/14
today [6] 16/3 17/16 19/19 25/6 25/16 27/20
together [7] 18/19 18/21 18/25 31/17 33/18 38/7 39/5
too [2] 26/4 26/6
took [1] 29/22
total [11] 26/21 33/22 33/24 34/2 38/9 38/12 38/15 38/17 38/24 38/25 39/3
touch [1] 34/21
tough [1] 25/20
toward [1] 11/18
towards [1] 29/18
tractor [2] 16/17 16/20
trailer [1] 16/17
transcript [2] 42/8 42/21
translate [1] 5/14
transport [1] 9/14
transporting [1] 17/25
tremendously [1] 40/12
trial [4] 1/3 1/19 36/20 42/6
tried [2] 23/11 29/23
trouble [2] 6/19 20/7
truck [1] 8/9
true [1] 40/18
truly [1] 40/15
trust [2] 36/2 36/8
truthfully [1] 5/15
tutelage [1] 30/4
two [7] 12/21 15/15 16/12 21/2 21/15 29/9 31/5
type [1] 11/12

**U**

ultimately [1] 35/16
unavoidable [1] 15/21
unconscious [2] 12/18 12/21
uncontested [1] 33/25
under [11] 10/20 21/24 22/6 29/13 30/15 32/9 38/10 38/11 38/13 38/14 42/23
understand [6] 6/12 6/23 9/4 10/22 22/17 34/6
understanding [1] 20/23
understands [1] 34/7
undisputed [3] 21/20 21/24 23/17
unfortunate [2] 18/6 40/7
unfortunately [4] 15/2 25/25 34/17 39/22
United [2] 14/10 25/25
unless [1] 42/22
until [1] 25/16

up [17] 4/12 4/16 10/24 11/3 12/8 12/11 16/23 18/5 20/6 22/13 24/25 25/21 33/20 34/2 34/20 36/20 40/14
us [2] 18/16 22/23
used [1] 39/22
using [1] 12/2
usually [1] 8/6
utilized [1] 22/11

**V**

validate [1] 34/14
value [3] 28/13 37/19 38/3
van [25] 2/3 3/6 7/17 9/20 10/5 10/14 10/20 10/25 11/13 12/8 14/24 15/22 16/25 17/17 17/25 23/23 24/10 27/10 27/13 27/22 28/6 31/16 32/8 34/24 38/17
various [1] 9/23
vehicle [7] 7/14 7/15 10/19 12/6 17/7 17/12 25/4
vehicle -- [1] 7/14
vehicles [3] 7/11 10/16 18/3
verdict [8] 36/18 36/21 37/3 37/8 37/9 38/10 39/6 39/21
very [9] 12/22 16/21 25/20 35/20 35/22 35/24 40/2 40/18 40/22
village [1] 24/8
visiting [1] 12/13
visits [1] 23/9
VOLUME [1] 1/20
volumes [1] 24/16

**W**

wait [6] 6/19 19/24 31/20 32/12 39/8 39/8
wait -- [1] 39/8
waking [1] 12/8
Walnut [1] 2/10
want [8] 8/24 14/4 19/12 23/14 34/4 37/18 40/7 40/17
wanted [1] 13/11
was [60]
way [4] 17/16 21/13 23/23 40/9
ways [1] 21/2
we [31] 4/6 4/24 5/2 15/15 15/24 16/12 16/16 16/19 16/22 16/25 19/8 22/15 22/19 22/20 22/25 25/3 29/6 29/14 29/19 30/14 32/5 32/24 33/4 33/19 33/22 33/22 34/8 34/9 36/8 39/8 40/25
we'll [2] 4/21 39/8
we're [7] 6/13 7/11 16/2 18/10 19/15 20/13 21/24
we've [1] 36/17
wearing [1] 34/24
welcome [2] 8/16 40/24
well [6] 20/25 28/14 29/2 29/4 34/6 36/23
went [4] 12/16 14/13 19/18 22/9
were [27] 3/12 7/10 7/15 7/18 7/18 8/5 8/12 9/8 9/11 9/18 9/22 10/5 10/25 11/22 12/4 12/20 14/15 15/25 15/25 17/14 17/14 18/13 27/24 28/8 31/2 34/24 40/18
weren't [1] 14/14
what [28] 6/23 7/4 7/14 7/14 7/23 8/3 10/23 12/11 12/11 13/17 18/22 19/16 20/21 21/6 22/2 22/3 25/24 27/9 34/14 34/14 34/15 34/17 37/7 37/19 37/21 38/19 40/8 40/15
when [9] 9/18 10/11 11/14 12/11 12/19 17/4 17/6 19/8 33/9
where [5] 7/18 7/18 8/2 24/16 28/15
whether [1] 34/23
which [18] 16/18 17/3 17/15 19/7 19/20 20/9 23/3 23/7 23/17 28/18 30/19 30/20 30/23 33/8 33/25 34/23 34/25 38/8
while [4] 15/24 17/8 30/6 33/14
who [15] 14/21 16/10 16/12 18/21 23/13 23/14 24/18 24/20 25/4 25/23 26/12 27/14 27/17 38/19 38/21
whole [2] 22/9 37/15
wholly [1] 29/16
why [3] 13/12 26/23 28/5
wife [4] 23/5 23/22 29/25 31/17
will [15] 19/9 20/6 24/12 24/13 24/20 24/24 34/7 35/8 35/11 36/2 36/7 36/8 37/7 38/6 39/5
wish [1] 25/23
within [1] 9/22
without [1] 10/12
witness [4] 13/4 24/8 26/5 26/6
witnessed [1] 23/21
witnesses [2] 3/3 33/7
woke [1] 12/11
woman [1] 24/5
work [11] 7/20 11/8 13/13 14/13 17/17 23/12 23/14 23/18 25/24 28/12 29/4
workers [2] 9/15 17/25
working [9] 9/8 9/11 23/14 24/18 24/18 27/5 28/3 28/7 32/6
world [1] 10/12
worth [2] 34/15 34/17
would [17] 9/14 13/7 13/9 13/25 18/ 18/15 22/2 22/20 22/21 29/17 29/17 34/21 6/22 37/15 37/17 39/11 40/12
wounds [1] 38/6
wrist [2] 25/11 26/24
written [1] 36/24
wrongful [6] 29/11 29/13 32/9 37/4 7/11 38/13

**Y**

Y-A-N [1] 5/21
Y-A-N-G [1] 5/8
YAN [51]
Yan -- [1] 38/19
Yan's [1] 17/15
Yang [3] 2/18 5/8 5/13
years [4] 7/3 25/5 27/15 30/8
yes [23] 4/9 4/14 6/8 6/21 7/13 8/13 8/20 9/6 9/13 10/17 10/21 11/2 11/6 11/21 12/3 12/10 19/2 21/7 27/14 28/12 31/4 37/6 41/2
yet [1] 23/15
yield [1] 22/4
you [99]
you're [5] 4/18 8/16 39/15 39/18 40/24
young [5] 24/7 24/25 30/11 32/20 33/15
your [68]

**Z**

zero [1] 21/17