IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ST. PAUL MERCURY INSURANCE COMPANY, and PACK & PROCESS, INC. | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | )  Case No. 05-0022 (KAJ) ) |
| MALY YAN, | ) ) |
| Defendant. | ) |

## ORDER

And now this _____ day of _____, 2005, the Court having considered Plaintiffs' *Motion for Order Enjoining Later-Filed Action Filed in the Eastern District of Pennsylvania* (the "Motion") and any response thereto, it is hereby ORDERED that:

1. The Motion is GRANTED; and

2. The Court hereby enjoins the prosecution of C.A. 05-832, E.D.Pa.

IT IS SO ORDERED.

_____
The Honorable Kent A. Jordan