## CERTIFICATE OF SERVICE

I, Joseph K. Koury, hereby certify this 17th day of March, 2005, that copies of the foregoing *Plaintiffs' Motion for Order Enjoining Later-Filed Action Filed in the Eastern District of Pennsylvania* and accompaning *Plaintiffs' Memorandum of Law in Support of their Motion to Enjoin the Later-Filed Action for Declaratory Judgment Filed in the Eastern District of Pennsylvania* were caused to be served upon the following in the manner indicated:

**BY HAND**
Stephen B. Potter, Esquire
Potter, Carmine, Leonard & Aaronson
840 N. Union Street
Wilmington, DE 19806

**BY MAIL**
Jonathan Cohen, Esquire
Joshua Van Naarden, Esquire
Kline & Specter, P.C.
1525 Locust Street, 19th Floor
Philadelphia, PA 19102

BIFFERATO, GENTILOTTI & BIDEN

Joseph K. Koury (#4272)
1308 Delaware Avenue
P.O. Box 2165
Wilmington, DE 19899
(302) 429-1900