IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ST. PAUL MERCURY INSURANCE COMPANY<br>385 Washington Street<br>St. Paul, Minnesota,<br><br>and<br><br>PACK AND PROCESS, INC.<br>1400 B Street<br>Wilmington, DE,<br><br>    Plaintiffs,<br><br>  v.<br><br>MALY YAN<br>2007 S. Ninth Street<br>Philadelphia, Pennsylvania,<br><br>    Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: Civil Action No. 05-0022 (KAJ)<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## NOTICE OF SERVICE OF AMENDED COMPLAINT

  I, Joseph K. Koury, hereby certify that a copy of the Plaintiffs' *Amended Complaint for Declaratory Judgment* was caused to be served this 23rd day of March, 2005 upon the following by first-class mail, postage prepaid:

MALY YAN
2007 S. Ninth Street
Philadelphia, Pennsylvania

            BIFFERATO, GENTILOTTI & BIDEN

            /s/ Joseph K. Koury
            Vincent A. Bifferato, Sr. (#100057)
            Ian Connor Bifferato (#3273)
            Joseph R. Biden, III (#4203)
            Joseph K. Koury (#4272)
            1308 Delaware Avenue
            P.O. Box 2165
            Wilmington, DE 19899
            (302) 429-1900
            *Attorneys for Plaintiffs*