IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ST. PAUL MERCURY INSURANCE COMPANY<br>385 Washington Street<br>St. Paul, Minnesota,<br><br>and<br><br>PACK AND PROCESS, INC.<br>1400 B Street<br>Wilmington, DE,<br><br>        Plaintiffs,<br><br>v.<br><br>MALY YAN<br>2007 S. Ninth Street<br>Philadelphia, Pennsylvania,<br><br>        Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: Civil Action No. 05-0022 (KAJ)<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

**PLAINTIFFS' APPLICATION FOR ORAL ARGUMENT
PURSUANT TO D. DEL. LR 7.1.4**

NOW COME Plaintiffs St. Paul Mercury Insurance Company and Pack and Process, Inc., by and through their undersigned counsel, and respectfully request that the Court schedule oral argument as soon as practicable following the completion of briefing on the following motions:

- Defendant's *Motion to Dismiss* (D.I. 7), filed on or about February 22, 2005; and

- Plaintiffs' *Motion for Order Enjoining Later-Filed Action Filed in the Eastern District of Pennsylvania* (D.I. 11), filed on or about March 17, 2005.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

Dated: March 28, 2005
      Wilmington, DE

BIFFERATO, GENTILOTTI & BIDEN

*/s/ Joseph K. Koury*

Vincent A. Bifferato, Sr. (#100057)
Ian Connor Bifferato (#3273)
Joseph R. Biden, III (#4203)
Joseph K. Koury (#4272)
1308 Delaware Avenue
P.O. Box 2165
Wilmington, DE 19899
(302) 429-1900

-and-

Francis J. Deasey, Esq.
Deasey, Mahoney & Bender, Ltd.
1800 John F. Kennedy Blvd., Suite 1300
Philadelphia, PA 19103-2978
(215) 587-9400

*Attorneys for Plaintiffs*