IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ST. PAUL MERCURY INSURANCE COMPANY | : : : | |
| Plaintiff, | : : | |
| | : | Civil Action No.   05-0022 (KAJ) |
| MALY YAN | : : | |
| Defendant | | |

_____

ENTRY OF APPEARANCE

**PLEASE ENTER THE APPEARANCE** of Chase T. Brockstedt, Esquire, as local counsel on behalf of Defendant, Maly Yan.

                              MURPHY SPADARO & LANDON

                              /s/ Chase T. Brockstedt
                              CHASE T. BROCKSTEDT
                              1011 Centre Road, Suite 210
                              Wilmington, DE 19805
                              (302) 472-8100
                              Attorney for Defendant

Date:   March 28, 2005

117998

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **ST. PAUL MERCURY INSURANCE COMPANY** | : : : | |
| **Plaintiff,** | : : | |
| | : | Civil Action No.   05-0022 (KAJ) |
| **MALY YAN** | : : | |
| **Defendant** | : | |

_____

## CERTIFICATE OF SERVICE

I, Chase T. Brockstedt, Esq., do hereby certify that on this 28th day of March, 2005, two copies of the foregoing **ENTRY OF APPEARANCE** were delivered via First Class Mail to the following individual(s):

| | |
|---|---|
| Frank Deasey, Esquire<br>Deasey, Mahoney, Bender, Ltd.<br>1800 JFK. Blvd., Suite 1300<br>Philadelphia, PA 19103 | Joseph K. Koury, Esquire<br>Bifferato, Gentilotti & Biden<br>1308 Delaware Avenue<br>P.O. Box 2165<br> Wilmington, DE 19899 |

MURPHY SPADARO & LANDON

/s/ Chase T. Brockstedt
CHASE T. BROCKSTEDT
1011 Centre Road, Suite 210
Wilmington, DE 19805
(302) 472-8100
Attorney for Defendant

March 28, 2005

117998