**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

ST. PAUL MERCURY INSURANCE  :
COMPANY  :
    Plaintiff,  :
          :  Civil Action No.  05-0022 (KAJ)
MALY YAN  :
          :
    Defendant

---

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Chase Brockstedt, Esquire, a member of the bar of this Court, pursuant to District Court Local Rule 83.5, moves the admission *pro hac vice* of Jonathan M. Cohen, Esquire and Joshua Van Naarden, Esquire, Kline & Specter, P.C. ,1525 Locust Street, Philadelphia, PA 19102 to represent Maly Yan, the Defendant in this action. The Admitted are admitted, practicing, and in good standing in the Commonwealth of Pennsylvania.

_____
Chase Brockstedt, Esquire
Murphy, Spadaro & Landon
824 Market Street
Suite 700
P.O. Box 8989
Wilmington DE 19899-8989
(302) 654- 4775

The Admittees certify that they are eligible for admission *pro hac vice* to this Court, are admitted to practice and in good standing in the jurisdiction shown in the paragraph above, submits to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the course of, or in the preparation of, this action and has access to, or has acquired, a copy of the Local Rules of this Court and is generally familiar with such Rules.

_____
JONATHAN M. COHEN, ESQUIRE

_____
JOSHUA VAN NAARDEN, ESQUIRE
KLINE & SPECTER, P.C.
1525 Locust Street
Philadelphia PA 19102
215-772-1000

MOTION GRANTED.

Dated: _____

BY THE COURT:

_____
United States District Court Judge

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

ST. PAUL MERCURY INSURANCE    :
COMPANY    :

   :

      **Plaintiff,**    :

   :    **Civil Action No.**     **05-0022 (KAJ)**

MALY YAN    :

   :

      **Defendant**   

---

### CERTIFICATE OF SERVICE

I, Chase T. Brockstedt, Esq., do hereby certify that on this 29th day of March, 2005, two

copies of the foregoing **MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*** were

delivered via First Class Mail to the following individual(s):


Frank Deasey, Esquire             Joseph K. Koury, Esquire
Deasey, Mahoney, Bender, Ltd.      Bifferato, Gentilotti & Biden
1800 JFK. Blvd., Suite 1300        1308 Delaware Avenue
Philadelphia, PA 19103           P.O. Box 2165
                                      Wilmington, DE 19899


MURPHY SPADARO & LANDON


_____
Chase T. Brockstedt (I.D. No. 3815)
1011 Centre Road, Suite 210
Wilmington, DE 19805
(302) 472-8100
Attorney for Defendant


March 29, 2005



117998