IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **ST. PAUL MERCURY INSURANCE COMPANY** | : | |
| **Plaintiff,** | : | |
| | : | Civil Action No.   05-0022 (KAJ) |
| **MALY YAN** | : | |
| | : | |
| **Defendant** | : | |

**ORDER**

**AND NOW** this _____ day of _____, 2005, upon consideration of the Plaintiffs' Motion for Order Enjoining Action Filed in the Eastern District of Pennsylvania and Defendant, Maly Yan's Response, it is hereby **ORDERED** and **DECREED** that Plaintiffs' Motion is **DENIED**.

BY THE COURT:

_____
J.