IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ST. PAUL MERCURY INSURANCE COMPANY | : : | |
| Plaintiff, | : : | |
| | : | Civil Action No.   05-0022 (KAJ) |
| MALY YAN | : : | |
| Defendant | : | |

ORDER

**AND NOW** this          day of                          , 2005, upon consideration of the Defendant Maly Yan's Motion to Dismiss Plaintiff's Amended Complaint and any responses thereto, it is hereby **ORDERED** and **DECREED** that said Motion is **GRANTED**.

BY THE COURT:

_____
J.