IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ST. PAUL MERCURY INSURANCE COMPANY, and PACK & PROCESS, INC. )<br><br>Plaintiffs, )<br><br>v. )<br><br>MALY YAN, )<br><br>Defendant. ) | Case No. 05-0022 (KAJ) |

## PLAINTIFFS' MOTION FOR LEAVE TO FILE SUR-REPLY IN FURTHER RESPONSE TO DEFENDANT'S MOTION TO DISMISS

NOW COME plaintiffs St. Paul Mercury Insurance Company and Pack and Process, Inc. (the "Plaintiffs") by and through undersigned counsel, and move this Court pursuant to Rule 7.1.2(c) of the Local Rules of Civil Practice and Procedure to permit them to file a Sur-Reply to defendant's *Response to Plaintiffs' Memorandum of Law in Opposition to Defendant Maly Yan's Motion to Dismiss* (the "Defendant's Reply"). Rule 7.1.2(c) of the Local Rules of Civil Practice and Procedure provides in pertinent part that no additional papers "in support of or in opposition to…[a] [fully-briefed] motion shall be filed without prior approval of the Court…." As set forth more fully in the brief accompanying this Motion, because of, *inter alia*, the gravity of Defendant's new allegation that St. Paul acted in bad faith in filing this action, and because briefing on the Defendant's *Motion to Dismiss* has concluded, Plaintiffs now seek leave to have the Court consider the additional factual issues raised for the first time in the Defendant's Reply, and to consider Plaintiffs' responses thereto.

WHEREFORE, Plaintiffs respectfully request that the Court enter an Order

granting them leave to file a sur-reply in the form attached hereto.

DATED: April 8, 2005  
       Wilmington, Delaware

BIFFERATO, GENTILOTTI & BIDEN

*/s/ Joseph K. Koury*
Ian Connor Bifferato (#3273)  
Joseph K. Koury (#4272)  
Bifferato, Gentilotti & Biden  
1308 Delaware Avenue  
P.O. Box 2165  
Wilmington, Delaware 19899  
(302) 429-1900

-and-

Francis J. Deasey, Esq.  
James B. Burns, Esq.  
Deasey, Mahoney & Bender, Ltd.  
1800 John F. Kennedy Blvd., Suite 1300  
Philadelphia, Pennsylvania 19103-2978  
(215) 587-9400

*Attorneys for Plaintiffs*