IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ST. PAUL MERCURY INSURANCE COMPANY, and PACK & PROCESS, INC. <br><br> Plaintiffs, <br><br> v. <br><br> MALY YAN, <br><br> Defendant. | ) ) ) ) ) ) ) ) Case No. 05-0022 (KAJ) ) ) ) ) ) |

## ORDER

AND NOW this _____, day of April, 2005, the Court having considered *Plaintiffs' Motion for Leave to File Sur-Reply in Further Response to Defendant's Motion to Dismiss* (the "Motion") and any response thereto, it is hereby ORDERED:

1.   The Motion is GRANTED; and

2.   Plaintiffs are granted leaved to file the sur-reply attached as an exhibit to the Motion.

_____
Kent A. Jordan
United States District Court Judge