## CERTIFICATE OF SERVICE

I, Joseph K. Koury, hereby certify that on this, the 8th day of April, 2005, copies of the foregoing *Plaintiffs' Motion for Leave to File Sur-Reply in Further Response to Defendant's Motion to Dismiss* were caused to be served on the following in the manner so indicated:

**BY FAX & MAIL**
Chase T. Brockstedt, Esq.
Murphy Spadaro & Landon
1011 Centre Road, Suite 210
Wilmington, Delaware 19805

**BY MAIL**
Jonathan M. Cohen, Esq.
Joshua Van Naarden, Esq.
Kline & Specter, P.C.
1525 Locust Street, 19th Floor
Philadelphia, Pennsylvania 19102

_____
Joseph K. Koury (#4272)