IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ST. PAUL MERCURY INSURANCE COMPANY | : : : | |
| Plaintiff, | : : | |
| | : | Civil Action No.   05-0022 (KAJ) |
| MALY YAN | : : | |
| Defendant | | |

_____

## WITHDRAWAL OF APPEARANCE

**PLEASE TAKE NOTICE** that Chase T. Brockstedt, Esquire and Murphy Spadaro & Landon hereby withdraw their appearances in the captioned matter serving as local counsel for Maly Yan.

        MURPHY SPADARO & LANDON

        /s/ Chase T. Brockstedt
        Chase T. Brockstedt (I.D. # 3815)
        1011 Centre Road, Suite
        Wilmington, DE 19805
        Telephone: (302) 472-8109
        Facsimile: (302) 472-8135

April 11, 2005

117998

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **ST. PAUL MERCURY INSURANCE COMPANY** | : : : | |
| **Plaintiff,** | : : : | Civil Action No.   05-0022 (KAJ) |
| **MALY YAN** | : : | |
| **Defendant** | | |

_____

### CERTIFICATE OF SERVICE

I, Chase T. Brockstedt, Esq., do hereby certify that on this 11th day of April, 2005, two copies of the foregoing **NOTICE OF WITHDRAWAL OF APPEARANCE** were delivered via First Class Mail to the following individual(s):

Frank Deasey, Esquire  
Deasey, Mahoney, Bender, Ltd.  
1800 JFK. Blvd., Suite 1300  
Philadelphia, PA 19103  

Joseph K. Koury, Esquire  
Bifferato, Gentilotti & Biden  
1308 Delaware Avenue  
P.O. Box 2165  
Wilmington, DE 19899  

MURPHY SPADARO & LANDON

/s/ Chase T. Brockstedt
Chase T. Brockstedt (I.D. No. 3815)  
1011 Centre Road, Suite 210  
Wilmington, DE 19805  
(302) 472-8100  
Attorney for Defendant  

April 11, 2005

117998