IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ST. PAUL MERCURY INSURANCE COMPANY<br>385 Washington Street<br>St. Paul, Minnesota<br>     Plaintiff, | :<br>:<br>:<br>:<br>:<br>: | |
| | : | Civil Action No.   05-0022 (KAJ) |
| MALY YAN<br>2007 S. Ninth Street<br>Philadelphia, Pennsylvania<br>     Defendant | :<br>:<br>:<br>: | |

_____

### ENTRY OF APPEARANCE

**PLEASE ENTER THE APPEARANCE** of Yvonne Takvorian Saville, Esquire as local counsel on behalf of the Defendant, Maly Yan in the captioned matter.

WEISS AND SAVILLE, P.A.


BY:___/S/ YVONNE TAKVORIAN SAVILLE_____
YVONNE TAKVORIAN SAVILLE, ESQUIRE
1220 North Market Street
Suite 604
P.O. Box 370
Wilmington DE 19801
(302) 656-0400