IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ST. PAUL MERCURY INSURANCE : | |
| COMPANY, and : | |
| PACK & PROCESS, INC. : | |
| : | |
| Plaintiff, : | |
| : | Civil Action No.   05-0022 (KAJ) |
| MALY YAN : | |
| Defendant | |

## CERTIFICATE OF SERVICE

    I, Yvonne Takvorian Saville, Esquire, hereby certify that I served a copy of the Attached Defendant's Amended Response to Plaintiffs' Motion to Enjoin by ECF and by regular mail on April 22, 2005 on:

Ian Connor Bifferato
Joseph K. Koury
Bifferato, Gentilotti & Biden
1308 Delaware Avenue
P.O. Box 2165
Wilmington DE 19899

          WEISS AND SEVILLE, P.A.

          BY:S/Yvonne Takvorian Saville, Esquire
          YVONNE TAKVORIAN SAVILLE, ESQUIRE
          1220 North Market Street
          Suite 604
          P.O. Box 370
          Wilmington DE 19801
          (302) 656-0400

DATED:                    and

          KLINE & SPECTER, P.C.

          BY: S/Jonathan M. Cohen, Esquire/ JC593
          JONATHAN M. COHEN, ESQUIRE
          JOSHUA VAN NAARDEN, ESQUIRE
          1525 Locust Street, 19th Floor
          Philadelphia PA 19102
          (215) 772-1000