IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ST. PAUL MERCURY INSURANCE : | |
| COMPANY, and : | |
| PACK & PROCESS, INC. : | |
| : | |
| Plaintiff, : | |
| : | Civil Action No.   05-0022 (KAJ) |
| MALY YAN : | |
| Defendant | |

## CERTIFICATE OF SERVICE

    I, Yvonne Takvorian Saville, Esquire, hereby certify that I served a copy of the Attached Defendant's Amended Response to Plaintiffs' Motion to Dismiss by ECF and by regular mail on April 22, 2005 on:

Ian Connor Bifferato
Joseph K. Koury
Bifferato, Gentilotti & Biden
1308 Delaware Avenue
P.O. Box 2165
Wilmington DE 19899

                        WEISS AND SEVILLE, P.A.

              BY:S/Yvonne Takvorian Saville, Esquire
                  YVONNE TAKVORIAN SAVILLE, ESQUIRE
                  1220 North Market Street
                  Suite 604
                  P.O. Box 370
                  Wilmington DE 19801
                  (302) 656-0400
DATED:                      and

                  KLINE & SPECTER, P.C.

       BY: S/Jonathan M. Cohen, Esquire/ JC593
               JONATHAN M. COHEN, ESQUIRE
               JOSHUA VAN NAARDEN, ESQUIRE
               1525 Locust Street, 19th Floor
               Philadelphia PA 19102
               (215) 772-1000