IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ST. PAUL MERCURY INSURANCE COMPANY<br>385 Washington Street<br>St. Paul, Minnesota,<br><br>and<br><br>PACK AND PROCESS, INC.<br>1400 B Street<br>Wilmington, DE,<br><br>Plaintiffs,<br><br>v.<br><br>MALY YAN<br>2007 S. Ninth Street<br>Philadelphia, Pennsylvania,<br><br>Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: Civil Action No. 05-0022 (KAJ)<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## PLAINTIFFS' <u>AMENDED</u> APPLICATION FOR ORAL ARGUMENT PURSUANT TO D. DEL. LR 7.1.4[i]

NOW COME Plaintiffs St. Paul Mercury Insurance Company and Pack and Process, Inc., by and through their undersigned counsel, and respectfully request that the Court schedule oral argument as soon as practicable on the following motions:

- Defendant's *Motion to Dismiss* (D.I. 7), filed on or about February 22, 2005;

- Plaintiffs' *Motion for Order Enjoining Later-Filed Action Filed in the Eastern District of Pennsylvania* (D.I. 11), filed on or about March 17, 2005;

- <u>Plaintiffs' *Motion for Leave to File Sur-Reply in Further Response to Defendant's Motion to Dismiss* (D.I. 22), filed on or about April 8, 2005;</u>

---

[i] Additions to Plaintiffs' original Application are underscored

- Defendant's *Amended Response in Opposition to Plaintiffs' Motion for Order Enjoining Actions Filed in the Eastern District of Pennsylvania* (D.I. 25), filed on or about April 22, 2005; and

- Defendant's *Amended Response to Plaintiffs' Memorandum of Law in Opposition to Defendant Maly Yan's Motion to Dismiss* (D.I. 28), filed on or about April 22, 2005.

Dated: April 28, 2005
Wilmington, DE

BIFFERATO, GENTILOTTI & BIDEN

_____
Vincent A. Bifferato, Sr. (#00057)
Ian Connor Bifferato (#3273)
Joseph R. Biden, III (#4203)
Joseph K. Koury (#4272)
1308 Delaware Avenue
P.O. Box 2165
Wilmington, DE 19899
(302) 429-1900

-and-

Francis J. Deasey, Esq.
Deasey, Mahoney & Bender, Ltd.
1800 John F. Kennedy Blvd., Suite 1300
Philadelphia, PA 19103-2978
(215) 587-9400

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I, Joseph K. Koury, hereby certify this 28th day of April, 2005, that copies of the foregoing *Plaintiffs' Amended Application for Oral Argument Pursuant to D. Del. LR 7.1.4* were caused to be served upon the following in the manner so indicated:

**BY HAND**
Yvonne Takvorian Saville, Esq.
Weiss and Seville, P.A.
1220 N. Market Street, Suite 604
Wilmington, Delaware 19801

**BY MAIL**
Jonathan M. Cohen, Esq.
Joshua Van Naarden, Esq.
Kline & Specter, P.C.
1525 Locust Street, 19th Floor
Philadelphia, Pennsylvania 19102

Joseph K. Koury (#4272)