IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ST. PAUL MERCURY INSURANCE           :
COMPANY                              :
                                     :
            v                        :    Case No. 05-0022 (KAJ)
                                     :
MALY YAN                             :

## WITHDRAWAL OF APPEARANCE

Kindly WITHDRAW my appearance on behalf of the Defendant Maly Yan in the above captioned matter.

BY: _____
    STEPHEN B. POTTER
    Atty. Identification # 298
    840 North Union Street
    PO Box 514
    Wilmington, Delaware 19899
    (302) 658-8940

Dated: April 28, 2005