IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ST. PAUL MERCURY INSURANCE COMPANY and PACK AND PROCESS, INC., | ) ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) ) | Civil Action No. 05-22-KAJ |
| MALY YAN, | ) ) ) | |
| Defendant. | ) | |

### ORDER

Oral argument on defendant's motions to dismiss (D.I. 7 and 16) and on defendant's motion for order enjoining later filed action (D.I. 11) in the above-captioned action will be heard on **May 18, 2005** beginning at 11:00 a.m. and concluding at 12:00 p.m. in courtroom 6-A, 6th Floor, J. Caleb Boggs Federal Building, Wilmington, Delaware.

UNITED STATES DISTRICT JUDGE

Dated:    May 2, 2005
Wilmington, Delaware