IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ST. PAUL MERCURY INSURANCE COMPANY | : | |
| | : | |
| v | : | Case No. 05-0022 (KAJ) |
| | : | |
| MALY YAN | : | |

## MOTION OF STEPHEN B. POTTER TO WITHDRAW HIS APPEARANCE

In compliance with Local Rule 7.1.1, Stephen B. Potter has conferred with opposing counsel and certifies that there is no objection to his Withdrawal as Counsel on behalf of the Defendant Maly Yan in the above captioned matter.

BY: _____
STEPHEN B. POTTER
Atty. Identification # 298
840 North Union Street
PO Box 514
Wilmington, Delaware 19899
(302) 658-8940

Dated: April 29, 2005

**SO ORDERED** this _____ day of _____, 2005

_____
KENT A. JORDAN
United States District Judge