## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ST. PAUL MERCURY INSURANCE COMPANY | : | |
| | : | |
| v | : | Case No. 05-0022 (KAJ) |
| | : | |
| MALY YAN | : | |

### AFFIDAVIT OF SERVICE

I hereby certify that I have served two (2) copies of the foregoing on the below listed individuals by regular United States mail

Vincent A. Bifferato, Sr. (#100057)
Ian Connor Bifferato (#3273)
Joseph R. Biden (#4203)
Joseph K. Koury (#4272)
1308 Delaware Avenue
Wilmington, DE 19899

H. Leon Aussprung
Kline & Specter
1525 Locust Street, 19th floor
Philadelphia, PA 19102

Attorney for Defendant

Francis J. Deasy
Deasy, Mahoney & Bender
1800 JFK Boulevard, Suite 1300
Philadelphia, PA 19103-2978

Attorneys for Plaintiff

Stephanie Aames
Paralegal to Stephen B. Potter (#298)

SWORN TO AND SUBSCRIBED before me the __29Th__ day of __April__, 2005.

NOTARY PUBLIC

LOVEDY A. BERKLEY
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires Oct. 15, 2006