IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ST. PAUL MERCURY INSURANCE COMPANY and PACK AND PROCESS, INC., | ) ) ) ) | |
| Plaintiffs, | ) | Case No. 05-0022 (KAJ) |
| v. | ) ) ) | |
| MALY YAN | ) ) | |
| Defendant. | ) | |

## MOTION AND ORDER FOR ADMISSION
## PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of James B. Burns, Esq. to represent plaintiffs St. Paul Mercury Insurance Company and Pack and Process in this matter.

Dated: May 6, 2005                         BIFFERATO, GENTILOTTI & BIDEN

/s/ Joseph K. Koury
_____
Ian Connor Bifferato (#3273)
Joseph K. Koury (#4272)
1308 Delaware Avenue
P.O. Box 2165
Wilmington, DE 19899
(302) 429-1900

*Attorneys for Plaintiff*

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Dated: _____       _____
                              United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the Commonwealth of Pennsylvania and State of New Jersey and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Signed: _____
James B. Burns, Esquire

Date: May 3, 2005

DEASEY, MAHONEY & BENDER, LTD.
1800 J.F.K. Blvd., 13th Floor
Philadelphia, PA 19103
215-587-9400
215-587-9456 (facsimile)
jbburns@dmbphila.com

## CERTIFICATE OF SERVICE

I, Joseph K. Koury, hereby certify this 6th day of May, 2005, that copies of the foregoing *Motion and Order for Admission Pro Hac Vice* were caused to be served upon the following in the manner so indicated:

**BY HAND**
Yvonne Takvorian Saville, Esq.
Weiss and Seville, P.A.
1220 N. Market Street, Suite 604
Wilmington, Delaware 19801

**BY MAIL**
Jonathan M. Cohen, Esq.
Joshua Van Naarden, Esq.
Kline & Specter, P.C.
1525 Locust Street, 19th Floor
Philadelphia, Pennsylvania 19102

Joseph K. Koury (#4272)