IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ST. PAUL MERCURY INSURANCE COMPANY and PACK AND PROCESS, INC., )<br><br>Plaintiffs, )<br><br>v. )<br><br>MALY YAN, )<br><br>Defendant. ) | Civil Action No. 05-22-KAJ |

## ORDER

At Wilmington this **6th** day of **May, 2005**,

IT IS ORDERED that the oral argument on defendant's motions to dismiss (D.I. 7 and 16) and on defendant's motion for order enjoining later filed action (D.I. 11) presently set for **May 18, 2005 at 11:00 a.m.** is hereby rescheduled to **May 25, 2005 at 11:00 a.m.** in Courtroom 6A, 6th Floor, J. Caleb Boggs Federal Building, Wilmington, Delaware.

_____
UNITED STATES DISTRICT JUDGE

Wilmington, Delaware