**Bifferato Gentilotti Biden**

Vincent A. Bifferato, Jr.
Ian Connor Bifferato
Jeffrey M. Gentilotti
Joseph R. Biden, III
David A. Denham
Veronica O. Faust
Catherine Zwolak Kilian
Joseph K. Koury
George T. Lees, III
Garvan F. McDaniel

Alternative Dispute Resolution

Vincent A. Bifferato
William Swain Lee
Carl Schnee

May 24, 2005

Writer's Email Address:
JKK@bgbde.com
Reply to: Wilmington

**ELECTRONICALLY**
The Honorable Kent A. Jordan
United States District Court for the District of Delaware
844 N. King Street
Wilmington, Delaware 19801

    Re:   *St. Paul Mercury Insurance Company and Pack and Process, Inc.*
            *v. Maly Yan*
           Civil Action No. 05-0022 (KAJ)

Dear Judge Jordan:

      Enclosed please find correspondence from our co-counsel, James B. Burns, Esq., of the Deasey, Mahoney & Bender, Ltd. law firm. Along with Mr. Burns, who has previously been admitted *pro hac vice* in this case, our firm represents plaintiffs St. Paul Mercury Insurance Company and Pack and Process, Inc. with regard to the above-listed action. The purpose of Mr. Burns' letter is to alert the Court that the United States District Court for the Eastern District of Pennsylvania has recently taken certain action that may impact the action currently pending before this Court, as more fully set forth herein. Mr. Burns' letter also requests a teleconference with the Court at the Court's convenience; I understand that Mr. Burns, as well as our office, remain available for the requested teleconference, should the Court consider the request to be appropriate. Although I understand that the enclosed correspondence has previously been forwarded to all counsel of record, my office will again forward the correspondence as part of the filing of this letter. We are available at the Court's pleasure.

                              Respectfully,

                              Joseph K. Koury (#4272)

xc:   Yvonne Takvorian-Saville, Esq. and Joshua Van Naarden, Esq. (by fax)
       James B. Burns, Esq. (by fax)

Bifferato, Gentilotti & Biden, P.A.
www.bgbde.com

200 Biddle Avenue
Suite 203
Newark, DE 19702
Phone: 302-429-1900
Fax: 302-832-7540

1308 Delaware Avenue
Wilmington, DE 19806
P.O. Box 2165
Wilmington, DE 19899-2165
Phone: 302-429-1900
Fax: 302-429-8600

701 Rehoboth Avenue
Rehoboth Beach, DE 19971
Phone: 302-227-6600
Toll Free: 866-618-2433
Fax: 302-227-6778