IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ST. PAUL MERCURY INSURANCE COMPANY and PACK AND PROCESS, INC., <br><br>       Plaintiffs,<br><br>  v.<br><br>MALY YAN,<br><br>       Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 05-22-KAJ<br>)<br>)<br>)<br>)<br>) |

## ORDER

At Wilmington this **25th** day of **May, 2005**,

For the reasons set forth by the Court during the oral argument today,

IT IS HEREBY ORDERED that the following motions are DENIED AS MOOT:

    1. Defendant's motions to dismiss for failure to join indispensable parties (D.I. 7 and 16).

    2. Plaintiff's motion for order to enjoin later-filed action filed in the Eastern District of Pennsylvania (D.I. 11).

    3. Plaintiff's motion for leave to file sur-reply brief (D.I. 22).

*[signature]*
UNITED STATES DISTRICT JUDGE