IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ST. PAUL MERCURY INSURANCE :<br>COMPANY, and　　　　　　　　　　　　:<br>PACK & PROCESS, INC.　　　　　　　　:<br>　　　　　　　　　　　　　　　　　　　:<br>　　　　Plaintiff,　　　　　　　　　　　　　:<br>　　　　　　　　　　　　　　　　　　　:<br>MALY YAN　　　　　　　　　　　　　　:<br>　　　　Defendant | Civil Action No.　05-0022 (KAJ) |

## CERTIFICATE OF SERVICE

　　　I, Yvonne Takvorian Saville, Esquire, hereby certify that I served a copy of the Attached Defendant's Answer to Plaintiffs Amended Complaint by ECF and by regular mail on June 16, 2005 on:

Ian Connor Bifferato
Joseph K. Koury
Bifferato, Gentilotti & Biden
1308 Delaware Avenue
P.O. Box 2165
Wilmington DE 19899

　　　　　　　　　　　　　　　　　　　　　WEISS AND SEVILLE, P.A.

　　　　　　　　　　　　　　　　　　　BY: S/Yvonne Takvorian Saville, Esquire
　　　　　　　　　　　　　　　　　　　　　YVONNE TAKVORIAN SAVILLE, ESQUIRE
　　　　　　　　　　　　　　　　　　　　　1220 North Market Street
　　　　　　　　　　　　　　　　　　　　　Suite 604
　　　　　　　　　　　　　　　　　　　　　P.O. Box 370
　　　　　　　　　　　　　　　　　　　　　Wilmington DE 19801
　　　　　　　　　　　　　	　　　　　　　(302) 656-0400
DATED: 6/16/05　　　　　　　　　　　　　　　　and

　　　　　　　　　　　　　　　　　　　　　KLINE & SPECTER, P.C.

　　　　　　　　　　　　　　　　　　　BY: S/Jonathan M. Cohen, Esquire/ JC593
　　　　　　　　　　　　　　　　　　　　　JONATHAN M. COHEN, ESQUIRE
　　　　　　　　　　　　　　　　　　　　　JOSHUA VAN NAARDEN, ESQUIRE
　　　　　　　　　　　　　　　　　　　　　1525 Locust Street, 19th Floor
　　　　　　　　　　　　　　　　　　　　　Philadelphia PA 19102
　　　　　　　　　　　　　　　　　　　　　(215) 772-1000

Case 1:05-cv-00022-MPT    Document 43    Filed 06/16/2005    Page 2 of 2