# EXHIBIT A

# PART 1 OF 2

**RENEWAL CERTIFICATE**

The St.Paul

Please insert this Renewal Certificate with the rest of your policy.

In return for your premium, your policy is renewed to the date shown on this certificate.

We, us, our and ours mean the insurance company named on the Introduction.

The words you, your and yours mean the insured named here:

PACK & PROCESS, INC.
P.O. BOX 883
NEW CASTLE DE 19720-0883

***INSURED NAMES CONTINUED ON BACK***

**Important.  Please refer to your Coverage Summaries that are attached for any changes in your policy.  You will also receive the benefit of any changes we've made in our standard policy forms that broaden or extend your coverage without increasing your premium.**

Policy Number:  CK03800708

Is Renewed From:  05/01/01

To:  05/01/02

Premium:          $96,100.00

YOUR PREMIUM INCLUDES DEPOSIT
SHOWN ON DELIVERY INVOICE
INCLUDES UMBRELLA EXCESS PREMIUM

This is to certify
that this Policy
is an exact copy
of Policy CK03800708

_____
                    Manager

Our authorized representative is:
0700372
HARRY DAVID ZUIZ INSURANCE INC
P.O. BOX  2287
WILMINGTON DE 19899

Jay S. Fishman
President

Secretary

Authorized Representative          Date

Processing Date 05/23/01  10:05  001

COPY

**The St.Paul**

# COMMERCIAL GENERAL LIABILITY PROTECTION COVERAGE SUMMARY

This Coverage Summary shows the limits of coverage that apply to your Commercial General Liability Protection. It also lists those endorsements, if any, that must have certain information shown for them to apply.

## Limits Of Coverage

| | | |
|---|---|---|
| **General total limit.** | $ | 2,000,000 |
| **Products and completed work total limit.** | $ | 2,000,000 |
| **Personal injury each person limit.** | $ | 1,000,000 |
| **Advertising injury each person limit.** | $ | 1,000,000 |
| **Each event limit.** | $ | 1,000,000 |
| *Premises damage limit.* | $ | 100,000 |
| *Medical expenses limit.* | $ | 5,000 |

## Named Endorsement Table

**Important Note:** Only endorsements that must have certain information shown for them to apply are named in this table. The required information follows the name of each such endorsement. Other endorsements may apply too. If so, they're listed on the Policy Forms List.

Described Person or Organization Endorsement — Addl Prot Persons
  Person or Organization
  General Mills Operations, Inc.
  One General Mills Boulevard
  Minneapolis, MN 55426

  as respects Premises Liability only.

Landlord Endorsement — Additional Protected Persons
  Landlord
  RREEF AMERICA REIT II CORP., a Maryland Corp.
  RREEF MANAGEMENT COMPANY, a Delaware Corp.

  Description of Premises
  as respects: 3 Boulden Circle, New Castle, Delaware

| | | |
|---|---|---|
| **Name of Insured** | **Policy Number** CK03800708 | **Effective Date** 05/01/01 |
| PACK & PROCESS, INC. | **Processing Date** 05/23/01  10:05  001 | |

©St.Paul Fire and Marine Insurance Co. 1996 All Rights Reserved   Page   1

The StPaul

# INTERNATIONAL COMMERCIAL GENERAL LIABILITY PROTECTION COVERAGE SUMMARY

This Coverage Summary shows the limits of coverage that apply to your International Commercial General Liability Protection. It also lists those endorsements, if any, that must have certain information shown for them to apply.

## Limits Of Coverage

| | |
|---|---|
| **General total limit.** | $ 2,000,000 |
| **Products and completed work total limit.** | $ 2,000,000 |
| **Personal injury and advertising injury limit.** | $ 1,000,000 |
| **Each event limit.** | $ 1,000,000 |
| *Fire damage limit.* | $ 100,000 |
| *Medical expenses limit.* | $ 5,000 |

## Named Endorsement Table

**Important Note:** Only endorsements that must have certain information shown for them to apply are named in this table. The required information follows the name of each such endorsement. Other endorsements may apply. If so, they're listed on the Policy Forms List.

---

| | | |
|---|---|---|
| **Name of Insured** | **Policy Number** CK03800708 | **Effective Date** 05/01/01 |
| PACK & PROCESS, INC. | **Processing Date** 05/23/01  10:05   001 | |

47058 Ed.9-90 Printed in U.S.A.
©St.Paul Fire and Marine Insurance Co. 1990 All Rights Reserved

Coverage Summary

# COMMERCIAL GENERAL LIABILITY PROTECTION

This insuring agreement provides general liability protection for your business. There are, of course, limitations and exclusions which apply to that protection. As a result, this agreement should be read carefully to determine the extent of the coverage provided to you and other protected persons.

*It is for informational use only.*

*Do not attach this form to a policy.*

| Table of Contents | Page |
|---|---|
| **What This Agreement Covers** | 1 |
| Bodily injury and property damage liability. | 1 |
| Personal injury liability. | 2 |
| Advertising injury liability. | 3 |
| Medical expenses. | 3 |
| Right and duty to defend a protected person. | 3 |
| Additional payments. | 4 |
| Right to appeal a judgment against a protected person. | 4 |
| **When This Agreement Covers** | 4 |
| Bodily injury and property damage liability. | 4 |
| Personal injury liability. | 4 |
| Advertising injury liability. | 4 |
| Medical expenses. | 4 |
| **Where This Agreement Covers** | 5 |
| **Who Is Protected Under This Agreement** | 5 |
| Individual. | 5 |
| Partnership or joint venture. | 5 |
| Limited liability company. | 5 |
| Corporation or other organization. | 5 |
| Employees and volunteer workers. | 5 |
| Real estate managers. | 7 |
| Landlords. | 7 |
| Equipment lessors. | 7 |
| Operators of registered mobile equipment. | 7 |
| Newly acquired or formed organizations. | 7 |
| Separation of protected persons. | 7 |
| **Limits Of Coverage** | 8 |
| General total limit. | 8 |
| Products and completed work total limit. | 8 |
| Personal injury each person limit. | 9 |
| Advertising injury each person limit. | 9 |
| Each event limit. | 9 |
| How the limits of coverage apply to an extension of the policy period. | 9 |
| How the limits of coverage apply if a total limit is left blank. | 10 |

| Exclusions - What This Agreement Won't Cover | 10 |
|---|---|
| Advertising, broadcasting, publishing, or telecasting business. | 10 |
| Aircraft. | 10 |
| Auto. | 10 |
| Breach of contract. | 11 |
| Contract liability. | 11 |
| Control of property. | 13 |
| Damage to your products or completed work. | 13 |
| Deliberately breaking the law. | 14 |
| Employers liability. | 14 |
| Expected or intended bodily injury or property damage. | 14 |
| False material. | 14 |
| Impaired property. | 15 |
| Intellectual property. | 15 |
| Liquor liability. | 15 |
| Material previously made known. | 16 |
| Medical expenses of certain persons. | 16 |
| Mobile equipment. | 16 |
| Nuclear energy liability. | 17 |
| Pollution injury or damage. | 18 |
| Pollution work loss, cost, or expense. | 20 |
| Poor quality or performance. | 20 |
| Product recall. | 20 |
| Unnamed partnership, joint venture, or limited liability company. | 20 |
| Watercraft. | 21 |
| Workers compensation and other benefits laws. | 21 |
| Wrong price description. | 21 |
| **Other Insurance** | 21 |
| Other primary insurance. | 21 |
| Excess insurance. | 21 |
| Methods of sharing. | 22 |

## What This Agreement Covers

**Bodily injury and property damage liability.** We'll pay amounts any protected person is legally required to pay as damages for covered bodily injury or property damage that:

The St Paul

*It is for informational use only.*

*Do not attach this form to a policy.*

- happens while this agreement is in effect; and
- is caused by an event.

*Protected person* means any person or organization who qualifies as a protected person under the Who Is Protected Under This Agreement section.

*Bodily injury* means any physical harm, including sickness or disease, to the physical health of other persons. It includes any of the following that results at any time from such physical harm, sickness, or disease:

- Mental anguish, injury, or illness.
- Emotional distress.
- Care, loss of services, or death.

*Property damage* means:

- physical damage to tangible property of others, including all resulting loss of use of that property; or
- loss of use of tangible property of others that isn't physically damaged. For example:

  *One of your employees accidentally causes a fire in your premises. The fire department responds and orders nearby businesses to close for safety reasons while it fights the fire. Your premises is heavily damaged by the fire. But none of the nearby businesses are physically damaged. As a result, we'll consider the period of time those businesses are closed due to your fire to be loss of use of tangible property of others that isn't physically damaged.*

We'll consider all loss of use of:

- damaged tangible property to happen at the time of the physical damage which caused it; and
- undamaged tangible property to happen at the time of the event which caused it.

*Event* means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

**Personal injury liability.** We'll pay amounts any protected person is legally required to pay as damages for covered personal injury that:

- results from your business activities, other than advertising, broadcasting, publishing, or telecasting done by or for you; and
- is caused by a personal injury offense committed while this agreement is in effect.

*Personal injury* means injury, other than bodily injury or advertising injury, that's caused by a personal injury offense.

*Personal injury offense* means any of the following offenses:

- False arrest, detention, or imprisonment.
- Malicious prosecution.
- Wrongful entry into, or wrongful eviction from, a room, dwelling, or premises that a person occupies.
- Invasion of the right of private occupancy of a room, dwelling, or premises that a person occupies.
- Libel or slander.
- Making known to any person or organization written or spoken material that disparages the products, work, or completed work of others.
- Making known to any person or organization written or spoken material that violates a person's right of privacy.

*Advertising* means attracting the attention of others by any means for the purpose of seeking customers or increasing sales or business.

