## CERTIFICATE OF SERVICE

I, Joseph K. Koury, hereby certify this 5th day of July, 2005, that copies of the foregoing *Plaintiff's Answer and Reply to Defendant Maly Yan's First Crossclaim/Counterclaim* were caused to be served upon the following in the manner indicated:

**BY HAND**
Yvonne Takvorian Saville, Esq.
Weiss & Saville, P.A.
1220 Market Street, Suite 604
Wilmington, DE 19801

**BY MAIL**
Jonathan Cohen, Esquire
Joshua Van Naarden, Esquire
Kline & Specter, P.C.
1525 Locust Street, 19th Floor
Philadelphia, PA 19102

BIFFERATO, GENTILOTTI & BIDEN

Joseph K. Koury (#4272)
1308 Delaware Avenue
P.O. Box 2165
Wilmington, DE 19899
(302) 429-1900