**Bifferato Gentilotti Biden**

Vincent A. Bifferato, Jr.
Ian Connor Bifferato
Jeffrey M. Gentilotti
Joseph R. Biden, III
David A. Denham
Veronica O. Faust
Catherine Zwolak Kilian
Joseph K. Koury
George T. Lees, III
Garvan F. McDaniel

Alternative Dispute Resolution
—
Vincent A. Bifferato
William Swain Lee
Carl Schnee
—

Writer's Email Address:
JKK@bgbde.com
Reply to: Wilmington

July 15, 2005

**ELECTRONICALLY**
The Honorable Kent A. Jordan
United States District Court for the District of Delaware
844 N. King Street
Wilmington, Delaware 19801

  Re: *St. Paul Mercury Insurance Company and Pack and Process, Inc.*
     *v. Maly Yan*
    Civil Action No. 05-0022 (KAJ)

Dear Judge Jordan:

  This firm, along with the Deasey, Mahoney & Bender, Ltd. law firm, represents the plaintiffs in the above-listed action. We write to confirm that both the plaintiffs and the defendant have received the Court's July 13, 2005 correspondence enclosing a form of Scheduling Order and directing the parties to confer and jointly call the Court by Friday, July 22, 2005 to schedule a teleconference to discuss that form of Scheduling Order. Because of various Summer schedules, however, the parties jointly request a continuance of the July 22nd date until at least Friday, July 29, 2005. Additionally, counsel for the defendant has indicated that, to her knowledge, the United States District Court for the Eastern District of Pennsylvania has yet to transfer the action previously-filed therein to this Court. We therefore look to the Court for guidance, and are available at the Court's convenience.

             Respectfully,

             Joseph K. Koury (#4272)

xc: Yvonne Takvorian-Saville, Esq.
   Francis J. Deasey, Esq. and James B. Burns, Esq. (by fax)

Bifferato, Gentilotti & Biden, P.A.
www.bgbde.com

200 Biddle Avenue
Suite 203
Newark, DE 19702
Phone: 302 - 429 - 1900
Fax: 302 - 832 - 7540

1308 Delaware Avenue
Wilmington, DE 19806
P.O. Box 2165
Wilmington, DE 19899 - 2165
Phone: 302 - 429 - 1900
Fax: 302 - 429 - 8600

701 Rehoboth Avenue
Rehoboth Beach, DE 19971
Phone: 302 - 227- 6600
Toll Free: 866 - 618 - 2433
Fax: 302 - 227- 6778