# Bifferato Gentilotti Biden

Vincent A. Bifferato, Jr.
Ian Connor Bifferato
Jeffrey M. Gentilotti
Joseph R. Biden, III
George T. Lees, III
Veronica O. Faust
David W. deBruin*
David A. Denham
Catherine Zwolak Kiilan
Joseph K. Koury
Garvan F. McDaniel

*Admitted in PA & NJ only

Alternative Dispute Resolution

Vincent A. Bifferato
William Swain Lee
Carl Schnee

Writer's Email Address:
JKK@bgbde.com
Reply to: Wilmington

August 19, 2005

**ELECTRONICALLY**
The Honorable Kent A. Jordan
United States District Court for the District of Delaware
844 N. King Street
Wilmington, Delaware 19801

    Re:   *St. Paul Mercury Insurance Company and Pack and Process, Inc.*
             *v. Maly Yan*
             Civil Action No. 05-0022 (KAJ)

Dear Judge Jordan:

    Enclosed please find correspondence from our co-counsel, James B. Burns, Esq., of the Deasey, Mahoney & Bender, Ltd. law firm. Along with Mr. Burns, who has previously been admitted *pro hac vice* in this case, our firm represents plaintiffs St. Paul Mercury Insurance Company and Pack and Process, Inc. with regard to the above-listed action. Mr. Burns' letter relates to the Court's July 29, 2005 Order and the Court's request that the parties submit a joint discovery plan. Although I believe that the letter has previously been circulated to all counsel, my office will again forward the correspondence as part of the filing of this letter. We are available at the Court's convenience.

             Respectfully,

             Joseph K. Koury (#4272)

xc:   Yvonne Takvorian-Saville, Esq. and Joshua Van Naarden, Esq. (by fax)
       James B. Burns, Esq. (by fax)

Bifferato, Gentilotti & Biden, P.A.
www.bgbde.com

200 Biddle Avenue
Suite 203
Newark, DE 19702
Phone: 302-429-1900
Fax: 302-832-7540

1308 Delaware Avenue
Wilmington, DE 19806
P.O. Box 2165
Wilmington, DE 19899-2165
Phone: 302-429-1900
Fax: 302-429-8600

701 Rehoboth Avenue
Rehoboth Beach, DE 19971
Phone: 302-227-6600
Toll Free: 866-618-2433
Fax: 302-227-6778