

**Bifferato Gentilotti Biden**

Vincent A. Bifferato, Jr.
Ian Connor Bifferato
Jeffrey M. Gentilotti
Joseph R. Biden, III
George T. Lees, III
Veronica O. Faust
David W. deBruin*
David A. Denham
Catherine Zwolak Kilian
Joseph K. Koury
Garvan F. McDaniel
*Admitted in PA & NJ only

Alternative Dispute Resolution

Vincent A. Bifferato
William Swain Lee
Carl Schnee

Writer's Email Address:
jkk@bgbde.com
Reply to: Wilmington

September 6, 2005

**BY E-FILE**
The Honorable Kent A. Jordan
United States District Court for the
 District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801

> Re:   *St. Paul Mercury Mercury Insurance Company and Pack and Process, Inc. v. Maly Yan*
> **Civil Action No. 05-022**

Dear Judge Jordan:

This firm, along with the law firm of Deasey, Mahoney & Bender, Ltd., is counsel to the plaintiffs in the above-referenced proceeding, who are also the defendants in a proceeding pending in this Court before Chief Judge Robinson as Civil Action No. 05-513. The action pending before Chief Judge Robinson has been transferred to the Court from the United States District Court for the Eastern District of Pennsylvania.

Enclosed herewith is a *Stipulation for Consolidation* executed by various counsel for all parties to this action. The parties respectfully request that the enclosed stipulation be entered as an Order of the Court, the effect of which will be to consolidate Civil Action No. 05-513 with this proceeding for purposes of discovery, case management, and trial. As we understand the current posture, once the enclosed stipulation and a similar stipulation simultaneously being filed in the other action are entered, both actions will be administered under a single caption before Your Honor and a scheduling order will be entered consistent with the recently-held Rule 16 teleconference. Thus the parties' request that the Court enter the enclosed document, with a consolidated-caption scheduling order to be sent following entry of the order of consolidation.

Bifferato, Gentilotti & Biden, P.A.
www.bgbde.com

200 Biddle Avenue
Suite 203
Newark, DE 19702
Phone: 302 - 429 - 1900
Fax: 302 - 832 - 7540

1308 Delaware Avenue
Wilmington, DE 19806
P.O. Box 2165
Wilmington, DE 19899 - 2165
Phone: 302 - 429 - 1900
Fax: 302 - 429 - 8600

701 Rehoboth Avenue
Rehoboth Beach, DE 19971
Phone: 302 - 227- 6600
Toll Free: 866 - 618 - 2433
Fax: 302 - 227- 6778

**Bifferato, Gentilotti & Biden, P.A.**

The Honorable Kent A. Jordan
September 6, 2005
Page Two

      We are available at the Court's convenience to discuss this matter should it have any questions or concerns. Thank you.

                                Respectfully,

                                Joseph K. Koury (#4272)

Enclosure

cc:    James B. Burns, Esq. (by fax)
       Yvonne Takvorian Saville, Esq. (by fax)