# BIFFERATO, GENTILOTTI, BIDEN & BALICK, P.A.

Vincent A. Bifferato, Jr
Ian Connor Bifferato
Jeffrey M. Gentilotti*
Joseph R. Biden, III
Adam Balick
George T. Lees, III
Veronica O. Faust
Joanne Ceballos
David W. deBruin **
David A. Denham
Catherine Zwolak Kilian
Joseph K. Koury*
Garvan F. McDaniel

*Also Admitted in PA
** Admitted in PA & NJ Only

1308 DELAWARE AVENUE
P O BOX 2165
WILMINGTON, DE 19899-2165
PHONE: (302) 429-1900
TELECOPIER: (302) 429-8600

711 KING STREET
WILMINGTON, DE 19801
PHONE (302) 658-4265
TELECOPIER: (302) 658-1682

200 BIDDLE AVENUE
NEWARK, DE 19702
PHONE: (302) 429-1900
TELECOPIER: (302) 832-7540

701 REHOBOTH AVENUE
REHOBOTH, DE 19971
PHONE: (302) 227-6600
TOLL FREE: (866) 618-2433
TELECOPIER: (302) 227-6778

SENIOR COUNSEL
Sidney Balick
Vincent A. Bifferato
William Swain Lee
Carl Schnee

jkk@bgbblaw.com
Writer's Direct Dial: (302) 254-5380
Reply to: Wilmington

September 14, 2005

**ELECTRONICALLY**

The Honorable Kent A. Jordan
United States District Court for the District of Delaware
844 N. King Street
Wilmington, Delaware 19801

    Re: *St. Paul Mercury Insurance Company and Pack and Process, Inc.*
         *v. Maly Yan*
        Civil Action No. 05-0022 (KAJ)
        *Yan Thou, et al. v. Pack & Process, Inc., et al.*
        Civil Action No. 05-00513 (KAJ)

Dear Judge Jordan:

    Enclosed please find a form of scheduling order that the parties believe accurately reflects the Court's rulings and statements on the record at the August 24, 2005 Rule 16 teleconference. The parties respectfully request that the Court enter the form of order as an Order of the Court.

                Respectfully,

                Joseph K. Koury (#4272)

xc:   Yvonne Takvorian-Saville, Esq. and Joshua Van Naarden, Esq. (by fax)
      James B. Burns, Esq. (by fax)