IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ST. PAUL MERCURY INSURANCE COMPANY, and PACK & PROCESS, INC. | : : : : | |
| Plaintiff, | : : | Civil Action No.    05-0022 (KAJ) |
| MALY YAN | : : | |
| Defendant | | |

| | | |
|---|---|---|
| YAN THOU, Individually and as Administrator of the Estates of Oeurn Mam, Deceased and Navy Yan, Deceased et al., | : : : : : | Civil Action No. 05-0513 (KAJ) |
| Plaintiffs VS. | : : : | |
| PACK & PROCESS, INC. AND ST. PAUL MERCURY INSURANCE COMPANY | : : : : : | |
| Defendants | : | |

**DEFENDANTS' SELF-EXECUTING DISCLOSURE
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(a)(1)**

In accordance with Federal Rule of Civil Procedure 26(a)(1), Defendants, Yan Thou, Individually and as Administrator of the Estate of Oeurn Mam, deceased, and Navy Yan, deceased, Chan Yan, Thuha Son, Chieu Thi Huynh, Maly Yan and Bay Thi Nguyen herein make the following disclosures based on the information reasonably available to them at the present time:

I.  To Plaintiff's knowledge at this time, the following individuals are likely to have information which bears significantly on Plaintiff's claim:

1. Yan Thou
   2007 South 9th Street
   Philadelphia, PA 19148

2. Chan Yan
   2307 South 9th Street
   Philadelphia, PA 19148

3. Thuha Son
   534 Reed Street
   Philadelphia, PA 19148

4. Chieu Thi Huynh
   402 Tree Street
   Philadelphia, PA 19148

5. Maly Yan
   2007 South 9th Street
   Philadelphia, PA 19148

6. Bay Thi Nguyen
   1530 Beulah Street
   Philadelphia, PA 19147

7. Unchalee Vong
   642 Wharton Street
   Philadelphia, PA 19147

8. Donkeo Phravichit
   2326 South 7th Street
   Philadelphia, PA 19148

9. Kusti Leman
   1641 Hicks Street
   Philadelphia, PA 19145

10. Tjajah Chandra as mother and
    legal guardian of Lani Chandra and
    Lani Chandra
    Pademangan 3 Raya
    Gang 1 No. 42

|     |                                                                                                                                |
| --- | ------------------------------------------------------------------------------------------------------------------------------ |
|     | RT 02-RW o9<br>Jakarta Timur, Indonesia 14410                                                                                  |
| 11. | Zair Shah<br>2318 S. 7th Street<br>Philadelphia, PA 19148                                                                      |
| 12. | Khan Gul<br>640 Moyamensing Ave.<br>Philadelphia, PA 19148                                                                     |
| 13. | Salim Khan<br>420 Woodclife Road<br>Upper Darby, PA 19082                                                                      |
| 14. | Mohammed Sardar Khan as<br>Co-Administrators of the Estate of<br>Mohammed Azim<br>2408 So. 7th Street<br>Philadelphia , PA 19148 |
| 15. | Soly Chan, Administrator of the<br>Estate of Lang Kehm, deceased, a/k/a<br>Lang Chhay<br>1918 Newkirk Street<br>Philadelphia, PA 19145 |
| 16. | Thorn Bun Khem, as Administrator<br>of the Estate of Lam Khem, deceased<br>4601 Halley Circle<br>Glen Allen, VA 23060          |
| 17. | Charles R. Reistle, Sr.<br>115 5th Lot 89<br>Delaware City Mobil Park Home<br>Delaware City, DE 19706                          |
| 18. | Steven Ames<br>15 Walnut Ridge Road<br>Greenville, DE                                                                          |
| 19. | Steven M. Schorr, P.E.<br>Corner of Old York Road &<br>Hamilton Avenue                                                         |

        1603 Old York Road
        Abington, PA 19001

20. David L. Hopkins, ASA,MAAA
    15 Union Hill Road
    West Conshohocken, PA 19428

21. S. Ross Noble, M.D.
    200 Reading Avenue
    Suite 102
    West Reading, Pennsylvania 19611

22. Sgt. Matthew Cox
    DE State Police
    Fatal Accident Investigation and Reconstruction Team
    300 North Walnut Street
    Wilmington, DE 19801

