## CERTIFICATE OF SERVICE

I, Jonathan Cohen, Esquire, hereby certify that a true and correct copy of Defendants' Self-Executing Disclosures were hereby served this 21st day of September, 2005, via E- file and first class mail, upon the following:

James B. Burns, Esquire
Deasey, Mahoney & Bender, LTD.
1800 John F. Kennedy Blvd.
Suite 1300
Philadelphia, PA 19103

J Ian Connor Bifferato
Joseph K. Koury
Bifferato, Gentilotti & Biden
1308 Delaware Avenue
P.O. Box 2165
Wilmington DE 19899

**WEISS AND SAVILLE, P.A.**

BY: S/Yvonne Takvorian Saville, Esquire
YVONNE TAKVORIAN SAVILLE, ESQUIRE
1220 North Market Street
Suite 604
P.O. Box 370
Wilmington DE 19801
(302) 656-0400

DATED: 9/21/05                                                                 and

**KLINE & SPECTER, P.C.**

BY: S/Jonathan M. Cohen, Esquire/ JC593
JONATHAN M. COHEN, ESQUIRE
JOSHUA VAN NAARDEN, ESQUIRE
1525 Locust Street, 19th Floor
Philadelphia PA 19102
(215) 772-1000