IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |  |
|---|---|---|
| ST. PAUL MERCURY INSURANCE COMPANY | ) ) ) | |
| and | ) ) | |
| PACK AND PROCESS, INC. | ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | Case No. 05-0022 (KAJ) |
| MALY YAN | ) ) ) | |
| Defendant. | ) | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| YAN THOU, et. al | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 05-00513 (KAJ) |
| PACK & PROCESS, INC., et. al. | ) ) | CONSOLIDATED CASES |
| Defendants. | ) ) | |

**NOTICE OF SERVICE**

    I, Joseph K. Koury, hereby certify this 22nd day of September, 2005, that, as indicated on the attached *Certificate of Service*, copies of *St. Paul Mercury Insurance Company and Pack and Process, Inc's Self-Executing Disclosure* were caused to be served on September 21, 2005.

                                      BIFFERATO, GENTILOTTI, BIDEN & BALICK

                                      Joseph K. Koury (#4272)
                                      1308 Delaware Avenue
                                      P.O. Box 2165
                                      Wilmington, DE 19899
                                      (302) 429-1900
                                      (302) 429-8600 (fax)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ST. PAUL MERCURY INSURANCE COMPANY | ) ) ) | |
| and | ) ) | |
| PACK AND PROCESS, INC. | ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | Case No. 05-0022 (KAJ) |
| MALY YAN | ) ) ) | |
| Defendant. | ) | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| YAN THOU, et. al | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 05-00513 (KAJ) |
| PACK & PROCESS, INC., et. al. | ) ) | CONSOLIDATED CASES |
| Defendants. | ) | |

### CERTIFICATE OF SERVICE

I, James B. Burns, Esquire hereby certify that I have served upon all persons listed below a true and correct copy of St. Paul Mercury Insurance Company and Pack and Process, Inc's Self-Executing Disclosure in the above-captioned matter this date by Fax and First-Class mail, postage prepaid to all parties listed below:

Joseph K. Koury, Esquire
Bifferato, Gentilotti & Biden, P.A.
1308 Delaware Avenue
P.O. Box 2165
Wilmington, DE 19899-2165

Yvonne Takvorian Saville, Esquire
1220 N. Market Street, Suite 604
P.O. Box 370
Wilmington, DE 19801

| | |
|---|---|
| Steven M. Dranoff, Esquire<br>121 S. Broad Street, Suite 1210<br>Philadelphia, PA 19107 | Joshua Van Naarden, Esquire<br>Kline & Specter<br>1525 Locust Street, 19th Floor<br>Philadelphia, PA 19102 |
| Robert S. Miller, Esquire<br>Wapner, Newman, Wigrizer & Brecher<br>115 South 21st Street<br>Philadelphia, PA 19103 | Warren I. Seigel, Esquire<br>1515 Market Street, Suite 1540<br>Philadelphia, PA 19102 |
| Richard Costigan, Esquire<br>Costigan & Costigan<br>1315 Walnut Street<br>Suite 902<br>Philadelphia, PA 19107 | |

DEASEY, MAHONEY & BENDER, LTD.

BY: _____
Francis J. Deasey, Esquire
James B. Burns, Esquire
Deasey, Mahoney & Bender, Ltd.
1800 John F. Kennedy Blvd., Suite 1300
Philadelphia, PA 19103-2978

Date: 9-21-05

## CERTIFICATE OF SERVICE

I, Joseph K. Koury, hereby certify this 22nd day of September, 2005, that copies of the foregoing *Notice of Service* were caused to be served upon the following via first class mail (unless otherwise indicated):

Steven M. Dranoff, Esq.
121 S. Broad Street
Suite 1210
Philadelphia, PA 19107

Joshua Van Naarden, Esq.
Klien & Specter
1525 Locust Street, 19th Floor
Philadelphia, PA 19102

Warren I. Siegel, Esq.
1515 Market Street
Suite 1540
Philadelphia, PA 19102

Yvonne Takvorian Saville, Esq.
1220 N. Market Street, Suite 604
P.O. Box 370
Wilmington, DE 19801

Robert S. Miller, Esq.
Wapner, Newman, Wigrizer & Brecher
115 South 21st Street
Philadelphia, PA 19103

Richard Costigan, Esq.
Costigan & Costigan
1315 Walnut Street, Suite 902
Philadelphia, PA 19107

BIFFERATO, GENTILOTTI, BIDEN & BALICK

Joseph K. Koury (#4272)
1308 Delaware Avenue
P.O. Box 2165
Wilmington, DE 19899
(302) 429-1900