>>> LOCATION LIST   *ccc*

PAGE:

| LOCATION NAME | RECORDS REQUESTED |
|---|---|
| PA BUREAU OF WORKERS COMP. | WORKER COMPENSATION RECORDS |
| DELAWARE WORKERS COMPENSATION | WORKER COMPENSATION RECORDS |
| SOCIAL SECURITY ADMINISTRATION | DISABILITY FILE |
| DEPARTMENT OF WELFARE | OTHER |
| DELAWARE DEPT. OF WELFARE | OTHER |
| UNEMPLOYMENT COMPENSATION OFF. | OTHER |
| DELAWARE-DEPT. OF UNEMPLOYMENT | OTHER |
| TOTAL RISK MANAGEMENT | WORKER COMPENSATION RECORDS |

DEOS-011149 SL7Th0—COL

>> LOCATION LIST   <<c

PAGE:

| LOCATION NAME | RECORDS REQUESTED |
|---|---|
| PA BUREAU OF WORKERS COMP. | WORKER COMPENSATION RECORDS |
| DELAWARE WORKERS COMPENSATION | WORKER COMPENSATION RECORDS |
| SOCIAL SECURITY ADMINISTRATION | DISABILITY FILE |
| DEPARTMENT OP WELFARE | OTHER |
| DELAWARE DEPT. OF WELFARE | OTHER |
| UNEMPLOYMENT COMPENSATION OFF. | OTHER |
| DELAWARE-DEPT. OF UNEMPLOYMENT | OTHER |
| TOTAL RISK M1~NAGEMENT | WORKER COMPENSATION RECORDS |

DEO5-O1115O ~]S72S—CO1

>>> LOCATION LIST   ccc

```
PAGE:
LOCATION NAME                        RECORDS REQUESTED
PA BUREAU OF WORKERS COMP,            WORKER COMPENSATION RECORDS
DELAWARE WORKERS COMPENSATION•        WORKER COMPENSATION RECORDS
SOCIAL SECURITY ADMINISTRATION        DISABILITY FILE
DEPARTMENT OF WELFARE                 OTHER
DELAWARE DEPT. OF WELFARE             OTHER
UNEMPLOYMENT COMPENSATION OFF.        OTHER
DELAWARE-DEPT. OF UNEMPLOYMENT        OTHER
TOTAL RISK MANAGEMENT                WORKER COMPENSATION RECORDS
```

DEO5-011107  **91736—Cot**

>> LOCATION LIST   ccc

```
PAGE:
LOCATION NAME                          RECORDS REQUESTED
PA BUREAU OF WORKERS COMP.             WORKER COMPENSATION RECORDS
DELAWARE WORKERS COMPENSATION          WORKER COMPENSATION RECORDS
SOCIAL SECURITY ADMINISTRATION         DISABILITY FILE
DEPARTMENT OF WELFARE                  OTHER
DELAWARE DEPT. OF WELFARE              OTHER
UNEMPLOYMENT COMPENSATION OFF.         OTHER
DELAWARE-DEPT. OF UNEMPLOYMENT         OTHER
TOTAL RISK MANAGEMENT                  WORKER COMPENSATION RECORDS
```

DEOS-011095  91750 —COt

>>  LOCATION LIST  ccc

```
PAGE:
LOCATION NAME                        RECORDS REQUESTED
PA BUREAU OF WORKERS COMP.           WORKER COMPENSATION RECORDS
DELAWARE WORKERS COMPENSATION        WORKER COMPENSATION RECORDS
SOCIAL SECURITY ADMINISTRATION       DISABILITY FILE
DEPARTMENT OF WELFARE                OTHER
DELAWARE DEPT. OF WELFARE            OTHER
UNEMPLOYMENT COMPENSATION OFF.       OTHER
DELAWARE-DEPT. OF UNEMPLOYMENT       OTHER
TOTAL RISK MANAGEMENT                WORKER COMPENSATION RECORDS
```

DEO5-011096  91751—CO 1

>>> LOCATION LIST  ccc

PAGE:

| LOCATION NAME | RECORDS REQUESTED |
|---|---|
| PA BUREAU OF WORKERS COMP. | WORKER COMPENSATION RECORDS |
| DELAWARE WORKERS COMPENSATION | WORKER COMPENSATION RECORDS |
| SOCIAL SECURITY ADMINISTRATION | DISABILITY FILE |
| DEPARTMENT OF WELFARE | OTHER |
| DELAWARE DEPT. OF WELFARE | OTHER |
| UNEMPLOYMENT COMPENSATION OFF. | OTHER |
| DELAWARE-DEPT. OF UNEMPLOYMENT | OTHER |
| TOTAL RISK MANAGEMENT | WORKER COMPENSATION RECORDS |

