## CERTIFICATE OF SERVICE

I, Joshua Van Naarden, Esquire, hereby certify that a true and correct copy of Defendants' Motion to Quash Subpoenas were hereby served this 28th day of September, 2005, via E- file and first class mail, upon the following:

James B. Burns, Esquire
Deasey, Mahoney & Bender, LTD.
1800 John F. Kennedy Blvd.
Suite 1300
Philadelphia, PA 19103

J Ian Connor Bifferato
Joseph K. Koury
Bifferato, Gentilotti & Biden
1308 Delaware Avenue
P.O. Box 2165
Wilmington DE 19899

Robert S. Miller, Esquire
Wapner Newman Wigrizer & Brecher
115 So. 21st Street
Philadelphia, PA 19103-4483
Atty for Plaintiffs' Uchalee Vong and Lawrence Vong, h/w and Donkeo Phravichit

Warren I. Siegel, Esquire
Bernhardt & Rothermel, PC
1515 Market Street, Suite 1540
Philadelphia, PA 19102
Atty for Plaintiffs Kusti Leman, Asan H. Oh, Tjajah Chandra and Lani Chandra

Richard Costigan, Esquire
Costigan & Costigan
1315 Walnut Street, Suite 902
Philadelphia, PA 19107
Atty for Plaintiff Zair Shah, Khan Gul, Salim Khan, Mohammad Khan, Azim Mohammad and Rahmat

Steven Dranoff, Esquire
Dranoff-Perstein Associates
121 South Broad Street, Suite 1210
Philadelphia, PA 19107
Atty for Plaintiff Soly Chan and Thorn Bun Khem

**WEISS AND SAVILLE, P.A.**

BY: <u>S/Yvonne Takvorian Saville, Esquire</u>
 YVONNE TAKVORIAN SAVILLE, ESQUIRE
 1220 North Market Street
 Suite 604
 P.O. Box 370
 Wilmington DE 19801
 (302) 656-0400

DATED: 9/28/05             and

**KLINE & SPECTER, P.C.**

BY: <u>S/Jonathan M. Cohen, Esquire/ JC593</u>
 JONATHAN M. COHEN, ESQUIRE
 JOSHUA VAN NAARDEN, ESQUIRE
 1525 Locust Street, 19th Floor
 Philadelphia PA 19102
 (215) 772-1000