IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ST. PAUL MERCURY INSURANCE COMPANY, and PACK & PROCESS, INC. | : | |
| Plaintiff, | : | |
| | : | Civil Action No. 05-0022 (KAJ) |
| MALY YAN | : | |
| Defendant | : | |
| _____ YAN | | |
| THOU, Individually and as Administrator of the Estates of Oeurn Mam, Deceased and Navy Yan, Deceased et al., | : | |
| | : | Civil Action No. 05-0513 (KAJ) |
| Plaintiffs | : | |
| VS. | : | |
| PACK & PROCESS, INC. AND ST. PAUL MERCURY INSURANCE COMPANY | : | |
| Defendants | : | |

## ORDER

**AND NOW** this       day of                   , 2005, upon consideration of the Defendants Motion to Quash Subpoenas and the attached Brief in Support, and any response thereto, it is hereby **ORDERED** and **DECREED** that Defendants' Motion is **GRANTED**.

BY THE COURT:

_____
                                                                                                                                                            J.