EXHIBIT "A"

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| YAN THOU, Individually and as Administrator of the Estates of Oeurn Mam, Deceased and Navy Yan, Deceased et al., | : : : : | CIVIL ACTION NO.: 05-513 |
| Plaintiffs VS. | : : : | JURY TRIAL DEMANDED |
| PACK & PROCESS, INC. AND ST. PAUL MERCURY INSURANCE COMPANY Defendants | : : : : : | |

### MOTION OF YVONNE TAKVORIAN SAVILLE TO WITHDRAW HER APPEARANCE

In compliance with Local Rule 7.1.1, Yvonne Takvorian Saville has conferred with opposing counsel and certifies that there is no objection to her Withdrawal as Counsel on behalf of Plaintiffs: Unchalee Vong; Donkeo Phravichit; Kusti Leman; Tjajah Chandra, as mother and legal guardian of Lani Chandra and Lani Chandra, in her own right; Zair Shah; Khan Gul; Salim Kahn; Mohammed Sardar Khan, as co-administrators of the Estate of Mohammed Azin; Soly Chan, as administrator of the Estate of Lang, Kehm, deceased, also known as Lang Chhay; Thorn Bun Khem as the administrator of the Estate of Lam Khem, deceased in the above captioned matter.

                              WEISS AND SAVILLE, P.A.

                              BY: /S/ YVONNE TAKVORIAN SAVILLE
                                  YVONNE TAKVORIAN SAVILLE, ESQUIRE
                                  1220 North Market Street
                                  Suite 604
                                  P.O. Box 370
                                  Wilmington DE 19801
                                  (302) 656-0400

Dated: August 19, 2005

**SO ORDERED** this _____ day of _____, 2005


                                          _____
                                          The Honorable Sue Robinson
                                          United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| YAN THOU, Individually and as Administrator of the Estates of Oeurn Mam, Deceased and Navy Yan, Deceased et al., | : : : : : | CIVIL ACTION<br><br>NO.: 05-513 |
| Plaintiffs<br>VS. | : : : | JURY TRIAL DEMANDED |
| PACK & PROCESS, INC.<br>AND<br>ST. PAUL MERCURY INSURANCE COMPANY<br>Defendants | : : : : : : | |

## AFFIDAVIT OF SERVICE

I hereby certify that I have served two (2) copies of the foregoing on the below listed individuals by regular United States mail

Vincent A. Bifferato, Sr. (#100057)
Ian Connor Bifferato (#3273)
Joseph K. Koury (#4272)
1308 Delaware Avenue
Wilmington, DE 19899

Jonathan M. Cohen
Kline & Specter
1525 Locust Street, 19th floor
Philadelphia, PA 19102
Attorney for Plaintiff

Francis J. Deasy
James B. Burns, Esquire
Deasy, Mahoney & Bender
1800 JFK Boulevard, Suite 1300
Philadelphia, PA 19103-2978
Attorneys for Defendants

BY:   S/YVONNE TAKVORIAN SAVILLE
          YVONNE TAKVORIAN SAVILLE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| YAN THOU, Individually and as Administrator of the Estates of Oeurn Mam, Deceased and Navy Yan, Deceased et al., | : : : : | CIVIL ACTION NO.: 05-513 |
| Plaintiffs | : : | |
| VS. | : : | JURY TRIAL DEMANDED |
| PACK & PROCESS, INC. | : : | |
| AND ST. PAUL MERCURY INSURANCE COMPANY | : : : | |
| Defendants | : | |

### REVISED ENTRY OF APPEARANCE

PLEASE ENTER THE APPEARANCE of Yvonne Takvorian Saville, Esquire as local counsel on behalf of the following : Yan Thou, Individually and as Administrator of the Estate of Oeurn Mam, deceased, and Navy Yan, deceased, Chan Yan, Thuha Son, Chieu Thi Huynh, Maly Yan and Bay Thi Nguyen in the captioned matter.

WEISS AND SAVILLE, P.A.

BY: /S/ YVONNE TAKVORIAN SAVILLE
YVONNE TAKVORIAN SAVILLE, ESQUIRE
1220 North Market Street
Suite 604
P.O. Box 370
Wilmington DE 19801
(302) 656-0400