IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ST. PAUL MERCURY INSURANCE COMPANY, et. al | ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 05-0022 (KAJ) |
| MALY YAN | ) ) | |
| Defendant. | ) | |

*******************************

| | | |
|---|---|---|
| YAN THOU, et. al | ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 05-00513 (KAJ) |
| PACK & PROCESS, INC., et. al. | ) ) | |
| | ) | CONSOLIDATED CASES |
| Defendants. | ) | |

## ORDER

AND NOW, this        day of                    , 2005, upon consideration of Defendants' Motion to Quash Subpoenas, and Plaintiffs' response thereto, IT IS HEREBY ORDERED that the Motion is **DENIED**.

                                                                        _____
                                                                        Kent A. Jordan
                                                                        United States District Court Judge