## CERTIFICATE OF SERVICE

I, Joseph K. Koury, hereby certify that on this, the 6th day of October, 2005, copies of the foregoing *Plaintiffs' Memorandum of Law in Opposition to Defendants' Motion to Quash* were caused to be served on the following in the manner so indicated:

**BY HAND**
Yvonne Takvorian Saville, Esq.
Weiss & Saville, P.A.
1220 N. Market Street, Suite 604
Wilmington, DE 19801

**BY MAIL**
Jonathan M. Cohen, Esq.
Joshua Van Naarden, Esq.
Kline & Specter, P.C.
1525 Locust Street, 19th Floor
Philadelphia, Pennsylvania 19102

Joseph K. Koury (#4272)