>>> LOCATION LIST   *ccc*

```
PAGE:
LOCATION NAME                            RECORDS REQUESTED
PA BUREAU OF WORKERS COMP.               WORKER COMPENSATION RECORDS
DELAWARE WORKERS COMPENSATION            WORKER COMPENSATION RECORDS
SOCIAL SECURITY ADMINISTRATION           DISABILITY FILE
DEPARTMENT OF WELFARE                    OTHER
DELAWARE DEPT. OF WELFARE                OTHER
UNEMPLOYMENT COMPENSATION OFF.           OTHER
DELAWARE-DEPT. OF UNEMPLOYMENT           OTHER
TOTAL RISK MANAGEMENT                    WORKER COMPENSATION RECORDS
```

DEOS-011149 SL7Th0—COL

>> LOCATION LIST <<c

PAGE:

| LOCATION NAME | RECORDS REQUESTED |
|---|---|
| PA BUREAU OF WORKERS COMP. | WORKER COMPENSATION RECORDS |
| DELAWARE WORKERS COMPENSATION | WORKER COMPENSATION RECORDS |
| SOCIAL SECURITY ADMINISTRATION | DISABILITY FILE |
| DEPARTMENT OP WELFARE | OTHER |
| DELAWARE DEPT. OF WELFARE | OTHER |
| UNEMPLOYMENT COMPENSATION OFF. | OTHER |
| DELAWARE-DEPT. OF UNEMPLOYMENT | OTHER |
| TOTAL RISK M1~NAGEMENT | WORKER COMPENSATION RECORDS |

DEO5-O1115O ~]S72S—CO1

>>> LOCATION LIST   ccc

```
PAGE:
LOCATION NAME                             RECORDS REQUESTED
PA BUREAU OF WORKERS COMP,                WORKER COMPENSATION RECORDS
DELAWARE WORKERS COMPENSATION•            WORKER COMPENSATION RECORDS
SOCIAL SECURITY ADMINISTRATION            DISABILITY FILE
DEPARTMENT OF WELFARE                     OTHER
DELAWARE DEPT. OF WELFARE                 OTHER
UNEMPLOYMENT COMPENSATION OFF.            OTHER
DELAWARE-DEPT. OF UNEMPLOYMENT            OTHER
TOTAL RISK MANAGEMENT                     WORKER COMPENSATION RECORDS
```

DE05-011107  **91736—Cot**

>*>* LOCATION LIST   ccc

PAGE:

| LOCATION NAME | RECORDS REQUESTED |
|---|---|
| PA BUREAU OF WORKERS COMP. | WORKER COMPENSATION RECORDS |
| DELAWARE WORKERS COMPENSATION | WORKER COMPENSATION RECORDS |
| SOCIAL SECURITY ADMINISTRATION | DISABILITY FILE |
| DEPARTMENT OF WELFARE | OTHER |
| DELAWARE DEPT. OF WELFARE | OTHER |
| UNEMPLOYMENT COMPENSATION OFF. | OTHER |
| DELAWARE-DEPT. OF UNEMPLOYMENT | OTHER |
| TOTAL RISK MANAGEMENT | WORKER COMPENSATION RECORDS |

>> LOCATION LIST   ccc

```
PAGE:
LOCATION NAME                            RECORDS REQUESTED
PA BUREAU OF WORKERS COMP.               WORKER COMPENSATION RECORDS
DELAWARE WORKERS COMPENSATION            WORKER COMPENSATION RECORDS
SOCIAL SECURITY ADMINISTRATION           DISABILITY FILE
DEPARTMENT OF WELFARE                    OTHER
DELAWARE DEPT. OF WELFARE                OTHER
UNEMPLOYMENT COMPENSATION OFF.           OTHER
DELAWARE-DEPT. OF UNEMPLOYMENT           OTHER
TOTAL RISK MANAGEMENT                    WORKER COMPENSATION RECORDS
```

DEO5-011096  91751—CO 1

>>> LOCATION LIST   ccc

```
PAGE:
LOCATION NAME                            RECORDS REQUESTED
PA BUREAU OF WORKERS COMP.               WORKER COMPENSATION RECORDS
DELAWARE WORKERS COMPENSATION            WORKER COMPENSATION RECORDS
SOCIAL SECURITY ADMINISTRATION           DISABILITY FILE
DEPARTMENT OF WELFARE                    OTHER
DELAWARE DEPT. OF WELFARE                OTHER
UNEMPLOYMENT COMPENSATION OFF.           OTHER
DELAWARE-DEPT. OF UNEMPLOYMENT           OTHER
TOTAL RISK MANAGEMENT                    WORKER COMPENSATION RECORDS
```

