IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ST. PAUL MERCURY INSURANCE : | | |
| COMPANY, and | : | |
| PACK & PROCESS, INC. | : | |
| | : | |
| Plaintiff, | : | |
| | : | Civil Action No.    05-0022 (KAJ) |
| MALY YAN | : | |
| Defendant | : | |

_____ YAN

| | | |
|---|---|---|
| THOU, Individually and as | : | |
| Administrator of the Estates of Oeurn | : | |
| Mam, Deceased and Navy Yan, Deceased | : | Civil Action No.  05-0513 (KAJ) |
| et al., | : | |
| Plaintiffs | : | |
| VS. | : | |
| | : | |
| PACK & PROCESS, INC. | : | |
| AND | : | |
| ST. PAUL MERCURY INSURANCE : | | |
| COMPANY | : | |
| Defendants | : | |

## CERTIFICATE OF SERVICE

I, Joshua Van Naarden, Esquire, hereby certify that a true and correct copy of Defendants' ReplyBrief in Response to Plaintiffs' Memorandum of Law to Defendants Motion to Quash were served this 11th day of October, 2005, via E- file and first class mail, upon the following:

James B. Burns, Esquire
Deasey, Mahoney & Bender, LTD.
1800 John F. Kennedy Blvd.
Suite 1300
Philadelphia, PA 19103

J Ian Connor Bifferato
Joseph K. Koury
Bifferato, Gentilotti & Biden
1308 Delaware Avenue
P.O. Box 2165
Wilmington DE 19899

Robert S. Miller, Esquire
Wapner Newman Wigrizer & Brecher
115 So. 21st Street
Philadelphia, PA 19103-4483
Atty for Plaintiffs' Uchalee Vong and Lawrence Vong, h/w and Donkeo Phravichit

Warren I. Siegel, Esquire
Bernhardt & Rothermel, PC
1515 Market Street, Suite 1540
Philadelphia, PA 19102
Atty for Plaintiffs Kusti Leman, Asan H. Oh, Tjajah Chandra and Lani Chandra

Richard Costigan, Esquire
Costigan & Costigan
1315 Walnut Street, Suite 902
Philadelphia, PA 19107
Atty for Plaintiff Zair Shah, Khan Gul, Salim Khan, Mohammad Khan, Azim Mohammad and Rahmat

Steven Dranoff, Esquire
Dranoff-Perstein Associates
121 South Broad Street, Suite 1210
Philadelphia, PA 19107
Atty for Plaintiff Soly Chan and Thorn Bun Khem

          **WEISS AND SAVILLE, P.A.**

  BY: S/Yvonne Takvorian Saville, Esquire
     YVONNE TAKVORIAN SAVILLE, ESQUIRE
     1220 North Market Street
     Suite 604
     P.O. Box 370
     Wilmington DE 19801
     (302) 656-0400

DATED: 10/11/05     and

          **KLINE & SPECTER, P.C.**

  BY: S/Jonathan M. Cohen, Esquire/ JC593
     JONATHAN M. COHEN, ESQUIRE
     JOSHUA VAN NAARDEN, ESQUIRE
     1525 Locust Street, 19th Floor
     Philadelphia PA 19102
     (215) 772-1000