IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ST. PAUL MERCURY INSURANCE COMPANY, and PACK AND PROCESS, INC., | : | |
| Plaintiffs, | | |
| v. | : | Civil Action No. 05-22-KAJ |
| MALY YAN, | | |
| Defendant. | | |

| | | |
|---|---|---|
| YAN THOU, et al., | | |
| Plaintiffs, | | |
| v. | : | Civil Action No. 05-513-KAJ |
| PACK & PROCESS, INC., et al., | : | CONSOLIDATED CASES |
| Defendants. | | |

### ORDER

At Wilmington this **12th** day of **October, 2005**.

IT IS ORDERED that a teleconference has been scheduled for **Wednesday, February 1, 2006 at 8:30 a.m. to be initiated by counsel for workers**. The purpose of the teleconference is to discuss the status of the case and its affect on mediation/ADR.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court



FILED
OCT 12 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE