IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ST. PAUL MERCURY INSURANCE COMPANY and PACK AND PROCESS, INC., | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | Civil Action No. 05-22-KAJ Consolidated |
| MALY YAN, | ) ) ) | |
| Defendant. | ) | |

### ORDER

At Wilmington this 19th day of October, 2005,

For the reasons set forth by the Court during the teleconference held on October 18, 2005,

IT IS HEREBY ORDERED that Defendants' motion to quash subpoenas (D.I. 60) is DENIED.

_____
UNITED STATES DISTRICT JUDGE