COPY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

FILED
CLERK U.S. DISTRICT
DISTRICT OF DELAWARE
2005 OCT 19 PM 4:55

| | |
|---|---|
| ST. PAUL MERCURY INSURANCE COMPANY and PACK AND PROCESS, INC., <br><br>            Plaintiffs, <br><br>    v. <br><br> MALY YAN, <br><br>            Defendant. | ) ) ) ) ) ) ) ) Civil Action No. 05-22-KAJ ) Consolidated ) ) ) ) |

### ORDER

At Wilmington this 19th day of October, 2005,

For the reasons set forth by the Court during the teleconference held on October 18, 2005,

IT IS HEREBY ORDERED that Defendants' motion to quash subpoenas (D.I. 60) is DENIED.

_____
UNITED STATES DISTRICT JUDGE



RECEIVED
OCT 25 2005
U S DISTRICT COURT
DISTRICT OF DELAWARE



Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

OFFICIAL BUSINESS

U.S.M.S. X-RAY

Donkeo Phravichit
Donkeo Phravichit, Pro se
2326 South 7th Street
Philadelphia, PA 19148

RTS
RETURN TO SENDER

A  ☐ INSUFFICIENT ADDRESS   ☐ OTHER
   ☐ ATTEMPTED NOT KNOWN
C  ☐ NO SUCH NUMBER/STREET
   ◆ NOT DELIVERABLE AS ADDRESSED
S  ☐ UNABLE TO FORWARD

WILMINGTON DE
PM 20 OCT 2005 198