# EXHIBIT "A"

Case 1:05-cv-00022-MPT   Document 71-2   Filed 12/02/2005   Page 1 of 8

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ST. PAUL MERCURY INSURANCE COMPANY <br><br> and <br><br> PACK AND PROCESS, INC. <br><br> Plaintiffs, <br><br> v. <br><br> MALY YAN <br><br> Defendant. | Case No. 05-0022 (KAJ) |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| YAN THOU, et. al <br><br> Plaintiffs, <br><br> v. <br><br> PACK & PROCESS, INC., et. al. <br><br> Defendants. | Case No. 05-00513 (KAJ) <br><br> CONSOLIDATED CASES |

### FIRST SET OF INTERROGATORIES OF ST. PAUL MERCURY INSURANCE COMPANY AND PACK AND PROCESS, INC. ADDRESSED TO MALY YAN

Plaintiffs in Docket No. 05-0022 and defendants in Docket No. 05-00513, St. Paul Mercury Insurance Company and Pack and Process, Inc., pursuant to Federal Rule of Civil Procedure 33 and Local Rule of Civil Procedure 26.1, hereby serve these interrogatories upon the above-named party, who is requested to respond in the manner, and within the time, prescribed by the above Rules.

### DEFINITIONS

The following words used in these interrogatories have the following meanings:

"You" or "your" refers to the person to whom these interrogatories are directed, including their agents, employees, attorneys and other representatives.

"Person" means any natural person, or any business entity, such as a corporation, association, or partnership.

"Accident" refers to the motor vehicle accident lying at the heart of the instant dispute which occurred on June 18, 2001 on Interstate 95 in Delaware.

"Pack and Process" means Pack and Process, Inc., the plaintiff in Docket No. 05-0022, and any of its officers, directors, employees, agents, adjusters, insurance agents or brokers, or other representatives.

"St. Paul" means St. Paul Mercury Insurance Company, the plaintiff in Docket No. 05-0022, and any of its officers, directors, employees, agents, adjusters, insurance agents or brokers, or other representatives.

"Maly Yan" means the defendant in Docket No. 05-0022 and her agents, employees, spokespersons, attorneys and other representatives.

"Van" means the 1992 van allegedly being driven by Maly Yan on the date of the Accident.

"Policy" means the insurance policy at issue in this litigation, including but not limited to the general liability, auto and/or umbrella coverages contained within such policy.

"Party" or "Parties" means, depending on the context, each party and all parties to the above consolidated actions.

"Identify", as used in these interrogatories, means (a) with respect to a natural person, you are requested to provide the person's full name and present or last known business and home addresses and telephone numbers, and to otherwise provide information sufficient to notice such

2

person's deposition and serve him or her with a subpoena; (b) with respect to a corporation or other entity which is not a natural person, **you** are requested to provide the entity's full name, principal place of business and telephone number, and the name, address and telephone number of the individual officer, employee or agent with knowledge pertinent to this action; and (c) with respect to a document or other tangible thing, **you** are requested to provide its date, author and subject matter and a description sufficient to include in a subpoena or Request for Production of Documents.

"**Document**" means and includes any written, drawn, typed, printed or other graphic material of any character, however produced or reproduced, or any copy, study or reproduction thereof, including, without limitation: contracts, agreements, books of account, diaries, histories, notes, correspondence, papers, ledgers, memoranda, minutes, resolutions, telegrams, statements of witnesses or persons having knowledge of relevant facts, catalogues and brochures, bills, checks and check stubs, receipts, invoices, vouchers, orders, business records, maps, charts, diagrams, blueprints, sketches, models, prototypes, audio or video tape, computer disks and any tangible objects not otherwise described herein, *and shall include, without limitation, any electronic communications such as electronic mail (e-mail), instant messages, or the like.*

"**Communication**" and "**communications**" and "**communicated**" refers to oral, written or other forms of information exchange.

### INTERROGATORIES

1.   State whether, prior to the "trial" on January 14 and 20, 2005 in <u>Yan Thou et. al. v. Maly Yan</u>, Philadelphia Court of Common Pleas, June Term 2003, No. 1508, the plaintiffs or their counsel or other representatives in that action had any agreement, contract, or understanding, whether express, implied, oral or written, with the defendant therein, **Maly Yan**, or her counsel or other

3

representatives, concerning how the "trial" would progress, what witnesses would be called, what evidence would be introduced, what matters would be stipulated to, or any other aspects of the proceedings. If your answer is anything other than an unqualified "no", **identify** (a) who were parties to the agreement, contract or understanding, (b) the details, terms and scope of same, (c) whether there are any documents which record, reflect, refer or relate to same, and (d) the location of any such documents.

2. State **your** full name, the date and place of **your** birth, **your** country of citizenship, your first language and dialect (that is, the language and dialect you speak most fluently), **your** social security number and whether and when **you** first received a valid Permanent Resident Card (Form I-551) (a/k/a "Green Card").

3. State all addresses you have lived at from 1999 to the present, the dates of occupancy for each address, and whether you own or rent the premises.

