# EXHIBIT "B"

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ST. PAUL MERCURY INSURANCE COMPANY | ) ) ) ) | |
| and | ) ) | |
| PACK AND PROCESS, INC. | ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 05-0022 (KAJ) |
| MALY YAN | ) ) ) | |
| Defendant. | ) | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| YAN THOU, et. al | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 05-00513 (KAJ) |
| PACK & PROCESS, INC., et. al. | ) ) | CONSOLIDATED CASES |
| Defendants. | ) | |

FIRST REQUEST FOR PRODUCTION OF DOCUMENTS BY ST. PAUL
MERCURY INSURANCE COMPANY AND PACK AND PROCESS, INC.
ADDRESSED TO MALY YAN

Plaintiffs in Docket No. 05-0022 and defendants in Docket No. 05-00513, St. Paul Mercury Insurance Company and Pack and Process, Inc., pursuant to Federal Rule of Civil Procedure 34 and Local Rule of Civil Procedure 26.1, hereby serve this request for production of documents upon the above-named party, who is requested to respond in the manner, and within the time, prescribed by the above Rules.

## DEFINITIONS

The following words used in these requests have the following meanings:

"**You**" or "**your**" refers to the person to whom these requests are directed, including their agents, employees, attorneys and other representatives.

"**Person**" means any natural person, or any business entity, such as a corporation, association, or partnership.

"**Accident**" refers to the motor vehicle accident lying at the heart of the instant dispute which occurred on June 18, 2001 on Interstate 95 in Delaware.

"**Pack and Process**" means Pack and Process, Inc., the plaintiff in Docket No. 05-0022, and any of its officers, directors, employees, agents, adjusters, insurance agents or brokers, or other representatives.

"**St. Paul**" means St. Paul Mercury Insurance Company, the plaintiff in Docket No. 05-0022, and any of its officers, directors, employees, agents, adjusters, insurance agents or brokers, or other representatives.

"**Maly Yan**" means the defendant in Docket No. 05-0022 and her agents, employees, spokespersons, attorneys and other representatives.

"**Van**" means the 1992 van allegedly being driven by Maly Yan on the date of the **Accident**.

"**Policy**" means the insurance policy at issue in this litigation, including but not limited to the general liability, auto and/or umbrella coverages contained within such policy.

"**Party**" or "**Parties**" means, depending on the context, each party and all parties to the above consolidated actions.

2

"**Identify**", as used in these requests, means (a) with respect to a natural person, you are requested to provide the person's full name and present or last known business and home addresses and telephone numbers, and to otherwise provide information sufficient to notice such person's deposition and serve him or her with a subpoena; (b) with respect to a corporation or other entity which is not a natural person, you are requested to provide the entity's full name, principal place of business and telephone number, and the name, address and telephone number of the individual officer, employee or agent with knowledge pertinent to this action; and (c) with respect to a document or other tangible thing, you are requested to provide its date, author and subject matter and a description sufficient to include in a subpoena or Request for Production of Documents.

"**Document**" means and includes any written, drawn, typed, printed or other graphic material of any character, however produced or reproduced, or any copy, study or reproduction thereof, including, without limitation: contracts, agreements, books of account, diaries, histories, notes, correspondence, papers, ledgers, memoranda, minutes, resolutions, telegrams, statements of witnesses or persons having knowledge of relevant facts, catalogues and brochures, bills, checks and check stubs, receipts, invoices, vouchers, orders, business records, maps, charts, diagrams, blueprints, sketches, models, prototypes, audio or video tape, computer disks and any tangible objects not otherwise described herein, *and shall include, without limitation, any electronic communications such as electronic mail (e-mail), instant messages, or the like.*

"**Communication**" and "**communications**" and "**communicated**" refers to oral, written or other forms of information exchange.

## REQUESTS

You are requested to produce the following:

3

1. With respect to the "trial" on January 14 and 20, 2005 in <u>Yan Thou et. al. v. Maly Yan</u>, Philadelphia Court of Common Pleas, June Term 2003, No. 1508, all **documents** which record, reflect, refer or relate to any agreement, contract, or understanding, whether express, implied, oral or written, between any of the parties to that action concerning how the "trial" would progress, what witnesses would be called, what evidence would be introduced, what matters would be stipulated to, or any other aspects of the proceedings.

2. Copies of your Permanent Resident Card (Form I-551) (a/k/a "Green Card") and your social security card.

3. Copies of any and all **documents** which record, reflect, refer or relate to any of **your** criminal convictions in the last 10 years, including any sentencing and/or imprisonment.

4. Copies of any and all **documents** which record, reflect, refer or relate to **Maly Yan's** title(s), job description and required work duties for **Pack & Process** from 1999 to present.

5. Copies of any and all **documents** which record, reflect, refer or relate to the **Van**, including but not limited to its purchase, repair and/or maintenance, insurance, registration, inspections, and the **Van's** certificate of title (or similar proof of ownership).

6. Copies of any and all **documents** which record, reflect, refer or relate to the suspension or revocation of driving privileges for **Maly Yan's** father.

7. Copies of any and all **documents** which record, reflect, refer or relate to any directive, request or requirement that **Maly Yan** or any other **person** drive the **Van** to and/or from Pack & Process.

8. Copies of any and all **documents** which record, reflect, refer or relate to payments made by any passengers in the **Van** from 1999 to 2002 for traveling to and from **Pack and Process**.

4

9. Copies of any and all **documents** which record, reflect, refer or relate to payments made to the driver of the **Van** from 1999 to 2002 for transporting workers to and/or from **Pack and Process**.

10. Copies of any and all **documents** which record, reflect, refer or relate to any **communications** from 1999 to present between **Pack & Process** and **Maly Yan** having anything to do with **Maly Yan's** job duties for **Pack and Process**, including but not limited to any alleged duties regarding the transportation of her or others to or from **Pack and Process**.

11. Copies of any and all **documents** which record, reflect, refer or relate to any **communications** from 1999 to present between any **party** and Lam Staff, Inc., David Thach and/or Suasaday Thach having anything to do with the driving of any motor vehicle to transport workers to or from **Pack and Process**.

12. Copies of the reports of all experts you intend to call to testify at the trial of this matter as well as copies of all documents provided to said experts, whether the expert relies upon such documents or not.

13. Copies of any and all **documents** which record, reflect, refer or relate to any drivers licenses you held from 1999 to 2002.

14. Copies of any and all **documents** which record, reflect, refer or relate to any and all insurance policies (including copies of the policies themselves) under which you have recovered, or may be able to recover, benefits arising out injuries or damage suffered in the **Accident**.

15. Copies of any and all **documents** which record, reflect, refer or relate to any vehicle other than the **Van** which was used to transport workers to or from **Pack and Process**? This includes, without limitation, documents related to its purchase, fueling, maintenance, repairs,

5

insurance, registration and inspections.

16.  Copies of all Federal and State income tax returns you filed for the years 1999 through 2002.

DEASEY, MAHONEY & BENDER, LTD.

_/s/ Francis J. Deasey_

Francis J. Deasey, Esquire
James B. Burns, Esquire
Deasey, Mahoney & Bender, Ltd.
1800 John F. Kennedy Blvd., Suite 1300
Philadelphia, Pennsylvania 19103-2978
(215) 587-9400 (telephone)
(215) 587-9456 (facsimile)

*Counsel for Plaintiffs in No. 05-0022 and Defendants in No. 05-00513*

Dated:   October 7, 2005

G:\Insurance Clients\St Paul-USF&G-350 - 351\St.Paul v. Maly Yan-21939\Discovery\RTP to Chan Yan 10.6.05.wpd

6