# EXHIBIT "C"

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ST. PAUL MERCURY INSURANCE COMPANY | ) ) ) | |
| and | ) ) | |
| PACK AND PROCESS, INC. | ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 05-0022 (KAJ) |
| MALY YAN | ) ) | |
| Defendant. | ) | |

*********************************

| | | |
|---|---|---|
| YAN THOU, et. al | ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 05-00513 (KAJ) |
| PACK & PROCESS, INC., et. al. | ) ) | CONSOLIDATED CASES |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

I, James B. Burns, Esquire hereby certify that I have served a true and correct copy of the First Set of Interrogatories of St. Paul Mercury Insurance Company and Pack and Process, Inc., as well as the First Request for Production of Documents by St. Paul Mercury Insurance Company and Pack and Process, Inc. upon the following parties in the above-captioned matters:

1. Yan Thou, Individually and as Administrator of the Estate of Oeurn Mam, Deceased and Navy Yan, Deceased;

2. Chan Yan;

3. Thua Son;

4. Chicu Thi Huynh;

5. Bay Thi Nguyen;

6. Unchalee Vong;

7. Donkeo Phravichit;

8. Kusti Leman;

9. Tjajah Chandra, as Mother and Legal Guardian of Lani Chandra and Lani Chandra, in her own right;

10. Zair Shah;

11. Khan Gul;

12. Salim Khan and Mohammed Sardar Khan, as Co-Administrators of the Estate of Mohammed Azim;

13. Soly Chan, as Administrator of the Estate of Lang Kehm, Deceased also known as Lang Chhay;

14. Thorn Bun Khem, as Administrator of the Estate of Lam Khem, Deceased; and

15. Maly Yan.

via First-Class mail, postage prepaid to the parties listed below:

Yvonne Takvorian Saville, Esquire
1220 N. Market Street, Suite 604
P.O. Box 370
Wilmington, DE 19801

Steven M. Dranoff, Esquire
121 S. Broad Street, Suite 1210
Philadelphia, PA 19107

Robert S. Miller, Esquire
**Wapner, Newman, Wigrizer & Brecher**
115 South 21st Street
Philadelphia, PA 19103

Warren I. Seigel, Esquire
1515 Market Street, Suite 1540
Philadelphia, PA 19102

2

Richard Costigan, Esquire
**Costigan & Costigan**
1315 Walnut Street, Suite 902
Philadelphia, PA 19107

Joshua Van Naarden, Esquire
**Kline & Specter**
1525 Locust Street, 19th Floor
Philadelphia, PA 19102

**DEASEY, MAHONEY & BENDER, LTD.**

By: _____
Francis J. Deasey, Esquire
James B. Burns, Esquire
Deasey, Mahoney & Bender, Ltd.
1800 John F. Kennedy Blvd., Suite 1300
Philadelphia, PA 19103-2978

Date: October 7, 2005

3