**EXHIBIT "D"**

# DEASEY, MAHONEY & BENDER, LTD.

FRANCIS J. DEASEY
HARRY G. MAHONEY
JAMES W. DALY†
GERALD J. VALENTINI‡
JAMES B. BURNS†
JANE A. NORTH†
HENRI MARCEL†
CARLA P. MARESCA†○
ADAM J. PANTANO†
CRAIG M. STRAW
WARD A. RIVERS†
CHRISTOPHER C. NEGRETE
STEPHEN J. PARISI†
CHRISTOPHER T. HUBER
PATRICIA E. McENTEER
MICHAEL J. HINKLE†
TROY D. SISUM†
JENNIFER B. HUNTER†
CHRISTOPHER G. MAVROS†

ATTORNEYS AT LAW - PROCTORS IN ADMIRALTY
SUITE 1300
1800 JOHN F. KENNEDY BOULEVARD
PHILADELPHIA, PA 19103-2978
215-587-9400
FACSIMILE: 215-587-9456

DIRECT E-MAIL: JBBURNS@DMBPHILA.COM
VOICE-MAIL EXTENSION #

NEW JERSEY OFFICE:
80 TANNER STREET
HADDONFIELD, NJ 08033-2419
856-429-6331
FACSIMILE: 856-429-6562

OF COUNSEL:
FRANK C. BENDER
WILLIAM R. DEASEY
1951-1993
JAMES G. BARNES
1988-1997

† ALSO MEMBER NJ BAR
‡ ALSO MEMBER CA BAR
○ ALSO MEMBER NY BAR

November 16, 2005

Yvonne Takvorian Saville, Esquire
1220 N. Market Street, Suite 604
P.O. Box 370
Wilmington, DE 19801

Steven M. Dranoff, Esquire
121 S. Broad Street, Suite 1210
Philadelphia, PA 19107

Richard Costigan, Esquire
**Costigan & Costigan**
1315 Walnut Street, Suite 902
Philadelphia, PA 19107

Robert S. Miller, Esquire
**Wapner, Newman, Wigrizer & Brecher**
115 South 21st Street
Philadelphia, PA 19103

Warren I. Seigel, Esquire
1515 Market Street, Suite 1540
Philadelphia, PA 19102

RE: ST. PAUL MERCURY INSURANCE COMPANY and PACK AND PROCESS, INC. vs. YAN
YAN THOU, et al vs. PACK & PRESS, INC., et al
Our file No: 350.21939

Dear Counsel:

On October 7, 2005, I forwarded the First Set of Interrogatories of St. Paul Mercury Insurance Company and Pack and Process, Inc., as well as the First Request for Production of Documents by

PAGE NO.   2                    TO        All Counsel
                                          November 16, 2005

St. Paul Mercury Insurance Company and Pack and Process, Inc., to each party in the above-captioned matters. Please advise as to when I can expect answers to the above discovery as it is now overdue.

Please contact me with any questions.

                                        Very truly yours,

                                        **DEASEY, MAHONEY & BENDER, LTD.**

By:   _____
                                        JAMES B. BURNS, ESQUIRE

JBB/cac