# EXHIBIT "E"

# DEASEY, MAHONEY & BENDER, LTD.

FRANCIS J. DEASEY
HARRY G. MAHONEY
JAMES W. DALY†
GERALD J. VALENTINI‡
JAMES B. BURNS†
JANE A. NORTH†
HENRI MARCEL†
CARLA P. MARESCA†○
ADAM J. PANTANO†
CRAIG M. STRAW
WARD A. RIVERS†
CHRISTOPHER C. NEGRETE
STEPHEN J. PARISI†
CHRISTOPHER T. HUBER
PATRICIA E. McENTEER
MICHAEL J. HINKLE†
TROY D. SISUM†
JENNIFER B. HUNTER†
CHRISTOPHER G. MAVROS†

ATTORNEYS AT LAW - PROCTORS IN ADMIRALTY
SUITE 1300
1800 JOHN F. KENNEDY BOULEVARD
PHILADELPHIA, PA  19103-2978
215-587-9400
FACSIMILE: 215-587-9456

DIRECT E-MAIL:  JBBURNS@DMBPHILA.COM
VOICE-MAIL EXTENSION #177

November 21, 2005

NEW JERSEY OFFICE:
80 TANNER STREET
HADDONFIELD, NJ 08033-2419
856-429-6331
FACSIMILE: 856-429-6562

OF COUNSEL:
FRANK C. BENDER
WILLIAM R. DEASEY
1951-1993
JAMES G. BARNES
1988-1997
† ALSO MEMBER NJ BAR
‡ ALSO MEMBER CA BAR
○ ALSO MEMBER NY BAR

Joshua Van Naarden, Esquire
**Kline & Specter**
1525 Locust Street
19th Floor
Philadelphia, PA 19102

***VIA TELECOPIER AND MAIL***

      Re:  Yan Thou v. Pack and Process, Inc., et al.
            U.S.D.C., E.D. of PA; No. 05-832
            Our File No.: 350.21939

Dear Mr. Van Naarden:

    This will confirm your request for, and my clients' granting of, an extension of time in which your clients must serve answers to interrogatories and responses to the requests for production of documents. We have granted you thirty (30) days from the original due date of November 7, 2005. Thus, your clients' responses to this discovery is due on or before December 7, 2005. This extension is being granted only to your clients. It does not apply to the other claimants/defendants.

    As I stated in my phone message to you last week, this extension is granted on the condition that your clients will grant my clients an equivalent extension of time to respond to any future discovery your clients might serve. Since you did not object to this condition, I am

PAGE NO    2    TO    Joshua Van Naarden, Esquire
November 21, 2005

operating on the assumption that it has been accepted by your clients. If I am incorrect, please advise immediately as I will need to file a motion with the court to compel the overdue discovery and seek whatever other relief may be available to us.

Very truly yours,

DEASEY, MAHONEY & BENDER, LTD.

By: _____
JAMES B. BURNS, ESQUIRE

JBB/cac

cc:    Yvonne Takvorian Saville, Esquire
Steven M. Dranoff, Esquire
Robert S. Miller, Esquire
Richard Costigan, Esquire
Warren I. Siegel, Esquire
Joseph K. Koury, Esquire
(All via telecopier and mail)

G:\Insurance Clients\St Paul-USF&G-350 - 351\St.Paul v. Maly Yan-21939\Correspondence\Van Naarden re disc ext 11-21-05.wpd

TOTAL P.18