IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ST. PAUL MERCURY INSURANCE COMPANY | ) | |
| and | ) | |
| PACK AND PROCESS, INC. | ) | |
| Plaintiffs, | ) | |
| v. | ) | Case No. 05-0022 (KAJ) |
| MALY YAN | ) | |
| Defendant. | ) | |

*************************************

| | | |
|---|---|---|
| YAN THOU, et. al | ) | |
| Plaintiffs, | ) | |
| v. | ) | Case No. 05-00513 (KAJ) |
| PACK & PROCESS, INC., et. al. | ) | CONSOLIDATED CASES |
| Defendants. | ) | |

**O R D E R**

AND NOW, this         day of December, 2005, upon consideration of Plaintiffs' in Civil Action No. 05-0022 Motion to Compel Discovery and to Obtain Sanctions Against Certain Defendants, and any responses thereto, it is HEREBY ORDERED that said motion is GRANTED.

IT IS FURTHER ORDERED that defendants, Unchalee Vong; Donkeo Phravichit; Kusti Leman; Tjajah Chandra, as Mother and Legal Guardian of Lani Chandra and Lani Chandra, in her own right; Zair Shah; Khan Gul; Salim Khan and Mohammed Sardar Khan, as Co-Administrators of the Estate of Mohammed Azim; Soly Chan, as Administrator of the Estate of

Lang Kehm, deceased a/k/a Lanh Chhay; and Thorn Bun Khem, as Administrator of the Estate of Lam Khem, deceased, shall serve upon counsel for Plaintiffs, no later than December 20, 2005, full and complete answers and responses to the interrogatories and requests for production of documents served upon them on October 7, 2005, or suffer sanctions.

    IT IS FURTHER ORDERED that the above-listed defendants shall reimburse Plaintiffs in Civil Action No. 05-0022 for their reasonable expenses incurred in making the aforesaid motion, including attorneys fees, in the amount of $_____.

                                                                          _____
                                                                            Kent A. Jordan, District Judge