## CERTIFICATE OF SERVICE

I, Joseph K. Koury, hereby certify this 2nd day of December, 2005, that copies of the foregoing *Plaintiffs' Motion to Compel Discovery and Obtain Sanctions Against Certain Defendants* were caused to be served upon the following by first class mail, postage prepaid, unless otherwise indicated:

Robert S. Miller, Esq.
Wapner, Newman, Wigrizer & Brecher
115 South 21st Street
Philadelphia, PA  19103

Warren I. Seigel, Esq,
Bernhardt & Rothermel, P.C.
1515 Market Street, Suite 1540
Philadelphia, PA  19102

Steven M. Dranoff, Esq.
Dranoff Associates
121 S. Broad Street, Suite 1210
Philadelphia, PA  19107

Richard Costigan, Esq.
Costigan & Costigan
1315 Walnut Street
Philadelphia, PA  19107

_____
Joseph K. Koury (#4272)