IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ST. PAUL MERCURY INSURANCE COMPANY and PACK AND PROCESS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> MALY YAN, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 05-22-KAJ <br> Consolidated |

## ORDER

At Wilmington this 7th day of December, 2005,

Plaintiffs' motion to compel discovery and obtain sanctions against certain defendants (D.I. 71) is DENIED without prejudice for failure to follow the Court's discovery dispute procedures set forth in paragraph 3(e) of the Scheduling Order dated September 16, 2005 (D.I. 55).

_____
UNITED STATES DISTRICT JUDGE