IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ST. PAUL MERCURY INSURANCE COMPANY<br><br>and<br><br>PACK AND PROCESS, INC.,<br><br>      Plaintiffs,<br><br>v.<br><br>MALY YAN,<br><br>      Defendant. | Case No. 05-0022 (KAJ) |

************************************

| | |
|---|---|
| YAN THOU, et al.,<br><br>      Plaintiffs,<br><br>v.<br><br>PACK & PROCESS, INC., et al.,<br><br>      Defendants. | Case No. 05-0513 (KAJ)<br><br>CONSOLIDATED CASES |

**MOTION FOR ADMISSION *PRO HAC VICE* OF ROBERT S. MILLER, ESQUIRE**

**NOW COMES** Michael L. Sensor, Esquire, a member of the Bar of this Court, and, pursuant to D. Del. L.R. 83.5, moves the admission *pro hac vice* of Robert S. Miller, Esquire, of Wapner, Newman, Wigrizer & Brecher, 115 S. 21st Street, Philadelphia, PA 19103, (215) 569-0900 as attorney for Unchalee Vong, Lawrence Vong, and Donkeo Phravichit in the above-captioned actions.

The Certification required by D. Del. L.R. 83.5 signed by Mr. Miller is attached hereto as Exhibit "A" and incorporated herein by reference.

**PERRY & SENSOR**

By:    /s/ Michael L. Sensor
       Michael L. Sensor, Esquire
       Delaware Bar ID No. 3541
       Suite 560, First Federal Plaza
       P.O. Box 1568
       Wilmington, DE 19899-1568
       Telephone: (302) 655-4482
       Attorney for Plaintiffs Vong, Phravichit, Leman, T. Chandra, L. Chandra, Shah, Gul, Khan, Chan, and Khem

Dated: December 27, 2005

**ORDER GRANTING MOTION**

**IT IS HEREBY ORDERED** that counsel's Motion for Admission *Pro Hac Vice* is granted.

Date: _____        _____
                                                  United States District Judge

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on December 27, 2005, he electronically filed the following document with the Clerk of Court using CM/ECF which will send notification of such filing to the following persons, counsel of record for all parties, or via U.S. Mail where appropriate:

**DOCUMENT:**

Motion for Admission *Pro Hac Vice* of Robert S. Miller, Esquire

**RECIPIENTS:**

Joseph R. Biden, III, Esquire
Joseph K. Koury, Esquire
Bifferato, Gentilotti, Biden & Balick
1308 Delaware Avenue
P.O. Box 2165
Wilmington, DE 19899-2165

Francis J. Deasey, Esquire
James B. Burns, Esquire
Deasey, Mahoney & Bender, Ltd.
1800 John F. Kennedy Boulevard, Suite 1300
Philadelphia, PA 19103-2978

Yvonne Takvorian Saville, Esquire
Weiss & Saville
1220 Market Street, Suite 604
P.O. Box 370
Wilmington, DE 19899-0370

Jonathan M. Cohen, Esquire
Joshua Van Naarden, Esquire
Kline & Specter
1525 Locust Street, 19th Floor
Philadelphia, PA 19102

**PERRY & SENSOR**

By:  /s/ Michael L. Sensor
      Michael L. Sensor, Esquire
      Delaware Bar ID No.  3541
      Suite 560, First Federal Plaza
      P.O. Box 1568
      Wilmington, DE 19899-1568
      Telephone: (302) 655-4482
      Attorney for Plaintiffs Vong, Phravichit, Leman, T. Chandra, L. Chandra, Shah, Gul, Khan, Chan, and Khem

Dated:  December 27, 2005

# EXHIBIT "A"

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ST. PAUL MERCURY INSURANCE COMPANY | ) ) ) | |
| and | ) ) | |
| PACK AND PROCESS, INC., | ) ) | |
| Plaintiffs, | ) | Case No. 05-0022 (KAJ) |
| v. | ) ) | |
| MALY YAN, | ) ) | |
| Defendant. | ) ) | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| YAN THOU, et al., | ) ) ) | |
| Plaintiffs, | ) ) | Case No. 05-0513 (KAJ) |
| v. | ) ) | CONSOLIDATED CASES |
| PACK & PROCESS, INC., et al., | ) ) ) | |
| Defendants. | ) | |

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

I, Robert S. Miller, Esquire, pursuant to D. Del. L.R. 83.5, hereby certify that I am eligible for admission to this Court; I am admitted, practicing, and in good standing as a member of the Bar of the Commonwealth of Pennsylvania; and pursuant to D. Del. L.R. 83.5, I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

In accordance with the Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fund of $25.00 will be submitted to the Clerk's Office upon the filing of this Motion.

WAPNER, NEWMAN, WIGRIZER & BRECHER

By: _____
Robert S. Miller, Esquire
115 S. 21st Street
Philadelphia, PA 19103
(215) 569-0900
Attorney for Unchalee Vong, Lawrence Vong, and Donkeo Phravichit

Dated: