## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ST. PAUL MERCURY INSURANCE COMPANY | )<br>)<br>) |
| and | )<br>) |
| PACK AND PROCESS, INC., | )<br>) |
| Plaintiffs, | ) Case No. 05-0022 (KAJ)<br>) |
| v. | )<br>) |
| MALY YAN, | )<br>) |
| Defendant. | )<br>) |

**************************************

| | |
|---|---|
| YAN THOU, et al., | )<br>) |
| Plaintiffs, | ) Case No. 05-0513 (KAJ)<br>) |
| v. | ) CONSOLIDATED CASES<br>) |
| PACK & PROCESS, INC., et al., | )<br>) |
| Defendants. | ) |

### MOTION FOR ADMISSION *PRO HAC VICE* OF RICHARD COSTIGAN, ESQUIRE

**NOW COMES** Michael L. Sensor, Esquire, a member of the Bar of this Court, and, pursuant to D. Del. L.R. 83.5, moves the admission *pro hac vice* of Richard Costigan, Esquire, of Costigan & Costigan, 1315 Walnut Street, Suite 902, Philadelphia, PA 19107, (215) 546-7215, as attorney for Zair Shah, Khan Gul, Salim Khan, Mohammad Khan, and Azim Mohammad in the above-captioned actions.

The Certification required by D. Del. L.R. 83.5 signed by Mr. Costigan is attached hereto as Exhibit "A" and incorporated herein by reference.

**PERRY & SENSOR**

By:     /s/ Michael L. Sensor
        Michael L. Sensor, Esquire
        Delaware Bar ID No. 3541
        Suite 560, First Federal Plaza
        P.O. Box 1568
        Wilmington, DE 19899-1568
        Telephone: (302) 655-4482
        Attorney for Plaintiffs Vong, Phravichit, Leman, T. Chandra, L. Chandra, Shah, Gul, Khan, Chan, and Khem

Dated: January 3, 2006

## ORDER GRANTING MOTION

**IT IS HEREBY ORDERED** that counsel's Motion for Admission *Pro Hac Vice* is granted.

Date: _____        _____
                                                   United States District Judge

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on January 3, 2006, he electronically filed the following document with the Clerk of Court using CM/ECF which will send notification of such filing to the following persons, counsel of record for all parties, or via U.S. Mail where appropriate:

**DOCUMENT:**

Motion for Admission *Pro Hac Vice* of Richard Costigan, Esquire

**RECIPIENTS:**

Joseph R. Biden, III, Esquire
Joseph K. Koury, Esquire
Bifferato, Gentilotti, Biden & Balick
1308 Delaware Avenue
P.O. Box 2165
Wilmington, DE 19899-2165

Francis J. Deasey, Esquire
James B. Burns, Esquire
Deasey, Mahoney & Bender, Ltd.
1800 John F. Kennedy Boulevard, Suite 1300
Philadelphia, PA 19103-2978

Yvonne Takvorian Saville, Esquire
Weiss & Saville
1220 Market Street, Suite 604
P.O. Box 370
Wilmington, DE 19899-0370

Jonathan M. Cohen, Esquire
Joshua Van Naarden, Esquire
Kline & Specter
1525 Locust Street, 19th Floor
Philadelphia, PA 19102

**PERRY & SENSOR**

By:   <u>/s/ Michael L. Sensor</u>
      Michael L. Sensor, Esquire
      Delaware Bar ID No. 3541
      Suite 560, First Federal Plaza
      P.O. Box 1568
      Wilmington, DE 19899-1568
      Telephone: (302) 655-4482
      Attorney for Plaintiffs Vong, Phravichit, Leman, T. Chandra, L. Chandra, Shah, Gul, Khan, Chan, and Khem

Dated: January 3, 2006

# EXHIBIT "A"

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

RECEIVED
JAN 03 2006

| | | |
|---|---|---|
| ST. PAUL MERCURY INSURANCE COMPANY | ) ) ) | |
| and | ) ) | |
| PACK AND PROCESS, INC., | ) ) | |
| Plaintiffs, | ) ) | Case No. 05-0022 (KAJ) |
| v. | ) ) ) | |
| MALY YAN, | ) ) | |
| Defendant. | ) | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| YAN THOU, et al., | ) ) ) | |
| Plaintiffs, | ) ) | Case No. 05-0513 (KAJ) |
| v. | ) ) ) | CONSOLIDATED CASES |
| PACK & PROCESS, INC., et al., | ) ) ) | |
| Defendants. | | |

**CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

    I, Richard Costigan, Esquire, pursuant to D. Del. L.R. 83.5, hereby certify that I am eligible for admission to this Court; I am admitted, practicing, and in good standing as a member of the Bar of the Commonwealth of Pennsylvania; and pursuant to D. Del. L.R. 83.5, I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

    In accordance with the Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fund of $25.00 will be submitted to the Clerk's Office upon the filing of this Motion.

COSTIGAN & COSTIGAN

By: _____
Richard Costigan, Esquire
1315 Walnut Street, Suite 902
Philadelphia, PA 19107
(215) 546-7215
Attorney for Zair Shah, Khan Gul, Salim
Khan, Mohammad Khan, and Azim
Mohammad

Dated: 12-29-05