IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ST. PAUL MERCURY INSURANCE COMPANY | ) ) ) |
| and | ) ) |
| PACK AND PROCESS, INC., | ) ) |
| Plaintiffs, | ) Case No. 05-0022 (KAJ) ) |
| v. | ) ) |
| MALY YAN, | ) ) |
| Defendant. | ) |

************************************

| | |
|---|---|
| YAN THOU, et al., | ) ) ) |
| Plaintiffs, | ) Case No. 05-0513 (KAJ) ) |
| v. | ) CONSOLIDATED CASES ) |
| PACK & PROCESS, INC., et al., | ) ) |
| Defendants. | ) |

**NOTICE OF SERVICE OF DISCOVERY RESPONSES**

    The undersigned hereby certifies that on January 3, 2006, Steven M. Dranoff, Esquire forwarded two true copies of the following document to the following persons, counsel of record for all parties, by means of first class U.S. mail, postage prepaid:

**DOCUMENT:**

Answers and Objections of Plaintiff Thorn Bun Khem, as Administrator of the Estate of Lam Khem, deceased to St. Paul Insurance Company's and Pack and Process' First Set of Interrogatories and Request for Production

Answers and Objections of Plaintiff Soly Chan, as Administrator of the Estate of Lang Khem, deceased, also known as Lang Chhay, to St. Paul Insurance Company's and Pack and Process' First Set of Interrogatories and Request for Production.

**RECIPIENTS:**

Joseph R. Biden, III, Esquire
Joseph K. Koury, Esquire
Bifferato, Gentilotti, Biden & Balick
1308 Delaware Avenue
P.O. Box 2165
Wilmington, DE 19899-2165

Francis J. Deasey, Esquire
James B. Burns, Esquire
Deasey, Mahoney & Bender, Ltd.
1800 John F. Kennedy Boulevard, Suite 1300
Philadelphia, PA 19103-2978

Yvonne Takvorian Saville, Esquire
Weiss & Saville
1220 Market Street, Suite 604
P.O. Box 370
Wilmington, DE 19899-0370

Jonathan M. Cohen, Esquire
Joshua Van Naarden, Esquire
Kline & Specter
1525 Locust Street, 19th Floor
Philadelphia, PA 19102

            **PERRY & SENSOR**

            By: /s/ Michael L. Sensor
              Michael L. Sensor, Esquire
              Delaware Bar ID No. 3541
              Suite 560, First Federal Plaza
              P.O. Box 1568
              Wilmington, DE 19899-1568
              Telephone: (302) 655-4482
              Attorney for Plaintiffs Vong, Phravichit,
              Leman, T. Chandra, L. Chandra, Shah, Gul,
              Khan, Chan, and Khem

Dated: January 16, 2006

**OF COUNSEL:**

Steven M. Dranoff, Esquire
Dranoff Associates
121 South Broad Street, Ste. 1210
Philadelphia, PA 19107
Telephone: (215) 732-3333