IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ST. PAUL MERCURY INSURANCE COMPANY, et al., ) ) ) Plaintiffs, ) ) v. ) MALY YAN, ) ) Defendant. ) | Case No. 05-0022 (KAJ) |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| YAN THOU, et al. ) ) Plaintiffs, ) ) v. ) ) PACK & PROCESS, INC., et al., ) ) Defendants. ) | Case No. 05-00513 (KAJ)<br><br>CONSOLIDATED CASES |

MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the *admission pro hac vice* of Henri Marcel, Esquire to represent St. Paul Mercury Insurance Company, Inc. and Pack & Process, Inc. in this matter.

BIFFERATO, GENTILOTTI, BIDEN & BALICK, L.L.C.

Ian Connor Bifferato, Esquire (#3273)
Joseph K. Koury, Esquire (#4272)
1308 Delaware Avenue
Wilmington, DE 19806
(302) 429-1900 (Phone)
(302) 429-8900 (Fax)
*Attorneys for Plaintiffs in No. 05-0022*

Dated: 2/8/06

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ST. PAUL MERCURY INSURANCE COMPANY, et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 05-0022 (KAJ) |
| MALY YAN, | ) ) ) | |
| Defendant. | ) | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| YAN THOU, et al. | ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 05-00513 (KAJ) |
| PACK & PROCESS, INC., et al., | ) ) ) | |
| Defendants. | ) | CONSOLIDATED CASES |

ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE

IT IS HEREBY ORDERED counsel's Motion for Admission Pro Hac Vice is GRANTED.

Date:_____          _____
                                                             J.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ST. PAUL MERCURY INSURANCE COMPANY, et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 05-0022 (KAJ) |
| MALY YAN, | ) ) ) | |
| Defendant. | ) | |

*******************************************

| | | |
|---|---|---|
| YAN THOU, et al. | ) ) | |
| Plaintiffs. | ) ) | |
| v. | ) ) | Case No. 05-00513 (KAJ) |
| PACK & PROCESS, INC., et al., | ) ) ) | |
| Defendants. | ) | CONSOLIDATED CASES |

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Pennsylvania and New Jersey and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 to the Clerk of the Court, or, if not

paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Signed: _____
Henri Marcel, Esquire
Deasey, Mahoney & Bender, Ltd.
1800 John F. Kennedy Boulevard, Ste. 1300
Philadelphia, PA 19103-2978
(215) 587-9400

Date: 2/1/06

## CERTIFICATE OF SERVICE

I, Joseph K. Koury, hereby certify that on this, the 8th day of February, 2006, a copy of the foregoing *Motion and Order for Admission Pro Hac Vice* was caused to be served in the manner indicated upon the following:

**VIA FIRST CLASS MAIL**
Yvonne Takvorian Saville, Esquire
Weiss & Saville, P.A.
1220 Market Street, Suite 604
P.O. Box 370
Wilmington, DE 19899-0370

**VIA FIRST CLASS MAIL**
Jonathan M. Cohen, Esquire
Joshua Van Naarden, Esquire
Kline & Specter
1525 Locust Street, 19th Floor
Philadelphia, PA 19102

**VIA FIRST CLASS MAIL**
Michael L. Sensor, Esquire
Perry & Sensor
Suite 560, First Federal Plaza
P.O. Box 1568
Wilmington, DE 19899-1568

By: _____
Joseph K. Koury (#4272)
Bifferato, Gentilotti, Biden & Balick
1308 Delaware Ave
P.O. Box 2165
Wilmington, DE 19899-2165