IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ST. PAUL MERCURY INSURANCE COMPANY, et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 05-0022 (KAJ) |
| MALY YAN, | ) ) ) | |
| Defendant. | ) | |

*************************************

| | | |
|---|---|---|
| YAN THOU, et al. | ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 05-513 (KAJ) |
| PACK & PROCESS, INC., et al., | ) ) | |
| Defendants. | ) | CONSOLIDATED CASES |

## NOTICE OF SUBSTITUTION OF APPEARANCE

PLEASE TAKE NOTICE that James B. Burns, Esquire, formerly of Deasey, Mahoney and Bender, Ltd. hereby substitutes his appearance for the Plaintiffs St. Paul Mercury Insurance Company and Pack & Process, Inc. in case number 05-0022, and as counsel for Defendants St. Paul Mercury Insurance Company and Pack & Process, Inc. in case number 05-513. Bifferato, Gentilotti, Biden and Balick, LLC and Deasey, Mahoney and Bender, Ltd. shall continue to serve as counsel for the Plaintiffs, St. Paul Mercury Insurance Company and Pack & Process, Inc. in case number 05-0022, and as counsel for Defendants in case number 05-513.

**BIFFERATO, GENTILOTTI, BIDEN & BALICK, LLC**

Ian Connor Bifferato, Esquire (#3273)
Joseph K. Koury, Esquire (#4272)
1308 Delaware Avenue
Wilmington, DE 19806
(302) 429-1900 (Phone)
(302) 429-8900 (Fax)

*Attorneys for Plaintiffs in No. 05-0022*

Dated: February 14, 2006

## CERTIFICATE OF SERVICE

I, Joseph K. Koury, hereby certify that on this, the 14th day of February, 2006, a copy of the foregoing *Notice of Withdrawal of Appearance* was caused to be served in the manner indicated upon the following:

**VIA FIRST CLASS MAIL**
Yvonne Takvorian Saville, Esquire
Weiss & Saville, P.A.
1220 Market Street, Suite 604
P.O. Box 370
Wilmington, DE 19899-0370

**VIA FIRST CLASS MAIL**
Jonathan M. Cohen, Esquire
Joshua Van Naarden, Esquire
Kline & Specter
1525 Locust Street, 19th Floor
Philadelphia, PA 19102

**VIA FIRST CLASS MAIL**
Michael L. Sensor, Esquire
Perry & Sensor
Suite 560, First Federal Plaza
P.O. Box 1568
Wilmington, DE 19899-1568

By: _____
Joseph K. Koury (#4272)
Bifferato, Gentilotti, Biden & Balick
1308 Delaware Ave
P.O. Box 2165
Wilmington, DE 19899-2165