### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **ST. PAUL MERCURY INSURANCE COMPANY, and** | : | |
| **PACK & PROCESS, INC.** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | **Civil Action No.       05-0022 (KAJ)** |
| **MALY YAN** | : | |
| **Defendant** | | **LEAD CASE** |

| | | |
|---|---|---|
| **YAN THOU, Individually and as** | : | |
| **Administrator of the Estates of Oeurn** | : | |
| **Mam, Deceased and Navy Yan, Deceased** | : | **Civil Action No.  05-0513 (KAJ)** |
| **et al.,** | : | |
| **Plaintiffs** | : | |
| **VS.** | : | |
| | : | |
| **PACK & PROCESS, INC.** | : | |
| **AND** | : | |
| **ST. PAUL MERCURY INSURANCE** | : | |
| **COMPANY** | : | |
| **Defendants** | : | |

### NOTICE OF DEPOSITIONS

TO:    Francis J. Deasey, Esquire
       Deasey, Mahoney & Bender, LTD
       1800 John F. Kennedy Blvd.
       Suite 1300
       Philadelphia PA 19103


**PLEASE TAKE NOTICE** that Yan Thou will take the oral deposition of **Newsome**

**Sterling on May 9, 2006 starting at 10:00 a.m.** at the law office of **Kline & Specter, P.C.,**

**1525 Locust Street, 19th Floor, Philadelphia PA 19102.**

The deponent is to bring any and all documents relating to this matter.

The oral examinations will continue from day to day until concluded.  You are invited to attend and participate in this examination.

                                       **WEISS AND SAVILLE, P.A.**

           BY: S/Yvonne Takvorian  Saville, Esquire
           YVONNE TAKVORIAN SAVILLE, ESQUIRE
           1220 North Market Street
           Suite 604
           P.O. Box 370
           Wilmington DE 19801
           (302) 656-0400

DATED: 3/17/06                          and

                       **KLINE & SPECTER, P.C.**

         BY: S/Jonathan M. Cohen, Esquire/ JC593
           JONATHAN M. COHEN, ESQUIRE
           JOSHUA VAN NAARDEN, ESQUIRE
           1525 Locust Street, 19th Floor
           Philadelphia PA 19102
           (215) 772-1000