IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ST. PAUL MERCURY INSURANCE COMPANY, and PACK & PROCESS, INC. | : : : : | |
| Plaintiff, | : : | Civil Action No.   05-0022 (KAJ) |
| MALY YAN | : | |
| Defendant | | LEAD CASE |

| | | |
|---|---|---|
| YAN THOU, Individually and as Administrator of the Estates of Oeurn Mam, Deceased and Navy Yan, Deceased et al., | : : : : | Civil Action No.  05-0513 (KAJ) |
| Plaintiffs | : | |
| VS. | : : | |
| PACK & PROCESS, INC. AND ST. PAUL MERCURY INSURANCE COMPANY | : : : : | |
| Defendants | : | |

### NOTICE OF DEPOSITIONS

TO:   Francis J. Deasey, Esquire
      Deasey, Mahoney & Bender, LTD
      1800 John F. Kennedy Blvd.
      Suite 1300
      Philadelphia PA 19103

**PLEASE TAKE NOTICE** that Yan Thou will take the oral deposition of **Cheryl Staniszweski on May 11, 2006 starting at 10:00 a.m.** at the law office of **Kline & Specter, P.C., 1525 Locust Street, 19th Floor, Philadelphia PA 19102.**

The deponent is to bring with her any documents relating to this matter. The oral examinations will continue from day to day until concluded. You are invited to attend and participate in this examination.

                                        **WEISS AND SAVILLE, P.A.**

                                  BY: S/Yvonne Takvorian Saville, Esquire
                                  YVONNE TAKVORIAN SAVILLE, ESQUIRE
                                  1220 North Market Street
                                  Suite 604
                                  P.O. Box 370
                                  Wilmington DE 19801
                                  (302) 656-0400

DATED: 3/17/06                                   and

                                        **KLINE & SPECTER, P.C.**

                                  BY: S/Jonathan M. Cohen, Esquire/ JC593
                                  JONATHAN M. COHEN, ESQUIRE
                                  JOSHUA VAN NAARDEN, ESQUIRE
                                  1525 Locust Street, 19th Floor
                                  Philadelphia PA 19102
                                  (215) 772-1000