IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ST. PAUL MERCURY INSURANCE COMPANY, and PACK & PROCESS, INC. | : : : : | |
| Plaintiff, | : : | |
| MALY YAN | : : | Civil Action No.    05-0022 (KAJ) |
| Defendant | : | LEAD CASE |

| | | |
|---|---|---|
| YAN THOU, Individually and as Administrator of the Estates of Oeurn Mam, Deceased and Navy Yan, Deceased et al., | : : : : | Civil Action No.  05-0513 (KAJ) |
| Plaintiffs VS. | : : : | |
| PACK & PROCESS, INC. AND ST. PAUL MERCURY INSURANCE COMPANY | : : : : : | |
| Defendants | : | |

NOTICE OF DEPOSITIONS

TO:   Francis J. Deasey, Esquire
      Deasey, Mahoney & Bender, LTD
      1800 John F. Kennedy Blvd.
      Suite 1300
      Philadelphia PA 19103

**PLEASE TAKE NOTICE** that Yan Thou will take the oral deposition of **Robert Mackinis on May 11, 2006 starting at 1:00 p.m.** at the law office of **Kline & Specter, P.C., 1525 Locust Street, 19th Floor, Philadelphia PA 19102.**

The deponent is to bring with him any documents relating to this matter. The oral examinations will continue from day to day until concluded. You are invited to attend and participate in this examination.

**WEISS AND SAVILLE, P.A.**

BY: S/Yvonne Takvorian Saville, Esquire
YVONNE TAKVORIAN SAVILLE, ESQUIRE
1220 North Market Street
Suite 604
P.O. Box 370
Wilmington DE 19801
(302) 656-0400

DATED: 3/17/06                        and

**KLINE & SPECTER, P.C.**

BY: S/Jonathan M. Cohen, Esquire/ JC593
JONATHAN M. COHEN, ESQUIRE
JOSHUA VAN NAARDEN, ESQUIRE
1525 Locust Street, 19th Floor
Philadelphia PA 19102
(215) 772-1000