## CERTIFICATE OF SERVICE

I, Jonathan Cohen, Esquire, hereby certify that a true and correct copy of Defendants' Notice of Depositions for Newsome Sterling, Cheryl Staniszweski, Robert Mackinis and a Corporate Designee of Pack and Process and a Corporate Designee of St. Paul Insurance Company were hereby served by Facsimile the 20th day of March, 2006, and by via E- file, upon the following:

Francis Deasey, Esquire
Deasey, Mahoney & Bender, LTD.
1800 John F. Kennedy Blvd.
Suite 1300
Philadelphia, PA 19103

J Ian Connor Bifferato
Joseph K. Koury
Bifferato, Gentilotti & Biden
1308 Delaware Avenue
P.O. Box 2165
Wilmington DE 19899

Warren I. Siegel, Esquire
Bernhardt & Rothermel, P.C.
1515 Market Street, Suite 1540
Philadelphia, PA 19102

Steven Dranoff, Esquire
Dranoff-Perstein & Associate
121 South Broad Street, 9th Floor
Philadelphia, PA 19107

Robert S. Miller, Esquire
WAPNER, NEWMAN & WIGRIZER
115 South 21st Street
Philadelphia, PA 19103-4483

Richard Costigan, Esquire
Costigan & Costigan
1315 Walnut Street, Suite 902
Philadelphia, PA 19107

                               **WEISS AND SAVILLE, P.A.**

                            BY: S/Yvonne Takvorian Saville, Esquire
                                YVONNE TAKVORIAN SAVILLE, ESQUIRE
                                1220 North Market Street
                                Suite 604
                                P.O. Box 370
                                Wilmington DE 19801
                                (302) 656-0400
DATED: 3/21/06                        and

                                **KLINE & SPECTER, P.C.**

                          BY: S/Jonathan M. Cohen, Esquire/ JC593
                                JONATHAN M. COHEN, ESQUIRE
                                JOSHUA VAN NAARDEN, ESQUIRE
                                1525 Locust Street, 19th Floor
                                Philadelphia PA 19102
                                (215) 772-1000