IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ST. PAUL MERCURY INSURANCE COMPANY, et. al<br>    Plaintiffs,<br>v.<br><br>MALY YAN<br>    Defendant. | Case No. 05-0022 (KAJ) |

*****************************

| | |
|---|---|
| YAN THOU, et. al<br>    Plaintiffs,<br>v.<br><br>PACK & PROCESS, INC., et. al.<br>    Defendants. | Case No. 05-00513 (KAJ)<br><br>CONSOLIDATED CASES |

## NOTICE OF DEPOSITION

To:

Steven M. Dranoff, Esq.
Dranoff Associates
121 S. Broad Street
Suite 1210
Philadelphia, PA 19107

Yvonne Takvorian Saville, Esq.
Weiss & Saville
1220 N. Market Street, Suite 604
P.O. Box 370
Wilmington, DE 19801

Jonathan M. Cohen, Esq.
Joshua Van Naarden, Esq.
Klien & Specter
1525 Locust Street, 19th Floor
Philadelphia, PA 19102

Robert S. Miller, Esq.
Wapner, Newman, Wigrizer & Brecher
115 South 21st Street
Philadelphia, PA 19103

Warren I. Siegel, Esq.
Bernhardt & Rothermel
1515 Market Street, Suite 1540
Philadelphia, PA 19102

Richard Costigan, Esq.
Costigan & Costigan
1315 Walnut Street, Suite 902
Philadelphia, PA 19107

Michael L. Sensor, Esq.
Perry & Sensor
Suite 560, First Federal Plaza
P.O. Box 1568
Wilmington, DE 19899

**PLEASE TAKE NOTICE** that St. Paul Mercury Insurance Company and Pack and

Process, Inc., by and through undersigned counsel, Deasey, Mahoney & Bender, Ltd., will take the oral deposition of **Yan Thou** on **April 26, 2006** starting at **2:00 p.m.** and continuing day to day until completed. Such deposition will take place **at the offices of Deasey, Mahoney & Bender, Ltd.**, 1800 John F. Kennedy Boulevard, Suite 1300, Philadelphia, PA 19103 before a notary public or other officer of the Court. It will be **recorded by stenographic means**.

You are invited to attend and participate.

Dated: March 24, 2006
       Wilmington, DE

BIFFERATO, GENTILOTTI, BIDEN & BALICK

*/s/ Joseph K. Koury*
Ian Connor Bifferato (#3273)
Joseph K. Koury (#4272)
Bifferato, Gentilotti, Biden & Balick, L.L.C.
1308 Delaware Avenue
P.O. Box 2165
Wilmington, Delaware 19899
(302) 429-1900

-and-

Francis J. Deasey, Esq.
Henri Marcel, Esq.
Deasey, Mahoney & Bender, Ltd.
1800 John F. Kennedy Blvd., Suite 1300
Philadelphia, Pennsylvania 19103-2978
(215) 587-9400