**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

ST. PAUL MERCURY INSURANCE )
COMPANY, et. al )
          Plaintiffs, )
     v. )
           ) Case No. 05-0022 (KAJ)
MALY YAN )
          Defendant. )
*******************************************

YAN THOU, et. al )
          Plaintiffs, )
     v. ) Case No. 05-00513 (KAJ)
           )
PACK & PROCESS, INC., et. al. )
           ) CONSOLIDATED CASES
          Defendants. )
_____)

**NOTICE OF DEPOSITION**

**To:**

Steven M. Dranoff, Esq.
Dranoff Associates
121 S. Broad Street
Suite 1210
Philadelphia, PA 19107

Jonathan M. Cohen, Esq.
Joshua Van Naarden, Esq.
Klien & Specter
1525 Locust Street, 19th Floor
Philadelphia, PA 19102

Warren I. Siegel, Esq.
Bernhardt & Rothermel
1515 Market Street, Suite 1540
Philadelphia, PA 19102

Michael L. Sensor, Esq.
Perry & Sensor
Suite 560, First Federal Plaza
P.O. Box 1568
Wilmington, DE 19899

Yvonne Takvorian Saville, Esq.
Weiss & Saville
1220 N. Market Street, Suite 604
P.O. Box 370
Wilmington, DE 19801

Robert S. Miller, Esq.
Wapner, Newman, Wigrizer & Brecher
115 South 21st Street
Philadelphia, PA 19103

Richard Costigan, Esq.
Costigan & Costigan
1315 Walnut Street, Suite 902
Philadelphia, PA 19107

**PLEASE TAKE NOTICE** that St. Paul Mercury Insurance Company and Pack and

Process, Inc., by and through undersigned counsel, Deasey, Mahoney & Bender, Ltd., will take

the oral deposition of **Maly Yan** on **April 26, 2006** starting at **10:00 a.m.** and continuing day to

day until completed.  Such deposition will take place **at the offices of Deasey, Mahoney &**

**Bender, Ltd.**, 1800 John F. Kennedy Boulevard, Suite 1300, Philadelphia, PA 19103 before a

notary public or other officer of the Court.  It will be **recorded by stenographic means**.


You are invited to attend and participate.


Dated: March 24, 2006                        BIFFERATO, GENTILOTTI, BIDEN & BALICK
      Wilmington, DE

Ian Connor Bifferato (#3273)
Joseph K. Koury (#4272)
Bifferato, Gentilotti, Biden & Balick, L.L.C.
1308 Delaware Avenue
P.O. Box 2165
Wilmington, Delaware 19899
(302) 429-1900

      -and-

Francis J. Deasey, Esq.
Henri Marcel, Esq.
Deasey, Mahoney & Bender, Ltd.
1800 John F. Kennedy Blvd., Suite 1300
Philadelphia, Pennsylvania 19103-2978
(215) 587-9400