IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ST. PAUL MERCURY INSURANCE COMPANY, and PACK & PROCESS, INC. | : : : | |
| Plaintiffs, | : | |
| V. | : | Civil Action No.    05-0022 (KAJ) |
| MALY YAN | : | |
| Defendant | : | |

| | | |
|---|---|---|
| YAN THOU, Individually and as Administrator of the Estates of Oeurn Mam, Deceased and Navy Yan, Deceased et al., | : : : : | Civil Action No.  05-0513 (KAJ) |
| Plaintiffs | : | |
| VS. | : : | |
| PACK & PROCESS, INC.  AND ST. PAUL MERCURY INSURANCE COMPANY | : : : | |
| Defendants | : | |

**STIPULATION TO EXTEND THE DISCLOSURE OF EXPERT TESTIMONY
AND SUPPLEMENTAL EXPERT DISCLOSURE**

      **AND NOW** this _____ day of _____, 2006, the above-captioned parties by and through their counsel of record, hereby agree and stipulate to extend the September 16, 2005, Scheduling Order deadlines as follows:

1. To extend the Disclosure of Expert Testimony sixty (60) days, until June 5, 2006;

2. To extend the Supplemental Disclosure of Expert Testimony sixty (60) days, until July 5, 2006;

3. Trial date as well as all other deadlines and conferences will remain the same; and

4. The parties further agree that they may sign this stipulation in counterpart by facsimile so that the copy of the stipulation signed on behalf of any party shall

serve as a complete stipulation as to that party, and all of the counterpart copies together shall comprise the complete stipulation.

| | |
|---|---|
| S/Frank Deasey, Esquire | S/Joshua Van Naarden, Esquire |
| Frank Deasey, Esquire | Joshua Van Naarden, Esquire |
| Deasey, Mahoney & Bender, Ltd. | Kline & Specter, P.C. |
| Attorneys for St. Paul and Pack and Process | Attorneys for Yan Thou, Individually and as Administrator of the Estate of Oeurn Mam, deceased, and Navy Yan, deceased, Chan Yan, Thuha Son, Chieu Thi Huynh, Maly Yan and Bay Thi Nguyen |
| S/ Joseph K. Koury, Esquire | S/Yvonne Takvorian Saville, Esquire |
| J Ian Connor Bifferato, Equire | Yvonne Takvorian Saville, Esquire |
| Joseph K. Koury, Esquire | Weiss and Saville, P.A. |
| Bifferato, Gentilotti & Biden | Local Counsel for Yan Thou, Individually and as Administrator of the Estate of Oeurn Mam, deceased, and Navy Yan, deceased, Chan Yan, Thuha Son, Chieu Thi Huynh, Maly Yan and Bay Thi Nguyen |
| Local Counsel for St. Paul and Pack and Process | |
| S/Robert S. Miller | S/Warren I. Siegel, |
| Robert S. Miller, Esquire | Warren I. Siegel, Esquire |
| Wapner Newman Wigrizer & Brecher | Bernhardt & Rothermel, PC |
| Counsel for Uchalee Vong and Lawrence Vong, h/w and Donkeo Phravichit | Counsel for Kusti Leman, Asan H. Oh, Tjajah, Chandra and Lani Chandra |
| S/Richard Costigan | S/Steven Dranoff |
| Richard Costigan, Esquire | Steven Dranoff, Esquire |
| Costigan & Costigan | Dranoff-Perstein Associates |
| Counsel for Zair Shah, Khan Gul, Salim Khan, Mohammad Khan, Azim Mohammad and Rahmat | Counsel for Soly Chan and Thorn Bun Khem |
| | WEISS AND SAVILLE, P.A. |
| | BY: S/Yvonne Takvorian Saville, Esquire |
| | YVONNE TAKVORIAN SAVILLE, ESQUIRE |
| | 1220 North Market Street |
| | Suite 604 |
| | P.O. Box 370 |
| | Wilmington DE 19801 |
| | (302) 656-0400 |

DATED:                                                                                    and

        KLINE & SPECTER, P.C.

BY: <u>S/Jonathan M. Cohen, Esquire/ JC593</u>
    JONATHAN M. COHEN, ESQUIRE
    JOSHUA VAN NAARDEN, ESQUIRE
    1525 Locust Street, 19th Floor
    Philadelphia PA 19102
    (215) 772-1000