facsimile so that the copy of the stipulation signed on behalf of any party shall

serve as a complete stipulation as to that party, and all of the counterpart copies

together shall comprise the complete stipulation. This Stipulation will be E-Filed

with the Court and the signed copies of the Stipulation will be attachments to the

E-Filed document.

Frank Deasey, Esquire
Deasey, Mahoney & Bender, Ltd.
Attorneys for St. Paul and Pack and Process

Joshua Van Naarden, Esquire
Kline & Specter, P.C.
Attorneys for Yan Thou, Individually and as
Administrator of the Estate of Oeurn Mam,
deceased, and Navy Yan, deceased, Chan
Yan, Thuha Son, Chieu Thi Huynh, Maly
Yan and Bay Thi Nguyen

J Ian Connor Bifferato, Esquire
Joseph K. Koury, Esquire
Bifferato, Gentilotti & Biden
Local Counsel for St. Paul and Pack and Process

Yvonne Takvorian Saville, Esquire
Weiss and Saville, P.A.
Local Counsel for Yan Thou, Individually
and as Administrator of the Estate of Oeurn
Mam, deceased, and Navy Yan, deceased,
Chan Yan, Thuha Son, Chieu Thi Huynh,
Maly Yan and Bay Thi Nguyen

Robert S. Miller, Esquire
Wapner Newman Wigrizer & Brecher
Counsel for Uchalee Vong and Lawrence Vong,
h/w and Donkeo Phravichit

Warren I. Siegel, Esquire
Bernhardt & Rothermel, PC
Counsel for Kusti Leman, Asan H. Oh,
Tjajah, Chandra and Lani Chandra

Richard Costigan, Esquire
Costigan & Costigan
Counsel for Zair Shah, Khan Gul, Salim
Khan, Mohammad Khan, Azim Mohammad
and Rahmat

Steven Dranoff, Esquire
Dranoff-Perstein Associates
Counsel for Soly Chan and Thorn Bun
Khem