**Received Event (Event Succeeded)**

| | | | |
|---|---|---|---|
| Date: | 3/29/2006 | Time: | 2:30 PM |
| Pages: | 10 | Duration: | 2 min 56 sec |
| Sender: | | Company: | |
| Fax Number: | | Subject: | |

facsimile so that the copy of the stipulation signed on behalf of any party shall serve as a complete stipulation as to that party, and all of the counterpart copies together shall comprise the complete stipulation. This Stipulation will be E-Filed with the Court and the signed copies of the Stipulation will be attachments to the E-Filed document

---

Frank Deasey, Esquire
Deasey, Mahoney & Bender, Ltd.
Attorneys for St. Paul and Pack and Process

---

Joshua Van Naarden, Esquire
Kline & Specter, P.C.
Attorneys for Yan Thou, Individually and as Administrator of the Estate of Oeum Mam, deceased, and Navy Yan, deceased, Chan Yan, Thuha Son, Chieu Thi Huynh, Maly Yan and Bay Thi Nguyen

---

Ian Connor Bifferato, Esquire
Joseph K. Koury, Esquire
Bifferato, Gentilotti & Biden
Local Counsel for St. Paul and Pack and Process

---

Yvonne Takvorian Saville, Esquire
Weiss and Saville, P.A.
Local Counsel for Yan Thou, Individually and as Administrator of the Estate of Oeum Mam, deceased, and Navy Yan, deceased, Chan Yan, Thuha Son, Chieu Thi Huynh, Maly Yan and Bay Thi Nguyen

---

Robert S. Miller, Esquire
Wapner Newman Wigrizer & Brecher
Counsel for Uchalee Vong and Lawrence Vong, h/w and Donkeo Phravichit

---

Warren I. Siegel, Esquire
Bernhardt & Rothermel, P.C.
Counsel for Kusti Leman, Asan H. Oh, Tjajah, Chandra and Lani Chandra

---

Richard Costigan, Esquire
Costigan & Costigan
Counsel for Zair Shah, Khan Gul, Salim Khan, Mohammad Khan, Azim Mohammad and Rahmat

---

Steven Dranoff, Esquire
Dranoff-Perstein Associates
Counsel for Soly Chan and Thorn Bun Khem

5