**CERTIFICATE OF SERVICE**

      I, Jonathan Cohen, Esquire, hereby certify that a true and correct copy of the Stipulation to Extend Deadlines was hereby served this 28th day of March, 2006, via E- file and first class mail, upon the following:

Francis Deasey, Esquire
Deasey, Mahoney & Bender, LTD.
1800 John F. Kennedy Blvd.
Suite 1300
Philadelphia, PA 19103

J Ian Connor Bifferato
Joseph K. Koury
Bifferato, Gentilotti & Biden
1308 Delaware Avenue
P.O. Box 2165
Wilmington DE 19899

Warren I. Siegel, Esquire
Bernhardt & Rothermel, P.C.
1515 Market Street, Suite 1540
Philadelphia, PA 19102

Steven Dranoff, Esquire
Dranoff-Perstein & Associate
121 South Broad Street, 9th Floor
Philadelphia, PA 19107

Robert S. Miller, Esquire
WAPNER, NEWMAN & WIGRIZER
115 South 21st Street
Philadelphia, PA 19103-4483

Richard Costigan, Esquire
Costigan & Costigan
1315 Walnut Street, Suite 902
Philadelphia, PA 19107

                                                   **WEISS AND SAVILLE, P.A.**

                                    BY: S/Yvonne Takvorian Saville, Esquire
                                            YVONNE TAKVORIAN SAVILLE, ESQUIRE
                                            1220 North Market Street
                                            Suite 604
                                            P.O. Box 370
                                            Wilmington DE 19801
                                            (302) 656-0400

DATED:3/28/06                                               and


                                                   **KLINE & SPECTER, P.C.**

                                    BY: S/Jonathan M. Cohen, Esquire/ JC593
                                            JONATHAN M. COHEN, ESQUIRE
                                            JOSHUA VAN NAARDEN, ESQUIRE
                                            1525 Locust Street, 19th Floor
                                            Philadelphia PA 19102
                                            (215) 772-1000