**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| ST. PAUL MERCURY INSURANCE | : | |
| COMPANY, and | : | |
| PACK & PROCESS, INC. | : | |
| Plaintiffs, | : | |
| | : | Civil Action No.     05-0022 (KAJ) |
| MALY YAN | : | |
| Defendant | : | |
| | | YAN |

| | | |
|---|---|---|
| THOU, Individually and as | : | |
| Administrator of the Estates of Oeurn | : | |
| Mam, Deceased and Navy Yan, Deceased | : | Civil Action No.  05-0513 (KAJ) |
| et al., | : | |
| Plaintiffs | : | |
| VS. | : | |
| | : | |
| PACK & PROCESS, INC. | : | |
| AND | : | |
| ST. PAUL MERCURY INSURANCE | : | |
| COMPANY | : | |
| Defendants | : | |

**ORDER**

AND NOW this _____ day of _____, 2006, upon consideration of the attached

Stipulation of Counsel, it is hereby Ordered that the Stipulation is APPROVED.  It is further

ORDERED that the September 16, 2005, Scheduling Order deadlines are extended as follows:

1.    Disclosure of Expert Testimony extended sixty (60) days, until June 5, 2006;

2.    Supplemental Disclosure of Expert Testimony extended sixty (60) days, until July

5, 2006; and

3.    Trial date as well as all other deadlines and conferences will remain the same

BY THE COURT:

_____
KENT A. JORDON   U.S.D.J

---

Case 1:05-cv-00022-MPT    Document 91    Filed 03/31/2006    Page 2 of 2