

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ST. PAUL MERCURY INSURANCE COMPANY, and PACK & PROCESS, INC. <br>     Plaintiffs, <br><br> MALY YAN <br>     Defendant | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | Civil Action No.   05-0022 (KAJ) <br><br><br><br> YAN |
| THOU, Individually and as Administrator of the Estates of Oeurn Mam, Deceased and Navy Yan, Deceased et al., <br>     Plaintiffs <br> VS. <br><br> PACK & PROCESS, INC. <br>     AND <br> ST. PAUL MERCURY INSURANCE COMPANY <br>     Defendants | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | Civil Action No. 05-0513 (KAJ) |

**ORDER**

AND NOW this 3rd day of April, 2006, upon consideration of the attached Stipulation of Counsel, it is hereby Ordered that the Stipulation is APPROVED. It is further ORDERED that the September 16, 2005, Scheduling Order deadlines are extended as follows:

1. Disclosure of Expert Testimony extended sixty (60) days, until June 5, 2006;

2. Supplemental Disclosure of Expert Testimony extended sixty (60) days, until July 5, 2006; and

3. Trial date as well as all other deadlines and conferences will remain the same

BY THE COURT:

_____
KENT A. JORDON   U.S.D.J