IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ST. PAUL MERCURY INSURANCE COMPANY, and PACK & PROCESS, INC. | : : : : | |
| Plaintiffs, | : | |
| V. | : | Civil Action No.    05-0022 (KAJ) |
| MALY YAN | : | |
| Defendant | | |

| | | |
|---|---|---|
| YAN THOU, Individually and as Administrator of the Estates of Oeurn Mam, Deceased and Navy Yan, Deceased et al., | : : : : | Civil Action No.  05-0513 (KAJ) |
| Plaintiffs | : | |
| VS. | : : | |
| PACK & PROCESS, INC.  AND ST. PAUL MERCURY INSURANCE COMPANY | : : : | |
| Defendants | : | |

**STIPULATION TO EXTEND THE DISCLOSURE OF EXPERT TESTIMONY AND SUPPLEMENTAL EXPERT DISCLOSURE**

**AND NOW** this _____ day of _____, 2006, the above-captioned parties by and through their counsel of record, hereby agree and stipulate to extend the September 16, 2005, Scheduling Order deadlines as follows:

1. To extend the Disclosure of Expert Testimony sixty (60) days, until June 5, 2006;

2. To extend the Supplemental Disclosure of Expert Testimony sixty (60) days, until July 5, 2006;

3. Trial date as well as all other deadlines and conferences will remain the same; and

4. The parties further agree that they may sign this stipulation in counterpart by facsimile so that the copy of the stipulation signed on behalf of any party shall

serve as a complete stipulation as to that party, and all of the counterpart copies together shall comprise the complete stipulation.

| | |
|---|---|
| S/Frank Deasey, Esquire<br>Frank Deasey, Esquire<br>Deasey, Mahoney & Bender, Ltd.<br>Attorneys for St. Paul and Pack and Process | S/Joshua Van Naarden, Esquire<br>Joshua Van Naarden, Esquire<br>Kline & Specter, P.C.<br>Attorneys for Yan Thou, Individually and as Administrator of the Estate of Oeurn Mam, deceased, and Navy Yan, deceased, Chan Yan, Thuha Son, Chieu Thi Huynh, Maly Yan and Bay Thi Nguyen |
| S/ Joseph K. Koury, Esquire<br>J Ian Connor Bifferato, Equire<br>Joseph K. Koury, Esquire<br>Bifferato, Gentilotti & Biden<br>Local Counsel for St. Paul and Pack and Process | S/Yvonne Takvorian Saville, Esquire<br>Yvonne Takvorian Saville, Esquire<br>Weiss and Saville, P.A.<br>Local Counsel for Yan Thou, Individually and as Administrator of the Estate of Oeurn Mam, deceased, and Navy Yan, deceased, Chan Yan, Thuha Son, Chieu Thi Huynh, Maly Yan and Bay Thi Nguyen |
| S/Robert S. Miller<br>Robert S. Miller, Esquire<br>Wapner Newman Wigrizer & Brecher<br>Counsel for Uchalee Vong and Lawrence Vong, h/w and Donkeo Phravichit | S/Warren I. Siegel,<br>Warren I. Siegel, Esquire<br>Bernhardt & Rothermel, PC<br>Counsel for Kusti Leman, Asan H. Oh, Tjajah, Chandra and Lani Chandra |
| S/Richard Costigan<br>Richard Costigan, Esquire<br>Costigan & Costigan<br>Counsel for Zair Shah, Khan Gul, Salim Khan, Mohammad Khan, Azim Mohammad and Rahmat | S/Steven Dranoff<br>Steven Dranoff, Esquire<br>Dranoff-Perstein Associates<br>Counsel for Soly Chan and Thorn Bun Khem |

                                                  WEISS AND SAVILLE, P.A.
BY: S/Yvonne Takvorian Saville, Esquire
      YVONNE TAKVORIAN SAVILLE, ESQUIRE
      1220 North Market Street
      Suite 604
      P.O. Box 370
      Wilmington DE 19801
      (302) 656-0400

DATED:                                            and

        KLINE & SPECTER, P.C.

BY: <u>S/Jonathan M. Cohen, Esquire/ JC593</u>
  JONATHAN M. COHEN, ESQUIRE
  JOSHUA VAN NAARDEN, ESQUIRE
  1525 Locust Street, 19th Floor
  Philadelphia PA 19102
  (215) 772-1000

Case 1:05-cv-00022-MPT    Document 93    Filed 04/04/2006    Page 4 of 4