facsimile so that the copy of the stipulation signed on behalf of any party shall serve as a complete stipulation as to that party, and all of the counterpart copies together shall comprise the complete stipulation. This Stipulation will be E-Filed with the Court and the signed copies of the Stipulation will be attachments to the E-Filed document.

| | |
|---|---|
| Frank Deasey, Esquire<br>Deasey, Mahoney & Bender, Ltd.<br>Attorneys for St. Paul and Pack and Process | Joshua Van Naarden, Esquire<br>Kline & Specter, P.C.<br>Attorneys for Yan Thou, Individually and as Administrator of the Estate of Oeum Mam, deceased, and Navy Yan, deceased, Chan Yan, Thuha Son, Chieu Thi Huynh, Maly Yan and Bay Thi Nguyen |
| J Ian Connor Bifferato, Equire<br>Joseph K. Koury, Esquire<br>Bifferato, Gentilotti & Biden<br>Local Counsel for St. Paul and Pack and Process | Yvonne Takvorian Saville, Esquire<br>Weiss and Saville, P.A.<br>Local Counsel for Yan Thou, Individually and as Administrator of the Estate of Oeum Mam, deceased, and Navy Yan, deceased, Chan Yan, Thuha Son, Chieu Thi Huynh, Maly Yan and Bay Thi Nguyen |
| Robert S. Miller, Esquire<br>Wapner Newman Wigrizer & Brecher<br>Counsel for Uchalee Vong and Lawrence Vong, h/w and Donkeo Phravichit | Warren I. Siegel, Esquire<br>Bernhardt & Rothermel, PC<br>Counsel for Kusti Leman, Asan H. Oh, Tjajah, Chandra and Lani Chandra |
| Richard Costigan, Esquire<br>Costigan & Costigan<br>Counsel for Zair Shah, Khan Gul, Salim Khan, Mohammad Khan, Azim Mohammad and Rahmat<br><br>_/s/ 3/31/06_<br>Michael Sensor, Esquire<br>Perry & Sensor<br>Local Counsel for Uchalee Vong and Lawrence Vong, h/w and Donkeo Phravichit, Kusti Leman, Asan H. Oh, Tjajah, Chandra, Lani Chandra, Zair Shah, Khan Gul, Salim Khan, Mohammad Khan, Azim Mohammad, Rahmat, Soly Chan and Thorn Bun Khem | Steven Dranoff, Esquire<br>Dranoff-Perstein Associates<br>Counsel for Soly Chan and Thorn Bun Khem |