April 27, 2006

The Honorable Kent A. Jordan
J. Caleb Boggs Federal Building
844 N. King Street
Room 6325
Lockbox 10
Wilmington DE 19801

   Re:  *St. Paul, et al vs. Maly Yan, et al*
      *Civil Action No.* **05-0522**- **consolidated**

Dear Judge Jordan:

  Pursuant to Your Honor's Scheduling Order, the Defendants to this consolidated action hereby submit this interim status report individually, since counsel could not come to an agreement on the contents of this report.

  This is an action seeking declaratory relief and indemnification pursuant to 28 U.S.C. §2201. The underlying facts giving rise to the present action originate from a motor vehicle accident on June 18, 2001. Maly Yan was the driver of a van that was one of the vehicles involved in the subject motor vehicle accident. Plaintiffs in the consolidated action were passengers in the van driven by Maly Van, who all suffered injuries as a result of the motor vehicle accident. The nature of the matters at issue in this case is whether Maly Yan was performing work within the scope of her employment with Pack and Process and/or whether she was performing duties related to the conduct of Pack and Process business when the subject accident occurred.

  By way of brief background, Plaintiffs, Yan Thou, Chan Yan, Thuha Son, Chieu Thi Huynh and Oeurn Mam, filed a lawsuit for damages for personal injuries against Maly Yan in the Court of Common Pleas of Philadelphia County on June 11, 2003 captioned as <u>Thou et al. v. Yan</u> Docket No. 030601508. On January 14, 2005, trial commenced on the action against defendant Maly Yan before of the Honorable Sandra J. Moss, sitting without a jury. The trial was

concluded on January 20, 2005, and a verdict in favor of all plaintiffs and against Maly Yan was entered in the total amount of $10,228,467.00.

This action seeks a declaration that Pack and Process is responsible to pay the entire judgment imposed upon Maly Yan in the matter of Thou et.al. v. Maly Yan, and that St. Paul, as the insurance carrier for Pack and Process is responsible to pay for Maly Yan's actions in that matter in the amount of the verdict imposed upon Maly Yan, up to and including their policy limits, for negligent acts performed by her while working as an agent/employee of Pack and Process on June 18, 2001.  Plaintiffs also seek a declaration that St. Paul is required to indemnify Maly Yan and pay damages to the plaintiffs in the above referenced case.

Pack & Process, Inc. and St. Paul Mercury Insurance Company, Pack & Process, Inc.'s insurance carrier, assert that the evidence establishes that Maly Yan was not in the course and scope of her employment with Pack & Process, Inc. at the time of the accident, such that Pack & Process, Inc. cannot be held liable for accident.

Written discovery has been exchanged between all the parties. Various deposition have been scheduled for the end of April through May, 2006.

        Respectfully submitted,

        S/JVN

        JOSHUA VAN NAARDEN, ESQUIRE