# BIFFERATO GENTILOTTI
## BIDEN & BALICK

April 27, 2006

Email: jkk@bgbblaw.com
Direct Dial: 302.254.5380

**ELECTRONICALLY**
The Honorable Kent A. Jordan
United States District Court for the District of Delaware
844 N. King Street
Wilmington, Delaware 19801

  Re: *St. Paul Mercury Insurance Company and Pack and Process, Inc. v. Maly Yan*
    **Civil Action No. 05-0022 (KAJ)**

Dear Judge Jordan:

  Enclosed please find correspondence from our co-counsel, Henri Marcel, Esq., of the Deasey, Mahoney & Bender, Ltd. law firm. Along with Mr. Marcel, who has previously been admitted *pro hac vice* in this case, our firm represents plaintiffs St. Paul Mercury Insurance Company and Pack and Process, Inc. with regard to the above-listed action. Mr. Marcel's letter relates to the Scheduling Order in place in this matter and the Court's request that the parties submit an interim status report as of this date. We are available at the Court's convenience.

          Respectfully,

          Joseph K. Koury (#4272)

xc: Yvonne Takvorian-Saville, Esq. (by fax)
   Michael L. Sensor, Esq. (by fax)

www.bgbblaw.com

# DEASEY, MAHONEY & BENDER, LTD.

FRANCIS J. DEASEY
HARRY G. MAHONEY
JAMES W. DALY†
GERALD J. VALENTINI‡
JANE A. NORTH†
HENRI MARCEL†
CARLA P. MARESCA†○
ADAM J. PANTANO†
CRAIG M. STRAW
WARD A. RIVERS†
CHRISTOPHER C. NEGRETE
STEPHEN J. PARISI‡
CHRISTOPHER T. HUBER
PATRICIA E. McENTEER
MICHAEL J. HINKLE†
TROY D. SISUM†
JENNIFER B. HUNTER†
CHRISTOPHER G. MAVROS†
AMY V. McTIGHE†
ZACHARY B. COOPER†

ATTORNEYS AT LAW - PROCTORS IN ADMIRALTY
SUITE 1300
1800 JOHN F. KENNEDY BOULEVARD
PHILADELPHIA, PA 19103-2978
215-587-9400
FACSIMILE: 215-587-9456

DIRECT EMAIL: HMARCEL@DMBPHILA.COM
VOICE-MAIL EXTENSION #173

NEW JERSEY OFFICE
80 TANNER STREET
HADDONFIELD, NJ 08033-2419
856-429-6331
FACSIMILE: 856-429-6562

OF COUNSEL:
FRANK C. BENDER
WILLIAM R. DEASEY
1951-1993
JAMES G. BARNES
1988-1997
† ALSO MEMBER NJ BAR
‡ ALSO MEMBER CA BAR
○ ALSO MEMBER NY BAR

April 27, 2006

The Honorable Kent A. Jordan
U.S. District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Room 6325
Lockbox 10
Wilmington, DE 19801

    RE:    **St. Paul Mercury Insurance Co. et. al. v. Maly Yan**
              **Civil Action No. 05-0022**

Dear Judge Jordan:

    Pursuant to Your Honor's Scheduling Order, St. Paul Mercury Insurance Company ("St. Paul") and Pack & Process, Inc. ("Pack & Process"), plaintiffs in the lead action of this consolidated matter, hereby submit this interim status report.

    St. Paul and Pack & Process are plaintiffs in the lead action in this consolidated matter which involves a June 18, 2001 motor vehicle accident. Defendant Maly Yan was the driver of the van that was one of the vehicles involved in the subject motor vehicle accident. St. Paul and Pack & Process filed this Declaratory Judgment Action seeking a determination by this Court that no coverage is available to defendant Maly Yan under a policy of insurance that St. Paul issued to Pack & Process, with respect to defendant's liability in certain underlying tort actions. St. Paul and Pack & Process further seek a determination by this Court that defendant Maly Yan was not acting in the course and scope of her employment with Pack & Process at the time of the accident.

    The nature of the matters at issue in this case is whether Plaintiff, Pack & Process can be held vicariously liable for any alleged negligence of Maly Yan for causing this accident. Plaintiffs Pack & Process and St. Paul, Pack & Process' insurance carrier, assert that the evidence establishes that Maly Yan was not in the course and scope of her employment with Pack & Process at the time of the accident. As such, there is no coverage available to Maly Yan

PAGE NO.    2    TO  The Honorable Kent A. Jordan
April 27, 2006

under Pack & Process' policy with St. Paul, and Pack & Process cannot be held liable for the accident.

Plaintiffs in the consolidated action were passengers in the van driven by Maly Yan who all suffered injuries as a result of the motor vehicle accident. Plaintiffs filed an action for declaratory relief and indemnification in the U.S. District Court for the Eastern District of Pennsylvania that was eventually transferred to this Court and consolidated with the lead action.

Written discovery has been exchanged between all the parties. Various deposition have been scheduled for the end of April through May, 2006. No further discovery is contemplated.

The undersigned counsel understands that counsel for the plaintiffs in the consolidated action will be filing a separate status report with the Court.

Respectfully submitted,

DEASEY, MAHONEY & BENDER, LTD.

BY: _____
HENRI MARCEL

cc:   Joshua Van Naarden, Esquire
      Joseph K. Koury, Esquire
      Yvonne Takvorian Saville, Esquire
      Steven M. Dranoff, Esquire
      Warren I. Seigel, Esquire
      Michael Sensor, Esquire