## CERTIFICATE OF SERVICE

I, Joseph K. Koury, hereby certify this 12th day of May, 2006, that copies of the foregoing *Amended Notice of Deposition (Maly Yan)* were caused to be served upon the following via first class mail:

Steven M. Dranoff, Esq.
121 S. Broad Street
Suite 1210
Philadelphia, PA 19107

Joshua Van Naarden, Esq.
Klien & Specter
1525 Locust Street, 19th Floor
Philadelphia, PA 19102

Warren I. Siegel, Esq.
1515 Market Street
Suite 1540
Philadelphia, PA 19102

Michael L. Sensor, Esq.
Perry & Sensor
Suite 560, First Federal Plaza
P.O. Box 1568
Wilmington, DE 19899

Yvonne Takvorian Saville, Esq.
1220 N. Market Street, Suite 604
P.O. Box 370
Wilmington, DE 19801

Robert S. Miller, Esq.
Wapner, Newman, Wigrizer & Brecher
115 South 21st Street
Philadelphia, PA 19103

Richard Costigan, Esq.
Costigan & Costigan
1315 Walnut Street, Suite 902
Philadelphia, PA 19107

BIFFERATO, GENTILOTTI, BIDEN & BALICK

/s/ Joseph K. Koury
Joseph K. Koury (#4272)
1308 Delaware Avenue
P.O. Box 2165
Wilmington, DE 19899
(302) 429-1900