IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ST. PAUL MERCURY INSURANCE COMPANY, and PACK & PROCESS, INC. | : : : : | |
| Plaintiff, | : : | Civil Action No.    05-0022 (KAJ) |
| MALY YAN | : : | |
| Defendant | | LEAD CASE |
| YAN THOU, Individually and as Administrator of the Estates of Oeurn Mam, Deceased and Navy Yan, Deceased et al., | : : : : | Civil Action No.  05-0513 (KAJ) |
| Plaintiffs VS. | : : : | |
| PACK & PROCESS, INC. AND ST. PAUL MERCURY INSURANCE COMPANY | : : : : : | |
| Defendants | : | |

NOTICE OF VIDEO DEPOSITION

TO:   Francis J. Deasey, Esquire
Deasey, Mahoney & Bender, LTD
1800 John F. Kennedy Blvd.
Suite 1300
Philadelphia PA 19103

**PLEASE TAKE NOTICE** that Yan Thou will take the Video deposition of **Newsome Sterling on June 29, 2006 starting at 10:00 a.m.** at the law office of **Kline & Specter, P.C., 1525 Locust Street, 19th Floor, Philadelphia PA 19102.**

The deponent is to bring any and all documents relating to this matter.

    The oral examinations will continue from day to day until concluded.  You are invited to attend and participate in this examination.

                              **WEISS AND SAVILLE, P.A.**

                          BY: <u>S/Yvonne Takvorian  Saville, Esquire</u>
                          YVONNE TAKVORIAN SAVILLE, ESQUIRE
                          1220 North Market Street
                          Suite 604
                          P.O. Box 370
                          Wilmington DE 19801
                          (302) 656-0400

DATED: 6/6/06                                      and

                                  **KLINE & SPECTER, P.C.**

                      BY: <u>S/Jonathan M. Cohen, Esquire/ JC593</u>
                            JONATHAN M. COHEN, ESQUIRE
                          JOSHUA VAN NAARDEN, ESQUIRE
                          1525 Locust Street, 19th Floor
                          Philadelphia PA 19102
                          (215) 772-1000