IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ST. PAUL MERCURY INSURANCE COMPANY, and<br>PACK & PROCESS, INC.<br><br>     Plaintiff,<br><br>MALY YAN<br>     Defendant | :<br>:<br>:<br>:<br>:<br>:  Civil Action No.   05-0022 (KAJ)<br>:<br>:  LEAD CASE |
| YAN THOU, Individually and as Administrator of the Estates of Oeurn Mam, Deceased and Navy Yan, Deceased et al.,<br>     Plaintiffs<br>VS.<br><br>PACK & PROCESS, INC.<br>     AND<br>ST. PAUL MERCURY INSURANCE COMPANY<br>     Defendants | :<br>:<br>:<br>:  Civil Action No.  05-0513 (KAJ)<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

NOTICE OF VIDEO TAPE DEPOSITION

TO:   Francis J. Deasey, Esquire
      Deasey, Mahoney & Bender, LTD
      1800 John F. Kennedy Blvd.
      Suite 1300
      Philadelphia PA 19103

**PLEASE TAKE NOTICE** that Yan Thou will take the Video deposition of **Corporate Designee of Pack and Process on June 27, 2006 starting at 12:00 p.m.** at the law office of **Kline & Specter, P.C., 1525 Locust Street, 19th Floor, Philadelphia PA 19102.**

The Corporate Designee deponent is to bring with him/her any and all records in their possession, custody and control that refer, relate and/or pertain to the incident described in Plaintiffs' Complaint including any and all documents requested in discovery regarding the

employment of Yan Thou and Maly Yan. These documents are to include:

1) employment contracts, times sheets, personnel files, yearly evaluations, pay stubs, insurance agreements and/or contributions or savings plans, W4 documents for Maly Yan and Yan Thou showing their choices for federal income tax deductions, social security, medicare, state, unemployment, federal and local tax records filed by Pack and Process for five years preceding this incident.

2) any insurance company documents, payments, invoices, contracts, or benefit plans listing employees covered by any plans of Pack and Process for 1997, 1998,1999, 2000, 2001, any property and/or automobile insurance covering vehicles for Pack and Process including vehicles parked on their property from 1997 through 2001.

3) any receipts for registration, insurance, repairs, gasoline and/or any costs relating to the van used to transport workers to and from Pack and Process from 1997 through 2001, correspondences, memos to and from any insurance companies regarding any claims made by any of the Defendants while at Pack and Process from 1997 through 2001.

4) any claims presented to and/or paid for by any insurance companies covering Pack and Process for wage loss, medical bills, dental bills, funeral bills, unemployment, workers compensation, property damage and/or life insurance benefits, made by any of the Defendants or anyone on behalf of any of the Defendants from 1998 through 2002.

The oral examinations will continue from day to day until concluded. You are invited to attend and participate in this examination.

        **WEISS AND SAVILLE, P.A.**

        BY: S/Yvonne Takvorian Saville, Esquire
        YVONNE TAKVORIAN SAVILLE, ESQUIRE
        1220 North Market Street
        Suite 604
        P.O. Box 370
        Wilmington DE 19801
        (302) 656-0400

DATED: 6/6/06                             and

**KLINE & SPECTER, P.C.**

BY: <u>S/Jonathan M. Cohen, Esquire/ JC593</u>
    JONATHAN M. COHEN, ESQUIRE
    JOSHUA VAN NAARDEN, ESQUIRE
    1525 Locust Street, 19th Floor
    Philadelphia PA 19102
    (215) 772-1000