## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ST. PAUL MERCURY INSURANCE COMPANY, and PACK & PROCESS, INC. | : : : : | |
| Plaintiff, | : : | Civil Action No.        05-0022 (KAJ) |
| MALY YAN | : | |
| Defendant | | LEAD CASE |

| | | |
|---|---|---|
| YAN THOU, Individually and as Administrator of the Estates of Oeurn Mam, Deceased and Navy Yan, Deceased et al., | : : : : | Civil Action No.  05-0513 (KAJ) |
| Plaintiffs | : | |
| VS. | : : | |
| PACK & PROCESS, INC.        AND ST. PAUL MERCURY INSURANCE COMPANY | : : : : | |
| Defendants | : | |

### NOTICE OF VIDEO DEPOSITION

TO:    Francis J. Deasey, Esquire
       Deasey, Mahoney & Bender, LTD
       1800 John F. Kennedy Blvd.
       Suite 1300
       Philadelphia PA 19103

        **PLEASE TAKE NOTICE** that Yan Thou will take the Video deposition of **Cheryl Atkins (Staniszweski) on June 26, 2006 starting at 10:00 a.m.** at the law office of Weiss and Saville, 1220 North Market Street, Suite 604, Wilmington DE 19801**.**

        The deponent is to bring with her any documents relating to this matter. The oral

examinations will continue from day to day until concluded.  You are invited to attend and

participate in this examination.

**WEISS AND SAVILLE, P.A.**

BY: S/Yvonne Takvorian  Saville, Esquire
YVONNE TAKVORIAN SAVILLE, ESQUIRE
1220 North Market Street
Suite 604
P.O. Box 370
Wilmington DE 19801
(302) 656-0400

DATED: 6/6/06                                             and


**KLINE & SPECTER, P.C.**

BY: S/Jonathan M. Cohen, Esquire/ JC593
JONATHAN M. COHEN, ESQUIRE
JOSHUA VAN NAARDEN, ESQUIRE
1525 Locust Street, 19th Floor
Philadelphia PA 19102
(215) 772-1000