**CERTIFICATE OF SERVICE**

I, Jonathan Cohen, Esquire, hereby certify that a true and correct copy of the Notices of Video Depositions were hereby served this 8th day of June, 2006, via E- file mail, upon the following:

Francis Deasey, Esquire
Deasey, Mahoney & Bender, LTD.
1800 John F. Kennedy Blvd.
Suite 1300
Philadelphia, PA 19103

J Ian Connor Bifferato
Joseph K. Koury
Bifferato, Gentilotti & Biden
1308 Delaware Avenue
P.O. Box 2165
Wilmington DE 19899

and First Class Mail on:


Warren I. Siegel, Esquire
Bernhardt & Rothermel, P.C.
1515 Market Street, Suite 1540
Philadelphia, PA 19102

Steven Dranoff, Esquire
Dranoff-Perstein & Associate
121 South Broad Street, 9th Floor
Philadelphia, PA 19107

Robert S. Miller, Esquire
WAPNER, NEWMAN & WIGRIZER
115 South 21st Street
Philadelphia, PA 19103-4483

Richard Costigan, Esquire
Costigan & Costigan
1315 Walnut Street, Suite 902
Philadelphia, PA 19107

Michael L. Sensor, Esquire
Perry & Sensor
First Federal Plaza, Suite 560
P.O. Box 1568
Wilmington, DE 19899

                                  **WEISS AND SAVILLE, P.A.**

                               BY: S/Yvonne Takvorian Saville, Esquire
                                  YVONNE TAKVORIAN SAVILLE, ESQUIRE
                                  1220 North Market Street
                                  Suite 604
                                  P.O. Box 370
                                  Wilmington DE 19801
                                  (302) 656-0400

DATED:6/8/0/06                                   and

                                  **KLINE & SPECTER, P.C.**

BY: S/Jonathan M. Cohen, Esquire/ JC593
       JONATHAN M. COHEN, ESQUIRE
       JOSHUA VAN NAARDEN, ESQUIRE
       1525 Locust Street, 19th Floor
       Philadelphia PA 19102
       (215) 772-1000