# TABLE OF CONTENTS         PAGE

**TABLE OF CITATIONS** ................................................................................ i

**APPENDIX OF EVIDENCE** ......................................................................... ii

**NATURE AND STAGE OF PROCEEDINGS**............................................ 1

**SUMMARY OF ARGUMENT**..................................................................... 4

**STATEMENT OF FACTS**............................................................................. 5

**ARGUMENT**.................................................................................................. 7

I.    **THE SUMMARY JUDGMENT STANDARD** .............................. 7

II.    **DEFENDANT MALY YAN WAS AN AGENT OF PACK AND PROCESS AND WAS ACTING IN THE COURSE AND SCOPE OF HER EMPLOYMENT WITH PACK AND PROCESS WHILE TRANSPORTING EMPLOYEES TO AND FROM THE PACK AND PROCESS FACTORY**............................................................. 8

     A.    **Agency Law**........................................................................... 8

     B.    **No Genuine Issues of Material Fact Exist as to Maly Yan's Actual Authority to Act on Behalf of Pack and Process in Transporting Employees on June 18, 2001**......................... 9

III.   **PACK AND PROCESS AND ITS INSURANCE CARRIER, ST. PAUL ARE RESPONSIBLE AND LIABLE FOR THE ACTIONS OF MALY YAN ON JUNE 18, 2001**........................................... 24

**CONCLUSION**.............................................................................................. 25