## TABLE OF CITATIONS

**CASES:**                                                                                              **PAGE**

Brown v. Grabowski,
    922 F.2d 1097, 1111 (3d Cir. 1990), <u>cert. denied</u>, 501 U.S. 1218 (1991)....   7


Anderson v. Liberty Lobby. Inc.,
    477 U.S. 242, 25 1-52 (1986)........................................................   __7


Celotex Corp. v. Catrett,
    477 U.S. 317, 322 (1986)...........................................................   7, 23


Celotex Corp. v. Catrett
    477 U.S. at 423..................................................................   7


Equimark Commercial Fin. Co. v. C.I.T. Fin. Servs. Corp.,
    812 F.2d 141, 144 (3d Cir. 1987)................................................   7


Anderson  v. Liberty Lobby. Inc.
    477 U.S. at 248.................................................................   7


Celotex Corp. v. Catrett
    477 U.S. at 324.................................................................   7


Marcangelo v. Boardwalk Regency Corp.,
    847 F. Supp. 1222, 1226 (D.N.J. 1994)..........................................   7


Jurimex Kommerz Transit G.M.B.H. v. Case Corporation,
    2006 WL 1995128 (D.Del.).......................................................   8,23


 Edwards v. Born, Inc.,
    792 F.2d 387, 389-90 (3d Cir.1986).............................................   8


Japan Petroleum Co. (Nigeria) Ltd. v. Ashland Oil, Inc.,
    456 F.Supp. 831, 838 (D.Del. 1978).............................................   9


Taylor v. Peoples Natural Gas Co.,
    49 F.3d 982 (3rd Cir. 1995.....................................................   24


**RULES AND STATUTES:**

FED. R. CIV. P. 56(c)...............................................................   7


Restatement (Second) of Agency § 140. .............................................   8

i