IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ST. PAUL MERCURY INSURANCE COMPANY, and PACK & PROCESS, INC. : <br>     **Plaintiffs** <br>     vs. <br> **MALY YAN** <br>     **Defendant** | Civil Action No. <br> 05-0022 (KAJ) |
| **YAN THOU**, Individually and as Administrator of the Estates of Oeurn Mam, Deceased and Navy Yan, Deceased et al. <br>     **Plaintiffs** <br>     vs. <br> **PACK & PROCESS, INC. AND ST. PAUL MERCURY INSURANCE COMPANY** <br>     **Defendants** | Civil Action No. 05-0513 (KAJ) |

**APPENDIX OF EVIDENCE IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AS TO AGENCY**

| | | EXHIBITS | PAGE |
|---|---|---|---|
| EXHIBIT A | 1-9 | Plaintiff's Complaint | 1 |
| EXHIBIT B | 1-2 | St. Paul's General Liability Policy Pg. 6 and Umbrella Excess Liability Policy Pg. 7 | 2 |
| EXHIBIT C | 1-13 | Defendants' Declaratory Judgment Complaint | 3 |
| EXHIBIT D | 1-4 | Slip Copy of <u>Jurimex Kommerz Transit G.M.B.H.</u> v. <u>Case Corporation</u>, 2006 WL 1995128 (D.Del.) | 8,23 |
| EXHIBIT E | 1-3 | Notes of Testimony January 20, 2005 | 11 |
| EXHIBIT F | 1 | Memorandum Pack & Process dated July 27, 2001 | 12 |
| EXHIBIT G | 1-5 | Deposition Pages Maly Yan, September 24, 2003 | 13 |
| EXHIBIT H | 1-3 | Deposition Pages Maly Yan, June 5, 2006 | 14 |
| EXHIBIT I | 1-3 | Deposition Pages Sterling Newsome, June 29, 2006 | 16 |
| EXHIBIT J | 1-13 | Deposition Pages Steven Ames, June 27, 2006 | 22 |