**Page 1**

YAN THOU, ET AL. -vs- MALY YAN

IN THE COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY
FIRST JUDICIAL DISTRICT OF PENNSYLVANIA
CIVIL TRIAL DIVISION

```
YAN THOU, Individually and as    :   JUNE TERM, 2003
Administrator of the Estates     :
of Oeurn Mam, Deceased, and      :
NAVY YAN, Deceased, and          :
CHAN YAN and THUA SON and        :
CHIEU THI HUYNH                  :
                                 :
    vs                           :
                                 :
MALY YAN                         :   NO. 1508
```

Thursday, January 20, 2005

COURTROOM 653
CITY HALL
PHILADELPHIA, PENNSYLVANIA

BEFORE:  THE HONORABLE SANDRA MAZER MOSS, J.,

NON-JURY TRIAL

VOLUME II

JOHN J. KURZ, RPR, OFFICIAL COURT REPORTER

---

**Page 2**

YAN THOU, ET AL. -vs- MALY YAN

APPEARANCES:

```
KLINE & SPECTER, P.C.
BY:  JOSHUA VAN NAARDEN, ESQUIRE
     JONATHAN M. COHEN, ESQUIRE
The Nineteenth Floor
1525 Locust Street
Philadelphia, PA 19102
Counsel for Plaintiffs Yan Thou, Chan
Yan, Thua Son and Chieu Thi Huynh


GEROLAMO, McNULTY, DIVIS & LEWBART, P.C.
BY:  KEVIN R. McNULTY, ESQUIRE
Suite 630
1401 Walnut Street
Philadelphia, PA 19102
Counsel for Defendant Maly Yan
```

Also Present:

Kim Ly Yang, The Interpreter

JOHN J. KURZ, RPR, OFFICIAL COURT REPORTER

---

**Page 3**

YAN THOU, ET AL. -vs- MALY YAN

I N D E X

| WITNESSES | DIRECT | CROSS | RD | RC |
|---|---|---|---|---|
| MALY YAN | | | | |
| By Mr. McNulty | 6 | -- | -- | -- |
| By Mr. Van Naarden | -- | 8 | -- | -- |

E X H I B I T S

NO.                                              PAGE NO.

(None were marked at this time.)

*Quote* ①

JOHN J. KURZ, RPR, OFFICIAL COURT REPORTER

---

**Page 4**

YAN THOU, ET AL. -vs- MALY YAN

(REPORTER NOTE: Thursday, January 20, 2005, Courtroom 653, Judge Moss.)

COURT CRIER: Everybody please rise.

(Call to order at 1:45 p.m.)

THE COURT: Good afternoon. So we are now ready, I believe, on the defense side of the case to proceed?

MR. McNULTY: Yes, Your Honor.

THE COURT: You may proceed.

MR. McNULTY: Your Honor, first, could I hand up to the Court the original stipulation?

THE COURT: Yes, that's right. Do me a favor though, please, take the microphone, put it up straight in front of you.

MR. McNULTY: Thanks, Your Honor.

THE COURT: All right. Now you're okay.

Richard, you can make copies of that, okay. And we'll file the original. You can get your copies.

MR. McNULTY: Thanks, Your Honor. The defense, we call Maly Yan.

THE COURT: You may take the stand.

JOHN J. KURZ, RPR, OFFICIAL COURT REPORTER

## Page 5

YAN THOU, ET AL. -vs- MALY YAN

```
 2              MR. McNULTY:  We do have an
 3   interpreter, Your Honor.
 4              COURT CRIER:  For the record, sir,
 5   please state your name and spell your last
 6   name.
 7              THE INTERPRETER:  My name is Kim Ly
 8   Yang.  The last name is Y-A-N-G.
 9              COURT CRIER:  Your home address?
10              THE INTERPRETER:  1416 Tasker Street,
11   Philadelphia, PA 19145.
12                      - - -
13              ... KIM LY YANG, The Interpreter,
14   having been duly sworn to translate the
15   proceedings truthfully and accurately as
16   follows:
17                      - - -
18              COURT CRIER:  For the record, state
19   your name.
20              THE WITNESS:  My name Maly Yan.  My
21   first name spelled M-A-L-Y, last name Y-A-N.
22              COURT CRIER:  Your home address?
23              THE WITNESS:  2007 South 9th Street,
24   19148.
25                      - - -
```

*JOHN J. KURZ, RPR, OFFICIAL COURT REPORTER*

## Page 6

MALY YAN - DIRECT

```
 2              ... MALY YAN, after having been first
 3   duly sworn (through the Interpreter), was
 4   examined and testified as follows:
 5                      - - -
 6              MR. McNULTY:  May I proceed, Your
 7   Honor?
 8              THE COURT:  Yes, you may.
                    DEFENDANT'S EVIDENCE
                    DIRECT EXAMINATION
11   BY MR. McNULTY:
12   Q.   Ms. Yan, I know you understand some English,
13   but we're going to go through the interpreter, okay?
14   A.   Okay.
15   Q.   State your full name and your present home
16   address.
17   A.   My name is Yan, Maly.  My residence is 2007
18   South 9th Street, 19148.
19              THE COURT:  Wait.  I'm having trouble
20   hearing him.
21              Yes, thank you.  I need to hear
22   everything you say more than I need to hear
23   what she says because I don't understand her.
24   BY MR. McNULTY:
25   Q.   Ms. Yan, how long have you lived at that
```

