```
 1              IN THE UNITED STATES DISTRICT COURT
 2                  FOR THE DISTRICT OF DELAWARE
 3
      ST. PAUL MERCURY INS. CO.   : CASE NO. 05-0022 (KAJ)
 4              and               :
      PACK & PROCESS, INC.        :
 5                                :
                vs                :
 6                          (3)   :
      MALY YAN                    :
 7    _____
      YAN THOU, et al.            : CASE NO. 05-00513 (KAJ)
 8                                :
                vs                :
 9                                :
      PACK & PROCESS, INC., et al:
10
                         - - -
11              MONDAY, JUNE 5, 2006
                         - - -
12
13
14            Continuing videotape deposition of
15    MALY YAN, taken at the law offices of DEASEY,
16    MAHONEY & BENDER, LTD., 1800 John F. Kennedy
17    Boulevard, Suite 1300, Philadelphia, Pennsylvania,
18    on the above date, beginning at 10:20 a.m., before
19    Susan Lauer, Court Reporter-Notary Public, there
20    being present.
21                       - - -
22            LOVE COURT REPORTING, INC.
                 1500 MARKET STREET
23             12TH FLOOR, EAST TOWER
           PHILADELPHIA, PENNSYLVANIA  19102
24                 (215) 568-5599
```

Maly Yan

Page 59

1 father drive when you first started working for
2 Pack & Process?
3    A.    It was Chevrolet Ram.
4    Q.    A van?
5    A.    That's correct.
6    Q.    The same van that was involved in
7 the accident?
8    A.    That's correct.
9    Q.    And how many people did your father
10 drive to work?
11    A.    Depends. Sometimes 10 people,
12 sometimes 12 people, sometimes 13 people. It depend
13 on the company's need.
14    Q.    Did you pay your father for
15 transportation?
16    A.    The company paid for him.
17    Q.    What company?
18    A.    Pack & Process.
19    Q.    How do you know that?
20    A.    Because my father talked to the
21 company.
22    Q.    Other than your father -- well, let
23 me withdraw the question.
24        Did your father tell you that

Page 60

1 Pack & Process was paying him?
2    A.    He didn't tell me about that, but he
3 say that the company pay for him. So if the company
4 didn't pay for him, how can he pay for the other
5 worker?
6    Q.    I want to know, how do you know that
7 Pack & Process paid him?
8    A.    Because the other guy's name -- by
9 name Sdey -- (interruption by the court reporter.)
10        THE INTERPRETER: By name Sdey.
11        MR. DEASEY: The other guy's what?
12 May?
13        THE WITNESS: His American name is
14 David.
15        MR. DEASEY: Oh, okay. The other
16 guy's name --
17        THE INTERPRETER: Sdey.
18        MR. DEASEY: Sdey?
19        THE INTERPRETER: Yeah.
20        THE WITNESS: Say that the company
21 pay my father.
22 BY MR. DEASEY:
23    Q.    Okay. You're talking about David
24 who's -- who's real -- one of his names is Sdey,

Page 61

1 right?
2    A.    His American name is David, and his
3 Cambodian name is Sdey.
4    Q.    What is his American last name; do
5 you know?
6    A.    I don't know exactly.
7    Q.    David Thatch, does that sound
8 familiar?
9    A.    Maybe, because he's Vietnamese.
10    Q.    Is it your testimony that David
11 Thatch told you that Pack & Process was paying your
12 father to transport workers?
13    A.    That's correct.
14    Q.    Do you have any -- do you have any
15 other knowledge -- or let me withdraw the question.
16        Other than David Thatch telling you
17 that Pack & Process paid your father, do you have
18 any other information that would prove that Pack &
19 Process paid your father for transportation?
20    A.    I didn't know exactly at that time.
21 The only thing that I did was just working and get
22 paid, and I know for sure that he got paid from that
23 company.
24    Q.    I understand. I understand, but

