# In The Matter Of:

*St. Paul Mercury Insurance Co., et al v.*
*Maly Yan*

*Sterling Newsome*
*June 29, 2006*

*B&R Services for Professionals, Inc.*
*235 S. 13th Street*
*Philadelphia, PA  19107*
*(215) 546-7400*
*FAX (215) 985-0169*

Original File 06296mp1.txt, Pages 1-149

**Word Index included with this Min-U-Script®**

Page 117

[1] Q. Is it possible that Yan Thou had some
[2] arrangement with Pack and Process, that you were
[3] not aware of, whereby she was asked to drive these
[4] employees to and from the factory?
[5] MR. MARCEL: Excuse me, you said Yan
[6] Thou and you said she.
[7] BY MR. VAN NAARDEN:
[8] Q. I'm sorry, Maly Yan?
[9] A. I understood. No, I don't think so. I would
[10] have been aware if something was.
[11] Q. Are you aware that Maly Yan, like yourself
[12] today, has given a deposition under oath two times
[13] and has actually testified in a court or law. One
[14] time in relation to her employment relationship
[15] with Pack and Process. Did you know that?
[16] A. I heard she had a case, yes.
[17] Q. I'm sorry?
[18] A. I heard she had a case, yes.
[19] Q. But my question was different. I'm sure
[20] you're aware that she had a case. But were you
[21] aware that she gave testimony under oath?
[22] A. Yes. If she had a case, if she was involved
[23] in a case, I am sure she did.
[24] Q. Did you ever discuss with anybody, other than

Page 118

[1] your attorney, who you said you didn't talk to
[2] anyway --
[3] A. I have not really talked to him.
[4] Q. I don't want to know about it. The content of
[5] Maly Yan's testimony?
[6] A. No.
[7] Q. I'm going to make some representations to you
[8] about the content of portions of Maly Yan's
[9] testimony. Okay?
[10] A. Yes.
[11] Q. That she gave under oath. The first of which
[12] I'm going to tell you that on January 20, 2005 in
[13] City Hall she was called to the stand and asked a
[14] few questions relating to her employment agency.
[15] Okay?
[16] A. Okay.
[17] Q. And I'm going to represent to you, for
[18] purposes of this deposition, that when asked on the
[19] date of the accident, on June 18, 2001, you were
[20] working for Pack and Process located in Delaware,
[21] right?
[22] A. Correct.
[23] Q. The answer she gave was correct. Do you agree
[24] with that?

Page 119

[1] A. Yes.
[2] Q. The next question that was posed to her was
[3] and you were working as a quality control employee
[4] at the factory. And the answer that she gave was
[5] yes. Do you agree with that?
[6] A. Yes.
[7] Q. The next question was and as part of your
[8] duties you would transport workers from their homes
[9] in Philadelphia to the factory and back home to
[10] Philadelphia, right? And the answer she gave was
[11] correct. Do you agree with that?
[12] A. No.
[13] Q. Do you think that Maly Yan is lying when she
[14] says that? And I'll represent to you that that is
[15] what she said.
[16] A. I think that what she means when she did that
[17] is she was driving for her father, transporting
[18] people on that day.
[19] Q. So you believe that she meant something
[20] different than what she said under oath on January
[21] 20, 2005?
[22] A. That would be, yes, I feel that her
[23] interpretation is different, yes.
[24] Q. She was also, just like you, sat down for a

Page 120

[1] deposition on September 24, 2003. She was sworn
[2] under oath and I'll go through with you again some
[3] stuff. She was asked on page 69, line 6, the
[4] question was posed to her, this was by Mr.
[5] Villalobos, who is defense counsel. What
[6] supervisor was it that told you to transport people
[7] to and from work. Her answer was Sterling. The
[8] question was then posed to her, Sterling Newsome?
[9] And her answer was yes. Do you disagree with that?
[10] A. I think that I said to her one time, but not
[11] in a official capacity, I said, she asked how are
[12] we going to get back and forth to work. And said,
[13] I guess you'll have to drive. But that was not in
[14] an official capacity of Pack and Process. That was
[15] just as two friends talking.
[16] Q. That conversation, did that occur at the
[17] plant?
[18] A. Yes.
[19] Q. So it occurred, it occurred during the hours
[20] in which she was working as a QC operator?
[21] A. It was either some time during the day there
[22] one time.
[23] Q. She was on the clock at the time that you had
[24] this conversation, correct?

