IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ST. PAUL MERCURY INSURANCE COMPANY, and | : | |
| PACK & PROCESS, INC. | : | |
|     Plaintiffs, | : | |
| | : | Civil Action No.    05-0022 (KAJ) |
| MALY YAN | : | |
|     Defendant | : | |

| | | |
|---|---|---|
| YAN THOU, Individually and as Administrator of the Estates of Oeurn Mam, Deceased and Navy Yan, Deceased et al., | : | |
|     Plaintiffs | : | Civil Action No. 05-0513 (KAJ) |
|     VS. | : | |
| PACK & PROCESS, INC. AND ST. PAUL MERCURY INSURANCE COMPANY | : | |
|     Defendants | : | |

**ORDER**

AND NOW this _____ day of _____, 2006, upon consideration of the attached Motion for Summary Judgment and the attached Brief in Support, and any response thereto, it is hereby

**ORDERED** and **DECREED** that Defendants' Motion is **GRANTED**.

BY THE COURT:

_____
KENT A. JORDON, U.S.D.J