## CERTIFICATE OF SERVICE

I, Joshua Van Naarden, Esquire, hereby certify that a true and correct copy of Defendants' Motion for Summary Judgment was hereby served this 4th day of August, 2006, via E- file and first class mail, upon the following:

James B. Burns, Esquire
Deasey, Mahoney & Bender, LTD.
1800 John F. Kennedy Blvd.
Suite 1300
Philadelphia, PA 19103

J Ian Connor Bifferato
Joseph K. Koury
Bifferato, Gentilotti & Biden
1308 Delaware Avenue
P.O. Box 2165
Wilmington DE 19899

                                           **WEISS AND SAVILLE, P.A.**

                                     **BY: S/Yvonne Takvorian Saville, Esquire**
                                          YVONNE TAKVORIAN SAVILLE, ESQUIRE
                                          1220 North Market Street
                                          Suite 604
                                          P.O. Box 370
                                          Wilmington DE 19801
                                          (302) 656-0400

DATED:8/4/06                                      and

                                           **KLINE & SPECTER, P.C.**

                                     **BY: S/Joshua Van Naarden, Esquire JRVN/6757**
                                          JONATHAN M. COHEN, ESQUIRE
                                          JOSHUA VAN NAARDEN, ESQUIRE
                                          1525 Locust Street, 19th Floor
                                          Philadelphia PA 19102
                                          (215) 772-1000