IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ST. PAUL MERCURY INSURANCE COMPANY | ) ) ) | |
| and | ) ) | |
| PACK AND PROCESS, INC. | ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | Case No. 05-0022 (KAJ) |
| MALY YAN | ) ) ) | |
| Defendant. | ) | |
| *********************************** | | |
| YAN THOU, et. al | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | Case No. 05-00513 (KAJ) |
| PACK & PROCESS, INC., et. al. | ) ) ) | CONSOLIDATED CASES |
| Defendants. | ) | |

ST. PAUL MERCURY INSURANCE COMPANY
AND PACK & PROCESS, INC.'S MOTION FOR SUMMARY JUDGMENT

Plaintiffs St. Paul Mercury Insurance Company and Pack & Process, Inc., by and through undersigned counsel, hereby move the Court for an order granting summary judgment in their favor pursuant to Rule 56 of the Federal Rules of Civil Procedure, as more fully set forth in the

*Memorandum of Law* submitted contemporaneously herewith.

Dated: August 7, 2006  
Wilmington, DE

Respectfully submitted,

/s/ Joseph K. Koury
_____  
Ian Connor Bifferato (#3273)  
Joseph K. Koury (#4272)  
Bifferato, Gentilotti, Biden & Balick  
1308 Delaware Avenue  
P.O. Box 2165  
Wilmington, Delaware 19899  
(302) 429-1900

and

Francis J. Deasey, Esq.  
Henri Marcel, Esq.  
Deasey, Mahoney & Bender, Ltd.  
1800 John F. Kennedy Blvd., Suite 1300  
Philadelphia, Pennsylvania 19103-2978  
(215) 587-9400

*Attorneys for Plaintiffs*