# EXHIBIT B
# PART 2

**A**

**ability** 20:14
**able** 20:2,8 25:14 83:8 83:11
**above-referred-to** 31:12 57:18 64:8 77:13 81:14
**absent** 76:20
**Absolutely** 13:21 63:17
**acceptable** 29:12
**accident** 48:20 54:20 58:4,5,20 59:19 63:14 63:23 66:12 67:9 78:22 82:14,21 84:3,5 94:21
**accurate** 21:1
**ACKNOWLEDGM...** 99:1
**activities** 56:17
**address** 15:21 16:1 18:3 32:10,16 65:2
**afternoon** 55:4
**agency** 28:3,19 37:20 37:21
**ago** 88:17
**agreement** 17:7
**ahead** 10:2 17:21 48:8 58:24 63:6 64:12 67:21 85:4
**al** 1:4,6
**aliases** 14:5
**alien** 14:18
**allow** 12:12
**America** 14:15
**American** 14:17 40:21 41:17
**Ames** 4:18 5:24 82:17 83:1
**amount** 35:8,14
**and/or** 96:20
**annual** 27:1
**answer** 6:4 11:6,10 17:4,14,16,22 23:5 25:21,22 26:1,3 27:19 29:24 33:8 34:15 35:18 39:17 45:8 48:8 52:14 60:13 62:10 63:16 68:8,12 71:18 72:17 74:23 75:24 77:2,9 78:15 79:4 85:16 90:24 94:1,3,7
**answered** 71:16 72:3,4 72:9 74:21
**answers** 99:6
**anybody** 73:22
**anymore** 75:2 82:22
**apartment** 16:18
**appears** 82:6,10
**application** 5:17 26:21
**apply** 26:12,14 96:18
**approach** 73:11
**approached** 38:15,23 39:1,9 71:3,23 72:11 72:20 73:7,19 74:3
**appropriate** 97:5
**Approved** 1:15
**April** 25:6,10
**arrive** 55:5
**arrived** 61:8
**Asian** 40:17
**asked** 29:13 30:4 61:19 61:23 71:16 72:2 74:13,20 79:9 80:4,15
**asking** 11:8 34:10 44:4 44:11 63:18
**asks** 65:1,7
**assign** 97:4
**assist** 93:13,22 94:13
**associated** 38:1
**ASSOCIATES** 2:11
**attached** 97:14 99:9
**attorney** 97:18
**attorneys** 11:12 12:7,8
**August** 64:23
**average** 54:4
**avoid** 45:23
**aware** 77:4

**B**

**B** 5:10
**baby** 81:4,6
**back** 20:20 22:15 39:14 53:8 65:21 73:1,4 78:1 81:23 82:15,20 85:22 91:14,16 92:24
**backdrop** 44:16
**bag** 54:7,7
**balance** 43:21 71:13
**base** 88:22
**basically** 11:5
**basis** 27:1,2,6,21 48:17 60:16 62:5 91:19 92:6
**Bates** 35:2,4
**Bay** 3:9
**began** 45:19 50:5 67:7
**beginning** 55:16
**Begley** 1:14 96:14
**behalf** 38:17,17
**belief** 91:20 93:4,20
**believe** 18:8 26:10 27:3 27:12 29:14 32:21 34:18,23 35:23 38:12 41:10 80:15 82:19 90:19 91:7 92:2 93:11 94:9
**believing** 92:7
**belongs** 33:3
**benefits** 5:18
**Bernstein** 8:23
**better** 10:18 45:1
**beyond** 27:23 29:22
**biographical** 13:11
**birth** 14:7
**Bob** 40:20
**born** 14:9
**boss** 43:4
**bosses** 42:1 43:1
**bottom** 33:18 82:6
**bought** 21:3,7,8,10 22:14 36:16
**Boulevard** 1:12,21 3:13
**boxes** 49:8
**boy** 15:15
**break** 13:1,5 72:24 73:8 79:11
**BRECHER** 2:2
**brief** 8:5 64:5
**bring** 70:2 87:16,22 88:3
**Broad** 2:13 3:21
**brother** 16:4,12 18:5 18:12
**brother's** 16:15
**Building** 4:4
**Bun** 2:17
**business** 23:7,9,11 31:22 32:20 33:2

**C**

**C** 2:1 96:2,2
**called** 40:14,16
**Cambodia** 14:10
**candies** 47:2 49:7 54:6 54:7
**capacity** 50:5,9
**card** 5:15 14:19 58:19 58:19 60:6 61:14 62:1,14,16,16
**Care** 5:21 78:6
**carefully** 97:3
**cash** 21:12,15 53:16,21 89:13
**cease** 49:10
**center** 58:9
**centers** 13:2
**certificate** 19:24
**certification** 7:13 19:24 96:17
**certify** 96:5 99:3
**certifying** 96:21
**cetera** 72:14
**Chan** 2:16 3:8
**change** 49:3,6 93:6 97:6,7,10 98:4
**changes** 97:4,13 99:8
**changing** 71:17
**Charles** 4:15
**chase** 63:20
**check** 49:21 53:17,23 89:12
**checking** 54:6
**checks** 89:15
**Cheryl** 42:5,10 43:5 50:10,24 51:2,3,4 79:22 80:8 83:4,5 85:24
**Cheryl's** 86:3
**Chieu** 3:8
**child** 15:14 81:5
**children** 15:13
**Christiana** 5:21 78:5,9 79:18
**Christie** 1:10 3:11
**circumstances** 69:17 80:12
**citizen** 14:17
**clarify** 61:19 87:1
**classes** 20:14
**clear** 22:10 73:5 75:5 86:17
**clients** 93:23
**clock** 55:7,10,15,17 56:19
**clocked** 63:8
**code** 15:23
**college** 19:23
**column** 59:8 97:5
**come** 14:11 73:1 74:8 76:11 80:12 82:20
**coming** 92:10
**Commission** 99:20
**COMMON** 1:1
**Commonwealth** 1:17
**communicate** 12:20
**communicated** 75:8 78:10
**companies** 40:10
**company** 26:8 37:3,6 38:17 40:14,16 46:18 69:23 70:3,4
**compensate** 90:21
**complete** 71:21
**compose** 13:6
**concluded** 95:7
**concludes** 13:9
**condition** 83:16 84:10 93:11,20
**conditions** 93:4
**confer** 86:14
**confusion** 62:4
**CONRAD** 4:9
**considered** 24:7
**Consultation** 5:20 78:6
**contact** 37:7
**context** 10:17
**continue** 13:14 84:23
**continuously** 47:12
**control** 42:7,11 50:4,6 50:16,23 52:1 54:2,5 54:11 55:1 67:23 96:20
**conversation** 75:15 78:8 80:2,12 85:23 90:17 91:5
**conversations** 79:16,22
**copy** 31:4
**correct** 9:16 65:12 99:5
**corrections** 99:8
**cost** 22:5
**counsel** 7:11 9:22 11:1 31:2 60:3 86:15
**country** 14:12 19:3
**COUNTY** 1:2
**couple** 86:17,18 92:19
**course** 10:11 12:10 28:9 79:18
**courses** 19:23 20:14
**Court** 1:1 7:2 91:16
**covered** 9:9 72:7
**crutch** 10:10
**current** 15:20
**customarily** 67:1
**cut** 63:19

**D**

**D** 4:21 5:3
**dad** 16:4 22:23 26:16 26:17 35:11 91:24
**daily** 48:17
**damages** 8:15 9:5
**date** 9:8 14:7 60:7 64:22 78:23 82:9 93:16 94:19 97:11 99:12
**dated** 5:14,16,19,24 34:24 64:20,23 84:1 96:15
**daughter** 15:18 16:9,13
**day** 48:5 52:22 54:4,24 59:8,19,22 60:3,9 61:2,12,13,16,17 62:16 76:21 79:23 80:4,9 86:2 87:17 99:18
**days** 97:19
**deceased** 2:17,18 3:7,8
**December** 14:8
**deeply** 28:23
**Defendant** 3:16 4:7
**Defendants** 4:14
**Delaware** 57:8
**delve** 9:3,5 28:23
**depended** 88:7
**depending** 44:7 86:21
**deponent** 3:24 7:7 99:1
**deposing** 97:18
**deposition** 1:8,19 6:2 8:20 9:15 10:12,17 11:5,5 12:10 13:2 17:6 28:10 63:10 73:2 95:5,7 96:7 97:2 97:15
**DESCRIPTION** 5:12
**detail** 23:17 40:11
**differ** 9:13
**different** 9:12 12:7 15:6 54:13,15 71:18 79:10
**differentiate** 51:19
**direct** 17:13,16 50:12 96:20
**Direction** 6:4
**directly** 49:11 70:13,14 70:22 75:6 87:21
**disagrees** 44:16
**discuss** 76:12
**discussion** 77:24 81:21 82:17,19
**distinction** 43:24
**distinguish** 44:19
**distinguishing** 43:18
**distribute** 30:20
**distributed** 89:2 91:8
**DIVIS** 4:1
**divorced** 15:4,9,11
**doctors** 78:8
**document** 31:6,13 32:4 36:3 57:19,23 58:10 61:11 63:3 64:3,7,9 64:15,18 77:14 78:5 81:11,15,19 82:3,7,13 83:8,9,12 84:1,2,4 94:17,18,20
**documentation** 21:17 30:22,24 31:2,19 33:23 34:9 35:13
**documents** 6:11 21:19 57:15
**Dodge** 5:14 20:24 30:19
**doing** 44:3 60:18 61:20
**dollars** 51:17 52:17,21
**Donkeo** 2:8

DRANOFF 2:11,12 83:18 86:14,19
drive 2:4 25:14 47:4 48:15 65:16 67:2,5,7 67:12,18 68:2,23 69:2 69:13 70:6,7,8,10 72:14 73:7,11,19,21 74:9,13 75:1,4,17 76:11,16,22 78:12 82:22 84:16,17 85:11 85:17
driven 66:2
driver 65:11 84:24 90:7
drivers 90:21 91:9 92:3
driving 20:20 22:15 48:21 66:7,8,22 68:14 69:19 71:4 75:16,18 76:4,12 78:22 82:18 83:15 84:9 90:5
drove 48:9,19 65:20 77:5
duly 7:23 96:6
duties 54:3,9

E

E 2:1,1 5:3,10 96:2,2 98:2
earlier 75:14 87:6
earner 51:16
education 19:22
eight 35:5
either 90:2
Elementary 19:3
else's 25:16
employee 38:10 44:8 49:12 51:6,7 56:24 69:4 70:4 74:5 76:6
employer 65:1,5
employment 43:13 83:16 84:10 93:12,21
engaged 56:18
English 10:7,16 20:3,6 20:9,13,15
entered 47:10
Enterprises 4:15
entitled 29:1 78:5
errata 97:5,9,10,14,17 99:10
ESQUIRE 1:19 2:3,12 3:2,12,20 4:2,10
essence 8:19 92:8
establish 28:10
et 1:4,6 72:14
event 13:3 60:8
everybody 31:4
evidentiary 17:3
EXAMINATION 8:2
examined 7:23
examining 54:7
Excuse 25:23
excused 95:6
Exhibit 5:12 31:14 57:16,20 64:10 77:15 78:4 81:12,16 82:2 92:22
exist 84:6
expenses 28:18 29:6 30:23 91:10
expires 99:20
explain 43:19,21
extent 23:2 28:19
extra 87:8,13
eyes 24:7

