# EXHIBIT E

1

```
 1              YAN THOU, ET AL. -vs- MALY YAN
 2    IN THE COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY
 3        FIRST JUDICIAL DISTRICT OF PENNSYLVANIA
                 CIVIL TRIAL DIVISION
                      - - -
 4    YAN THOU, Individually and as : JUNE TERM, 2003
      Administrator of the Estates  :
 5    of Oeurn Mam, Deceased, and    :
      NAVY YAN, Deceased, and        :
 6    CHAN YAN and THUA SON and      :
      CHIEU THI HUYNH                :
 7                                   :
 8                                   :
               vs                    :
 9                                   :
      MALY YAN                       : NO. 1508
10
11                      - - -
               Friday, January 14, 2005
12                      - - -
                   COURTROOM 653
13                   CITY HALL
              PHILADELPHIA, PENNSYLVANIA
14                      - - -
      BEFORE:  THE HONORABLE SANDRA MAZER MOSS, J.,
15
16                      - - -
17
18
19               NON-JURY TRIAL
20
21
22
23
24
25
```

JOHN J. KURZ, RPR, OFFICIAL COURT REPORTER

2

```
 1
 2    APPEARANCES:
 3        KLINE & SPECTER, P.C.
          BY:  JOSHUA VAN NAARDEN, ESQUIRE
 4             JONATHAN M. COHEN, ESQUIRE
          The Nineteenth Floor
 5        1525 Locust Street
          Philadelphia, PA 19102
 6        Counsel for Plaintiffs Yan Thou, Chan
          Yan, Thua Son and Chieu Thi Huynh
 7
 8
 9        GEROLAMO, McNULTY, DIVIS & LEWBART, P.C.
          BY:  KEVIN R. McNULTY, ESQUIRE
10        Suite 630
          1401 Walnut Street
11        Philadelphia, PA 19102
          Counsel for Defendant Maly Yan
12
13
14
15
16    Also Present:
17        Stephan Matanovic, Esquire
          Golumb & Honik
18
19        Richard S. Margulies, Esquire
          Christie, Pabarue
20
          Chin Hay Kho, The Interpreter
21
22
23
24
25
```

JOHN J. KURZ, RPR, OFFICIAL COURT REPORTER

3

```
 1              YAN THOU, ET AL. -vs- MALY YAN
 2                    I N D E X
 3    WITNESSES            DIRECT   CROSS   RD   RC
 4    CHAN YAN
 5      By Mr. Van Naarden    24      --    --   --
 6    YAN THOU
 7      By Mr. Cohen          31      --    --   --
 8
 9
10                  E X H I B I T S
11    NO.                              PAGE NO.
12    P-1     police report                8
13    P-2     expert report              20
14    P-2A    cv                         23
15    P-3     photographs                29
16    P-4     photograph                 34
17    P-5     photographs                38
18    P-6A-E  expert reports             41
19    P-6F    cv                         43
20    P-7     report                     45
21    P-7A-D  expert reports             45
22    P-7E    cv                         45
23    P-8     export report              46
24    P-8A    cv                         46
25    P-9A-K  photographs                47
```

JOHN J. KURZ, RPR, OFFICIAL COURT REPORTER

4

```
 1              YAN THOU, ET AL. -vs- MALY YAN
 2         THE COURT:  Okay.  You may begin.
 3         MR. VAN NAARDEN:  Good morning, Your
 4    Honor.  My name is Joshua Van Naarden, and I am
 5    also here with Jonathan Cohen on behalf of the
 6    plaintiffs.
 7         Before I begin, I would also like to
 8    point out there is a language barrier as well
 9    with our clients, and there is a Cambodian
10    interpreter here, a different one, who's ready
11    to prepare to translate for them.
12         THE COURT:  Okay.
13         MR. VAN NAARDEN:  This case is
14    basically at its core about a family torn apart
15    by an accident that occurred on June 18th of
16    2001.  It happened when the defendant, Maly
17    Yan, was transporting 19 people from a factory
18    in Delaware, called Pack and Process, for which
19    their counsel is sitting here in the courtroom
20    today.
21         She was travelling from the factory
22    at around a little after 4:00, back to
23    Philadelphia, in the vehicle with the
24    plaintiffs, in addition to other people working
25    at the factory.
```

JOHN J. KURZ, RPR, OFFICIAL COURT REPORTER

5

YAN THOU, ET AL. -vs- MALY YAN

The relationship between the defendant and the plaintiff is such that Maly Yan is the daughter of Yan Thou, who was in the car. She also had her brother in the car, and her mother, Oeum Mam. Her sister and sister-in-law were in the car as well. So it was really her whole family inside that car.

As they were travelling northbound on Interstate 495, approximately two miles south of Philadelphia, they came across a Motiva owned tanker. Motiva also has a representative here for the record. As she went to pass the Motiva tanker, she lost control of the vehicle, slammed into the tanker, ricocheted off the tanker, went over the median, and it rolled over two or three times, eventually resting on the southbound side of Interstate 495, and, along the way, throwing many of the occupants out of the vehicle.

THE COURT: Were they wearing seat belts?

MR. VAN NAARDEN: Some of them were wearing seat belts, some of them were not.

Two of the passengers -- two of the

6

YAN THOU, ET AL. -vs- MALY YAN

plaintiffs, who actually aren't here today, who passed away as a result of the accident, were thrown out of the vehicle.

THE COURT: Were they wearing seat belts?

MR. VAN NAARDEN: Both of them were not wearing seat belts.

Navy Yan, who was a 16-year-old, and was his first day working at Pack and Process, he was thrown partially out of the vehicle. And Oeurn Mam, who is the mother of this family, was totally ejected from the vehicle.

THE COURT: And they were killed?

MR. VAN NAARDEN: Both of them were killed.

Oeurn Mam, who is the mother, survived a little bit and was taken to Christiana Hospital, and she passed away at the hospital. Navy Yan survived for a little bit after the accident, but died on the scene.

The evidence presented in this case today, mostly by way of stipulation, is going to prove three things: One, that Maly Yan had a duty, she had an obligation to keep control

7

YAN THOU, ET AL. -vs- MALY YAN

of her vehicle, and to keep a lookout for other vehicles on the road; and that she failed to provide and to ensure the safety of the passengers of that car; she failed to use ordinary care that a reasonably prudent person would have used in that situation.

The second thing the evidence is going to show, Your Honor, is causation; the fact that it was Maly Yan in connection with other parties involved in this action, in conjunction with the Motiva tractor trailer as well, that caused this accident. But she was a substantial factor in causing the harm and the accident in this case.

And finally, the bulk of the live testimony in this case is going to be geared toward the damages; the fact that this family literally and figuratively was ripped apart. A 16-year-old son, brother, brother-in-law, passed away as a result of this accident. Also, a mother, the matriarch of this whole family, unfortunately also passed away as a result of this accident. And as you'll hear from the plaintiffs who are living, each of

8

YAN THOU, ET AL. -vs- MALY YAN

them have sustained severe mental, emotional, and economic damages as a result of this accident on June 18, 2001. And with that said, plaintiffs are ready to proceed with our case, by way of stipulation, with both counsel.

THE COURT: Okay. You may proceed.

MR. VAN NAARDEN: First, I would like to draw the Court's attention to -- and I can mark this as Plaintiff's Exhibit 1 into evidence -- the police report from the Delaware State Police; Delaware State Police Sergeant Matthew E. Cox. He is the Delaware State Police Officer who conducted the investigation after this accident, this event. And he actually did a accident reconstruction of the scene.

And I have, for the Court's benefit, tabbed and highlighted portions of the record -- of the documents that I would like to read in for Your Honor.

COURT CRIER: P-1, Your Honor.

(Whereupon Exhibit P-1 was marked for identification.)

MR. VAN NAARDEN: If Sergeant Cox

9

YAN THOU, ET AL. -vs- MALY YAN

```
 1
 2  were here, he would testify -- and I would
 3  direct the Court's attention to the first tab.
 4  And I can actually have a copy for defense
 5  counsel as well.
 6          And the first tab, which is denoted
 7  by "facts," talks about the fact that, first of
 8  all, the accident occurred during daylight
 9  hours under sunny conditions. It goes on to
10  talk about how this accident occurred. And if
11  Sergeant Cox were here, he would tell you that
12  vehicle 1, which was previously indicated as
13  the vehicle that Maly Yan was driving, was
14  approaching the side of the vehicle No. 2,
15  which previously was indicated as the Motiva
16  tractor trailer, began to swerve an unknown
17  number of times within its lane. Each
18  successive swerve became larger than the last
19  until it veered to the right into the center
20  lane. The front right corner of vehicle 1
21  struck the tank portion of vehicle 2, which is
22  the tanker, for a point of impact east of the
23  west edge of the roadway.
24          THE COURT:  What was it, a van?
25          MR. VAN NAARDEN:  I'm sorry, Your
```

10

YAN THOU, ET AL. -vs- MALY YAN

```
 1  Honor?
 2          THE COURT:  Was the defendant's car a
 3  van?
 4          MR. VAN NAARDEN:  It's a 1992 Dodge
 5  Ram. It is a 15 passenger van, which on that
 6  particular day was packed with 19 passengers.
 7          And to continue, vehicle 2 rotated
 8  rapidly counterclockwise until the right rear
 9  of vehicle 1 struck the left rear of vehicle
10  No. 2 at the fourth axle. This contact was
11  point of impact east of the west edge of
12  roadway I-495 northbound and an unknown
13  distance from point of impact No. 1. Basically
14  saying that there are two different points of
15  impact. And I actually have a diagram that I
16  can show you later on in a stipulation.
17          The impact redirected vehicle 1 to
18  the west. Vehicle 1, still talking about the
19  van, entered the grass median, with the tires
20  furrowing the dirt. And vehicle 1 began to
21  roll as it came out of the median with the trip
22  point being point of impact east of the east
23  edge of roadway I-495 southbound.
24          It goes on to explain that the right
```

11

YAN THOU, ET AL. -vs- MALY YAN

```
 1
 2  edge of the roof was the first part of the
 3  vehicle to touch the ground because it was
 4  rolling, and on the east of the west edge of
 5  the roadway, and the left edge of the roof was
 6  the next to touch, as vehicle 1 proceeded to
 7  roll approximately two times before coming to
 8  rest on its tires.
 9          And with that said, Your Honor, I
10  would just point your direction to a blowup of
11  what I've designated the next tab, which
12  is the diagram. And this really explains
13  better visually what happened that day; and
14  that is, that as the van, which was travelling
15  northbound on 495, came down and attempted to
16  pass the Motiva trailer, lost control, and the
17  first point of impact was the passenger side
18  into the Motiva trailer.
19          This talks about the point of impact
20  No. 2, where it struck the tractor trailer
21  again in the lower -- the rear portion of the
22  van on the passenger side, and from that point
23  on, ricocheted off and went towards the median,
24  where it rolled over, eventually resting on the
25  southbound lanes of Interstate 495.
```

12

YAN THOU, ET AL. -vs- MALY YAN

```
 1
 2          And, again, the final document that
 3  Sergeant Cox prepared was the complete sequence
 4  between point of impact No. 1, 2, and the final
 5  resting place of the van.
 6          Next, if all testifies, Sergeant Cox
 7  would explain that he gave a short synopsis of
 8  the injuries of each one of the occupants of
 9  the vehicle. And I'm not going to read all of
10  them to Your Honor, but I would just like to
11  point out to you the ones that are relevant to
12  this hearing today. Number one obviously is
13  Maly Yan. She did sustain a pelvic fracture,
14  femur fracture --
15          THE COURT:  Where are you looking?
16          MR. VAN NAARDEN:  It's the next tab.
17  I believe it's indicated injured people on the
18  report, victim No. 1.
19          Also talks about Oeurn Marn, who is
20  the mother of this family. She was seated in
21  one of the rear bench seats, however, her exact
22  position in the vehicle was not known because
23  she was thrown from the vehicle. She sustained
24  severe blunt force trauma when she was fully
25  ejected from the van. Indicates that she was
```

13

1    YAN THOU, ET AL. -vs- MALY YAN
2    not wearing her seat belt.
3              Next is Navy Yan. He is the
4    16-year-old son in this family. He was
5    partially ejected from the left side of the
6    vehicle through the window next to his seat.
7              Then it talks about Yan Thou, who is
8    the father of this family. He was seated in
9    the front passenger's seat at the time of the
10   crash. He sustained a concussion and various
11   fractures and abdominal contusions.
12             Next is Chan Yan. She is the sister
13   of this family. She was seated in the first
14   bench seat behind Mr. Thou, and she sustained a
15   left radial fracture and multiple abrasions.
16   The extent of all of these injuries are going
17   to be talked more in depth in Dr. Noble's
18   report.
19             Next we have Thua Son. She's a
20   sister-in-law. She was seated in the second
21   bench seat, in the right end seat. She was not
22   wearing a seat belt, and sustained minor
23   lacerations and contusions.
24             Finally, we have Chieu Huynh, and Ms.
25   Huynh was not wearing a seat belt. She

14

1    YAN THOU, ET AL. -vs- MALY YAN
2    sustained a concussion, anterior chest wall
3    contusion, and an abdominal wall contusion.
4              The next tab indicates Sergeant Cox's
5    investigation.
6              THE COURT:   Now, what about these
7    other people?
8              MR. VAN NAARDEN:   Your Honor, those
9    are not plaintiffs in the case before you
10   today.
11             THE COURT:   Okay.
12             MR. VAN NAARDEN:   But they are all
13   other passengers inside the vehicle. And as
14   you will hear later on through the live
15   testimony of the survivors of this crash, many
16   of them were not wearing seat belts, because
17   there were 19 passengers stuffed into this van,
18   and unfortunately, there weren't enough seat
19   belts to go around.
20             The next tab indicates that Sergeant
21   Cox did an investigation into the cause of
22   death of the individuals who unfortunately
23   perished in this cash; the first of which being
24   Oeurn Mam. She was pronounced dead at 1757
25   hours, which indicates -- and I would also

