# EXHIBIT H

Purchase Order
901
THIS NUMBER MUST APPEAR
ON INVOICES/BUNDLES
PACKING LISTS AND
CORRESPONDENCE

Ship To

Lam Staff, Inc.
5713 N. 6th Street
Philadelphia, Pa. 19120

Pack & Process, Inc.
3 Boulden Circle
New Castle, De. 19720

| Date Order 10/06/00 | Date Wanted | Terms | F.O.B. | Ship Via | |
|---|---|---|---|---|---|
| Quantity | Description | | | Price | Amt |
| | THIS PURCHASE ORDER IS WRITTEN TO COVER PACK & PROCESS, INC., REQUIREMENTS FOR TEMPORARY | | | | |
| | EMPLOYMENT SERVICES. SUCH SERVICE WILL BE SUPLIED BY LAM STAFF, INC., IN ACCORDANCE | | | | |
| | WITH THE ATTACHED 4 PAGE ADDENDUM TO THIS P.O. SUBMISSION AND PAYMENT OF AN INVOICE | | | | |
| | WILL INDICATE ACCEPTANCE OF THE ABOVE TERMS AND CONDITIONS. | | | | |
| | LAM STAFF INC. WILL BE RESPONSIBLE FOR ALL OF THEIR EMPLOYEE'S RECORDS, EMPLOYMENT TAXES AND BENEFITS. | | | | |
| | LAM STAFF, INC. IS ALSO RESPONSIBLE FOR PROVIDING DELAWARE WORKERS | | | | |
| | COMPENSATION COVERAGE. LAM STAFF, INC. SHALL ALSO INDEMNIFY AND HOLD HARMLESS PACK AND PROCESS, INC. FROM | | | | |
| | LIABILITY ARISING OUT OF INJURY TO THE TEMPORARY LABORER WHILE AT PACK AND PROCESS, INC. AND SHALL PROVIDE A | | | | |
| | "CERTIFICATE OF INSURANCE" FOR GENERAL LIABILITY INSURANCE COVERAGE. | | | | |
| | A VALID CERTIFICATE OF INSURANCE MUST BE ON HAND AT ALL TIMES. | | | | |
| | CANCELLATION OF ANY CERTIFICATE OF INSURANCE MUST BE WITH 30 DAYS NOTICE TO THE ABOVE ADDRESS. | | | | |
| | | | RATE: | $7.25/HR | |

Authorized Signature: _____

P/P 01698

228B

## ADDENDUM TO PURHASE ORDER

This ADDENDUM TO PURCHASE ORDER NO. 901 (this "Addendum") is entered into between PACK & PROCESS, INC., a Delaware corporation ("P&P"), and LAM STAFF, INC. ("LSI"), a Pennsylvania corporation. This Addendum and the purchase order to which it is attached are hereinafter collectively referred to as the "Agreement."

1. **Services.** LSI will provide to P&P those individuals ("LSI Personnel") to perform the job descriptions/functions listed below:

### FACTORY WORKERS

2. **Terms of Agreement** This Agreement shall begin on the date the purchase order to which this Addendum is attached is approved by LSI and shall continue until the date on which one party notifies the other of its desire to terminate this Agreement.

3. **Service Fee.**

   a. P&P shall pay to LSI as a "Service Fee" for the provision of the LSI Personnel the items and amounts set forth in Exhibit A attached hereto and incorporated into and made a part of this Agreement.

   b. P&P agrees to pay on the following Thursday, after confirmation of hours worked by LSI employees for the week ending the previous Saturday, the service fee and additional costs or expenses, incurred by LSI, at the written request of P&P. These additional services may include employee replacement or temporary personnel, safety, engineering, fidelity bonding, professional liability insurance, delivery charges and training programs.

4. **Duties and Rights of LSI**

a. LSI agrees to provide the following services to P&P under this Agreement:

   1. LSI agrees to provide the following services to P&P as and when requested by P&P

   2. Process and pay wages from LSI's own accounts, based on hours reported by LSI and agreed to by P&P.

   3. Collect, report and pay of applicable federal, state and local payroll taxes, from LSI own account.

   4. Administer employee benefit plans and workers' compensation insurance, including specifically Delaware worker's compensation coverage, and pay employee benefits from LSI's own accounts.

