# EXHIBIT J

**KLINE & SPECTER**
A PROFESSIONAL CORPORATION

BY: SHANIN SPECTER, ESQUIRE/JONATHAN M. COHEN, ESQUIRE
JOSHUA VANNARRDEN, ESQUIRE
Attorney I.D. Nos. 40928/69062/86740
Attorneys for Plaintiffs
1525 Locust Street
The Nineteenth Floor
Philadelphia, Pennsylvania 19102
(215) 772-1000

| | |
|---|---|
| YAN THOU, Individually and as Administrator of the Estates of Oeurn Mam, Deceased and Navy Yan, Deceased AND CHAN YAN Et AL. | COURT OF COMMON PLEAS PHILADELPHIA COUNTY |
| | JUNE TERM, 2003 |
| | NO. 1508 |
| | JURY TRIAL DEMANDED |
| v. | |
| MALY YAN | |

## STIPULATION

IT IS HEREBY STIPULATION AND AGREED, by and between Plaintiffs and Defendant, by and through her respective counsel, as follows:

1. Plaintiffs and Defendant waive their right to a jury trial and shall try this case as a bench trial before the Honorable Sandra Mazer Moss.

2. If a verdict is rendered in favor of plaintiffs:

(a) Plaintiffs shall not recover funds from the $30,000 aggregate policy limits available from American Independent Insurance Co. ("AIICO") until the plaintiffs' pro-rata shares are calculated amongst all plaintiffs in all pending litigation referred in sub-paragraph (b) below.

(b) Plaintiffs shall waive their right to execute against Maly Yan's personal assets, but shall retain the right to execute against any available proceeds of insurance coverage, and shall have the right to execute against any potentially available assets or coverage held or available to third parties who may be liable to pay damages via contribution, indemnity or other means, including but not limited to the defendants named in the actions filed at *Unchalee Vong, Lawrence Vong, h/w, and Donkeo Phravichit v. Maly Yan, Pack & Process and Lam Personnel Services, Inc.*, CP February Term, 2003, No. 002882;

**KLINE & SPECTER**
A PROFESSIONAL CORPORATION

*Thou Yan, Chan Yan, Thuha Son, and Chieu Thi Huynh v. First Fleet Corp./Motiva Enterprises, LLC, Charles P. Reistle, Jr., Pack and Process, Inc. and Lam Personnel Services, Inc.*, CP March Term, 2003, No. 001293, *Kusti Leman, Asan H. Oh, Tjajah Chandra, and Lani Chandra v. Maly Yan, and Pack and Process, Inc., and Lam Personnel Services, Inc., and Richard Reistle, Sr. and Motiva Enterprises, LLC*, CP May Term, 2003, No. 002175, *Bay Thi Nguyen v. First Fleet Corp./Motiva Enterprises, LLC, Richard Reistle, Sr., Pack & Process, Inc., Lam Personnel Services, Inc. and Maly Yan*, CP June Term, 2003, No. 001504, *Soly Chan and Thorn Bun Khem v. Maly Yan, Pack & Process, Inc., Lam Personnel Services, Inc., Richard Reistle, Sr. and First Fleet Corp./Motiva Enterprises, LLC (Star Enterprise)*, CP June Term, 2003, No. 001461, *Zair Shah, Khan Gul, Salim Khan, Mohammad Khan, and Rahmat Pari v. Maly Yan, Pack & Process, Inc., Lam Personnel Services, Inc., Richard Reistle, Sr. and First Fleet Corp./Motiva Enterprises, LLC*, CP June Term, 2003, No. 002190.

(c) Maly Yan shall assign any and all necessary rights to enable plaintiffs to obtain the recoveries referenced or contemplated by the language of sub-paragraph (b) above.

3. Plaintiffs shall not pursue any claim for bad faith against AIICO which may arise from this action pending at CCP June Term, 2003, No. 1508.

By: *[signature]*
JONATHAN M. COHEN, ESQUIRE
SHANIN SPECTER, ESQUIRE
JOSHUA VANNARRDEN, ESQUIRE
KLINE & SPECTER
*A Professional Corporation*
Attorney for Plaintiffs

Date:

APPROVED BY THE COURT:
*[signature]*
1/20/05

By: *[signature]* Kevin R. McNulty
KEVIN R. McNULTY, ESQUIRE
Attorney for Defendant Maly Yan

- 2 -

01/21/2005 FRI 12:17 [TX/RX NO 7250]