# EXHIBIT K
# PART 1

# In The Matter Of:

*St. Paul Mercury Insurance Co., et al v.*
*Maly Yan*

---

*Sterling Newsome*
*June 29, 2006*

---

*B&R Services for Professionals, Inc.*
*235 S. 13th Street*
*Philadelphia, PA  19107*
*(215) 546-7400*
*FAX (215) 985-0169*

Original File 06296mp1.txt, Pages 1-149

**Word Index included with this Min-U-Script®**

This Page Intentionally Left Blank

St. Paul Mercury Insurance Co., et al v.
Maly Yan

Sterling Newsome
June 29, 2006

---

**Page 1**

[1]        IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF DELAWARE
[2]
[3]    ST. PAUL MERCURY INSURANCE  :   No. 05-0022
         COMPANY, and            :
[4]    PACK & PROCESS, INC.       :
              Vs.                 :
[5]    MALY YAN                   :
       ----------------------------------------
[6]    YAN THOU, Individually and  :  No. 05-0513
         As Administrator of the
[7]    Estate of OEURN MAM,
         Deceased and Navy Yan,
[8]    Deceased, et al
              Vs.
[9]    PACK & PROCESS, INC.
         And
[10]   ST. PAUL MERCURY
         INSURANCE COMPANY
[11]
[12]                 - - -
[13]
[14]           Video deposition of STERLING NEWSOME,
[15]   taken on behalf of the Plaintiff, in the Law
[16]   Offices of Kline & Specter, 1525 Locust Street,
[17]   Philadelphia, Pennsylvania, on Thursday, June 29,
[18]   2006 commencing at or about 10:00 a.m., before
[19]   Maureen R. Gallagher, Registered Professional
[20]   Reporter - Notary Public.
[21]
[22]                 - - -
[23]           B & R SERVICES FOR PROFESSIONALS, INC.
                    235 SOUTH 13th STREET
[24]           PHILADELPHIA, PENNSYLVANIA 19107
                      (215) 546-7400
               B & R Services for Professionals, Inc.

---

**Page 2**

[1]    APPEARANCES:
[2]       KLINE & SPECTER
            BY:  JOSHUA VAN NAARDEN, ESQUIRE
[3]         1525 Locust Street
            19th Floor
[4]         Philadelphia, Pennsylvania  19102
            (215) 772-1000
[5]         Counsel for Plaintiff
[6]       DEASEY, MAHONEY & BENDER, LTD
            BY:  HENRI MARCEL, ESQUIRE
[7]         1800 John F. Kennedy Boulevard
            Suite 1300
[8]         Philadelphia, Pennsylvania  19103
            (215) 587-9400
[9]         Counsel for Defendants, Pack and Process
            And St. Paul Mercury Insurance Company
[10]
          COSTIGAN & COSTIGAN
[11]        BY:  RICHARD COSTIGAN, ESQUIRE
            1315 Walnut
[12]        Suite 902
            Philadelphia, Pennsylvania  19107
[13]        (215) 546-7215
            Counsel for Defendant
[14]
[15]
[16]
[17]
[18]
[19]
[20]
[21]
[22]
[23]
[24]
                  B & R Services for Professionals, Inc.

---

**Page 3**

[1]                    I N D E X
[2]
[3]    WITNESS                               PAGE
[4]    STERLING NEWSOME
[5]
[6]    By Mr. Van Naarden                    4,147
[7]    By Mr. Costigan                       135
[8]    By Mr. Marcel                         144,148
[9]
[10]                  E X H I B I T S
[11]   NO.                                   PAGE
[12]   Newsome-1      Purchase order         63
[13]   Newsome-2      Affidavit              107
[14]   Newsome-3      Affidavit              116
[15]   Newsome-4      Memo                   125
[16]
[17]
[18]
[19]
[20]
[21]
[22]
[23]
[24]
              B & R Services for Professionals, Inc.

---

**Page 4**

[1]
[2]                   - - -
[3]
[4]           VIDEO OPERATOR:  We're now on the
[5]    record.  This is a video tape deposition for
[6]    the United States District Court in the
[7]    District of Delaware.  My name is Jeffery
[8]    Reed, I'm a professional videographer with
[9]    Court Media, Incorporated 4201 Church Road,
[10]   Mount Laurel, New Jersey.
[11]          We're here today on behalf of Maly Yan
[12]   at the offices of Kline & Specter, 1525
[13]   Locust Street on the 19th floor,
[14]   Philadelphia, Pennsylvania, in the matter of
[15]   St. Paul Mercury Insurance Company and Pack
[16]   and Process, Incorporated versus Maly Yan,
[17]   defendant.  Civil action number 05-0022.
[18]   Additionally Yan Thou, et al versus Pack and
[19]   Process, Incorporated and St. Paul Mercury
[20]   Insurance Company defendant, civil action
[21]   number 05-0513.
[22]          The complete caption will be listed on
[23]   the stenographic record by the court
[24]   reporter.  Our deponent is Sterling Newsome.
              B & R Services for Professionals, Inc.

---

Sterling Newsome
June 29, 2006

St. Paul Mercury Insurance Co., et al v.
Maly Yan

---

Page 5

[1]   The various counsel present will also be
[2]   listed on the stenographic record for the
[3]   sake of brevity.
[4]       It is currently Thursday the 29 of June
[5]   2006, the approximate time is 10:15 a.m. and
[6]   our court reporter will swear in Mr.
[7]   Newsome.
[8]       STERLING NEWSOME, having been duly sworn
[9]   was examined and testified as follows:
[10]  **BY MR. VAN NAARDEN:**
[11]  **Q.** Good morning, Mr. Newsome.
[12]  **A.** Good morning.
[13]  **Q.** I introduced myself briefly to you, before my
[14]  name is Josh Van Naarden and I'm an attorney here
[15]  at the law offices of Kline and Specter. And we
[16]  are -- we noticed your deposition in relation to an
[17]  accident that happened on June 18 of 2001. Okay?
[18]  I need you to give all of your responses verbally.
[19]  **A.** Yes.
[20]  **Q.** Okay. Have you ever been deposed before?
[21]  **A.** No.
[22]  **Q.** I'm going to go through kind of the guidelines
[23]  as to how the deposition is going to go, so that we
[24]  run through it as smooth as possible, okay. Before

Page 6

[1]   I do that, my understanding is that you underwent
[2]   surgery in the last month?
[3]   **A.** Yes.
[4]   **Q.** What was the nature of the surgery?
[5]   **A.** Decompression, three discs decompression. I
[6]   had three herniated discs that were pressing in the
[7]   spine. I thought I was having heart attacks
[8]   because of the left arm going numb, chest pains but
[9]   from it's from an accident. I had two rear ends
[10]  since 2003.
[11]      And the first one, that's the one that
[12]  did most of the damage, it caused me to have what
[13]  is known as spasmatic cortocolis, where my left --
[14]  my face turns to the left and tilts back unless I
[15]  keep my hand on the face. So that's the only way I
[16]  can control it.
[17]  **Q.** Does that explain why you're holding your face
[18]  like that?
[19]  **A.** Yes, sir.
[20]  **Q.** All right. The condition where it's moving
[21]  back, your head is moving back, is that something
[22]  that's permanent?
[23]  **A.** It looks that way.
[24]  **Q.** Okay. Are you taking any medication today

Page 7

[1]   that would in any way -- that would, in any way,
[2]   impair your ability to understand my questions and
[3]   answer fully and completely?
[4]   **A.** No.
[5]   **Q.** Just very briefly about how the deposition is
[6]   going to run. Everything that we say is being
[7]   taken down by the court reporter sitting to your
[8]   right. And this is also being taken to be
[9]   memorialized on video.
[10]      I'm going to ask that you give all of
[11]  your responses verbally, yes or no or whatever the
[12]  appropriate response might be. And I'm also going
[13]  to ask that you wait until I finish my question
[14]  before you give your answer. And I'm going to do
[15]  the same for you. I'm going to wait until you
[16]  finish your answer before I ask my next question.
[17]  The reason why we do that is because if we try to
[18]  speak over each other it's very hard for the court
[19]  reporter to get it down.
[20]  **A.** Can she hear me okay.
[21]  **Q.** That's what I'm going to ask you. To speak up
[22]  loud and clear and also to speak slowly so that the
[23]  stenographer can take down everything that you're
[24]  saying. I think naturally we all speak very

Page 8

[1]   quickly and I am sure I do it as well, but do the
[2]   best you can. It will make the deposition run a
[3]   little smoother.
[4]       The only other thing I will tell you is,
[5]   is that if at some point I ask the question and you
[6]   don't understand the question, you let me know.
[7]   And I'll ask a different question or I'll ask the
[8]   same question in a different way.
[9]       The reason why I give that instruction
[10]  is if you answer a question that I pose to you
[11]  we're all going to assume you understood it. Okay?
[12]  What is your current address?
[13]  **A.** 1609 South 8th Street Philadelphia,
[14]  Pennsylvania 19148.
[15]  **Q.** Who do you live -- who lives with you at that
[16]  location?
[17]  **A.** My wife and son.
[18]  **Q.** Is your wife Susi Hadi?
[19]  **A.** Yes.
[20]  **Q.** Susi Hadi was at one time or another working
[21]  at Pack and Process; is that accurate?
[22]  **A.** That is correct.
[23]  **Q.** Was she an actual employee of Pack and Process
[24]  or was she a temporary laborer?

---

St. Paul Mercury Insurance Co., et al v.
Maly Yan

Sterling Newsome
June 29, 2006

---

**Page 9**

[1]  **A.**  Temporary.

[2]  **Q.**  Was Susi Hadi, your wife, an individual who

[3]  was provided to work at Pack and Process through an

[4]  entity called Lam Services or Lam Staffing?

[5]  **A.**  Yes.

[6]  **Q.**  Are you currently working?

[7]  **A.**  No, sir.

[8]  **Q.**  You're on disability?

[9]  **A.**  I'm on disability.

[10]  **Q.**  How long have you been on disability for?

[11]  **A.**  I haven't worked since 9/11/2003 and I have

[12]  been on disability for the last year.

[13]  **Q.**  Have you been on disability as it relates to

[14]  the injuries we just talked about?

[15]  **A.**  Yes, sir.

[16]  **Q.**  I want you to take me back from September 11,

[17]  2003 and I want to go back a little further to talk

[18]  about your employment history.  In September 11 of

[19]  2003 was the last time you worked, what were you

[20]  doing?

[21]  **A.**  Construction, James Julian, Incorporated.

[22]  **Q.**  What type of construction work were you doing?

[23]  **A.**  Heavy highway.

[24]  **Q.**  Were you part of a union?

---

**Page 10**

[1]  **A.**  No.  Originally we were but they started a new

[2]  branch, transferred us to that and they weren't

[3]  unionized, they broke the union.

[4]  **Q.**  How long did you work construction for?

[5]  **A.**  From '88, 1988 to 1999.  I went to Pack and

[6]  Process for -- from '99 until I think it was

[7]  November of, no, excuse me, it was October of 2002.

[8]  And then I went back into construction.

[9]  **Q.**  When you were doing construction from '88 to

[10]  '99 what kind of construction work were you doing?

[11]  **A.**  Same.

[12]  **Q.**  In -- from '88 to '99 when you were doing

[13]  construction, did you manage any employees?

[14]  **A.**  Yes, sir.

[15]  **Q.**  And approximately over the span of that ten

[16]  year period, just typically, how many -- at any

[17]  given time how many employees would you be

[18]  managing?

[19]  **A.**  I would say on average like five.

[20]  **Q.**  What was your, and I don't know if it changed

[21]  over the course of those ten years, but what was

[22]  the title of your job?

[23]  **A.**  I really didn't have a title.  I was just the

[24]  guy that would they send out with a small crew to

---

**Page 11**

[1]  take care of either equipment or water line or

[2]  whatever.  I basically -- I really didn't have a

[3]  title.  I was like in between a truck driver, a

[4]  machine operator and a crew leader and a foreman.

[5]  **Q.**  Were you working for an entity from '88 to '99

[6]  or were you self-employed or something different?

[7]  **A.**  James Julian, Incorporated.

[8]  **Q.**  For that whole ten year period?

[9]  **A.**  Yes.

[10]  **Q.**  From October of '02 to September '03 who would

[11]  have been your employer?

[12]  **A.**  James Julian, Incorporated.

[13]  **Q.**  Same entity?

[14]  **A.**  Yes.

[15]  **Q.**  Prior to '88 what did you do?

