IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ST. PAUL MERCURY INSURANCE COMPANY | ) ) ) | |
| and | ) ) | |
| PACK AND PROCESS, INC. | ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 05-0022 (KAJ) |
| MALY YAN | ) ) ) | |
| Defendant. | ) | |

*******************************

| | | |
|---|---|---|
| YAN THOU, et. al | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 05-00513 (KAJ) |
| PACK & PROCESS, INC., et. al. | ) ) ) | CONSOLIDATED CASES |
| Defendants. | ) | |

## ORDER

AND NOW, this ___ day of _____, 2006, the Court, having considered the Motion for Summary Judgment filed by St. Paul Mercury Insurance Company and Pack & Process, Inc. (the "Motion") and any opposition thereto, finds as follows:

The Motion is GRANTED.

IT IS SO ORDERED.

_____
Kent A. Jordan
UNITED STATES DISTRICT COURT JUDGE