IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ST. PAUL MERCURY INSURANCE COMPANY, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>MALY YAN,<br><br>    Defendant. | Case No. 05-0022 (KAJ) |
| YAN THOU, et al.<br><br>    Plaintiffs,<br><br>v.<br><br>PACK & PROCESS, INC., et al.,<br><br>    Defendants. | Case No. 05-513 (KAJ)<br><br>CONSOLIDATED CASES |

**STIPULATED BRIEFING SCHEDULE**

The parties, by and through undersigned counsel and subject to approval by the Court, hereby stipulate as follows with respect to the *Motion for Summary Judgment as to Agency* filed on August 4, 2006 by the law firms of Weiss & Saville, P.A. and Kline & Specter, P.C. [D.I. 105] (the "Yan Motion") and the *Motion for Summary Judgment* filed on August 7, 2006 by the law firms of Bifferato, Gentilotti, Biden & Balick, L.L.C. and Deasey, Mahoney & Bender, Ltd. [D.I. 106] (the "St. Paul Motion"):

    1.    Responses to the Yan Motion and to the St. Paul Motion shall be due on or before August 25, 2006 and August 28, 2006, respectively; and

    2.    Replies in support of the Yan Motion and in support of the St. Paul Motion shall

be due on or before September 4, 2006 and September 7, 2006, respectively.

| **BIFFERATO, GENTILOTTI, BIDEN & BALICK** | **WEISS & SAVILLE, P.A.** |
|---|---|
| /s/ Joseph K. Koury | /s/ Yvonne Takvorian Saville |
| Ian Connor Bifferato (#3273) | Yvonne Takvorian Saville (#3430) |
| Joseph K. Koury (#4272) | 1220 N. Market Street, Suite 604 |
| 1308 Delaware Avenue | Wilmington, DE 19801 |
| Wilmington, DE 19806 | (302) 656-0400 |
| (302) 429-1900 | |

IT IS SO ORDERED.

_____
Kent A. Jordan
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I, Joseph K. Koury, hereby certify that on this, the 16th day of August, 2006, copies of the foregoing STIPULATED BRIEFING SCHEDULE were caused to be served upon the following by first class mail, postage prepaid:

Yvonne Takvorian Saville, Esq.
Weiss & Saville, P.A.
1220 N. Market Street, Suite 604
P.O. Box 370
Wilmington, DE 19899


Joshua Van Naarden, Esq.
Kline & Specter, P.C.
1525 Locust Street, 19th Floor
Philadelphia, PA 19102

/s/ Joseph K. Koury
Joseph K. Koury (#4272)