**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| ST. PAUL MERCURY INSURANCE COMPANY | ) | |
| | ) | |
| and | ) | |
| | ) | |
| PACK AND PROCESS, INC., | ) | |
| | ) | |
| Plaintiffs, | ) | Case No.  05-0022 (KAJ) |
| | ) | |
| v. | ) | |
| | ) | |
| MALY YAN, | ) | |
| | ) | |
| Defendant. | ) | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| | ) | |
| YAN THOU, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 05-0513 (KAJ) |
| | ) | |
| v. | ) | CONSOLIDATED CASES |
| | ) | |
| PACK & PROCESS, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF JOINDER IN MOTION FOR SUMMARY JUDGMENT AS TO AGENCY**

**NOW COME** plaintiffs Unchalee Vong, Lawrence Vong, Donkeo Phravichit, Kusti Leman, Tjajah Chandra, Lani Chandra, Zair Shah, Khan Gul, Salim Khan, Mohammad Sardar Khan, Soly Chan, and Thorn Bun Khem ("the Vong plaintiffs"), by and through counsel, and hereby join in the Motion for Summary Judgment as to Agency of co-defendants/plaintiffs Maly Yan, Yan Thou, Chan Yan, Thua Son, Chieu Thi Huynh, and Bay Thi Ngyuen, filed on August 4, 2006 [D.I. 105]. With respect to said grounds for summary judgment, the Vong plaintiffs

adopt and join in the arguments set forth in said Motion and the exhibits support thereof, and

incorporate them herein by reference.

**PERRY & SENSOR**

By:  ___/s/ Michael L. Sensor___
        Michael L. Sensor, Esquire
        Delaware Bar ID No.  3541
        Suite 560, First Federal Plaza
        P.O. Box 1568
        Wilmington, DE 19899-1568
        Telephone: (302) 655-4482
        Attorney for Plaintiffs Vong, Phravichit,
        Leman, T. Chandra, L. Chandra, Shah, Gul,
        Khan, Chan, and Khem

Dated: August 25, 2006

**OF COUNSEL:**

Robert S. Miller, Esquire
Wapner, Newman, Wigrizer & Brecher
115 South 21st Street
Philadelphia, PA 19103

Richard Costigan, Esquire
Costigan & Costigan
1315 Walnut Street, Suite 902
Philadelphia, PA 19107

Steven M. Dranoff, Esquire
Dranoff Associates
121 South Broad Street, Suite 1210
Philadelphia, PA 19107-4534

Warren I. Siegel, Esquire
Bernhardt & Rothermel, P.C.
1515 Market Street, Suite 1540
Philadelphia, PA 19102

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 25, 2006, he electronically filed the following document with the Clerk of Court using CM/ECF which will send notification of such filing to the following persons, counsel of record for all parties, or via U.S. Mail where appropriate:

## DOCUMENT:

Notice of Joinder in Motion for Summary Judgment as to Agency

## RECIPIENTS:

Joseph R. Biden, III, Esquire
Joseph K. Koury, Esquire
Bifferato, Gentilotti,  Biden & Balick
1308 Delaware Avenue
P.O. Box 2165
Wilmington, DE 19899-2165

Francis J. Deasey, Esquire
James B. Burns, Esquire
Deasey, Mahoney & Bender, Ltd.
1800 John F. Kennedy Boulevard, Suite 1300
Philadelphia, PA 19103-2978

Yvonne Takvorian Saville, Esquire
Weiss & Saville
1220 Market Street, Suite 604
P.O. Box 370
Wilmington, DE 19899-0370

Jonathan M. Cohen, Esquire
Joshua Van Naarden, Esquire
Kline & Specter
1525 Locust Street, 19th Floor
Philadelphia, PA 19102

**PERRY & SENSOR**

By:    /s/ Michael L. Sensor
      Michael L. Sensor, Esquire
      Delaware Bar ID No.  3541
      Suite 560, First Federal Plaza
      P.O. Box 1568
      Wilmington, DE 19899-1568
      Telephone: (302) 655-4482
      Attorney for Plaintiffs Vong, Phravichit,
      Leman, T. Chandra, L. Chandra, Shah, Gul,
      Khan, Chan, and Khem

Dated:  August 25, 2006

**OF COUNSEL:**

Robert S. Miller, Esquire
Wapner, Newman, Wigrizer & Brecher
115 South 21st Street
Philadelphia, PA 19103

Richard Costigan, Esquire
Costigan & Costigan
1315 Walnut Street, Suite 902
Philadelphia, PA 19107

Steven M. Dranoff, Esquire
Dranoff Associates
121 South Broad Street, Suite 1210
Philadelphia, PA 19107-4534

Warren I. Siegel, Esquire
Bernhardt & Rothermel, P.C.
1515 Market Street, Suite 1540
Philadelphia, PA 19102