# EXHIBIT C
# PART 1

# In The Matter Of:

*St. Paul Mercury Insurance Co., et al v.*
*Maly Yan*

---

*Sterling Newsome*
*June 29, 2006*

---

*B&R Services for Professionals, Inc.*
*235 S. 13th Street*
*Philadelphia, PA  19107*
*(215) 546-7400*
*FAX (215) 985-0169*

Original File 06296mp1.txt, Pages 1-149

**Word Index included with this Min-U-Script®**

This Page Intentionally Left Blank

St. Paul Mercury Insurance Co., et al v.
Maly Yan

---

**Page 1**

[1]          IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF DELAWARE
[2]
[3]   ST. PAUL MERCURY INSURANCE  :  No. 05-0022
      COMPANY, and
[4]   PACK & PROCESS, INC.        :
               Vs.               :
[5]   MALY YAN                    :
      --------------------------------------------
[6]   YAN THOU, Individually and  :  No. 05-0513
      As Administrator of the
[7]   Estate of OEURN MAM,
      Deceased and Navy Yan,
[8]   Deceased, et al
               Vs.
[9]   PACK & PROCESS, INC.
          And
[10]  ST. PAUL MERCURY
      INSURANCE COMPANY
[11]
[12]                  — — —
[13]
[14]        Video deposition of STERLING NEWSOME,
[15]  taken on behalf of the Plaintiff, in the Law
[16]  Offices of Kline & Specter, 1525 Locust Street,
[17]  Philadelphia, Pennsylvania, on Thursday, June 29,
[18]  2006 commencing at or about 10:00 a.m., before
[19]  Maureen R. Gallagher, Registered Professional
[20]  Reporter - Notary Public.
[21]                  — — —
[22]
[23]        B & R SERVICES FOR PROFESSIONALS, INC.
               235 SOUTH 13th STREET
[24]        PHILADELPHIA, PENNSYLVANIA 19107
                  (215) 546-7400
            B & R Services for Professionals, Inc.

---

**Page 2**

[1]
[2]   APPEARANCES:
      KLINE & SPECTER
[3]   BY:  JOSHUA VAN NAARDEN, ESQUIRE
      1525 Locust Street
[4]   19th Floor
      Philadelphia, Pennsylvania  19102
[5]   (215) 772-1000
      Counsel for Plaintiff
[6]   DEASEY, MAHONEY & BENDER, LTD
      BY:  HENRI MARCEL, ESQUIRE
[7]   1800 John F. Kennedy Boulevard
      Suite 1300
[8]   Philadelphia, Pennsylvania  19103
      (215) 587-9400
[9]   Counsel for Defendants, Pack and Process
      And St. Paul Mercury Insurance Company
[10]
      COSTIGAN & COSTIGAN
[11]  BY:  RICHARD COSTIGAN, ESQUIRE
      1315 Walnut
[12]  Suite 902
      Philadelphia, Pennsylvania  19107
[13]  (215) 546-7215
      Counsel for Defendant
[14]
[15]
[16]
[17]
[18]
[19]
[20]
[21]
[22]
[23]
[24]
            B & R Services for Professionals, Inc.

---

**Page 3**

[1]                    I N D E X
[2]
[3]   WITNESS                            PAGE
[4]   STERLING NEWSOME
[5]
[6]   By Mr. Van Naarden                 4,147
[7]   By Mr. Costigan                    135
[8]   By Mr. Marcel                      144,148
[9]
[10]                 E X H I B I T S
[11]  NO.                                PAGE
[12]  Newsome-1     Purchase order       63
[13]  Newsome-2     Affidavit            107
[14]  Newsome-3     Affidavit            116
[15]  Newsome-4     Memo                 125
[16]
[17]
[18]
[19]
[20]
[21]
[22]
[23]
[24]
            B & R Services for Professionals, Inc.

---

**Page 4**

[1]
[2]                    — — —
[3]
[4]        VIDEO OPERATOR:  We're now on the
[5]   record.  This is a video tape deposition for
[6]   the United States District Court in the
[7]   District of Delaware.  My name is Jeffery
[8]   Reed, I'm a professional videographer with
[9]   Court Media, Incorporated 4201 Church Road,
[10]  Mount Laurel, New Jersey.
[11]       We're here today on behalf of Maly Yan
[12]  at the offices of Kline and Specter, 1525
[13]  Locust Street on the 19th floor,
[14]  Philadelphia, Pennsylvania, in the matter of
[15]  St. Paul Mercury Insurance Company and Pack
[16]  and Process, Incorporated versus Maly Yan,
[17]  defendant.  Civil action number 05-0022.
[18]  Additionally Yan Thou, et al versus Pack and
[19]  Process, Incorporated and St. Paul Mercury
[20]  Insurance Company defendant, civil action
[21]  number 05-0513.
[22]       The complete caption will be listed on
[23]  the stenographic record by the court
[24]  reporter.  Our deponent is Sterling Newsome.
            B & R Services for Professionals, Inc.

---

**Page 5**

[1] The various counsel present will also be
[2] listed on the stenographic record for the
[3] sake of brevity.
[4] It is currently Thursday the 29 of June
[5] 2006, the approximate time is 10:15 a.m. and
[6] our court reporter will swear in Mr.
[7] Newsome.
[8] STERLING NEWSOME, having been duly sworn
[9] was examined and testified as follows:
[10] **BY MR. VAN NAARDEN:**
[11] **Q.** Good morning, Mr. Newsome.
[12] **A.** Good morning.
[13] **Q.** I introduced myself briefly to you, before my
[14] name is Josh Van Naarden and I'm an attorney here
[15] at the law offices of Kline and Specter. And we
[16] are -- we noticed your deposition in relation to an
[17] accident that happened on June 18 of 2001. Okay?
[18] I need you to give all of your responses verbally.
[19] **A.** Yes.
[20] **Q.** Okay. Have you ever been deposed before?
[21] **A.** No.
[22] **Q.** I'm going to go through kind of the guidelines
[23] as to how the deposition is going to go, so that we
[24] run through it as smooth as possible, okay. Before

**Page 6**

[1] I do that, my understanding is that you underwent
[2] surgery in the last month?
[3] **A.** Yes.
[4] **Q.** What was the nature of the surgery?
[5] **A.** Decompression, three discs decompression. I
[6] had three herniated discs that were pressing in the
[7] spine. I thought I was having heart attacks
[8] because of the left arm going numb, chest pains but
[9] from it's from an accident. I had two rear ends
[10] since 2003.
[11] And the first one, that's the one that
[12] did most of the damage, it caused me to have what
[13] is known as spasmatic cortocolis, where my left --
[14] my face turns to the left and tilts back unless I
[15] keep my hand on the face. So that's the only way I
[16] can control it.
[17] **Q.** Does that explain why you're holding your face
[18] like that?
[19] **A.** Yes, sir.
[20] **Q.** All right. The condition where it's moving
[21] back, your head is moving back, is that something
[22] that's permanent?
[23] **A.** It looks that way.
[24] **Q.** Okay. Are you taking any medication today

**Page 7**

[1] that would in any way -- that would, in any way,
[2] impair your ability to understand my questions and
[3] answer fully and completely?
[4] **A.** No.
[5] **Q.** Just very briefly about how the deposition is
[6] going to run. Everything that we say is being
[7] taken down by the court reporter sitting to your
[8] right. And this is also being taken to be
[9] memorialized on video.
[10] I'm going to ask that you give all of
[11] your responses verbally, yes or no or whatever the
[12] appropriate response might be. And I'm also going
[13] to ask that you wait until I finish my question
[14] before you give your answer. And I'm going to do
[15] the same for you. I'm going to wait until you
[16] finish your answer before I ask my next question.
[17] The reason why we do that is because if we try to
[18] speak over each other it's very hard for the court
[19] reporter to get it down.
[20] **A.** Can she hear me okay.
[21] **Q.** That's what I'm going to ask you. To speak up
[22] loud and clear and also to speak slowly so that the
[23] stenographer can take down everything that you're
[24] saying. I think naturally we all speak very

**Page 8**

[1] quickly and I am sure I do it as well, but do the
[2] best you can. It will make the deposition run a
[3] little smoother.
[4] The only other thing I will tell you is,
[5] is that if at some point I ask the question and you
[6] don't understand the question, you let me know.
[7] And I'll ask a different question or I'll ask the
[8] same question in a different way.
[9] The reason why I give that instruction
[10] is if you answer a question that I pose to you
[11] we're all going to assume you understood it. Okay?
[12] What is your current address?
[13] **A.** 1609 South 8th Street Philadelphia,
[14] Pennsylvania 19148.
[15] **Q.** Who do you live -- who lives with you at that
[16] location?
[17] **A.** My wife and son.
[18] **Q.** Is your wife Susi Hadi?
[19] **A.** Yes.
[20] **Q.** Susi Hadi was at one time or another working
[21] at Pack and Process; is that accurate?
[22] **A.** That is correct.
[23] **Q.** Was she an actual employee of Pack and Process
[24] or was she a temporary laborer?

St. Paul Mercury Insurance Co., et al v.
Maly Yan

Sterling Newsome
June 29, 2006

**Page 9**

[1] A. Temporary.
[2] Q. Was Susi Hadi, your wife, an individual who
[3] was provided to work at Pack and Process through an
[4] entity called Lam Services or Lam Staffing?
[5] A. Yes.
[6] Q. Are you currently working?
[7] A. No, sir.
[8] Q. You're on disability?
[9] A. I'm on disability.
[10] Q. How long have you been on disability for?
[11] A. I haven't worked since 9/11/2003 and I have
[12] been on disability for the last year.
[13] Q. Have you been on disability as it relates to
[14] the injuries we just talked about?
[15] A. Yes, sir.
[16] Q. I want you to take me back from September 11,
[17] 2003 and I want to go back a little further to talk
[18] about your employment history. In September 11 of
[19] 2003 was the last time you worked, what were you
[20] doing?
[21] A. Construction, James Julian, Incorporated.
[22] Q. What type of construction work were you doing?
[23] A. Heavy highway.
[24] Q. Were you part of a union?

**Page 10**

[1] A. No. Originally we were but they started a new
[2] branch, transferred us to that and they weren't
[3] unionized, they broke the union.
[4] Q. How long did you work construction for?
[5] A. From '88, 1988 to 1999. I went to Pack and
[6] Process for -- from '99 until I think it was
[7] November of, no, excuse me, it was October of 2002.
[8] And then I went back into construction.
[9] Q. When you were doing construction from '88 to
[10] '99 what kind of construction work were you doing?
[11] A. Same.
[12] Q. In -- from '88 to '99 when you were doing
[13] construction, did you manage any employees?
[14] A. Yes, sir.
[15] Q. And approximately over the span of that ten
[16] year period, just typically, how many -- at any
[17] given time how many employees would you be
[18] managing?
[19] A. I would say on average like five.
[20] Q. What was your, and I don't know if it changed
[21] over the course of those ten years, but what was
[22] the title of your job?
[23] A. I really didn't have a title. I was just the
[24] guy that would they send out with a small crew to

**Page 11**

[1] take care of either equipment or water line or
[2] whatever. I basically -- I really didn't have a
[3] title. I was like in between a truck driver, a
[4] machine operator and a crew leader and a foreman.
[5] Q. Were you working for an entity from '88 to '99
[6] or were you self-employed or something different?
[7] A. James Julian, Incorporated.
[8] Q. For that whole ten year period?
[9] A. Yes.
[10] Q. From October of '02 to September '03 who would
[11] have been your employer?
[12] A. James Julian, Incorporated.
[13] Q. Same entity?
[14] A. Yes.
[15] Q. Prior to '88 what did you do?
[16] A. I did, I worked for Northeast Enterprises for
[17] a little while. I worked for Mega Plastics for a
[18] little while as a millwright and as a maintenance
[19] person for the other one. And prior to that it was
[20] with Trojan Yacht. And prior to that it was Pack
[21] and Process. And prior to that it was Herr's Food,
[22] Incorporated.
[23] Q. What is your highest level of education?
[24] A. Seventh grade.