*Broadcasting* means transmitting any audio material by radio, or transmitting or televising any audio or visual material by television, for any purpose.

*Publishing* means creating and producing any material in an electronic or printed format for distribution or sale to others for any purpose.

But we won't consider creating and producing any of the following material in an electronic or printed format to be publishing:

- Correspondence written in the conduct of your business.
- Material that describes or reports your business activities, including bulletins, financial or annual reports, and newsletters.

©St.Paul Fire and Marine Insurance Co. 1996 All Rights Reserved

It is for informational use only.

Do not attach this form to a policy.

*Telecasting* means transmitting or televising any audio or visual material by television for any purpose.

**Advertising injury liability.** We'll pay amounts any protected person is legally required to pay as damages for covered advertising injury that:

- results from the advertising of your products, work, or completed work; and
- is caused by an advertising injury offense committed while this agreement is in effect.

*Advertising injury* means injury, other than bodily injury or personal injury, that's caused by an advertising injury offense.

*Advertising injury offense* means any of the following offenses:

- Libel or slander.
- Making known to any person or organization written or spoken material that disparages the products, work, or completed work of others.
- Making known to any person or organization written or spoken material that violates a person's right of privacy.
- Unauthorized use of any advertising idea, material, slogan, style, or title of others in your advertising.

We explain what we mean by:

- advertising in the Personal injury liability section; and
- your products, your work, and your completed work, in the Products and completed work total limit section.

**Medical expenses.** We'll pay covered medical expenses that result from bodily injury caused by an event which happens while this agreement is in effect, even if the protected person isn't legally required to pay such expenses.

*Medical expenses* means the reasonable expenses incurred by any person or organization for necessary medical services received by a person anytime within one year of the beginning date of an event which causes that person to sustain bodily injury.

*Medical services* includes:

- first aid received at the time of an event;
- ambulance and emergency care services;

- dental, hospital, medical, nursing, surgical, x-ray, and other health care professional services;
- artificial limbs and organs; and
- funeral services.

**Right and duty to defend a protected person.** We'll have the right and duty to defend any protected person against a claim or suit for injury or damage covered by this agreement. We'll have such right and duty even if all of the allegations of the claim or suit are groundless, false, or fraudulent. But we won't have a duty to perform any other act or service.

We'll have the right to investigate any event, offense, claim, or suit to the extent that we believe is proper. We'll also have the right to settle any claim or suit within:

- any applicable deductible; or
- the available limits of coverage.

Our duty to defend protected persons ends when we have used up the limits of coverage that apply with the payment of:

- judgments;
- settlements;
- medical expenses; or
- indemnitee defense expenses assumed under contract.

We explain what we mean by indemnitee defense expenses assumed under contract, and when we'll pay such expenses, in the Contract liability exclusion.

*Claim* means a demand which seeks damages.

*Suit* means a civil proceeding which seeks damages. It includes:

- an arbitration proceeding for such damages to which the protected person must submit, or submits with our consent; and
- any other alternative dispute resolution proceeding for such damages to which the protected person submits with our consent.

*Injury or damage* means:

- bodily injury, personal injury, or advertising injury; or
- property damage.

*Offense* means any:

- personal injury offense; or
- advertising injury offense.

**Additional payments.** We'll have the duty to make only the additional payments shown below in connection with any claim or suit under this agreement against a protected person when we:

- investigate or settle the claim or suit; or
- defend the protected person against the claim or suit.

These payments are in addition to the limits of coverage.

Our duty to make additional payments ends when we have used up the limits of coverage that apply with the payment of:

- judgments;
- settlements;
- medical expenses; or
- indemnitee defense expenses assumed under contract.

We explain what we mean by indemnitee defense expenses assumed under contract, and when we'll pay such expenses, in the Contract liability exclusion.

*Our expenses.* We'll pay all expenses we incur.

*Bail bonds.* We'll pay up to $2,500 of the cost of bail bonds that are required because of accidents or violations of traffic laws. But only if the accidents or violations result from the use of a vehicle to which this agreement applies. We don't have to furnish such bonds.

*Bonds to release property.* We'll pay the cost of bonds to release property that's being used to secure a legal obligation. But only for bond amounts within the limit of coverage that applies. We don't have to furnish such bonds.

*Expenses incurred by protected persons.* We'll pay all reasonable expenses that any protected person incurs at our request while helping us investigate or settle, or defend a protected person against, a claim or suit. But we won't pay more than $500 per day for earnings actually lost by the protected person because of time taken off from work.

*Taxed costs* We'll pay all costs taxed against any protected person in a suit.

*Prejudgment interest.* We'll pay the interest that accumulates before a judgment and is awarded against the protected person on that part of a judgment we pay. But if we make a settlement offer to pay the available limit of coverage, we won't pay the prejudgment interest that accumulates after the date of our offer.

*Postjudgment interest.* We'll pay all interest that accumulates on the full amount of that part of a judgment for which we make a payment. But only from the date of the judgment to the date we pay, or deposit in court, the limit of coverage that applies to the judgment.

**Right to appeal a judgment against a protected person.** We'll have the right to appeal a judgment awarded in a suit for injury or damage covered by this agreement if:

- we defend a protected person against the suit; and
- the judgment is awarded against that protected person.

If we appeal such a judgment, we'll pay all expenses which result directly from that appeal, including postjudgment interest and the cost of appeal bonds. Such appeal expenses are in addition to the limits of coverage. However, the results of an appeal won't change the limits of coverage that apply under this agreement.

**When This Agreement Covers**

**Bodily injury and property damage liability.** We'll apply this agreement to claims or suits for covered bodily injury or property damage whenever they're made or brought.

**Personal injury liability.** We'll apply this agreement to claims or suits for covered personal injury whenever they're made or brought.

**Advertising injury liability.** We'll apply this agreement to claims or suits for covered advertising injury whenever they're made or brought.

**Medical expenses.** We'll apply this agreement to covered medical expenses only when

*Do not attach this form to a policy. It is for informational use only.*

©St.Paul Fire and Marine Insurance Co.1996 All Rights Reserved

they're reported to us within one year of the beginning date of the event.

## Where This Agreement Covers

We'll apply, and make payments under, this agreement:

- only in the coverage territory; and
- only for covered injury or damage that's caused by events or offenses which happen or are committed there.

However, we'll also apply, and make payments under, this agreement in the coverage territory for covered injury or damage that's caused by events or offenses which happen or are committed in the rest of the world if:

- the protected person's liability for such injury or damage is determined in a suit on the merits in the coverage territory, or in a settlement agreed to by us; and
- they result from the activities of a person whose home is in the coverage territory, but is away from there for a short time on your business; or
- they result from your products that are made or sold by you in the coverage territory.

For example:

*You manufacture a product in the coverage territory. It is exported to Norway. A few months later a Norwegian citizen is allegedly injured while using that product and, as a result, sues you. If the suit is brought against you in the coverage territory, and it seeks damages for bodily injury covered by this agreement, we'll have the duty to defend you against the suit and pay covered damages awarded in a judgment against you. However, if the suit is brought against you in Norway, or anywhere else outside of the coverage territory, we won't have a duty to defend you there. Also, we won't have a duty to pay a judgment awarded by a court there, even if the judgment is later recognized and enforced by a court in the coverage territory.*

*Coverage territory* means:

- the United States of America, including its territories and possessions;

- Puerto Rico;
- Canada; and
- international waters or airspace only during travel or transportation between any of the above places.

We explain what we mean by your products in the Products and completed work total limit section.

## Who Is Protected Under This Agreement

**Individual.** If you are shown in the Introduction as a named insured and an individual, you and your spouse are protected persons only for the conduct of a business of which you are the sole owner.

**Partnership or joint venture.** If you are shown in the Introduction as a named insured and a partnership or a joint venture, you are a protected person. Your partners or co-venturers, and their spouses, are protected persons only for the conduct of your business.

**Limited liability company.** If you are shown in the Introduction as a named insured and a limited liability company, you are a protected person. Your members are protected persons only for the conduct of your business. And your managers are protected persons only for their duties as your managers.

**Corporation or other organization.** If you are shown in the Introduction as a named insured and a corporation or an other organization, you are a protected person. Your directors and executive officers are protected persons only for the conduct of their duties as your directors or executive officers. And your stockholders are protected persons only for their liability as your stockholders.

*Other organization* means an organization other than a corporation, partnership, joint venture, or limited liability company.

*Executive officer* means any person holding an officer position created by the charter, constitution, or by-laws, or any other similar governing document, of a corporation or other organization.

**Employees and volunteer workers.** Your employees are protected persons only for:

It is for informational use only.

Do not attach this form to a policy.

The**St.Paul**

*It is for informational use only.*

*Do not attach this form to a policy.*

- work done within the scope of their employment by you; or
- their performance of duties related to the conduct of your business.

And your volunteer workers are protected persons only for activities or work they conduct or perform:

- at your direction; and
- within the scope of their duties for you.

However, no employee or volunteer worker is a protected person for bodily injury or personal injury to:

- you;
- any of your partners or co-venturers if you are a partnership or joint venture;
- any of your members or managers if you are a limited liability company;
- any fellow employee;
- any fellow volunteer worker or any of your employees; or
- the spouse or any child, parent, brother, or sister of that employee or volunteer worker if such injury results from the bodily injury or personal injury to the fellow employee or volunteer worker.

Nor is any employee or volunteer worker a protected person for:

- any obligation to share damages with or repay someone else who must pay damages because of such bodily injury or personal injury; or
- bodily injury or personal injury that results from his or her performance of or failure to perform health care professional services.

Also, no employee or volunteer worker is a protected person for property damage to property that's controlled by:

- you;
- any of your partners or co-venturers if you are a partnership or joint venture;
- any of your members or managers if you are a limited liability company;
- that employee or any fellow employee; or
- that volunteer worker, any fellow volunteer worker, or any of your employees.