23. Rick Pretzler
    Medical Examiners Office
    200 South Adams Street
    Wilmington, DE 19801

24. William B. Anderson
    442 Cynthia Ave.
    Penndel, PA 19047

25. Michael C. Bright
    247 Sigel Street
    Philadelphia, PA 19148

26. Dr. J. Rush Fisher, M.D.
    Christiana Care Hospital
    4755 Ogletown-Stanton Road
    Newark, DE 19718

27. Dr. Ahuva Oren, M.D.
    Ambulatory Care Center, Inc.
    1101 Snyder Avenue
    Philadelphia, PA 19148

28. Dr. Mark D.T. Allen, M.D.
    855 East Hunting Park Avenue
    Philadelphia, PA 19124

29. Dr. Ritu Prasad, M.D.
    Christiana Care Hospital
    4755 Ogletown-Stanton Road
    Newark, DE 19718

30. Dr. Harvey S. Benn, D.O.
    500 Washington Avenue
    Philadelphia, PA 19147

31. Dr. Ira C. Sachs, D.O.
    Philadelphia Orthopedic Group
    Adelphia Orthopedic Assoc.1925 South Broad Street
    Philadelphia, PA 19148

32. Dr. Marc Zimmerman
    2410-14 S. Broad Street, Ste 200
    Phila., PA 19145

33. David Lam
    Lam Personnel Services, Inc.
    520 E. Erie Avenue, #6
    Philadelphia, PA 19134


**The following persons and/or entities may have collected information as to the facts and circumstances of the incident**:

1. Richard S. Margulies, Esquire
   James A. Young, Esquire
   Garen Meguerian, Esquire
   CHRISTIE PABARUE MORTENSEN & YOUNG
   1880 JFK Boulevard, 10th Floor
   Philadelphia, PA 19103
   Attorneys for Pack & Process, Inc.

2. Kevin McNulty, Esquire
   Gerolamo, McNulty, Divis & Lewbart
   225 S. 1th Street, Lewis Tower Bldg., Suite 1600
   Philadelphia, PA 19102
   Atty for Defendant, Maly Yan (thru insurance company)

3. Ruben Honik, Esquire
   GOLOMB, HONIK & LANGER
   121 South Broad Street
   Ninth Floor

        Philadelphia, PA 19103
        Atty for Dft. Maly Yan (individually)

4. Robert S. Miller, Esquire
   Wapner Newman Wigrizer & Brecher
   115 So. 21st Street
   Philadelphia, PA 19103-4483
   Atty for Uchalee Vong and Lawrence Vong, h/w and Donkeo Phravichit

5. Warren I. Siegel, Esquire
   Bernhardt & Rothermel, PC
   1515 Market Street, Suite 1540
   Philadelphia, PA 19102
   Atty for Kusti Leman, Asan H. Oh, Tjajah Chandra and Lani Chandra

6. Richard Costigan, Esquire
   Costigan & Costigan
   1315 Walnut Street, Suite 902
   Philadelphia, PA 19107
   Atty for Zair Shah, Khan Gul, Salim Khan, Mohammad Khan, Azim Mohammad and Rahmat

7. Steven Dranoff, Esquire
   Dranoff-Perstein Associates
   121 South Street, 9th Floor
   Philadelphia, PA 19107
   Atty for Plaintiff Soly Chan and Thorn Bun Khem

9. James B. Burns, Esquire
   Deasey, Mahoney & Bender, LTD.
   1800 John F. Kennedy Blvd.
   Suite 1300
   Philadelphia, PA 19103
   Atty for Pack and Process and St. Paul Insurance Company

10. J Ian Connor Bifferato
    Joseph K. Koury
    Bifferato, Gentilotti & Biden
    1308 Delaware Avenue
    P.O. Box 2165
    Wilmington DE 19899
    Atty for Pack and Process and St. Paul Insurance Company

Expert witnesses are undetermined at this time. Plaintiff will identify expert witnesses in accordance with the Scheduling Order.