DEO5-011106 **91764** -**CO** 1

>>>    LOCATION LIST ccc

PAGE:                                                                          1
 LOCATION NAME
RECORDS REQUESTED
PA BUREAU OF WORKERS COMP.
DELAWARE WORKERS COMPENSATION
SOCIAL SECURITY ADMINISTRATION
DEPARTMENT OF WELFARE
DELAWARE DEPT. OF WELFARE
UNEMPLOYMENT COMPENSATION OFF.
DELAWARE-DEPT~ OF UNEMPLOYMENT
TOTAL RISK MANAGEMENT
FRANK'S AUTO SERVICE
AMERICAN INDEPENDENT INSURANCE
AMERICAN INDEPENDENT INSURANCE
CONTINENTAL INSURANCE COMPANY
CONTINENTAL INSURANCE COMPANY
BUREAU OF DRIVER LICENSING
WORKER COMPENSATION RECORDS
WORKER COMPENSATION RECORDS
DISABILITY FILE
OTHER
OTHER
OTHER
OTHER
WORKER COMPENSATION RECORDS
OTHER
OTHER
UNDERWRITING FILE
OTHER
UNDERWRITThG FILE
OTHER

OEO5-011087 914 9 0 _Co 1

,>> LOCATION LIST  ccc

PAGE:

| LOCATION NAME | RECORDS REQUESTED |
|---|---|
| PA BUREAU OF WORKERS COMP. | WORKER COMPENSATION RECORDS |
| DELAWARE WORKERS COMPENSATION | WORKER COMPENSATION RECORDS |
| SOCIAL SECURITY ADMINISTRATION | DISABILITY FILE |
| DEPARTMENT OF WELFARE | OTHER |
| DELAWARE DEPT. OF WELFARE | OTHER |
| UNEMPLOYMENT COMPENSATION OFF. | OTHER |
| DELAWARE-DEPT. OF UNEMPLOYMENT | OTHER |
| TOTAL RISK MANAGEMENT | WORKER COMPENSATION RECORDS |
| FRANK'S AUTO SERVICE | OTHER |
| AMERICAN INDEPENDENT INSURANCE | UNDERWRITING FILE |
| AMERICAN INDEPENDENT INSURANCE | OTHER |
| CONTINENTAL INSURANCE COMPANY | UNDERWRITING FILE |
| CONTINENTAL INSURANCE COMPANY | OTHER |
| BUREAU OF DRIVER LICENSING | OTHER |

DEOE-O11145 91653—COt

>>>    LOCATION LIST c~c<

PAGE:                                                                    1
LOCATION NAME
**RECORDS** REQUESTED
PA BUREAU OF WORKERS COMP.
DELAWARE WORKERS COMPENSATION
SOCIAL SECURITY ADMINISTRATION
DEPARTMENT OF WELFARE
DELAWARE DEPT. OF WELFARE
UNEMPLOYMENT COMPENSATION OFF.
DELAWARE-DEPT. OF UNEMPLOYMENT
TOTAL RISK MANAGEMENT
BUREAU OF DRIVER LICENSING
**WORKER** COMPENSATION RECORDS
**WORKER COMPENSATION RECORDS**
**DISABILITY FILE**
**OTHER**
**OTHER**
**OTHER**
**OTHER**
**WORKER COMPENSATION RECORDS**
**OTHER**

DEO5-011146 91658—Cot

>> LOCATION LIST  ccc

```
PAGE:
LOCATION NAME                        RECORDS REQUESTED
PA BUREAU OF WORKERS COMP.           WORKER COMPENSATION RECORDS
DELAWARE WORKERS COMPENSATION        WORKER COMPENSATION RECORDS
SOCIAL SECURITY ADMINISTRATION       DISABILITY FILE
DEPARTMENT OF WELFARE                OTHER
DELAWARE DEPTh OF WELFARE            OTHER
UNEMPLOYMENT COMPENSATION OFF.       OTHER
DELAWARE-DEPT. OF UNEMPLOYMENT       OTHER
TOTAL RISK MANAGEMENT                WORKER COMPENSATION RECORDS
```

DEO5-01109O 9166 7 _CO 1

I

>>> LOCATION LIST   ccc

```
PAGE:
LOCATION NAME                          RECORDS REQUESTED
PA BUREAU OF WORKERS COMP.             WORKER COMPENSATION RECORDS
DELAWARE WORKERS COMPENSATION          WORKER COMPENSATION RECORDS
SOCIAL SECURITY ADMINISTRATION         DISABILITY FILE
DEPARTMENT OF WELFARE                  OTHER
DELAWARE DEPT. OF WELFARE              OTHER
UNEMPLOYMENT COMPENSATION OFF.         OTHER
DELAWARE-DEPT. OF UNEMPLOYMENT         OTHER
TOTAL RISK MANAGEMENT                  WORKER COMPENSATION RECORDS
```

DEO5-O11148 531 C ~7
1—COt