DE05-011106 **91764** -**CO** 1

&gt;&gt;&gt;    LOCATION LIST ccc

PAGE:                                                                                         1

<u>LOCATION NAME</u>
RECORDS REQUESTED
PA BUREAU OF WORKERS COMP.
DELAWARE WORKERS COMPENSATION
SOCIAL SECURITY ADMINISTRATION
DEPARTMENT OF WELFARE
DELAWARE DEPT. OF WELFARE
**UNEMPLOYMENT COMPENSATION OFF.**
DELAWARE-DEPT~ OF UNEMPLOYMENT
TOTAL RISK MANAGEMENT
FRANK'S AUTO SERVICE
AMERICAN INDEPENDENT INSURANCE
AMERICAN INDEPENDENT INSURANCE
CONTINENTAL INSURANCE COMPANY
CONTINENTAL INSURANCE COMPANY
BUREAU OF DRIVER LICENSING
WORKER COMPENSATION RECORDS
WORKER COMPENSATION RECORDS
**DISABILITY FILE**
**OTHER**
**OTHER**
**OTHER**
**OTHER**
**WORKER COMPENSATION RECORDS**
**OTHER**
**OTHER**
**UNDERWRITING FILE**
**OTHER**
**UNDERWRITThG FILE**
**OTHER**

OEO5-011087 **914 9 0 -Co 1**

```
                            ,>> LOCATION LIST   ccc
PAGE:
LOCATION NAME                           RECORDS REQUESTED
PA BUREAU OF WORKERS COMP.              WORKER COMPENSATION RECORDS
DELAWARE WORKERS COMPENSATION           WORKER COMPENSATION RECORDS
SOCIAL SECURITY ADMINISTRATION          DISABILITY FILE
DEPARTMENT OF WELFARE                   OTHER
DELAWARE DEPT. OF WELFARE               OTHER
UNEMPLOYMENT COMPENSATION OFF.          OTHER
DELAWARE-DEPT. OF UNEMPLOYMENT          OTHER
TOTAL RISK MANAGEMENT                   WORKER COMPENSATION RECORDS
FRANK'S AUTO SERVICE                    OTHER
AMERICAN INDEPENDENT INSURANCE          UNDERWRITING FILE
AMERICAN INDEPENDENT INSURANCE          OTHER
CONTINENTAL INSURANCE COMPANY           UNDERWRITING FILE
CONTINENTAL INSURANCE COMPANY           OTHER
BUREAU OF DRIVER LICENSING              OTHER
```

DEOE-O11145 **91653—COt**

```
                    >>>    LOCATION LIST c~c<
PAGE:                                                                    1
LOCATION NAME
RECORDS  REQUESTED
PA BUREAU OF WORKERS COMP.
DELAWARE WORKERS COMPENSATION
SOCIAL SECURITY ADMINISTRATION
DEPARTMENT OF WELFARE
DELAWARE DEPT. OF WELFARE
UNEMPLOYMENT COMPENSATION OFF.
DELAWARE-DEPT. OF UNEMPLOYMENT
TOTAL RISK MANAGEMENT
BUREAU OF DRIVER LICENSING
WORKER  COMPENSATION RECORDS
WORKER COMPENSATION RECORDS
DISABILITY FILE
OTHER
OTHER
OTHER
OTHER
WORKER COMPENSATION RECORDS
OTHER
```

DEO5-011146 91658—Cot

>> LOCATION LIST   ccc

```
PAGE:
LOCATION NAME                              RECORDS REQUESTED
PA BUREAU OF WORKERS COMP.                 WORKER COMPENSATION RECORDS
DELAWARE WORKERS COMPENSATION              WORKER COMPENSATION RECORDS
SOCIAL SECURITY ADMINISTRATION             DISABILITY FILE
DEPARTMENT OF WELFARE                      OTHER
DELAWARE DEPTh OF WELFARE                  OTHER
UNEMPLOYMENT COMPENSATION OFF.             OTHER
DELAWARE-DEPT. OF UNEMPLOYMENT             OTHER
TOTAL RISK MANAGEMENT                      WORKER COMPENSATION RECORDS
```

DE05-01109O 9166 7 - CO 1

I

>>> LOCATION LIST   ccc

```
PAGE:
LOCATION NAME                              RECORDS REQUESTED
PA BUREAU OF WORKERS COMP.                 WORKER COMPENSATION RECORDS
DELAWARE WORKERS COMPENSATION              WORKER COMPENSATION RECORDS
SOCIAL SECURITY ADMINISTRATION             DISABILITY FILE
DEPARTMENT OF WELFARE                      OTHER
DELAWARE DEPT. OF WELFARE                  OTHER
UNEMPLOYMENT COMPENSATION OFF.             OTHER
DELAWARE-DEPT. OF UNEMPLOYMENT             OTHER
TOTAL RISK MANAGEMENT                      WORKER COMPENSATION RECORDS
```

DE05-O11148 531 C ~7
1—COt