4. State **your** educational and/or vocational background and all degrees and certificates **you** have earned.

5. State whether **you** have ever been convicted of any crimes in the last 10 years and, if so, list the specific convictions, jurisdictions, dates, sentence received and whether and where you were imprisoned as a result of the conviction.

6. **Identify** all **Persons** who have knowledge concerning **Maly Yan's** title(s), job description and required work duties for **Pack & Process** from 1999 to present and for each such **Person** state the full extent of that knowledge.

7. State whether **you** worked at **Pack and Process** from 1999 to present and, if so (a) when **you** worked there, (b) who **you** were employed by when **you** did that work, (c) who **you** were

4

paid by when you did that work, (d) the amount(s) you were paid for that work (for example, salary or hourly rate), (e) how you were paid (for example, cash, check, or other), (f) **your** job title and duties, and (g) whether the amount you were paid was determined by hours worked as shown on a time clock or other log of time spent working.

8. Regarding the **Van**, (a) state when it was first purchased, (b) state who purchased it, (c) state for what purpose(s) it was purchased, (d) **identify** who owned it on the date of the **Accident**, (e) **identify** what **person(s)** had the owner's permission to drive it before the **Accident** and list the period(s) of time for which such permission was granted, (f) **identify** the **person** who told or asked each such driver to drive it, (g) **identify** when **Maly Yan's** father stopped driving it, why he stopped, and who became the principal driver(s) thereafter, (h) **identify** the **person** who told or asked the replacement driver(s) to drive the **Van**, (i) **identify** the replacement driver(s), and (j) state when the replacement driver(s) was told or asked to drive the **Van**.

9. Regarding the **Van**, from 1999 to 2002 (a) did the passengers traveling to and from **Pack and Process** pay anything for the transportation service and, if so, (b) what amount(s) did they pay, and (c) who did they pay it to?

10. Regarding use of the **Van** to transport workers to and/or from Pack & Process from 1999 to 2002 (a) was the driver compensated for driving and, if so, (b) who paid the driver, (c) what amount(s) was the driver paid, (d) how was payment made (for example, cash, check, other), (e) on what basis were the payments computed, and (f) how often was payment made.

11. Regarding the **Van**, state (a) who paid for gas, (b) who paid for routine maintenance and repairs, (c) who paid insurance for it, and (d) who paid for registration and inspections for it.

5

12. **Identify** all **persons** who have knowledge concerning any **communications** from 1999 to present between **Pack & Process** and **Maly Yan** having anything to do with the scope of her work duties for **Pack and Process** or the driving of any motor vehicle to transport her or others to or from **Pack and Process**.

13. For each **person who you identify** in response to the preceding interrogatory, state with particularity what was **communicated**, when and how it was **communicated**, and who **communicated** it to whom.

14. **Identify** all **persons** who have knowledge concerning any **communications** from 1999 to present between any **party** and Lam Staff, Inc., David Thach and/or Suasaday Thach having anything to do with the driving of any motor vehicle to transport workers to or from **Pack and Process**.

15. For each **person who you identify** in response to the preceding interrogatory, state with particularity what was **communicated**, when and how it was **communicated**, and who comunicated it to whom.

16. **Identify** all **experts you** intend to call to testify at the trial of this matter and for each such expert, state the facts known, opinions held and the bases for each such opinion.

17. From 1999 to 2002, did **you** hold a valid drivers license? If so, state the State(s) and date(s) of issuance and, if the license was ever revoked or suspended, state the reasons for same and the period(s) of time during which **your** license was revoked or suspended.

18. **Identify** all insurance under which **you** have recovered, or may be able to recover, benefits arising out injuries or damage suffered in the **Accident**. State the name of the insurer, type of policy, policy number, policy period, limits of coverage, and whether **you** have made a claim for

6

benefits under such insurance.

19. State with particularity each and every specific section of the **Policy** you claim has been breached by **St. Paul**.

20. **Identify** all documents which record, reflect, refer or relate to **Maly Yan's** job duties at **Pack and Process** and her driving of the **Van**.

21. Did **you** ever get to or from work at **Pack and Process** using any vehicle other than the **Van**? If so, **identify** the vehicle **you** used, who owned it, when **you** used it, who drove it, and who paid for gas, maintenance, repairs, insurance, registration and inspections for the vehicle.

22. For the years 1999 through 2002, did **you** file federal and/or state income tax returns? If so, specify the returns **you** filed and **identify** all **persons** who provided any assistance, advice or filing services relating to such returns or related to income tax matters.

DEASEY, MAHONEY & BENDER, LTD.

Francis J. Deasey, Esquire
James B. Burns, Esquire
Deasey, Mahoney & Bender, Ltd.
1800 John F. Kennedy Blvd., Suite 1300
Philadelphia, Pennsylvania 19103-2978
(215) 587-9400 (telephone)
(215) 587-9456 (facsimile)

*Counsel for Plaintiffs in No. 05-0022 and Defendants in No. 05-00513*

Dated: October 7, 2005

G:\Insurance Clients\St Paul-USF&G-350 - 351\St.Paul v. Maly Yan-21939\Discovery\ROGS to Chan Yan 10.6.05.wpd

7