*JOHN J. KURZ, RPR, OFFICIAL COURT REPORTER*

## Page 7

MALY YAN - DIRECT

```
 2   address?
 3   A.   Seven years.
 4   Q.   And what is your country of origin?
 5   A.   Cambodia.
 6   Q.   Are you presently employed?
 7   A.   You mean now?
 8   Q.   Right now.
 9   A.   No.
10   Q.   Okay.  Were you the operator of one of the
11   vehicles involved in the accident that we're here
12   about from back on June 18th of 2001?
13   A.   Yes.
14   Q.   And what kind of vehicle -- what kind of
15   vehicle were you driving at the time of the
16   accident?
17   A.   Van, 1992.
18   Q.   Where were you coming from and where were you
19   going?
20   A.   From work and heading home.
21   Q.   And home was Philadelphia?
22   A.   Correct.
23   Q.   Tell Her Honor, Judge Moss, what you recall
24   about the accident that day.
25   A.   I don't recall, I forget.
```

*JOHN J. KURZ, RPR, OFFICIAL COURT REPORTER*

## Page 8

MALY YAN - DIRECT

```
 2   Q.   Do you recall anything about where it happened,
 3   about what time, anything?
 4   A.   All I know is it happen about 4:30 in Delaware.
 5   Q.   And the road that you were on at the time of
 6   the accident, was that the road that you usually
 7   drove home on?
 8   A.   Correct.
 9   Q.   Do you recall a tanker truck also being
10   involved in the accident?
11   A.   I don't recall.
12   Q.   Ms. Yan, were you injured in the accident?
13   A.   Yes.
14              MR. McNULTY:  I don't have any other
15   questions at this time, Your Honor.  Thank you.
16              THE COURT:  You're welcome.  Do you
17   have any cross-examination?
18              MR. VAN NAARDEN:  I do, Your Honor.
19   May I proceed, Your Honor?
20              THE COURT:  Yes, you may.
                       CROSS-EXAMINATION
22   BY MR. VAN NAARDEN:
23   Q.   Good afternoon, Ms. Yan.
24              I want to start off by telling you
25   how sorry I am about the loss of your mother and
```

*JOHN J. KURZ, RPR, OFFICIAL COURT REPORTER*

                                    9
           MALY YAN - CROSS

your brother, but I'm here to ask you a few
difficult questions about the accident in 2001.
          Did you understand my question,
ma'am?
A.   Yes.
Q.   On the date of the accident, on June 18th of
2001, you were working for Pack and Process located
in Delaware, right?
A.   Correct.
Q.   And you were working as a quality control
employee at the factory?
A.   Yes.
Q.   And as part of your duties, you would transport
workers from their homes in Philadelphia to the
factory and back home to Philadelphia, right?
A.   Correct.
Q.   On the day of the accident, when you were
driving back from Pack and Process, you had 19
people in that Dodge van, correct?
A.   Correct.
Q.   And contained within those 19 people were
various members of your own family?
A.   Correct.
Q.   As a result of this accident, in addition to

           JOHN J. KURZ, RPR, OFFICIAL COURT REPORTER

                                    10
           MALY YAN - CROSS

your own injuries, you lost your mother and your
brother?
A.   Correct.
Q.   Knowing that you were the driver of this van,
how has this accident affected you?
A.   Because after accident my mother pass away, and
I feel so depressed, and I feel so loneliness.
Q.   And how has the loss of your brother, Navy Yan,
affected you?
A.   When I lost my brother, I feel so lonely, like
I live my life in this world without any person
around me, I feel isolated.
Q.   As the driver of the van, you recognize that
you had an obligation to be aware of the other
vehicles on the road with you, right?
A.   Yes.
Q.   And you also recognize that as the driver of
that vehicle you have a duty to the other people in
the car to keep the van under control?
A.   Yes.
Q.   At some point, and I understand that your
memory of what happened in the accident is limited,
but at some point you did end up losing control of
the van that you were driving?

           JOHN J. KURZ, RPR, OFFICIAL COURT REPORTER

                                    11
           MALY YAN - CROSS

A.   Yes.
Q.   And just to back up for a second, you also
recognize that you had an obligation and a duty to
obey the laws of the road, like the speed limit?
A.   Yes.
Q.   Do you remember driving -- rather, strike that.
          You remember driving to work on the
day of the 18th, driving the passengers from
Philadelphia to the Delaware factory, right?
A.   I do.
Q.   You don't remember there being any type of
mechanical problem with the car -- strike that, van,
when you drove from South Philadelphia to the
factory on the 18th, right?
A.   No, I don't.
Q.   And as you drove back from the factory back
from Pack and Process toward Philadelphia on the
18th, you remember approaching the big tanker,
right?
A.   Yes.
Q.   The tanker was in the center lane and you were
behind it at first, right?
A.   Correct.
Q.   And at some point you made a decision to go

           JOHN J. KURZ, RPR, OFFICIAL COURT REPORTER

                                    12
           MALY YAN - CROSS

around the tanker using the left most lane?
A.   Yes.
Q.   And as you were passing the tanker with the
tanker on your right, you lost control of the
vehicle?
A.   I don't recall.
Q.   Do you remember waking up in the van after the
accident?
A.   Yes.
Q.   What did you see when you woke up?  What was
going on around you?
A.   I saw some of my siblings visiting me at the
hospital.
Q.   Do you remember seeing your brother at the
scene of the accident before you went to the
hospital?
A.   No, because I was unconscious.
Q.   Did you first regain your consciousness when
you were in the hospital?
A.   I was unconscious for two days at the hospital.
          MR. VAN NAARDEN:   Thank you very
     much.  I have no other questions.
          THE COURT:  Any redirect?
          MR. McNULTY:  No, Your Honor.  Thank

           JOHN J. KURZ, RPR, OFFICIAL COURT REPORTER