Page 62

1 that's not my question, ma'am.
2        My question is other than David
3 Thatch telling you, do you have any other facts to
4 support your testimony that your father was paid by
5 Pack & Process to transport workers?
6    A.    I don't have any -- any proof to
7 support that, but I know for sure that he got the
8 money from that company and --
9    Q.    And do you --
10        THE INTERPRETER: Sorry. I'm sorry.
11 Ask her to repeat that question again -- the
12 answer again.
13        THE WITNESS: I don't have any
14 evidence other than that to support the
15 payment that my father got from the company,
16 but I know for sure that he got the payment
17 from that company, and at that time I just
18 working and get paid from my father, and I
19 don't want to interfere with his business.
20 BY MR. DEASEY:
21    Q.    Is the reason you are sure that your
22 father got paid by Pack & Process is because David
23 Thatch told you?
24    A.    David Thatch never say anything

5 (Pages 59 to 62)

Maly Yan

Page 95

1  court reporter.)
2      THE INTERPRETER: Six hundred
3  something. (Interruption by the court
4  reporter.)
5      MR. DEASEY: Ask her to repeat the
6  answer.
7      THE INTERPRETER: Let me ask her
8  to repeat --
9  BY MR. DEASEY:
10     Q.   Let me withdraw the question.
11          Did you go with your father to the
12 office when he applied for Social Security benefits?
13     A.   No.
14     Q.   So you never translated for your
15 father when he was attempting to get any type of
16 benefits?
17     A.   No, because my English is not good.
18     Q.   Did you ever go with your father
19 when he attempted to get welfare?
20     A.   No.
21     Q.   So you -- did you ever translate for
22 your father when he was attempting to obtain any
23 type of welfare benefits?
24     A.   No.

Page 96

1      Q.   So if there's a note in the welfare
2  records for your father that says you translated for
3  him, that would be wrong?
4      A.   Because I never been with him. I
5  think they have their own interpreter at that
6  place. (Interruption by the court reporter.)
7      THE INTERPRETER: Their own -- they
8  have their own interpreter at that place.
9  BY MR. DEASEY:
10     Q.   So the answer is they'd be wrong,
11 the note would be wrong?
12     A.   Yes.
13     Q.   Did you ever apply for public
14 assistance or welfare?
15     A.   Yes.
16     Q.   Did you receive it?
17     A.   Yes, I did. I received the food
18 stamp --
19     Q.   Are you still -- I'm sorry.
20     A.   -- and the medical assistance.
21     Q.   Are you still receiving food stamps
22 and medical assistance?
23     A.   Yes.
24     Q.   And what do you receive -- let me

Page 97

1  withdraw the question.
2          Did you go down to the Snyder
3  office?
4      A.   Yes, I did.
5      Q.   On Buttonwood Street?
6      A.   I went to the office between 10
7  Street and Spring Garden.
8      Q.   Do you recognize a doctor by the
9  name of -- I'll give it to the interpreter.
10     A.   He's my family doctor and my
11 father's family doctor.
12     Q.   Okay. At -- at the time your father
13 sold the van to you, did he own any other cars?
14     A.   You're asking about -- you're asking
15 me or are you asking my father?
16     Q.   First your father.
17     A.   He own another car, but that car was
18 sold long time ago.
19     Q.   Did you own any cars at the time
20 your father sold you the van?
21     A.   No, did not.
22     Q.   Okay. Have you ever received any
23 money directly from Pack & Process for transporting
24 people to and from Pack & Process?

Page 98

1      A.   I have received payment from David,
2  and David say that he received the money from the
3  company.
4      Q.   So the answer to my question would
5  be no, that you have not received money directly
6  from Pack & Process for transporting passengers; is
7  that correct?
8      A.   Yes.
9      Q.   Now, did any employee of Pack &
10 Process ever tell you that it was part of your job
11 to transport workers to and from Pack & Process?
12     A.   David and Steve who told me to do
13 that.
14     Q.   Well, David who?
15     A.   David, Sdey.
16     Q.   David Thatch?
17     A.   Yes.
18     Q.   And Steve who?
19     A.   The boss in the company.
20     Q.   Did they tell you that together or
21 in separate discussions?
22     A.   Steve told David and asked David to
23 tell me.
24     Q.   Did Steven -- does Steven, the boss,

14 (Pages 95 to 98)

Love Court Reporting, Inc.