Page 121

[1] **A.** Correct. But I didn't make it in the
[2] official capacity of being plant supervisor.
[3] **Q.** Did you express that to her, and say listen,
[4] we're having this conversation just as two friends
[5] and this is in no way, I'm in no way talking to you
[6] as your supervisor?
[7] **A.** I guess I assumed.
[8] **Q.** But you didn't explicitly say that to her.
[9] **A.** I didn't say, Maly, you're going to have to do
[10] it, no.
[11] **Q.** The next question was and when it was, and
[12] when was it that Sterling Newsome told you to drive
[13] the van to transport workers. And her answer was
[14] after my father got his license suspended. As far
[15] as the time frame is concerned, do you agree with
[16] that?
[17] **A.** It was after that, yes.
[18] **Q.** Okay. And then the next question was under
[19] what circumstances was it that Mr. Sterling Newsome
[20] first came to you and spoke to you about driving
[21] the vehicle. And the answer was because he did not
[22] want my father to leave the place, and he does not
[23] want to lose us from the company. Would you agree
[24] with that?

Page 122

[1] **A.** Yes, I'll agree with that.
[2] **Q.** And then it says, so what did Sterling Newsome
[3] say to you. Answer, told me to bring people to
[4] work into the company and also work at the company
[5] as employee. Do you remember having that
[6] conversation with her?
[7] **A.** I would say that's sort of chopped up there
[8] but it's, probably discussed. But, once again,
[9] that was as two friends talking, not as me being --
[10] I wasn't her supervisor. Cheryl was her
[11] supervisor. She worked for Cheryl. I made two
[12] separate, even though I was responsible for both of
[13] them, I maintained deferitian (ph.) between the
[14] two. Cheryl ran her department, I ran mine.
[15] **Q.** But like you said, I understand that. But you
[16] were responsible for Cheryl and for Maly, correct?
[17] **A.** Theoretically, yes.
[18] **Q.** The next question was did Sterling Newsome
[19] provide you with a vehicle to drive or would you
[20] just drive your van. Answer drive my own vehicle.
[21] Any reason to disagree with that?
[22] **A.** True.
[23] **Q.** Okay. Then the next question posed to her was
[24] did Sterling Newsome or Pack and Process pay you to

Page 123

[1] drive the van in May and June of 2001. Another
[2] attorney chimed in, you mean directly or
[3] indirectly. Mr. Villalobos said directly and the
[4] witness says, yes, Pack and Process paid me.
[5] **A.** If they did I wasn't aware of it.
[6] **Q.** Okay.
[7] **A.** Because she was off the clock. And I had to
[8] review the hours every week. So, if she was being
[9] paid it was by somebody else.
[10] **Q.** Okay. I'm going to go through another
[11] transcript with you but before I do that, were you
[12] aware of a document that Maly Yan was asked to sign
[13] after the accident after she came back to work? Do
[14] you understand that question?
[15] **A.** I think Cheryl had her sign something, yes.
[16] **Q.** Were you aware of the fact that actually
[17] Steven Ames asked her to sign something?
[18] **A.** I don't recall.
[19] **Q.** Were you, did you believe you were present --
[20] first of all, how did you know that she was asked
[21] to sign something, were you there?
[22] **A.** It was mentioned by either Cheryl or Maly. I
[23] wasn't present I don't think.
[24] **Q.** What was your understanding of what she was

Page 124

[1] asked to sign?
[2] **A.** I really don't know. I think it may have been
[3] something releasing them from obligation about her
[4] hip.
[5] **Q.** About her hip?
[6] **A.** Yes.
[7] **Q.** Explain that to me, do you have an
[8] understanding that she injured her hip in the
[9] accident?
[10] **A.** In the accident, yes.
[11] **Q.** Okay. Did you have any discussions with
[12] Steven Ames, or anybody from Pack and Process about
[13] this document that Maly Yan was asked to sign? I'm
[14] going to get it for you so you can see it.
[15] **A.** I don't recall, to be honest with you I don't
[16] recall. I'm not trying to avoid your question, I
[17] just don't recall. There was so much going on at
[18] that time.
[19] **Q.** I understand that. Off the record.
[20]     **VIDEO OPERATOR:** Off the record 1:04.
[21]     (Whereupon there was a short
[22] off-the-record discussion.)
[23]     **VIDEO OPERATOR:** Standby. On the record
[24] 1:06.