F

F 1:21 96:2
facility 45:24
fact 11:15 12:10 39:12 60:4 62:12
fair 62:14
familiar 37:2,6,12 40:13
family 5:13 21:4,6 24:11 28:8 29:4,6 30:19
far 27:23
fashion 38:1
father 16:12 18:3 21:10 22:11,13 23:1 24:16 24:17 25:11 27:7,9 28:17 30:16 39:18,19 40:2,6 48:18 66:23 67:1,4 69:15,22 71:11 71:23 72:13 74:8,12 74:18,24 75:9,10 77:7 78:11 88:1,5,24 90:1 90:4,18 91:5 92:10
father's 22:20 23:21 24:13,24 25:5,9 71:5 73:24 76:15
February 1:4 50:18 52:2 54:14,19 55:1
Federally 1:15
filing 7:13
find 29:12 38:16 73:20 86:4
fine 7:5,6 10:22 17:12 26:6 30:14 36:15 44:17 45:13 59:16
first 7:22 8:22 22:12 24:10,14 31:24 32:3,8 33:19 35:1 43:16 45:18 46:8,14 48:18 61:16 66:7,8 69:18 71:3,23 72:21 73:11 74:3,17 76:3 82:2,13 94:17
five 72:24
flip 34:22
Floor 1:12,20 3:3,13,21 4:11
follow 86:9,23
following 56:7 97:8
follows 7:24
follow-up 71:10
foregoing 96:17 99:4
form 7:15 17:1 23:4 25:18,20 33:5,7 34:14 35:17 38:19 39:16 48:7 49:14 51:13 52:13 55:19 56:11,22 57:4,11 59:12 60:12 62:22 65:1 67:20 68:5 72:16 73:14 75:21,23 77:1 78:14 79:1,3 83:21 85:3 90:23 92:19 93:3,5,11 99:8
forth 53:9 93:5
Fortune 40:14
foundation 59:3,18
Four 15:19
frame 41:9 42:9 44:7 47:24 48:2 56:9
frankly 28:5
full 14:1
full-time 51:6,8
Furness 19:11,12
further 19:21 86:22 88:10 92:15 94:23

G

G 4:10
gas 28:15 36:17,23 87:7 87:8,13 90:6,8
gasoline 36:5,9 88:14 88:21 89:10,23 90:3 90:10,13,21 91:9 92:4 92:8
gears 20:18
GELLMAN 4:9
gentleman 37:13 38:15 39:6,14 40:19 42:18
GEROLAMO 4:1
gestures 12:3
getting 27:22 59:5
girl 15:15,16
give 11:17 31:1 43:20 44:18 87:10,10,12 88:19,20 89:11
given 11:15 87:7 89:15 89:18,24,24 90:1 92:20 96:8 99:6
giving 44:14 60:21,22 90:19 91:7
go 10:2,14 15:6 17:21 19:2 36:5 45:23 48:8 58:24 63:5 64:12 67:21 77:21 78:1 81:23 85:4,22
going 9:9 11:8,17 17:15 20:18 23:16 25:21 26:1 30:18,21 31:5,9 31:17 34:5,13,15 40:9 40:11 44:3,19 48:23 57:16 60:2 64:4,5 71:9 73:7 76:8 77:17 77:20 85:22 86:7 94:2
GOLOMB 3:19
gotten 36:11 85:13
graduate 19:15,19
great 23:17
Green 14:19
guess 10:6

H

H 5:10
Hadi 43:8,9
halfway 77:21
hand 12:3
happened 48:21 63:14
hard 13:18 73:21
harmless 77:17
head 12:3
headed 65:21
Health 78:6
healthcare 78:10 79:7
hear 88:5
hearing 8:21 17:11
held 1:9
help 26:16 75:18
helped 26:17
helping 78:11
Hey 72:13
high 19:5,7,9,11,16 20:11
hired 50:21 51:5
history 43:13
Hoffman 3:2 5:8 23:24 92:17,23 93:2 94:3,6 94:8,23
hold 12:12
home 16:20 17:20 18:11
Honik 3:19 8:8
Hospital 78:9 79:18
hospitalization 79:19
hour 51:17 52:1,3
hourly 51:10,16
hours 51:22
house 16:17,19
housekeeping 10:5
HULLER 4:10 66:15 86:10
Huynh 3:9
h/w 2:8

I

idea 26:22 27:10 35:9
identification 31:14 57:20 64:10 77:15 81:16
increase 52:4
incurred 29:7
Independence 26:11
INDEX 6:2
indicate 13:16
indicated 16:7 75:14 87:5
indicates 62:18
indicating 8:9 31:11 32:15 57:17 58:6 64:7 77:12 81:13 92:20 94:19
indirectly 70:13
individual 27:5 37:18
individuals 40:7
information 13:12 60:19,21,22 75:7
initially 47:3,8
instance 18:24 19:4 27:14 33:23 38:8 76:19
instruct 17:4 25:22 27:19 29:23 60:13 62:9 68:23 75:24 77:2,9 79:4
instructing 26:3
instructions 13:10 97:1
insurance 26:13,14 27:1
insure 28:13
insured 26:9 28:6
intend 9:3,4 28:10,23
intended 8:17
intent 9:14
interpreter 4:20 7:20 10:1,9,15,20 12:1,19 13:13,22 16:6 45:4 68:6,12 80:24 91:1
interrogatory 59:13
invoice 5:13 33:19,24 34:4,24 35:8
invoices 31:20
invoked 28:20
in-law 16:5,13
in-laws 16:14
issue 17:3 75:12 76:12
issues 9:2,4,5,8 17:10 27:23,24 28:21 29:23 40:12 79:8
itemization 89:19

J

J 3:20
Jersey 2:5
JFK 1:11 3:13
job 41:4 46:24 49:3,5
John 1:14,21 4:21 96:14
JOSEPH 3:20
Jr 3:12 4:16
judge 8:23 11:19
July 82:11 84:9,14 93:17
June 20:20 34:24 36:2 36:4,24 54:15,19 55:2 59:21 60:3,10 61:6 62:19 65:15,17,23 66:1 68:2,17 70:11 71:4 73:10 74:10 76:23 77:5 83:24 84:21 85:12
jurisdiction 28:4,20
jurisdictional 8:11 9:2 27:24 29:22
jury 11:19

K

KELLY 4:10
Kennedy 1:21
KEVIN 4:2
Khem 2:17,17,18
kind 80:2 94:16
KLINE 3:1
know 9:24 10:4 13:7,19 17:19 23:2 25:2 26:8 33:1,9,17 34:1,6,9 35:20 38:7,8 39:5 40:18,24 41:3 43:7 61:13 62:2,15,17,24 62:24 72:11 73:18 78:16,17 81:2
knowledge 37:19 40:1 40:5 89:2,8
known 14:4
Koung 4:19 7:19

L

labor 93:13
Lam 2:17 23:15 33:16 33:16 37:3,11 38:1,6 38:9,10 67:6,14 87:10 87:10,19,24 88:23

89:3,4,12 91:21,23 92:9
Lang 2:18
LANGER 3:19
language 20:13
lastly 43:7
late 55:22,22
law 1:10
Lawrence 2:8
LAWYER'S 100:1
laying 59:3
lead-in 59:14
Leam 4:19 7:19
leased 21:5
leave 69:22
Leendavy 4:19 7:19
Leer 4:21
left 31:24 32:8
letter 8:7
let's 53:19 81:23
LEWBART 4:1
Lewis 4:4
liability 8:15 9:3
license 25:11 66:24 69:16 71:5 73:24 74:15 75:2 76:15
life 13:4
likewise 11:13 42:4
limits 17:6
Line 6:5,5,12,12,15,15 6:19,19 98:4 100:2
listed 31:23 65:4
live 14:16 18:15 19:1 30:15
lived 15:24
LLC 4:15
loan 21:12
Locust 3:3
long 15:24 18:2
longer 93:17
look 64:12 72:13 73:22 82:1 86:7
looking 61:10 77:19
looks 35:1
lose 69:23

M

M 2:12 3:12
Macknis 40:20 41:1,16 41:22
maintain 28:14
maintained 29:2
maintaining 29:4
maintenance 27:15,16 29:15,17,21 34:19
making 51:16 97:7
Maly 1:6,9 4:7 5:5,13 5:15,15,17,18,20,22 5:23 7:22 14:3 28:7 28:17 31:10,13,23 57:17,19 61:11 62:13 64:4,9 77:11,14 78:4 81:12,15 82:1 92:21
man 3:7 41:17
manager 41:7
mark 3:2 31:10 81:12
marked 6:18 31:13 57:19 62:13 64:3,9 77:11,14 81:15 82:1
Market 4:11
marking 31:8
Marlton 2:5
married 15:1,3,5,8,10 18:9
matches 62:1
ma'am 14:2 15:1 32:4 32:23 33:20 64:14 78:4
MC 4:1,2 16:22 17:5,15 17:21 18:20 21:21 22:9 23:23 25:19,24 26:4 30:6,10 31:7 33:6 34:5,13 35:16 38:20 43:23 44:10,22 45:6,10,14 51:12 53:7 55:18 58:24 59:4,11 60:11,17,24 61:21 62:23 63:4,7,12 68:9 71:15 72:1,6,15 74:19 75:22 76:24 77:8 78:13 79:2,9 83:20 85:14 86:12 90:22 93:24 94:5 95:1
mean 21:22 45:21 49:18 66:4 70:12 84:12 89:5 93:10
means 21:22 96:19
meant 55:13 66:17
Memorandum 5:22
MILLER 2:3 9:16 53:14
minute 44:11 72:24 94:1
misunderstanding 30:3
moment 12:12 20:18 81:18 85:24 86:8 88:17
moments 13:6 49:1
Monday 59:23 60:1,4 61:18
money 22:23 87:8,13 88:19 89:23 90:3,6,8 90:10,13,20 91:8 92:10
monies 22:18,20,21 36:23 70:22 89:2,7,20
month 27:1,4 50:17 66:12 67:8
monthly 27:6
months 48:20
morning 55:4,6 56:2,7 65:17
Mortensen 1:11 3:11
mother 18:12
Motiva 4:14

N

N 2:1 5:3
name 9:21 10:24 14:1 15:6 22:13,16 23:21 23:22 24:6,12,13,16 24:24,24 25:5,5,9,9 25:16,16 26:20,23 32:7,11 37:3,11,13,15 40:20 42:5,19 43:8,11 58:8,12,15 97:10
named 51:2
names 14:5
narrative 77:22
Navy 3:7
necessary 97:3
need 11:24 12:2 23:6 88:4
needed 23:12 27:15 30:7
negative 9:18
nephew 16:9,13
never 89:17,22 94:16
New 2:5
NEWMAN 2:2
Newsome 42:19 69:10 69:13,18,24 70:5,9 71:8,12,24 75:16 76:3 76:10 87:15
Nguyen 3:9
night 79:24 80:5,16,18 86:2
nodding 9:18
nods 12:3
Notary 1:16 99:23
noted 97:8 99:9
notes 86:7 100:1
Notice 1:9
NULTY 4:1,2 16:22 17:5,15,21 18:20 21:21 22:9 23:23 25:19,24 26:4 30:6,10 31:7 33:6 34:5,13 35:16 38:20 43:23 44:10,22 45:6,10,14 51:12 53:7 55:18 58:24 59:4,11 60:11 60:17,24 61:21 62:23 63:4,7,12 68:9 71:15 72:1,6,15 74:19 75:22 76:24 77:8 78:13 79:2,9 83:20 85:14 86:12 90:22 93:24 94:5 95:1
number 14:21 32:14,17 32:20,21,22 33:2,3,12 33:14,16 35:3,5 51:16
numbers 31:22