15

1    YAN THOU, ET AL. -vs- MALY YAN
2    point out the accident occurred, according to
3    Sergeant Cox's report, at 4:53. So there was a
4    period of time for which she was alive after
5    the accident. She was taken to Christiana
6    Hospital.
7              The other plaintiff that's before
8    Your Honor today -- or unfortunately, is not
9    before you, is Navy Yan. He was pronounced
10   dead at the scene at 1730 hours, again,
11   indicating that he did survive the crash for a
12   little over a half an hour.
13             The next tab that I would direct Your
14   Honor to is entitled "interviews." And that's
15   where Sergeant Cox would testify how he
16   conducted interviews with a lot of the
17   passengers at the vehicle, and also,
18   unfortunately, not at the scene but a few days
19   after their admittance to the hospital; the
20   first of which was Maly Yan, who is the
21   defendant here today. She advised that she
22   didn't remember anything about the crash, but
23   she stated she remembered leaving work and then
24   waking up in the hospital.
25             The next one that I would point out

16

1    YAN THOU, ET AL. -vs- MALY YAN
2    to Your Honor is that Richard P. Reistle,
3    Senior, who was the driver of the Motiva
4    tractor trailer, indicated, in pertinent part,
5    that he stated he saw --
6              THE COURT:   Was he injured?
7              MR. VAN NAARDEN:   I'm sorry, Your
8    Honor?
9              THE COURT:   Was he injured?
10             MR. VAN NAARDEN:   No, he was not
11   injured as a result. In fact, as you can see
12   from his summary, he didn't even know the van
13   had actually struck him until afterwards,
14   because he was in the front cab, and the actual
15   point of impact was in the actual trailer part
16   of the vehicle. But he indicated that he
17   stated he saw a van approach him in the left
18   lane and noticed that the van was approaching
19   the rear of his truck. It was moving back and
20   forth within the left lane.
21             On the next page, Your Honor, and
22   it's not tabbed, but I would just ask you to
23   flip the page, I would just like to point your
24   attention to Matthew Alessandrino. He was a
25   witness. He was not in the actual van, but his

YAN THOU, ET AL. -vs- MALY YAN

1 observations speak volumes, in the fact that he
2 said he advised he was with a male who was
3 partially ejected from the van. And we know
4 that Navy Yan was partially ejected, the
5 16-year-old-boy.
6          He advised he remained with the
7 injured male and was with him when he died.
8          THE COURT:   Wait a minute.
9          MR. VAN NAARDEN:   And I apologize, it
10 should be highlighted for Your Honor.
11          THE COURT:   Okay.
12          MR. VAN NAARDEN:   He was with the male
13 partially ejected from the van. That's the
14 young man who was killed?
15          MR. VAN NAARDEN:   Yes, Navy Yan.
16          THE COURT:   The 16-year-old, when he
17 saw a white male put a handful of cash in his
18 pocket. Who is that?
19          MR. VAN NAARDEN:   Well, basically
20 what happened was, and you'll hear this, Oeurn
21 Mam, who is the mother in this case, had a
22 certain amount of money on her, because she was
23 in charge of payroll, she had to pay the people
24 in the van for their work at Pack and Process,
25 and as a result of that crash, that money was

YAN THOU, ET AL. -vs- MALY YAN

1 spewen all over the roadway. So there were
2 people actually coming to the scene just taking
3 the money and trying to walk away. And Mr.
4 Alessandrino was good enough to say wait a
5 second, you can't do that. And as you read,
6 had a physical confrontation with one of these
7 males, and said put that money back. And,
8 fortunately, because he was such a good
9 Samaritan, all that money or most of the money
10 was recovered.
11          THE COURT:   Okay.
12          MR. VAN NAARDEN:   The next page, Your
13 Honor, is the interview with William B.
14 Anderson, another civilian witness to the
15 accident. And, again, in the highlighted
16 portion, Mr. Anderson stated that the van
17 pulled alongside of the tanker truck and began
18 to swerve slightly back and forth for a few
19 seconds, then swerved right into the side of
20 the tanker truck.
21          And just to read further, he also
22 indicated that he stated that they observed,
23 indicating the other members in his car, how
24 full the van was, and they commented to each

YAN THOU, ET AL. -vs- MALY YAN

1 other about how no one else could fit in the
2 van.
3          To forge ahead, Your Honor, I would
4 just ask Your Honor to go to the next and the
5 last tab enclosed in Sergeant Cox's evaluation,
6 where it talks about his opinions and comments.
7 Foremost, he concludes that the cause of this
8 crash was driver error on the part of Maly Yan.
9          THE COURT:   That's on page 21?
10          MR. VAN NAARDEN:   Yes, Your Honor.
11          THE COURT:   Did anyone say anything
12 about the van itself? Was there something
13 wrong with the van?
14          MR. VAN NAARDEN:   Yes, Your Honor.
15 That's a fantastic question. Read on in the
16 next page. That was my next highlighted
17 portion, was that even after --
18          THE COURT:   Where are you looking?
19          MR. VAN NAARDEN:   It's page 22.
20          THE COURT:   Where?
21          MR. VAN NAARDEN:   The top. It's
22 actually the first sentence on the top.
23          THE COURT:   Okay.
24          MR. VAN NAARDEN:   "Even after the

YAN THOU, ET AL. -vs- MALY YAN

1 severe damage sustained in the collision, the
2 steering components still worked when the
3 steering wheel was turned."
4          And if we read on, we also indicate
5 that he also tested the brakes and the brakes
6 also worked. Again, he also discusses the
7 relevance of the extra passengers inside that
8 van, and how the extra four people in that van
9 lowered the center of gravity, which
10 contributed to the van losing control.
11          Your Honor, I would move into
12 evidence Sergeant Cox's report in its entirety.
13          THE COURT:   Okay.
14          MR. VAN NAARDEN:   Thank you.
15          And next by way of stipulation is the
16 expert report of Steven Schorr, who is a
17 forensics engineer. We can mark this as
18 Plaintiff's Exhibit 2.
19          And I'm also going to mark his
20 Curriculum Vitae as the same exhibit. So
21 contained in P-2 will be his expert report in
22 addition to his CV.
23          (Whereupon Exhibit P-2 was marked for
24 identification.)

21

YAN THOU, ET AL. -vs- MALY YAN

1
2      MR. VAN NAARDEN:   And, Your Honor,
3  having been marked into evidence, I would just
4  like to highlight page 3 of Mr. Schorr's
5  report, No. 4, where he indicates that the
6  physical evidence indicates the collision
7  occurred when the right side of the van
8  contacted the left side of the tractor trailer.
9  The location of the tire marks documented by
10 the police indicates that the collision
11 occurred in the center lane; that is, at the
12 time of the collision, the tractor trailer was
13 within the center northbound lane.  The
14 collision occurred when the van moved into the
15 tractor trailer's lane.
16      And then I would move down to numeral
17 8 and highlight the fact that testimony from
18 witnesses relative to the aspect of the
19 collision dynamics is consistent with the
20 dynamics established by the physical evidence.
21 Essentially, witness testimony notes that the
22 van appeared to have been swerving in the left
23 northbound lane and that the van moved
24 northwest into the southbound lanes following
25 its contact with the tractor trailer.

22

YAN THOU, ET AL. -vs- MALY YAN

1
2      Flipping over to the next page.  This
3  is page 4 of 4.  Numeral 10, Mr. Schorr
4  indicates we are still in the process of
5  reviewing the data in an attempt to establish
6  the preimpact movements of the tractor trailer
7  and its involvement in the collision sequence;
8  specifically, the correlation between the
9  actions of Maly Yan and the movements of the
10 tractor trailer.
11      Subsequent to that, Mr. Schorr lists
12 his opinions in the case, and they are
13 threefold.  One is that the collision sequence
14 occurred as a result of the northbound van
15 leaving the northbound lane and contacting the
16 left side of the tractor trailer that was
17 travelling in the center northbound lane at the
18 time of the collision.
19      Second, the physical evidence
20 indicates that the van operator, Maly Yan, had
21 lost control of the van prior to its impact
22 with the tractor trailer.  The inability of the
23 van operator to maintain control of the van
24 resulted in its movement to the center
25 northbound lane.

23

YAN THOU, ET AL. -vs- MALY YAN

1
2      And finally, the data is consistent
3  with the van travelling above the speed limit
4  of 65 miles per hour at the time it was
5  attempting to pass the tractor trailer.
6      And with that, I would move into
7  evidence the report of Steven Schorr and his
8  Curriculum Vitae.
9      THE COURT:   Okay.  And his CV is --
10 why don't you make it P-2A, because they're not
11 attached?  That way if they get separated we
12 know what they are, okay.
13      MR. VAN NAARDEN:   Your Honor, at this
14 point we would call to the stand Chan Yan.
15      COURT CRIER:   Take the stand and
16 remain standing.
17      For the record, please state your
18 name and spell your last name.
19      THE INTERPRETER:   Chin Hay Kho, last
20 name K-H-O.
21      COURT CRIER:   Your business address,
22 or your home address.
23      THE INTERPRETER:   I'm from New
24 Jersey, but my home address, 5722 North Front
25 Street.

24

YAN THOU, ET AL. -vs- MALY YAN

1
2      ... CHIN HAY KHO, having been first
3  duly sworn to interpret the proceedings
4  accurately and truthfully as follows:
5           - - -
6      COURT CRIER:   Your witness, Counsel.
7      MR. VAN NAARDEN:   I would call Chan
8  Yan.
9      COURT CRIER:   Tell her to state her
10 name and spell her last name.
11      THE WITNESS:   My name is Chan Yan.
12 Last name Yan, Y-A-N.
13      COURT CRIER:   Her address.
14      THE WITNESS:   2307 South 9th Street.
15           - - -
16      ... CHAN YAN, after having been first
17 duly sworn (through the Interpreter), was
18 examined and testified as follows:
19      THE COURT:   You may proceed.
20      MR. VAN NAARDEN:   Thank you.
21           - - -
22      DIRECT EXAMINATION
23 BY MR. VAN NAARDEN:
24 Q.  Good morning, Ms. Yan.  Tell the judge where

**25**

CHAN YAN - DIRECT

1
2  you live.
3  A.    I live 2307 South 9th Street.
4  Q.    Is that in South Philadelphia?
5  A.    Yeah.
6  Q.    I'm just going to ask the interpreter to ask
7  you that you wait until the interpreter actually
8  gives you the translation before you answer.
9          How long have you lived in the
10  location in South Philly?
11  A.    You mean on the 2307?
12  Q.    Yes, where you live now.
13  A.    Around four years.
14  Q.    Who do you live there with?
15  A.    My husband.
16  Q.    Back in June of 2001, where were you working?
17  A.    At Pack and Place Company, Pack and Pretzel.
18  Q.    Repeat the answer.
19  A.    The company name, Pack and Process.
20  Q.    Is that located in Delaware?
21          I'm just going to give you one more
22  instruction, you have to actually give a verbal
23  response, because there's a court reporter writing
24  down everything you're saying.
25  A.    Okay.

JOHN J. KURZ, RPR, OFFICIAL COURT REPORTER

**26**

CHAN YAN - DIRECT

1
2  Q.    So I'm going to ask you to repeat the question
3  again, is that in Delaware?
4  A.    Yes.
5  Q.    Back in 2001, how is it that you got from your
6  home in South Philly to Pack and Process in
7  Delaware?
8  A.    I go with my father.
9  Q.    And specifically, do you recall if you went to
10  work on June 18th of 2001?
11  A.    Yes.
12  Q.    And who drove you on June 18th, 2001?
13  A.    Maly Yan.
14  Q.    Do you see Maly Yan here in the courtroom
15  today?
16  A.    Yes.
17  Q.    Is Maly Yan sitting over by defense counsel?
18  A.    Yes.
19  Q.    What is your relationship, if any, to Maly Yan?
20  A.    She's my young sister.
21  Q.    Now, would you tell the judge how many people
22  were in the van when you went to work on January 18,
23  2001?
24  A.    I don't know how many, but I know a lot of
25  people in van.

JOHN J. KURZ, RPR, OFFICIAL COURT REPORTER

**27**

CHAN YAN - DIRECT

1
2  Q.    Can you tell the judge how many members of your
3  family were inside the vehicle, inside the van that
4  went to Pack and Process on June 18th?
5  A.    I remember my in law and my father and my mom,
6  and my brother, younger brother.
7  Q.    I want to talk a little bit about what happened
8  on the way back from work, from Pack and Process on
9  June 18th. Tell the judge what you saw after the
10  van made impact, hit the trailer.
11  A.    On that time, I'm not positive if she pass
12  away, but almost pass away, I don't know.
13  Q.    Do you remember after the accident seeing where
14  your mother was?
15  A.    I know that she at the end of my toes.
16  Q.    Can you tell the judge the observations of what
17  your mom looked like after the accident?
18  A.    It's blood all over her face.
19  Q.    Do you remember seeing your brother after the
20  accident?
21  A.    On that time, I saw him, but I don't know if he
22  pass away or not, I don't know.
23  Q.    Where was he when you saw him?
24  A.    I saw half body on the outside of the van, half
25  body in the van.