   5. Provide appropriate CORBRA notices and elections forms and administer CORBRA health benefits continuation for terminated employees and dependents who qualify for CORBRA health care continuation.

1

229B

P/P 01699

6. Comply with the Immigration Reform and Control Act

7. Complete all payroll and benefit reporting requirements and maintain all payroll and benefits records. Actual hours worked show be monitored and reported by LSI, subject to verification by P&P.

8. Administer all personnel matters, including hiring, training, promoting, disciplining and terminating employees as required, manage employee benefits, including communications with employees, salary administration, promotion, discipline and termination.

9. Maintain and apply payroll, benefit, and personnel policies and procedures designed to assist P&P in administering a workforce in P&P's business.

10. Furnish and keep in full force and effect during the term of this Agreement workers' compensation insurance covering all LSI Personnel. Upon written request by P&P, LSI shall furnish a "Certificate of Insurance" verifying coverage for general liability insurance coverage and Delaware workers' compensation insurance coverage.

   b.    LSI will be responsible for supervision and direction of LSI Personnel and will verify skill and references to determine employment eligibility of all employees. LSI shall have the right to terminate or suspend any LSI Personnel and to increase wages and salaries. In taking such action LSI agrees that it will abide by applicable federal, state and local laws governing employment.

   c.    LSI agrees to release, defend and indemnify and hold P&P harmless from any and all liabilities arising out of injuries to LSI Personnel, wrongful and negligent acts of LSI, and/or the failure of LSI to act in performance of its duties during the term of this agreement.

5. **Rights and Duties of P&P**

   a.  P&P shall inform LSI of the number of individuals and job descriptions and functions that LSI shall provide to P&P and the fee that P&P will pay the LSI for the services of such individual.

   b.  P&P shall have the right to request removal of any employee from its workplace, with or without good cause. P&P shall not have the right to terminate or suspend any employee or to increase wages and salaries.

   c.  P&P shall have the right (but not the obligation) to verify the accuracy of wages and salaries reported to and paid by LSI during each pay period and ensure that the hours worked are reported in accordance with the Fair Labor Standards Act and/or any applicable state or local law. P&P shall not pay any wages or salaries, or forms of direct or indirect compensation, including, but not limited to, employee benefits.

2

230B

P/P 01700

d. All accidents or workplace safety incidents involving LSI Personnel shall be reported in writing immediately to LSI by P&P. P&P shall cooperate with LSI workers compensations carrier and liability insurance carrier.

e. P&P agrees to release, defend, indemnify and hold LSI harmless from any and all wrongful or negligent acts committed by P&P or its employees.

6. **General Provisions.**

   a. This Agreement and Exhibit A incorporated by reference herein is the entire agreement between the parties and supersedes any previous agreement or representation, written or oral, with respect to the subject matter between P&P and LSI.

   b. This agreement may not be altered or amended except by written agreement executed by P&P and LSI.

   c. This Agreement may be executed in several counterparts, each of which shall be deemed an original but together shall constitute one and the same agreement.

   d. The provisions of this Agreement shall be binding upon and shall inure to the benefit of the parties and their respective heirs, executors, administrators, legal representatives, successors and assigns.

   e. The headings of the paragraphs of this Agreement are inserted solely for the convenience of reference. They shall in no way define, limit extend or aid in construction of the scope, extend or intent of this Agreement.

   f. In the event that any provisions contained in this Agreement is held unenforceable by a court of competent jurisdiction, the remaining provisions shall continue. In the event that a portion of a provision is held unenforceable, the remaining portion of such provision shall nevertheless be carried into effect.

   g. The failure of a party to enforce the provisions of this Agreements shall not be construed as a waiver of any provision or the right of such party there after to enforce each and every provision of this agreement.

   h. LSI shall not transfer or assign this Agreement without the written consent of P&P.