[16]  **A.**  I did, I worked for Northeast Enterprises for

[17]  a little while.  I worked for Mega Plastics for a

[18]  little while as a millwright and as a maintenance

[19]  person for the other one.  And prior to that it was

[20]  with Trojan Yacht.  And prior to that it was Pack

[21]  and Process.  And prior to that it was Herr's Food,

[22]  Incorporated.

[23]  **Q.**  What is your highest level of education?

[24]  **A.**  Seventh grade.

---

**Page 12**

[1]  **Q.**  In the summary you just gave me I want to make

[2]  sure I'm accurate.  Was there a time that you

[3]  worked for Pack and Process before your stint in

[4]  '99 to '02?

[5]  **A.**  Yes.

[6]  **Q.**  Give me the years approximately?

[7]  **A.**  Approximate, that was 1979 to 1982 or '83, I

[8]  think.

[9]  **Q.**  And during that period of time, and I'm not

[10]  going to hold you to it, I understand that that is

[11]  your estimate, correct?

[12]  **A.**  Correct.

[13]  **Q.**  What was your position at Pack and Process?

[14]  **A.**  Production supervisor.

[15]  **Q.**  Did you work for Herbert Ames?

[16]  **A.**  Yes.

[17]  **Q.**  And he was the owner of the, owner and

[18]  president of the -- of that entity at that time,

[19]  correct?

[20]  **A.**  That's correct.

[21]  **Q.**  During -- from '79 to '82 did you have any

[22]  contact with his son, Steven Ames?

[23]  **A.**  Yes.

[24]  **Q.**  And was Steven working at the plant or did you

---

Sterling Newsome
June 29, 2006

St. Paul Mercury Insurance Co., et al v.
Maly Yan

---

**Page 13**

[1] have some other --
[2] A. Steve was there.
[3] Q. What was Steve doing?
[4] A. At the time?
[5] Q. Yes. And i'm sorry to interrupt again but
[6] we're talking over each other and it's hard so just
[7] if you can wait until I finish my question.
[8] A. Okay, I'm sorry.
[9] Q. It's okay. A lot of this is going to go
[10] conversationally and in conversation sometimes we
[11] talk over each other and a lot of times you can
[12] anticipate the question I'm going to ask and a lot
[13] of times you're going to be right. But in order to
[14] get it all down we need to make sure that the
[15] question ends and the answer begins. Okay?
[16] A. Okay.
[17] Q. What position, if you know, did Steven Ames
[18] have at Pack and Process from '79 to '82 when you
[19] were there?
[20] A. That's a good question. I think he was
[21] probably his father's assistant. That's what I
[22] would say he was. Because he had just came from
[23] New York as a teacher. He was a teacher in New
[24] York City. And he came to work for his father

---

**Page 14**

[1] around that time.
[2] Q. Let's start with '79 to '82, what your duties
[3] and responsibilities were at Pack and Process as
[4] production supervisor?
[5] A. The hiring and firing of all production
[6] personnel. And the scheduling of production,
[7] making sure that the machines, and just general
[8] running the plant. I oversaw shipping and
[9] receiving.
[10] Q. Did you have an office?
[11] A. Yes, sir.
[12] Q. Was your office in the *Bolton Circle
[13] location?
[14] A. No, sir.
[15] Q. Where was your office from '79 to '82?
[16] A. It was 1509, I mean 15 A Street or B Street, B
[17] Street I think. I think it's 1509, I'm not sure.
[18] Q. From '79 to '82 can you give me an estimate of
[19] how many sites Pack and Process was working out of?
[20] A. I remember two plants. One was referred to as
[21] plant 5 and the other one was referred to as plant
[22] 1.
[23] Q. And would that be for all of those years, from
[24] '79 to '82?

---

**Page 15**

[1] A. Yes, sir.
[2] Q. Were you aware of other locations that Pack
[3] and Process leased but sat dormant until the
[4] property was needed to fill an order?
[5] A. Plant 4, which is on A Street, A and 13 South.
[6] 13 South somewhere around there. Of course, they
[7] had - I don't know the name of it, where Ames
[8] engineering was, that plant was there but I don't
[9] remember the address of it.
[10] Q. Do you know if during from say '79 to '82 if
[11] the plants that you just talked about were
[12] properties owned by Pack and Process?
[13] A. I would say, yes. I don't know specifically
[14] but I would say yes because they still maintained
[15] control of those properties when I went there in
[16] 1999.
[17] Q. And the reason why I ask that is because I
[18] want to know if it is a situation where the
[19] property was owned by Pack and Process or if it was
[20] leased by Pack and Process from somebody else? If
[21] you don't know the answer tell me that.
[22] A. I don't know that, in reality I don't know
[23] that.
[24] Q. That was information that you weren't privy to

---

**Page 16**

[1] when you were working at Pack and Process at any
[2] time?
[3] A. I never inquired.
[4] Q. From '79 to '82, as production supervisor
[5] during that chunk of time, any additional duties
[6] and responsibilities than what you told me already?
[7] A. I think I pretty well covered it.
[8] Q. From '79 to '82 were you aware of temporary
[9] employment agencies providing services to Pack and
[10] Process?
[11] A. We had just started to utilize temporaries on
[12] but they were local. Mainly I screened employees
[13] and hired them, and discharged them. We did not
[14] use a temporary agency. We had just started to
[15] when I left because of the demands put on us. So
[16] we tried, because of the demands on the personnel
[17] situation where it was getting to the point where
[18] it was taking all my time trying to interview
[19] employees, perspective employees.
[20] Q. Were you involved, from '79 to '82, in the
[21] decision making process to go with temporary -- to
[22] go with agencies to provide temporary labor?
[23] A. I think that was just thrust upon me.
[24] Q. Can you tell me how that went, how you were

---

Page 17

[1] informed of that process starting?
[2] A. I, excuse me, I mentioned to Mr. Ames that it
[3] was taking all my time to try and get these
[4] employees in here and I thought, and temporary
[5] agencies had been approaching us from time to time.
[6] So I inquired to see if we could use some of these
[7] agencies to see what kind of quality of people they
[8] could bring in.
[9]     So instead of me trying to personally
[10] interview everybody, that way if I didn't like a
[11] person, you know, I just informed the agency of
[12] that.
[13] Q. Was it your idea to pursue a temporary
[14] employment agency that you presented it to Mr.
[15] Ames?
[16] A. I think it was a group idea.
[17] Q. And when you left in '82 do you believe that
[18] Pack and Process had started using these temporary
[19] employment agencies to provide labor?
[20] A. I knew they had, yes.
[21] Q. For how long a period of time, prior to you
[22] leaving in '82, do you believe that they were using
[23] the temporary employment agencies?
[24] A. About six months.

Page 18

[1] Q. And you said it was done through local
[2] temporary employment agencies?
[3] A. Yes.
[4] Q. When you say local, what do you mean by it?
[5] A. In the region. In the area of Phila -- I mean
[6] Wilmington.
[7] Q. Okay. That was my question. So it was, you
[8] were basically looking for employment, temporary
[9] employment agencies within the Wilmington area?
[10] A. That's correct.
[11] Q. Was there a reason for that, why you just
[12] limited yourself to Wilmington initially?
[13] A. At the time I don't think the agent, temporary
[14] agencies were in the area, so to spoke. It was
[15] basically, I can't recall the names of them now,
[16] but it was just temporary employment agencies that
[17] were cropping up in Wilmington and they had
[18] contacted us and was trying to get us to use their
[19] services because we had a lot of, depending on the
[20] contracts we had, we had a lot of, sometimes we
[21] would need a hundred employees per shift and the
[22] contract would finish and we would need 15
[23] employees per shift. So it was easier to go that
[24] way.

Page 19

[1] Q. In the six month period of time before you
[2] left that Pack and Process was using temporary
[3] employment agencies, do you recall any of the names
[4] of the temporary employment agencies that you had
[5] contracted with? When I say you I mean Pack and
[6] Process.
[7] A. I don't recall the names.
[8] Q. Does Point in Fortune ring a bell?
[9] A. No, that's one that came much later.
[10] Q. Do you know, if in that six month period of
[11] time, Pack and Process was provided temporary
[12] laborers from a company that David Thach was
[13] involved in?
[14] A. Not at that time, no, he was not in the
[15] picture.
[16] Q. And do you know an individual by the name of
[17] Mattada? I might not be pronouncing it right.
[18] A. Matia Lam?
[19] Q. Say it again.
[20] A. Matia Lam.
[21] Q. And Matia Lam, who is that?
[22] A. That's the gentleman that was running the
[23] temporary agency at the time of the accident in
[24] question.

Page 20

[1] Q. Can you spell that for me?
[2] A. No, sir.
[3] Q. Can you describe -- did you ever meet Matia
[4] Lam?
[5] A. Yes.
[6] Q. Can you describe what he looks like or looked
[7] like the last time you saw him?
[8] A. He was approximately 5'7", of slender build,
[9] and Asian, Cambodian to be precise.
[10] Q. Approximate age?
[11] A. He was approximately 54, 55 years old.
[12] Q. You said you left Pack and Process in '02?
[13] A. '02.
[14] Q. No, well, the last, you worked at the -- the
[15] last time you worked for Pack and Process was
[16] October of '02, correct?
[17] A. I think so, yes.
[18] Q. Since that time, since you left, did you --
[19] have you ever seen Matia Lam again?
[20] A. No, sir.
[21] Q. Since October of '02, around that time when
[22] you left, have you ever seen David Thach or Suda Da
[23] Thach again?
[24] A. No, sir.

**Page 21**

[1] Q. During the six month period of time before you
[2] left in '82, that temporary employment agencies
[3] were providing services to Pack and Process, do you
[4] know how the workers got to the factory?
[5] A. Yes.
[6] Q. And how were they transported to the factory?
[7] A. City transportation. I should say public
[8] transportation.
[9] Q. Is there a -- back in '82 was there a way to
[10] get from the Wilmington area to the factories that
[11] you were working out of at the time by way of
[12] public transportation?
[13] A. Yes, sir.
[14] Q. Did Pack and Process provide compensation,
[15] separate and apart from the hourly wage, to either
[16] the temporary workers themselves or the agency to
[17] compensate for the cost of public transportation to
[18] and from the factory?
[19] A. That was included in their wages. I mean, it
[20] was just given in their wages, that's all.
[21] Q. How did you know that they were being
[22] transported by way of public transportation at the
[23] time?
[24] A. Because I had to send them home when they were

**Page 22**

[1] late.
[2] Q. Sometimes if they were late you wouldn't let
[3] them work and you would send them home?
[4] A. That's correct. They had to be in by a
[5] certain time or I locked the gates.
[6] Q. And those times you were made aware that they
[7] had gotten there by way of public transportation
[8] and they had to go home that way too?
[9] A. Yes.
[10] Q. Was the fact that the local agencies were
[11] providing a labor force in a local area whereby
[12] they could use public transportation part of the
[13] reason that you decided to go with those agencies
[14] in the area?
[15] A. I think they were the only people in the game
[16] at the time.
[17] Q. So you don't believe that had anything to do
[18] with the decision to go with the local agencies?
[19] A. That's correct.
[20] Q. Who, within the organization from '79 --
[21] during the six month period of time before you left
[22] in '82, when temporary agencies were working with
[23] the company, who was the point person to work with
[24] the temporary agencies?

**Page 23**

[1] A. The last person was Matia Lam.
[2] Q. I'm mean, the point person at Pack and
[3] Process? Was there somebody at Pack and Process
[4] who had normal and regular contact with these
[5] agencies, temporary employment agencies?
[6] A. Yes.
[7] Q. Who would that have been?
[8] A. Myself.
[9] Q. But besides yourself anybody else?
[10] A. Not in regard to the day-to-day labor.
[11] Q. How were the -- how was the agency paid,
[12] what form of payment?
[13] A. By check.
[14] Q. And how often did you --
[15] A. Weekly.
[16] Q. Was the check, back then, mailed to the
[17] temporary employment agency itself or did someone
[18] from the agency come and pick it up weekly or
[19] something different?
[20] A. They usually came and picked it up on a weekly
[21] basis.
[22] Q. Was there ever, while you were there, before
[23] you left in '82, was there ever a time where you
[24] actually just mailed it to the location?