**Page 12**

[1] Q. In the summary you just gave me I want to make
[2] sure I'm accurate. Was there a time that you
[3] worked for Pack and Process before your stint in
[4] '99 to '02?
[5] A. Yes.
[6] Q. Give me the years approximately?
[7] A. Approximate, that was 1979 to 1982 or '83, I
[8] think.
[9] Q. And during that period of time, and I'm not
[10] going to hold you to it, I understand that that is
[11] your estimate, correct?
[12] A. Correct.
[13] Q. What was your position at Pack and Process?
[14] A. Production supervisor.
[15] Q. Did you work for Herbert Ames?
[16] A. Yes.
[17] Q. And he was the owner of the, owner and
[18] president of the -- of that entity at that time,
[19] correct?
[20] A. That's correct.
[21] Q. During -- from '79 to '82 did you have any
[22] contact with his son, Steven Ames?
[23] A. Yes.
[24] Q. And was Steven working at the plant or did you

Sterling Newsome
June 29, 2006

St. Paul Mercury Insurance Co., et al v.
Maly Yan

---

Page 13

[1]  have some other --
[2]  A. Steve was there.
[3]  Q. What was Steve doing?
[4]  A. At the time?
[5]  Q. Yes. And i'm sorry to interrupt again but
[6]  we're talking over each other and it's hard so just
[7]  if you can wait until I finish my question.
[8]  A. Okay, I'm sorry.
[9]  Q. It's okay. A lot of this is going to go
[10]  conversationally and in conversation sometimes we
[11]  talk over each other and a lot of times you can
[12]  anticipate the question I'm going to ask and a lot
[13]  of times you're going to be right. But in order to
[14]  get it all down we need to make sure that the
[15]  question ends and the answer begins. Okay?
[16]  A. Okay.
[17]  Q. What position, if you know, did Steven Ames
[18]  have at Pack and Process from '79 to '82 when you
[19]  were there?
[20]  A. That's a good question. I think he was
[21]  probably his father's assistant. That's what I
[22]  would say he was. Because he had just came from
[23]  New York as a teacher. He was a teacher in New
[24]  York City. And he came to work for his father

---

Page 14

[1]  around that time.
[2]  Q. Let's start with '79 to '82, what your duties
[3]  and responsibilities were at Pack and Process as
[4]  production supervisor?
[5]  A. The hiring and firing of all production
[6]  personnel. And the scheduling of production,
[7]  making sure that the machines, and just general
[8]  running the plant. I oversaw shipping and
[9]  receiving.
[10]  Q. Did you have an office?
[11]  A. Yes, sir.
[12]  Q. Was your office in the *Bolton Circle
[13]  location?
[14]  A. No, sir.
[15]  Q. Where was your office from '79 to '82?
[16]  A. It was 1509, I mean 15 A Street or B Street, B
[17]  Street I think. I think it's 1509, I'm not sure.
[18]  Q. From '79 to '82 can you give me an estimate of
[19]  how many sites Pack and Process was working out of?
[20]  A. I remember two plants. One was referred to as
[21]  plant 5 and the other one was referred to as plant
[22]  1.
[23]  Q. And would that be for all of those years, from
[24]  '79 to '82?

---

Page 15

[1]  A. Yes, sir.
[2]  Q. Were you aware of other locations that Pack
[3]  and Process leased but sat dormant until the
[4]  property was needed to fill an order?
[5]  A. Plant 4, which is on A Street, A and 13 South.
[6]  13 South somewhere around there. Of course, they
[7]  had - I don't know the name of it, where Ames
[8]  engineering was, that plant was there but I don't
[9]  remember the address of it.
[10]  Q. Do you know if during from say '79 to '82 if
[11]  the plants that you just talked about were
[12]  properties owned by Pack and Process?
[13]  A. I would say, yes. I don't know specifically
[14]  but I would say yes because they still maintained
[15]  control of those properties when I went there in
[16]  1999.
[17]  Q. And the reason why I ask that is because I
[18]  want to know if it is a situation where the
[19]  property was owned by Pack and Process or if it was
[20]  leased by Pack and Process from somebody else? If
[21]  you don't know the answer tell me that.
[22]  A. I don't know that, in reality I don't know
[23]  that.
[24]  Q. That was information that you weren't privy to

---

Page 16

[1]  when you were working at Pack and Process at any
[2]  time?
[3]  A. I never inquired.
[4]  Q. From '79 to '82, as production supervisor
[5]  during that chunk of time, any additional duties
[6]  and responsibilities than what you told me already?
[7]  A. I think I pretty well covered it.
[8]  Q. From '79 to '82 were you aware of temporary
[9]  employment agencies providing services to Pack and
[10]  Process?
[11]  A. We had just started to utilize temporaries on
[12]  but they were local. Mainly I screened employees
[13]  and hired them, and discharged them. We did not
[14]  use a temporary agency. We had just started to
[15]  when I left because of the demands put on us. So
[16]  we tried, because of the demands on the personnel
[17]  situation where it was getting to the point where
[18]  it was taking all my time trying to interview
[19]  employees, perspective employees.
[20]  Q. Were you involved, from '79 to '82, in the
[21]  decision making process to go with temporary -- to
[22]  go with agencies to provide temporary labor?
[23]  A. I think that was just thrust upon me.
[24]  Q. Can you tell me how that went, how you were

---

St. Paul Mercury Insurance Co., et al v.
Maly Yan

Page 17

[1]  informed of that process starting?
[2]  A. I, excuse me, I mentioned to Mr. Ames that it
[3]  was taking all my time to try and get these
[4]  employees in here and I thought, and temporary
[5]  agencies had been approaching us from time to time.
[6]  So I inquired to see if we could use some of these
[7]  agencies to see what kind of quality of people they
[8]  could bring in.
[9]       So instead of me trying to personally
[10]  interview everybody, that way if I didn't like a
[11]  person, you know, I just informed the agency of
[12]  that.
[13]  Q. Was it your idea to pursue a temporary
[14]  employment agency that you presented it to Mr.
[15]  Ames?
[16]  A. I think it was a group idea.
[17]  Q. And when you left in '82 do you believe that
[18]  Pack and Process had started using these temporary
[19]  employment agencies to provide labor?
[20]  A. I knew they had, yes.
[21]  Q. For how long a period of time, prior to you
[22]  leaving in '82, do you believe that they were using
[23]  the temporary employment agencies?
[24]  A. About six months.

Page 18

[1]  Q. And you said it was done through local
[2]  temporary employment agencies?
[3]  A. Yes.
[4]  Q. When you say local, what do you mean by it?
[5]  A. In the region. In the area of Phila -- I mean
[6]  Wilmington.
[7]  Q. Okay. That was my question. So it was, you
[8]  were basically looking for employment, temporary
[9]  employment agencies within the Wilmington area?
[10]  A. That's correct.
[11]  Q. Was there a reason for that, why you just
[12]  limited yourself to Wilmington initially?
[13]  A. At the time I don't think the agent, temporary
[14]  agencies were in the area, so to speak. It was
[15]  basically, I can't recall the names of them now,
[16]  but it was just temporary employment agencies that
[17]  were cropping up in Wilmington and they had
[18]  contacted us and was trying to get us to use their
[19]  services because we had a lot of, depending on the
[20]  contracts we had, we had a lot of, sometimes we
[21]  would need a hundred employees per shift and the
[22]  contract would finish and we would need 15
[23]  employees per shift. So it was easier to go that
[24]  way.

Page 19

[1]  Q. In the six month period of time before you
[2]  left that Pack and Process was using temporary
[3]  employment agencies, do you recall any of the names
[4]  of the temporary employment agencies that you had
[5]  contracted with? When I say you I mean Pack and
[6]  Process.
[7]  A. I don't recall the names.
[8]  Q. Does Point in Fortune ring a bell?
[9]  A. No, that's one that came much later.
[10]  Q. Do you know, if in that six month period of
[11]  time, Pack and Process was provided temporary
[12]  laborers from a company that David Thach was
[13]  involved in?
[14]  A. Not at that time, no, he was not in the
[15]  picture.
[16]  Q. And do you know an individual by the name of
[17]  Mattada? I might not be pronouncing it right.
[18]  A. Matia Lam?
[19]  Q. Say it again.
[20]  A. Matia Lam.
[21]  Q. And Matia Lam, who is that?
[22]  A. That's the gentleman that was running the
[23]  temporary agency at the time of the accident in
[24]  question.

Page 20

[1]  Q. Can you spell that for me?
[2]  A. No, sir.
[3]  Q. Can you describe -- did you ever meet Matia
[4]  Lam?
[5]  A. Yes.
[6]  Q. Can you describe what he looks like or looked
[7]  liked the last time you saw him?
[8]  A. He was approximately 5'7", of slender build,
[9]  and Asian, Cambodian to be precise.
[10]  Q. Approximate age?
[11]  A. He was approximately 54, 55 years old.
[12]  Q. You said you left Pack and Process in '02?
[13]  A. '02.
[14]  Q. No, well, the last, you worked at the -- the
[15]  last time you worked for Pack and Process was
[16]  October of '02, correct?
[17]  A. I think so, yes.
[18]  Q. Since that time, since you left, did you --
[19]  have you ever seen Matia Lam again?
[20]  A. No, sir.
[21]  Q. Since October of '02, around that time when
[22]  you left, have you ever seen David Thach or Suda Da
[23]  Thach again?
[24]  A. No, sir.

Sterling Newsome
June 29, 2006

St. Paul Mercury Insurance Co., et al v.
Maly Yan

Page 21

[1] Q. During the six month period of time before you
[2] left in '82, that temporary employment agencies
[3] were providing services to Pack and Process, do you
[4] know how the workers got to the factory?
[5] A. Yes.
[6] Q. And how were they transported to the factory?
[7] A. City transportation. I should say public
[8] transportation.
[9] Q. Is there a -- back in '82 was there a way to
[10] get from the Wilmington area to the factories that
[11] you were working out of at the time by way of
[12] public transportation?
[13] A. Yes, sir.
[14] Q. Did Pack and Process provide compensation,
[15] separate and apart from the hourly wage, to either
[16] the temporary workers themselves or the agency to
[17] compensate for the cost of public transportation to
[18] and from the factory?
[19] A. That was included in their wages. I mean, it
[20] was just given in their wages, that's all.
[21] Q. How did you know that they were being
[22] transported by way of public transportation at the
[23] time?
[24] A. Because I had to send them home when they were

Page 22

[1] late.
[2] Q. Sometimes if they were late you wouldn't let
[3] them work and you would send them home?
[4] A. That's correct. They had to be in by a
[5] certain time or I locked the gates.
[6] Q. And those times you were made aware that they
[7] had gotten there by way of public transportation
[8] and they had to go home that way too?
[9] A. Yes.
[10] Q. Was the fact that the local agencies were
[11] providing a labor force in a local area whereby
[12] they could use public transportation part of the
[13] reason that you decided to go with those agencies
[14] in the area?
[15] A. I think they were the only people in the game
[16] at the time.
[17] Q. So you don't believe that had anything to do
[18] with the decision to go with the local agencies?
[19] A. That's correct.
[20] Q. Who, within the organization from '79 --
[21] during the six month period of time before you left
[22] in '82, when temporary agencies were working with
[23] the company, who was the point person to work with
[24] the temporary agencies?

Page 23

[1] A. The last person was Matia Lam.
[2] Q. I'm mean, the point person at Pack and
[3] Process? Was there somebody at Pack and Process
[4] who had normal and regular contact with these
[5] agencies, temporary employment agencies?
[6] A. Yes.
[7] Q. Who would that have been?
[8] A. Myself.
[9] Q. But besides yourself anybody else?
[10] A. Not in regard to the day-to-day labor.
[11] Q. How were the -- how was the agency paid,
[12] what form of payment?
[13] A. By check.
[14] Q. And how often did you --
[15] A. Weekly.
[16] Q. Was the check, back then, mailed to the
[17] temporary employment agency itself or did someone
[18] from the agency come and pick it up weekly or
[19] something different?
[20] A. They usually came and picked it up on a weekly
[21] basis.
[22] Q. Was there ever, while you were there, before
[23] you left in '82, was there ever a time where you
[24] actually just mailed it to the location?

Page 24

[1] A. Excuse me, are you referring to '82 or 2002?
[2] Q. I'm still talking about '82, we're not
[3] there yet.
[4] A. In '82, no, the checks were mailed to the
[5] employment agency.
[6] Q. As the individual who was working day-to-day
[7] or had the most contact with these temporary
[8] employment agencies back in '82, did you do any
[9] investigation into these agencies before the
[10] decision was made to contract with them?
[11] A. No investigation, just brought them in on a
[12] trial basis is all.
[13] Q. Was there, talking about '82 now, was there an
[14] agreement that was signed by a representative from
[15] Pack and Process and a representative of the
[16] employment agency setting forth the duties and
[17] responsibilities of both parties relating to the
[18] providing of temporary employees?
[19] A. Mr. Ames did everything by contract, so I
[20] would say yes.
[21] Q. Do you recall ever seeing any of those
[22] contracts back in '82? I know it was a long time
[23] ago.
[24] A. No, sir.