But we won't apply the exclusions in this Employees and volunteer workers section to:

- bodily injury that results from the providing of or failure to provide first aid

by an employee or volunteer worker, other than an employed or volunteer doctor; or

- premises damage.

Nor will we apply this Employees and volunteer workers section to the following protected persons:

- Your managers if you are a limited liability company. Instead, we'll apply the Limited liability company section to them.
- Your executive officers if you are a corporation or an other organization. Instead, we'll apply the Corporation or other organization section to them.

*Employee* includes a leased worker, other than a leased temporary worker.

*Leased worker* means any person who:

- is hired from an employee leasing firm under a contract or agreement between the hirer and that firm; and
- is performing duties related to the conduct of the hirer's business.

*Volunteer worker* means any person other than:

- an employee; or
- a leased temporary worker.

*Employee leasing firm* means any person or organization who hires out workers to others. It includes any:

- employment agency, contractor, or service;
- labor leasing firm; or
- temporary help service.

*Leased temporary worker* means a leased worker who is hired to:

- temporarily take the place of a permanent employee on leave; or
- meet seasonal or short-term workload conditions.

*Controlled by* means:

- owned, rented, leased, occupied, borrowed, or used by;
- in the care, custody, or control of; or
- being physically controlled for any purpose by.

*Health care professional services* includes:

- any dental, medical, mental, nursing, surgical, x-ray, or other health care

©St.Paul Fire and Marine Insurance Co.1996 All Rights Reserved

It is for informational use only.

Do not attach this form to a policy.

professional service, including any advice, instruction, food, or beverage provided with such service;

- the dispensing of drugs or medical or dental supplies and appliances; and
- the handling or treatment of corpses, including autopsies, organ donations, and other postmortem procedures.

We explain what we mean by premises damage in the Each event limit section.

**Real estate managers.** Your real estate managers are protected persons only for their management of premises that you own, or rent, lease, or borrow from others. They may be persons or organizations.

But we won't apply this Real estate managers section to your employees. Instead, we'll apply the Employees and volunteer workers section to them.

**Landlords.** Any landlord of a premises rented or leased to you is a protected person only for the ownership, maintenance, or use of the premises while you rent or lease it.

However, no landlord is a protected person for injury or damage that results from any of the following work while being done by or for the landlord:

- Structural changes.
- New construction work.
- Demolition work.

*Landlord* means the owner, lessor, or manager of a premises.

**Equipment lessors.** Any lessor of equipment rented or leased to you is a protected person only for your operation, maintenance, or use of the equipment while you rent or lease it.

However, no equipment lessor is a protected person for injury or damage that results from their sole negligence.

*Lessor* means the owner or lessor.

**Operators of registered mobile equipment.** All operators of registered mobile equipment are protected persons for their driving of such equipment on a public street or road with your permission.

Any person or organization legally responsible for the driving conduct of those operators is also a protected person. But only if there's no other valid and collectible insurance available to cover their liability for the operators.

However, no operator or any other person or organization is a protected person for:

- bodily injury to a fellow employee of the person driving the equipment; or
- property damage to property controlled by you or the employer of an operator who is a protected person.

*Registered mobile equipment* means mobile equipment that's registered in your name under a motor vehicle registration law.

We explain what we mean by:

- controlled by in the Employees and volunteer workers section; and
- mobile equipment in the Mobile equipment exclusion.

**Newly acquired or formed organizations.** Any organization, other than a partnership, joint venture, or limited liability company, that you acquire or form while this agreement is in effect is a protected person if you own more than 50% of it.

However, no newly acquired or formed organization is a protected person for:

- more than 90 days, or the remainder of the time this agreement is in effect, whichever is less, from the date that you acquire or form it, unless we agree that it should continue to be a protected person after the end of that period of time;
- bodily injury or property damage that happened before you acquired or formed it;
- personal injury or advertising injury that results from an offense committed before you acquired or formed it; or
- injury or damage that's covered by other similar general liability insurance.

**Separation of protected persons.** We'll apply this agreement separately to each protected person.

However, the limits of coverage shown in the Coverage Summary are shared by all protected persons. We explain how in the Limits Of Coverage section.

---

The St Paul

*It is for informational use only.*

*Do not attach this form to a policy.*

Also, any right or duty specifically assigned to the first named insured remains unchanged. We explain those rights and duties in the General Rules, which is a part of your policy.

## Limits Of Coverage

The limits shown in the Coverage Summary and the information contained in this section fix the most we'll pay as damages and medical expenses, regardless of the number of:

* protected persons;
* claims made or suits brought; or
* persons or organizations making claims or bringing suits.

**General total limit.** This is the most we'll pay for the combined total of:

* all covered bodily injury and property damage that happens in a policy year;
* all covered personal injury that's caused by all personal injury offenses committed in a policy year;
* all covered advertising injury that's caused by all advertising injury offenses committed in a policy year; and
* all covered medical expenses that result from all events which happen in a policy year.

However, we won't apply this limit to bodily injury or property damage that results from your products or completed work. Instead, we'll apply the products and completed work total limit to such bodily injury or property damage covered by this agreement.

*Policy year* means the policy period shown in the Introduction, or the period of time that this agreement is in effect, whichever is less. But when that period is longer than one year, it means each consecutive annual period, and the remaining period if any, that this agreement is in effect, starting with the beginning date of this agreement.

We explain the products and completed work total limit, and what we mean by your products and your completed work, in the Products and completed work total limit section.

**Products and completed work total limit.** This is the most we'll pay for all covered bodily injury and property damage that:

* results from your products and completed work; and
* happens in a policy year.

*Your products* means any of the goods or products that are or were manufactured, sold, handled, distributed, or disposed of by:

* you;
* others using your name; or
* any person or organization whose business or assets you've acquired.

Your products includes:

* all containers, equipment, materials, or parts provided with or for your products;
* any warranty provided with or for your products;
* any statement made, or which should have been made, about the durability, fitness, handling, maintenance, operation, performance, quality, safety, or use of your products; and
* all warnings, instructions, or directions provided, or which should have been provided, with or for your products.

But we won't consider the following to be your products:

* Goods or products which are still in your physical possession or on a premises that you own, or rent, lease, or borrow from others.
* Real property.
* Containers that are vehicles.
* Property that's rented or leased to others.
* Property that you haven't sold, but which you allow others to use. For example, a vending machine.

*Your completed work* means your work that is completed at the earliest of the following times, including work that may need service, maintenance, correction, repair, or replacement, but which is otherwise complete:

* When all of the work called for in your contract has been completed.
* When all of the work to be done at the work site has been completed, if your contract calls for work at more than one site.
* When that part of the work at the work site has been put to its intended use by any person or organization, other than

©St.Paul Fire and Marine Insurance Co.1996 All Rights Reserved

*It is for informational use only.*

*Do not attach this form to a policy.*

another contractor or subcontractor working on the same project.

But we won't consider the following to be your completed work:

- Work that hasn't yet been completed or abandoned.
- Uninstalled equipment, abandoned or unused materials, or tools.
- Work done in connection with transporting property.
- Any premises or other real property that you own.
- Any work done to a premises or other real property that you rent or lease from others.
- Any work while on a premises that you own, or rent, lease, or borrow from others.

However, we'll consider a condition created in or on a vehicle in the course of work done in connection with transporting property to be your completed work when:

- the vehicle isn't owned or operated by you;
- the condition is created by the loading or unloading of the vehicle by a protected person; and
- the condition causes bodily injury or property damage.

*Your work* means any:

- work that you're performing or others are performing for you; or
- service that you're providing or others are providing for you.

Your work includes:

- all equipment, materials, or parts provided with or for your work;
- any warranty provided with or for your work;
- any statement made, or which should have been made, about the durability, fitness, handling, maintenance, operation, performance, quality, safety, or use of your work; and
- all warnings, instructions, or directions provided, or which should have been provided, with or for your work.

We explain what we mean by loading or unloading in the Auto exclusion.

**Personal injury each person limit.** This is the most we'll pay for all covered personal injury that:

- is sustained by any one person or organization; and
- is caused by all personal injury offenses committed in a policy year.

**Advertising injury each person limit.** This is the most we'll pay for all covered advertising injury that:

- is sustained by any one person or organization; and
- is caused by all advertising injury offenses committed in a policy year.

**Each event limit.** This is the most we'll pay for all covered bodily injury, property damage, and medical expenses that result from any one event.

However, the most we'll pay for covered premises damage or medical expenses that result from any one event is further limited by the following:

*Premises damage limit.* This is the most we'll pay for all covered premises damage that's caused by any one event.

*Premises damage* means property damage to premises that you rent, lease, or borrow from others.

*Medical expenses limit.* This is the most we'll pay for all covered medical expenses that:

- are incurred for bodily injury sustained by any one person; and
- result from any one event.

**How the limits of coverage apply to an extension of the policy period.** If the original policy period shown in the Introduction is extended for less than 12 months, we'll consider each extended period to be part of the last policy year. For example:

*Your policy period is for three years. During the last policy year you request a three month extension. We agree. As a result, your last policy year becomes 15 months. It will be subject to the same limits of coverage that applied when the policy year was 12 months.*

The St.Paul

*It is for informational use only.*

*Do not attach this form to a policy.*

**How the limits of coverage apply if a total limit is left blank.** If the amount of the general total limit or the products and completed work total limit is left blank in the Coverage Summary, we'll consider that total limit to be the same as the each event limit or $200,000, whichever amount is more.

## Exclusions - What This Agreement Won't Cover

**Advertising, broadcasting, publishing, or telecasting business.** We won't cover advertising injury that results from an offense committed by any protected person in the business of advertising, broadcasting, publishing, or telecasting.