II. **Description By Category And Location of All Documents In The Possession, Custody And/Or Control Of Plaintiffs Likely To Bear Significantly On The Claims or Defenses Asserted Herein:**

Plaintiffs by and through their counsel, have in their possession, custody and control the following documents which may be used at trial.

1. Complaint from the original action
2. Deposition transcript of Steven Ames taken September 18, 2003
3. Deposition transcript of Maly Yan taken September 24, 2003
4. Deposition transcript of Chan Yan taken September 26, 2003
5. Deposition transcript of Yan Thou taken September 26, 2003
6. Deposition transcript of Bay Thi Nguyen taken September 26, 2003
7. Deposition transcript of Richard Fetters taken September 29, 2003
8. Deposition transcript of Richard Reistle taken September 29, 2003
9. St. Paul Insurance Policy
10. State of Delaware Uniform Traffic Collision Report
11. Rendering of accident scene
12. Visual depiction of accident reconstruction
13. Photographs of accident scene and victims
14. Autopsy reports and death certificates of Navy Yan and Oeurn Mam
15. Medical records of Chieu Huynh from Philadelphia Orthopedic Associates
16. Medical records of Chieu Huynh Christiana Care Hospital
17. Medical records of Chieu Huynh of Harvey S. Benn, D.O.

18. Medical records of Thuha Son of Christian Hospital

19. Medical records of Thuha Son of Ambulatory Care

20. Medical records of Chan Yan of Christian Care Hospital

21. Medical records of Chan Yan of Ambulatory Care

22. Medical records of Chan Yan of Dr. Yii and Harris Yii

23. Medical records of Yan Thou of Ambulatory Care Center

24. Medical records of Yan Thou of Christiana Hospital

25. Medical records of Yan Thou of Thomas Jefferson Hospital Dept of Diagnostic Medical Imaging

26. Medical records of Yan Thou of Mark D.T. Allen, M.D.

27. Medical records of Yan Thou of Ambulatory Care Center

28. Medical records of Yan Thou Compass Medical Corp

29. Medical records of Yan Thou of Dr. Mark Zimmerman

30. Courtroom Enlargement Damages Chart

31. Courtroom Enlargement of Actuarial Report

32. Courtroom Enlargement of Police Report and Diagram

33. Life Expectancy and Work Life Expectancy Tables

34. Expert Report of S. Ross Noble, M.D.

35. Expert Report of Steven Schorr, P.E.

36. Expert Report of David Hopkins, ASA, MAAA

III. **A Computation of Any Category of Damages Claimed:**

$10.2 million dollar verdict from the underlying action of Thou Yan, et al vs.

<u>Maly Yan, et al</u> Court of Common Pleas, Philadelphia County and all damages resulting from the June 18, 2001 motor vehicle accident.

IV.     **Insurance Agreements:**

St. Paul, as the insurance carrier for Pack and Process is responsible to pay for Maly Yan's actions in the matter of <u>Yan Thou et.al. v. Maly Yan</u>, June Term 2003 No.1503 in the amount of the verdict imposed upon Maly Yan, on January 20, 2005, up to and including their policy limits, for negligent acts performed by her while working as an agent/employee of Pack and Process on June 18, 2001.

**WEISS AND SAVILLE, P.A.**

BY: <u>S/Yvonne Takvorian Saville, Esquire</u>
YVONNE TAKVORIAN SAVILLE, ESQUIRE
1220 North Market Street
Suite 604
P.O. Box 370
Wilmington DE 19801
(302) 656-0400

DATED: 9/21/05                                                     and

**KLINE & SPECTER, P.C.**

BY: <u>S/Jonathan M. Cohen, Esquire/ JC593</u>
JONATHAN M. COHEN, ESQUIRE
JOSHUA VAN NAARDEN, ESQUIRE
1525 Locust Street, 19th Floor
Philadelphia PA 19102
(215) 772-1000