O

oath 11:14,16
object 12:8,11 17:1 34:6,14 58:22 94:2
objecting 60:11
objection 12:13 16:22 23:3,23,24 25:17,19 27:18 33:4,6 35:16 38:18,20 39:15 44:1 48:6 49:13 51:12 52:12 55:18 56:10,21 57:3,10 59:11 62:21 67:19 68:4 71:7 72:15 73:13 74:19 75:20,22 76:24 77:8 77:18 78:13,24 79:2 83:20,22 85:2,14 90:22
objections 7:15 8:13 9:1
obtained 29:16
obviously 9:6 13:2
occasions 66:2
occupation 65:8,9
occurred 58:21 84:3
October 8:22
Oeurn 3:7
office 8:9
offices 1:10
okay 11:3 12:15 16:17 22:24 26:20 30:10 36:12 37:12,24 39:5 39:22 40:19 41:3 45:9 47:11,20 48:12 51:21 54:13 59:13 73:8 84:21 85:22 89:1 95:4
old 15:17,19
once 11:11 27:3 31:4 90:11
opportunity 11:10 81:24
opposed 12:2 44:12 46:21 47:23 52:10 53:11 70:18
Oral 1:8
order 21:13 84:22 90:20
original 97:17
outside 17:11
outstanding 8:24
owned 28:6
owner 38:9,12
O'BRIEN 4:9
o'clock 61:9

P

P 2:1,1 4:15,16
PA 1:12 2:14 3:4,14,22 4:5,12
Pabarue 1:10 3:11
Pack 3:16 9:23,23 11:1 23:15 28:8,11 29:3,8 33:11,13 34:18 35:23 39:3,10,13 40:3,7 41:2,4,14,23 42:11,22 43:1,14,17,19 44:5,6 44:8 45:19,24 46:8,14 46:17,21 47:4,8,10,12 47:17,22,23 48:4,16 49:3,12,20 50:22 52:10 53:3 54:4,16 55:24 56:7,16 57:1 65:6,17,22 66:3,9 67:13,16,18 68:1,22 70:9,15,22 72:10 74:5 74:9 76:6,17 79:24 81:9 83:16 84:10,18 84:23 87:9 88:8,18 89:3,9,11,16,21 90:19 91:7,21 92:2,7,10,24 93:7,12,14,21,23 94:11,12,13
packer 50:7,16 53:13
packet 32:1
packing 47:1 49:7
page 5:5,12 6:5,5,12,12 6:15,15,19,19 31:24 32:8 33:19 34:23 35:1 98:4 100:2
pages 99:4
paid 21:15 30:8,12 31:19 33:24 34:3,12 34:18 35:9,14,24 40:2 40:6 45:10 46:16,17 46:21 47:23 49:20,22 51:10,24 52:16 53:2 53:21 56:16 67:4,11 67:13,14,15,17 68:1 68:13 70:16,19 89:20
paper 21:19
part 18:16,21 29:7 41:19 43:20
particular 25:7 60:3 61:12 64:6 78:23
parties 7:12
part-time 51:6
pay 26:24 27:15 28:14 49:24 52:5 53:3 55:24 56:7 58:13 62:19 70:10
paying 45:21 46:1 68:18 92:8
payment 30:22
payments 27:6,11
PC 4:1
Pennsylvania 1:2,17,22 57:2
people 23:14 37:23 38:16,16 39:3,9,13,20 40:2 49:23 52:19 53:8 68:15 69:3,7 70:2 73:21 74:6 75:4 76:8 80:17 81:8 82:22 88:5 90:5 93:18 94:12,15
peoples 49:23
period 47:15,21 56:1 58:13 62:19
permission 76:11
person 13:16,17,18,20 26:14 27:8 37:7,10,10 37:22 46:19,21 51:2 52:17,21 53:6 67:2,22 72:10 73:8,8 87:18 90:4
personal 28:3,19
personally 21:9 75:11
persons 77:5
Philadelphia 1:2,12,22 2:14 3:4,14,22 4:5,12 19:13 20:12 65:21 68:19 70:24,24
phone 2:6,15 3:5,15,23 4:6,13 32:20 33:14,15
Phravichit 2:9
physically 44:4 45:23 46:8 53:10
place 8:18 25:3 26:19 33:3 38:13 54:20 59:20 63:23 69:22 82:15,21
placed 85:7
Plaintiffs 2:7,16 3:6
planning 63:18
plant 53:11
PLEAS 1:1
please 12:18 36:4 46:5 64:13 79:12 97:2
plural 16:14
Plus 40:17

point 24:22 38:15 40:14 41:14 49:2,9 72:12 86:19
pose 29:11
position 41:4
possession 24:11,15
prefer 10:13 45:15
pregnant 47:19 81:3
preliminary 8:13 9:1
preparation 8:20
present 4:18 11:12
president 38:9
pretty 47:1
prior 66:1 94:9
probably 35:11 61:7
problem 59:14 61:22 61:22 74:7 76:9
Process 3:17 9:23,23 11:2 23:15 28:8,11 29:3,9 33:11,14 34:18 35:23 39:4,10,13 40:3 40:7 41:2,5,14,23 42:11,22 43:1,14,17 43:19 44:5,7,9 45:19 45:24 46:9,14,17,22 47:4,8,10,13,18,22,24 48:4,16 49:3,12,21 50:22 52:11 53:3 54:4,16 55:24 56:7,17 57:1 65:6,17,22 66:3 66:9 67:14,16,18 68:2 68:22 70:10,16,22 72:10 74:5,10 76:6,17 79:24 81:9 83:17 84:11,18,23 87:9 88:8 88:19 89:3,9,11,16,21 90:19 91:7,21 92:3,7 92:11 93:1,7,12,14,22 93:23 94:11,12,13
Production 6:11
Professional 1:16
property 16:21 17:20
propounded 99:7
provide 37:8 39:2 70:6
provided 97:16
provider 78:10
providing 81:7
psychiatrist 78:20
psychiatrists 79:17
psychologist 78:21
psychologists 79:17
Public 1:16 99:23
punch 55:6,10 56:18 62:16
punched 59:9,9 60:6,7 60:10 61:1,6,12 63:13 63:22
punching 55:15,16 56:2 56:3,5,6
purchase 21:13,17,19 22:22 24:7
purchased 21:11,12 22:5,8,10 23:1 24:4 36:5
purpose 78:22
purposes 10:5
pursuant 1:9
put 28:15 36:23
putting 49:8
p.m 1:14 95:8

Q

QC 42:6
quality 42:7,11 50:3,6 50:16,22 52:1 54:1,5 54:11,24 67:17
question 11:6 12:21 17:2,17 23:4 24:19 25:18,20,21 30:7 31:16 32:3 33:5,7 35:7,17 36:7,14,17 38:19 39:16 45:7 46:5,7 48:7 49:14 51:13 52:13,24 54:22 55:19 56:11,22 57:4 57:11 58:23 59:1,12 60:8,12,14 61:23 62:6 62:7,22 67:20 68:5,8 71:13,15,17,19,21 72:2,16,17 73:14 74:20,23 75:21,23 77:1,17 78:14,15 79:1 79:3,5,11 83:21 84:8 84:20 85:3 90:23 91:11,12,15
questioning 8:10 86:22
questions 6:18 7:16 8:12,14 11:9,11,13 12:9,17 23:18 29:11 30:1 31:5,21 44:12 48:24 64:6 65:15 86:9,11,13,17,21 88:11,13 92:15,19 94:24 95:2 99:6
quite 28:5

R

R 2:1 4:2 96:2 98:2,2
Rafael 3:12 9:22 10:24 60:18 66:16
rate 51:11
read 7:7 83:8 84:4 91:14,15 97:2 99:3
reads 32:21
really 33:13,17 35:19 38:7 43:10 56:12
reason 25:8 34:17 35:22 38:24 47:17 90:18 91:6 92:2,12 97:4,9
reasons 12:18 13:1,4
recall 22:4 59:19,22 61:5 63:22 74:16 79:21 80:3 90:12
recalls 61:1
receipt 97:19
receipts 21:18 33:23 35:13
receive 70:21 84:4 90:2 90:10,13
received 52:5 83:7 84:2 93:3 94:16,18,20
receives 51:18
receiving 51:9 52:9
recessed 73:2
recognize 32:4 43:10 57:22 62:12 64:14 82:3
recollection 78:7,19 79:15 80:7
record 5:20 8:6,19 73:4 77:23,24 78:2 81:20 81:21,23 96:7
records 30:19
referential 8:24
regard 8:11
regarding 8:6,14 9:8 30:22 35:13 78:21 79:23 88:13
regardless 46:1
register 28:12
registered 1:15 23:20 23:22 24:12,23 28:7
registration 25:3
reimburse 28:17 36:19 91:9
reimbursed 29:3 36:9 36:22 87:7
reimbursement 88:21 89:10
reimbursements 88:13
reimbursing 92:3
Reistle 4:15,16
related 9:1 21:17,19 30:23 31:19 33:24
relating 13:15
relation 53:1,8
relationship 29:8 38:6 93:7
relevance 16:23 17:2 17:10
relevant 28:21
remember 33:13 76:2 80:15,19 82:4,12
rent 17:24
rental 16:21 17:19
repair 30:23 35:15
repairs 30:8 35:24
repeat 12:22 54:21 66:5 91:2,11,12
rephrase 12:22
reporter 1:16 7:2 91:16 96:22
represent 60:2 61:18
represented 12:6 89:20 93:6
Representing 2:7,16 3:6,16,24 4:7,14
represents 58:19 61:17
reproduction 96:19
repurchase 24:8
request 6:11 39:23
requested 39:14 88:8
required 20:13
requirement 84:17,18 85:8
reserve 9:6
reserved 7:16
reside 16:3
resided 18:3,13
residence 32:14,19
resident 14:18
resolve 12:12
respect 9:14 31:21 35:7
respective 7:12
response 80:20 86:3
responses 11:23
responsibilities 54:3,10
resume 12:13
retired 41:12,22
Return 97:17
returned 82:16
review 81:19
Re-ask 46:5
re-depose 9:7
Richard 4:16
right 9:7,21 12:8 13:9 20:21 21:24 33:18 43:15 58:13 68:10
rip 54:8
Robert 2:3 41:15
ROHN 4:9
room 9:12 11:12
roughly 66:13
RPR 96:14

S

S 2:1,3 5:10
Sagemore 2:4
salary 45:11 51:10,18
saw 82:13
saying 13:17 60:19 63:1 80:8
says 13:15 33:19 58:13 58:16 59:8 60:20 65:8 83:12
scheduled 8:22
school 19:2,3,5,7,9,11 19:16 20:12
scope 28:22
sealing 7:13
second 59:8 61:17
Security 14:21
see 32:7,13,22 33:20 58:8,16 59:7,10 60:9 64:17 65:1,8 89:14 93:9
seen 32:5 89:18,22
sent 8:8
separate 29:7
September 1:13 8:7 96:15
service 35:10
Services 1:11,19 33:16 78:6
session 11:6
set 80:11 93:5
seventh 34:23
seven-day 61:15
sex 13:16,20 16:7
sheet 60:5 97:6,9,11,14 97:18 99:10
shift 54:18 55:9,16,17 56:3,6,19 65:22 79:23 79:24 80:5,5,9,16,18 86:2,2
shifts 54:14,15
shorthand 96:21
show 30:18 55:21 57:15 61:14 62:16
showed 55:21
sick 76:20
sign 7:8 93:16 97:10,15
signature 64:17,24 82:5,10 99:14
signed 84:1 93:10,19 94:19
significance 55:15
signing 94:10 97:12
similar 8:18
simply 38:10
single 15:2
singular 16:13
sister-in-law 18:8
sitting 11:4
six 16:2 18:4,6 55:3 61:9
Social 14:20
solely 8:10
Soly 2:16
somebody 86:8
son 3:8
sorry 10:1 66:15 68:6 80:24 87:20 91:1
South 2:13 3:21 4:3
space 97:16
speak 10:7,8 20:14 75:6 75:11 87:21,24 88:1
speaking 12:1
speaks 10:16 63:3
specific 18:3
SPECTER 3:1
spent 22:19 36:23
spoke 69:19 75:10 76:3 87:19
spoken 10:11 20:3 78:20
Sr 4:16
Staff 33:16 37:3 38:2,6 38:9,11
stand 86:20
standpoint 28:5
Staniszewski 42:5,10 43:5 50:10 79:22 80:8 83:5 85:24
start 19:7 54:24 61:9 66:21
started 19:5
starting 47:9 55:3 93:16
State 57:2,8
statement 8:5,6,18 29:12 88:22
States 14:15 18:18
status 14:14
stay 80:9
stepped 76:22
Sterling 42:19 69:9,10 69:13,18,24 70:5,9 71:8,12,24 72:9 75:15 87:15,20,23
Steve 4:18 5:23 83:1 86:12
STEVEN 2:12
stipulated 7:10
stipulations 6:14 7:3
stopped 47:17
straight 16:12
Street 2:13 3:3,21 4:3 4:11 15:22
stuck 10:19
Suasaday 37:16
subject 8:12 97:12
submitted 26:21
subscribe 62:5