JOHN J. KURZ, RPR, OFFICIAL COURT REPORTER

**28**

CHAN YAN - DIRECT

1
2  Q.    How did that make you feel?
3  A.    I feel sad.
4  Q.    Did you go to the hospital after the accident?
5  A.    Yes, I was there for two nights.
6  Q.    How has the loss of your mom and your brother
7  affected your life?
8  A.    I don't know how to describe, but I just
9  missing her, and I dream her every night.
10  Q.    You have dreams about her?
11  A.    Yes.
12  Q.    Tell the judge how often you would see your mom
13  when she was still living.
14  A.    I seen her every time because we work together.
15  Q.    Did you talk to your mom about your life?
16  A.    Yes.
17  Q.    Did she give you advice about your life?
18  A.    Yes.
19  Q.    And do you miss that now that she's gone?
20  A.    You mean after she pass away?
21  Q.    Yes.
22  A.    I still remember all her advice.
23          MR. VAN NAARDEN:   With the Court's
24  permission, I would just mark this as
25  Plaintiff's Exhibit 4 -- excuse me, I believe

JOHN J. KURZ, RPR, OFFICIAL COURT REPORTER

29

*CHAN YAN – DIRECT*

1
2  we're up to 3.
3          THE COURT:   Certainly.
4          COURT CRIER:   P-3.
5          (Whereupon Exhibit P-3 was marked for
6  identification.)
7          THE COURT:   This was the van?
8          MR. VAN NAARDEN:   Afterwards, yes.
9          THE COURT:   Okay.
10         MR. VAN NAARDEN:   I would just ask
11  that the picture be shown to the witness.
12  BY MR. VAN NAARDEN:
13  Q.   Do you recognize the vehicle in the picture
14  that's been placed in front of you?
15  A.   Yes.
16  Q.   Is that the vehicle that transported you from
17  Pack and Process home on June 18, 2001?
18  A.   Yes.
19  Q.   And is that picture – does that picture
20  accurately depict what the van looked like after the
21  accident?
22  A.   Yes.
23          MR. VAN NAARDEN:   Your Honor, I would
24  ask that P-3 be moved into evidence.
25          THE COURT:   It might be easier for

*JOHN J. KURZ, RPR, OFFICIAL COURT REPORTER*

30

*CHAN YAN – DIRECT*

1
2  you to wait till all your exhibits are in and
3  move them in all at once.
4          MR. VAN NAARDEN:   That's fine, Your
5  Honor. Thank you.
6          THE COURT:   Okay.
7          MR. VAN NAARDEN:   Thank you very
8  much. I have no other questions. Thank you,
9  Your Honor.
10         THE COURT:   Would you like to
11  cross-examine?
12         MR. McNULTY:   No questions, Your
13  Honor. Thank you.
14         THE COURT:   You may step down, ma'am.
15  (Witness excused.)
16         THE COURT:   You may call your next
17  witness.
18         MR. COHEN:   Call Yan Thou.
19         THE INTERPRETER:   He have hearing
20  problem.
21         COURT CRIER:   Tell him to step up and
22  remain standing.
23         For the record, please state your
24  name.
25         THE WITNESS:   Yan Thou.

*JOHN J. KURZ, RPR, OFFICIAL COURT REPORTER*

31

*YAN THOU – DIRECT*

1
2          COURT CRIER:   Spell the last name.
3          THE WITNESS:   Last name T-H-O-U.
4          COURT CRIER:   Home address?
5          THE WITNESS:   2007 South 9th Street.
6          COURT CRIER:   Place your hand on the
7  bible.
8                  - - -
9          ... YAN THOU, after having been first
10  duly sworn (through the Interpreter), was
11  examined and testified as follows:
12                  - - -
13          MR. COHEN:   May I proceed, Your
14  Honor?
15          THE COURT:   Yes.
16          MR. COHEN:   Thank you.
17  *DIRECT EXAMINATION*
18  BY MR. COHEN:
19  Q.   Good afternoon, sir. Did you just hear your
20  daughter testify today?
21  A.   No.
22          THE COURT:   He has a hearing problem,
23  so he has difficulty hearing her testify.
24  BY MR. COHEN:
25  Q.   You saw her testify?

*JOHN J. KURZ, RPR, OFFICIAL COURT REPORTER*

32

*YAN THOU – DIRECT*

1
2  A.   Yes, see, but not so clear.
3  Q.   Can you hear me all right now?
4  A.   No.
5          THE COURT:   Actually, the only one
6  who really has to hear, don't you agree, would
7  be the interpreter, who's actually going to ask
8  the question?
9          MR. COHEN:   Yes.
10         THE COURT:   So if he could ask him,
11  sir, if he can hear you when you speak to him.
12         THE WITNESS:   Yes, a little better.
13         THE COURT:   So just speak up so that
14  the interpreter hears everything. And, sir,
15  make sure you speak loud enough. And would you
16  please tell him that if he doesn't hear
17  everything you say, to please let you know and
18  you'll speak louder, okay?
19         THE INTERPRETER:   Okay.
20         THE WITNESS:   Okay.
21  BY MR. COHEN:
22  Q.   He understood you?
23  A.   Yes.
24  Q.   Thank you.
25         How old are you, sir?

*JOHN J. KURZ, RPR, OFFICIAL COURT REPORTER*

33

YAN THOU - DIRECT

2  A.    I know it's more than 50, but I don't know how
3  much.
4  Q.    Okay.  Where did you grow up?
5  A.    In Cambodia.
6  Q.    When did you come to the United States?
7  A.    1992.
8  Q.    Were you married?
9  A.    Yeah, when I come, yes, I married.
10  Q.    Where did you meet your wife?
11  A.    In my village, we come from village with each
12  other.
13  Q.    How old were you when you met your wife?
14  A.    I cannot recall, it was a long time ago, and
15  I'm getting old.
16  Q.    Do you know how old she was?
17  A.    Almost the same age.  I know she's younger than
18  me, one year.
19  Q.    Do you have a picture of her with you?
20  A.    Yes, I do, in my jacket.
21         MR. COHEN:   May I bring the jacket to
22  him, Your Honor?
23         THE COURT:   You can give it to
24  Richard.  Richard, you can give it to him.
25

JOHN J. KURZ, RPR, OFFICIAL COURT REPORTER

34

YAN THOU - DIRECT

2  BY MR. COHEN:
3  Q.    What is her name?
4  A.    Oeurn Mam.
5  Q.    Will you show us the picture, please, sir?
6         MR. McNULTY:   Thank you, Your Honor.
7         MR. COHEN:   I ask that that be marked
8  for identification as Exhibit No. 4.
9  BY MR. COHEN:
10  Q.    When was that photograph of you and your wife
11  taken?
12  A.    About the time that my daughter wedding.
13         THE COURT:   Do you have a copy of
14  that for me, a Xerox copy?
15         MR. COHEN:   We can make one.
16         THE COURT:   At the end, just make a
17  copy.  I don't need to see it that clearly, I
18  just need to know what the exhibit is.
19         MR. COHEN:  Sure.
20  BY MR. COHEN:
21  Q.    Which daughter's wedding?
22  A.    My son.
23  Q.    Your son's wedding?
24  A.    Yes.
25  Q.    What are your children's names?

JOHN J. KURZ, RPR, OFFICIAL COURT REPORTER

35

YAN THOU - DIRECT

2  A.    Yan Sun.
3  Q.    Boy or girl?
4         THE COURT:   Man or woman, I would
5  imagine.
6         THE WITNESS:   Man.
7  BY MR. COHEN:
8  Q.    How old?
9  A.    I couldn't remember all my children age now.
10  Q.    How many children did you have?
11  A.    Come to United States, five.
12  Q.    Is Navy Yan your son?
13  A.    In Cambodia, two.
14  Q.    You have seven children total?
15  A.    Yes.
16  Q.    Is Navy Yan your son?
17  A.    No, only the relative.
18  Q.    What was the relation?
19         THE INTERPRETER:   I'm sorry?
20  BY MR. COHEN:
21  Q.    What's the relation?
22         THE INTERPRETER:   I didn't understand
23  your question, sir.
24         MR. McNULTY:   Your Honor, we'll
25  stipulate that it was his son.

JOHN J. KURZ, RPR, OFFICIAL COURT REPORTER

36

YAN THOU - DIRECT

2         THE COURT:   Yes.  Let's move on.
3  These are things that we agree on.
4         MR. COHEN:   Fine.
5  BY MR. COHEN:
6  Q.    Were you in the vehicle with your daughter
7  driving on the day of the accident?
8  A.    Yes, I am.
9  Q.    Was your daughter driving?
10  A.    Maly, she drive.
11  Q.    Did you have your son, Navy Yan, in the car
12  with you?
13  A.    Which one?
14  Q.    Was Navy Yan in the car?
15  A.    Yes, he's in car.
16  Q.    Was your wife in the car?
17  A.    Yes.  I lost my wife, my children.  Every time
18  you remind my family, it's hard to describe.  We
19  usually stay together, now I miss.
20  Q.    You miss them?
21  A.    Yes, I miss them.  I saw her every day, and go
22  to school, everything together.
23  Q.    Do you remember the crash?
24  A.    June 18.
25  Q.    Do you remember it happening?

JOHN J. KURZ, RPR, OFFICIAL COURT REPORTER

37

YAN THOU - DIRECT

2 A. I don't know how long I pass out. When I woke
3 up, I saw my son right on top of me, and blood,
4 everything just drop on me.
5 Q. What did you do?
6 A. I just ask for help, yell for help, and I could
7 not get up, and I know that my son already pass away
8 because all the blood, broken nose, broken face.
9 Q. Did you try to help him?
10 A. I cannot move, I cannot get up.
11 Q. Were you hurt?
12 A. At that time I just feel numb, I cannot move my
13 leg, my arm.
14 Q. Did you go to the hospital?
15 A. Yes, took me to hospital.
16 Q. What was Navy going to do when he grew up?
17 A. I don't know what to say in English, but my son
18 just remind that he want to be like a -- he say a
19 lawyer -- no, a doctor, and maybe bigger than a
20 doctor.
21     MR. COHEN:   We have a stipulation to
22 all of the evidence, especially including
23 autopsy photographs. I will not show those to
24 the witness. They're available for the Court.
25     THE COURT:   All right.

38

YAN THOU - DIRECT

2     MR. COHEN:   We'll mark them the next
3 exhibit collectively P-5, and I will have them
4 passed up, medical examiner's photographs.
5 BY MR. COHEN:
6 Q. Did you also work at Pack and Process?
7 A. Yes, the same company.
8 Q. Did your wife?
9 A. Yes. We all work there.
10 Q. Were you all being driven back and forth from
11 the factory where you packed candies?
12 A. Yeah; I lost everything.
13 Q. When you saw your son and your wife at the
14 accident, how did that make you feel?
15 A. I did not see my wife, but I do see my son, and
16 I...
17 Q. And how did you feel?
18 A. I feel empty, I feel empty, I don't have
19 anything in my mind or in my heart.
20 Q. Because you miss her?
21 A. At that time I didn't see my -- I didn't know
22 where or I didn't know my wife or what happened yet,
23 I just saw only my son, but I feel empty.
24 Q. When you saw your son at that moment with the
25 blood on his face, how did you feel?

39

YAN THOU - DIRECT

2 A. I feel I lost everything, I feel so empty, and
3 I know that my son wishing -- I lost everything.
4 Q. Were you sad from the accident?
5 A. Yes, I'm sad. Even though right now I lost
6 everything, I sometimes I feel that living for
7 nothing.
8     MR. COHEN:   Thank you, sir.
9     THE COURT:   Would you like to
10 cross-examine?
11     MR. McNULTY:   I have no questions,
12 Your Honor. Thank you.
13     THE COURT:   You may step down, sir.
14     (Witness excused.)
15     THE COURT:   By the way, I noticed,
16 you gave me a copy of a stipulation, and it's
17 not been approved by the Court, so I don't know
18 where the original one is so I can approve it.
19 This is a copy, but it should be -- yes.
20     MR. McNULTY:   The original was filed,
21 Your Honor. But I will bring an original,
22 either that or send it to Your Honor.
23     THE COURT:   Please. I think it's
24 important that it gets signed and approved, but
25 I could at least say, so the record is clear,

40

YAN THOU, ET AL. -vs- MALY YAN

2 that I will approve it.
3     MR. McNULTY:   Thank you, Your Honor.
4     THE COURT:   The stipulation was
5 handed up to me today, it was filed today,
6 January 14th, so it probably will come up in
7 the due course of things. But it talks about
8 certain agreements between the parties
9 vis-a-vis insurance coverage and personal
10 responsibility, et cetera.
11     MR. McNULTY:   Yes. Thank you, Your
12 Honor.
13     THE COURT:   So I'll put that in the
14 file.
15     How many other witnesses do you have?
16     MR. VAN NAARDEN:   Your Honor, it's
17 our intention to present the rest of the
18 evidence by way of stipulation.
19     THE COURT:   Okay. Then why don't you
20 do that. Let's get those on the record.
21     MR. VAN NAARDEN:   The next
22 stipulation would be to the reports generated
23 by Dr. Ross Noble, who's here in the courtroom
24 today. I would mark the next corresponding
25 plaintiff's exhibit and his expert reports, in

41

YAN THOU, ET AL. -vs- MALY YAN

1
2  addition to his Curriculum Vitae, which I can
3  pass up.
4          COURT CRIER:   His report we will note
5  P-6A, and P-6 will be the CV.
6          (Whereupon Exhibit P-6 and P-6A were
7  marked for identification.)
8          THE COURT:   Okay.
9          MR. VAN NAARDEN:   Your Honor, Dr.
10  Noble generated a separate report for each one
11  of the plaintiffs in this case. I would direct
12  Your Honor's attention to his first report as
13  it pertains to Yan Thou.
14          THE COURT:   Let's do this. We have
15  two P-6s. So P-6 A and P-6B. Well, there's
16  more. There's one that's not marked at all.
17  P-6B, and P-6C would be the curriculum vitae.
18  So we have P-6, P-6A, P-6B and P-6C, okay.
19          MR. VAN NAARDEN:   Your Honor, if I
20  may, as it relates to Yan Thou, Dr. Noble
21  indicated he's a 57-year-old Asian male
22  who sustained serious injuries in a motor
23  vehicle accident which occurred on June --
24          THE COURT:   These are marked, you
25  don't have to read these into the record.