3

231B

P/P 01701

i. This Agreement shall be governed by Delaware Law and the Parties consent to the in personam jurisdiction of the federal and states courts of the Sate Of Delaware.

j. Any notice, request, demand or other communication required or permitted hereunder shall be in writing and shall be delivered personally or sent by telecopier, overnight delivery, or certified or registered mail, return receipt requested, to the parties at the addresses listed below or a such other addresses as either party may designate to the other in writing. Notices delivered personally or by overnight delivery shall be effective upon delivery. Notices properly addressed and delivered by mail, return receipt requested, shall be effective upon deposit with the United States Postal Service. Notices sent by telecopier shall be effective upon confirmation of transmission.

Lam Staff, Inc.
5713 North 6th Street
Philadelphia, Pa. 19120

Pack and Process, Inc.
3 Boulden Circle
New Castle, De. 19720

IN WITNESS WHEREOF, the parties have caused this Addendum to be signed on the dates below written

Lam Staff, Inc
By: _____

Pack & Process, Inc.
By: _____
1/4/06

4

232B

P/P 01702

LAM STAFF, INC
5713 N. 6th Street
Philadelphia, PA 19120
Phone:  (215)353-0387
Fax:    (215)276-5909

Sold To:   Pack & Process, Inc.
           1400 B. Street
           Wilmington, De 19801

Invoice No.
Invoice Date:
Our Order No:
Customer Order No.
Terms
Sales Rep.       DAVID THACH
Shipped VIA
F.O.B:
Prepaid/Collect

Shipped To:

| Item Number | Hours | Name | Unit Rate | Amount |
|---|---|---|---|---|
| 1 | | | | |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |
| 5 | | | | |
| 6 | | | | |
| 7 | | | | |
| 8 | | | | |
| 9 | | | | |
| 10 | | | | |
| 11 | | | | |
| 12 | | | | |
| 13 | | | | |
| 14 | | | | |
| 15 | | | | |
| 16 | | | | |
| 17 | | | | |
| 18 | | | | |
| 19 | | | | |
| 20 | | | | |
| 21 | | | | |
| 22 | | | | |
| 23 | | | | |
| 24 | | | | |
| 25 | | | | |
| | | Subtotal | | |
| | | Total | | |

Questions concerning this invoice?
Call:  (215) 353-0387
       DAVID THACH

Make All Checks Payable To:
   LAM TSAFF, INC
5713 N. 6th Street
Philadelphia, PA 19120

233B

P/P 01703

```
State of Delaware
Division Of Revenue
Temporary License Receipt
2000101811021

1-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        MAIL:  LAM STAFF
                            5713 N. 6th St.
LAMSTAFF INC                Philadelphia, PA 1912
3 BOWDEN CIRCLE
NEW CASTLE,         DE 19720
```

| Taxpayer(s) I.D. | | | | |
|---|---|---|---|---|
| Taxpayer(s) Name:<br>Address<br>of Client | | | | |
| Revenue Code | Subtype | Tax Year | Tax Period | Bus Cd. | Amount |
| 0101 | 01 | 2000 | Good for 60 Days | 007 | 18.75 |
| Receipt Date | | Officer | | |
| 10/18/00 | | Regina V Gray | | |

Payment was made with cash.

234B

P/P 01704

LAM STAFF INSURANCE



| | | |
|---|---|---|
| 941 | 945 | 1st Quarter |
| 990-C | 1120 | 2nd Quarter |
| 943 | 990-T | 3rd Quarter |
| 720 | 990-PF | 4th Quarter |
| CT-1 | 1042 | |
| 940 | | 62 |

Mark the "X" in this box only if there is a change to Employer Identification Number (EIN) or Name.

See Instructions on page 1.

BANK NAME/
DATE STAMP

EIN   51-0399770   142012

LAM STAFF INC
5713 N 6TH ST
PHILADELPHIA PA   19120-2201

6 2   Telephone number ( )

ral Tax Deposit Coupon
m 8109 (Rev. 10-96)

FOR BANK USE IN MICR ENCODING

235B

LAM STAFF INSURANCE

P/P 01705