**Page 24**

[1] A. Excuse me, are you referring to '82 or 2002?
[2] Q. I'm stilling talking about '82, we're not
[3] there yet.
[4] A. In '82, no, the checks were mailed to the
[5] employment agency.
[6] Q. As the individual who was working day-to-day
[7] or had the most contact with these temporary
[8] employment agencies back in '82, did you do any
[9] investigation into these agencies before the
[10] decision was made to contract with them?
[11] A. No investigation, just brought them in on a
[12] trial basis is all.
[13] Q. Was there, talking about '82 now, was there an
[14] agreement that was signed by a representative from
[15] Pack and Process and a representative of the
[16] employment agency setting forth the duties and
[17] responsibilities of both parties relating to the
[18] providing of temporary employees?
[19] A. Mr. Ames did everything by contract, so I
[20] would say yes.
[21] Q. Do you recall ever seeing any of those
[22] contracts back in '82? I know it was a long time
[23] ago.
[24] A. No, sir.

**Page 25**

[1]  Q. Back in '82 were you involved in any of the
[2]  negotiation process as far as how much the
[3]  temporary employment agency was going to get per
[4]  head per hour?
[5]  A. No, sir.
[6]  Q. Was that something that at the time Herbert
[7]  Ames was doing?
[8]  A. Yes or Steve Essingler, Herbert Ames or Steve
[9]  Essingler.
[10]  Q. Steve Essingler, what was his position, if you
[11]  know?
[12]  A. He was, had to do with the scheduling and
[13]  shipping and receiving.
[14]  Q. Do you believe, that in '82, he had much
[15]  day-to-day contact or as much direct contact with
[16]  these temporary employment agencies as you would
[17]  have had?
[18]  A. No.
[19]  Q. What was the reason for your leaving in '82?
[20]  A. I was discharged.
[21]  Q. Why were you discharged in '82?
[22]  A. For not cleaning off a little bit of dust on
[23]  the rim of the blender.
[24]  Q. And when you say blender that's an actual like

**Page 26**

[1]  a -- it's not like a household blender, correct,
[2]  this is one of the production machines?
[3]  A. Right. I didn't see to it that it was cleaned
[4]  up, it was running 24 hours a day so.
[5]  Q. Was that one of your jobs in '82, when I say
[6]  job, one of your duties and responsibilities to
[7]  insure that the blender was clean?
[8]  A. Between myself and Vince.
[9]  Q. Who is Vince?
[10]  A. Vince was in charge of quality control. I
[11]  don't recall his last name.
[12]  Q. And who actually discharged you?
[13]  A. Herbert Ames. He's the only one who had the
[14]  authority to do so.
[15]  Q. Did Herbert Ames actually approach you and
[16]  have that conversation whereby you were discharged?
[17]  A. Yes, sir.
[18]  Q. At that point in time you had been working
[19]  there for approximately three years?
[20]  A. Roughly two and a half years, I think.
[21]  Q. Was it, I understand that being discharged
[22]  from a job can be upsetting, but when you left
[23]  Pack and Process in '82 was your leaving amicable
[24]  or was there contention between you and --

**Page 27**

[1]  animosity rather, between you and Herbert Ames?
[2]  A. Not on my behalf.
[3]  Q. Okay. So you had no ill will towards Herbert?
[4]  A. I went back to --
[5]  Q. I understand.
[6]  A. Mr. -- you got to understand, Mr. Ames was
[7]  very explosive.
[8]  Q. Because there are two Mr. Ames, there's Steve
[9]  and there's Herbert. So to the best we can, when
[10]  you're talking about Herbert say Herbert Ames and
[11]  when you're talking about Steve say Steven Ames.
[12]  Just so we understand who you're talking about. I
[13]  know what you mean but just so we get it down.
[14]  A. Okay. So Mr. Herbert Ames was very explosive
[15]  and when he discharged me he came in there with a
[16]  lot of yelling and screaming but I -- that was his
[17]  way of running the plant. So --
[18]  Q. How was it that you became employed by Pack
[19]  and Process in '79?
[20]  A. Bill Orse, he was in charge of maintenance of
[21]  the plant at the time. I met him at a computer
[22]  show and I asked him how things were going, because
[23]  he worked there when I was there earlier. And --
[24]  Q. I don't mean to interrupt but meant in '79 how

**Page 28**

[1]  you got there?
[2]  A. Oh, how did I get there?
[3]  Q. Yes.
[4]  A. An ad in the paper.
[5]  Q. What was the ad in the paper for?
[6]  A. What was the ad in the paper for, production
[7]  supervisor.
[8]  Q. And basically you just answered the ad?
[9]  A. Correct.
[10]  Q. You filled out an application?
[11]  A. Yes.
[12]  Q. And then you got the job?
[13]  A. Yes.
[14]  Q. All right. Now, before you started in '79 did
[15]  you have any experience doing the type of
[16]  production supervising work that you ended up doing
[17]  from '79 to '82?
[18]  A. Yes, sir.
[19]  Q. And where did you get that type of training?
[20]  A. Herr's Potato Chips.
[21]  Q. And how long did you work for Herr's Potato
[22]  Chips?
[23]  A. Nine years.
[24]  Q. Where were you located when you were working

Page 29

[1]     for Herr's?
[2]     A. Nottingham, Pennsylvania.
[3]     Q. Was there actually a factory at the
[4]     Nottingham, Pennsylvania location?
[5]     A. Yes, sir.
[6]     Q. Do you know if, at the time that you worked
[7]     there, if Herr's utilized temporary employment
[8]     agencies?
[9]     A. No, they did not.
[10]    Q. So as far as you dealing with these temporary
[11]    employment agencies is it fair to say that in the
[12]    last six months while you were at Pack and Process,
[13]    before you left in '82, that was the first time you
[14]    had dealt with those type of entities?
[15]    A. That's correct.
[16]    Q. Were you given any training by Herbert or
[17]    anybody at Pack and Process about how to deal with
[18]    these temporary employment agencies?
[19]    A. I don't think any was necessary.
[20]    Q. Just common sense?
[21]    A. Yes.
[22]    Q. But just answer my question. You weren't
[23]    given any --
[24]    A. No.

Page 30

[1]     Q. Any formal training?
[2]     A. No.
[3]     Q. From '82 to '99, well, first of all, from when
[4]     you left Pack and Process in '82 what did you end
[5]     up doing?
[6]     A. I went to Trojan Yacht for employment for the
[7]     season.
[8]     Q. What did you do for Trojan Yacht?
[9]     A. Assembly.
[10]    Q. Were you in charge of supervising any
[11]    employees?
[12]    A. No, I was -- they made their first 13 meter
[13]    boat that year, I was on the experimental mockup of
[14]    that, make up of that.
[15]    Q. After you worked there what did you do?
[16]    A. Went to work for Robert Hodge, Northeast
[17]    Enterprises.
[18]    Q. What does Robert Hodge, Northeast Enterprises
[19]    do, what did they do back then?
[20]    A. He owned a series of mobile home parks and I
[21]    was the maintenance man. I would go around to
[22]    these parks and take care of them.
[23]    Q. Did you supervise any employees for him?
[24]    A. One.

Page 31

[1]     Q. And he was a direct employee of the company?
[2]     A. Yes.
[3]     Q. After you left his employ what did you do?
[4]     A. Omega Plastics as a millwright.
[5]     Q. What exactly is a millwright?
[6]     A. An individual that sets up plants to -- for
[7]     day-today operations, in charge of electrical,
[8]     steam, heating, water.
[9]     Q. Where were they located out of?
[10]    A. Northeast Maryland.
[11]    Q. Did you supervise any employees for them?
[12]    A. No, I was the only maintenance man.
[13]    Q. When you left there what did you do?
[14]    A. Went to work for Julian, James Julian,
[15]    Incorporated.
[16]    Q. And you were doing the same type of work that
[17]    you had been doing when you worked for him a long
[18]    time ago, right?
[19]    A. That's when I first started working for him.
[20]    Q. What was your, first of all, did you supervise
[21]    any employees for him?
[22]    A. Not in the first years I was there, no. I was
[23]    a truck driver.
[24]    Q. And how long did you work for him the first

Page 32

[1]     time?
[2]     A. From '89 I think through '99, approximately
[3]     ten years.
[4]     Q. During that ten year period did you ever
[5]     supervise any employees?
[6]     A. Yes.
[7]     Q. And were any of those employees provided by a
[8]     temporary employment agency?
[9]     A. No, sir.
[10]    Q. All direct employees?
[11]    A. Yes, sir.
[12]    Q. And then in '99 you went back to Pack and
[13]    Process, correct?
[14]    A. That's correct.
[15]    Q. All right. Now tell me how it is that you
[16]    went back to Pack and Process in '99?
[17]    A. I was at a computer show and I met Bill Orse
[18]    there, he was a friend of mine from Pack and
[19]    Process before. I asked him how things were going
[20]    and he said they were going good. He said as a
[21]    matter of fact Mr. Macknis was getting ready to
[22]    retire and I should come in and put an application
[23]    in. So I did and I was hired.
[24]    Q. Mr. Macknis is Robert Macknis?

St. Paul Mercury Insurance Co., et al v.
Maly Yan

Sterling Newsome
June 29, 2006

**Page 33**

[1]   **A.** Yes.

[2]   **Q.** So when you started in '99 was Robert Macknis

[3]   still there or had he already left?

[4]   **A.** He was getting ready to retire. He retired in

[5]   I think June.

[6]   **Q.** But he was the production supervisor prior to

[7]   you getting there?

[8]   **A.** Yes.

[9]   **Q.** Did you have any conversation with Herbert

[10]   Ames before you were re-hired in '99 regarding what

[11]   had happened in the past?

[12]   **A.** Strange wasn't in the picture then. Herbert

[13]   Ames was not in the picture then.

[14]   **Q.** At that point was it your understanding that

[15]   Herbert had actually sold the company to his son,

[16]   Steven?

[17]   **A.** I don't know the details. I just knew that

[18]   Steve had taken over responsibility of management.

[19]   **Q.** Did you ever see Herbert at the plant anymore?

[20]   **A.** I -- no, he moved to Florida and I saw his

[21]   mother there a couple of times. He was ill.

[22]   **Q.** Now, did you have any discussion was Steven

[23]   regarding what had happened when you were

[24]   discharged in '82?

**Page 34**

[1]   **A.** No, sir.

[2]   **Q.** Never came up in the re-hiring process?

[3]   **A.** No.

[4]   **Q.** Do you know if Steven knew that you had worked

[5]   there back in '82 when he hired you in '99?

[6]   **A.** According to him they had tried several times

[7]   to find me to re-hire me.

[8]   **Q.** Steven told you that?

[9]   **A.** Yes.

[10]   **Q.** How long were you and Robert Macknis working

[11]   at the plant together before he retired?

[12]   **A.** Close to eight months.

[13]   **Q.** And is it fair to say that during those --

[14]   that eight month period of time there were two of

[15]   you working under the heading of production

[16]   supervisor or something different?

[17]   **A.** Production manager.

[18]   **Q.** You were both production managers?

[19]   **A.** Yes.

[20]   **Q.** In a general way, had the way that Pack and

[21]   Process had done business from a production

[22]   standpoint, had that changed at all from the time

[23]   that you left in '82?

[24]   **A.** Basically, no.

**Page 35**

[1]   **Q.** Basically the same?

[2]   **A.** All contract packaging.

[3]   **Q.** As far as the duties and responsibilities that

[4]   you had as a product -- a production supervisor in

[5]   '82 when you left, basically the same in '99 when

[6]   you were re-hired?

[7]   **A.** Yes, sir.

[8]   **Q.** Was it your understanding when you were

[9]   re-hired in '99 that Pack and Process was in the

[10]   practice of contracting with these temporary

[11]   employment agencies for laborers?

[12]   **A.** Yes.

[13]   **Q.** Was it your understanding that straight

[14]   through, from the six months before you left in

[15]   '82, all the way to the time that I came back in

[16]   '99 they had continuously, on a need basis, been

[17]   contracting with these temporary employment

[18]   agencies?

[19]   **A.** Yes.

[20]   **Q.** Did you have any conversations with Robert

[21]   Macknis, during that eight month period of time

[22]   that you were working together, about these

[23]   temporary employment agencies?

[24]   **A.** Mr. Macknis seemed to be very proud of the

**Page 36**

[1]   current agency that was in place at the time I came

[2]   in.

[3]   **Q.** And what was the name of that agency when you

[4]   came in in '99?

[5]   **A.** Point and Fortune.

[6]   **Q.** Now, do you know how long Pack and Process had

[7]   been contracting with Point in Fortune prior to you

[8]   getting there in '99?

[9]   **A.** Approximately six years.

[10]   **Q.** You told me how Robert Macknis was happy with

[11]   the services that Point and Fortune was providing

[12]   to him?

[13]   **A.** Yes.