Min-U-Script®

B&R Services for Professionals, Inc.

St. Paul Mercury Insurance Co., et al v.
Maly Yan

Sterling Newsome<br>June 29, 2006

**Page 25**

[1] **Q.** Back in '82 were you involved in any of the
[2] negotiation process as far as how much the
[3] temporary employment agency was going to get per
[4] head per hour?
[5] **A.** No, sir.
[6] **Q.** Was that something that at the time Herbert
[7] Ames was doing?
[8] **A.** Yes or Steve Essingler, Herbert Ames or Steve
[9] Essingler.
[10] **Q.** Steve Essingler, what was his position, if you
[11] know?
[12] **A.** He was, had to do with the scheduling and
[13] shipping and receiving.
[14] **Q.** Do you believe, that in '82, he had much
[15] day-to-day contact or as much direct contact with
[16] these temporary employment agencies as you would
[17] have had?
[18] **A.** No.
[19] **Q.** What was the reason for your leaving in '82?
[20] **A.** I was discharged.
[21] **Q.** Why were you discharged in '82?
[22] **A.** For not cleaning off a little bit of dust on
[23] the rim of the blender.
[24] **Q.** And when you say blender that's an actual like

**Page 26**

[1] a -- it's not like a household blender, correct,
[2] this is one of the production machines?
[3] **A.** Right. I didn't see to it that it was cleaned
[4] up, it was running 24 hours a day so.
[5] **Q.** Was that one of your jobs in '82, when I say
[6] job, one of your duties and responsibilities to
[7] insure that the blender was clean?
[8] **A.** Between myself and Vince.
[9] **Q.** Who is Vince?
[10] **A.** Vince was in charge of quality control. I
[11] don't recall his last name.
[12] **Q.** And who actually discharged you?
[13] **A.** Herbert Ames. He's the only one who had the
[14] authority to do so.
[15] **Q.** Did Herbert Ames actually approach you and
[16] have that conversation whereby you were discharged?
[17] **A.** Yes, sir.
[18] **Q.** At that point in time you had been working
[19] there for approximately three years?
[20] **A.** Roughly two and a half years, I think.
[21] **Q.** Was it, I understand that being discharged
[22] from a job can be upsetting, but when you left
[23] Pack and Process in '82 was your leaving amicable
[24] or was there contention between you and --

**Page 27**

[1] animosity rather, between you and Herbert Ames?
[2] **A.** Not on my behalf.
[3] **Q.** Okay. So you had no ill will towards Herbert?
[4] **A.** I went back so --
[5] **Q.** I understand.
[6] **A.** Mr. -- you got to understand, Mr. Ames was
[7] very explosive.
[8] **Q.** Because there are two Mr. Ames, there's Steve
[9] and there's Herbert. So to the best we can, when
[10] you're talking about Herbert say Herbert Ames and
[11] when you're talking about Steve say Steven Ames.
[12] Just so we understand who you're talking about. I
[13] know what you mean but just so we get it down.
[14] **A.** Okay. So Mr. Herbert Ames was very explosive
[15] and when he discharged me he came in there with a
[16] lot of yelling and screaming but I -- that was his
[17] way of running the plant. So --
[18] **Q.** How was it that you became employed by Pack
[19] and Process in '79?
[20] **A.** Bill Orse, he was in charge of maintenance of
[21] the plant at the time. I met him at a computer
[22] show and I asked him how things were going, because
[23] he worked there when I was there earlier. And --
[24] **Q.** I don't mean to interrupt but meant in '79 how

**Page 28**

[1] you got there?
[2] **A.** Oh, how did I get there?
[3] **Q.** Yes.
[4] **A.** An ad in the paper.
[5] **Q.** What was the ad in the paper for?
[6] **A.** What was the ad in the paper for, production
[7] supervisor.
[8] **Q.** And basically you just answered the ad?
[9] **A.** Correct.
[10] **Q.** You filled out an application?
[11] **A.** Yes.
[12] **Q.** And then you got the job?
[13] **A.** Yes.
[14] **Q.** All right. Now, before you started in '79 did
[15] you have any experience doing the type of
[16] production supervising work that you ended up doing
[17] from '79 to '82?
[18] **A.** Yes, sir.
[19] **Q.** And where did you get that type of training?
[20] **A.** Herr's Potato Chips.
[21] **Q.** And how long did you work for Herr's Potato
[22] Chips?
[23] **A.** Nine years.
[24] **Q.** Where were you located when you were working

---

B&R Services for Professionals, Inc.    Min-U-Script®    (7) Page 25 - Page 28

Sterling Newsome
June 29, 2006

St. Paul Mercury Insurance Co., et al v.
Maly Yan

Page 29

[1]  for Herr's?
[2]  A. Nottingham, Pennsylvania.
[3]  Q. Was there actually a factory at the
[4]  Nottingham, Pennsylvania location?
[5]  A. Yes, sir.
[6]  Q. Do you know if, at the time that you worked
[7]  there, if Herr's utilized temporary employment
[8]  agencies?
[9]  A. No, they did not.
[10]  Q. So as far as you dealing with these temporary
[11]  employment agencies is it fair to say that in the
[12]  last six months while you were at Pack and Process,
[13]  before you left in '82, that was the first time you
[14]  had dealt with those type of entities?
[15]  A. That's correct.
[16]  Q. Were you given any training by Herbert or
[17]  anybody at Pack and Process about how to deal with
[18]  these temporary employment agencies?
[19]  A. I don't think any was necessary.
[20]  Q. Just common sense?
[21]  A. Yes.
[22]  Q. But just answer my question. You weren't
[23]  given any —
[24]  A. No.

Page 30

[1]  Q. Any formal training?
[2]  A. No.
[3]  Q. From '82 to '99, well, first of all, from when
[4]  you left Pack and Process in '82 what did you end
[5]  up doing?
[6]  A. I went to Trojan Yacht for employment for the
[7]  season.
[8]  Q. What did you do for Trojan Yacht?
[9]  A. Assembly.
[10]  Q. Were you in charge of supervising any
[11]  employees?
[12]  A. No, I was — they made their first 13 meter
[13]  boat that year, I was on the experimental mockup of
[14]  that, make up of that.
[15]  Q. After you worked there what did you do?
[16]  A. Went to work for Robert Hodge, Northeast
[17]  Enterprises.
[18]  Q. What does Robert Hodge, Northeast Enterprises
[19]  do, what did they do back then?
[20]  A. He owned a series of mobile home parks and I
[21]  was the maintenance man. I would go around to
[22]  these parks and take care of them.
[23]  Q. Did you supervise any employees for him?
[24]  A. One.

Page 31

[1]  Q. And he was a direct employee of the company?
[2]  A. Yes.
[3]  Q. After you left his employ what did you do?
[4]  A. Omega Plastics as a millwright.
[5]  Q. What exactly is a millwright?
[6]  A. An individual that sets up plants to — for
[7]  day-today operations, in charge of electrical,
[8]  steam, heating, water.
[9]  Q. Where were they located out of?
[10]  A. Northeast Maryland.
[11]  Q. Did you supervise any employees for them?
[12]  A. No, I was the only maintenance man.
[13]  Q. When you left there what did you do?
[14]  A. Went to work for Julian, James Julian,
[15]  Incorporated.
[16]  Q. And you were doing the same type of work that
[17]  you had been doing when you worked for him a long
[18]  time ago, right?
[19]  A. That's when I first started working for him.
[20]  Q. What was your, first of all, did you supervise
[21]  any employees for him?
[22]  A. Not in the first years I was there, no. I was
[23]  a truck driver.
[24]  Q. And how long did you work for him the first

Page 32

[1]  time?
[2]  A. From '89 I think through '99, approximately
[3]  ten years.
[4]  Q. During that ten year period did you ever
[5]  supervise any employees?
[6]  A. Yes.
[7]  Q. And were any of those employees provided by a
[8]  temporary employment agency?
[9]  A. No, sir.
[10]  Q. All direct employees?
[11]  A. Yes, sir.
[12]  Q. And then in '99 you went back to Pack and
[13]  Process, correct?
[14]  A. That's correct.
[15]  Q. All right. Now tell me how it is that you
[16]  went back to Pack and Process in '99?
[17]  A. I was at a computer show and I met Bill Orse
[18]  there, he was a friend of mine from Pack and
[19]  Process before. I asked him how things were going
[20]  and he said they were going good. He said as a
[21]  matter of fact Mr. Macknis was getting ready to
[22]  retire and I should come in and put an application
[23]  in. So I did and I was hired.
[24]  Q. Mr. Macknis is Robert Macknis?

St. Paul Mercury Insurance Co., et al v.
Maly Yan

Page 33

[1]  A.  Yes.
[2]  Q.  So when you started in '99 was Robert Macknis
[3]     still there or had he already left?
[4]  A.  He was getting ready to retire.  He retired in
[5]     I think June.
[6]  Q.  But he was the production supervisor prior to
[7]     you getting there?
[8]  A.  Yes.
[9]  Q.  Did you have any conversation with Herbert
[10]    Ames before you were re-hired in '99 regarding what
[11]    had happened in the past?
[12] A.  Strange wasn't in the picture then.  Herbert
[13]    Ames was not in the picture then.
[14] Q.  At that point was it your understanding that
[15]    Herbert had actually sold the company to his son,
[16]    Steven?
[17] A.  I don't know the details.  I just knew that
[18]    Steve had taken over responsibility of management.
[19] Q.  Did you ever see Herbert at the plant anymore?
[20] A.  I -- no, he moved to Florida and I saw his
[21]    mother there a couple of times.  He was ill.
[22] Q.  Now, did you have any discussion was Steven
[23]    regarding what had happened when you were
[24]    discharged in '82?

Page 34

[1]  A.  No, sir.
[2]  Q.  Never came up in the re-hiring process?
[3]  A.  No.
[4]  Q.  Do you know if Steven knew that you had worked
[5]     there back in '82 when he hired you in '99?
[6]  A.  According to him they had tried several times
[7]     to find me to re-hire me.
[8]  Q.  Steven told you that?
[9]  A.  Yes.
[10] Q.  How long were you and Robert Macknis working
[11]    at the plant together before he retired?
[12] A.  Close to eight months.
[13] Q.  And is it fair to say that during those --
[14]    that eight month period of time there were two of
[15]    you working under the heading of production
[16]    supervisor or something different?
[17] A.  Production manager.
[18] Q.  You were both production managers?
[19] A.  Yes.
[20] Q.  In a general way, had the way that Pack and
[21]    Process had done business from a production
[22]    standpoint, had that changed at all from the time
[23]    that you left in '82?
[24] A.  Basically, no.

Page 35

[1]  Q.  Basically the same?
[2]  A.  All contract packaging.
[3]  Q.  As far as the duties and responsibilities that
[4]     you had as a product -- a production supervisor in
[5]     '82 when you left, basically the same in '99 when
[6]     you were re-hired?
[7]  A.  Yes, sir.
[8]  Q.  Was it your understanding when you were
[9]     re-hired in '99 that Pack and Process was in the
[10]    practice of contracting with these temporary
[11]    employment agencies for laborers?
[12] A.  Yes.
[13] Q.  Was it your understanding that straight
[14]    through, from the six months before you left in
[15]    '82, all the way to the time that I came back in
[16]    '99 they had continuously, on a need basis, been
[17]    contracting with these temporary employment
[18]    agencies.
[19] A.  Yes.
[20] Q.  Did you have any conversations with Robert
[21]    Macknis, during that eight month period of time
[22]    that you were working together, about these
[23]    temporary employment agencies?
[24] A.  Mr. Macknis seemed to be very proud of the

Page 36

[1]  current agency that was in place at the time I came
[2]  in.
[3]  Q.  And what was the name of that agency when you
[4]     came in in '99?
[5]  A.  Point and Fortune.
[6]  Q.  Now, do you know how long Pack and Process had
[7]     been contracting with Point in Fortune prior to you
[8]     getting there in '99?
[9]  A.  Approximately six years.
[10] Q.  You told me that Robert Macknis was happy with
[11]    the services that Point and Fortune was providing
[12]    to him?
[13] A.  Yes.
[14] Q.  When I said him I meant the company.
[15] A.  I understand.
[16] Q.  Who was, if you know, when you got there in
[17]    '99, the point person from Point and Fortune that
[18]    you were dealing with?
[19] A.  David Thach.
[20] Q.  Did you have an understanding what position
[21]    David Thach held within the Point and Fortune
[22]    entity?
[23] A.  Yes.
[24] Q.  And what was your understanding?