**Aircraft.** We won't cover bodily injury, property damage, or medical expenses that result from the:

- ownership, maintenance, use, or operation;
- loading or unloading; or
- entrustment to others;

of any aircraft owned, operated, rented, leased, or borrowed by any protected person.

But we won't apply this exclusion to:

- bodily injury or property damage for which the protected person has assumed liability under a covered contract for the ownership, maintenance, or use of an aircraft;
- bodily injury, property damage, or medical expenses that result from the operation of specialized equipment; or
- premises damage.

Nor will we apply this exclusion to bodily injury, property damage, or medical expenses that result from the use of an aircraft chartered by a protected person if:

- the aircraft is chartered with crew, including a pilot; and
- the protected person isn't using the aircraft to carry persons or property for a charge.

We explain what we mean by:

- covered contract in the Contract liability exclusion;
- entrustment to others, and loading or unloading, in the Auto exclusion;
- premises damage in the Each event limit section; and

- specialized equipment in the Mobile equipment exclusion.

**Auto.** We won't cover bodily injury, property damage, or medical expenses that result from the:

- ownership, maintenance, use, or operation;
- loading or unloading; or
- entrustment to others;

of any auto owned, operated, rented, leased, or borrowed by any protected person.

But we won't apply this exclusion to bodily injury, property damage, or medical expenses that result from the parking of an auto on a premises, or on the ways next to such premises, if:

- the premises is owned, rented, leased, or borrowed by you; and
- the auto isn't owned, rented, leased, or borrowed by any protected person.

Nor will we apply this exclusion to:

- bodily injury, property damage, or medical expenses that result from the operation of specialized equipment; or
- premises damage.

*Auto* means any land motor vehicle, trailer, or semitrailer designed for travel on public streets or roads. It includes any permanently attached machinery or equipment. But we won't consider mobile equipment to be an auto.

*Loading or unloading* means the handling of property:

- while it's being moved from the place where it's accepted for transportation;
- while it's being loaded, transported, and unloaded; and
- until it's moved to the place where it's finally delivered.

But we won't consider moving property by an unattached mechanical device to be loading or unloading.

*Unattached mechanical device* includes any forklift, conveyor, or other unattached mechanical device, other than a hand truck.

©St.Paul Fire and Marine Insurance Co.1996 All Rights Reserved

*It is for informational use only.*

*Do not attach this form to a policy.*

*Entrustment to others* means:

- the permitting of others to use or do something; or
- the giving of something to others for safekeeping.

We explain what we mean by:

- mobile equipment and specialized equipment in the Mobile equipment exclusion; and
- premises damage in the Each event limit section.

**Breach of contract.** We won't cover advertising injury that results from the failure of any protected person to do what is required by a contract or agreement.

But we won't apply this exclusion to advertising injury that results from the unauthorized use of an advertising idea if such use is not specifically prohibited by the contract or agreement.

**Contract liability.** We won't cover injury or damage for which the protected person has assumed liability under any contract or agreement.

But we won't apply this exclusion to injury or damage for which the protected person would have liability without the contract or agreement.

Nor will we apply this exclusion to bodily injury or property damage for which the protected person has assumed liability under a covered contract made before the bodily injury or property damage happens.

Also, if the protected person has agreed under the same covered contract to defend, or pay for the defense of, an indemnitee against a claim or suit for such bodily injury or property damage, we'll have the duty to defend the indemnitee against the claim or suit only if:

- the indemnitee isn't a protected person for the bodily injury or property damage;
- the claim or suit is for bodily injury or property damage for which that protected person has assumed the liability of the indemnitee under the covered contract;
- the bodily injury or property damage is covered by this agreement;
- the claim or suit is made or brought against that protected person and the indemnitee;

- we are defending that protected person against the claim or suit under this agreement;
- all of our indemnitee defense control and authority requirements are fulfilled; and
- all of our indemnitee defense cooperation and notice requirements are fulfilled.

When the indemnitee is a protected person for the claim or suit, we'll apply the Right and duty to defend a protected person section, rather than this contract liability indemnitee defense coverage, in connection with such claim or suit.

If we have the duty to defend the indemnitee under the contract liability indemnitee defense coverage, we'll do the following:

- We'll defend the indemnitee against the claim or suit even if all of the allegations of such claim or suit are groundless, false, or fraudulent. But we won't have a duty to perform any other act or service.
- We'll pay all covered indemnitee defense expenses incurred by us in connection with the claim or suit. Such payments are in addition to the limits of coverage.

However, if we don't have a duty to defend the indemnitee under:

- the contract liability indemnitee defense coverage; or
- the Right and duty to defend a protected person section;

we'll pay covered indemnitee defense expenses assumed under contract as if they're damages covered by this agreement. Such payments are subject to the limits of coverage.

Our duty to defend an indemnitee, or pay indemnitee defense expenses incurred by us, under the contract liability indemnitee defense coverage ends when the indemnitee fails to comply with any of our indemnitee defense cooperation and notice requirements. It also ends when we have used up the limits of coverage that apply with the payment of:

- judgments;
- settlements;
- medical expenses; or
- indemnitee defense expenses assumed under contract.

**The St.Paul**

We'll have the right to appeal a judgment awarded in a suit against an indemnitee if:

- the judgment is for injury or damage for which you have assumed liability under a covered contract;
- such injury or damage is covered by this agreement;
- the indemnitee and its insurers don't appeal the judgment; and
- you agree that we may seek the cooperation of the indemnitee for such an appeal.

If we appeal such a judgment, we'll pay all expenses which result directly from that appeal, including postjudgment interest and the cost of appeal bonds. Such appeal expenses are in addition to the limits of coverage. However, the results of an appeal won't change the limits of coverage that apply under this agreement.

*Covered contract* means:

- any easement or license agreement;
- any elevator maintenance agreement;
- any lease of premises, other than that part which indemnifies a person or organization for property damage to a premises that you rent, lease, or borrow from others;
- any obligation to indemnify a municipality that is required by ordinance and isn't connected with your work for the municipality;
- any sidetrack agreement;
- that part of any other contract or agreement under which you assume the tort liability of a municipality to pay damages for bodily injury or property damage that is sustained by others and results from your work for the municipality; or
- that part of any other contract or agreement under which you assume the tort liability of another to pay damages for bodily injury or property damage that's sustained by others.

But we won't consider the following parts of those other contracts or agreements under which you assume the tort liability of another to pay damages to be a covered contract:

- Architect, engineer, or surveyor indemnity.
- Architect, engineer, or surveyor professional services by protected person indemnity.

- War indemnity.

*Tort liability* means a liability that would be imposed by law without any contract or agreement.

*Architect, engineer, or surveyor indemnity* means that part which indemnifies any architect, engineer, or surveyor for injury or damage that results from:

- the preparation or approval of, or failure to prepare or approve, any drawing and specification, map, opinion, report, or survey, or any change order, field order, or shop drawing; or
- the giving of or failure to give any direction or instruction if that giving or failure to give is the primary cause of the injury or damage.

*Architect, engineer, or surveyor professional services by protected person indemnity* means that part which indemnifies any person or organization for injury or damage that results from the performance of or failure to perform architect, engineer, or surveyor professional services by the protected person who is an architect, engineer, or surveyor.

*Architect, engineer, or surveyor professional services* includes:

- the preparation or approval of any drawing and specification, map, opinion, report, or survey, or any change order, field order, or shop drawing; and
- any architectural, engineering, inspection, or supervisory activity.

*War indemnity* means that part which indemnifies any person or organization for bodily injury or property damage that results from war.

*Indemnitee* means any person or organization who a protected person has agreed under a covered contract to indemnify or hold harmless.

*Indemnitee defense control and authority requirements* means the following requirements which must be fulfilled for us to conduct and control the defense of an indemnitee against a claim or suit under this agreement:

- The protected person and the indemnitee must ask us to conduct and control the

*Do not attach this form to a policy. It is for informational use only.*

©St.Paul Fire and Marine Insurance Co.1996 All Rights Reserved

*It is for informational use only.*

*Do not attach this form to a policy.*

defense of the indemnitee against the claim or suit under this agreement.

- We must determine that there's no conflict between the interests of the protected person and those of the indemnitee, based on the allegations in the claim or suit and on what we know about the factual and legal basis for the damages being sought.
- The protected person and the indemnitee must each agree in writing that we can assign the same counsel to defend them.
- The indemnitee must give us authority in writing to conduct and control its defense against the claim or suit.
- The indemnitee must give us authority in writing to obtain records and other information related to the claim or suit.
- The indemnitee must agree in writing to comply with our indemnitee defense cooperation and notice requirements.

*Indemnitee defense cooperation and notice requirements* means the following requirements which must be fulfilled for us to continue defending an indemnitee against a claim or suit under this agreement:

- The indemnitee must cooperate with us in the investigation, settlement, or defense of the claim or suit.
- The indemnitee must provide us with a copy of any demand, notice, summons, or legal paper received in connection with the claim or suit as soon as possible after it is received.
- The indemnitee must give notice of the claim or suit to any other insurer which provides coverage that's applicable to the claim or suit and available to the indemnitee.
- The indemnitee must help us coordinate the application of other insurance that's applicable to the claim or suit and available to the indemnitee.

*Indemnitee defense expenses incurred by us* means the:

- attorney fees and necessary litigation expenses incurred by us to defend an indemnitee against a claim or suit for damages covered by this agreement; and
- necessary litigation expenses incurred by the indemnitee at our request in connection with that claim or suit.

*Indemnitee defense expenses assumed under contract* means the reasonable attorney fees and necessary litigation expenses which:

- are incurred by or for an indemnitee to defend itself against a claim or suit for damages covered by this agreement; and
- are subject to a covered contract under which a protected person has agreed to defend, or pay for the defense of, the indemnitee against the claim or suit.