Subscribed 99:16
substance 99:9
substantive 9:14
Suite 2:4,13 4:4
Sunday 61:17
supervision 96:21
supervisor 42:6,15 43:4 50:13 68:24 69:1,6 83:2,3
supervisors 42:2 43:1 93:15
SUPPORT 6:2
sure 43:23 45:16 54:8 54:23 58:7 60:23 61:3 62:8 63:5,11 64:16 68:7 79:13 80:14 91:4
Susi 43:8,8
suspended 25:12 66:24 69:16 71:6 73:24 74:14 75:3 76:15
switch 20:18 80:4 86:1
switching 79:23
sworn 7:20,23 96:6 99:16

T

T 5:10 96:2,2 98:2
table 30:20
take 13:1,5 19:22 20:13 37:23 63:10 64:12 72:24 81:18
taken 1:9 21:13
talk 20:17,19 23:16 76:13
talking 66:11
tank 28:16
tears 54:8
technical 54:5 55:1
technician 50:6,17,23 52:1 54:2,11 67:17
telephone 31:22 32:14 32:17,20 33:1,12
tell 12:18 17:9 36:4 38:24 54:1 58:1 61:10 63:9 75:17 81:2 87:16 88:3
telling 25:13 44:13 61:24
ten 22:20
TERM 1:4
testified 7:24 88:17
testimony 5:5 11:16 12:14 87:2,6 96:8
Thank 8:15 13:23
Thatch 37:13,16,24 39:23 40:8 46:23 47:23 48:4 49:11 50:2 52:6,9 53:2 67:6 68:13,18 70:18,19 72:18,20 73:9,10 74:2 74:17,24 75:3,7,8,12 85:9,10 88:19,20 89:5 89:9,12,13,16,21 90:10,17,20 91:6,8
Thatch's 38:5
Thi 3:8
things 79:10 86:18,20 87:1
think 10:7,14,18 28:2 28:21,22 29:1,21 30:4 38:21 44:24 45:6 50:18 62:6,24 66:16 72:1 89:5
thirty 97:19
Thorn 2:17
Thou 3:7
three 52:16,21
Thuha 3:8
time 5:15 7:17 15:6 24:1,3,22 36:3 38:15 41:6,8,9 42:9,16 44:7 47:15,20,24 48:2 49:9 56:2,8 58:19,19 60:5 60:6,9 61:1,5,8,8,11 62:1,14 63:8 72:12 81:6,7 83:19 94:14,17
times 59:9
title 41:4 46:24 49:3,5
today 8:10,15 9:4,5,10 11:9,12,17 12:7 21:22
told 68:24 69:1,7,13 70:2 74:24 75:3,4 76:5 80:21 82:23 88:23 91:21,23 92:9 93:15
top 31:23 32:8 58:9 62:18
topic 28:24
total 33:19 35:8
Tower 4:4
train 19:23
transcript 7:8 96:18 97:20
transcription 99:5
transfer 24:6
transferred 22:16 25:4 25:8,15
transferring 69:3
transition 50:15
translate 10:10 13:19 68:10
transmitted 89:8
transport 23:14 38:16 39:3,9,13 40:6 52:19 68:18 69:7,14 74:6 75:1 76:7 93:13,18,23
transportation 40:12
transported 39:20
transporter 49:22 50:1 68:14
transporting 40:2 70:20,23 81:8 90:5 94:10,12,15
trial 7:17
tried 45:2
true 96:7
try 71:18
trying 44:17 45:22 51:19 56:13 63:9 71:21
Tuesday 59:23
turn 11:9 12:19 88:20
two 12:7 18:10 51:20 64:5 79:10 86:24
type 19:24 89:19
types 29:24

U

Unchalee 1:4 2:7
uncle's 17:23
underneath 64:19
understand 10:6,8 11:15,19,21 12:4,17 12:21 17:9 20:2,4,5 45:4,5 46:4 56:13 68:7 71:11 83:12 84:7,13,19
understanding 9:13 20:23 34:3,7,11 38:5 44:6,15,18 50:4 55:12 55:14 58:18 60:5 61:16 73:6 83:15 84:8,15,22 88:18
understands 43:24
unfair 62:7
unfortunate 13:3
United 14:15 18:17
unwillingness 62:4
upcoming 8:21
Urban 3:20 5:7 7:6 8:4 10:13 23:3 24:2,5,14 24:18 25:17 27:18,22 29:10,20 30:12,14 31:15 33:4 35:2 36:7 36:12,15 38:18 39:15 44:1,24 46:3,10 48:6 49:13 51:21 52:12,24 56:10,21 57:3,10 62:3 62:9,21 67:19 68:4 70:12 71:7 72:4 73:13 75:20 77:16 78:24 83:22 85:2 86:16,24 87:4 88:10 92:21
use 10:9 85:20
Usual 7:2
usually 61:8

V

van 20:19,24 21:3,5,7,8 23:1,12 35:10,15,24 36:24 65:16,20 66:2,7 66:9,22 67:2,5,8,12 67:18 68:2,14 69:13 70:7,10 71:4 73:12,19 75:16,17,19 76:4,16 76:22 77:5 78:12 85:1,11,18 90:5
vehicle 21:14,18,20 22:5,19,22 23:19,20 23:21 24:4,10,23 25:4 25:8,14 26:9,13,15 27:14,15,16 28:6,12 28:13,14,15 29:2,5 30:7,24 34:20 36:6 47:5 48:10,12,14,19 48:22 68:23 69:2,20 70:6,8 75:2 78:23 82:18 84:9,16,17 85:20
vehicle's 28:16
verbal 11:24
versus 44:20 51:17
Villalobos 3:12 5:6 7:4 8:8,17 9:17,20,22 10:3,21,23 11:1 13:21 13:24 16:10,24 17:8 17:18 18:1,22,23 21:24 22:3,17 23:8 24:3,9,17,21 25:23 26:2,5,7 27:20 28:1 29:18 30:2,9,13,17 31:9,17 32:2 33:10 34:8,16 35:4,6,21 36:10,13,16,21 38:22 39:21 44:2,14 45:2,9 45:12,16,17 46:6,12 48:11 49:17 51:15,23 52:18 53:12,18 55:23 56:15,23 57:6,13,21 59:2,6,15,17 60:15,23 61:3,4 62:8,11 63:2,5 63:11,17,21 64:1,11 66:18,20 67:24 68:16 70:14,17 71:9,20 72:8 72:19,23 73:3,17 74:22 76:1 77:3,10,21 78:3,18 79:6,13,14 81:10,17,22 83:23 85:6,15 86:6 88:12,16 91:3,13,18 92:14 95:4
Vong 1:4 2:7,8
vs 1:5

W

W 1:14 96:14
wage 51:16
Wait 44:10 93:24
waived 7:14
want 11:14 17:3,13 20:17,19 23:18 62:15 69:21,23 72:11,23 79:7 81:18 86:23
wanted 17:19 71:22 80:9 87:1
WAPNER 2:2
warm 92:23
wasn't 18:17 25:14 68:7 71:13 80:14
way 59:18 93:8,10
ways 53:19
Wednesday 1:13 59:24
week 58:20 59:19,23 61:14,15 62:19 90:11 90:14
weight 11:18
welcome 92:24
went 27:13 82:15
wife 16:15
WIGRIZER 2:2
Wilmington 68:20 70:23 71:1
wishes 92:24
witness 6:4 16:8 17:12 17:23 22:1,12 23:6 24:20 30:16 33:9 35:19 36:20 39:18 48:9 49:15 51:22 52:15 53:5,15 55:20 56:12 57:5,12 66:19 67:22 70:15 72:18 73:15 78:16 81:5 85:5 91:17 95:6 96:6 96:8 97:1
woman 42:4
wonderful 10:16
word 20:3,6 65:9 81:1
words 10:11 54:2 55:13 59:23 76:2
work 23:14 29:15,21 33:3 37:23 39:3,20 41:2,15,22 42:10,21 45:8,19,24 46:8,8 47:8,12 48:5 53:2,9 53:16 54:16,23 55:21 56:1,19 57:1,7 58:3 61:9 68:15 69:4,8 70:3,3 74:5,7 76:6,8 76:20 80:16 81:8 82:15,16,20,22 85:13 85:21 86:5 93:6,18 94:15
worked 43:17,18 44:8 46:14 47:4
workers 37:8 68:19 69:14 70:23 74:9 87:16,22 88:2,8 94:11
working 41:13 44:4,6 44:20,20 47:10,17,22 48:4 49:10 50:5,10 52:6,10,16 53:10,16 56:24 67:16,23 69:4 80:17 84:23 93:21
write 20:8
written 20:6
wrong 27:13

X

X 5:3,10 51:16

Y

Yan 1:6,9 3:7,7,8 4:7 5:5,13,15,15,17,18,20 5:22,23 7:22 9:7,21 10:15 14:3 28:7,17 31:10,13,23 57:17,19 61:11 62:13 64:4,9 77:12,14 78:4 81:12 81:15 82:1 92:21
year 8:23 19:6,18 46:11 46:13 47:7,9 50:17 51:18
years 15:19 16:2 18:4,6 18:10 41:19
Young 1:11 3:11

Z

ZIP 15:23

$

$200 27:12
$30 90:15
$603.22 33:20 34:19
$783.93 35:9

0

008 35:5
03 1:4
08053 2:5

1

1 5:13 6:8 31:10,14

**10th** 1:12 3:13
**10000** 2:4
**10202** 2:4
**11** 6:6,6,7
**11,000** 22:6,20
**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** 14:24
**12:45** 1:14
**121** 2:13 3:21
**1210** 2:13
**14** 34:24
**15th** 1:20 4:3
**15-passenger** 23:1,12
**1515** 4:11
**1525** 3:3
**16** 6:7,9
**16th** 4:11
**1600** 4:4
**18** 20:20 59:21 60:3,10 61:6 65:15,17,23 66:1 84:21
**1880** 1:11,21 3:13
**19th** 3:3
**19102** 3:4 4:5,12
**19103** 1:22 3:14
**19107** 2:14 3:22
**19148** 15:22
**1978** 14:8
**1990's** 18:16,21 41:15 41:21
**1992** 14:13 20:24 48:14
**1994** 19:8
**1995** 39:11,14,19 41:10 46:15,16 47:3,7,11,16 47:21 48:3,16
**1997** 41:11
**1998** 15:10 18:24 19:20 19:21 41:11 42:12 45:7,20
**1999** 18:24