42

YAN THOU, ET AL. -vs- MALY YAN

1
2          Mr. McNulty, you don't need these
3  read into the record?
4          MR. McNULTY:   No, Your Honor.
5          THE COURT:   They'll speak for
6  themselves, and I will of course read them.
7          MR. VAN NAARDEN:   Your Honor, I would
8  point out for each one of the plaintiffs that
9  are before you today that are alive, the
10  reports indicated that there was, and there
11  still is, a significant period of pain and
12  suffering that is ongoing, none of which --
13  none of them can continue to work as a result.
14          THE COURT:   Well, there are how many
15  plaintiffs before me? There's the two that are
16  deceased, Oeurn Mam, and Navy Yan.
17          MR. VAN NAARDEN:   Correct.
18          THE COURT:   Then there's Yan Thou.
19  So is that the three?
20          MR. VAN NAARDEN:   We also have Chan
21  Yan, Thua Son, and --
22          THE COURT:   There are no reports for
23  them yet.
24          MR. VAN NAARDEN:   We have them, Your
25  Honor, I apologize.

43

YAN THOU, ET AL. -vs- MALY YAN

1
2          THE COURT:   How many plaintiffs are
3  before me today, six?
4          MR. VAN NAARDEN:   Including the
5  individuals who are deceased, six.
6          THE COURT:   Okay. So now we have
7  three more reports. No, wait a minute. You're
8  giving me the same one, a duplicate. I want to
9  have what I need. So let's go back.
10          All right. You gave me two -- or I
11  have Yan Thou, that's No. 6. Oeurn Mam was 6A,
12  so I don't need that one. Navy Yan is 6B. I
13  don't need that one. The Curriculum Vitae is
14  6 -- well, I marked it 6C, but it shouldn't be.
15  Chieu Huynh should be P-6C; Chan Yan, P-6D.
16  That's now one, two, three, four, five. I only
17  have five reports.
18          MR. VAN NAARDEN:   The one you're
19  missing, Your Honor, is Thua Son.
20          THE COURT:   You're going to give me
21  that one?
22          MR. VAN NAARDEN:   Yes, Your Honor.
23          THE COURT:   The Curriculum Vitae,
24  Rich, is P-6F. And the next one, that is P-6E.
25          All right. Now, I have all the

44

YAN THOU, ET AL. -vs- MALY YAN

1
2  reports, plus the Curriculum Vitae in that one
3  packet.
4          MR. VAN NAARDEN:   Thank you, Your
5  Honor.
6          And finally, just as a point of
7  clarification, as it relates to Navy Yan and
8  Oeurn Mam, the two deceased plaintiffs, Ross
9  Noble was able to determine from the time of
10  death and the time of the accident and the
11  nature of the injuries that there was a period
12  of conscious pain and suffering.
13          THE COURT:   And that's in the report;
14  is that correct?
15          MR. VAN NAARDEN:   Those are in the
16  reports, Your Honor.
17          THE COURT:   Okay.
18          MR. VAN NAARDEN:   And then finally by
19  way of stipulation, I would like to enter in
20  the Curriculum Vitae and corresponding medical
21  reports from Richard T. Callery, who is the
22  medical examiner in Delaware.
23          THE COURT:   Okay. So there should be
24  two of those, right?
25          MR. VAN NAARDEN:   Exactly.

YAN THOU, ET AL. -vs- MALY YAN

1  
2  THE COURT: So make it P-7, P-7A, and  
3  the Curriculum Vitae P-7B.  
4  MR. VAN NAARDEN: Your Honor, just  
5  so -- we need another one for the medical  
6  examiner, because while he gave two reports on  
7  both of the deceased plaintiffs, he also has a  
8  evaluation as well, so he gave a report.  
9  THE COURT: P-7A, B, C, the  
10  Curriculum Vitae then is D.  
11  MR. VAN NAARDEN: Thank you, Your  
12  Honor.  
13  THE COURT: You're welcome.  
14  COURT CRIER: The Curriculum Vitae  
15  will be P-7E.  
16  (Whereupon Exhibit P-7 A through E  
17  were marked for identification.)  
18  THE COURT: I'm putting them together  
19  in a packet.  
20  Okay. I did six differently, but I  
21  guess it doesn't matter, as long as they're  
22  marked right. Go ahead.  
23  MR. VAN NAARDEN: Your Honor, the  
24  next exhibit that plaintiffs would mark is the  
25  Curriculum vitae and report of David L.  

JOHN J. KURZ, RPR, OFFICIAL COURT REPORTER

YAN THOU, ET AL. -vs- MALY YAN

1  
2  Hopkins, an actuarial and economic expert,  
3  forensic expert.  
4  THE COURT: Is it just two things?  
5  MR. VAN NAARDEN: Yes.  
6  COURT CRIER: The doctor's report  
7  will be P-8, and the doctor's CV will be P-8A.  
8  (Whereupon Exhibits P-8 and P-8A were  
9  marked for identification.)  
10  THE COURT: Okay. What else do you  
11  have?  
12  MR. VAN NAARDEN: And finally, Your  
13  Honor, collectively, plaintiffs would mark  
14  photos from the accident scene. There are  
15  approximately two pictures per page.  
16  THE COURT: Wait a minute.  
17  Okay. What else?  
18  MR. VAN NAARDEN: Your Honor, we  
19  would move collectively pictures from the  
20  accident scene, and there are two pictures per  
21  page, and there are 11 pages.  
22  THE COURT: All right. So that's  
23  P-9?  
24  COURT CRIER: That's correct. We'll  
25  mark them A, B, C --  

JOHN J. KURZ, RPR, OFFICIAL COURT REPORTER

YAN THOU, ET AL. -vs- MALY YAN

1  
2  THE COURT: K, I guess, A through K.  
3  (Whereupon Exhibits P-9A through K  
4  were marked for identification.)  
5  THE COURT: Anything else?  
6  MR. VAN NAARDEN: Your Honor, I would  
7  also point out that the medical examiner's  
8  report -- we already marked into evidence --  
9  also determined that there was a period of  
10  conscious pain and suffering for both of the  
11  deceased plaintiffs.  
12  THE COURT: Do you have anything more  
13  than these?  
14  MR. VAN NAARDEN: No. Other than  
15  what's already been marked as plaintiff's  
16  exhibits, plaintiff has nothing else.  
17  THE COURT: So now you want to move  
18  all of your exhibits into evidence.  
19  MR. VAN NAARDEN: Plaintiff would ask  
20  the Court to move all of plaintiff's exhibits  
21  into evidence, and the plaintiffs would rest.  
22  THE COURT: Any objection from the  
23  defense?  
24  MR. McNULTY: No, Your Honor.  
25  THE COURT: Okay. I think we're  

JOHN J. KURZ, RPR, OFFICIAL COURT REPORTER

YAN THOU, ET AL. -vs- MALY YAN

1  
2  going to have to stop here, and we'll finish  
3  the defense at our next meeting. I'm going to  
4  give you a time next week. We'll get this  
5  finished. I do apologize for this. But I  
6  didn't realize that it was going to be as  
7  extensive as it was. I didn't block it out for  
8  as long as -- well, I have my schedule already  
9  on my desk. But we're finished the plaintiffs.  
10  Now, how long will the defense need,  
11  so I'm blocking out a proper amount of time for  
12  it?  
13  MR. McNULTY: No more than a half  
14  hour, Your Honor.  
15  THE COURT: All right. So I'll block  
16  an hour. That will give you argument time.  
17  MR. McNULTY: Thank you.  
18  THE COURT: And what I will do to  
19  make things easier, I'll have everything read,  
20  so hopefully I'll be able to rule from the  
21  bench.  
22  Okay. Thursday, January 20th, at  
23  1:30. And I'm blocking it out for an hour so  
24  there shouldn't be any problem.  
25  Please, Mr. McNulty, bring me an  

JOHN J. KURZ, RPR, OFFICIAL COURT REPORTER

49

YAN THOU, ET AL. -vs- MALY YAN

1
2  original of that stipulation so that I'll be
3  able to sign it.
4          MR. McNULTY:  Yes.  Thank you, Your
5  Honor.
6          THE COURT:  Okay.  Like I said -- and
7  also get a copy of the transcript.  That way
8  you're going to have, for posterity, a full
9  transcript.  And I will read through these, as
10  I said, and be familiar with everything you've
11  submitted to me so I won't waste any time.
12          Okay.  Thank you very much.
13          MR. VAN NAARDEN:  Thank you, Your
14  Honor.
15          MR. McNULTY:  Thank you, Your Honor.
16
17          - - -
18      (Hearing adjourned.)
19
20
21
22
23
24
25

JOHN J. KURZ, RPR, OFFICIAL COURT REPORTER

50

YAN THOU, ET AL. -vs- MALY YAN

1
2          CERTIFICATION
3
4          I hereby certify that the proceedings
5  and evidence are contained fully and accurately
6  in the notes taken by me on the trial of the
7  above cause, and that this copy is a correct
8  transcript of the same.
9
10
11          John J. Kurz, RPR
            Official Court Reporter
12
13
14
15
16
17
18
19
20          (The foregoing certification of
21  this transcript does not apply to any
22  reproduction of the same by any means unless
23  under the direct control and/or supervision
24  of the certifying reporter.)
25

JOHN J. KURZ, RPR, OFFICIAL COURT REPORTER

YAN THOU, ET AL. -vs- MALY YAN

51

**-**
-- [36] 3/4 3/4 3/4 3/6 3/6 5/25 8/9 8/11
8/20 9/2 11/21 12/14 14/25 15/8 16/5 19/18
23/9 28/25 29/19 37/18 37/19 38/21 39/3
39/19 41/23 42/12 42/21 43/10 43/14 45/5
46/25 47/8 47/8 48/8 49/6

**A**
a -- [1] 37/18
abdominal [2] 13/11 14/3
able [3] 44/9 48/20 49/3
about [18] 4/14 9/7 9/10 10/19 11/19 12/19
13/7 14/6 15/22 19/2 19/7 19/13 27/7 28/10
28/15 28/17 34/12 40/7
above [2] 23/3 50/7
abrasions [1] 13/15
accident [27] 4/15 6/3 6/21 7/13 7/15 7/21
7/24 8/4 8/15 8/16 9/8 9/10 15/2 15/5 18/16
27/13 27/17 27/20 28/4 29/21 36/7 38/14
39/4 41/23 44/10 46/14 46/20
according [1] 15/2
accurately [3] 24/5 29/20 50/5
across [1] 5/11
action [1] 7/11
actions [1] 22/9
actual [3] 16/14 16/15 16/25
actually [11] 6/2 8/16 9/4 10/16 16/13 18/3
19/23 25/7 25/22 32/5 32/7
actuarial [1] 46/2
addition [3] 4/24 20/23 41/2
address [5] 23/21 23/22 23/24 24/14 31/4
adjourned [1] 49/18
Administrator [1] 1/4
admittance [1] 15/19
advice [2] 28/17 28/22
advised [3] 15/21 17/3 17/7
affected [1] 28/7
after [16] 4/22 6/21 8/15 15/4 15/19 19/18
19/25 24/17 27/9 27/13 27/17 27/19 28/4
28/20 29/20 31/9
afternoon [1] 31/19
afterwards [2] 16/13 29/8
again [6] 11/21 12/2 15/10 18/16 20/7 26/3
age [2] 33/17 35/9
ago [1] 33/14
agree [2] 32/6 36/3
agreements [1] 40/8
ahead [2] 19/4 45/22
Alessandrino [2] 16/24 18/5
alive [2] 15/4 42/9
all [26] 9/8 12/6 12/9 13/16 14/12 18/2
18/10 27/18 28/22 30/2 30/3 32/3 35/9 37/8
37/22 37/25 38/9 38/10 41/16 43/10 43/25
43/25 46/22 47/18 47/20 48/15
almost [2] 27/12 33/17
along [1] 5/19
alongside [1] 18/18
already [4] 37/7 47/8 47/15 48/8
also [22] 2/16 4/5 4/7 5/5 5/12 7/22 7/23
12/19 14/25 15/17 18/22 20/5 20/6 20/7
20/7 20/20 38/6 42/20 45/7 47/7 47/9 49/7
am [2] 4/4 36/8
amount [2] 17/22 48/11
Anderson [2] 18/15 18/17
another [2] 18/15 45/5
answer [2] 25/8 25/18
anterior [1] 14/2
any [6] 26/19 47/22 48/24 49/11 50/21
50/22
anyone [1] 19/12
anything [5] 15/22 19/12 38/19 47/5 47/12
apart [2] 4/14 7/19
apologize [3] 17/10 42/25 48/5

APPEARANCES [1] 2/2
appeared [1] 21/22
apply [1] 50/21
approach [1] 16/17
approaching [2] 9/14 16/18
approve [2] 39/18 40/2
approved [3] 39/17 39/24
approximately [3] 5/10 11/17 46/15
are [29] 7/25 8/5 10/15 12/11 12/15 13/16
14/9 14/12 19/19 22/4 22/12 23/12 30/2
32/25 34/25 36/3 41/24 42/9 42/9 42/14
42/15 42/22 43/2 43/2 43/5 44/15 46/14 46/20
46/21 50/5
aren't [1] 6/2
argument [1] 48/16
arm [1] 37/13
around [3] 4/22 14/19 25/13
as [45] 1/4 4/8 5/7 5/9 5/13 6/3 7/12 7/21
7/23 7/24 8/3 8/10 9/5 9/12 9/15 10/22 11/6
11/14 14/13 16/11 16/11 17/25 18/6 20/18
20/21 22/14 24/5 24/19 28/24 31/11 34/8
41/12 41/20 42/13 44/6 44/7 45/8 45/21
45/21 47/15 48/6 48/7 48/8 48/8 49/9
as -- [1] 48/8
Asian [1] 41/21
ask [12] 16/22 19/5 25/6 25/6 26/2 29/10
29/24 32/7 32/10 34/7 37/6 47/19
aspect [1] 21/18
attached [1] 23/11
attempt [1] 22/5
attempted [1] 11/15
attempting [1] 23/5
attention [4] 8/9 9/3 16/24 41/12
autopsy [1] 37/23
available [1] 37/24
away [10] 6/3 16/9 7/21 7/23 18/4 27/12
27/12 27/22 28/20 37/7
axle [1] 10/11