[14]   **Q.** When I said him I meant the company.

[15]   **A.** I understand.

[16]   **Q.** Who was, if you know, when you got there in

[17]   '99, the point person from Point and Fortune that

[18]   you were dealing with?

[19]   **A.** David Thach.

[20]   **Q.** Did you have an understanding what position

[21]   David Thach held within the Point and Fortune

[22]   entity?

[23]   **A.** Yes.

[24]   **Q.** And what was your understanding?

Sterling Newsome
June 29, 2006

St. Paul Mercury Insurance Co., et al v.
Maly Yan

Page 37

[1] **A.** He was the owner.

[2] **Q.** Where was Point and Fortune based out of when

[3] you got --

[4] **A.** Philadelphia.

[5] **Q.** Let me state it one more time. Where was

[6] Point and Fortune based out of when you got to,

[7] start when you were re-hired in '99?

[8] **A.** Philadelphia.

[9] **Q.** During the approximate, estimate six years

[10] that Pack and Process had been utilizing Point and

[11] Fortune do you know if they were using any other

[12] temporary employment agencies in addition to Point

[13] and Fortune?

[14] **A.** I cannot say for sure.

[15] **Q.** And I'm not asking you for the names. I'm

[16] just saying are you aware of the fact that they had

[17] been doing business with other temporary employment

[18] agencies other than Point and Fortune during the

[19] previous six years.

[20] **A.** Once again, I cannot say.

[21] **Q.** Was there anybody else from Point and Fortune

[22] other than David Thach, that you can give me their

[23] name?

[24] **A.** No.

Page 38

[1] **Q.** Did you come to learn why Pack and Process, at

[2] some point in time, decided to do business with a

[3] temporary employment agency based out of

[4] Philadelphia?

[5] **A.** The rates were cheaper.

[6] **Q.** So this Point and Fortune entity was about to

[7] provide cheaper labor than the local companies?

[8] **A.** Correct. And a better group of employees.

[9] **Q.** Before you left in '82, generally speaking,

[10] the agencies that you were working with, the

[11] employment agencies that you were working with, did

[12] they, the laborers that they provided, were they of

[13] a certain nationality?

[14] **A.** Blacks.

[15] **Q.** And now, when you came in back in '99, the

[16] labor force that was provided by Point and Fortune

[17] were they of a particular nationality?

[18] **A.** The majority of them was Cambodian.

[19] **Q.** In '99 did you have an understanding as to how

[20] the labor force was getting from Philadelphia --

[21] well, first of all, you told me that Point and

[22] Fortune was based out of Philadelphia correct?

[23] **A.** That's correct.

[24] **Q.** Did you have an understanding as to where the

Page 39

[1] labor force was coming from in '99?

[2] **A.** Yes.

[3] **Q.** And what was your understanding?

[4] **A.** It was coming from North and South Philly.

[5] **Q.** In '99 were you aware of any type of public

[6] transportation that would have been able to get

[7] these temporary employees from the various

[8] locations in Philadelphia to the plants in

[9] Delaware?

[10] **A.** No.

[11] **Q.** No you were not aware of them or no you were

[12] aware they didn't exist?

[13] **A.** They did not exist.

[14] **Q.** Did not?

[15] **A.** They did not exist.

[16] **Q.** When you say the rates were cheaper through

[17] Point and Fortune, I know things are all relative

[18] as to the years and there's inflation and other

[19] things that effect the rates but can you give me an

[20] approximate of how much cheaper it was from the

[21] last time that you had been involved in contracting

[22] with these temporary laborers, agencies?

[23] **A.** I would, probably a dollar an hour cheaper.

[24] **Q.** Did you consider that, did you consider that

Page 40

[1] to be a significant reduction, a significant

[2] savings?

[3] **A.** No. When I say that I'm saying that Point and

[4] Fortune was probably paid a dollar less per hour

[5] than what the previous employment agencies had been

[6] paid back in --

[7] **Q.** '82?

[8] **A.** Yes.

[9] **Q.** So you have no way of knowing between '82 and

[10] '99 what the difference would have been?

[11] **A.** No.

[12] **Q.** Is that something you believe Robert Macknis

[13] would know?

[14] **A.** Yes.

[15] **Q.** I didn't tell you this before but if you need

[16] a break at any time please, let me know and I'll be

[17] happy to accommodate you. Okay?

[18] **A.** Okay.

[19] **Q.** I think we have been going for like an hour so

[20] just let me know.

[21] **A.** I'm fine.

[22] **Q.** Did you have an understanding in '99 as to how

[23] these workers were getting from the Philadelphia

[24] area to the plants in Delaware?

St. Paul Mercury Insurance Co., et al v.
Maly Yan

Sterling Newsome
June 29, 2006

**Page 41**

[1] A. Yes, sir.

[2] Q. Before we get into that I want to ask you a

[3] couple of questions about the state of affairs at

[4] Pack and Process when you got back in '99. How

[5] many locations was Pack and Process working out of

[6] in '99 when you came back, if it was different?

[7] A. Two production facilities, occasionally three.

[8] Q. When you say two production facilities, does

[9] that mean that there were two locations that --

[10] A. Two plants.

[11] Q. Two plants.

[12] A. That they were running production out of.

[13] Q. Were there other plants that were either owned

[14] or leased by Pack and Process that sat dormant

[15] unless there was a need for like a big shipment

[16] that needed to be shipped out?

[17] A. Yes.

[18] Q. So in '99 how many actual plants were in

[19] existence?

[20] A. Plant 5, plant 4, plant 1, Boulden Circle.

[21] Q. Boulden Circle?

[22] A. Yes.

[23] Q. Was Boulden Circle the headquarters?

[24] A. That was the primarily production plant, yes.

**Page 42**

[1] Q. And that's where all like the administrative

[2] offices were?

[3] A. Correct.

[4] Q. And in '99 when you went back that's where

[5] your office was?

[6] A. That's where I worked, yes.

[7] Q. And that's where Steven Ames worked out of?

[8] A. Yes.

[9] Q. In '99 were there temporary laborers being

[10] transported to any factory besides the Boulden

[11] Circle factory, to the best of your knowledge?

[12] A. Yes.

[13] Q. So in addition to being sent to Boulden Circle

[14] they were being sent to plant 5 and 4 and 1 as

[15] needed?

[16] A. Four wasn't in a shape to be operational. It

[17] was just another plant for storage but plant 5 and

[18] plant 1.

[19] Q. Tell me now your understanding in '99 as to

[20] how these temporary employees were getting from the

[21] Philadelphia area to whether it be Boulden Circle

[22] or plant number 4 or any of the other plants?

[23] A. They were driven down by drivers from Point

[24] and Fortune.

**Page 43**

[1] Q. Was that something, as far as the

[2] transportation issue, that was ever discussed

[3] between you and anybody from Point and Fortune?

[4] A. No.

[5] Q. Who decided who would be driving these

[6] vehicles?

[7] A. David Thach.

[8] Q. Were you notified of that?

[9] A. Yes.

[10] Q. Well, just to clear that up. At some point

[11] David Thach would come to you and let you know,

[12] hey, listen, so and so, whoever the name is, who is

[13] a temporary employee is going to be driving the

[14] van?

[15] A. Yes. They were called leaders.

[16] Q. When you came back in '99 and when you were

[17] dealing with Point and Fortune, did you do any

[18] investigation, you personally do any investigation

[19] into Point and Fortune and that company?

[20] A. No.

[21] Q. Do you know if anybody at Pack and Process

[22] ever did any investigation into Point and Fortune?

[23] A. No.

[24] Q. Do you know if it was ever -- if Pack and

**Page 44**

[1] Process ever asked for a documentation of liability

[2] insurance?

[3] A. Yes.

[4] Q. That was carried on behalf of Point and

[5] Fortune?

[6] A. Yes.

[7] Q. And as you sit here today do you believe, in

[8] '99, that Point and Fortune did have, in fact,

[9] liability insurance?

[10] A. They had to show an insurance binder. So, I'm

[11] going to say yes.

[12] Q. Do you understand there is a distinction

[13] between liability insurance and workers comp

[14] insurance?

[15] A. Okay, you got me, no.

[16] Q. That's fine.

[17] A. I was thinking workmen's comp.

[18] Q. Okay. And my question is were you aware of

[19] any request on behalf of Pack and Process that

[20] Point and Fortune produce liability insurance?

[21] A. No.

[22] Q. Did you ever go out to the Point and Fortune

[23] location, where they were based out of?

[24] A. No.

Page 45

[1] Q. Do you know if anybody from Pack and Process
[2]   ever went out to the location of where Point and
[3]   Fortune was located in Philadelphia?
[4] A. Yes.
[5] Q. Who do you believe went to Point and Fortune
[6]   that was a Pack and Process employee?
[7] A. Bob Macknis.
[8] Q. You believe that he went out to the actual
[9]   site?
[10] A. Yes.
[11] Q. And why do you believe that?
[12] A. He helped David Thach set up Point and
[13]   Fortune.
[14] Q. Could you clarify that for me, if you can.
[15]   What does that mean?
[16] A. David Thach was a leader for another temporary
[17]   agency. The agency, the owner of the agency took
[18]   all the funds from the company and went back to
[19]   Cambodia and didn't pay his employees. So David
[20]   and Bob, under Bob's tutelage, took and was able to
[21]   set up Point and Fortune.
[22] Q. Other than Bob, you will agree with me that
[23]   Bob was an employee, a direct employee of Pack and
[24]   Process, correct?

Page 46

[1] A. Correct.
[2] Q. Do you know, with any kind of specificity,
[3]   what Bob did in helping David Thach raise the Point
[4]   and Fortune company?
[5] A. Just helped him with the general setting it up
[6]   and, you know, the documentation and so forth.
[7] Q. Other than helping David Thach, was Bob
[8]   Macknis integrally involved in Point and Fortune?
[9] A. I can't say for sure, no.
[10] Q. Was, at any time, Bob Macknis an officer
[11]   meaning president, secretary, treasurer, or have
[12]   any type of ownership interest in Point and Fortune
[13]   that you are aware of?
[14] A. Not to my knowledge.
[15] Q. Did you ever hear from somebody else that Bob
[16]   Macknis had some type of ownership interest in
[17]   Point and Fortune?
[18] A. I can't say for sure.
[19] Q. We said before, your wife's first name is
[20]   Susi, correct?
[21] A. Correct, S-U-S-I.
[22] Q. Last name is Newsome?
[23] A. Now, it was Hadi.
[24] Q. Hadi, correct. And she was an individual who

Page 47

[1]   was provided as a temporary laborer to Pack and
[2]   Process, correct?
[3] A. That's correct.
[4] Q. When did you and Susi get married?
[5] A. We got married, she's going to kill me.
[6] Q. This is on video, do you want to take a break?
[7] A. No. We got married in April, yes, April of
[8]   2005.
[9] Q. How long had you and Susi been together in a
[10]   romantic relationship?
[11] A. Since some time in 2001.
[12] Q. Do you believe that you were involved in a
[13]   relationship with Susi Hadi prior to the June 18,
[14]   2001 accident?
[15] A. We had went out a couple of times.
[16] Q. And Susi was actually one of the occupants of
[17]   the van that was involved in the accident, correct?
[18] A. That is correct.
[19] Q. At the time of the accident do you know what
[20]   -- where Susi was assigned in Pack and Process?
[21] A. She was a machine operator at Boulden Circle.
[22] Q. Was she ever a direct employee of Pack and
[23]   Process?
[24] A. No.

Page 48

[1] Q. Did you ever have any discussion with Susi
[2]   relating to the relationship that Bob Macknis had
[3]   with Point and Fortune?
[4] A. No.
[5] Q. I'm not going to ask you for a specific date,
[6]   maybe you know, when was the first time you met
[7]   Susi?
[8] A. July of 2000.
[9] Q. And did you meet her in connection with your
[10]   employment at Pack and Process?
[11] A. Correct.
[12] Q. So you met her at the plant?
[13] A. Correct.
[14] Q. Do you know if Bob Macknis was receiving any
[15]   type of monetary compensation for his involvement
[16]   in helping set up Point and Fortune?
[17] A. I don't personally, know, no.
[18] Q. Did anybody ever tell you that he was?
[19] A. No.
[20] Q. To best of your knowledge did Steven Ames know
[21]   that Bob Macknis was helping David Thach to set up
[22]   Point and Fortune?
[23] A. Yes.
[24] Q. How do you know that Steven knew?