Page 37

[1] **A.** He was the owner.

[2] **Q.** Where was Point and Fortune based out of when

[3] you got --

[4] **A.** Philadelphia.

[5] **Q.** Let me state it one more time. Where was

[6] Point and Fortune based out of when you got to,

[7] start when you were re-hired in '99?

[8] **A.** Philadelphia.

[9] **Q.** During the approximate, estimate six years

[10] that Pack and Process had been utilizing Point and

[11] Fortune do you know if they were using any other

[12] temporary employment agencies in addition to Point

[13] and Fortune?

[14] **A.** I cannot say for sure.

[15] **Q.** And I'm not asking you for the names. I'm

[16] just saying are you aware of the fact that they had

[17] been doing business with other temporary employment

[18] agencies other than Point and Fortune during the

[19] previous six years.

[20] **A.** Once again, I cannot say.

[21] **Q.** Was there anybody else from Point and Fortune

[22] other than David Thach, that you can give me their

[23] name?

[24] **A.** No.

Page 38

[1] **Q.** Did you come to learn why Pack and Process, at

[2] some point in time, decided to do business with a

[3] temporary employment agency based out of

[4] Philadelphia?

[5] **A.** The rates were cheaper.

[6] **Q.** So this Point and Fortune entity was about to

[7] provide cheaper labor than the local companies?

[8] **A.** Correct. And a better group of employees.

[9] **Q.** Before you left in '82, generally speaking,

[10] the agencies that you were working with, the

[11] employment agencies that you were working with, did

[12] they, the laborers that they provided, were they of

[13] a certain nationality?

[14] **A.** Blacks.

[15] **Q.** And now, when you came in back in '99, the

[16] labor force that was provided by Point and Fortune

[17] were they of a particular nationality?

[18] **A.** The majority of them was Cambodian.

[19] **Q.** In '99 did you have an understanding as to how

[20] the labor force was getting from Philadelphia --

[21] well, first of all, you told me that Point and

[22] Fortune was based out of Philadelphia correct?

[23] **A.** That's correct.

[24] **Q.** Did you have an understanding as to where the

Page 39

[1] labor force was coming from in '99?

[2] **A.** Yes.

[3] **Q.** And what was your understanding?

[4] **A.** It was coming from North and South Philly.

[5] **Q.** In '99 were you aware of any type of public

[6] transportation that would have been able to get

[7] these temporary employees from the various

[8] locations in Philadelphia to the plants in

[9] Delaware?

[10] **A.** No.

[11] **Q.** No you were not aware of them or no you were

[12] aware they didn't exist?

[13] **A.** They did not exist.

[14] **Q.** Did not?

[15] **A.** They did not exist.

[16] **Q.** When you say the rates were cheaper through

[17] Point and Fortune, I know things are all relative

[18] as to the years and there's inflation and other

[19] things that effect the rates but can you give me an

[20] approximate of how much cheaper it was from the

[21] last time that you had been involved in contracting

[22] with these temporary laborers, agencies?

[23] **A.** I would, probably a dollar an hour cheaper.

[24] **Q.** Did you consider that, did you consider that

Page 40

[1] to be a significant reduction, a significant

[2] savings?

[3] **A.** No. When I say that I'm saying that Point and

[4] Fortune was probably paid a dollar less per hour

[5] than what the previous employment agencies had been

[6] paid back in --

[7] **Q.** '82?

[8] **A.** Yes.

[9] **Q.** So you have no way of knowing between '82 and

[10] '99 what the difference would have been?

[11] **A.** No.

[12] **Q.** Is that something you believe Robert Macknis

[13] would know?

[14] **A.** Yes.

[15] **Q.** I didn't tell you this before but if you need

[16] a break at any time please, let me know and I'll be

[17] happy to accommodate you. Okay?

[18] **A.** Okay.

[19] **Q.** I think we have been going for like an hour so

[20] just let me know.

[21] **A.** I'm fine.

[22] **Q.** Did you have an understanding in '99 as to how

[23] these workers were getting from the Philadelphia

[24] area to the plants in Delaware?

St. Paul Mercury Insurance Co., et al v.
Maly Yan

Sterling Newsome
June 29, 2006

Page 41

[1] A. Yes, sir.
[2] Q. Before we get into that I want to ask you a
[3] couple of questions about the state of affairs at
[4] Pack and Process when you got back in '99. How
[5] many locations was Pack and Process working out of
[6] in '99 when you came back, if it was different?
[7] A. Two production facilities, occasionally three.
[8] Q. When you say two production facilities, does
[9] that mean that there were two locations that --
[10] A. Two plants.
[11] Q. Two plants.
[12] A. That they were running production out of.
[13] Q. Were there other plants that were either owned
[14] or leased by Pack and Process that sat dormant
[15] unless there was a need for like a big shipment
[16] that needed to be shipped out?
[17] A. Yes.
[18] Q. So in '99 how many actual plants were in
[19] existence?
[20] A. Plant 5, plant 4, plant 1, Boulden Circle.
[21] Q. Boulden Circle?
[22] A. Yes.
[23] Q. Was Boulden Circle the headquarters?
[24] A. That was the primarily production plant, yes.

Page 42

[1] Q. And that's where all like the administrative
[2] offices were?
[3] A. Correct.
[4] Q. And in '99 when you went back that's where
[5] your office was?
[6] A. That's where I worked, yes.
[7] Q. And that's where Steven Ames worked out of?
[8] A. Yes.
[9] Q. In '99 were there temporary laborers being
[10] transported to any factory besides the Boulden
[11] Circle factory, to the best of your knowledge?
[12] A. Yes.
[13] Q. So in addition to being sent to Boulden Circle
[14] they were being sent to plant 5 and 4 and 1 as
[15] needed?
[16] A. Four wasn't in a shape to be operational. It
[17] was just another plant for storage but plant 5 and
[18] plant 1.
[19] Q. Tell me now your understanding in '99 as to
[20] how these temporary employees were getting from the
[21] Philadelphia area to whether it be Boulden Circle
[22] or plant number 4 or any of the other plants?
[23] A. They were driven down by drivers from Point
[24] and Fortune.

Page 43

[1] Q. Was that something, as far as the
[2] transportation issue, that was ever discussed
[3] between you and anybody from Point and Fortune?
[4] A. No.
[5] Q. Who decided who would be driving these
[6] vehicles?
[7] A. David Thach.
[8] Q. Were you notified of that?
[9] A. Yes.
[10] Q. Well, just to clear that up. At some point
[11] David Thach would come to you and let you know,
[12] hey, listen, so and so, whoever the name is, who is
[13] a temporary employee is going to be driving the
[14] van?
[15] A. Yes. They were called leaders.
[16] Q. When you came back in '99 and when you were
[17] dealing with Point and Fortune, did you do any
[18] investigation, you personally do any investigation
[19] into Point and Fortune and that company?
[20] A. No.
[21] Q. Do you know if anybody at Pack and Process
[22] ever did any investigation into Point and Fortune?
[23] A. No.
[24] Q. Do you know if it was ever -- if Pack and

Page 44

[1] Process ever asked for a documentation of liability
[2] insurance?
[3] A. Yes.
[4] Q. That was carried on behalf of Point and
[5] Fortune?
[6] A. Yes.
[7] Q. And as you sit here today do you believe, in
[8] '99, that Point and Fortune did have, in fact,
[9] liability insurance?
[10] A. They had to show an insurance binder. So, I'm
[11] going to say yes.
[12] Q. Do you understand there is a distinction
[13] between liability insurance and workers comp
[14] insurance?
[15] A. Okay, you got me, no.
[16] Q. That's fine.
[17] A. I was thinking workmen's comp.
[18] Q. Okay. And my question is were you aware of
[19] any request on behalf of Pack and Process that
[20] Point and Fortune produce liability insurance?
[21] A. No.
[22] Q. Did you ever go out to the Point and Fortune
[23] location, where they were based out of?
[24] A. No.

Page 45

[1] Q. Do you know if anybody from Pack and Process
[2]   ever went out to the location of where Point and
[3]   Fortune was located in Philadelphia?
[4] A. Yes.
[5] Q. Who do you believe went to Point and Fortune
[6]   that was a Pack and Process employee?
[7] A. Bob Macknis.
[8] Q. You believe that he went out to the actual
[9]   site?
[10] A. Yes.
[11] Q. And why do you believe that?
[12] A. He helped David Thach set up Point and
[13]   Fortune.
[14] Q. Could you clarify that for me, if you can.
[15]   What does that mean?
[16] A. David Thach was a leader for another temporary
[17]   agency. The agency, the owner of the agency took
[18]   all the funds from the company and went back to
[19]   Cambodia and didn't pay his employees. So David
[20]   and Bob, under Bob's tutelage, took and was able to
[21]   set up Point and Fortune.
[22] Q. Other than Bob, you will agree with me that
[23]   Bob was an employee, a direct employee of Pack and
[24]   Process, correct?

Page 46

[1] A. Correct.
[2] Q. Do you know, with any kind of specificity,
[3]   what Bob did in helping David Thach raise the Point
[4]   and Fortune company?
[5] A. Just helped him with the general setting it up
[6]   and, you know, the documentation and so forth.
[7] Q. Other than helping David Thach, was Bob
[8]   Macknis integrally involved in Point and Fortune?
[9] A. I can't say for sure, no.
[10] Q. Was, at any time, Bob Macknis an officer
[11]   meaning president, secretary, treasurer, or have
[12]   any type of ownership interest in Point and Fortune
[13]   that you are aware of?
[14] A. Not to my knowledge.
[15] Q. Did you ever hear from somebody else that Bob
[16]   Macknis had some type of ownership interest in
[17]   Point and Fortune?
[18] A. I can't say for sure.
[19] Q. We said before, your wife's first name is
[20]   Susi, correct?
[21] A. Correct, S-U-S-I.
[22] Q. Last name is Newsome?
[23] A. Now, it was Hadi.
[24] Q. Hadi, correct. And she was an individual who

Page 47

[1]   was provided as a temporary laborer to Pack and
[2]   Process, correct?
[3] A. That's correct.
[4] Q. When did you and Susi get married?
[5] A. We got married, she's going to kill me.
[6] Q. This is on video, do you want to take a break?
[7] A. No. We got married in April, yes, April of
[8]   2005.
[9] Q. How long had you and Susi been together in a
[10]   romantic relationship?
[11] A. Since some time in 2001.
[12] Q. Do you believe that you were involved in a
[13]   relationship with Susi Hadi prior to the June 18,
[14]   2001 accident?
[15] A. We had seen a couple of times.
[16] Q. And Susi was actually one of the occupants of
[17]   the van that was involved in the accident, correct?
[18] A. That is correct.
[19] Q. At the time of the accident do you know what
[20]   -- where Susi was assigned in Pack and Process?
[21] A. She was a machine operator at Boulden Circle.
[22] Q. Was she ever a direct employee of Pack and
[23]   Process?
[24] A. No.

Page 48

[1] Q. Did you ever have any discussion with Susi
[2]   relating to the relationship that Bob Macknis had
[3]   with Point and Fortune?
[4] A. No.
[5] Q. I'm not going to ask you for a specific date,
[6]   maybe you know, when was the first time you met
[7]   Susi?
[8] A. July of 2000.
[9] Q. And did you meet her in connection with your
[10]   employment at Pack and Process?
[11] A. Correct.
[12] Q. So you met her at the plant?
[13] A. Correct.
[14] Q. Do you know if Bob Macknis was receiving any
[15]   type of monetary compensation for his involvement
[16]   in helping set up Point and Fortune?
[17] A. I don't personally, know, no.
[18] Q. Did anybody ever tell you that he was?
[19] A. No.
[20] Q. To best of your knowledge did Steven Ames know
[21]   that Bob Macknis was helping David Thach to set up
[22]   Point and Fortune?
[23] A. Yes.
[24] Q. How do you know that Steven knew?