We explain what we mean by war in the Medical expenses of certain persons exclusion.

**Control of property.** We won't cover property damage to the following property:

- Property that you own, or rent, lease, or borrow from others, or occupy. But we won't apply this exclusion part to premises damage.
- Premises that you sell, give away, or abandon if such property damage results from any part of those premises. But we won't apply this exclusion part to property damage to premises which are your completed work and were never occupied, rented, or held for rental by you.
- Personal property that's in the care, custody, or control of the protected person.
- That particular part of real property being worked on by or for you if such property damage results from your work.
- That particular part of any property which must be restored, repaired, or replaced because your work was incorrectly performed on it. But we won't apply this exclusion part to property damage that results from your completed work.

Furthermore, we won't apply this exclusion to property damage, other than property damage to the property described below, for which the protected person has assumed liability under a sidetrack agreement:

- Property that you own, or rent or lease from others, or occupy.
- Premises that you sell, give away, or abandon.

We explain what we mean by premises damage in the Each event limit section.

**Damage to your products or completed work.** We won't cover property damage to any of your products that's caused by the product itself or by any of its parts. For example:

*You manufacture air conditioners. They contain several moving parts which can*

The **St.Paul**

*It is for informational use only.*

*Do not attach this form to a policy.*

break down for many reasons. *Regardless of the cause, we won't protect you for any property damage to the part that fails or to the rest of the air conditioner.*

Nor will we cover property damage to your completed work that's caused by the work itself or by any of its parts. But we won't apply this exclusion part if:

- this agreement provides completed work liability coverage; and
- the damaged completed work, or the completed work that causes the property damage, was done for you by others.

For example:

*You construct a building as a general contractor. Some of the work is done by you while the rest is done for you by subcontractors. The building is accepted by the owner. If it's damaged by a fire caused by electrical wiring installed by a subcontractor, we won't apply the exclusion. However, if the wiring was installed by you, we'll apply the exclusion to property damage to your completed work done by you.*

We explain what we mean by your products and your completed work in the Products and completed work total limit section.

**Deliberately breaking the law.** We won't cover personal injury or advertising injury that results from:

- the protected person knowingly breaking any criminal law; or
- any person or organization breaking any criminal law with the consent or knowledge of the protected person.

**Employers liability.** We won't cover bodily injury to an employee of the protected person arising out of and in the course of his or her:

- employment by the protected person; or
- performance of duties related to the conduct of the protected person's business.

Nor will we cover bodily injury to the spouse or any child, parent, brother, or sister of that employee if such bodily injury results from the bodily injury to the employee.

We'll apply this exclusion whether the protected person may be held liable as an employer or in any other capacity, such as a property owner or product manufacturer. For example:

*You manufacture tires. Your employee is injured while driving a company truck equipped with your tires, when one of the tires blows out resulting in an accident. He receives workers compensation benefits. If he later sues you in your capacity as a manufacturer, alleging that his injury happened because your product was defective, we won't protect you.*

We'll also apply this exclusion to any obligation of the protected person to share damages with or repay someone else who must pay damages because of bodily injury to any employee of the protected person. For example:

*Your employee is injured in a printing press accident. She receives workers compensation benefits. Later, she sues the manufacturer of the printing press alleging that her injury happened because the press didn't have enough guarding devices on it. If the manufacturer in turn sues you alleging that your faulty maintenance of the press - not the lack of guarding devices - resulted in the employee's injury, we won't protect you.*

But we won't apply this exclusion to bodily injury for which the protected person has assumed liability under a covered contract.

We explain what we mean by covered contract in the Contract liability exclusion.

**Expected or intended bodily injury or property damage.** We won't cover bodily injury or property damage that's expected or intended by the protected person. Nor will we cover medical expenses that result from such bodily injury.

But we won't apply this exclusion to bodily injury, property damage, or medical expenses that result from the use of reasonable force to protect people or property.

**False material.** We won't cover personal injury or advertising injury that results from false written or spoken material which:

©St.Paul Fire and Marine Insurance Co. 1996 All Rights Reserved

It is for informational use only.

Do not attach this form to a policy.

- w   ade known by or for the protected
  pe    ; and
- th    otected person knew was false when
  it    made known.

Impa   property.   We won't cover property
dam   to impaired property, or to property
whi   sn't physically damaged, that results
fro

- y   faulty or dangerous products or
  c   leted work; or
- a   ay or failure in fulfilling the terms of
  a   tract or agreement.

Bu   won't apply this exclusion to the
lo   f use of property, other than your
pr   cts or completed work, that results
fr   sudden and accidental physical damage
tc   ur products or completed work after
th   ve been put to their intended use.  For
ex   ple:

Yc  supply an electric motor to a customer
wh  uses it to power his conveyor.  The
m   r's shaft breaks several days later
wi  e he's operating the conveyor.  The
cc  veyor isn't damaged, but your customer
ha  extra costs because he's unable to use
it  until the motor is repaired.  If he sues
yo  to recover those costs, we won't apply
the exclusion.  However, if the customer
di  covers while hooking the motor up to
th  conveyor that the motor's shaft is
b   ken, we won't protect you.

ir  paired property  means tangible property,
o  ner than your products or completed work,
t  at can be restored to use by nothing more
t  an:

- an adjustment, repair, replacement, or
  removal of your products or completed
  work which forms a part of it; or
- your fulfilling the terms of a contract or
  agreement.

W  explain what we mean by your products
ar  your completed work in the Products
ar d completed work total limit section.

Intellectual property.  We won't cover injury or
damage that results from any actual or
alleged infringement or violation of any of
the following rights or laws:

- Copyright.
- Patent.
- Trade dress.
- Trade name.
- Trade secret.
- Trademark.
- Other intellectual property rights or laws.

But we won't apply this exclusion to:

- bodily injury or property damage that
  results from your products or completed
  work; or
- advertising injury that results from the
  unauthorized use of any copyrighted or
  trademarked advertising material, slogan,
  style, or title of others in your
  advertising.

We explain what we mean by your products
and your completed work in the Products
and completed work total limit section.

Liquor liability.  We won't cover bodily injury,
property damage, or medical expenses that
result from any protected person:

- causing or contributing to the intoxication
  of any person;
- selling, serving, or furnishing alcoholic
  beverages to any person under the legal
  drinking age or under the influence of
  alcohol; or
- violating any law or regulation applying to
  the sale, gift, distribution, or use of
  alcoholic beverages.

However, we'll apply this exclusion only if
you're in the business of manufacturing,
distributing, selling, serving, or furnishing
alcoholic beverages.  For example:

You manufacture office equipment.  Each
year you host an awards banquet with an
open bar for your sales representatives.
After this year's banquet an intoxicated
guest is involved in an auto accident.  The
guest and several others are injured.  If
someone sues you, alleging that your
serving of liquor caused the guest's
intoxication and involvement in the accident,
we won't apply the Liquor liability
exclusion because you're not in the business
of serving liquor.

But we won't apply this exclusion to
premises damage.

We explain what we mean by premises
damage in the Each event limit section.

The St.Paul

*It is for informational use only.*

*Do not attach this form to a policy.*

**Material previously made known.** We won't cover personal injury or advertising injury that results from written or spoken material which was first made known before this agreement went into effect.

**Medical expenses of certain persons.** We won't cover medical expenses that are incurred by or for any person:

- injured while qualifying as a protected person;
- injured while performing work that he or she was hired to do for any protected person, or any tenant of a protected person;
- injured on that part of any premises that you own, or rent or lease from others, and which the injured person normally occupies;
- to whom such medical expenses are payable, or must be provided, as benefits under any workers compensation, disability benefits, or similar law;
- injured by your products or completed work;
- injured due to war; or
- who refuses to be examined as often as we require, within reason, by doctors we choose.

*War* includes:

- declared or undeclared war, or invasion;
- warlike action by a military force or other agents of any government, sovereign, or other authority;
- civil war, insurrection, rebellion, revolution, or seizure of power; or
- anything done to hinder or defend against such actions.

We explain what we mean by your products and your completed work in the Products and completed work total limit section.

**Mobile equipment.** We won't cover bodily injury, property damage, or medical expenses that result from the:

- transportation of mobile equipment by an auto owned, operated, rented, leased, or borrowed by any protected person; or
- use of racing mobile equipment.

But we won't apply this exclusion to premises damage.

*Mobile equipment* means any land vehicle that:

- is designed for use primarily off public streets or roads;
- is kept for use only on or next to premises that you own, or rent or lease from others;
- travels on crawler treads;
- is kept primarily for the ready movement of permanently attached construction equipment; or
- doesn't travel under its own power and is kept primarily for the ready movement of permanently attached specialized equipment.

Mobile equipment includes any land vehicle that:

- isn't described above; and
- is kept primarily for purposes other than carrying people or cargo.

But we won't consider such a vehicle to be mobile equipment if it:

- travels under its own power;
- is operated like an auto during travel on a public street or road; and
- has permanently attached specialized equipment; or
- has permanently attached equipment designed for snow removal, street cleaning, or street or road maintenance – but not construction or resurfacing.

*Construction equipment* includes any:

- grader, scraper, or roller; or
- power crane, digger, drill, loader, or shovel.

*Specialized equipment* means any:

- cherry picker or similar device used to lift workers;
- pump, generator, or air compressor; or
- other equipment, such as building cleaning, geophysical exploration, lighting, spraying, welding, or well-servicing equipment, that has a built-in pump, generator, or air compressor.

*Racing mobile equipment* means any mobile equipment while being prepared for or used in any:

- prearranged racing, speed, demolition, or stunting contest or activity; or

©St.Paul Fire and Marine Insurance Co.1996 All Rights Reserved

*It is for informational use only.*

*Do not attach this form to a policy.*

• practice for such contest or activity.