**2**

**2** 5:15 57:17,20 61:11 62:13 64:23
**2:45** 95:8
**20** 90:15
**2000** 66:12
**2001** 15:10 20:20 25:6 25:10 26:9 27:17 34:24 36:4,24 42:13 43:4 47:9,12,16,21 48:3,16 49:2,10 50:5 50:19 52:2 53:14 54:14,19,19 55:2 59:21 60:4,10 61:6 62:20 64:23 65:15,18 65:23 66:1,8,16,18,22 67:8 68:3,17 70:11 71:5 73:10,16 74:10 76:23 77:6 82:11 83:24 84:9,14,21 85:12
**2003** 1:13 96:15 99:18
**2007** 15:22
**215** 1:23 2:15 3:5,15,23 4:6,13
**225** 4:3
**23** 6:9 62:19
**23rd** 8:7
**23-June-01** 58:16
**24** 1:13 6:8 82:11 83:24 93:17
**25** 6:6 96:15
**254-4187** 32:22
**267** 32:22
**27** 6:7
**2882** 1:6
**29** 14:8

**3**

**3** 5:17 64:4,10
**30** 97:19
**31** 5:13
**33** 6:8

**4**

**4** 5:20 77:12,15 78:4 92:22
**4:30** 55:4

**5**

**5** 5:22 81:12,16 82:2
**5.50** 53:22
**5:30** 61:7
**57** 5:15
**587-1682** 3:15
**59** 6:9

**6**

**6** 6:16
**6/12/01** 5:14
**6/18/01** 5:19
**6/23/01** 5:16
**61** 6:10
**64** 5:17

**7**

**7** 6:10
**7.50** 52:3 53:24
**7/27/01** 5:24
**732-3333** 2:15
**75** 6:6
**76** 6:7
**77** 5:20 6:8
**772-1300** 3:5
**78** 6:9
**790-8400** 4:6

**8**

**81** 5:22
**856** 2:6
**864-8083** 4:13
**87** 5:7
**88** 5:6

**9**

**9** 5:6
**9th** 3:21 15:22
**9-16** 6:16
**92** 5:8
**983-9800** 2:6
**985-9177** 3:23
**988-9191** 1:23

THE PHILADELPHIA AUTOMALL
6717 Essington Ave.
PHILADELPHIA, PA 19153
Phone: (215) 492-8600
WWW.FAMILYAUTOS.COM

CUSTOMER NO. 18192

YAN MALY
2007 S 9TH ST
PHILA. PA 19148

215-336-4082 267-254-4187

ADVISOR KEVIN SWINT 464 TAG NO. 769 | 08/12/01 | CHCS65637
MILEAGE 178,089 | RED/
92/DODGE/2500 VAN
VEHICLE ID NO. 2 B 5 W B 3 5 Z 1 N K 1 4 9 5 4 5
08/12/01
MO: 178091

LABOR & PARTS
A# 1 24DDZ03
CUSTOMER STATES VEHICLE CUTS OFF
PREFORM DIAG
UNABLE TO VERIFY CONDITION AT THIS TIME

PARTS------QTY---FP-NUMBER-----------DESCRIPTION-----------UNIT PRICE-
JOB # 1 TOTAL PARTS 0.00
JOB # 1 TOTAL LABOR & PARTS 0.00

J# 2 08DDZ
CUSTOMER STATES STEERING IS LOOSE
WORN OUT
REPLACED STEERING COUPLER KIT AND DRAG LINK

| P | QTY | FP-NUMBER | DESCRIPTION | UNIT PRICE | |
|---|---|---|---|---|---|
| J 2 | 1 | 3579522 | BODYCPKG 19064002 | 76.00 | 76.00 |
| JOB # 2 | 1 | 4443436-AC | SHAFT PKG 19014033 | 13.00 | 13.00 |
| JOB # 2 | 1 | 3871 | LINK | 178.80 | 178.80 |

JOB # 2 TOTAL PARTS 267.80
JOB # 2 TOTAL LABOR & PARTS 563.75

ESTIMATE
CUSTOMER HEREBY ACKNOWLEDGES RECEIVING
ORIGINAL ESTIMATE OF $604.00 + TAX
TOTALS

NEXT RECOMMENDED SERVICE:
09/11/2001 / 181091 MI 0100Z03

| | |
|---|---|
| TOTAL LABOR | 295.95 |
| TOTAL PARTS | 267.80 |
| TOTAL SUBLET | 0.00 |
| TOTAL G.O.G. | 0.00 |
| TOTAL MISC CHG. | 0.00 |
| TOTAL MISC DISC. | 0.00 |
| TOTAL TAX | 39.47 |

CASH [ ] CHECK [ ] CK # CREDIT CARD [ ]
AMEX [ ] CHARGE [ ] A/R OTHER [ ]

TOTAL INVOICE $ 603.22

WOULD YOU LIKE TO BE SURVEYED ON TODAY'S SERVICE VISIT ? YES NO
BEST TIME TO CALL AM PM
NUMBER TO CALL HOME WORK

CUSTOMER SIGNATURE

DUPLICATE INVOICE

END OF INVOICE 101:00pm

PAGE 1 OF 1 CUSTOMER COPY

SERVICE DEPARTMENT HOURS:
Mon. - Fri. 7:30 A.M. - 5:00 P.M.
Wednesday 7:30 A.M. - 8:00 P.M.
Saturday 8:00 A.M. - 12:00 P.M.

YOUR STATE INSPECTION IS DUE / /

24 HOUR ROADSIDE ASSISTANCE 1-800-521-2779

IMPORTANT
YOU MAY RECEIVE A QUESTIONNAIRE FROM CHRYSLER IN THE NEXT FEW DAYS. IF FOR ANY REASON YOU CANNOT GRADE US "COMPLETELY SATISFIED", PLEASE CONTACT OUR SERVICE MANAGER. THANK YOU. FRANK CULLEN (215) 492-6600

*Thank You. We appreciate your business!*

FAMILY DODGE
THE PHILADELPHIA AUTOMALL
6717 Essington Avenue
PHILADELPHIA, PA 19153
Phone (215) 492-8600

WWW.FAMILYAUTOS.COM

DODG 001

EXHIBIT
Maly Yan 1
9.24.03

```
23/2003                     HISTORY LIST                        3030
11:51                                                         PAGE 1
--------------------------------------------------------------------
OWNER NAME : TON MALY                  SERIAL NO.  : 2D3WB35Z1NK149515
--------------------------------------------------------------------
 NO. : 65671      R.O DATE : 06/13/2001      R.O TYPE : 5
                  MILEAGE  : 178090          ADVISER NO. : 464

 NUMBER : 1   OPERATION 24D0Z             OP. DESC. PERFORM END ANALYSIS
 TYPE  : C   TECHNICIAN NO(S).  25
PLAINT  : CUSTOMER STATES:WHEN VEHICAL IS DRIVING FOR A WHILE OR GET
          HOT IT START TO SPUTTER - LOOSING POWER ON ACCL
SE      : OPEN CIRCUIT
RECTION : REPLACED FUEL PUMP MODULE AND FUEL FILTER
          AND TEST DRIVE

MENTS   : === N/DROP ===

--------------------------------------------------------------------
 NO. : 65637      R.O DATE : 06/12/2001      R.O TYPE : 5
                  MILLAGE  : 178089          ADVISOR NO. : 464

 NUMBER : 1   OPERATION 24D0Z02           OP. DESC. DRIVEABILITY
 TYPE  : C   TECHNICIAN NO(S).  25
PLAINT  : CUSTOMER STATES VEHICLE CUTS OFF
SE      : PREFORM DIAG -
RECTION : UNABLE TO VERIFY CONDITION AT THIS TIME

 NUMBER : 2   OPERATION 03D0Z             OP. DESC. STEERING SYSTEM
 TYPE  : C   TECHNICIAN NO(S).  25
PLAINT  : CUSTOMER STATES STEERING IS LOOSE
SE      : WORN OUT
RECTION : REPLACED STEERING COUPLER KIT AND DRAG LINK
```

PAYMENT METHOD: CASH ☐ CREDIT ☐ CHARGE ☐

VEHICLE ID NO. | YEAR / MAKE / MODEL: 97/DODGE 2500 VAN | PRODUCTION DATE | STOCK NO. | LICENSE NO.

CUSTOMER NO. | COLOR: RED/ | DELIVERY DATE | DELIVERY MILES | SELLING DEALER NO. | R.O. DATE: 06/12/01

SERVICE CONTRACT | CONTRACT NO. | EXPIRATION DATE | EXPIRATION MILES | ADVISOR: 479

PHILA, PA 19140

25

RESIDENCE PHONE: 215) 336-0987 | BUSINESS PHONE: 215) 455-6942 | PRIORITY

TIME RECEIVED | DATE / TIME PROMISED | LABOR RATE

APPOINTMENT: YES ☐ NO ☐

ESTIMATE: PART | LABOR | TOTAL

THE FACTORY WARRANTY CONSTITUTES ALL OF THE WARRANTIES WITH RESPECT TO THE SALE OF THIS ITEM/ITEMS. THE SELLER HEREBY EXPRESSLY DISCLAIMS ALL WARRANTIES, EITHER EXPRESSED OR IMPLIED, INCLUDING ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE AND THE SELLER NEITHER ASSUMES NOR AUTHORIZES ANY OTHER PERSON TO ASSUME FOR IT ANY LIABILITY IN CONNECTION WITH THE SALE OF THIS ITEM/ITEMS. ALL PARTS ARE NEW EXCEPT AS NOTED.

CARD NO.: 769

MILEAGE: 178089

TRANS. | AIR COND. | TURBO | P.S.

DODG 003

**CUSTOMER RESPONSIBILITY**

A $15.00 PER DAY STORAGE CHARGE WILL COMMENCE AFTER 5 DAYS FROM DATE OF NOTIFICATION OF COMPLETED REPAIRS.

☐ I AUTHORIZE YOU TO COMPLETE REPAIRS WITHOUT AN ESTIMATE

☐ I AUTHORIZE REPAIR WORK UP TO $

☐ I ACCEPT THE ESTIMATE AND AUTHORIZE REPAIRS

TERMS: STRICTLY CASH UNLESS ARRANGEMENTS MADE. I hereby authorize the repair work herein set forth to be done along with the necessary material and agree that you are not responsible for loss or damage to vehicle or articles left in vehicle in case of fire, theft or any other cause beyond your control or for any delays caused by unavailability of parts or delays in parts shipments by the supplier or transporter. I hereby grant you and/or your employees permission to operate the vehicle herein described on streets, highways or elsewhere for the purpose of testing and/or inspection. An express mechanic's lien is hereby acknowledged on above vehicle to secure the amount of repairs thereto.

X [signature]

LABOR INSTRUCTIONS

JOB

65499

C 2400702 DRIVEABILITY CUSTOMER STATES VEHICLE

STEERING SYSTEM CUSTOMER STATES

MILEAGE OUT: 178091

SAVE PARTS ☐ YES ☐ NO

"THE PARTS USED IN THE REPAIR OF YOUR VEHICLE MAY NOT BE CHRYSLER MOTOR CORP. PARTS"

PLEASE REMOVE ALL VALUABLES. FAMILY DODGE IS NOT RESPONSIBLE FOR ANY LOSS OR STOLEN PROPERTY.