**B**
back [9] 4/22 16/19 18/8 18/19 25/16 26/5
27/8 38/10 43/9
barrier [1] 4/8
basically [3] 4/14 10/14 17/19
be [25] 7/17 13/17 17/11 20/22 29/11 29/24
29/25 32/7 34/7 37/18 39/19 40/22 41/5
41/17 43/14 43/15 44/23 45/15 46/7 46/7
48/6 48/20 48/24 49/2 49/10
be -- [1] 39/19
became [1] 9/18
because [12] 11/3 12/22 14/16 16/14 17/22
18/9 23/10 25/23 28/14 37/8 38/20 45/6
been [8] 21/3 21/22 24/3 24/17 29/14 35/9
39/17 47/15
before [10] 1/14 4/7 11/7 14/9 15/7 15/9
25/8 42/9 42/15 43/3
began [3] 9/16 10/21 18/18
begin [2] 4/2 4/7
behalf [1] 4/5
behind [1] 13/14
being [3] 10/23 14/23 38/10
believe [2] 12/17 28/25
belt [3] 13/2 13/22 13/25
belts [6] 5/22 5/24 6/6 6/8 14/16 14/19
bench [2] 12/21 13/14 13/21 48/21
benefit [1] 8/18
better [2] 11/13 32/12
between [4] 5/2 12/4 22/8 40/8
bible [1] 31/7
bigger [1] 37/19
bit [3] 6/18 6/20 27/7
block [2] 48/7 48/15
blocking [2] 48/11 48/23
blood [4] 27/18 37/3 37/8 38/25

blowup [1] 11/10
blunt [1] 12/24
body [2] 27/24 27/25
both [5] 6/7 6/15 8/6 45/7 47/10
Boy [1] 35/3
brakes [2] 20/6 20/6
bring [3] 33/21 39/21 48/25
broken [2] 37/8 37/8
brother [6] 5/5 7/20 27/6 27/6 27/19 28/6
brother-in-law [1] 7/20
bulk [1] 7/16
business [1] 23/21

**C**
cab [1] 16/14
call [4] 23/14 24/8 30/16 30/18
Callery [1] 44/21
called [1] 4/18
Cambodia [2] 33/5 35/13
Cambodian [1] 4/9
came [5] 5/11 10/22 11/15
can [5] 8/9 9/4 10/17 16/11 20/18 27/2
27/16 32/3 32/11 33/23 33/24 34/15 39/18
41/2 42/13
can't [1] 18/6
candies [1] 38/11
cannot [4] 33/14 37/10 37/10 37/12
car [11] 5/5 5/5 5/7 5/8 7/5 10/3 18/24
36/11 36/14 36/15 36/16
care [1] 7/6
case [9] 4/13 6/22 7/15 7/17 8/5 14/9 17/21
22/12 41/11
cash [2] 14/23 17/17
causation [1] 7/9
cause [3] 14/21 19/8 50/7
caused [1] 7/13
causing [1] 7/14
center [6] 9/19 20/10 21/11 21/13 22/7
22/24
certain [2] 17/22 40/8
Certainly [1] 29/3
certification [2] 49/22 50/20
certify [1] 50/4
certifying [1] 50/24
cetera [1] 40/10
CHAN [10] 1/6 2/6 3/4 13/12 23/14 24/8
24/12 24/17 42/20 43/15
charge [1] 17/23
chest [1] 14/2
CHIEU [1] 1/6 2/6 13/24 43/15
children [4] 35/9 35/10 35/14 36/17
children's [1] 34/25
Chin [1] 2/20 23/19 24/3
Christiana [2] 6/19 15/5
Christie [1] 2/19
CITY [1] 1/13
CIVIL [1] 1/3
civilian [1] 18/15
clarification [1] 44/7
clear [2] 32/2 39/25
clearly [1] 34/17
clients [1] 4/9
COHEN [5] 2/4 3/6 4/5
collectively [5] 38/3 46/13 46/19
collision [9] 20/2 21/6 21/10 21/12 21/14
21/19 22/7 22/13 22/18
come [5] 33/6 33/9 33/11 35/11 40/6
coming [2] 11/7 18/3
commented [1] 18/25
comments [1] 19/7
COMMON [1] 1/2
company [3] 25/17 25/19 38/7
complete [1] 12/3
components [1] 20/3

**C**

concludes [1] 19/8
concussion [2] 13/10 14/2
conditions [1] 9/9
conducted [2] 8/14 15/16
confrontation [1] 18/7
conjunction [1] 7/12
connection [1] 7/10
conscious [2] 44/12 47/10
consistent [2] 21/19 23/2
contact [2] 10/11 21/25
contacted [1] 21/8
contacting [1] 22/15
contained [2] 20/22 50/5
continue [2] 10/8 42/13
contributed [1] 20/11
control [7] 5/14 6/25 11/16 20/11 22/21
22/23 50/23
contusion [2] 14/3 14/3
contusions [2] 13/11 13/23
copy [6] 9/4 34/13 34/14 34/17 39/16 39/19
49/7 50/7
core [1] 4/14
corner [1] 9/20
correct [4] 42/17 44/14 46/24 50/7
correlation [1] 22/8
corresponding [2] 40/24 44/20
could [4] 19/2 32/10 37/6 39/25
couldn't [1] 35/9
counsel [7] 2/6 2/11 4/19 8/6 9/5 24/7
26/17
counterclockwise [1] 10/9
COUNTY [1] 1/2
course [2] 40/7 42/6
court [6] 1/2 25/23 37/24 39/17 47/20
50/11
Court's [4] 8/9 8/18 9/3 28/23
courtroom [4] 1/12 4/19 26/14 40/23
coverage [1] 40/9
Cox [7] 8/13 8/25 9/11 12/3 12/6 14/21
15/15
Cox's [4] 14/4 15/3 19/6 20/13
crash [7] 13/10 14/15 15/11 15/22 17/25
19/9 36/23
CROSS [1] 3/3
cross-examine [2] 30/11 39/10
curriculum [12] 20/21 23/8 41/2 41/17
43/13 43/23 44/2 44/20 45/3 45/10 45/14
45/25
CV [8] 3/14 3/19 3/22 3/24 20/23 23/9 41/5
46/7

**D**

damage [1] 20/2
damages [2] 7/18 8/3
data [2] 22/5 23/2
daughter [5] 5/4 31/20 34/12 36/6 36/9
daughter's [1] 34/21
David [1] 45/25
day [5] 6/10 10/7 11/13 36/7 36/21
daylight [1] 9/8
days [1] 15/18
dead [2] 14/24 15/10
death [2] 14/22 44/10
deceased [7] 1/5 1/5 42/16 43/5 44/8 45/7
47/11
defendant [4] 2/11 4/16 5/3 15/21
defendant's [1] 10/3
defense [5] 9/4 26/17 47/23 48/3 48/10
Delaware [8] 4/18 8/11 8/12 8/13 25/20
26/3 26/7 44/22
denoted [1] 9/6
depict [1] 29/20

depth [1] 13/17
describe [2] 28/8 36/18
designated [1] 11/11
desk [1] 48/9
determine [1] 44/9
determined [1] 47/9
diagram [2] 10/16 11/12
did [25] 8/16 12/13 14/21 15/11 19/12 28/2
28/4 28/15 28/17 31/19 33/4 33/6 33/10
35/10 36/11 37/5 37/9 37/14 38/6 38/8
38/14 38/15 38/17 38/25 45/20
didn't [8] 15/22 16/12 35/22 38/21 38/21
38/22 48/6 48/7
died [2] 6/21 17/8
different [2] 4/10 10/15
differently [1] 45/20
difficulty [1] 31/23
direct [7] 3/3 9/3 15/13 24/23 31/17 41/11
50/23
direction [1] 11/10
dirt [1] 10/21
discusses [1] 20/7
distance [1] 10/14
DISTRICT [1] 1/2
DIVIS [1] 2/9
DIVISION [1] 1/3
do [24] 18/6 25/14 26/9 26/14 27/13 27/19
28/19 29/13 33/16 33/19 33/20 34/13 36/23
36/25 37/5 37/16 38/15 40/15 40/20 41/14
46/10 47/12 48/5 48/18
doctor [1] 37/19 37/20
doctor's [2] 46/6 46/7
document [1] 12/2
documented [1] 49/15
documents [1] 8/20
Dodge [1] 10/5
does [2] 29/19 50/21
doesn't [2] 32/16 45/21
don't [18] 23/10 26/24 27/12 27/21 27/22
28/8 32/6 33/2 34/17 37/2 38/18 39/8
39/17 40/19 41/25 42/2 43/12 43/13
down [5] 11/15 21/16 25/24 30/14 39/13
Dr [4] 13/17 40/23 41/9 41/20
draw [1] 9/8
dream [1] 28/9
dreams [1] 28/10
drive [1] 36/10
driven [1] 38/10
driver [2] 16/3 19/9
driving [3] 9/13 36/7 36/9
drop [1] 37/4
drove [1] 26/12
due [1] 40/7
duly [3] 24/4 24/18 31/10
duplicate [1] 43/8
during [1] 9/8
duty [1] 6/25
dynamics [2] 21/19 21/20

**E**

each [7] 7/25 9/17 12/8 18/25 33/11 41/10
42/8
easier [2] 29/25 48/19
east [5] 9/22 10/12 10/23 10/23 11/4
economic [2] 8/3 46/2
edge [6] 9/23 10/12 10/24 11/2 11/4 11/5
either [1] 39/22
ejected [6] 6/13 12/25 13/5 17/4 17/5 17/13
else [5] 19/2 46/10 46/17 47/5 47/16
emotional [1] 8/2
empty [4] 38/18 38/18 38/23 39/2
enclosed [1] 19/6
end [3] 13/21 27/15 34/16
engineer [1] 20/18

English [1] 37/17
enough [3] 14/18 18/5 32/15
ensure [1] 7/4
enter [1] 44/19
entered [1] 10/20
entirety [1] 20/13
entitled [1] 15/14
error [1] 19/9
especially [1] 37/22
ESQUIRE [5] 2/3 2/4 2/9 2/17 2/18
Essentially [1] 21/21
establish [1] 22/5
established [1] 21/20
Estates [1] 1/4
et [1] 40/10
evaluation [2] 19/6 45/8
even [4] 16/12 19/18 19/25 39/5
event [1] 8/15
eventually [2] 5/17 11/24
every [4] 28/9 28/14 36/17 36/21
everything [11] 25/24 32/14 32/17 36/22
37/4 38/12 39/2 39/3 39/6 48/19 49/10
evidence [16] 6/22 7/8 8/11 20/13 21/3
21/6 21/20 22/19 23/7 29/24 37/22 40/18
47/8 47/18 47/21 50/5
evidence -- [2] 8/11 47/8
exact [1] 12/21
Exactly [1] 44/25
EXAMINATION [2] 24/23 31/17
examined [2] 24/19 31/11
examiner [2] 44/22 45/6
examiner's [2] 38/4 47/7
excuse [1] 28/25
excused [2] 30/15 39/14
exhibit [14] 8/10 8/23 20/19 20/21 20/24
28/25 29/5 34/8 34/18 38/3 40/25 41/6
45/16 45/24
exhibits [6] 30/2 46/8 47/3 47/16 47/18
47/20
expert [8] 3/13 3/18 3/21 20/17 20/22 40/25
46/2 46/3
explain [2] 10/25 12/7
explains [1] 11/12
export [1] 3/23
extensive [1] 48/7
extent [1] 13/16
extra [2] 20/8 20/9

**F**

face [3] 27/18 37/8 38/25
fact [6] 7/10 7/18 9/7 16/11 17/2 21/17
factor [1] 7/14
factory [4] 4/17 4/21 4/25 38/11
facts [1] 9/7
failed [2] 7/3 7/5
familiar [1] 49/10
family [11] 4/14 5/8 6/13 7/18 7/23 12/20
13/4 13/8 13/13 27/3 36/18
fantastic [1] 19/16
father [3] 13/8 26/8 27/5
feel [12] 28/2 28/3 37/12 38/14 38/17 38/18
38/18 38/23 38/25 39/2 39/2 39/6
femur [1] 12/14
few [2] 15/18 18/19
figuratively [1] 7/19
file [1] 40/14
filed [2] 39/20 40/5
final [2] 12/2 12/4
finally [6] 7/16 13/24 23/2 44/6 44/18 46/12
fine [2] 30/4 36/4
finish [1] 48/2
finished [2] 48/5 48/9
first [16] 1/2 6/10 8/8 9/3 9/6 9/7 11/2
11/7 13/13 14/23 15/20 19/23 24/3 24/17

YAN THOU, ET AL. -vs- MALY YAN

53

## F

first... [2] 31/9 41/12
fit [1] 19/2
five [3] 35/11 43/16 43/17
flip [1] 16/23
Flipping [1] 22/2
Floor [1] 2/4
following [1] 21/24
follows [2] 24/5 24/19 31/11
force [1] 12/24
foregoing [1] 50/20
Foremost [1] 19/8
forensic [1] 46/3
forensics [1] 20/18
forge [1] 19/4
forth [3] 16/20 18/19 38/10
fortunately [1] 18/9
four [3] 20/9 25/13 43/16
fourth [1] 10/11
fracture [3] 12/13 12/14 13/15
fractures [1] 13/11
Friday [1] 1/11
front [5] 9/20 13/9 16/14 23/24 29/14
full [2] 18/25 49/8
fully [2] 12/24 50/5
furrowing [1] 10/21
further [1] 18/22