St. Paul Mercury Insurance Co., et al v.
Maly Yan

Sterling Newsome
June 29, 2006

Page 49

[1]  A.  I would say because Bob told Steve.
[2]  Q.  Were you ever there when Bob told Steve?
[3]  A.  That was before my time, six years before my
[4]    time.
[5]  Q.  But you understood that that conversation had
[6]    taken place?
[7]  A.  I would say it had to have, yes.
[8]  Q.  Was it your understanding that Steven was okay
[9]    with that fact, the fact that Bob was going to be
[10]   involved in helping David Thach start Point and
[11]   Fortune?
[12]       MR. MARCEL:  Objection.
[13]       THE WITNESS:  I would say he would have
[14]   had to have been because I have no knowledge
[15]   of his conversation but I know that Steven
[16]   Ames and I had a conversation at one time
[17]   and I had been approached and asked if I
[18]   wanted X amount of money per hour to help
[19]   the ABC Power to manage them so I would say
[20]   yes.
[21]  BY MR. VAN NAARDEN:
[22]  Q.  Is there any relationship between ABC Power,
[23]    and I'm assuming that's the name of another
[24]    temporary employment agency, correct?

Page 50

[1]  A.  Correct.
[2]  Q.  Any relationship between that and Point and
[3]    Fortune?
[4]  A.  Yes.
[5]  Q.  And how are they related?
[6]  A.  ABC Power took over the day-to-day operations
[7]    of Point and Fortune, but that was after Matia Lam,
[8]    which I forget the name of his, Lam Staffing, Lam
[9]    Staffing took over from ABC -- I mean from Point
[10]   and Fortune and then ABC Power took over from Lam
[11]   Staffing.
[12]  Q.  Is it fair to say that ABC Power wasn't in the
[13]   picture until after this accident occurred?
[14]  A.  That's correct.
[15]  Q.  All right.  And at some point you said you
[16]   were approached by Steven Ames asking if you wanted
[17]   additional --
[18]  A.  No.
[19]  Q.  Tell me how --
[20]  A.  We was having a discussion because Steve
[21]   Essingler felt that we was trying to maintain too
[22]   many temporary employees to do certain jobs.  And I
[23]   told Steve, I said, I have been asked to take in,
[24]   you know, I was offered a bribe, so to speak, or

Page 51

[1]    kick back, to help watch the employees of ABC
[2]    Power.  I said to Steve, I don't have a nickel for
[3]    keeping it, so I have no reason to try and pad the
[4]    staff.
[5]  Q.  Just to go back.  You said we had a
[6]    discussion, other than you and Steve Essingler?
[7]  A.  No, Steve Ames.
[8]  Q.  Oh, Steven Ames, just you and him had this
[9]    conversation?
[10]  A.  No.
[11]  Q.  What do you mean by padding the employees?
[12]  A.  Well, if I was receiving monetary funds from
[13]   one of the temporary agencies it would be in my
[14]   interest to try to have as many people, employees
[15]   as possible.  But I never did that.
[16]  Q.  Who approached you with this idea?
[17]  A.  Ti Lu.
[18]  Q.  Ti Lu?
[19]  A.  Ti Lu.
[20]  Q.  Who is Ti Lu?
[21]  A.  He was the gentleman that was running ABC
[22]    Power.
[23]  Q.  And this conversation happened after the
[24]    accident?

Page 52

[1]  A.  Yes.
[2]  Q.  Did you ever have any of those type of
[3]    conversations with anybody at Lam or Point and
[4]    Fortune?
[5]  A.  No.
[6]  Q.  Were you ever paid money directly or
[7]    indirectly from Point and Fortune or Lam Staffing?
[8]  A.  Not money, no.
[9]  Q.  Was there another form of compensation, other
[10]   than money, that you was provided to you by either
[11]   Point and Fortune on Lam?
[12]  A.  I went to lunch one time and I received a case
[13]   of beer for Christmas.
[14]  Q.  Okay.  Who did you go to lunch with?
[15]  A.  David Thach.
[16]  Q.  It's your understanding that David Thach, in
[17]   addition to whatever role he played in Lam or Point
[18]   and Fortune, owned a beer distributing company?
[19]  A.  Yes.
[20]  Q.  And that was in the Kensington area?
[21]  A.  I've never been there, I wasn't sure.
[22]  Q.  I'm sorry, I think it's in the Frankford area
[23]   of the city.
[24]  A.  I am not sure.

Sterling Newsome
June 29, 2006

St. Paul Mercury Insurance Co., et al v.
Maly Yan

Page 53

[1]   Q. As you sit here today do you know if David
[2]   Thach is still involved in the beer distributing
[3]   industry?
[4]   A. I have been told that he is out of it, I don't
[5]   know.
[6]   Q. Now, you said you got a case of beer from
[7]   David Thach?
[8]   A. Yes.
[9]   Q. Was there something that you did that he was
[10]  compensating you for or was it just a gift?
[11]  A. Christmas.
[12]  Q. So just a gift?
[13]  A. Just a gift.
[14]  Q. How much time, approximately, did you spend
[15]  with David Thach outside of your role as production
[16]  supervisor at Pack and Process?
[17]  A. Other than calling him on the phone to discuss
[18]  labor needs I, like I said, I went to lunch with
[19]  him one time, that's about it.
[20]  Q. The idea that was presented to you in
[21]  conjunction with ABC Power, and I'm talking about
[22]  the kickbacks or however you want to term it, I
[23]  think you used the term kickback, correct?
[24]  A. Yes.

Page 54

[1]   Q. Do you know of anybody, during the time period
[2]   that Point and Fortune and Lam was working in
[3]   connection with Pack and Process, if there was any
[4]   type of Pack and Process employee receiving that
[5]   type of compensation from either one of those
[6]   entities?
[7]   A. Not, I do not say so.
[8]   Q. Were you ever told --
[9]   A. No.
[10]  Q. By anybody that that type of compensation
[11]  existed?
[12]  A. No.
[13]  Q. Individual Matalu?
[14]  A. Matia Lam.
[15]  Q. Matia Lam, is -- was Matia Lam involved at all
[16]  in Point and Fortune?
[17]  A. No.
[18]  Q. For the period of time that Point and Fortune
[19]  was working with Pack and Process did you even know
[20]  that Matia Lam existed?
[21]  A. Yes.
[22]  Q. And how was it that you know about Matia Lam
[23]  and Point and Fortune was working with Pack and
[24]  Process?

Page 55

[1]   A. Matia Lam was David Thach's brother-in-law.
[2]   Q. Do you know if Matia Lam had any role in
[3]   setting up Point and Fortune?
[4]   A. No.
[5]   Q. Do you know if he had any type of ownership
[6]   interest in Point and Fortune?
[7]   A. No.
[8]   Q. How long, how long a period of time was Pack
[9]   and Process dealing with Point and Fortune when you
[10]  got there in '99 to the time that you started
[11]  working with Lam, I think it's Lam Staffing?
[12]  A. It was, well, the accident happened in 2001.
[13]  So, it would have been about a year, almost a year,
[14]  it was eight months to a year.
[15]  Q. So some time in 2000 you stopped dealing with
[16]  Point and Fortune and started dealing with Lam?
[17]  A. Yes. It was towards the Christmas holiday so
[18]  it would have been six months to eight months.
[19]  Q. When the switch over happened from Point and
[20]  Fortune to Lam was Robert Macknis retired?
[21]  A. No. Yes, he was. He had to be.
[22]  Q. He was?
[23]  A. Yes.
[24]  Q. Is it fair to say that Bob Macknis was not

Page 56

[1]   involved in the decision to go with Lam Staffing as
[2]   the provider for temporary laborers?
[3]   A. No.
[4]   Q. Okay. How was he involved, how was Robert
[5]   Macknis involved in the decision to use Lam
[6]   Staffing?
[7]   A. I'm sorry, I meant, no, he wasn't involved.
[8]   Q. Thank you. Who was involved in the decision
[9]   to stop using Point and Fortune and start using
[10]  Lam?
[11]  A. David Thach.
[12]  Q. Okay. Well, there had to be someone in Pack
[13]  and Process who was involved in that decision,
[14]  right?
[15]  A. Not -- it would have been Steve Ames, I would
[16]  say. The reason I say that is because about that
[17]  time David Lam opened up his beer -- not David Lam.
[18]  David Thach opened up his, started opening up a
[19]  beer distributorship and he was president of that
[20]  and he couldn't be president of Point and Fortune
[21]  and be president of the beer distributorship at the
[22]  same time.
[23]  Q. Why couldn't he?
[24]  A. That's something you would have to ask him.

St. Paul Mercury Insurance Co., et al v.
Maly Yan

Sterling Newsome
June 29, 2006

---

Page 57

[1]  Q.  Okay. You don't know why?
[2]  A.  Right.
[3]  Q.  But it was presented to you in some way, shape
[4]  or form that for some reason he couldn't do both?
[5]  A.  Right.
[6]  Q.  What was your understanding of -- well, first
[7]  of all, who was Lam Staffing, who were the people
[8]  at the top of the, in charge of Lam Staffing?
[9]  A.  Matia Lam.
[10] Q.  And David Thach was not involved in at all?
[11] A.  He may have helped oversee it, but the
[12] company, Lam Staffing, was put in Matia Lam's name.
[13] Q.  How did you know that it was in Matia Lam's
[14] name?
[15] A.  Because they changed the name of the company
[16] and that was my person of contact from then on. He
[17] was responsible for it.
[18] Q.  Was anybody at Pack and Process involved in
[19] setting up Lam Staffing?
[20] A.  No.
[21] Q.  Anybody at point -- at Pack and Process
[22] facilitate, kind of helping out, giving guidance in
[23] any way in helping to establish Lam Staffing?
[24] A.  No.

---

Page 58

[1]  Q.  Anybody, at any time, that you were dealing
[2]  with Lam Staffing, at any time did anybody at Pack
[3]  and Process have any type of financial interest in
[4]  Lam Staffing?
[5]  A.  To my knowledge, no.
[6]  Q.  When it was Point and Fortune that you said
[7]  traditionally someone from Point and Fortune would
[8]  come and pick up the checks on a weekly basis,
[9]  correct?
[10] A.  That's correct.
[11] Q.  And that was traditionally David Thach?
[12] A.  Correct.
[13] Q.  When it was Point and Fortune, correct?
[14] A.  Or he would have me get the check and give it
[15] to one of his leaders.
[16] Q.  How about when it changed over to Lam
[17] Staffing, did that process change of how you paid
[18] Lam?
[19] A.  Matia Lam would come pick up the check.
[20] Q.  Did David Thach ever come and pick up the
[21] check?
[22] A.  I really don't recall because David wasn't
[23] around much after that. He would come in
[24] occasionally but basically he was busy with his

---

Page 59

[1]  other enterprise?
[2]  Q.  What nationality is David Thach, if you know?
[3]  A.  Cambodian.
[4]  Q.  How would you describe his English speaking
[5]  skills?
[6]  A.  Not bad.
[7]  Q.  Were you able to converse with him?
[8]  A.  Yes.
[9]  Q.  And do you believe that he was adequately able
[10] to understand what you were telling him?
[11] A.  Yes.
[12] Q.  Was he able to adequately tell you and respond
[13] to your conversation?
[14] A.  I never needed an interpreter.
[15] Q.  How about Matia Lam, what nationality was
[16] Matia Lam?
[17] A.  Cambodian.
[18] Q.  And describe for me his English speaking
[19] skills?
[20] A.  Somewhat limited.
[21] Q.  Did you need an interpreter to speak with
[22] Matia Lam?
[23] A.  No, just a lot of patience.
[24] Q.  At any time when you were involved in Pack and

---

Page 60

[1]  Process did you ever pay Point and Fortune or Lam
[2]  Staffing in cash?
[3]  A.  No.
[4]  Q.  Did you ever give -- my understanding is that
[5]  there was approximately, at any given time $300
[6]  worth of petty cash in the Boulden Circle location,
[7]  correct?
[8]  A.  Correct.
[9]  Q.  Did you ever give, lend Point and Fortune or
[10] Lam Staffing any of the petty cash?
[11] A.  No.
[12] Q.  Also fair to say that there were gasoline
[13] cards that were distributed by Steven Ames for
[14] purposes of Pack and Process business?
[15] A.  Originally there was gas cards for Cheryl and
[16] for Steve Essingler and for Bob Macknis.
[17] Q.  Do you know if the gas cards that you're
[18] referring to, were ever given to the leaders of Lam
[19] Staffing in order to pay for gasoline?
[20] A.  Absolutely not.
[21] Q.  Would that have been something you would have
[22] been aware of you think?
[23] A.  That would have made a big roar in the
[24] company, yes, that is something that I would have

---

Page 61

[1] been aware of.