St. Paul Mercury Insurance Co., et al v.
Maly Yan

Page 49

[1]  A.  I would say because Bob told Steve.
[2]  Q.  Were you ever there when Bob told Steve?
[3]  A.  That was before my time, six years before my
[4]      time.
[5]  Q.  But you understood that that conversation had
[6]      taken place?
[7]  A.  I would say it had to have, yes.
[8]  Q.  Was it your understanding that Steven was okay
[9]      with that fact, the fact that Bob was going to be
[10]     involved in helping David Thach start Point and
[11]     Fortune?
[12]          MR. MARCEL:  Objection.
[13]          THE WITNESS:  I would say he would have
[14]       had to have been because I have no knowledge
[15]       of his conversation but I know that Steven
[16]       Ames and I had a conversation at one time
[17]       and I had been approached and asked if I
[18]       wanted X amount of money per hour to help
[19]       the ABC Power to manage them so I would say
[20]       yes.
[21]  BY MR. VAN NAARDEN:
[22]  Q.  Is there any relationship between ABC Power,
[23]      and I'm assuming that's the name of another
[24]      temporary employment agency, correct?

Page 50

[1]  A.  Correct.
[2]  Q.  Any relationship between that and Point and
[3]      Fortune?
[4]  A.  Yes.
[5]  Q.  And how are they related?
[6]  A.  ABC Power took over the day-to-day operations
[7]      of Point and Fortune, but that was after Matia Lam,
[8]      which I forget the name of his, Lam Staffing, Lam
[9]      Staffing took over from ABC — I mean from Point
[10]     and Fortune and then ABC Power took over from Lam
[11]     Staffing.
[12]  Q.  Is it fair to say that ABC Power wasn't in the
[13]      picture until after this accident occurred?
[14]  A.  That's correct.
[15]  Q.  All right.  And at some point you said you
[16]      were approached by Steven Ames asking if you wanted
[17]      additional —
[18]  A.  No.
[19]  Q.  Tell me how —
[20]  A.  We was having a discussion because Steve
[21]      Essingler felt that we was trying to maintain too
[22]      many temporary employees to do certain jobs.  And I
[23]      told Steve, I said, I have been asked to take in,
[24]      you know, I was offered a bribe, so to speak, or

Page 51

[1]      kick back, to help watch the employees of ABC
[2]      Power.  I said to Steve, I don't have a nickel for
[3]      keeping it, so I have no reason to try and pad the
[4]      staff.
[5]  Q.  Just to go back.  You said we had a
[6]      discussion, other than you and Steve Essingler?
[7]  A.  No, Steve Ames.
[8]  Q.  Oh, Steven Ames, just you and him had this
[9]      conversation?
[10]  A.  Yes.
[11]  Q.  What do you mean by padding the employees?
[12]  A.  Well, if I was receiving monetary funds from
[13]      one of the temporary agencies it would be in my
[14]      interest to try to have as many people, employees
[15]      as possible.  But I never did that.
[16]  Q.  Who approached you with this idea?
[17]  A.  Ti Lu.
[18]  Q.  Ti Lu?
[19]  A.  Ti Lu.
[20]  Q.  Who is Ti Lu?
[21]  A.  He was the gentleman that was running ABC
[22]      Power.
[23]  Q.  And this conversation happened after the
[24]      accident?

Page 52

[1]  A.  Yes.
[2]  Q.  Did you ever have any of those type of
[3]      conversations with anybody at Lam or Point and
[4]      Fortune?
[5]  A.  No.
[6]  Q.  Were you ever paid money directly or
[7]      indirectly from Point and Fortune or Lam Staffing?
[8]  A.  Not money, no.
[9]  Q.  Was there another form of compensation, other
[10]     than money, that you was provided to you by either
[11]     Point and Fortune on Lam?
[12]  A.  I went to lunch one time and I received a case
[13]      of beer for Christmas.
[14]  Q.  Okay.  Who did you go to lunch with?
[15]  A.  David Thach.
[16]  Q.  It's your understanding that David Thach, in
[17]      addition to whatever role he played in Lam or Point
[18]      and Fortune, owned a beer distributing company?
[19]  A.  Yes.
[20]  Q.  And that was in the Kensington area?
[21]  A.  I've never been there, I wasn't sure.
[22]  Q.  I'm sorry, I think it's in the Frankford area
[23]      of the city.
[24]  A.  I am not sure.

Sterling Newsome
June 29, 2006

St. Paul Mercury Insurance Co., et al v.
Maly Yan

---

**Page 53**

[1] **Q.** As you sit here today do you know if David
[2] Thach is still involved in the beer distributing
[3] industry?
[4] **A.** I have been told that he is out of it, I don't
[5] know.
[6] **Q.** Now, you said you got a case of beer from
[7] David Thach?
[8] **A.** Yes.
[9] **Q.** Was there something that you did that he was
[10] compensating you for or was it just a gift?
[11] **A.** Christmas.
[12] **Q.** So just a gift?
[13] **A.** Just a gift.
[14] **Q.** How much time, approximately, did you spend
[15] with David Thach outside of your role as production
[16] supervisor at Pack and Process?
[17] **A.** Other than calling him on the phone to discuss
[18] labor needs I, like I said, I went to lunch with
[19] him one time, that's about it.
[20] **Q.** The idea that was presented to you in
[21] conjunction with ABC Power, and I'm talking about
[22] the kickbacks or however you want to term it, I
[23] think you used the term kickback, correct?
[24] **A.** Yes.

---

**Page 54**

[1] **Q.** Do you know of anybody, during the time period
[2] that Point and Fortune and Lam was working in
[3] connection with Pack and Process, if there was any
[4] type of Pack and Process employee receiving that
[5] type of compensation from either one of those
[6] entities?
[7] **A.** Not, I do not say so.
[8] **Q.** Were you ever told --
[9] **A.** No.
[10] **Q.** By anybody that that type of compensation
[11] existed?
[12] **A.** No.
[13] **Q.** Individual Matalu?
[14] **A.** Matia Lam.
[15] **Q.** Matia Lam, is -- was Matia Lam involved at all
[16] in Point and Fortune?
[17] **A.** No.
[18] **Q.** For the period of time that Point and Fortune
[19] was working with Pack and Process did you even know
[20] that Matia Lam existed?
[21] **A.** Yes.
[22] **Q.** And how was it that you know about Matia Lam
[23] and Point and Fortune was working with Pack and
[24] Process?

---

**Page 55**

[1] **A.** Matia Lam was David Thach's brother-in-law.
[2] **Q.** Do you know if Matia Lam had any role in
[3] setting up Point and Fortune?
[4] **A.** No.
[5] **Q.** Do you know if he had any type of ownership
[6] interest in Point and Fortune?
[7] **A.** No.
[8] **Q.** How long, how long a period of time was Pack
[9] and Process dealing with Point and Fortune when you
[10] got them in '99 to the time that you started
[11] working with, I think it's Lam Staffing?
[12] **A.** It was, well, the accident happened in 2001.
[13] So, it would have been about a year, almost a year,
[14] it was eight months to a year.
[15] **Q.** So some time in 2000 you stopped dealing with
[16] Point and Fortune and started dealing with Lam?
[17] **A.** Yes. It was towards the Christmas holiday so
[18] it would have been six months to eight months.
[19] **Q.** When the switch over happened from Point and
[20] Fortune to Lam was Robert Macknis retired?
[21] **A.** No. Yes, he was. He had to be.
[22] **Q.** He was?
[23] **A.** Yes.
[24] **Q.** Is it fair to say that Bob Macknis was not

---

**Page 56**

[1] involved in the decision to go with Lam Staffing as
[2] the provider for temporary laborers?
[3] **A.** No.
[4] **Q.** Okay. How was he involved, how was Robert
[5] Macknis involved in the decision to use Lam
[6] Staffing?
[7] **A.** I'm sorry, I meant, no, he wasn't involved.
[8] **Q.** Thank you. Who was involved in the decision
[9] to stop using Point and Fortune and start using
[10] Lam?
[11] **A.** David Thach.
[12] **Q.** Okay. Well, there had to be someone in Pack
[13] and Process who was involved in that decision,
[14] right?
[15] **A.** Not -- it would have been Steve Ames, I would
[16] say. The reason I say that is because about that
[17] time David Lam opened up his beer -- not David Lam.
[18] David Thach opened up his, started opening up a
[19] beer distributorship and he was president of that
[20] and he couldn't be president of Point and Fortune
[21] and be president of the beer distributorship at the
[22] same time.
[23] **Q.** Why couldn't he?
[24] **A.** That's something you would have to ask him.

---

St. Paul Mercury Insurance Co., et al v.
Maly Yan

**Page 57**

[1] **Q.** Okay. You don't know why?

[2] **A.** Right.

[3] **Q.** But it was presented to you in some way, shape

[4] or form that for some reason he couldn't do both?

[5] **A.** Right.

[6] **Q.** What was your understanding of -- well, first

[7] of all, who was Lam Staffing, who were the people

[8] at the top of the, in charge of Lam Staffing?

[9] **A.** Matia Lam.

[10] **Q.** And David Thach was not involved in at all?

[11] **A.** He may have helped oversee it, but the

[12] company, Lam Staffing, was put in Matia Lam's name.

[13] **Q.** How did you know that it was in Matia Lam's

[14] name?

[15] **A.** Because they changed the name of the company

[16] and that was my person of contact from then on. He

[17] was responsible for it.

[18] **Q.** Was anybody at Pack and Process involved in

[19] setting up Lam Staffing?

[20] **A.** No.

[21] **Q.** Anybody at point -- at Pack and Process

[22] facilitate, kind of helping out, giving guidance in

[23] any way in helping to establish Lam Staffing?

[24] **A.** No.

**Page 58**

[1] **Q.** Anybody, at any time, that you were dealing

[2] with Lam Staffing, at any time did anybody at Pack

[3] and Process have any type of financial interest in

[4] Lam Staffing?

[5] **A.** To my knowledge, no.

[6] **Q.** When it was Point and Fortune that you said

[7] traditionally someone from Point and Fortune would

[8] come and pick up the checks on a weekly basis,

[9] correct?

[10] **A.** That's correct.

[11] **Q.** And that was traditionally David Thach?

[12] **A.** Correct.

[13] **Q.** When it was Point and Fortune, correct?

[14] **A.** Or he would have me get the check and give it

[15] to one of his leaders.

[16] **Q.** How about when it changed over to Lam

[17] Staffing, did that process change of how you paid

[18] Lam?

[19] **A.** Matia Lam would come pick up the check.

[20] **Q.** Did David Thach ever come and pick up the

[21] check?

[22] **A.** I really don't recall because David wasn't

[23] around much after that. He would come in

[24] occasionally but basically he was busy with his

**Page 59**

[1] other enterprise?

[2] **Q.** What nationality is David Thach, if you know?

[3] **A.** Cambodian.

[4] **Q.** How would you describe his English speaking

[5] skills?

[6] **A.** Not bad.

[7] **Q.** Were you able to converse with him?

[8] **A.** Yes.

[9] **Q.** And do you believe that he was adequately able

[10] to understand what you were telling him?

[11] **A.** Yes.

[12] **Q.** Was he able to adequately tell you and respond

[13] to your conversation?

[14] **A.** I never needed an interpreter.

[15] **Q.** How about Matia Lam, what nationality was

[16] Matia Lam?

[17] **A.** Cambodian.

[18] **Q.** And describe for me his English speaking

[19] skills?

[20] **A.** Somewhat limited.

[21] **Q.** Did you need an interpreter to speak with

[22] Matia Lam?

[23] **A.** No, just a lot of patience.

[24] **Q.** At any time when you were involved in Pack and

**Page 60**

[1] Process did you ever pay Point and Fortune or Lam

[2] Staffing in cash?

[3] **A.** No.

[4] **Q.** Did you ever give -- my understanding is that

[5] there was approximately, at any given time $300

[6] worth of petty cash in the Boulden Circle location,

[7] correct?

[8] **A.** Correct.

[9] **Q.** Did you ever give, lend Point and Fortune or

[10] Lam Staffing any of the petty cash?

[11] **A.** No.

[12] **Q.** Also fair to say that there were gasoline

[13] cards that were distributed by Steven Ames for

[14] purposes of Pack and Process business?

[15] **A.** Originally there was gas cards for Cheryl and

[16] for Steve Essingler and for Bob Macknis.