We explain what we mean by:
• auto in the Auto exclusion; and
• premises damage in the Each event limit section.

**Nuclear energy liability.** We won't cover bodily injury or property damage for which any protected person:

• is also protected under a nuclear energy liability insurance policy; or

• would have been protected under such policy if that policy's limits of coverage hadn't been used up.

Nor will we cover bodily injury or property damage that results from the hazardous properties of nuclear material and for which:

• any person or organization is required by law to maintain financial protection in accordance with the federal Atomic Energy Act or any of its amendments; or

• any protected person is entitled, or would have been entitled had this agreement not been issued, to indemnity from the United States government, or any of its agencies, under any contract or agreement between the government, or any of its agencies, and any person or organization.

Also, we won't cover medical expenses that result from:

• the hazardous properties of nuclear material; or

• the operation of a nuclear facility by any person or organization.

In addition, we won't cover bodily injury or property damage that results from the hazardous properties of nuclear material when:

• the nuclear material is located at, or at any time discharges or disperses from, a nuclear facility which is or was at any time owned by any protected person, or operated by or for any protected person;

• the nuclear material is contained in spent nuclear fuel or nuclear waste which is or was at any time possessed, handled, used, processed, stored, transported, or disposed of by or for any protected person; or

• the bodily injury or property damage results from the furnishing by any protected person of services, materials, parts, or equipment in connection with the planning, construction, maintenance,

operation, or use of a nuclear facility. However, we'll apply this exclusion part only to property damage to the nuclear facility, and any property located on the site of that facility, if the nuclear facility is in the United States of America, its territories or possessions, Puerto Rico, or Canada.

*Nuclear energy liability insurance policy* means any nuclear energy liability insurance policy issued by any of the following organizations or their successors:

• Nuclear Energy Liability Insurance Association.

• Mutual Atomic Energy Liability Underwriters.

• Nuclear Insurance Association of Canada.

*Property damage* includes all forms of radioactive contamination of property.

*Hazardous properties* includes radioactive, toxic, or explosive properties.

*Nuclear material* means any of the following materials which are defined in the federal Atomic Energy Act or any of its amendments:

• Source material.

• Special nuclear material.

• By-product material.

*Nuclear facility* means any:

• nuclear reactor;

• uranium isotopes separation device or equipment;

• special nuclear material device or equipment; or

• nuclear waste site.

Nuclear facility includes:

• the site on which it's located;

• all operations conducted on such site; and

• all premises used for such operations.

*Nuclear reactor* means any device, equipment, or machine designed or used to:

• sustain nuclear fission in a self-supporting chain reaction; or

• contain a critical mass of fissionable material.

The St.Paul

*Uranium isotopes separation device or equipment* means any device or equipment designed or used for:

- separating the isotopes of uranium or plutonium;
- processing or utilizing spent nuclear fuel; or
- handling, processing, or packaging nuclear waste.

*Special nuclear material device or equipment* means any device or equipment used for the processing, fabricating, or alloying of special nuclear material if the total amount of such material:

- is at any time in the custody of any protected person at the premises where the device or equipment is located; and
- is more than 25 grams of plutonium or uranium 233, or any combination of those two materials; or
- is more than 250 grams of uranium 235.

*Nuclear waste site* means any structure, basin, excavation, premises, or place prepared or used for the storage or disposal of nuclear waste.

*Nuclear waste* means any waste material that:

- contains by-product material; and
- results from the operation of any nuclear reactor, or uranium isotopes separation device or equipment, by any person or organization.

But we won't consider nuclear waste to include tailings or wastes that result from the extraction or concentration of uranium or thorium from any ore processed primarily for its source material content.

*Spent nuclear fuel* means any solid or liquid fuel element or component that's been exposed to radiation or used in a nuclear reactor.

**Pollution injury or damage.** We won't cover injury or damage or medical expenses that result from pollution at, on, in, or from any:

- protected person's premises;
- waste site; or
- protected person's work site.

Nor will we cover injury or damage or medical expenses that result from pollution involving any waste pollutant.

But we won't apply this exclusion to injury or damage or medical expenses that result from:

- building heating equipment fumes, smoke, soot, or vapors;
- hostile fire heat, fumes, or smoke; or
- mobile equipment operating fluids.

Nor will we apply this exclusion to:

- bodily injury or property damage that results from your products or completed work, other than waste products or completed work; or
- premises damage that results from fire.

*Pollution* means any actual, alleged, or threatened discharge, dispersal, escape, migration, release, or seepage of any pollutant.

*Pollutant* means any solid, liquid, gaseous, or thermal irritant or contaminant, including:

- smoke, vapors, soot, fumes;
- acids, alkalis, chemicals; and
- waste.

*Waste* includes materials to be recycled, reconditioned, or reclaimed.

*Protected person's premises* means any premises, site, or location which is or was at any time owned, rented, leased, borrowed, or occupied by any protected person. For example:

*You sold an office building two years ago. It contains asbestos ceiling tile which released asbestos into the air while you owned it. A former tenant now sues you for bodily injury that allegedly resulted from the release of that asbestos. We won't cover such injury.*

Another example:

*You own an apartment building. Its woodwork is finished with paint that contains lead. Two of your renters sue you for bodily injury to their children allegedly caused by the lead in that paint. The children supposedly consumed the lead by eating chips of the paint from the window*

*It is for informational use only.    Do not attach this form to a policy.*

©St.Paul Fire and Marine Insurance Co.1996 All Rights Reserved

sills in their apartments. We won't cover such injury.

But we won't consider a premises, site, or location that isn't owned, rented, leased, borrowed, or occupied by you to be a protected person's premises in connection with pollution that results from your work being performed there.

Waste site means any premises, site, or location which is or was at any time used by or for any protected person or others for the handling, storage, disposal, processing, or treatment of waste. For example:

For several years waste generated by your manufacturing business was disposed of in a landfill owned by others. The landfill was closed two years ago. Nearby residents now allege that they're being injured by the waste from there. We won't cover such injury.

Protected person's work site means any premises, site, or location at, on, or in which work is being performed by or for any protected person when:

- the pollution involves a pollutant that is brought to, on, or in such premises, site, or location by or for the protected person in connection with such work; or
- the work being performed is pollution work.

For example:

A subcontractor working for you brings a diesel fuel storage tank to the building site for refueling of its excavation equipment. After a couple of days it is discovered that the tank has been leaking. Some of the escaped fuel is found to have seeped into an underground conduit and damaged the insulation on the fiber optic cables in the conduit. We won't cover such property damage.

Waste pollutant means any pollutant which is or was at any time transported, handled, stored, treated, disposed of, or processed as waste by or for:

- any protected person; or
- any person or organization for whom you may be legally responsible.

For example:

Waste generated by your business is transported to a landfill by a trucker hired by you. There is an accident which causes the waste to be spilled onto the road. One of the firefighters who responds to the accident later alleges that fumes from the waste made her ill. We won't cover such injury.

Building heating equipment fumes, smoke, soot, or vapors means only the fumes, smoke, soot, or vapors that:

- result from equipment used to heat a building at or on a protected person's premises; and
- are within that building.

Hostile fire heat, fumes, or smoke means only the heat, fumes, or smoke that result from a hostile fire at, on, in, or from:

- the protected person's premises, other than a waste site; or
- the protected person's work site, other than a waste site, but only if the hostile fire doesn't result from pollution work being performed by or for the protected person.

Hostile fire means a fire which:

- becomes uncontrollable; or
- breaks out from where it was intended to be.

Mobile equipment operating fluids means only the fuels, lubricants, or other operating fluids that:

- are part of the mobile equipment being maintained, operated, or used in connection with work, other than pollution work, being performed by or for the protected person at, on, or in the protected person's work site;
- are needed to perform the normal electrical, hydraulic, or mechanical functions necessary for the operation of the mobile equipment or any of its parts;
- aren't intended to be discharged, dispersed, or released as part of the operation of the mobile equipment or any of its parts;
- aren't intended to be discharged, dispersed, or released as part of the work being performed by or for the protected person; and
- escape from a mobile equipment part designed to hold, store, or receive them.

47500 Rev. 1-96 Printed in U.S.A.
©St.Paul Fire and Marine Insurance Co.1996 All Rights Reserved

It is for informational use only.

Do not attach this form to a policy.

The St Paul

*Waste products or completed work* means your products or completed work that:

- is or was handled, stored, disposed of, processed, or treated as waste at, on, or in a waste site; or
- is or was a waste pollutant.

We explain what we mean by:

- mobile equipment in the Mobile equipment exclusion;
- pollution work in the Pollution work loss, cost, or expense exclusion;
- premises damage in the Each event limit section; and
- your products, your work, and your completed work in the Products and completed work total limit section.

**Pollution work loss, cost, or expense.** We won't cover any loss, cost, or expense that results from:

- any request, demand, or order that any protected person or others perform pollution work; or
- any claim or suit by or for any governmental authority for damages that result from the performance of pollution work.

*Pollution work* means:

- the testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, or neutralizing of any pollutant; or
- the responding to, or assessing, in any way the effects of any pollutant.

For example:

*A chemical spill at your manufacturing facility releases a vapor cloud. Several hundred people are exposed to the vapor cloud before it disappears. None of them sustain any apparent bodily injury. However, several of them demand that you arrange and pay for medical checkups now, and yearly for the next ten years, to assess the effect of the vapor cloud on their health. We won't cover the cost of such pollution work, regardless of who orders or performs it.*

Another example:

*One of your products is a container which may be used to store various types of liquids. Several of those containers are* *sold to a company which uses them for storage of a chemical. During such use one of them ruptures. The spilled chemical must be cleaned up. As a result, the company demands that you pay for the cleanup. We won't cover the cost of such pollution work, regardless of who orders or performs it.*

We explain what we mean by pollutant in the Pollution injury or damage exclusion.