ANY WARRANTIES ON THE ITEM/ITEMS SOLD HEREBY ARE THOSE MADE BY THE MANUFACTURER. THE SELLER HEREBY EXPRESSLY DISCLAIMS ALL WARRANTIES, EITHER EXPRESS OR IMPLIED, INCLUDING ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, AND NEITHER ASSUMES NOR AUTHORIZES ANY OTHER PERSON TO ASSUME FOR IT ANY LIABILITY IN CONNECTION WITH THE SALE OF THE ITEM/ITEMS.

TEST DRIVEN BY

BRAKES: LF /32 RF /32 LR /32 RR /32

TIRES: LF /32 RF /32 LR /32 RR /32

| CUSTOMER NO. | ADVISOR | CARD NO. | INVOICE DATE | INVOICE NO. |
|---|---|---|---|---|
| | LABOR RATE / LICENSE NO. / MILEAGE IN | | COLOR | STOCK NO. |
| | YEAR/MAKE/MODEL | | DELIVERY DATE | DELIVERY MILES |
| | VEHICLE ID. NO. | | SELLING DEALER NO. | PRODUCTION DATE |
| | F.T.E. NO. | P.O. NO. | R.O. DATE | |
| RESIDENCE PHONE / BUSINESS PHONE | | | | MILEAGE OUT |

LABOR & PARTS— [illegible]
[illegible]
CUSTOMER STATES [illegible]
[illegible]

PARTS—QTY—FP-NUMBER—DESCRIPTION—UNIT PRICE
JOB # 1 TOTAL PARTS

JOB # 1 TOTAL LABOR & PARTS

JOB 2 [illegible] STEERING SYSTEM TECH[illegible]
CUSTOMER STATES STEERING IS LOOSE
WORN OUT
REPLACED STEERING COUPLER KIT AND DRAG LINK.

| PARTS | QTY | FP-NUMBER | DESCRIPTION | UNIT PRICE | |
|---|---|---|---|---|---|
| JOB # 2 | 1 | 3579522 | BODY&PKG 19054002 | 76.0[illegible] | 76.[illegible] |
| JOB # 2 | 1 | 4443438-AC | SHAFT PKG 19014033 | 13.50 | 13.[illegible] |
| JOB # 2 | 1 | 3871 | LINK | 178.80 | 178.8[illegible] |
| | | | JOB # 2 TOTAL PARTS | | [illegible] |

JOB # 2 TOTAL LABOR & PARTS [illegible]

ESTIMATE—
CUSTOMER HEREBY ACKNOWLEDGES RECEIVING
ORIGINAL ESTIMATE OF $604.00 (+TAX)

TOTALS—

CASH [X] CHECK [ ] CREDIT CARD [ ]
CK #
AMEX [ ] CHARGE [ ] A/R OTHER [ ]

| | |
|---|---|
| TOTAL LABOR.... | 295.9[illegible] |
| TOTAL PARTS.... | 267.9[illegible] |
| TOTAL SUBLET... | 0.0[illegible] |
| TOTAL G.O.G.... | 0.0[illegible] |
| TOTAL MISC CHG. | 0.0[illegible] |
| TOTAL MISC DISC | 0.0[illegible] |
| TOTAL TAX...... | 39.4[illegible] |
| TOTAL INVOICE $ | 603.2[illegible] |

SERVICE ADVISOR'S FRIENDLY? YES/NO
CAR READY ON TIME YES/NO
FIXED RIGHT THE FIRST TIME? YES/NO
TREATED PROPERLY? YES/NO

[signature]
CUSTOMER SIGNATURE

6/12/01
A.B.



MATERIAL USED

LABOR RECORD

EMP. NO. | OPER. NO. | CODE | TIME

8 Steering coupler kit #90.00 3.5

X drag link #180.00 1.0

594.00

| STRAIGHT TIME (HOURS) | FLAT RATE | R/O NO. 65037 | TIME | OFF JUN 12 11.6 |
| --- | --- | --- | --- | --- |
| KP | 4.5 | OPER. NO. 1 EMP. NO. 25 | C | ON JUN 12 08.6 |

ok by Mr. Morey on 6-12-00 at 9:21 am

TOTALS

TOTALS

DODG 005

```
+------------------VEHICLE INFORMATION PLUS SUMMARY REPORT-------------------
|06/12/2001 11:25            FAMILY DODGE INC.                         PAGE
-------------------------------------------------------------------------
    VIN: 2B5WB35Z1NK149545   WCC: 139 1ST-OWN Current Odometer: 178089 Mil
 Yr/Model: 1992 DODGE RAM WAGON B350 MAXIWAGON      In-Serv Date: 05/13/1992
|
+-----------------------------VEHICLE SUMMARY--------------------------------

BodyStyle: AB3L53                        Build Date: 04/23/1992    Hour: 09
  Color 1: PR8  - Director Red Metallic
        2: QR8S - Director Red Metallic
   Engine: Engine - 5.9L V8 EFI L. D.                                BOOK: R
    Trans: Transmission - 4-Spd. Automatic,46RH                   CARLINE: B
   Seller: 59185 NOT AVAILABLE                      Zone: 32
       Country: USA  Desc: UNITED STATES
Sale Type: 1-DIRECT RETAIL            Last Odometer:   5111 Miles on 08/06/19
  WARNING: OWNER'S LAST NAME DOES NOT MATCH WHAT YOU ENTERED 'MALY'.

+------------------------CUSTOMER NAME AND ADDRESS---------------------------

**** CURRENT OWNER NAME ****
      Title Code: 06 BUSINESS
   Business Name: A ALLSTATE LIMOUSINE

         Address: PO BOX 6256
            City: BRIDGEWATER
  Province/State: NJ NEW JERSEY
Postal Code:      088070256
  Phones - Home:  9087222233               Bus:
            Fax:
  Language Pref:  010 ENGLISH
        Country:  USA UNITED STATES
|
+--------------------------ORIGINAL OWNER NAME-------------------------------

      First Name:
  Middle Initial:
       Last Name: A ALLSTATE LIMOUSINE

+---------------------SERVICE HISTORY (LAST  24 MONTHS)----------------------

Repair Date  Dealer/Payee                      Claim #     Transaction Type
08/06/1992   59185-NOT AVAILABLE               006973      WARRANTY REPAIR
        LOP: 03200103   7 1/4, 8 1/4, 8 3/8, 9 1/4 axles-Right or left
        LOP: 21000134   A500-A518

+-------------------------WARRANTY COVERAGE SUMMARY-------------------------

WCC: 139     ------ Original ----- - Deduct --Expires-  ----- Remaining ----
      BASIC: 12 Mos or  12000 Miles        0 05/13/1993  *** EXPIRED (MONTHS)
 POWERTRAIN: 84 Mos or  70000 Miles        0 05/13/1999  *** EXPIRED (MONTHS)
PERFORATION: 84 Mos or 100000 Miles        0 05/13/1999  *** EXPIRED (MONTHS)
  EMISSIONS: 60 Mos or  50000 Miles        0 05/13/1997  *** EXPIRED (MONTHS)
ADJUSTMENTS: 12 Mos or  12000 Miles        0 05/13/1993  *** EXPIRED (MONTHS)
  AIR COND.: 12 Mos or  12000 Miles        0 05/13/1993  *** EXPIRED (MONTHS)

In-Service Odometer:     17 Miles          Roadside Assistance          : N
Master Shield       : N/A                  Transferable - Warranty      : N
Veh. Restrictions   : NO RESTRICTIONS                   - Service Contract: N

*** Above info has been adjusted in accordance to local laws ***
```

DODG 006

--------------------CURR... VEHICLE TRANSFER INFORMA...ON-----------------------+

NO WARRANTY TRANSFER INFORMATION FOR THIS VEHICLE

--------------------------------SERVICE CONTRACT----------------------------------+

NO SERVICE CONTRACTS FOR THIS VEHICLE

-------------------------------RECALL INFORMATION--------------------------------+

NO RECALL INFORMATION FOR THIS VEHICLE

-------------------------------OPEN CAIR SUMMARY---------------------------------+

NO OPEN CAIRS FOR INQUIRING DEALER FOR THIS VEHICLE

---------------------------E N D O F R E P O R T---------------------------------+

  

Dodge

FAMILY
DODGE
THE PHILADELPHIA AUTOMALL
6717 Essington Ave.
PHILADELPHIA, PA 19153
Phone (215) 492-8600
WWW.FAMILYAUTOS.COM

FIVE STAR

CUSTOMER NO. 18192

YAN MALY
2007 S 9TH ST
PHILA, PA 19148

ADVISOR: KEVIN SWINT 464 TAG NO. 851
INVOICE DATE: 06/14/01
CHC565671
MILEAGE 178,090
COLOR: RED/
YEAR/MAKE/MODEL: 92/DODGE/2500 VAN
VEHICLE ID NO.: 2 B 5 W B 3 5 Z 1 N K 1 4 9 5 4 5
08/13/01
REPRINT# 1
MO: 178167
RESIDENCE PHONE: 215-336-4082
BUSINESS PHONE: 267-294-4187

LABOR & PARTS
J# 1 24DDZ ... 331.95
CUSTOMER STATES WHEN VEHICAL IS DRIVING FOR A WHILE OR GET HOT IT START TO SPRITTER - LOOSING POWER ON ACCL
OPEN CIRCUIT
REPLACED FUEL PUMP MODULE AND FUEL FILTER
AND TEST DROVE

| PARTS | QTY | FP-NUMBER | DESCRIPTION | UNIT PRICE | |
|---|---|---|---|---|---|
| JOB # 1 | 1 | 4773946 | MODULE FU 14067003 | 362.25 | 362.25 |
| JOB # 1 | 1 | 52020016 | FILTER AS 14029003 | 38.44 | 38.44 |
| JOB # 1 | 0 | 4882817-AB | EVAPORATO 24028005 | | INTERNAL |

PART ON SPECIAL ORDER
** QUANTITY 1 IS SPECIAL ORDERED **

JOB # 1 TOTAL PARTS 400.69
JOB # 1 TOTAL LABOR & PARTS 732.64

ES. JE
CUSTOMER HEREBY ACKNOWLEDGES RECEIVING
ORIGINAL ESTIMATE OF $792.84 (+TAX)
COMMENTS
N/DROP

TOTALS

* NEXT RECOMMENDED SERVICE
* 11/10/2000 / 181167 MI 01DD7OJ

CASH [ ] CHECK [ ] CK # CREDIT CARD [ ]
AMEX [ ] CHARGE [ ] A/R OTHER [ ]

| | |
|---|---|
| TOTAL LABOR | 331.95 |
| TOTAL PARTS | 400.69 |
| TOTAL SUBLET | 0.00 |
| TOTAL G.O.G. | 0.00 |
| TOTAL MISC CHG | 0.00 |
| TOTAL MISC DISC | 0.00 |
| TOTAL TAX | 51.29 |
| TOTAL INVOICE $ | 783.93 |

WOULD YOU LIKE TO BE SURVEYED ON TODAY'S SERVICE VISIT ?
YES NO
BEST TIME TO CALL AM PM
NUMBER TO CALL HOME WORK

CUSTOMER SIGNATURE

D U P L I C A T E I N V O I C E

PAGE 1 OF 1 CUSTOMER COPY [ END OF INVOICE ] 01:00pm

SERVICE DEPARTMENT HOURS:
Mon. - Fri. 7:30 A.M. - 5:00 P.M.
Wednesday 7:30 A.M. - 8:00 P.M.
Saturday 8:00 A.M. - 12:00 P.M.