## G

gave [5] 12/7 39/16 43/10 45/6 45/8
geared [1] 7/17
generated [2] 40/22 41/10
GEROLAMO [1] 2/9
get [6] 23/11 37/7 37/10 40/20 48/4 49/7
gets [1] 39/24
getting [1] 33/15
girl [1] 35/3
give [8] 25/21 25/22 28/17 33/23 33/24 43/20 48/4 48/16
gives [1] 25/8
giving [1] 43/8
go [8] 14/19 19/5 26/8 28/4 36/21 37/14 43/9 45/22
goes [2] 9/9 10/25
going [16] 6/23 7/9 7/17 12/9 13/16 20/20 25/6 25/21 26/2 32/7 37/16 43/20 48/2 48/3 48/6 49/8
Golumb [1] 2/17
gone [1] 28/19
good [5] 4/3 18/5 18/9 24/25 31/9
got [1] 26/5
grass [1] 10/20
gravity [1] 20/10
grew [1] 37/16
ground [1] 11/3
grow [1] 33/4
guess [2] 45/21 47/2

## H

had [8] 5/5 6/24 6/25 16/13 17/21 17/23 18/7 22/20
half [4] 15/12 27/24 27/24 48/13
HALL [1] 1/13
hand [1] 31/6
handed [1] 40/5
handful [1] 17/17
happened [5] 4/16 11/13 17/20 27/7 38/22
happening [1] 36/25
hard [1] 36/18
harm [1] 7/14
has [7] 5/12 28/6 31/22 31/23 32/6 45/7 47/16
have [39] 7/7 8/2 8/18 9/4 10/16 13/19

13/24 21/22 25/9 25/22 28/10 30/8 30/19 33/19 34/13 35/10 35/14 36/11 37/21 38/3 38/18 39/11 40/15 41/14 41/18 41/25 42/20 42/24 43/6 43/9 43/11 43/17 43/25 46/11 47/12 48/2 48/8 48/19 49/8
having [4] 21/3 24/3 24/7 31/9
Hay [3] 2/20 23/19 24/3
he [55]
he's [2] 36/15 41/21
hear [5] 7/24 14/14 17/20 31/19 32/3 32/6 32/11 32/16
hearing [5] 12/12 30/19 31/22 31/23 49/18
hears [1] 32/14
heart [1] 38/19
help [3] 37/6 37/6 37/9
her [24] 5/5 5/6 5/6 5/8 7/12 12/21 13/2 17/22 24/10 24/10 24/11 24/14 27/18 28/9 28/9 28/10 28/14 28/22 31/23 31/25 33/19 34/3 36/21 38/20
here [11] 4/5 4/10 4/19 5/13 6/2 9/2 9/11 15/21 26/14 40/23 48/2
hereby [1] 50/4
highlight [2] 21/4 21/17
highlighted [4] 8/19 17/11 18/16 19/17
him [12] 16/13 16/17 17/8 27/21 27/23 30/21 32/10 32/11 32/16 33/22 36/16 36/22
his [20] 6/10 13/6 16/12 16/19 16/25 17/17 18/24 19/7 20/20 20/22 20/22 22/12 23/7 23/9 35/25 38/25 40/25 41/2 41/4 41/12 hit [1] 27/10
home [5] 23/22 23/24 26/6 29/17 31/4
Honik [1] 2/17
Honor [56]
Honor's [1] 41/12
HONORABLE [1] 1/14
hopefully [1] 16/7
Hopkins [1] 46/2
hospital [8] 6/19 6/20 15/6 15/19 15/24 28/4 37/14 37/15
hour [5] 15/12 23/4 48/14 48/16 48/23
hours [3] 9/9 14/25 15/10
how [28] 9/10 15/15 18/24 19/2 20/9 25/9 26/5 26/21 26/24 27/2 28/2 28/6 28/8 28/12 32/25 33/2 33/13 33/16 35/8 35/10 37/2 38/14 38/17 38/25 40/15 42/14 43/2 48/10
however [1] 12/21
hurt [1] 37/11
husband [1] 25/15
HUYNH [5] 1/6 2/6 13/24 13/25 43/15

## I

I'll [5] 40/13 48/15 48/19 48/20 49/2
I'm [16] 9/25 12/9 16/7 20/20 23/23 25/6 25/21 26/2 27/11 33/15 35/19 39/5 45/18 48/3 48/11 48/23
I've [1] 11/11
identification [8] 8/24 20/25 29/6 34/8 41/7 45/17 46/9 47/4
imagine [1] 35/5
impact [12] 9/22 10/12 10/14 10/16 10/18 10/23 11/17 11/19 12/4 16/15 22/21 27/10
important [1] 39/24
inability [1] 22/22
including [2] 37/22 43/4
indicate [1] 20/5
indicated [8] 9/12 9/15 12/17 16/4 16/16 18/23 41/21 42/10
indicates [9] 12/25 14/4 14/20 14/25 21/5 21/6 21/10 22/4 22/20
indicates -- [1] 14/25
indicating [2] 15/11 18/24
Individually [1] 1/4
individuals [2] 14/22 43/5
injured [5] 12/17 16/6 16/9 16/11 17/8

injuries [4] 12/8 13/16 41/22 44/11
inside [5] 5/8 14/13 20/8 27/3 27/3
instruction [1] 25/22
insurance [1] 40/9
intention [1] 40/17
interpret [1] 24/24
interpreter [8] 2/20 4/10 24/18 25/6 25/7 31/10 32/7 32/14
Interstate [3] 5/10 5/18 11/25
interview [1] 18/14
interviews [2] 15/14 15/16
investigation [3] 8/14 14/5 14/21
involved [1] 7/11
involvement [1] 22/7
is [72]
is -- [1] 23/9
it [49] 4/16 5/7 5/16 7/10 9/9 9/19 9/24 10/6 10/22 10/25 11/3 11/20 11/24 13/7 16/19 17/10 19/7 23/4 23/10 26/5 29/25 33/14 33/23 33/24 34/17 35/25 36/25 39/18 39/19 39/22 39/24 40/2 40/5 40/6 40/7 41/13 41/20 43/14 43/14 44/7 45/2 45/21 46/4 48/6 48/7 48/7 48/12 48/23 49/3
it's [12] 10/5 12/16 12/17 16/22 19/20 19/22 27/18 33/2 36/18 39/16 39/23 40/16
its [8] 4/14 9/17 11/8 20/13 21/25 22/7 22/21 22/24
itself [1] 19/13

## J

jacket [2] 33/20 33/21
January [4] 1/11 26/22 40/6 48/22
Jersey [1] 23/24
John [1] 50/11
JONATHAN [2] 2/4 4/5
JOSHUA [2] 2/3 4/4
judge [6] 24/25 26/21 27/2 27/9 27/16 28/12
JUDICIAL [1] 1/2
JUNE [11] 1/4 4/15 8/4 25/16 26/10 26/12 27/4 27/9 29/17 36/24 41/23
just [25] 11/10 12/10 16/22 16/23 18/3 18/22 19/5 21/3 25/6 25/21 28/8 28/24 29/10 31/19 32/13 34/16 34/18 37/4 37/6 37/12 37/18 38/23 44/6 45/4 46/4

## K

K-H-O [1] 23/20
keep [2] 6/25 7/2
KEVIN [1] 2/9
Kho [3] 2/20 23/19 24/3
killed [1] 6/14 6/16 17/14
KLINE [1] 2/3
know [23] 16/12 17/4 23/12 26/24 26/24 27/12 27/15 27/21 27/22 28/8 32/17 33/2 33/2 33/16 33/17 34/18 37/2 37/7 37/17 38/21 38/22 39/3 39/17
known [1] 12/22
Kurz [1] 50/11

## L

lacerations [1] 13/23
lane [11] 9/17 9/20 16/18 16/20 21/11 21/13 21/15 21/23 22/17 22/25
lanes [2] 11/25 21/24
language [1] 4/8
larger [1] 9/18
last [8] 9/18 19/6 23/18 23/19 24/11 24/13 31/2 31/3
later [1] 10/17 14/14
law [1] 27/5
lawyer [1] 37/19
lawyer -- [1] 37/19
least [1] 39/25

YAN THOU, ET AL. -vs- MALY YAN

54

**L**

leaving [2] 15/23 22/15
left [9] 10/10 11/5 13/5 13/15 16/17 16/20 21/8 21/22 22/16
leg [1] 37/13
let [1] 32/17
let's [4] 36/2 40/20 41/14 43/9
LEWBART [1] 2/9
life [3] 28/7 28/15 28/17
like [13] 4/7 8/8 8/20 12/10 16/23 21/4 27/17 29/20 30/10 37/18 39/9 44/19 49/6
limit [1] 23/3
lists [1] 22/11
literally [1] 7/19
little [6] 4/22 6/18 6/20 15/12 27/7 32/12
live [6] 7/16 14/14 25/2 25/3 25/12 25/14
lived [1] 25/9
living [3] 7/25 28/13 39/6
located [1] 25/20
location [2] 21/9 25/10
Locust [1] 2/5
long [6] 25/9 33/14 37/2 45/21 48/8 48/10
looked [2] 27/17 29/20
looking [2] 12/15 19/19
lookout [1] 7/2
losing [1] 20/11
loss [1] 28/6
lost [8] 5/14 11/16 22/21 36/17 38/12 39/2 39/3 39/5
lot [2] 15/16 26/24
loud [1] 32/15
louder [1] 32/18
lower [1] 11/21
lower -- [1] 11/21
lowered [1] 20/10

**M**

ma'am [1] 30/14
made [1] 27/10
maintain [1] 22/23
make [8] 23/10 28/2 32/15 34/15 34/16 38/14 45/2 48/19
male [5] 17/3 17/8 17/12 17/17 41/21
males [1] 18/8
MALY [17] 1/9 2/11 4/16 5/3 6/24 7/10 9/13 12/13 15/20 19/9 22/9 22/20 26/13 26/14 26/17 26/19 36/19
Mam [11] 1/5 5/6 6/12 6/17 12/19 14/24 17/21 34/4 42/16 43/11 44/8
man [3] 17/14 35/4 35/6
many [9] 5/19 14/15 26/21 26/24 27/2 35/10 40/15 42/14 43/2
Margulies [1] 2/18
mark [9] 8/10 20/18 20/20 28/24 38/2 40/24 45/24 46/13 46/25
marked [15] 8/23 20/24 21/3 29/5 34/7 41/7 41/16 41/24 43/14 45/17 45/22 46/9 47/4 47/8 47/15
marks [1] 21/9
married [2] 33/8 33/9
Matanovic [1] 2/17
matriarch [1] 7/22
matter [1] 45/21
Matthew [2] 8/13 16/24
may [9] 4/2 8/7 24/20 30/14 30/16 31/13 33/21 39/13 41/20
maybe [1] 37/19
MAZER [1] 1/14
McNULTY [4] 2/9 2/9 42/2 48/25
me [17] 28/25 32/3 33/18 34/14 37/3 37/4 37/15 39/16 40/5 42/15 43/3 43/8 43/10 43/20 48/25 49/11 50/6
mean [2] 25/11 28/20

means [1] 50/22
median [4] 5/16 10/20 10/22 11/23
medical [5] 38/4 44/20 44/22 45/5 47/7
meet [1] 13/17
meeting [1] 48/3
members [2] 18/24 27/2
mental [1] 8/2
met [1] 33/13
might [1] 29/25
miles [2] 5/10 23/4
mind [1] 38/19
minor [1] 13/22
minute [3] 17/9 43/7 46/16
miss [5] 28/19 36/19 36/20 36/21 38/20
missing [2] 28/9 43/19
mom [5] 27/5 27/17 28/6 28/12 28/15
moment [1] 38/24
money [6] 17/22 17/25 18/4 18/8 18/10 18/10
more [7] 13/17 25/21 33/2 41/16 43/7 47/12 48/13
morning [2] 4/3 24/25
MOSS [1] 1/14
most [1] 18/10
mostly [1] 6/23
mother [7] 5/6 6/12 6/17 7/22 12/20 17/21 27/14
Motiva [5] 5/11 5/12 5/14 7/12 9/15 11/16 11/18 16/3
motor [1] 41/22
move [10] 20/12 21/16 23/6 30/3 36/2 37/10 37/12 46/19 47/17 47/20
moved [3] 21/14 21/23 29/24
movement [1] 22/24
movements [2] 22/6 22/9
moving [1] 16/19
Mr [10] 3/4 3/6 13/14 18/4 18/17 21/4 22/3 22/11 42/2 48/25
Ms [2] 13/24 24/25
much [3] 30/8 33/3 49/12
multiple [1] 13/15
my [35] 4/4 19/17 23/24 24/12 25/15 26/8 26/20 27/5 27/5 27/5 27/6 27/15 33/11 33/20 34/12 34/22 35/9 36/17 36/18 37/3 37/7 37/12 37/13 37/17 38/15 38/15 38/19 38/19 38/21 38/22 38/23 39/3 48/8 48/9
my -- [1] 38/21

**N**

NAARDEN [3] 2/3 3/4 4/4
name [13] 4/4 23/18 23/18 23/20 24/11 24/11 24/12 24/13 25/19 30/24 31/2 31/3 34/3
names [1] 34/25
nature [1] 4/11
NAVY [15] 1/5 6/9 6/20 13/3 15/9 17/5 17/15 35/12 35/16 36/11 36/14 37/16 42/16 43/12 44/7
need [8] 34/17 34/18 42/2 43/9 43/12 43/13 45/5 48/10
New [1] 23/23
next [27] 11/6 11/11 12/6 12/16 13/3 13/6 13/12 13/19 14/4 14/20 15/13 15/25 16/21 18/13 19/5 19/17 19/17 20/16 22/2 30/16 38/2 40/21 40/24 43/24 45/24 48/3 48/4
night [1] 28/9
nights [1] 28/5
Nineteenth [1] 2/4
no [27] 1/9 3/11 3/11 9/14 10/11 10/14 11/20 12/4 12/18 16/10 19/2 21/5 30/8 30/12 31/21 32/4 34/8 35/17 37/19 39/11 42/4 42/22 43/7 43/11 47/14 47/24 48/15
Noble [4] 40/23 41/10 41/20 44/9