[2] Q. Did you or were you privy to, and what I mean
[3] by that is did you ever see the agreement between
[4] Pack and Process and Lam Staffing?

[5] A. No.

[6] Q. Did you ever see any of the agreements between
[7] any of the labor, the temporary labor agencies and
[8] Pack and Process?

[9] A. Yes.

[10] Q. So, it was a form basically, correct?

[11] A. Standard.

[12] Q. All right. I am going to, do you have a
[13] pre-marked exhibit? I'm going to give you a date
[14] and tell me if this comports with your recollection
[15] as to the first time that Lam Staffing contracted
[16] with Pack and Process, October of 2000. Does that
[17] seem about right?

[18] A. Yes.

[19] Q. I think I asked you the question before, as to
[20] has anybody ever been to the Point and Fortune
[21] location and you said that you believed that Bob
[22] Macknis had been, correct?

[23] A. Correct.

[24] Q. Same question as to Lam Staffing, do you know

Page 62

[1] if anybody actually went out to that location to
[2] investigate it?

[3] A. When you say investigate, no, I don't feel
[4] there was ever any need to investigate.

[5] Q. Do you know if anybody from Pack and Process
[6] was ever at that location, ever at the Lam Staffing
[7] location, which I believe is, or at the time was
[8] reported to be located at 5613 North 6th Street in
[9] Philadelphia, Pennsylvania?

[10] A. No.

[11] Q. Just to digress for a second. Currently you
[12] said you live in Philly, correct?

[13] A. That's correct.

[14] Q. And when you started dating Susi she lived in
[15] Philly, correct?

[16] A. That's correct.

[17] Q. Were you living in Philly at the time when you
[18] first met?

[19] A. Originally, no.

[20] Q. At some point did you actually move in with
[21] her?

[22] A. Yes.

[23] Q. And that's where you live right now, right?

[24] A. That's correct.

Page 63

[1] Q. At the same location?

[2] A. Yes.

[3] Q. Do you know how far away you live right now
[4] from 5713 North 6th Street?

[5] A. No.

[6] Q. 5713 North 6th Street.

[7] A. No, that's probably across JFK Boulevard.

[8] Q. You've never been to that location?

[9] A. No.

[10] Q. Did you ever talk with your wife about whether
[11] or not she was ever at the location, if she had
[12] actually ever gone to Lam Staffing's offices?

[13] A. No, she never went there.

[14] Q. Never went there?

[15] A. To my knowledge she didn't.

[16] Q. I'm going to mark this for identification
[17] purposes as Newsome-1.

[18]     (Whereupon the court reporter marked the
[19]     document as Newsome-1 for identification
[20]     purposes.)

[21] BY MR. VAN NAARDEN:

[22] Q. Just so we're all on the same page, I'm
[23] referring to purchase order 901 with an attached
[24] addendum which is the agreement between Pack and

Page 64

[1] Process and Lam Staffing. I want you to take a
[2] look at what has been identified as Newsome-1. And
[3] it's approximately five pages long. I want to know
[4] if you have ever seen either -- first of all, I
[5] want to know if you have ever seen that document
[6] before? You can take your time.

[7] A. I never saw this document before.

[8] Q. Did you look at the addendum attached to it?

[9] A. Let me go --

[10] Q. You're actually looking at the addendum right
[11] now.

[12] A. Oh, okay.

[13] Q. Never seen it before?

[14] A. No.

[15] Q. Did you ever see a document like that, like
[16] the form itself?

[17] A. The only one I saw was with a group out of
[18] New Jersey.

[19] Q. When you say a group out of New Jersey you're
[20] talking about a temporary --

[21] A. Agency that I brought in.

[22] Q. And they signed one of these documents?

[23] A. Yes.

[24] Q. Did you actually sign it or did Steve sign it

St. Paul Mercury Insurance Co., et al v.
Maly Yan

Sterling Newsome<br>June 29, 2006

---

Page 65

[1]   on behalf of Pack and Process?
[2]   A.  Steve.
[3]   Q.  At some point prior to me showing you this
[4]   document, you had read it before, right?
[5]   A.  No.
[6]   Q.  Okay.  Never went through it?
[7]   A.  No.
[8]   Q.  And that brings me to a good point.  Did you
[9]   look at any documentation in preparation for this
[10]  deposition today?
[11]  A.  No.
[12]  Q.  You weren't shown any documents?
[13]  A.  No.
[14]  Q.  Were you given, just like your deposition is
[15]  being transcribed, were you given any deposition
[16]  transcripts to review?
[17]  A.  No.
[18]  Q.  Were you given any summary of depositions that
[19]  had been taken in relation to this matter?
[20]  A.  No.
[21]  Q.  Did you have any discussions, with anybody,
[22]  outside of discussions you may or may not have had
[23]  with counsel, regarding your presence here today
[24]  and what you would be discussing with us?

---

Page 66

[1]   A.  No.
[2]   Q.  Did you have any discussions with your wife
[3]   about coming here today?
[4]   A.  Yes.
[5]   Q.  And other than the fact that you were going to
[6]   have to come here today, and I understand that her
[7]   and your son came with you today?
[8]   A.  Yes, but they left.
[9]   Q.  Other than talking about the fact that you had
[10]  to come here today, did you talk about the
[11]  substance of what was going to be or what you
[12]  anticipated to be the subject of this deposition?
[13]  A.  No.
[14]  Q.  Did you discuss with your wife the June 18,
[15]  '01 accident at all in anticipation for coming here
[16]  today?
[17]  A.  No.
[18]  Q.  I'm going to show you something real quick on
[19]  Newsome-1.  Sorry.
[20]  A.  No problem.
[21]  Q.  This purchase order, it's purchase order 901.
[22]  A.  Right.
[23]  Q.  Do you know what that -- is 109 the name of
[24]  this form or does 910 correspond to this particular

---

Page 67

[1]   purchase order and if you don't know, please tell
[2]   me?
[3]   A.  I personally don't know but I believe that
[4]   purchase orders had to be issued from Steve
[5]   Essingler for just about everything.
[6]   Q.  There are a bunch of different, you will agree
[7]   with me, there are one, two, three, four, five,
[8]   six, seven, eight, nine, ten, eleven boxes on this
[9]   first form entitled purchase order 901, correct?
[10]  A.  Correct.
[11]  Q.  Do you know what these boxes mean?
[12]  A.  Yes.
[13]  Q.  What do they mean?
[14]  A.  It helps describe the role that Lam Staffing
[15]  would be -- Lam Staffing will have in the, in our
[16]  using their service.
[17]  Q.  If you read through it and read through every
[18]  line and then tell me when you're done.
[19]  A.  Okay.  Okay.
[20]  Q.  Have you read it all?
[21]  A.  Yes.
[22]  Q.  Would you agree with me that there is nothing
[23]  contained, at least on that initial page from that
[24]  purchase order, stating that Lam Services is to

---

Page 68

[1]   provide transportation for the temporary laborers
[2]   from their home location to Delaware?
[3]         MR. MARCEL:  Objection.  He's never seen
[4]   the contract, he's never read a draft and
[5]   you're asking him to interpret a contact
[6]   that he has never seen before right now?
[7]         MR. VAN NAARDEN:  Yes, I'm just asking
[8]   --
[9]   BY MR. VAN NAARDEN:
[10]  Q.  You just read it, correct?
[11]  A.  It doesn't mention transportation.
[12]  Q.  Okay.  Do you know if there was any type of
[13]  oral agreement between Lam Staffing and Pack and
[14]  Process whereby it was understood that
[15]  transportation was going to be provided by Lam
[16]  Staffing for the temporary employees?
[17]  A.  I think at the time all of your agent, I mean
[18]  Asian agencies provided transportation for their
[19]  employees.
[20]  Q.  My question was a little different.  It was
[21]  are you aware of any oral agreement that stated
[22]  that, that they were going to be providing
[23]  transportation services for their employees?
[24]  A.  I think the oral agreement was that, from

---

Sterling Newsome
June 29, 2006

St. Paul Mercury Insurance Co., et al v.
Maly Yan

**Page 69**

[1]     Point and Fortune carried over to Lam Staffing.
[2]   **Q.** So you believe that that type of agreement was
[3]     something that was in force with Pack and Process
[4]     and Point and Fortune, is that what you're telling
[5]     me?
[6]   **A.** Yes.
[7]   **Q.** All right. And you believe that once Point
[8]     and Fortune, and Lam Staffing, once Lam Staffing
[9]     took over the role that Point and Fortune had a
[10]    served, that that agreement had stayed in place?
[11]   **A.** Yes.
[12]   **Q.** But you understand that Lam Staffing and Point
[13]     and Fortune were separate entities, correct?
[14]   **A.** Yes.
[15]   **Q.** And you don't believe that an additional oral
[16]     agreement had taken place or was understood
[17]     between, specifically between Lam Staffing and Pack
[18]     and Process?
[19]   **A.** In my dealing with temporary agencies it's
[20]     usually understood that the agency will provide
[21]     transportation. I've dealt with several temporary
[22]     agencies and they all --
[23]   **Q.** I understand. But I just want, my question
[24]     was a little different. Specifically do you know?

**Page 70**

[1]   **A.** Specifically I do not know.
[2]   **Q.** Do you know who Yan Thou is?
[3]   **A.** Yan, yes.
[4]   **Q.** And was, to the best of your understanding Yan
[5]     Thou, we can just call him Yan, we're talking about
[6]     the same person, right?
[7]   **A.** Correct, Maly's father.
[8]   **Q.** Correct, yes. Well, at any time while you
[9]     were at Pack and Process was Yan a permanent
[10]     employee, a direct employee of Pack and Process.
[11]   **A.** No.
[12]   **Q.** He was always a, somebody who was provided
[13]     through Lam Staffing, correct?
[14]   **A.** Through Point and Fortune and Lam.
[15]   **Q.** When Point and Fortune was doing business with
[16]     Pack and Process do you know if Yan was a leader?
[17]   **A.** Yes.
[18]   **Q.** And do you know if he was transporting people
[19]     to and from Philadelphia to Delaware and
[20]     vice-versa?
[21]   **A.** Yes.
[22]   **Q.** Do you know what type vehicle he drove?
[23]   **A.** I think it was, it was a Dodge Maxi van, 3500,
[24]     burgundy in color. And it was approximately in the

**Page 71**

[1]     1990 through '99 year.
[2]   **Q.** When you got back to the company in '99 was it
[3]     your understanding that Yan had been providing
[4]     transportation for the temporary workers before you
[5]     got back in '99?
[6]   **A.** Yes.
[7]   **Q.** And for a point of time, after you got back in
[8]     '99, he was still providing transportation from
[9]     Philly to Delaware, correct?
[10]   **A.** Correct.
[11]   **Q.** Do you know how many, back in '99, do you know
[12]     if Pack and Process did any investigation into
[13]     whether or not Yan had a driver's license?
[14]   **A.** Wasn't our responsibility.
[15]   **Q.** So the answer is no?
[16]   **A.** The answer is no.
[17]   **Q.** Do you know if anybody at Pack and Process did
[18]     any investigation into the vehicle that he was
[19]     driving and what I mean by that is whether or not
[20]     its inspection and registration were up to date?
[21]   **A.** I don't know how to answer this. We -- David
[22]     Thach was responsible for providing the
[23]     transportation down and his drivers were
[24]     responsible for their fuel, their insurance and

**Page 72**

[1]     keeping their vehicle inspected.
[2]   **Q.** Was that something, that responsibility that
[3]     you're saying that Lam Staffing or David Thach had,
[4]     was that anything that you know was memorialized in
[5]     writing?
[6]   **A.** No, it wasn't in writing.
[7]   **Q.** Do you know if that was any type of oral
[8]     agreement between someone at Pack and Process and
[9]     David Thach and Lam Staffing?
[10]   **A.** Once again, no.
[11]   **Q.** This Dodge, well, first of all, when you
[12]     started in '99 do you know if Susi was being
[13]     transported specifically by Yan to the factory?
[14]   **A.** She didn't start until 2000, July 2000.
[15]   **Q.** When she started working was it your
[16]     understanding that she was going with Yan?
[17]   **A.** She originally had worked, she worked with --
[18]     she worked under two or three different leaders
[19]     because we would switch her back and forth from
[20]     night shift to day shift.
[21]   **Q.** Did you know if she, prior to the accident, if
[22]     she had ever traveled with Yan in that Dodge van?
[23]   **A.** Yes.
[24]   **Q.** Traditionally what time did you usually get to