[17] **Q.** Do you know if the gas cards that you're

[18] referring to, were ever given to the leaders of Lam

[19] Staffing in order to pay for gasoline?

[20] **A.** Absolutely not.

[21] **Q.** Would that have been something you would have

[22] been aware of you think?

[23] **A.** That would have made a big roar in the

[24] company, yes, that is something that I would have

---

B&R Services for Professionals, Inc.

Min-U-Script®

Sterling Newsome
June 29, 2006

St. Paul Mercury Insurance Co., et al v.
Maly Yan

Page 61

[1] been aware of.
[2] Q. Did you or were you privy to, and what I mean
[3] by that is did you ever see the agreement between
[4] Pack and Process and Lam Staffing?
[5] A. No.
[6] Q. Did you ever see any of the agreements between
[7] any of the labor, the temporary labor agencies and
[8] Pack and Process?
[9] A. Yes.
[10] Q. So, it was a form basically, correct?
[11] A. Standard.
[12] Q. All right. I am going to, do you have a
[13] pre-marked exhibit? I'm going to give you a date
[14] and tell me if this comports with your recollection
[15] as to the first time that Lam Staffing contracted
[16] with Pack and Process, October of 2000. Does that
[17] seem about right?
[18] A. Yes.
[19] Q. I think I asked you the question before, as to
[20] has anybody ever been to the Point and Fortune
[21] location and you said that you believed that Bob
[22] Macknis had been, correct?
[23] A. Correct.
[24] Q. Same question as to Lam Staffing, do you know

Page 62

[1] if anybody actually went out to that location to
[2] investigate it?
[3] A. When you say investigate, no, I don't feel
[4] there was ever any need to investigate.
[5] Q. Do you know if anybody from Pack and Process
[6] was ever at that location, ever at the Lam Staffing
[7] location, which I believe is, or at the time was
[8] reported to be located at 5613 North 6th Street in
[9] Philadelphia, Pennsylvania?
[10] A. No.
[11] Q. Just to digress for a second. Currently you
[12] said you live in Philly, correct?
[13] A. That's correct.
[14] Q. And when you started dating Susi she lived in
[15] Philly, correct?
[16] A. That's correct.
[17] Q. Were you living in Philly at the time when you
[18] first met?
[19] A. Originally, no.
[20] Q. At some point did you actually move in with
[21] her?
[22] A. Yes.
[23] Q. And that's where you live right now, right?
[24] A. That's correct.

Page 63

[1] Q. At the same location?
[2] A. Yes.
[3] Q. Do you know how far away you live right now
[4] from 5713 North 6th Street?
[5] A. No.
[6] Q. 5713 North 6th Street.
[7] A. No, that's probably across JFK Boulevard.
[8] Q. You've never been to that location?
[9] A. No.
[10] Q. Did you ever talk with your wife about whether
[11] or not she was ever at the location, if she had
[12] actually ever gone to Lam Staffing's offices?
[13] A. No, she never went there.
[14] Q. Never went there?
[15] A. To my knowledge she didn't.
[16] Q. I'm going to mark this for identification
[17] purposes as Newsome-1.
[18] (Whereupon the court reporter marked the
[19] document as Newsome-1 for identification
[20] purposes.)
[21] BY MR. VAN NAARDEN:
[22] Q. Just so we're all on the same page, I'm
[23] referring to purchase order 901 with an attached
[24] addendum which is the agreement between Pack and

Page 64

[1] Process and Lam Staffing. I want you to take a
[2] look at what has been identified as Newsome-1. And
[3] it's approximately five pages long. I want to know
[4] if you have ever seen either -- first of all, I
[5] want to know if you have ever seen that document
[6] before? You can take your time.
[7] A. I never saw this document before.
[8] Q. Did you look at the addendum attached to it?
[9] A. Let me go --
[10] Q. You're actually looking at the addendum right
[11] now.
[12] A. Oh, okay.
[13] Q. Never seen it before?
[14] A. No.
[15] Q. Did you ever see a document like that, like
[16] the form itself?
[17] A. The only one I saw was with a group out of
[18] New Jersey.
[19] Q. When you say a group out of New Jersey you're
[20] talking about a temporary --
[21] A. Agency that I brought in.
[22] Q. And they signed one of these documents?
[23] A. Yes.
[24] Q. Did you actually sign it or did Steve sign it

St. Paul Mercury Insurance Co., et al v.
Maly Yan

Sterling Newsome<br>June 29, 2006

Page 65

[1] on behalf of Pack and Process?
[2] A. Steve.
[3] Q. At some point prior to me showing you this
[4] document, you had read it before, right?
[5] A. No.
[6] Q. Okay. Never went through it?
[7] A. No.
[8] Q. And that brings me to a good point. Did you
[9] look at any documentation in preparation for this
[10] deposition today?
[11] A. No.
[12] Q. You weren't shown any documents?
[13] A. No.
[14] Q. Were you given, just like your deposition is
[15] being transcribed, were you given any deposition
[16] transcripts to review?
[17] A. No.
[18] Q. Were you given any summary of depositions that
[19] had been taken in relation to this matter?
[20] A. No.
[21] Q. Did you have any discussions, with anybody,
[22] outside of discussions you may or may not have had
[23] with counsel, regarding your presence here today
[24] and what you would be discussing with us?

Page 66

[1] A. No.
[2] Q. Did you have any discussions with your wife
[3] about coming here today?
[4] A. Yes.
[5] Q. And other than the fact that you were going to
[6] have to come here today, and I understand that her
[7] and your son came with you today?
[8] A. Yes, but they left.
[9] Q. Other than talking about the fact that you had
[10] to come here today, did you talk about the
[11] substance of what was going to be or what you
[12] anticipated to be the subject of this deposition?
[13] A. No.
[14] Q. Did you discuss with your wife the June 18,
[15] '01 accident at all in anticipation for coming here
[16] today?
[17] A. No.
[18] Q. I'm going to show you something real quick on
[19] Newsome-1. Sorry.
[20] A. No problem.
[21] Q. This purchase order, it's purchase order 901.
[22] A. Right.
[23] Q. Do you know what that -- is 109 the name of
[24] this form or does 910 correspond to this particular

Page 67

[1] purchase order and if you don't know, please tell
[2] me?
[3] A. I personally don't know but I believe that
[4] purchase orders had to be issued from Steve
[5] Essingler for just about everything.
[6] Q. There are a bunch of different, you will agree
[7] with me, there are one, two, three, four, five,
[8] six, seven, eight, nine, ten, eleven boxes on this
[9] first form entitled purchase order 901, correct?
[10] A. Correct.
[11] Q. Do you know what these boxes mean?
[12] A. Yes.
[13] Q. What do they mean?
[14] A. It helps describe the role that Lam Staffing
[15] would be -- Lam Staffing will have in the, in our
[16] using their service.
[17] Q. If you read through it and read through every
[18] line and then tell me when you're done.
[19] A. Okay. Okay.
[20] Q. Have you read it all?
[21] A. Yes.
[22] Q. Would you agree with me that there is nothing
[23] contained, at least on that initial page from that
[24] purchase order, stating that Lam Services is to

Page 68

[1] provide transportation for the temporary laborers
[2] from their home location to Delaware?
[3]    MR. MARCEL: Objection. He's never seen
[4] the contract, he's never read a draft and
[5] you're asking him to interpret a contact
[6] that he has never seen before right now?
[7]    MR. VAN NAARDEN: Yes, I'm just asking
[8]
[9] BY MR. VAN NAARDEN:
[10] Q. You just read it, correct?
[11] A. It doesn't mention transportation.
[12] Q. Okay. Do you know if there was any type of
[13] oral agreement between Lam Staffing and Pack and
[14] Process whereby it was understood that
[15] transportation was going to be provided by Lam
[16] Staffing for the temporary employees?
[17] A. I think at the time all of your agent, I mean
[18] Asian agencies provided transportation for their
[19] employees.
[20] Q. My question was a little different. It was
[21] are you aware of any oral agreement that stated
[22] that, that they were going to be providing
[23] transportation services for their employees?
[24] A. I think the oral agreement was that, from

Sterling Newsome
June 29, 2006

St. Paul Mercury Insurance Co., et al v.
Maly Yan

Page 69

(1) Point and Fortune carried over to Lam Staffing.
(2) **Q.** So you believe that that type of agreement was
(3) something that was in force with Pack and Process
(4) and Point and Fortune, is that what you're telling
(5) me?
(6) **A.** Yes.
(7) **Q.** All right. And you believe that once Point
(8) and Fortune, and Lam Staffing, once Lam Staffing
(9) took over the role that Point and Process had a
(10) served, that that agreement had stayed in place?
(11) **A.** Yes.
(12) **Q.** But you understand that Lam Staffing and Point
(13) and Fortune were separate entities, correct?
(14) **A.** Yes.
(15) **Q.** And you don't believe that an additional oral
(16) agreement had taken place or was understood
(17) between, specifically between Lam Staffing and Pack
(18) and Process?
(19) **A.** In my dealing with temporary agencies it's
(20) usually understood that the agency will provide
(21) transportation. I've dealt with several temporary
(22) agencies and they all --
(23) **Q.** I understand. But I just want, my question
(24) was a little different. Specifically do you know?

Page 70

(1) **A.** Specifically I do not know.
(2) **Q.** Do you know who Yan Thou is?
(3) **A.** Yan, yes.
(4) **Q.** And was, to the best of your understanding Yan
(5) Thou, we can just call him Yan, we're talking about
(6) the same person, right?
(7) **A.** Correct, Maly's father.
(8) **Q.** Correct, yes. Well, at any time while you
(9) were at Pack and Process was Yan a permanent
(10) employee, a direct employee of Pack and Process.
(11) **A.** No.
(12) **Q.** He was always a, somebody who was provided
(13) through Lam Staffing, correct?
(14) **A.** Through Point and Fortune and Lam.
(15) **Q.** When Point and Fortune was doing business with
(16) Pack and Process do you know if Yan was a leader?
(17) **A.** Yes.
(18) **Q.** And do you know if he was transporting people
(19) to and from Philadelphia to Delaware and
(20) vice-versa?
(21) **A.** Yes.
(22) **Q.** Do you know what type vehicle he drove?
(23) **A.** I think it was, it was a Dodge Maxi van, 3500,
(24) burgundy in color. And it was approximately in the

Page 71

(1) 1990 through '99 year.
(2) **Q.** When you got back to the company in '99 was it
(3) your understanding that Yan had been providing
(4) transportation for the temporary workers before you
(5) got back in '99?
(6) **A.** Yes.
(7) **Q.** And for a point of time, after you got back in
(8) '99, he was still providing transportation from
(9) Philly to Delaware, correct?
(10) **A.** Correct.
(11) **Q.** Do you know how many, back in '99, do you know
(12) if Pack and Process did any investigation into
(13) whether or not Yan had a driver's license?
(14) **A.** Wasn't our responsibility.
(15) **Q.** So the answer is no?
(16) **A.** The answer is no.
(17) **Q.** Do you know if anybody at Pack and Process did
(18) any investigation into the vehicle that he was
(19) driving and what I mean by that is whether or not
(20) its inspection and registration were up to date?
(21) **A.** I don't know how to answer this. We -- David
(22) Thach was responsible for providing the
(23) transportation down and his drivers were
(24) responsible for their fuel, their insurance and

Page 72

(1) keeping their vehicle inspected.
(2) **Q.** Was that something, that responsibility that
(3) you're saying that Lam Staffing or David Thach had,
(4) was that anything that you know was memorialized in
(5) writing?
(6) **A.** No, it wasn't in writing.
(7) **Q.** Do you know if that was any type of oral
(8) agreement between someone at Pack and Process and
(9) David Thach and Lam Staffing?
(10) **A.** Once again, no.
(11) **Q.** This Dodge, well, first of all, when you
(12) started in '99 do you know if Susi was being
(13) transported specifically by Yan to the factory?
(14) **A.** She didn't start until 2000, July 2000.
(15) **Q.** When she started working was it your
(16) understanding that she was going with Yan?
(17) **A.** She originally had worked, she worked with --
(18) she worked under two or three different leaders
(19) because we would switch her back and forth from
(20) night shift to day shift.
(21) **Q.** Did you know if she, prior to the accident, if
(22) she had ever traveled with Yan in that Dodge van?
(23) **A.** Yes.
(24) **Q.** Traditionally what time did you usually get to