**Poor quality or performance.** We won't cover advertising injury that results from the failure of your products, work, or completed work to conform with advertised quality or performance.

We explain what we mean by your products, your work, and your completed work in the Products and completed work total limit section.

**Product recall.** We won't cover any loss, cost, or expense that:

- is incurred by you or others; and
- results from the recall, removal, or withdrawal of impaired property, or your products or completed work, from the market, or from use by any person or organization, for any reason.

Nor will we cover any loss, cost, or expense that is incurred by you or others and results from the:

- loss of use;
- adjustment, inspection, repair;
- replacement; or
- disposal;

of such property, products, or completed work.

We explain what we mean by:

- impaired property in the Impaired property exclusion; and
- your products and your completed work in the Products and completed work total limit section.

**Unnamed partnership, joint venture, or limited liability company.** We won't cover injury or damage or medical expenses that result from the conduct of any current or past partnership, joint venture, or limited liability company which isn't shown in the Introduction as a named insured.

*It is for informational use only. Do not attach this form to a policy.*

©St.Paul Fire and Marine Insurance Co.1996 All Rights Reserved

*It is for informational use only.*

*Do not attach this form to a policy.*

**Watercraft.** We won't cover bodily injury, property damage, or medical expenses that result from the:

- ownership, maintenance, use, or operation;,
- loading or unloading; or
- entrustment to others;

of any watercraft owned, operated, rented, leased, or borrowed by any protected person.

But we won't apply this exclusion to:

- bodily injury or property damage for which the protected person has assumed liability under a covered contract for the ownership, maintenance, or use of a watercraft; or
- premises damage.

Nor will we apply this exclusion to bodily injury, property damage, or medical expenses that result from:

- watercraft while ashore on premises that you own, or rent or lease from others;
- watercraft you don't own that is less than 75 feet long and isn't being used to carry persons or property for a charge; or
- the operation of specialized equipment.

We explain what we mean by:

- covered contract in the Contract liability exclusion;
- entrustment to others, and loading or unloading, in the Auto exclusion;
- premises damage in the Each event limit section; and
- specialized equipment in the Mobile equipment exclusion.

**Workers compensation and other benefits laws.** We won't cover any obligation that the protected person has under any:

- workers compensation;
- disability benefits;
- unemployment compensation; or
- similar law.

**Wrong price description.** We won't cover advertising injury that results from the wrong description of the price of your products, work, or completed work.

We explain what we mean by your products, your work, and your completed work in the

Products and completed work total limit section.

**Other Insurance**

This agreement is primary insurance. If there is any other valid and collectible insurance for injury or damage covered by this agreement, the following applies in connection with that other insurance:

**Other primary insurance.** When there is other primary insurance, we'll share with that insurance the amounts you're legally required to pay as damages for injury or damage covered by this agreement. We'll do so with one of the methods of sharing described in the Methods of sharing section.

However, we'll apply this agreement as excess insurance over the part or parts of any other insurance which provide:

- property or similar coverage for property damage to your work;
- property or similar coverage for property damage to premises that you rent, lease, or borrow from others;
- aircraft, auto, or watercraft bodily injury or property damage coverage; or
- protection for you as an additional insured or additional protected person if you agree that we may apply this agreement as excess insurance.

We explain how we'll apply this agreement as excess insurance in the Excess insurance section.

*Aircraft, auto, or watercraft bodily injury or property damage coverage* means coverage for bodily injury or property damage that:

- results from the maintenance, use, operation, or loading or unloading of any aircraft, auto, or watercraft; and
- isn't specifically excluded by the Aircraft, Auto, or Watercraft exclusions in this agreement.

We explain what we mean by your work in the Products and completed work total limit section.

**Excess insurance.** When this agreement is excess insurance, we won't have a duty to defend the protected person against the part or parts of any claim or suit for which any

The St Paul

*It is for informational use only. Do not attach this form to a policy.*

other insurer has the duty to defend the protected person.

However, we'll defend the protected person against a claim or suit for injury or damage covered by this agreement if no other insurer will do so. In return we'll require that we be given all of the protected person's rights against each such insurer.

Also, we'll pay only the amount of damages that's in excess of:

- the total amount that all such other insurance would pay if this agreement didn't exist; and
- the total of all deductible and self-insured amounts under all such other insurance.

However, we'll share such excess damages with any other insurance that:

- isn't described in the Other primary insurance section; and
- wasn't bought specifically to apply in excess of the limits of coverage shown in the Coverage Summary.

But we won't pay more than the limits of coverage that apply under this agreement.

**Methods of sharing.** We'll use one of the methods of sharing described below.

*Contribution by equal shares.* If all of the other insurance permits contribution by equal shares, we'll share the damages equally. But we won't pay more than the limits of coverage that apply under this agreement. If any policy reaches its limit before the entire amount of damages is paid, the remaining policies will share the balance equally until their limits have been used up or the amount of the damages is paid in full. For example:

*You are required by a court to pay damages of $1,000,000. Besides this agreement, two other policies apply to the judgment. The limit of this agreement is $500,000. Policy B has a $100,000 limit and Policy C's limit is $300,000.*

*First, $100,000 is subtracted from each policy's limit because that is the lowest limit provided by any of the three policies. The result: Policy B's limit is used up; the balance due on the judgment is $700,000; $400,000 remains of this agreement's limit; and the unused portion of Policy C's limit equals $200,000.*

*Next, $200,000 is subtracted from the limit on this agreement and Policy C because that amount equals the smallest amount of limit remaining on either policy after the initial $100,000 payment. The result: Policy C's limit is used up; the balance due on the judgment is now $300,000; and this agreement has $200,000 of its limit remaining.*

*Finally, the rest of the limit on this agreement is paid. The result: this agreement's limit is used up; the balance due on the judgment is now $100,000, which you must pay; and the total paid under each policy is: $500,000 this agreement, $100,000 Policy B and $300,000 Policy C.*

*Contribution by limits.* If any of the other insurance doesn't permit contribution by equal shares, we'll pay that portion of the damages which is equal to our percentage of the total of all limits that apply. But we won't pay more than the limits of coverage that apply under this agreement. For example:

*You are required by a court to pay damages of $600,000. Besides this agreement, another policy applies to the judgment. The limit of this agreement is $300,000 and Policy B has a $100,000 limit. The total limit of all insurance is $400,000.*

*Our limit is 75% ($300,000/$400,000) of the total limit. But we won't pay 75% of the judgment because that $450,000 share is more than our limit. We'll pay only our limit, which is $300,000.*

©St.Paul Fire and Marine Insurance Co.1996 All Rights Reserved

COPY

the St.Paul

**AUTO** ...ERAGE SUMMARY

This ...rage Summary shows the Limits of
Cove... that apply to your Commercial Auto
Prot... . A blank section or space indicates
no c...ge.

---

**Auto** ...ity **Protection**

**Cover** ...utos:
☒ A ...Auto          ☐ Owned Commercial autos          ☐ Owned Private Passenger autos
☐ S ...uled autos    ☐ Hired autos                     ☐ Non owned autos
☐ C ...:

**Limit** ...Coverage:
$1,0...000      each accident

**Othe**

---

**Auto Medical Payments Protection**
**Covered Autos:**
☐ Any auto          ☐ Owned Commercial autos          ☐ Owned Private Passenger autos
☐ Scheduled autos
☐ Other:

**Limits of Coverage**   (Refer to the Auto Schedule)

**Other:**

---

| | | |
|---|---|---|
| **Name of Insured** | **Policy Number** CK03800708 | **Effective Date** 05/01/01 |
| | | **Processing Date** 05/23/01  10:05   001 |

PACK & PROCESS, INC.

44460 Ed. 4-91 Printed in U.S.A.        Coverage Summary
©St.Paul Fire and Marine Insurance Co. 1990 All Rights Reserved                    Page    1

The**St Paul**

## AUTO LIABILITY PROTECTION

This insuring agreement provides auto liability protection for your business. There are, of course, limitations and exclusions which apply to that protection. As a result, this agreement should be read carefully to determine the extent of the coverage provided to you and other protected persons.

The terms of this agreement apply to each state unless a state's Commercial Auto Required Endorsement indicates otherwise.

*It is for informational use only.*

*Do not attach this form to a policy.*

| Table of Contents | Page |
|---|---|
| **What This Agreement Covers** | 1 |
| Bodily injury and property damage liability. | 1 |
| Pollution cost or expense. | 1 |
| Right and duty to defend. | 2 |
| Additional payments. | 3 |
| Right to appeal. | 3 |
| Out of state coverage. | 3 |
| **Which Autos Are Covered** | 4 |
| Any auto | 4 |
| Owned commercial autos | 4 |
| Owned private passenger autos | 4 |
| Scheduled autos | 4 |
| Hired autos | 4 |
| Nonowned autos | 4 |
| **When This Agreement Covers** | 4 |
| **Where This Agreement Covers** | 4 |
| **Who Is Protected Under This Agreement** | 5 |
| Individual. | 5 |
| Partnership or joint venture. | 5 |
| Corporation or other organization. | 5 |
| Any permitted user. | 5 |
| Anyone legally responsible for the actions of a protected person. | 5 |
| Separation of protected persons. | 5 |
| **Limit Of Coverage** | 5 |
| **Exclusions - What This Agreement Won't Cover** | 6 |
| Contract liability. | 6 |
| Control of property. | 6 |
| Employer's liability. | 6 |
| Injury to a fellow employee. | 7 |
| Intentional or expected bodily injury or property damage. | 7 |
| Nuclear energy liability. | 8 |
| Pollution. | 9 |
| Racing or demolition contest. | 9 |
| Specialized equipment. | 9 |
| Workers' compensation. | 9 |
| **Other Insurance** | 9 |
| Insurance provided by another insurer. | 9 |
| Insurance provided under another policy with us or any of our member insurance companies. | 10 |

## What This Agreement Covers

**Bodily injury and property damage liability.** We'll pay amounts any protected person is legally required to pay as damages for covered bodily injury or property damage that:
• results from the ownership, maintenance, use, loading or unloading of a covered auto; and
• is caused by an accident that happens while this agreement is in effect.