YOUR STATE INSPECTION IS DUE __/__/__

24 HOUR ROADSIDE ASSISTANCE 1-800-521-2779

IMPORTANT
YOU MAY RECEIVE A QUESTIONNAIRE FROM CHRYSLER IN THE NEXT FEW DAYS. IF FOR ANY REASON YOU CANNOT GRADE US "COMPLETELY SATISFIED", PLEASE CONTACT OUR SERVICE MANAGER. THANK YOU.
FRANK CULLEN
(215) 492-8600

*Thank You, We appreciate your business!*

FAMILY DODGE
THE PHILADELPHIA AUTOMALL
6717 Essington Avenue
PHILADELPHIA, PA 19153
Phone (215) 492-8600

WWW.FAMILYAUTOS.COM



PAYMENT METHOD

CASH ☐

CREDIT ☐

CHARGE ☐

APPOINTMENT

YES ☐

NO ☐

VEHICLE ID. NO.

YEAR / MAKE / MODEL

RESIDENCE PHONE

BUSINESS PHONE

TIME RECEIVED

DATE / TIME PROMISED

PRIORITY

LABOR RATE

215 485 6942

CUSTOMER NO.

COLOR

SERVICE CONTRACT

PRODUCTION DATE

DELIVERY DATE

CONTRACT NO.

STOCK NO.

DELIVERY MILES

EXPIRATION DATE

LICENSE NO.

SELLING DEALER NO.

EXPIRATION MILES

R.O. DATE

ADVISOR

CARD NO.

851

MILEAGE

TRANS.

AIR COND.

TURBO

R.S.

DODG 009

ESTIMATE

| PART | LABOR | TOTAL |
|---|---|---|
| | | |

CUSTOMER RESPONSIBILITY

A $15.00 PER DAY STORAGE CHARGE WILL COMMENCE AFTER 5 DAYS FROM DATE OF NOTIFICATION OF COMPLETED REPAIRS.

☐ I AUTHORIZE YOU TO COMPLETE REPAIRS WITHOUT AN ESTIMATE

☐ I AUTHORIZE REPAIR WORK UP TO $

☐ I ACCEPT THE ESTIMATE AND AUTHORIZE REPAIRS

Part done

X

LABOR INSTRUCTIONS

JOB

ORIGINAL CUSTOMER ESTIMATE: TOTAL

MILEAGE OUT

178183

SAVE PARTS

☐ YES ☐ NO

"THE PARTS USED IN THE REPAIR OF YOUR VEHICLE MAY NOT BE CHRYSLER MOTOR CORP. PARTS"

PLEASE REMOVE ALL VALUABLES. FAMILY DODGE IS NOT RESPONSIBLE FOR ANY LOSS OR STOLEN PROPERTY.

TEST DRIVEN BY

ANY WARRANTIES ON THE ITEM/ITEMS SOLD HEREBY ARE THOSE MADE BY THE MANUFACTURER. THE SELLER HEREBY EXPRESSLY DISCLAIMS ALL WARRANTIES, EITHER EXPRESS OR IMPLIED, INCLUDING ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, AND NEITHER ASSUMES NOR AUTHORIZES ANY OTHER PERSON TO ASSUME FOR IT ANY LIABILITY IN CONNECTION WITH THE SALE OF THE ITEM/ITEMS.

BRAKES LF RF LR RR

TIRES LF RF LR RR

178167

CLAIM CHECK

851



engine analysis
fuel pump module $370.00
fuel filter $39.00
2.5
3.5
252.00
79.95
661.00
740.95
51.87
792.82
STRAIGHT TIME (HOURS)
FLAT RATE
R/O NO. 65671
OPER. NO.
EMP. NO. 25
TIME
C
OFF
ON
3.5
STRAIGHT TIME (HOURS)
FLAT RATE
R/O NO. 65671
OPER. NO.
EMP. NO. 25
TIME
C
OFF
ON
1.5
STRAIGHT TIME (HOURS)
FLAT RATE
R/O NO. 65671
OPER. NO.
EMP. NO. 25
TIME
C
OFF
ON

DODG 0010

Dodge

FAMILY DODGE

THE PHILADELPHIA AUTOMALL
6717 Essington Ave.
PHILADELPHIA, PA 19153
Phone: (215) 492-8600

FIVE STAR

**TO OUR EARLY MORNING OR LATE EVENING SERVICE CUSTOMERS**

1. WRITE YOUR ORDER ON THIS ENVELOPE.
2. REMOVE VALUABLES.
3. LOCK YOUR CAR AND PARK IT, DO NOT LEAVE CAR IN FRONT OF GARAGE DOOR.
4. PLACE KEYS AND ALARM REMOTE IN THIS ENVELOPE.
5. BE SURE TO LEAVE A PHONE NO. WHERE YOU CAN BE REACHED.
6. DROP ENVELOPE IN MAIL SLOT IN SERVICE ENTRANCE DOOR.

NAME [illegible] Vehicle Lic.# [illegible]

ADDRESS [illegible]

CITY [illegible] ZIP [illegible] Mileage 178089

Home Phone [illegible] Business Phone [illegible]

What time would you like to pick up your car? ______ A.M. P.M.

YEAR: [illegible] MAKE & MODEL: Dodge Van COLOR: [illegible]

I hereby authorize the above repair work to be done along with the necessary materials, and hereby grant you and/or your employees permission to operate the vehicle herein described on streets, highways or elsewhere for the purpose of testing and/or inspection. An express mechanic's lien is hereby acknowledged on above vehicle to secure the amount of repairs thereto. Dealer not responsible for unavailability of parts or delays in parts shipments beyond dealer's control nor for loss or damage to vehicle or articles left in vehicle in case of fire or any other cause beyond our control.

**WORK WILL NOT BE DONE WITHOUT SIGNATURE BELOW**

I AUTHORIZE REPAIRS UP TO A LIMIT OF (CIRCLE ONE)

$50 $100 $150 $200 $250 $300 $400 $500 CALL WITH ESTIMATE

**S O R R Y N O C H E C K S**

**PLEASE SIGN X** ______

USE THIS HANDY CHECKLIST

☐ **STATE INSPECTION** — YOU MUST INCLUDE CURRENT REGISTRATION AND INSURANCE I.D. CARDS IN THIS ENVELOPE

- ☐ CHANGE OIL & FILTER
- ☐ CHASSIS LUBE
- ☐ CHANGE TRANSMISSION OIL
- ☐ ______ MILE MAINT. SERVICE
- ☐ ______ MONTH MAINT. SERVICE
- ☐ TUNE
- ☐ FRON J ALIGNMENT
- ☐ X AND BALANCE TIRES
- ☐ REPACK FRONT WHEEL BEARINGS
- ☐ BRAKE REPLACE
- ☐ ADJUST BRAKES
- ☐ EMISSION SERVICE
- ☐ ADJUST BELTS
- ☐ REPLACE WIPER BLADES
- ☐ ADJUST CLUTCH
- ☐ SERVICE AUTOMATIC TRANSMISSION
- ☐ SERVICE AIR CONDITIONING
- ☐ REPLACE MUFFLER
- ☐ REPLACE SHOCKS
- ☐ SCOPE ENGINE

Other Work (Details)

DODG 0011

| ...TOMER NO. | ADVISOR | | | CARD NO. | INVOICE DATE | INVOICE NO. |
|---|---|---|---|---|---|---|
| | LABOR RATE | LICENSE NO. | MILEAGE IN | | COLOR | STOCK NO. |
| | YEAR / MAKE / MODEL | | | | DELIVERY DATE | DELIVERY MILES |
| | VEHICLE ID. NO. | | | | SELLING DEALER NO. | PRODUCTION DATE |
| | F.T.E. NO. | | P.O. NO. | | R.O. DATE | |
| ...SIDENCE PHONE | BUSINESS PHONE | | | | | MILEAGE OUT |

[illegible]

DODG 0012

```
------------------VEHICL. .NFORMATION PLUS SUMMARY R..PORT--------------------
06/13/2001 06:52            FAMILY DODGE INC.                          PAGE  1
-----------------------------------------------------------------------------
     VIN: 2B5WB35Z1NK149545   WCC: 139 1ST-OWN Current Odometer: 178090 Miles
Yr/Model: 1992 DODGE RAM WAGON B350 MAXIWAGON        In-Serv Date: 05/13/1992
------------------------------VEHICLE SUMMARY---------------------------------
                                         Build Date: 04/23/1992    Hour: 09
BodyStyle: AB3L53
  Color 1: PR8  - Director Red Metallic
        2: QR8S - Director Red Metallic
   Engine: Engine - 5.9L V8 EFI L. D.                                BOOK: R
    Trans: Transmission - 4-Spd. Automatic,46RH                   CARLINE: B
   Seller: 59185 NOT AVAILABLE                        Zone: 32
        Country: USA  Desc: UNITED STATES
                                       Last Odometer:    5111 Miles on 08/06/1992
Sale Type: 1-DIRECT RETAIL
 WARNING: OWNER'S LAST NAME DOES NOT MATCH WHAT YOU ENTERED 'MALY'.
-------------------------CUSTOMER NAME AND ADDRESS----------------------------

**** CURRENT OWNER NAME ****
     Title Code: 06 BUSINESS
  Business Name: A ALLSTATE LIMOUSINE

        Address: PO BOX 6256
           City: BRIDGEWATER
 Province/State: NJ NEW JERSEY
Postal Code:     088070256
  Phones - Home: 9087222233                    Bus:
            Fax:
 Language Pref: 010 ENGLISH
        Country: USA UNITED STATES
-------------------------ORIGINAL OWNER NAME----------------------------------

      First Name:
  Middle Initial:
       Last Name: A ALLSTATE LIMOUSINE
--------------------SERVICE HISTORY (LAST  24 MONTHS)-------------------------
Repair Date  Dealer/Payee                        Claim #      Transaction Type
08/06/1992   59185-NOT AVAILABLE                 006973       WARRANTY REPAIR
        LOP: 03200103   7 1/4, 8 1/4, 8 3/8, 9 1/4 axles-Right or left
        LOP: 21000134   A500-A518
-------------------------WARRANTY COVERAGE SUMMARY----------------------------
WCC: 139       ------ Original ----- - Deduct --Expires-  ----- Remaining -----
       BASIC: 12 Mos or  12000 Miles       0 05/13/1993  *** EXPIRED (MONTHS)
  POWERTRAIN: 84 Mos or  70000 Miles       0 05/13/1999  *** EXPIRED (MONTHS)
 PERFORATION: 84 Mos or 100000 Miles       0 05/13/1999  *** EXPIRED (MONTHS)
   EMISSIONS: 60 Mos or  50000 Miles       0 05/13/1997  *** EXPIRED (MONTHS)
 ADJUSTMENTS: 12 Mos or  12000 Miles       0 05/13/1993  *** EXPIRED (MONTHS)
   AIR COND.: 12 Mos or  12000 Miles       0 05/13/1993  *** EXPIRED (MONTHS)

In-Service Odometer:      17 Miles       Roadside Assistance              : N
Master Shield        : N/A               Transferable - Warranty          : N
Veh. Restrictions    : NO RESTRICTIONS                - Service Contract: N

*** Above info has been adjusted in accordance to local laws ***
```

DODG 0013

-------------------CURR_ .' VEHICLE TRANSFER INFORMA.ION-----------------------+

NO WARRANTY TRANSFER-INFORMATION FOR THIS VEHICLE

-----------------------------SERVICE CONTRACT------------------------------------+

NO SERVICE CONTRACTS FOR THIS VEHICLE

----------------------------RECALL INFORMATION-----------------------------------+

NO RECALL INFORMATION FOR THIS VEHICLE

----------------------------OPEN CAIR SUMMARY-------------------------------------+

NO OPEN CAIRS FOR INQUIRING DEALER FOR THIS VEHICLE

-------------------------E N D O F R E P O R T---------------------------------+



RECEIPT

FAMILY DODGE
6717 Essington Ave.
PHILADELPHIA, PA. 19153
(215) 492-8800
www.familyautos.com

CASH RECEIVED FROM

ACCT. AMOUNT CONTROL NUMBER

REMARKS

MESSAGE

RECEIPT NUMBER
RECEIVED BY
DATE
TIME
PAYMENT TYPE
AMOUNT

DODG 0015

PAY PERIOD ENDING

NO.
NAME

R.T. HOURS

O.T. HOURS

HOURS

Maly Yan
23-JUN-01

NUMBER OF EXEMPTIONS

TOTAL EARNINGS

TOTAL DEDUCTIONS

BALANCE DUE

STATE DIS

STATE U.C.

| Daily Totals | 1st DAY | 2nd DAY | 3rd DAY | 4th DAY | 5th DAY | 6th DAY | 7th DAY | Weekly Totals |
|---|---|---|---|---|---|---|---|---|
| | | 10 | | | | | | 10 |

TOTAL HOURS SHOWN IS CORRECT

Signature

TOPS FORM 1265 (86141)

MADE IN U.S.A.