Noble's [1] 13/17
NON-JURY [1] 1/9
none [2] 42/12 42/13
North [1] 23/24
northbound [9] 5/9 10/13 11/15 21/13 21/23 22/14 22/15 22/17 22/25
northwest [1] 21/24
nose [1] 37/8
not [24] 5/24 6/8 12/9 12/22 13/2 13/21 13/25 14/9 14/16 15/8 15/18 16/10 16/22 16/25 23/10 27/11 27/22 32/2 37/7 37/23 38/15 39/17 47/16 50/21
note [1] 41/4
notes [2] 21/21 50/6
nothing [2] 39/7 47/16
noticed [2] 16/18 39/15
now [13] 14/6 25/12 26/21 28/19 32/3 35/9 36/19 39/5 43/6 43/16 43/25 47/17 48/10
numb [1] 37/12
number [2] 9/17 12/12
numeral [2] 21/16 22/3

**O**

objection [1] 47/22
obligation [1] 6/25
observations [2] 17/2 27/16
observed [1] 18/23
obviously [1] 12/12
occupants [2] 5/19 12/8
occurred [9] 4/15 9/8 9/10 15/2 21/7 21/11 21/14 22/14 41/23
Oeurn [11] 1/5 5/6 6/12 6/17 12/19 14/24 17/20 34/4 42/16 43/11 44/8
off [2] 5/15 11/23
Officer [1] 8/14
Official [1] 50/11
often [1] 28/12
okay [29] 4/2 4/12 8/7 14/11 18/12 19/24 20/14 23/9 23/12 25/25 25/9 30/6 32/18 32/19 32/20 33/4 40/19 41/8 41/18 43/6 44/17 44/23 45/20 46/10 46/17 47/25 48/22 49/6 49/12
old [5] 32/25 33/13 33/15 33/16 35/8
once [1] 30/3
one [27] 4/10 6/24 12/8 12/12 12/21 15/25 18/7 19/12 22/13 25/21 32/5 34/15 36/13 39/18 41/10 41/16 42/8 43/8 43/12 43/13 43/16 43/18 43/21 43/24 44/2 45/5
ones [1] 12/11
ongoing [1] 42/12
only [4] 32/5 35/17 38/23 43/16
operator [2] 22/20 22/23
opinions [1] 19/7 22/12
ordinary [1] 7/6
original [4] 39/18 39/20 39/21 49/2
other [12] 4/24 7/2 7/11 14/7 14/13 15/7 18/24 19/2 30/8 33/12 40/15 47/14
our [4] 4/9 8/5 40/17 48/3
out [14] 4/8 5/20 6/4 6/11 10/22 12/11 15/2 15/25 37/2 42/8 47/7 48/7 48/11 48/23
outside [1] 27/24
over [8] 5/16 5/17 11/24 15/12 18/2 22/2 26/17 27/18
owned [1] 5/12

**P**

P.C [2] 2/3 2/9
PA [2] 2/5 2/11
Pabarue [1] 2/19
Pack [11] 4/18 6/10 17/24 25/17 25/17 25/19 26/6 27/14 29/17 37/8 38/6
packed [2] 10/7 38/11
packet [2] 44/3 45/19
page [12] 3/11 16/21 16/23 18/13 19/10

## P

page... [7]  19/17 19/20 21/4 22/2 22/3 46/15 46/21
pages [1]  46/21
pain [3]  42/11 44/12 47/10
part [4]  11/2 16/4 16/15 19/9
partially [5]  6/11 13/5 17/4 17/5 17/13
particular [1]  10/7
parties [2]  7/11 40/8
pass [10]  5/13 11/16 23/5 27/11 27/12 27/22 28/20 37/2 37/7 41/3
passed [5]  6/3 6/19 7/21 7/23 38/4
passenger [3]  10/6 11/17 11/22
passenger's [1]  13/9
passengers [7]  5/25 7/5 10/7 14/13 14/7 15/17 20/8
passengers -- [1]  5/25
pay [1]  17/23
payroll [1]  17/23
pelvic [1]  12/13
PENNSYLVANIA [2]  1/2 1/13
people [9]  4/17 4/24 12/17 14/7 17/23 18/3 20/9 26/21 26/25
per [3]  23/4 46/15 46/20
period [4]  15/4 42/11 44/11 47/9
perished [1]  14/23
permission [1]  28/24
person [1]  7/6
personal [1]  40/9
pertains [1]  41/13
pertinent [1]  16/4
PHILADELPHIA [7]  1/2 1/13 2/5 2/11 4/23 5/11 25/6
Philly [2]  25/10 26/6
photograph [2]  3/16 34/10
photographs [5]  3/15 3/17 3/25 37/23 38/4
photos [1]  46/14
physical [4]  18/7 21/6 21/20 22/19
picture [6]  29/11 29/13 29/19 29/19 33/19 34/5
picture -- [1]  29/19
pictures [3]  46/15 46/19 46/20
place [3]  12/5 25/17 31/6
placed [1]  29/14
plaintiff [4]  5/3 15/7 47/16 47/19
plaintiff's [6]  8/10 20/19 28/25 40/25 47/15 47/20
plaintiffs [18]  2/6 4/6 4/24 6/2 7/25 8/5 14/9 41/11 42/8 42/15 43/2 44/8 45/7 45/24 46/13 47/11 47/21 48/9
PLEAS [1]  1/2
please [7]  23/17 30/23 32/16 32/17 34/5 39/23 48/25
plus [1]  44/2
pocket [1]  17/18
point [20]  4/8 9/22 10/12 10/14 10/23 10/23 11/10 11/17 11/19 11/22 12/4 12/11 15/2 15/25 16/15 16/23 23/14 42/8 44/6 47/7
points [1]  10/15
police [6]  3/12 8/11 8/12 8/12 8/14 21/10
portion [4]  9/21 11/21 18/17 19/18
portions [1]  8/19
position [1]  12/22
positive [1]  27/11
posterity [1]  49/8
preimpact [1]  22/6
prepare [1]  4/11
prepared [1]  12/3
present [2]  2/16 40/17
presented [1]  6/22
Pretzel [1]  25/17
previously [2]  9/12 9/15
prior [1]  22/21

probably [1]  40/6
problem [3]  30/20 31/22 48/24
proceed [4]  8/5 8/7 24/20 31/13
proceeded [1]  11/6
proceedings [2]  24/4 50/4
process [10]  4/18 6/10 17/24 22/4 25/19 26/6 27/4 27/8 29/17 38/6
pronounced [2]  14/24 15/9
proper [1]  48/11
prove [1]  6/24
provide [1]  7/4
prudent [1]  41/12
pulled [1]  18/18
put [3]  17/17 18/8 40/13
putting [1]  45/18

## Q

question [4]  19/16 26/2 32/8 35/23
questions [3]  30/8 30/12 39/11

## R

radial [1]  13/15
Ram [1]  10/6
rapidly [1]  10/9
RC [1]  3/3
RD [1]  3/3
read [11]  8/21 12/9 18/6 18/22 19/16 20/5 41/25 42/3 42/6 48/19 49/9
ready [2]  4/10 8/5
realize [1]  48/6
really [3]  5/8 11/12 32/6
rear [5]  10/9 10/10 11/21 12/21 16/19
reasonably [1]  7/6
recall [2]  26/9 33/14
recognize [1]  29/13
reconstruction [1]  8/16
record [8]  5/13 8/20 23/17 30/23 39/25 40/20 41/25 42/3
record -- [1]  8/20
recovered [1]  18/11
redirected [1]  10/18
Reistle [1]  16/2
relates [2]  41/20 44/7
relation [2]  35/18 35/21
relationship [2]  5/2 26/19
relative [2]  21/18 35/17
relevance [1]  20/8
relevant [1]  12/11
remain [2]  23/16 30/22
remained [1]  23/11
remember [8]  15/22 27/5 27/13 27/19 28/22 35/9 36/23 36/25
remembered [1]  15/23
remind [2]  36/18 37/18
repeat [2]  25/18 26/2
report [21]  3/12 3/13 3/20 3/23 8/11 12/18 13/18 15/3 20/13 20/17 20/22 21/5 23/7 41/4 41/10 41/12 44/13 45/8 45/25 46/6 47/8
report -- [1]  47/8
reporter [3]  25/23 50/11 50/24
reports [12]  3/18 3/21 40/22 40/25 42/10 42/22 43/7 43/17 44/2 44/16 44/21 45/6
representative [1]  50/22
reproduction [1]  50/22
response [1]  25/23
responsibility [1]  40/10
rest [3]  11/8 40/17 47/21
resting [3]  5/17 11/24 12/5
result [8]  6/3 7/21 7/24 8/3 16/11 17/25 22/14 42/13
resulted [1]  22/24
reviewing [1]  22/5
Rich [1]  43/24

Richard [5]  2/18 16/2 33/24 33/24 44/21
ricocheted [2]  5/15 11/23
right [17]  9/19 9/20 10/9 10/25 13/21 18/20 21/7 32/3 37/3 37/25 39/5 43/10 43/25 44/24 45/22 46/22 48/15
ripped [1]  7/19
road [1]  7/3
roadway [5]  9/23 10/13 10/24 11/5 18/2
roll [2]  10/22 11/7
rolled [2]  5/16 11/24
rolling [1]  11/4
roof [2]  11/2 11/5
Ross [2]  40/23 44/8
rotated [1]  10/8
RPR [1]  50/11
rule [1]  48/20

## S

sad [3]  28/3 39/4 39/5
safety [1]  7/4
said [6]  8/4 11/9 17/3 18/8 49/6 49/10
said -- [1]  49/6
Samaritan [1]  18/10
same [6]  20/21 33/17 38/7 43/8 50/8 50/22
SANDRA [1]  1/14
saw [13]  16/5 16/17 17/17 27/9 27/21 27/23 27/24 31/25 36/21 37/3 38/13 38/23 38/24
say [6]  18/5 19/12 32/17 37/17 37/18 39/25
saying [2]  10/15 25/24
scene [6]  6/21 8/17 15/10 15/18 18/3 46/14 46/20
schedule [1]  48/8
school [1]  36/22
Schorr [4]  20/17 22/3 22/11 23/7
Schorr's [1]  21/4
seat [14]  5/21 5/24 6/5 6/8 13/2 13/6 13/9 13/14 13/21 13/21 13/22 13/25 14/16 14/18
seated [4]  12/20 13/8 13/13 13/20
seats [1]  12/21
second [4]  7/8 13/20 18/6 22/19
seconds [1]  18/20
see [8]  16/11 26/14 28/12 32/2 34/17 38/15 38/15 38/21
seeing [2]  27/13 27/19
seen [1]  28/14
send [1]  39/22
Senior [1]  16/3
sentence [1]  19/23
separate [1]  41/10
separated [1]  23/11
sequence [3]  12/3 22/7 22/13
Sergeant [11]  8/12 8/25 9/11 13/2 12/6 14/4 14/20 15/3 15/15 19/6 20/13
serious [1]  41/22
seven [1]  35/14
severe [2]  8/2 12/24 20/2
she [37]  4/21 5/5 5/13 5/14 6/19 6/25 7/3 7/5 7/13 12/13 12/20 12/21 12/23 12/24 12/25 13/12 13/13 13/14 13/20 13/21 13/25 14/24 15/4 15/15 15/21 15/23 15/23 17/22 17/23 27/11 27/15 28/13 28/17 28/20 33/16 36/10
she at [1]  27/15
she's [4]  13/19 26/20 28/19 33/17
short [1]  12/7
should [4]  17/11 39/13 43/15 44/23
shouldn't [2]  43/14 48/24
show [4]  7/9 10/17 34/5 37/23
shown [1]  29/11
side [10]  5/18 9/14 11/17 11/22 13/5 18/20 21/7 21/8 22/16
sign [1]  49/3
signed [1]  39/24
significant [1]  42/11

YAN THOU, ET AL. -vs- MALY YAN

56

**S**

sir [8] 31/19 32/11 32/14 32/25 34/5 35/23 39/8 39/13
sister [3] 5/6 13/12 26/20
sister-in-law [2] 5/7 13/20
sitting [2] 4/19 26/17
situation [1] 7/7
six [3] 43/3 43/5 45/20
slammed [1] 5/15
slightly [1] 18/19
so [34] 5/7 15/3 18/2 20/21 26/2 31/23 32/2 32/10 32/13 32/13 39/2 39/17 39/18 39/25 40/6 40/13 41/15 41/18 42/19 43/6 43/9 43/12 44/23 45/2 45/5 45/8 46/22 47/17 48/11 48/15 48/20 48/23 49/2 49/11
so -- [1] 45/5
some [2] 5/23 5/24
something [1] 19/13
sometimes [1] 39/6
son [20] 1/6 2/6 7/20 13/4 13/19 34/22 35/12 35/16 35/25 36/11 37/3 37/7 37/17 38/13 38/15 38/23 38/24 39/3 42/21 43/19
son's [1] 34/23
sorry [3] 9/25 16/7 35/19
south [5] 5/10 24/15 25/3 25/4 25/10 26/6 31/5
southbound [4] 5/18 10/24 11/25 21/24
speak [6] 17/2 32/11 32/13 32/15 32/18 42/5
specifically [2] 22/8 26/9
SPECTER [1] 2/3
speed [1] 23/3
spell [132] 23/18 24/11 31/2
spewen [1] 18/2
stand [2] 23/14 23/15
standing [2] 23/16 30/22
state [6] 8/12 8/12 8/13 23/17 24/10 30/23
stated [5] 15/23 16/5 16/17 18/17 18/23
States [2] 33/6 35/11
stay [1] 36/19
steering [2] 20/3 20/4
step [3] 30/14 30/21 39/13
Stephan [1] 2/17
Steven [2] 20/17 23/7
still [6] 10/19 20/3 22/4 28/13 28/22 42/11
stipulate [1] 35/25
stipulation [11] 6/23 8/6 10/17 20/16 37/21 39/16 40/4 40/18 40/22 44/19 49/2
stop [1] 48/2
Street [6] 2/5 2/10 23/25 24/15 25/3 31/5
struck [4] 9/21 10/10 11/20 16/13
stuffed [1] 14/17
submitted [1] 49/11
Subsequent [1] 22/11
substantial [1] 7/14
successive [1] 9/18
such [2] 5/3 18/9
suffering [3] 42/12 44/12 47/10
Suite [1] 2/10
summary [1] 16/12
Sun [1] 35/2
sunny [1] 9/9
supervision [1] 50/23
sure [2] 32/15 34/19
survive [1] 15/11
survived [2] 6/18 6/20
survivors [1] 14/15
sustain [1] 12/13
sustained [8] 8/2 12/23 13/10 13/14 13/22 14/2 20/2 41/22
swerve [3] 9/16 9/18 18/19
swerved [1] 18/20
swerving [1] 21/22