St. Paul Mercury Insurance Co., et al v.
Maly Yan

Sterling Newsome
June 29, 2006

---

Page 73

[1]     the Boulden Circle location on any given day?
[2]   A.  5:30 in the morning.
[3]   Q.  And traditionally what time were the workers,
[4]     the temporary workers suppose to be at the factory?
[5]   A.  By quarter of six.
[6]   Q.  Quarter of six, 5:45?
[7]   A.  Yes.
[8]   Q.  And you said there are gates to the factory?
[9]   A.  Not at the --
[10]   Q.  Back in '82.
[11]   A.  Not at the Boulden Circle, no.
[12]   Q.  Was the policy still the same, that if they
[13]     got there late they were told to go home?
[14]   A.  The company had, by then had learned that they
[15]     couldn't control traffic and stuff like that and
[16]     they were coming from such a long distance, it was
[17]     a little more liberal.
[18]   Q.  Understood.  Were you ever, let me ask you
[19]     this.  When they -- you said they were suppose to
[20]     be in the factory at 5:45; is that accurate?
[21]   A.  Yes.
[22]   Q.  Traditionally what time would the vans show
[23]     up?
[24]   A.  Between quarter of -- 5:15 and ten minutes to

---

Page 74

[1]     six a.m.
[2]   Q.  Is it fair to say that when the vans showed up
[3]     you were traditionally on the property somewhere?
[4]   A.  As a rule, yes.
[5]   Q.  Did you ever actually see the vans pull up?
[6]   A.  Yes.
[7]   Q.  And from your office did you have a window
[8]     where you could see the parking lot and see them
[9]     come in?
[10]   A.  No.
[11]   Q.  Approximately how many times, prior to the
[12]     accident, estimate, do you believe you actually
[13]     saw the vans pull up into the parking lot in the
[14]     beginning of the day?
[15]   A.  Four days a week for two and a half years.
[16]     That's about all I can say.
[17]   Q.  Quite a few?
[18]   A.  Yes.
[19]   Q.  More than ten?
[20]   A.  Four days a week for two and a half years.
[21]   Q.  We'll do the math later.
[22]   A.  Yes.
[23]   Q.  Did you ever specifically see that Dodge van,
[24]     driven by Yan, pull up to the factory prior to the

---

Page 75

[1]     accident?
[2]   A.  Yes.
[3]   Q.  Do you know how many passengers that van was
[4]     suppose to occupy?  I don't think I'm asking that
[5]     question right
[6]   A.  15.
[7]   Q.  You understand my question?
[8]   A.  Yes.
[9]   Q.  You knew that it was a 15 passenger van?
[10]   A.  Correct.
[11]   Q.  Did you know if the van had seatbelts for the
[12]     passengers prior to the accident?
[13]   A.  Yes.
[14]   Q.  And did it?
[15]   A.  Yes.
[16]   Q.  Did you ever see, in the time period before
[17]     the accident, more than 15 people exit that van?
[18]   A.  Yes.
[19]   Q.  Did you have an understanding, prior to the
[20]     accident, as to why the manufacturer suggested that
[21]     15, that it was a 15 passenger van, do you have an
[22]     understanding?
[23]   A.  Basically yes.
[24]   Q.  And was it your understanding that it was

---

Page 76

[1]     unsafe to have more than 15 people in the van?
[2]   A.  The -- mechanically it's only designed for 15
[3]     people.
[4]   Q.  That's because it's a safety issue, correct?
[5]   A.  Correct.
[6]   Q.  Because the car is not going to maneuver and
[7]     perform like it should if there's more weight and
[8]     more than 15 people in the van; fair?
[9]   A.  That's correct.
[10]   Q.  And that was something that you knew before
[11]     the accident occurred, correct?
[12]   A.  Correct.
[13]   Q.  Did you ever have any discussions with your
[14]     now wife, or any of the other temporary employees
[15]     about the fact that you had or -- let me go back.
[16]     Did any of the temporary workers express any
[17]     concerns to you that they had about the amount of
[18]     people that were being placed in that van?
[19]   A.  They would complain from time to time they had
[20]     to sit on the floor, there wasn't room.
[21]   Q.  And when you said they complained, they
[22]     complained to you?
[23]   A.  Yes.
[24]   Q.  And what was your response?

---

Sterling Newsome
June 29, 2006

St. Paul Mercury Insurance Co., et al v.
Maly Yan

Page 77

[1] **A.** I talked to David Thach and told him that this
[2] van was only designed for 15 people and they
[3] shouldn't be hauling any more than that. And Mr.
[4] Thach or David said, that being as they were
[5] basically Asians they were much smaller in stature
[6] and that the DOT looked the other way.
[7] **Q.** Did you have an understanding that the DOT was
[8] aware of the fact that there were more than 15
[9] people being placed in this van?
[10] **A.** I can't say this van specific, but I can say
[11] that, yes, I had seen vans pulled over before by
[12] local enforcement and more than 15 people would be
[13] in them at a time but nothing was ever said.
[14] **Q.** You actually saw that happen?
[15] **A.** Not with David's people but with other people.
[16] **Q.** I guess, how was it that you were able to see
[17] it unless it happened on the Boulden Circle
[18] grounds?
[19] **A.** Well, I am a truck driver myself. I have a
[20] CDL license and I have seen this before. But I
[21] have also dealt with other temporary agencies and
[22] that's how I know, I talked to other people and
[23] stuff.
[24] **Q.** You have a commercial driver's license you

Page 78

[1] said?
[2] **A.** Yes.
[3] **Q.** Do you know what the requirements are for,
[4] when I say requirements I mean when is it necessary
[5] to obtain a commercial driving license, when do you
[6] have to have one, do you know?
[7] **A.** Any time you're driving a commercial vehicle
[8] for the use of commercial business or when you're
[9] going to be hauling more than 15 passengers in a
[10] vehicle.
[11] **Q.** Do you know if any of the drivers, of any of
[12] the vans transporting any of the temporary
[13] employment, temporary employees had CDL licenses?
[14] **A.** I'm not aware if they did or not.
[15] **Q.** Is that anything, is that something that Pack
[16] and Process inquired into?
[17] **A.** No.
[18] **Q.** Did you have any concerns when these people
[19] would come to you, these temporary employees would
[20] come up to you and say, I'm sitting on the floor of
[21] this 15 passenger van, did you have any concerns
[22] about their safety?
[23] **A.** Other than the time that I talked to David
[24] about it, no.

Page 79

[1] **Q.** When you talked to David, was that something
[2] that occurred before, that talk, before the
[3] accident?
[4] **A.** Yes.
[5] **Q.** And when you walked away from that
[6] conversation with David, were you satisfied that
[7] David, that you felt that David was going to fix
[8] the problem?
[9] **A.** From his answer I knew it wasn't going to
[10] change.
[11] **Q.** So you knew, when you walked away, that at
[12] least David wasn't going to do anything to rectify
[13] it?
[14] **A.** That's correct.
[15] **Q.** Is that something that you went and told
[16] Steven Ames, that hey, this is a problem. I talked
[17] to David Thach about it and he said, I just have
[18] the feeling that he's not going to do anything
[19] about it?
[20] **A.** No. The reason was that we were not involved
[21] in the transportation of the people. We utilized
[22] the people, but we were not involved in the
[23] transporting them back and forth to work. I did
[24] bring up the concern that if an accident ever did

Page 80

[1] happen, we would lose approximately a third of our
[2] work force and that would take us awhile to recoup
[3] and actually it happened. And, yes, it took six
[4] months or better to get back to where we were
[5] before.
[6] **Q.** So you were concerned, in relation to these
[7] vans, and how many people were put in them, you and
[8] Pack and Process were concerned about losing a
[9] third of your work force if an accident occurred?
[10] **A.** Yes.
[11] **Q.** Is it fair to say that was your major concern
[12] about or your primary concern about the fact that
[13] these passengers, there were more than 15
[14] passengers in this van?
[15] **A.** Yes, that was my concern, that was my personal
[16] concern, because as being a truck driver I had a
[17] CDL license so I knew the laws.
[18]       **VIDEO OPERATOR:** Off the record at
[19] 11:47, conclusion of DVD Number one.
[20]       (Whereupon there was a short recess.)
[21]       **VIDEO OPERATOR:** On the record 12:15.
[22] This is the beginning of DVD two.
[23] **BY MR. VAN NAARDEN:**
[24] **Q.** At some point in time were you made aware of

St. Paul Mercury Insurance Co., et al v.
Maly Yan

Sterling Newsome
June 29, 2006

---

**Page 81**

[1] the fact that Yan had, he had either lost his
[2] license or had his license suspended, driver's
[3] license?
[4] **A.** Yes.
[5] **Q.** How did you become aware of that fact?
[6] **A.** When Ken Chow started.
[7] **Q.** Was Kenny Chow a leader before he started
[8] driving?
[9] **A.** Yes.
[10] **Q.** So he had been driving a different vehicle?
[11] **A.** He would ride in with his father, and
[12] sometimes he would bring in a mini van.
[13] **Q.** How is it that you learned that Kenny Chow was
[14] going to be -- well, first of all, was it your
[15] understanding that Kenny Chow was going to be
[16] driving Yan's van?
[17] **A.** For a short period of time, yes.
[18] **Q.** Who presented that to you, that information?
[19] **A.** When they wanted to change Kenny from one
[20] shift to another.
[21] **Q.** Who is they?
[22] **A.** I guess it would have been Matia or somebody.
[23] I wasn't -- I was just aware that the change had
[24] been made.

---

**Page 82**

[1] **Q.** That was something -- that was information
[2] provided to you by someone from Lam Staffing?
[3] **A.** Yes.
[4] **Q.** Do you think it was --
[5] **A.** Ken, Ken Chow was the one that told me.
[6] **Q.** What did he tell you?
[7] **A.** He told me that he was going to start driving,
[8] Yan was having some problems with his license.
[9] **Q.** And anymore specific than having problems with
[10] his license?
[11] **A.** No.
[12] **Q.** Do you know why Ken Chow told you that?
[13] **A.** Yes.
[14] **Q.** Why?
[15] **A.** Because I asked him why he was changing
[16] shifts.
[17] **Q.** Did you have any discussions with anybody at
[18] Lam, other than Kenny Chow, relating to the fact
[19] that Yan couldn't be driving anymore?
[20] **A.** No.
[21] **Q.** Do you know when in time that happened,
[22] approximately?
[23] **A.** About a month before the accident, I think.
[24] **Q.** And at some point in time were you made aware

---

**Page 83**

[1] of the fact that Maly Yan was going to drive the
[2] van instead of Kenny Chow?
[3] **A.** Yes.
[4] **Q.** When were you notified of that?
[5] **A.** Maybe a day or two before the accident.
[6] **Q.** And who presented that information to you.
[7] **A.** Maly.
[8] **Q.** Maly approached you?
[9] **A.** She just said -- we was just casually
[10] talking one time and she said she's going to start
[11] driving.
[12] **Q.** Was Steven Ames ever made aware of that fact?
[13] **A.** No.
[14] **Q.** Prior to this conversation you had with Maly
[15] Yan, you had known who she was?
[16] **A.** Yes.
[17] **Q.** And you knew that she was a direct employee of
[18] Pack and Process, she was a quality, a QC person,
[19] correct?
[20] **A.** Correct.
[21] **Q.** Was there any concern of yours that she would
[22] be, if in fact, let's start this way. Your
[23] understanding was that it was -- Maly Yan was going
[24] to start driving the van?

---

**Page 84**

[1] **A.** Correct.
[2] **Q.** Who was she doing that for?
[3] **A.** Her father.
[4] **Q.** And was she receiving any, if you know, any
[5] compensation from anybody else besides Pack and
[6] Process for driving, do you know if she was
[7] receiving any other compensation, other than the
[8] compensation that Pack and Process was providing to
[9] her?
[10] **A.** She wasn't being compensated by Pack and
[11] Process to drive.
[12] **Q.** My question was a little different. She was
[13] being paid on the books for the services she was
[14] providing for Pack and Process as QC person,
[15] correct?
[16] **A.** Correct.
[17] **Q.** Do you know if separate and apart from that
[18] she was getting any money on the side from anybody
[19] else about -- relating to her transporting workers?
[20] **A.** I told her she would have to talk to David
[21] Thach to see of he would pay her a couple hours a
[22] week, I mean a couple hours a day.
[23] **Q.** Did you talk to David Thach in that regard?
[24] **A.** No.