St. Paul Mercury Insurance Co., et al v.
Maly Yan

**Page 73**

[1]     the Boulden Circle location on any given day?
[2]   **A.** 5:30 in the morning.
[3]   **Q.** And traditionally what time were the workers,
[4]     the temporary workers suppose to be at the factory?
[5]   **A.** By quarter of six.
[6]   **Q.** Quarter of six, 5:45?
[7]   **A.** Yes.
[8]   **Q.** And you said there are gates to the factory?
[9]   **A.** Not at the --
[10]  **Q.** Back in '82.
[11]  **A.** Not at the Boulden Circle, no.
[12]  **Q.** Was the policy still the same, that if they
[13]    got there late they were told to go home?
[14]  **A.** The company had, by then had learned that they
[15]    couldn't control traffic and stuff like that and
[16]    they were coming from such a long distance, it was
[17]    a little more liberal.
[18]  **Q.** Understood. Were you ever, let me ask you
[19]    this. When they -- you said they were suppose to
[20]    be in the factory at 5:45; is that accurate?
[21]  **A.** Yes.
[22]  **Q.** Traditionally what time would the vans show
[23]    up?
[24]  **A.** Between quarter of -- 5:15 and ten minutes to

**Page 74**

[1]     six a.m.
[2]   **Q.** Is it fair to say that when the vans showed up
[3]     you were traditionally on the property somewhere?
[4]   **A.** As a rule, yes.
[5]   **Q.** Did you ever actually see the vans pull up?
[6]   **A.** Yes.
[7]   **Q.** And from your office did you have a window
[8]     where you could see the parking lot and see them
[9]     come in?
[10]  **A.** No.
[11]  **Q.** Approximately how many times, prior to the
[12]    accident, estimate, do you believe you actually
[13]    saw the vans pull up into the parking lot in the
[14]    beginning of the day?
[15]  **A.** Four days a week for two and a half years.
[16]    That's about all I can say.
[17]  **Q.** Quite a few?
[18]  **A.** Yes.
[19]  **Q.** More than ten?
[20]  **A.** Four days a week for two and a half years.
[21]  **Q.** We'll do the math later.
[22]  **A.** Yes.
[23]  **Q.** Did you ever specifically see that Dodge van,
[24]    driven by Yan, pull up to the factory prior to the

**Page 75**

[1]     accident?
[2]   **A.** Yes.
[3]   **Q.** Do you know how many passengers that van was
[4]     suppose to occupy? I don't think I'm asking that
[5]     question right
[6]   **A.** 15.
[7]   **Q.** You understand my question?
[8]   **A.** Yes.
[9]   **Q.** You knew that it was a 15 passenger van?
[10]  **A.** Correct.
[11]  **Q.** Did you know if the van had seatbelts for the
[12]    passengers prior to the accident?
[13]  **A.** Yes.
[14]  **Q.** And did it?
[15]  **A.** Yes.
[16]  **Q.** Did you ever see, in the time period before
[17]    the accident, more than 15 people exit that van?
[18]  **A.** Yes.
[19]  **Q.** Did you have an understanding, prior to the
[20]    accident, as to why the manufacturer suggested that
[21]    15, that it was a 15 passenger van, do you have an
[22]    understanding?
[23]  **A.** Basically yes.
[24]  **Q.** And was it your understanding that it was

**Page 76**

[1]     unsafe to have more than 15 people in the van?
[2]   **A.** The -- mechanically it's only designed for 15
[3]     people.
[4]   **Q.** That's because it's a safety issue, correct?
[5]   **A.** Correct.
[6]   **Q.** Because the car is not going to maneuver and
[7]     perform like it should if there's more weight and
[8]     more than 15 people in the van; fair?
[9]   **A.** That's correct.
[10]  **Q.** And that was something that you knew before
[11]    the accident occurred, correct?
[12]  **A.** Correct.
[13]  **Q.** Did you ever have any discussions with your
[14]    now wife, or any of the other temporary employees
[15]    about the fact that you had or -- let me go back.
[16]    Did any of the temporary workers express any
[17]    concerns to you that they had about the amount of
[18]    people that were being placed in that van?
[19]  **A.** They would complain from time to time they had
[20]    to sit on the floor, there wasn't room.
[21]  **Q.** And when you said they complained, they
[22]    complained to you?
[23]  **A.** Yes.
[24]  **Q.** And what was your response?

---

Sterling Newsome
June 29, 2006

St. Paul Mercury Insurance Co., et al v.
Maly Yan

---

Page 77

[1] A. I talked to David Thach and told him that this
[2] van was only designed for 15 people and they
[3] shouldn't be hauling any more than that. And Mr.
[4] Thach or David said, that being as they were
[5] basically Asians they were much smaller in stature
[6] and that the DOT looked the other way.
[7] Q. Did you have an understanding that the DOT was
[8] aware of the fact that there were more than 15
[9] people being placed in this van?
[10] A. I can't say this van specific, but I can say
[11] that, yes, I had seen vans pulled over before by
[12] local enforcement and more than 15 people would be
[13] in them at a time but nothing was ever said.
[14] Q. You actually saw that happen?
[15] A. Not with David's people but with other people.
[16] Q. I guess, how was it that you were able to see
[17] it unless it happened on the Boulden Circle
[18] grounds?
[19] A. Well, I am a truck driver myself. I have a
[20] CDL license and I have seen this before. But I
[21] have also dealt with other temporary agencies and
[22] that's how I know, I talked to other people and
[23] stuff.
[24] Q. You have a commercial driver's license you

---

Page 78

[1] said?
[2] A. Yes.
[3] Q. Do you know what the requirements are for,
[4] when I say requirements I mean when is it necessary
[5] to obtain a commercial driving license, when do you
[6] have to have one, do you know?
[7] A. Any time you're driving a commercial vehicle
[8] for the use of commercial business or when you're
[9] going to be hauling more than 15 passengers in a
[10] vehicle.
[11] Q. Do you know if any of the drivers, of any of
[12] the vans transporting any of the temporary
[13] employment, temporary employees had CDL licenses?
[14] A. I'm not aware if they did or not.
[15] Q. Is that anything, is that something that Pack
[16] and Process inquired into?
[17] A. No.
[18] Q. Did you have any concerns when these people
[19] would come to you, these temporary employees would
[20] come up to you and say, I'm sitting on the floor of
[21] this 15 passenger van, did you have any concerns
[22] about their safety?
[23] A. Other than the time that I talked to David
[24] about it, no.

---

Page 79

[1] Q. When you talked to David, was that something
[2] that occurred before, that talk, before the
[3] accident?
[4] A. Yes.
[5] Q. And when you walked away from that
[6] conversation with David, were you satisfied that
[7] David, that you felt that David was going to fix
[8] the problem?
[9] A. From his answer I knew it wasn't going to
[10] change.
[11] Q. So you knew, when you walked away, that at
[12] least David wasn't going to do anything to rectify
[13] it?
[14] A. That's correct.
[15] Q. Is that something that you went and told
[16] Steven Ames, that hey, this is a problem. I talked
[17] to David Thach about it and he said, I just have
[18] the feeling that he's not going to do anything
[19] about it?
[20] A. No. The reason was that we were not involved
[21] in the transportation of the people. We utilized
[22] the people, but we were not involved in the
[23] transporting them back and forth to work. I did
[24] bring up the concern that if an accident ever did

---

Page 80

[1] happen, we would lose approximately a third of our
[2] work force and that would take us awhile to recoup
[3] and actually it happened. And, yes, it took six
[4] months or better to get back to where we were
[5] before.
[6] Q. So you were concerned, in relation to these
[7] vans, and how many people were put in them, you and
[8] Pack and Process were concerned about losing a
[9] third of your work force if an accident occurred?
[10] A. Yes.
[11] Q. Is it fair to say that that was your major concern
[12] about or your primary concern about the fact that
[13] these passengers, there were more than 15
[14] passengers in this van?
[15] A. Yes, that was my concern, that was my personal
[16] concern, because as being a truck driver I had a
[17] CDL license so I knew the laws.
[18]    VIDEO OPERATOR: Off the record at
[19] 11:47, conclusion of DVD Number one.
[20]    (Whereupon there was a short recess.)
[21]    VIDEO OPERATOR: On the record 12:15.
[22] This is the beginning of DVD two.
[23] BY MR. VAN NAARDEN:
[24] Q. At some point in time were you made aware of

---

St. Paul Mercury Insurance Co., et al v.
Maly Yan

Page 81

[1] the fact that Yan had, he had either lost his
[2] license or had his license suspended, driver's
[3] license?
[4] **A.** Yes.
[5] **Q.** How did you become aware of that fact?
[6] **A.** When Ken Chow started.
[7] **Q.** Was Kenny Chow a leader before he started
[8] driving?
[9] **A.** Yes.
[10] **Q.** So he had been driving a different vehicle?
[11] **A.** He would ride in with his father, and
[12] sometimes he would bring in a mini van.
[13] **Q.** How is it that you learned that Kenny Chow was
[14] going to be -- well, first of all, was it your
[15] understanding that Kenny Chow was going to be
[16] driving Yan's van?
[17] **A.** For a short period of time, yes.
[18] **Q.** Who presented that to you, that information?
[19] **A.** When they wanted to change Kenny from one
[20] shift to another.
[21] **Q.** Who is they?
[22] **A.** I guess it would have been Matia or somebody.
[23] I wasn't -- I was just aware that the change had
[24] been made.

Page 82

[1] **Q.** That was something -- that was information
[2] provided to you by someone from Lam Staffing?
[3] **A.** Yes.
[4] **Q.** Do you I think it was --
[5] **A.** Ken, Ken Chow was the one that told me.
[6] **Q.** What did he tell you?
[7] **A.** He told me that he was going to start driving,
[8] Yan was having some problems with his license.
[9] **Q.** And anymore specific than having problems with
[10] his license?
[11] **A.** No.
[12] **Q.** Do you know why Ken Chow told you that?
[13] **A.** Yes.
[14] **Q.** Why?
[15] **A.** Because I asked him why he was changing
[16] shifts.
[17] **Q.** Did you have any discussions with anybody at
[18] Lam, other than Kenny Chow, relating to the fact
[19] that Yan couldn't be driving anymore?
[20] **A.** No.
[21] **Q.** Do you know when in time that happened,
[22] approximately?
[23] **A.** About a month before the accident, I think.
[24] **Q.** And at some point in time were you made aware

Page 83

[1] of the fact that Maly Yan was going to drive the
[2] van instead of Kenny Chow?
[3] **A.** Yes.
[4] **Q.** When were you notified of that?
[5] **A.** Maybe a day or two before the accident.
[6] **Q.** And who presented that information to you.
[7] **A.** Maly.
[8] **Q.** Maly approached you?
[9] **A.** She just said she -- we was just casually
[10] talking one time and she said she's going to start
[11] driving.
[12] **Q.** Was Steven Ames ever made aware of that fact?
[13] **A.** No.
[14] **Q.** Prior to this conversation you had with Maly
[15] Yan, you had known who she was?
[16] **A.** Yes.
[17] **Q.** And you knew that she was a direct employee of
[18] Pack and Process, she was a quality, a QC person,
[19] correct?
[20] **A.** Correct.
[21] **Q.** Was there any concern of yours that she would
[22] be, if in fact, let's start this way. Your
[23] understanding was that it was -- Maly Yan was going
[24] to start driving the van?

Page 84

[1] **A.** Correct.
[2] **Q.** Who was she doing that for?
[3] **A.** Her father.
[4] **Q.** And was she receiving any, if you know, any
[5] compensation from anybody else besides Pack and
[6] Process for driving, do you know if she was
[7] receiving any other compensation, other than the
[8] compensation that Pack and Process was providing to
[9] her?
[10] **A.** She wasn't being compensated by Pack and
[11] Process to drive.
[12] **Q.** My question was a little different. She was
[13] being paid on the books for the services she was
[14] providing for Pack and Process as QC person,
[15] correct?
[16] **A.** Correct.
[17] **Q.** Do you know if separate and apart from that
[18] she was getting any money on the side from anybody
[19] else about -- relating to her transporting workers?
[20] **A.** I told her she would have to talk to David
[21] Thach to see of he would pay her a couple hours a
[22] week, I mean a couple hours a day.
[23] **Q.** Did you talk to David Thach in that regard?
[24] **A.** No.