**Pollution cost or expense.** We'll pay amounts any protected person is legally required to pay as covered pollution cost or expense only if it results from an accident which also causes bodily injury or property damage covered by this agreement.

*Protected person* means any person or organization who qualifies as a protected person under the Who Is Protected Under This Agreement section.

*Bodily injury* means any physical harm, including sickness or disease, to the physical health of other persons. It includes any of the following that results at any time from such physical harm, sickness or disease:
• Mental anguish, injury or illness.
• Emotional distress.
• Care, loss of services, or death.

*Property damage* means
• physical damage to tangible property of others, including loss of use of such property; or
• loss of use of tangible property of others that isn't physically damaged.

The St.Paul

*It is for informational use only. Do not attach this form to a policy.*

We'll consider all loss of use of tangible property to happen at the time of the accident which caused it.

*Accident* includes continuous or repeated exposure to the same conditions.

*Covered auto* means the type or types of autos shown in the Coverage Summary and described in the Which Autos Are Covered section.

*Auto* means any land motor vehicle, trailer or semi-trailer designed for travel on public streets or roads. It includes:
● any permanently attached machinery or equipment; and
● any mobile equipment only while it's being carried or towed by a covered auto.

*Mobile equipment* means any land vehicle that:
● is designed for use primarily off public streets or roads;
● is kept for use only on or next to premises you own, rent or lease;
● travels on crawler treads;
● is kept primarily for the ready movement of permanently attached construction equipment; or
● doesn't travel under its own power and is kept primarily for the ready movement of permanently attached specialized equipment.

Mobile equipment includes any land vehicle not described above that's kept primarily for purposes other than carrying people or cargo. But we won't consider such a vehicle to be mobile equipment if it:
● travels under its own power;
● is operated like an auto during travel on a public street or road; and
● has permanently attached specialized equipment; or
● has permanently attached equipment designed for snow removal, street cleaning, or street or road maintenance – but not construction or resurfacing.

*Construction equipment* includes any grader, scraper, roller and power crane, shovel, loader, digger, or drill.

*Specialized equipment* means any:
● cherry picker or similar device used to lift workers;
● pump, generator or air compressor; or
● other equipment, such as building cleaning, geophysical exploration, lighting, spraying, welding or well-servicing equipment, that has a built-in pump, generator or air compressor.

*Loading* means moving property from the place where it's accepted for transportation by a protected person until it's placed in or on a covered auto.

*Unloading* means moving property from a covered auto to the place where it's finally delivered by a protected person.

However we won't consider moving property with a mechanical device, such as a forklift or conveyor, that's not attached to a covered auto to be loading or unloading. But we won't consider a hand truck to be a mechanical device.

*Pollution cost or expense* means any cost or expense that results from:
● any request, demand or order that any protected person or others perform pollution work; or
● any claim or suit by or for any governmental authority demanding that any protected person or others perform pollution work.

*Pollution work* means:
● the testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing of any pollutant; or
● the responding to, or assessing, in any way the effects of any pollutant.

**Right and duty to defend.** We'll have the right and duty to defend any claim or suit for covered bodily injury, property damage, or pollution cost or expense made or brought against any protected person.

We'll do so even if any of the allegations of any such claim or suit are groundless, false or fraudulent. But we have no duty to perform other acts or services. And our duty to defend claims or suits ends when we have used up the limit of coverage that applies with the payment of judgments, settlements, or pollution cost or expense.

©St.Paul Fire and Marine Insurance Co.1993 All Rights Reserved

The St.Paul

We'll have the right to investigate any claim or suit to the extent that we believe is proper. We'll also have the right to settle any claim or suit within the available limits of coverage.

*Claim* means a demand which seeks damages or pollution cost or expense.

*Suit* means a civil proceeding which seeks damages or pollution cost or expense. It includes:
● an arbitration proceeding for such damages to which the protected person must submit or submits with our consent.
● any other alternative dispute resolution proceeding for such damages to which the protected person submits with our consent.

**Additional payments.** We'll have the duty to make only the payments shown below in connection with any claim or suit we defend. These payments are in addition to the limit of coverage. But our duty to make such payments ends when we have used up the limit of coverage that applies with the payment of judgments, settlements, or pollution cost or expense.

*Our expenses.* We'll pay all expenses we incur.

*Bail bonds.* We'll pay up to $250 of the cost of bail bonds that are required because of accidents or violations of traffic laws. But only if the accidents or violations result from the use of a vehicle to which the bodily injury liability coverage under this agreement applies. We don't have to furnish such bonds.

*Bonds to release property.* We'll pay the cost of bonds to release property that's being used to secure a legal obligation. But only for bond amounts within the limit of coverage that applies. We don't have to furnish such bonds.

*Expenses incurred by protected persons.* We'll pay all reasonable expenses that any protected person incurs at our request while helping us investigate or defend a claim or suit. But we won't pay more than $250 per day for earnings actually lost by the protected person because of time taken off from work.

*Taxed costs.* We'll pay all costs taxed against any protected person in a suit.

*Pre-judgment interest.* We'll pay the pre-judgment interest that's awarded against the protected person on that part of a judgment paid by us. But if we make a settlement offer to pay the available limit of coverage, we won't pay the pre-judgment interest that accumulates after the date of our offer.

*Post-judgment interest.* We'll pay all interest that accumulates on the full amount of that part of a judgment for which we make a payment. But only from the date of the judgment to the date we:
● pay;
● offer to pay; or
● deposit in court;
the limit of coverage that applies to the judgment.

**Right to appeal.** We'll have the right to appeal a judgment for covered bodily injury, property damage, or pollution cost or expense in any suit we defend.

If we appeal such a judgment, we'll pay all expenses which result directly from that appeal, including the cost of appeal bonds and post-judgment interest. Such appeal expenses are in addition to the limit of coverage. However, the results of an appeal won't change the limit of coverage that applies under this agreement.

**Out of state coverage.** While a covered auto is away from the jurisdiction where it is licensed we will do the following:
● Increase the limit of coverage to meet the limits specified by a compulsory or financial responsibility law of the jurisdiction where the covered auto is being used if your limit of coverage is less than the minimum limit required by such law. But this increase does not apply to the limit or limits specified by any law or regulation governing motor carriers of passengers or property.
● Provide the minimum amounts and types of other coverages, such as no-fault, required of out of state vehicles by the jurisdiction where the covered auto is being used. But we won't pay more than once for the same damages which are covered because of this extension of coverage.

It is for informational use only.

Do not attach this form to a policy.

The **St.Paul**

## Which Autos Are Covered

The Coverage Summary shows and the information in this section describes the type or types of autos which are covered autos.

**Any auto**  means any owned, rented, leased or borrowed auto. It includes hired, nonowned, newly acquired, replacement and temporary substitute autos.

**Owned commercial autos**  means any auto you own that isn't of the private passenger type. It includes any trailer or semi-trailer while attached to that auto. It also includes:
- newly acquired autos of the same type;
- replacement autos of the same type; and
- temporary substitute autos.

**Owned private passenger autos**  means any auto you own that's of the private passenger type. It includes any trailer while attached to that auto. It also includes:
- newly acquired autos of the same type;
- replacement autos of the same type; and
- temporary substitute autos.

**Scheduled autos**  means any auto you own that's described in the Auto Schedule. It includes any nonowned trailer while attached to a scheduled auto. It also includes:
- newly acquired autos, but only if we cover all of your owned autos and you tell us within 30 days after you acquire such autos that you want us to cover them;
- replacement autos if you tell us within 30 days after you acquire such autos that you want us to cover them; and
- temporary substitute autos.

**Hired autos**  means any auto that you hire, rent, lease or borrow from others, other than your employees or members of their households. We'll consider any auto that you lease for a period of 6 months or more to be an auto that you own.

**Nonowned autos**  means any auto that:
- you don't own, hire, rent, lease or borrow; and
- is used in the conduct of your business.
It includes autos owned by your employees or partners or members of their households. But only while such autos are being used in the conduct of your business.

*Newly acquired autos*  means any additional auto that you acquire while this agreement is in effect. We'll provide the same limit of coverage, and deductible, if any, to such autos as you have on similar types of autos, unless you tell us differently.

*Replacement autos*  means any auto that replaces a covered auto. We'll provide the same limit of coverage, and deductible, if any, to such autos as you have for the covered auto being replaced, unless you tell us differently.

*Temporary substitute autos*  means any auto not owned by you while it's being used, with permission of its owner, as a temporary substitute for a covered auto you own which can't be used because it:
- has broken down;
- has been damaged, destroyed or stolen; or
- is being repaired or serviced.

*Private passenger type*  means ordinary private passenger cars, station wagons, pick-ups and vans.

## When This Agreement Covers

We'll apply this agreement to claims or suits for covered bodily injury, property damage or pollution cost or expense whenever they're made or brought.

## Where This Agreement Covers

We'll defend claims and suits, and pay judgments, settlements, and pollution cost or expense only in the coverage territory for covered bodily injury, property damage, or pollution cost or expense that's caused by accidents which happen in the coverage territory.

*Coverage territory*  means the United States of America, its territories and possessions, Puerto Rico and Canada. It includes international waters or airspace while a covered auto is being transported between any of the above places.

*It is for informational use only. Do not attach this form to a policy.*

©St.Paul Fire and Marine Insurance Co. 1993 All Rights Reserved