EXHIBIT 2
Maly Yan
JWB 9.24

PENGAD-Bayonne, N.J.

PENNSYLVA[NIA] NO-FAULT MOTOR VEHICLE INSUR[AN]CE ACT

## APPLICATION FO[R B]ENEFITS

AMERICAN INDEPENDENT INS[UR]ANCE COMPANY

| DATE | [Y]OUR POLICYHOLDER | DATE OF ACCIDENT | FILE NUMBER |
|---|---|---|---|
| 7/12/01 | Maly Yan | 6/18/01 | 61-69551 |

TO ENABLE US TO DETERMINE IF YOU ARE ENTITLED TO BENEFITS UNDER THE PENNSYLVANIA NO-FAULT MOTOR VEHICLE INSURANCE ACT, PLEASE COMPLETE THIS FORM AND RETURN PROMPTLY.

IMPORTANT:
1. YOU MUST COMPLETE AND SIGN THIS APPLICATION.
2. YOU MUST ALSO SIGN ANY ATTACHED AUTHORIZATION(S).
3. RETURN PROMPTLY WITH COPIES OF ANY BILLS YOU HAVE RECEIVED TO DATE.

Maly Yan

YOUR NAME: Maly Yan

Phone No. HOME: 215-467-7748 BUSINESS:

YOUR ADDRESS (NO., STREET, CITY, STATE, AND ZIP CODE): 2007 S. 9th St., Phila., PA 19148

DATE OF BIRTH: 10/29/1978 SOCIAL SECURITY NUMBER: 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

PLACE OF ACCIDENT (STREET, CITY, AND STATE): I495, Claymont, DE

OWNER OF VEHICLE YOU OCCUPIED OR OPERATED:

BRIEF DESCRIPTION OF ACCIDENT: I was involved in a two vehicle accident in which my van flipped over.

DESCRIBE AUTOMOBILES OWNED BY YOU OR ANY MEMBER OF YOUR FAMILY RESIDING IN THE SAME HOUSEHOLD

| AUTOMOBILE | OWNER | INSURER | POLICY NUMBER |
|---|---|---|---|
| 1992 Dodge Ram | Self | American Independent | PA01 000 320376 |

AS A RESULT OF THIS ACCIDENT WERE YOU INJURED? ☒ YES ☐ NO

IF YOUR ANSWER IS YES, COMPLETE THE REST OF THIS FORM. IF NO, SIGN BELOW AND RETURN THIS FORM TO US.

DESCRIBE YOUR INJURY: pelvic fracture, left fibula fracture, concussion, facial lacerations, L5 fracture

WERE YOU TREATED BY A DOCTOR OR OTHER PERSON FURNISHING HEALTH SERVICES? ☐ YES ☐ NO — NAME AND ADDRESS OF SUCH PERSON:

IF YOU WERE TREATED IN A HOSPITAL, WERE YOU AN ☒ IN-PATIENT? ☐ OUT-PATIENT? — HOSPITAL'S NAME AND ADDRESS: Christiana Hospital, Newark, DE

AMOUNT OF BILLS TO DATE: $ unknown — WILL YOU HAVE MORE HEALTH EXPENSES? ☒ YES ☐ NO — AT TIME OF YOUR ACCIDENT WERE YOU EMPLOYED? ☒ YES ☐ NO

DID YOU LOSE WAGES OR SALARY AS A RESULT OF YOUR INJURY? ☒ YES ☐ NO — IF YES, HOW MUCH TIME? 6/18/01 to present — WHAT ARE YOUR AVERAGE WEEKLY EARNINGS? $ 300.00

IF YOU LOST WAGES: DATE DISABILITY FROM WORK BEGAN: 6/18/01 to present — DATE YOU RETURNED TO WORK: not yet returned

HAVE YOU RECEIVED OR ARE YOU ELIGIBLE FOR ANY MEDICAL OR DISABILITY BENEFITS UNDER:
- WORKERS COMPENSATION ☐ YES ☒ NO
- FEDERAL SOCIAL SECURITY ☐ YES ☒ NO
- STATE REQUIRED NON-OCCUPATIONAL DISABILITY BENEFITS ☐ YES ☒ NO
- ANY OTHER GOVERNMENTAL BENEFITS PROGRAM ☐ YES ☒ NO

IF YES, AMOUNT PER WEEK $____ PER MONTH $____

LIST NAMES AND ADDRESSES OF YOUR EMPLOYER AND OTHER EMPLOYERS FOR ONE YEAR PRIOR TO ACCIDENT DATE

| EMPLOYER AND ADDRESS | OCCUPATION | FROM | TO |
|---|---|---|---|
| Pack & Process, Inc. 3 Boulden Circle, New Castle, DE 19720 | Inspector | 2/2001 | present |

AS A RESULT OF YOUR INJURY HAVE YOU HAD ANY OTHER EXPENSES ☒ YES ☐ NO IF YES, ATTACH EXPLANATION AND AMOUNTS OF SUCH EXPENSES. to be supplied

THE APPLICANT AUTHORIZES THE INSURER TO SUBMIT ALL OF THESE FORMS TO ANOTHER PARTY OR INSURER IF SUCH IS NECESSARY TO PERFECT ITS RIGHTS OF RECOVERY PROVIDED FOR UNDER THIS ACT.

SIGNATURE: x Malyyan DATE: 8-02-01

### AUTHORIZATION FOR RELEASE OF WORK AND OTHER LOSS INFORMATION

THIS AUTHORIZATION OR PHOTOCOPY HEREOF, WILL AUTHORIZE YOU TO FURNISH ALL INFORMATION YOU MAY HAVE REGARDING WAGES, SALARY OR OTHER LOSS WHILE EMPLOYED BY YOU. YOU ARE REQUIRED TO PROVIDE THIS INFORMATION IN ACCORDANCE WITH THE PENNSYLVANIA NO-FAULT MOTOR VEHICLE INSURANCE ACT.

NAME (Print or Type) — SIGNATURE: x Malyyan — DATE: 8-2-01

### AUTHORIZATION FOR RELEASE OF HEALTH SERVICE OR TREATMENT INFORMATION

THIS AUTHORIZATION OR PHOTOCOPY HEREOF, WILL AUTHORIZE YOU TO FURNISH ALL INFORMATION YOU MAY HAVE REGARDING MY CONDITION WHILE UNDER YOUR OBSERVATION OR TREATMENT, INCLUDING THE HISTORY OBTAINED, X-RAY AND PHYSICAL FINDINGS, DIAGNOSIS AND PROGNOSIS. YOU ARE REQUIRED TO PROVIDE THIS INFORMATION IN ACCORDANCE WITH THE PENNSYLVANIA NO-FAULT MOTOR VEHICLE INSURANCE ACT.

NAME (Print or Type) — SIGNATURE: x Malyyan — DATE: 8-02-01

(IF A MINOR, PARENT OR GUARDIAN SHALL SIGN AND INDICATE CAPACITY AND RELATIONSHIP)

5025B

**CHRISTIANA CARE** HEALTH SERVICES

**CONSULTATION**

YAN, MALY 061301
000903792361 00006017134
SEC, SURG/CRIT CARE ASC. / ET
/ F0903N 01-00-911
01-001/1/CACC/SELF-PAY
PATIENT /

TO DR.: Rych DATE: 6/26/01 HOUR:

HOSPITAL ☐ CHR. ☐ WILM. ☐ PEL.

THIS PATIENT IS REFERRED FOR:

☐ OPINION ☐ TREATMENT ☐ DIAGNOSTIC ORDERS ☐ CONCURRENT CARE

REQUEST PLACED TO: ☐ OFFICE ☐ EXCHANGE

DATE: TIME: BY:

REASON FOR CONSULTATION: If for concurrent care, specify the particular need, especially in the absence of a second diagnosis.

EXHIBIT 4
Maly Yan
9.24.03

SIGNED: M.D

REPORT OF FINDINGS AND RECOMMENDATIONS:

21y Cambodian female - divorced - mother of a 2y old daughter. Pt was involved in MVA last week - She was the driver of the van. States she can't remember anything. Found out yesterday that her mother & brother were killed in the accident. States she just "feels nothing". States she just went to sleep after hearing the news from her Ex father in law - Initially felt she didn't want to live - But this morning feels she has to be strong to take care of her father.

Pt shared she was helping her father - to drive the van. States she has been driving but this is her 1st accident. Alcohol ⊖ Denies use of any drugs.
Past psych ⊖. has 2y daughter. Came from Cambodia at 14
Family Divorced. has 2y daughter. Lives with parents & siblings.
Completed HS. Works in a factory.
MSE 21 y female - flat affect. Speech coherent & relevant. Mood depressed. appetite is poor
No thought disturbance - Insight fair. massive denial of seriousness
Sleep ↑. Oriented x3. Denies suicidal/homicidal ideation. Wants to be home c Dad & family.
Imp: Acute Grief Reaction R/o Post traumatic Stress Syndrome
Discussed role of antidepressants. Pt is resistant at this time. Continue supportive & grief counselling.

| DATE | TIME | PHYSICIAN SIGNATURE | PLEASE PRINT LAST NAME |
| --- | --- | --- | --- |
| 6/26/01 | 10 30 AM | [signature] MD | H. Mammen |

IF MORE SPACE IS REQUIRED AND YOU WANT A COPY FOR YOURSELF, USE A SECOND PAGE. IF YOU DO NOT WANT A COPY YOU MAY DISCARD THE DUPLICATE COPY AND USE THE REVERSE OF THIS PAGE. ALL REQUESTS FOR AND REPORTS OF CONSULTATIONS ARE TO BE MADE IN WRITING. SUCH WRITTEN OPINIONS ARE TO BE INCORPORATED IN THE HOSPITAL RECORD. 15181 S (35330)(1097)C

D-12

AIIC 00148

CONTRACT MANUFACTURING AND PACKAGING

1400 B STREET
P.O. BOX 25
WILMINGTON, DEL. 19899
302-658-5148

To: Mali Yan

From: Steve Ames

Date: July 27, 2001

Subject: Return to work

---

Welcome back!

As we discussed yesterday, we are glad you have returned after that most unfortunate accident. You are welcome back, and it is most important for all to have a clear understanding, that *if* you drive a van to assist any supplier of labor,

1. it is not as a condition for your employment here,
2. it is not being done to assist Pack and Process, Inc.,
3. It is not being done while you are on the pay clock,
4. It is not at our request.
5. It is not part of your job description.

We actually prefer that you do not drive a van, but you do have a right to do so, as long as you understand that it is not in any way associated with your employment here at P&P.

We hope you continue to feel better.

I have read the above statement and agree with it. [signature] 7-24-01
Mali Yan Date