**T**

sworn [3] 24/4 24/18 31/10
synopsis [1] 12/7

T-H-O-U [1] 31/3
tab [8] 9/3 9/6 11/11 12/16 14/4 14/20 15/13 19/6
tabbed [2] 8/19 16/22
Take [1] 23/15
taken [6] 6/18 15/5 34/11 50/6
taking [1] 18/3
talk [3] 9/10 27/7 28/15
talked [1] 13/17
talking [1] 10/19
talks [6] 9/7 11/19 12/19 13/7 19/7 40/7
tank [1] 9/21
tanker [7] 5/12 5/14 5/15 5/16 9/22 18/18 18/21
tell [10] 9/11 24/10 24/25 26/21 27/2 27/9 27/16 28/12 30/21 32/16
TERM [1] 1/4
tested [1] 20/6
testified [2] 24/19 31/11
testifies [1] 12/6
testify [5] 9/2 15/15 31/20 31/23 31/25
testify -- [1] 9/2
testimony [4] 7/17 14/15 21/17 21/21
than [7] 9/18 33/2 33/17 37/19 47/13 47/14 48/13
Thank [20] 20/15 24/21 30/5 30/7 30/8 30/13 31/16 32/24 34/6 39/8 39/12 40/3 40/11 44/4 45/11 48/17 49/4 49/12 49/13 49/15
that [132]
that's [133] 15/7 15/14 17/13 19/10 19/16 29/14 30/4 41/16 43/11 43/16 44/13 46/22 46/24
their [3] 4/19 15/19 17/24
them [19] 4/11 5/23 5/24 6/7 6/15 8/2 12/10 14/16 30/3 36/20 36/21 38/2 38/3 42/6 42/13 42/23 42/24 45/18 46/25
themselves [1] 42/6
then [8] 13/7 15/23 18/20 21/16 40/19 42/18 44/18 45/10
there [22] 4/8 4/9 10/15 14/17 14/18 15/3 18/2 19/13 25/14 28/5 38/9 42/10 42/10 42/14 42/22 44/11 44/23 46/14 46/20 46/21 47/9 48/24
there's [5] 25/23 41/15 41/16 42/15 42/18
these [9] 13/16 14/6 18/7 36/3 41/24 41/25 42/2 47/13 49/9
they [11] 5/9 5/11 5/21 6/5 6/14 14/12 18/23 18/25 22/12 23/11 23/12
They'll [1] 42/5
they're [3] 23/10 37/24 45/21
THI [2] 1/6 2/6
thing [1] 7/8
things [5] 6/24 36/3 40/7 46/4 48/19
think [2] 39/23 47/25
this [42] 4/13 6/12 6/22 7/11 7/13 7/15 7/17 7/18 7/21 7/22 7/24 8/3 8/10 8/15 8/15 9/10 10/11 11/12 11/19 12/12 12/23 13/4 13/8 13/13 14/15 14/17 14/23 17/20 17/21 19/8 20/18 22/2 23/13 28/24 29/7 39/19 41/11 41/14 48/4 48/5 50/7 50/21
those [5] 14/8 37/23 40/20 44/15 44/24
THOU [13] 1/4 2/6 3/6 5/4 13/7 13/14 30/18 30/25 31/9 41/13 41/20 42/18 43/11
though [1] 39/5
three [5] 5/17 6/24 42/19 43/7 43/16
threefold [1] 22/13
through [8] 13/6 14/14 24/18 31/10 45/16 47/2 47/3 49/9
throwing [1] 5/19

**U**

thrown [3] 6/4 6/11 12/23
THUA [5] 1/6 2/6 13/19 42/21 43/19
Thursday [1] 48/22
till [1] 30/2
time [19] 13/9 15/4 21/12 22/18 23/4 27/11 27/21 28/14 33/14 34/12 36/17 37/12 38/21 44/9 44/10 48/4 48/11 48/16 49/11
times [3] 5/17 9/17 11/7
tire [1] 21/9
tires [2] 10/20 11/8
to -- [1] 8/9
today [14] 4/20 6/2 6/23 12/12 14/10 15/8 15/21 26/15 31/20 40/5 40/5 40/24 42/9 43/3
today -- [1] 15/8
toes [1] 27/15
together [4] 28/14 36/19 36/22 45/18
took [1] 37/15
top [3] 19/22 19/23 37/3
torn [1] 4/14
total [1] 35/14
totally [1] 6/13
touch [2] 11/3 11/6
toward [1] 7/18
towards [1] 11/23
tractor [7] 13/2 9/16 11/20 16/4 21/8 21/12 21/15 21/25 22/6 22/10 22/16 22/22 23/5
trailer [16] 7/12 9/16 11/16 11/18 11/20 16/4 16/15 21/8 21/12 21/25 22/6 22/10 22/16 22/22 23/5 27/10
trailer's [1] 21/15
transcript [4] 49/7 49/9 50/8 50/21
translate [1] 4/11
translation [1] 25/8
transported [1] 29/16
transporting [1] 4/17
trauma [1] 12/24
travelling [5] 4/21 5/9 11/14 22/17 23/3
trial [3] 1/3 1/19 50/6
trip [1] 10/22
truck [3] 16/19 18/18 18/21
truthfully [1] 24/5
try [1] 37/9
trying [1] 18/4
turned [1] 20/4
two [18] 5/10 5/17 5/25 5/25 10/15 11/7 28/5 35/13 41/15 42/15 43/10 43/16 44/8 44/24 45/6 46/4 46/15 46/20
two -- [1] 43/10

under [2] 9/9 50/23
understand [1] 35/22
understood [1] 32/22
unfortunately [5] 7/23 14/18 14/22 15/8 15/18
United [2] 33/6 35/11
unknown [2] 9/16 10/13
unless [1] 50/22
until [4] 9/19 10/9 16/13 25/7
up [13] 15/2 15/24 29/2 30/21 32/13 33/4 37/3 37/7 37/10 37/16 38/4 40/5 40/6 41/3
us [1] 34/5
use [1] 7/5
used [1] 7/7
usually [1] 36/19

**V**

van [45] 2/3 3/4 4/4 9/24 10/4 10/6 10/20 11/14 11/22 12/5 12/25 14/17 16/12 16/17 16/18 16/25 17/4 17/13 17/24 18/17 18/25 19/3 19/13 19/14 20/9 20/9 20/11 21/7 21/14 21/22 21/23 22/14 22/20 22/21 22/23

## V

van... [10]  22/23 23/3 26/22 26/25 27/3
27/10 27/24 27/25 29/7 29/20
various [1]  13/10
veered [1]  9/19
vehicle [32]  4/23 5/14 5/20 6/4 6/11 6/13
7/2 9/12 9/13 9/14 9/20 9/21 10/8 10/10
10/10 10/18 10/19 10/21 11/3 11/6 12/9
12/22 12/23 13/6 14/13 15/17 16/16 27/3
29/3 29/16 36/6 41/23
vehicles [1]  7/3
verbal [1]  25/22
very [2]  30/7 49/12
victim [1]  12/18
village [2]  33/11 33/11
vis-a-vis [1]  40/9
visually [1]  11/13
vitae [12]  20/21 23/8 41/2 41/17 43/13
43/23 44/2 44/20 45/3 45/10 45/14 45/25
volumes [1]  17/2

## W

wait [6]  17/9 18/5 25/7 30/2 43/7 46/16
waking [1]  15/24
walk [1]  18/4
wall [2]  14/2 14/3
Walnut [1]  2/10
want [4]  27/7 37/16 43/8 47/17
was [103]
waste [1]  49/11
way [10]  5/19 6/23 8/6 20/16 23/11 27/8
39/15 40/18 44/19 49/7
we [25]  13/19 13/24 17/4 20/5 20/5 20/18
22/4 23/11 23/14 28/14 33/11 34/15 36/3
36/18 37/21 38/19 41/4 41/14 41/18 42/20
42/24 43/6 45/5 46/18 47/8
we'll [5]  35/24 38/2 46/24 48/2 48/4
we're [3]  29/2 47/25 48/9
wearing [8]  5/21 5/24 6/5 6/8 13/2 13/22
13/25 14/16
wedding [3]  34/12 34/21 34/23
week [1]  48/4
welcome [1]  45/13
well [10]  4/8 5/7 7/13 9/5 17/19 41/15
42/14 43/14 45/8 48/8
went [6]  5/13 5/16 11/23 26/9 26/22 27/4
were [28]  5/7 5/9 5/21 5/23 5/24 6/3 6/5 6/7
6/14 6/15 9/2 9/11 14/16 14/17 18/2 25/16
26/22 27/3 33/8 33/13 36/6 37/11 38/10
39/4 41/6 45/17 46/8 47/4
weren't [1]  14/18
west [4]  9/23 10/12 10/19 11/4
what [23]  9/24 11/11 11/13 14/6 17/20
23/12 26/19 27/7 27/9 27/16 29/20 34/3
34/18 34/25 35/18 37/5 37/16 37/17 38/22
43/9 46/10 46/17 48/18
what's [2]  35/21 47/15
wheel [1]  20/4
when [19]  4/16 12/24 17/8 17/16 20/3 21/7
21/14 26/22 27/23 28/13 32/11 33/6 33/9
33/13 34/10 37/2 37/16 38/13 38/24
where [18]  11/20 11/24 12/15 15/15 19/7
19/19 19/21 21/5 24/25 25/12 25/16 27/13
27/23 33/4 33/10 38/11 38/22 39/18
Whereupon [7]  8/23 20/24 29/5 41/6 45/16
46/8 47/3
which [18]  4/18 9/6 9/12 9/15 9/21 10/6
11/11 11/14 14/23 14/25 15/4 15/20 20/10
34/21 36/13 41/2 41/23 42/12
which -- [1]  42/12
while [1]  45/6
white [1]  17/17
who [24]  5/4 6/2 6/2 6/9 6/12 6/17 7/25

8/14 12/19 13/7 14/22 15/20 16/3 17/3
17/14 17/18 17/21 20/17 25/14 26/12 32/6
41/22 43/5 44/21
who's [3]  4/10 32/7 40/23
whole [2]  5/8 7/22
why [2]  23/10 40/19
wife [9]  33/10 33/13 34/10 36/16 36/17
38/8 38/13 38/15 38/22
will [18]  14/14 20/22 34/5 37/23 38/3 39/21
40/2 40/6 41/4 41/5 42/6 45/15 46/7 46/7
48/10 48/16 48/18 49/9
William [1]  18/14
window [1]  13/6
wishing [1]  39/3
wishing -- [1]  39/3
within [3]  9/17 16/20 21/13
witness [9]  16/25 18/15 21/21 24/7 29/11
30/15 30/17 37/24 39/14
witnesses [3]  3/3 21/18 40/15
woke [1]  37/2
woman [1]  35/4
won't [1]  49/11
work [9]  15/23 17/24 26/10 26/22 27/8
28/14 38/6 38/9 42/13
worked [2]  20/3 20/7
working [3]  4/24 6/10 25/16
would [45]  4/7 7/7 8/8 8/20 9/2 9/2 9/11
11/10 12/7 12/10 14/25 15/13 15/15 15/25
16/22 16/23 19/4 20/12 21/3 21/16 23/6
23/14 24/8 26/21 28/12 28/24 29/10 29/23
30/10 32/6 32/15 35/4 39/9 40/22 40/24
41/11 41/17 42/7 44/19 45/24 46/13 46/19
47/6 47/19 47/21
writing [1]  25/23
wrong [1]  19/14

## X

Xerox [1]  34/14

## Y

Y-A-N [1]  24/13
YAN [55]
Yeah [3]  25/5 33/9 38/12
year [1]  33/18
years [1]  25/13
yell [1]  37/6
yes [40]  17/15 19/11 19/15 25/12 26/4
26/11 26/16 26/18 28/5 28/11 28/16 28/18
28/21 29/8 29/15 29/18 29/22 31/15 32/2
32/9 32/12 32/23 33/9 33/20 34/24 35/15
36/2 36/8 36/15 36/17 36/21 37/15 38/7
38/9 39/5 39/19 40/11 43/22 46/5 49/4
yet [2]  38/22 42/23
you [140]
you tell [1]  26/21
you'll [3]  7/24 17/20 32/18
you're [6]  25/24 43/7 43/18 43/20 45/13
49/8
you've [1]  49/10
young [2]  17/14 26/20
younger [2]  27/6 33/17
your [99]