---

Page 85

[1]   **Q.** Do you know if Maly Yan ever did?
[2]   **A.** I really don't know because she had an
[3]       accident a couple days later.
[4]   **Q.** Did you ever bring it up to Steve Ames that
[5]       Maly Yan, who was a direct employee of Pack and
[6]       Process, was also going to be transporting workers?
[7]   **A.** As long as she was off the clock, we didn't
[8]       care.
[9]   **Q.** Do you know how Lam Staffing compensated the
[10]      drivers, the leaders, the individuals who were
[11]      driving the vans?
[12]  **A.** Yes.
[13]  **Q.** How did they compensate them?
[14]  **A.** They gave them a salary somewhat higher than
[15]      their average employees and they paid them like
[16]      three dollars per week, three dollars a day per
[17]      person.
[18]  **Q.** So they got a higher hourly rate than the
[19]      regular temporary employees?
[20]  **A.** Yes.
[21]  **Q.** And they also got, whatever it was, a certain
[22]      amount of money per head that they were
[23]      transporting?
[24]  **A.** Yes.

Page 86

[1]   **Q.** And you were aware of that, that salary
[2]       scheme?
[3]   **A.** Yes.
[4]   **Q.** Who made you aware of that compensation scheme
[5]       for transporting workers?
[6]   **A.** Just talking to the leaders.
[7]   **Q.** That payment, do you know if it was made in
[8]       cash, or check or other means?
[9]   **A.** That was made, when they received their
[10]      salaries every week that's when they received the
[11]      payment.
[12]  **Q.** Was it in cash?
[13]  **A.** Yes.
[14]  **Q.** Did you ever see David Thach or anybody from
[15]      Lam Staffing handing out cash to the employees?
[16]  **A.** I saw him hand it out to his leaders and his
[17]      leaders would hand it out.
[18]  **Q.** And you saw that happening?
[19]  **A.** Yes. I was a well aware of how they paid,
[20]      payment was made.
[21]  **Q.** Did you have any concerns about the way that
[22]      Lam Staffing was paying their employees?
[23]  **A.** No.
[24]  **Q.** Did you have any concerns that maybe the way

Page 87

[1]   that they were paying the employees was not
[2]   legitimate in some way?
[3]   **A.** No.
[4]   **Q.** Now your wife, Susi, was she paid in cash?
[5]   **A.** Yes.
[6]   **Q.** She was never a leader, correct?
[7]   **A.** No.
[8]   **Q.** Do you know if your wife ever had to pay in
[9]       order to get on the van every day?
[10]  **A.** That was, no, I don't think they took that
[11]      from their salary, I think that came from the
[12]      general pool.
[13]  **Q.** When you say general pool, what do you mean?
[14]  **A.** When David would pay his leaders he had to
[15]      take money out of his pocket to pay the leaders
[16]      because they were making more money than what he
[17]      was being paid per hour, or whoever, whatever
[18]      staffing it was. I know I keep referring to David
[19]      but it is --
[20]  **Q.** How much time, prior to the accident, were you
[21]      aware of that Maly Yan had been transporting
[22]      workers to and from the factory?
[23]  **A.** She had just started when Ken transferred to
[24]      night shift, when his dad went back to Vietnam.

Page 88

[1]   **Q.** Did Maly Yan ever approach you or did she ever
[2]       approach you and ask you for permission to drive
[3]       the van to and from?
[4]   **A.** No.
[5]   **Q.** Did he ever express to you any concerns about
[6]       working for two different agent -- to different
[7]       companies at the same time?
[8]           **MR. MARCEL:** Objection. You can answer.
[9]           **THE WITNESS:** I can answer?
[10]          **MR. MARCEL:** Yes.
[11]          **THE WITNESS:** No, as long as she was off
[12]      the clock we had no control over what she
[13]      did as long as -- that was her business.
[14]  **BY MR. VAN NAARDEN:**
[15]  **Q.** Do you know if Maly Yan ever approached
[16]      anybody in the Pack and Process organization to ask
[17]      for their permission to drive these workers to and
[18]      from work?
[19]  **A.** To my knowledge, no.
[20]  **Q.** Do you know if she ever approached David Thach
[21]      or someone from Lam Staffing and asked them to ask
[22]      someone in Pack and Process for permission for her
[23]      to drive?
[24]  **A.** I don't know.

St. Paul Mercury Insurance Co., et al v.
Maly Yan

Sterling Newsome
June 29, 2006

Page 89

[1]    **Q.** Did David Thach or anybody from Lam Staffing
[2]    approached you asking if it was okay if Maly Yan
[3]    could transport these people?
[4]    **A.** No.
[5]    **Q.** Anybody else from the Lam organization
[6]    approach you and ask you if it was okay if Maly
[7]    would drive the van?
[8]    **A.** No.
[9]    **Q.** Do you know if Maly Yan had a driver's
[10]   license?
[11]   **A.** Yes.
[12]   **Q.** At the time of the accident?
[13]   **A.** Yes.
[14]   **Q.** How did you know that?
[15]   **A.** She drove a car in one day. I said you can't
[16]   drive, can you. She said, yes, I got a license.
[17]   So out of a conversation with her, yes.
[18]   **Q.** Do you know if she had a commercial driver's
[19]   license?
[20]   **A.** She didn't have a commercial license, no.
[21]   **Q.** But you knew that she was going to be driving
[22]   her dad's van, correct?
[23]   **A.** Correct.
[24]   **Q.** Did you have any concerns about the fact that

Page 90

[1]    she was not trained in how to drive a commercial
[2]    vehicle?
[3]    **A.** She -- that never crossed my mind. She rode
[4]    in that van every day so --
[5]    **Q.** How were you notified about the June 18, '01
[6]    accident?
[7]    **A.** My now wife called me up.
[8]    **Q.** Where was she when she called you?
[9]    **A.** In the middle of the accident.
[10]   **Q.** So she had a cell phone?
[11]   **A.** Yes.
[12]   **Q.** And she called you like from 95?
[13]   **A.** From 495, yes.
[14]   **Q.** Okay. And what did she tell you?
[15]   **A.** She asked me if I could come up and I said
[16]   why. She said we just had an accident. I said
[17]   okay, I'll be right there.
[18]   **Q.** And did you actually go to the accident scene?
[19]   **A.** Yes.
[20]   **Q.** When you got there what did you see?
[21]   **A.** Something I never want to see again.
[22]   **Q.** What condition was Susi in when you arrived?
[23]   As far as you can tell, I know you're not a doctor,
[24]   but what could you tell her injuries were?

Page 91

[1]    **A.** She was in a little shock but basically she
[2]    had, come out with two bruises one on her arm, one
[3]    on her leg. And she was just a little sore.
[4]    **Q.** Were you -- did you arrive on the scene before
[5]    emergency medical personnel?
[6]    **A.** About the same time.
[7]    **Q.** Did you arrive before the police arrived, the
[8]    State Police?
[9]    **A.** I think so, yes.
[10]   **Q.** Other than tending to Susi, did you have any
[11]   other involvement, I'm assuming that is what you
[12]   did, did you have any other involvement in what was
[13]   going on at the accident scene?
[14]   **A.** No.
[15]   **Q.** When you arrived what was your understanding
[16]   of what had happened?
[17]   **A.** That somehow they had gently brushed a tanker
[18]   and rolled the van
[19]   **Q.** Did you have an understanding, I think we can
[20]   agree it was a horrific scene, correct?
[21]   **A.** Correct.
[22]   **Q.** Other than that generality, did you have any
[23]   specific information, when you got there, as to the
[24]   extent of injuries sustained by people in the van?

Page 92

[1]    **A.** Yes.
[2]    **Q.** And what was that understanding?
[3]    **A.** Two people were killed immediately, and then
[4]    others were, you know, sustained bad wounds, there
[5]    were just multiple contusions and abrasions all
[6]    them, they had broken bones and stuff. Yan
[7]    couldn't even walk at the time.
[8]    **Q.** You're referring to Yan Thou, right?
[9]    **A.** Yes.
[10]   **Q.** And you knew that Maly Yan was the driver of
[11]   the van at the time the accident occurred?
[12]   **A.** Correct.
[13]   **Q.** Did you know who Oeurn Mam was?
[14]   **A.** That was her mother, stepmother, excuse me.
[15]   **Q.** Did you understand that she was killed as a
[16]   result of the accident?
[17]   **A.** And Maly's brother too, yes.
[18]   **Q.** Navy Yan?
[19]   **A.** Yes.
[20]   **Q.** Those people in particular, the Yan family,
[21]   did you -- other than your contact with them at
[22]   Pack and Process, did you know them outside, in a
[23]   context outside of Pack and Process?
[24]   **A.** I attended one of, Desal's wedding, which is

Sterling Newsome
June 29, 2006

St. Paul Mercury Insurance Co., et al v.
Maly Yan

Page 93

[1] another son of Yan's.
[2] Q. And was that before the accident?
[3] A. Yes.
[4] Q. Were you there with Susi?
[5] A. No.
[6] Q. So you had a relationship with the family
[7]   outside of Pack and Process and outside of your
[8]   connection with Susi?
[9] A. Just the one time. I was invited to the
[10]  wedding.
[11] Q. And your contacts with Maly Yan, prior to the
[12]  accident, did you ever know her to lie?
[13] A. Did I ever know her to lie? I don't think I
[14]  was ever in a position where I would know.
[15] Q. So to the best of your knowledge would you
[16]  agree that you had no information that would lead
[17]  you to conclude that she was a liar?
[18] A. True.
[19] Q. Would that be the same thing for Yan?
[20] A. Yes.
[21] Q. Were you involved in notifying anybody at Pack
[22]  and Process about the accident?
[23] A. Yes.
[24] Q. Who did you notify?

Page 94

[1] A. Steve Ames.
[2] Q. To the best of your knowledge were you the
[3]   first one to let him know about the accident?
[4] A. I think so.
[5] Q. And what did you tell him?
[6] A. I told him there had been a bad accident on
[7]   495.
[8] Q. Anything else?
[9] A. I said there was a couple -- several people
[10]  killed.
[11] Q. What was his response?
[12] A. He came to the hospital.
[13] Q. And you were there when he was at the
[14]  hospital?
[15] A. Yes.
[16] Q. Was Susi taken to the hospital?
[17] A. Just for an examination, yes.
[18] Q. Did she stay overnight?
[19] A. No.
[20] Q. How long did you stay at the hospital?
[21] A. Approximately 1:00 a.m.
[22] Q. Did you leave when Susi left?
[23] A. Yes.
[24] Q. How long, if you know, did Steve Ames stay at

Page 95

[1] the hospital?
[2] A. About the same time.
[3] Q. Were you asked to be interviewed or give any
[4]   statements to anybody relating to the accident at
[5]   any time?
[6] A. The only thing I was asked is if I could
[7]   identify any of the bodies.
[8] Q. Did you actually have to do that?
[9] A. Yes.
[10] Q. Were you able to do that?
[11] A. No, their features had been changed and
[12]  altered so much they weren't recognizable.
[13] Q. Other than that, have you been asked to, other
[14]  than sitting down here today and any conversations
[15]  you may have had with counsel, to recount any of
[16]  the, any issues pertaining to the accident?
[17] A. No. Actually I never talked with counsel about
[18]  it.
[19] Q. Did you ever have any conversations with Steve
[20]  Ames, other than the conversation you just talked
[21]  about, relating to the accident?
[22] A. Other than how it was going to effect our
[23]  performance over the next few days.
[24] Q. Having to do with the labor force?

Page 96

[1] A. Correct.
[2] Q. Did you ever have any discussions with Steve
[3]   Ames or anybody else at Pack and Process about Maly
[4]   Yan's role within the Pack and Process company?
[5] A. No.
[6] Q. Were you ever approached, I'm sorry, excuse
[7]   me, by anybody from St. Paul Mercury and asked
[8]   questions about the accident and Maly Yan's
[9]   relationship with Pack and Process?
[10] A. Not that I can recall, no.
[11] Q. After the accident occurred was Lam Staffing
[12]  still providing temporary employees for a period of
[13]  time to Pack and Process?
[14] A. Very short period of time.
[15] Q. And do you know why that is?
[16] A. Not really, other than the fact that Matia
[17]  really wasn't able to handle the job.
[18] Q. Did that have anything to do with the
[19]  accident?
[20] A. I don't think so.
[21] Q. Did you notify anybody from Lam Staffing about
[22]  the accident?
[23] A. I called David and asked him to get in touch
[24]  with Matia.