---

B&R Services for Professionals, Inc.           Min-U-Script®           (21) Page 81 - Page 84

Sterling Newsome
June 29, 2006

St. Paul Mercury Insurance Co., et al v.
Maly Yan

Page 85

[1] Q. Do you know if Maly Yan ever did?
[2] A. I really don't know because she had an
[3] accident a couple days later.
[4] Q. Did you ever bring it up to Steve Ames that
[5] Maly Yan, who was a direct employee of Pack and
[6] Process, was also going to be transporting workers?
[7] A. As long as she was off the clock, we didn't
[8] care.
[9] Q. Do you know how Lam Staffing compensated the
[10] drivers, the leaders, the individuals who were
[11] driving the vans?
[12] A. Yes.
[13] Q. How did they compensate them?
[14] A. They gave them a salary somewhat higher than
[15] their average employees and they paid them like
[16] three dollars per week, three dollars a day per
[17] person.
[18] Q. So they got a higher hourly rate than the
[19] regular temporary employees?
[20] A. Yes.
[21] Q. And they also got, whatever it was, a certain
[22] amount of money per head that they were
[23] transporting?
[24] A. Yes.

Page 86

[1] Q. And you were aware of that, that salary
[2] scheme?
[3] A. Yes.
[4] Q. Who made you aware of that compensation scheme
[5] for transporting workers?
[6] A. Just talking to the leaders.
[7] Q. That payment, do you know if it was made in
[8] cash, or check or other means?
[9] A. That was made, when they received their
[10] salaries every week that's when they received the
[11] payment.
[12] Q. Was it in cash?
[13] A. Yes.
[14] Q. Did you ever see David Thach or anybody from
[15] Lam Staffing handing out cash to the employees?
[16] A. I saw him hand it out to his leaders and his
[17] leaders would hand it out.
[18] Q. And you saw that happening?
[19] A. Yes. I was a well aware of how they paid,
[20] payment was made.
[21] Q. Did you have any concerns about the way that
[22] Lam Staffing was paying their employees?
[23] A. No.
[24] Q. Did you have any concerns that maybe the way

Page 87

[1] that they were paying the employees was not
[2] legitimate in some way?
[3] A. No.
[4] Q. Now your wife, Susi, was she paid in cash?
[5] A. Yes.
[6] Q. She was never a leader, correct?
[7] A. No.
[8] Q. Do you know if your wife ever had to pay in
[9] order to get on the van every day?
[10] A. That was, no, I don't think they took that
[11] from their salary, I think that came from the
[12] general pool.
[13] Q. When you say general pool, what do you mean?
[14] A. When David would pay his leaders he had to
[15] take money out of his pocket to pay the leaders
[16] because they were making more money than what he
[17] was being paid per hour, or whoever, whatever
[18] staffing it was. I know I keep referring to David
[19] but it is --
[20] Q. How much time, prior to the accident, were you
[21] aware of that Maly Yan had been transporting
[22] workers to and from the factory?
[23] A. She had just started when Ken transferred to
[24] night shift, when his dad went back to Vietnam.

Page 88

[1] Q. Did Maly Yan ever approach you or did she ever
[2] approach you and ask you for permission to drive
[3] the van to and from?
[4] A. No.
[5] Q. Did he ever express to you any concerns about
[6] working for two different agent -- to different
[7] companies at the same time?
[8]     MR. MARCEL: Objection. You can answer.
[9]     THE WITNESS: I can answer?
[10]     MR. MARCEL: Yes.
[11]     THE WITNESS: No, as long as she was off
[12] the clock we had no control over what she
[13] did as long as -- that was her business.
[14] BY MR. VAN NAARDEN:
[15] Q. Do you know if Maly Yan ever approached
[16] anybody in the Pack and Process organization to ask
[17] for their permission to drive these workers to and
[18] from work?
[19] A. To my knowledge, no.
[20] Q. Do you know if she ever approached David Thach
[21] or someone from Lam Staffing and asked them to ask
[22] someone in Pack and Process for permission for her
[23] to drive?
[24] A. I don't know.

St. Paul Mercury Insurance Co., et al v.
Maly Yan

Sterling Newsome
June 29, 2006

**Page 89**

[1]  **Q.** Did David Thach or anybody from Lam Staffing
[2]  approached you asking if it was okay if Maly Yan
[3]  could transport these people?
[4]  **A.** No.
[5]  **Q.** Anybody else from the Lam organization
[6]  approach you and ask you if it was okay if Maly
[7]  would drive the van?
[8]  **A.** No.
[9]  **Q.** Do you know if Maly Yan had a driver's
[10] license?
[11] **A.** Yes.
[12] **Q.** At the time of the accident?
[13] **A.** Yes.
[14] **Q.** How did you know that?
[15] **A.** She drove a car in one day. I said you can't
[16] drive, can you. She said, yes, I got a license.
[17] So out of a conversation with her, yes.
[18] **Q.** Do you know if she had a commercial driver's
[19] license?
[20] **A.** She didn't have a commercial license, no.
[21] **Q.** But you knew that she was going to be driving
[22] her dad's van, correct?
[23] **A.** Correct.
[24] **Q.** Did you have any concerns about the fact that

**Page 91**

[1]  **A.** She was in a little shock but basically she
[2]  had, come out with two bruises one on her arm, one
[3]  on her leg. And she was just a little sore.
[4]  **Q.** Were you -- did you arrive on the scene before
[5]  emergency medical personnel?
[6]  **A.** About the same time.
[7]  **Q.** Did you arrive before the police arrived, the
[8]  State Police?
[9]  **A.** I think so, yes.
[10] **Q.** Other than tending to Susi, did you have any
[11] other involvement, I'm assuming that is what you
[12] did, did you have any other involvement in what was
[13] going on at the accident scene?
[14] **A.** No.
[15] **Q.** When you arrived what was your understanding
[16] of what had happened?
[17] **A.** That somehow they had gently brushed a tanker
[18] and rolled the van
[19] **Q.** Did you have an understanding, I think we can
[20] agree is a horrific scene, correct?
[21] **A.** Correct.
[22] **Q.** Other than that generality, did you have any
[23] specific information, when you got there, as to the
[24] extent of injuries sustained by people in the van?

**Page 90**

[1]  she was not trained in how to drive a commercial
[2]  vehicle?
[3]  **A.** She -- that never crossed my mind. She rode
[4]  in that van every day so --
[5]  **Q.** How were you notified about the June 18, '01
[6]  accident?
[7]  **A.** My now wife called me up.
[8]  **Q.** Where was she when she called you?
[9]  **A.** In the middle of the accident.
[10] **Q.** So she had a cell phone?
[11] **A.** Yes.
[12] **Q.** And she called you like from 95?
[13] **A.** From 495, yes.
[14] **Q.** Okay. And what did she tell you?
[15] **A.** She asked me if I could come up and I said
[16] why. She said we just had an accident. I said
[17] okay, I'll be right there.
[18] **Q.** And did you actually go to the accident scene?
[19] **A.** Yes.
[20] **Q.** When you got there what did you see?
[21] **A.** Something I never want to see again.
[22] **Q.** What condition was Susi in when you arrived?
[23] As far as you can tell, I know you're not a doctor,
[24] but what could you tell her injuries were?

**Page 92**

[1]  **A.** Yes.
[2]  **Q.** And what was that understanding?
[3]  **A.** Two people were killed immediately, and then
[4]  others were, you know, sustained bad wounds, there
[5]  were just multiple contusions and abrasions all
[6]  them, they had broken bones and stuff. Yan
[7]  couldn't even walk at the time.
[8]  **Q.** You're referring to Yan Thou, right?
[9]  **A.** Yes.
[10] **Q.** And you knew that Maly Yan was the driver of
[11] the van at the time the accident occurred?
[12] **A.** Correct.
[13] **Q.** Did you know who Oeurn Mam was?
[14] **A.** That was her mother, stepmother, excuse me.
[15] **Q.** Did you understand that she was killed as a
[16] result of the accident?
[17] **A.** And Maly's brother too, yes.
[18] **Q.** Navy Yan?
[19] **A.** Yes.
[20] **Q.** Those people in particular, the Yan family,
[21] did you -- other than your contact with them at
[22] Pack and Process, did you know them outside, in a
[23] context outside of Pack and Process?
[24] **A.** I attended one of, Desai's wedding, which is

B&R Services for Professionals, Inc.

Min-U-Script®

(23) Page 89 - Page 92

Sterling Newsome
June 29, 2006

St. Paul Mercury Insurance Co., et al v.
Maly Yan

---

Page 93

[1] another son of Yan's.

[2] **Q.** And was that before the accident?

[3] **A.** Yes.

[4] **Q.** Were you there with Susi?

[5] **A.** No.

[6] **Q.** So you had a relationship with the family

[7] outside of Pack and Process and outside of your

[8] connection with Susi?

[9] **A.** Just the one time. I was invited to the

[10] wedding.

[11] **Q.** And your contacts with Maly Yan, prior to the

[12] accident, did you ever know her to lie?

[13] **A.** Did I ever know her to lie? I don't think I

[14] was ever in a position where I would know.

[15] **Q.** So to the best of your knowledge would you

[16] agree that you had no information that would lead

[17] you to conclude that she was a liar?

[18] **A.** True.

[19] **Q.** Would that be the same thing for Yan?

[20] **A.** Yes.

[21] **Q.** Were you involved in notifying anybody at Pack

[22] and Process about the accident?

[23] **A.** Yes.

[24] **Q.** Who did you notify?

---

Page 94

[1] **A.** Steve Ames.

[2] **Q.** To the best of your knowledge were you the

[3] first one to let him know about the accident?

[4] **A.** I think so.

[5] **Q.** And what did you tell him?

[6] **A.** I told him there had been a bad accident on

[7] 495.

[8] **Q.** Anything else?

[9] **A.** I said there was a couple -- several people

[10] killed.

[11] **Q.** What was his response?

[12] **A.** He came to the hospital.

[13] **Q.** And you were there when he was at the

[14] hospital?

[15] **A.** Yes.

[16] **Q.** Was Susi taken to the hospital?

[17] **A.** Just for an examination, yes.

[18] **Q.** Did she stay overnight?

[19] **A.** No.

[20] **Q.** How long did you stay at the hospital?

[21] **A.** Approximately 1:00 a.m.

[22] **Q.** Did you leave when Susi left?

[23] **A.** Yes.

[24] **Q.** How long, if you know, did Steve Ames stay at

---

Page 95

[1] the hospital?

[2] **A.** About the same time.

[3] **Q.** Were you asked to be interviewed or give any

[4] statements to anybody relating to the accident at

[5] any time?

[6] **A.** The only thing I was asked is if I could

[7] identify any of the bodies.

[8] **Q.** Did you actually have to do that?

[9] **A.** Yes.

[10] **Q.** Were you able to do that?

[11] **A.** No, their features had been changed and

[12] altered so much they weren't recognizable.

[13] **Q.** Other than that, have you been asked to, other

[14] than sitting down here today and any conversations

[15] you may have had with counsel, to recount any of

[16] the, any issues pertaining to the accident?

[17] **A.** No. Actually I never talked with counsel about

[18] it.

[19] **Q.** Did you ever have any conversations with Steve

[20] Ames, other than the conversation you just talked

[21] about, relating to the accident?

[22] **A.** Other than it was going to effect our

[23] performance over the next few days.

[24] **Q.** Having to do with the labor force?

---

Page 96

[1] **A.** Correct.

[2] **Q.** Did you ever have any discussions with Steve

[3] Ames or anybody else at Pack and Process about Maly

[4] Yan's role within the Pack and Process company?

[5] **A.** No.

[6] **Q.** Were you ever approached, I'm sorry, excuse

[7] me, by anybody from St. Paul Mercury and asked

[8] questions about the accident and Maly Yan's

[9] relationship with Pack and Process?

[10] **A.** Not that I can recall, no.

[11] **Q.** After the accident occurred was Lam Staffing

[12] still providing temporary employees for a period of

[13] time to Pack and Process?

[14] **A.** Very short period of time.

[15] **Q.** And do you know why that is?

[16] **A.** Not really, other than the fact that Matia

[17] really wasn't able to handle the job.

[18] **Q.** Did that have anything to do with the

[19] accident?

[20] **A.** I don't think so.

[21] **Q.** Did you notify anybody from Lam Staffing about

[22] the accident?

[23] **A.** I called David and asked him to get in touch

[24] with Matia.

---

Page 93 - Page 96 (24)

Min-U-Script®

B&R Services for Professionals, Inc.