# EXHIBIT C
# PART 2

St. Paul Mercury Insurance Co., et al v.
Maly Yan

Page 97

[1] Q. What did David say when you relayed the
[2] information to him?
[3] A. He came down.
[4] Q. He was at the accident scene?
[5] A. Yes.
[6] Q. Did you have any discussion with him at the
[7] accident scene?
[8] A. No.
[9] Q. How about --
[10] A. Matia Lam.
[11] Q. Matia Lam -
[12] A. He didn't show up.
[13] Q. Ever?
[14] A. No.
[15] Q. Did you ever have any discussions with David
[16] or Matia Lam after the accident related to the
[17] accident?
[18] A. No.
[19] Q. Do you know if anybody did at Pack and
[20] Process?
[21] A. To my knowledge, no.
[22] Q. Did you ever have any discussions with anybody
[23] at Lam Staffing telling them to put their carrier
[24] on notice of the accident?

Page 98

[1] A. No.
[2] Q. Do you know if anybody did?
[3] A. I have no knowledge of it.
[4] Q. As far as the way Lam Staffing was paid for
[5] the services that they provided, they actually
[6] handed, would hand in invoices to Pack and Process
[7] specifying the employees, the Lam Staffing
[8] employees that they were providing to Pack and
[9] Process and the number of hours that they had
[10] worked, correct?
[11] A. That's correct.
[12] Q. And that was, at least, suppose to correspond
[13] with the amount of time that they were actually
[14] working on the production line, correct?
[15] A. That corresponded with the time that was on
[16] their sign-in sheets and production.
[17] Q. And so, theoretically, if we could take, for
[18] any given employee, the amount of time that they
[19] represented on the invoice, multiply it by their
[20] hourly rate, and that's how much Pack and Process
[21] would write a check for Lam Staffing for, correct?
[22] A. No.
[23] Q. Tell me how it worked if it's other than that?
[24] A. The company charged, I mean the company was

Page 99

[1] charged a specific amount, which was a little more
[2] than the -- what the employees were paid. But it
[3] was an agreed upon rate and he would be paid, you
[4] know, David would be paid X amount of dollars for
[5] every employee.
[6] Q. Wouldn't the amount of money that was paid
[7] David Thach depend on how many hours his workers
[8] worked?
[9] A. Correct.
[10] Q. And it wouldn't depend on how many workers he
[11] provided?
[12] A. Yes.
[13] Q. So isn't there like a mathematical equation?
[14] A. Yes. I misunderstood your question.
[15] Q. That's fine, that's fair. I want to make sure
[16] we're both on the same page. Is the way that
[17] payment for services provided by Lam Staffing
[18] worked, such that they would give you an invoice
[19] telling you how many hours a particular employee
[20] worked and you would multiply that times whatever
[21] the agreed upon hourly rate was, and you would get
[22] a number and that's the amount of the check that
[23] was cut for -- to Lam?
[24] A. That's correct.

Page 100

[1] Q. Is it fair to say that in the invoices there
[2] was no line item for transportation services?
[3] A. That is correct.
[4] Q. Are you aware of any service fee that was ever
[5] paid to Lam Staffing separate and apart from the
[6] compensation that we just talked about?
[7] A. No.
[8] Q. We went through your background a little bit,
[9] is it safe to say you have no legal training?
[10] A. No. I have no legal training.
[11] Q. Is it safe to say?
[12] A. Yes.
[13] Q. Okay. Your wife, safe to say she has no legal
[14] training?
[15] A. True.
[16] Q. Do you know what an affidavit is?
[17] A. Yes.
[18] Q. What is your understanding of what an
[19] affidavit is?
[20] A. Where you give a, make a statement and it's
[21] suppose to be the truth, the whole truth and
[22] nothing but the truth.
[23] Q. You understand that it's just like we come
[24] here today and you get sworn in?

---

**Page 101**

[1] A. Correct. Usually it's notarized or --

[2] Q. Do you recall ever being asked to sign an

[3] affidavit relating to the June 18, 2001 accident?

[4] A. No, I don't think so. If I was I don't

[5] recall.

[6] Q. You don't recall?

[7] A. That's right.

[8] Q. All right. Do you know if Susi Hadi, your now

[9] wife, was ever asked to sign to an affidavit

[10] relating to these events?

[11] A. There was an investigation done, but it was by

[12] INS. And she had to sign -- maybe I did have to

[13] sign a paper then, through the INS, but that was

[14] the only investigation, that had nothing to do with

[15] -- I mean it was brought up by the accident, but it

[16] was totally different, to my understanding.

[17] Q. Other than an investigation that may or may

[18] not have occurred by INS, are you aware of any

[19] other investigation relating to this accident?

[20] A. No.

[21] Q. Are you aware of any investigation by the

[22] Department of Labor relating to this accident?

[23] A. No.

[24] Q. Are you aware of an investigation by the State

---

**Page 102**

[1] Police regarding the accident?

[2] A. Yes.

[3] Q. Were you ever questioned in relation to the

[4] State Police investigation?

[5] A. No.

[6] Q. Were you ever shown a report that was authored

[7] by the Delaware State Police?

[8] A. No.

[9] Q. Did you have any discussions with anybody at

[10] Pack and Process regarding the INS's investigation?

[11] A. I may have mentioned it talking, but never

[12] with Steve Ames or anything like that or maybe I

[13] did even mention it to Steve Ames, yes.

[14] Q. Do you know if you remember the content of

[15] that discussion?

[16] A. No.

[17] Q. Generally speaking?

[18] A. It was just two friends talking, chitchat.

[19] Q. Do you have an understanding why INS was

[20] investigating Pack and Process?

[21] A. Yes.

[22] Q. What was your understanding of that?

[23] A. They felt we might be employing illegal

[24] aliens.

---

**Page 103**

[1] Q. Do you know why they thought that?

[2] A. Because none of the people in the accident had

[3] identification on them or anything and they was all

[4] carrying -- they had just gotten paid so they were

[5] all carrying cash.

[6] Q. When you got to the accident did you see cash

[7] strewn about everywhere?

[8] A. Yes.

[9] Q. Do you have an understanding of where that

[10] money came from?

[11] A. Yes.

[12] Q. Where did that come from?

[13] A. Some of it came from they were just getting

[14] paid and Maly's mother used to always carry several

[15] thousand dollars on her, which is typical of Asian

[16] people.

[17] Q. The money that was -- not the money that was,

[18] what we'll call Oeurn Mam's savings, but the other

[19] money, do you know if that was paid, that cash was

[20] paid to the occupants of that van on Pack and

[21] Process property?

[22] A. No, it' wasn't paid on Pack and Process

[23] property, that particular day it wasn't.

[24] Q. How do you know?

---

**Page 104**

[1] A. My wife received her pay in the van going up

[2] the road just prior to the accident.

[3] Q. Do you know who gave her the money?

[4] A. Yes.

[5] Q. Who gave her the money?

[6] A. It was the mother, I don't know her name, I

[7] can't pronounce it.

[8] Q. Oeurn Mam?

[9] A. Yes.

[10] Q. Do you know where Oeurn Mam got that cash from

[11] in order to distribute it on the bus?

[12] A. Yes.

[13] Q. Where did she get it from?

[14] A. She had gotten it from Matia.

[15] Q. Where would she have gotten, location wise,

[16] where would she have gotten that money from Matia?

[17] A. He would either come to the plant and pay her,

[18] pay them or he would pay them at home.

[19] Q. Do you know on that particular day, if he had

[20] given the cash to Oeurn Mam on the Pack and Process

[21] property?

[22] A. No, I don't know.

[23] Q. But that's something that happened from time

[24] to time?

---

St. Paul Mercury Insurance Co., et al v.
Maly Yan

Sterling Newsome
June 29, 2006

Page 105

[1]  A.  It has happened, yes.
[2]  Q.  Did you have any concerns about that, that he
[3]     was distributing cash to his employees on Pack and
[4]     Process property?
[5]  A.  No.  They were entitled to be paid.
[6]  Q.  September 26 of 2003, you were no longer
[7]     employed by Pack and Process, correct?
[8]  A.  September 26, 2003, no, I wasn't employed.
[9]  Q.  The 26th?
[10] A.  No.
[11] Q.  When -- just so I don't have to go back to my
[12]    notes -- -
[13] A.  2003, I had an accident September 11 so, I was
[14]    --
[15] Q.  When you were receiving disability benefits
[16]    was that through Pack and Process?
[17] A.  No.
[18] Q.  As you sit here today are you receiving any
[19]    type of compensation, whether it be disability
[20]    benefits, pension or otherwise through your
[21]    employment at Pack and Process?
[22] A.  No.
[23] Q.  Why did you leave the employment of Pack and
[24]    Process when you left in, you said 2001?

Page 106

[1]  A.  2001, because Steve Ames indicated he could no
[2]     longer afford to maintain me.
[3]  Q.  Anything more specific than that?
[4]  A.  Basically that was it.
[5]  Q.  Did you have an understanding as to why he
[6]     could no longer afford you?
[7]  A.  Because the, I guess the company was in -- was
[8]     strapped for cash at the time.
[9]  Q.  At the time that you were let go, do you know
[10]    if there was any litigation filed in relation to
[11]    the accident?
[12] A.  Yes.  I'm sure there was.
[13] Q.  Do you know if the fact that there was pending
[14]    litigation relating to the accident, had anything
[15]    to do with reduction in labor force at Pack and
[16]    Process?
[17] A.  No.  It had nothing to do with it.
[18] Q.  Did Steve Ames, or anybody else at Pack and
[19]    Process, ever discuss with you anything about
[20]    pending any litigation resulting from the accident
[21]    prior to you leaving?
[22] A.  No.
[23] Q.  At any time, even to today, have you had any
[24]    discussions with anybody from Pack and Process

Page 107

[1]     about this litigation?
[2]  A.  Occasionally I would speak to Maly.
[3]  Q.  Do you -- when is the last time you talked to
[4]     Maly?
[5]  A.  Several months ago.  I met her at the oriental
[6]     market?
[7]  Q.  Do you know if your wife has talked to Maly
[8]     Yan more frequently than you?
[9]  A.  No, she -- I can say she hasn't. .
[10] Q.  What was the contents of any discussions that
[11]    you may have had with Maly?
[12] A.  Just that I would like to see her, if she can
[13]    get something out of this, I would like to see her
[14]    get it.
[15] Q.  Did you talk about any like the content of
[16]    this litigation or any of the subject matter
[17]    relating to it?
[18] A.  No.
[19] Q.  Now, in -- do you recall on September 26, 2003
[20]    signing an affidavit?
[21] A.  I worked for James Julian at the time, and I
[22]    didn't sign any affidavit to anybody I don't think.
[23] Q.  Okay.  I'm going to mark as Newsome-2.
[24]       (Whereupon the court reporter marked the

Page 108

[1]     document as Newsome-2 for identification
[2]     purposes.)
[3]       THE WITNESS:  Oh, wait a minute, you're
[4]     talking about an attorney here in town.
[5]  BY MR. VAN NAARDEN:
[6]  Q.  I'm going to give you a chance to look at it.
[7]     I'm going to be fair to you.  I'm not going to
[8]     surprise you with anything.
[9]  A.  I remember now, yes, I did.  I can change my
[10]    statement now, yes, I recall now.
[11] Q.  Okay.  I'm going to show you and I want you to
[12]    look at it.  And I'll ask you a few questions about
[13]    it.  Go to the last page, if you can.
[14] A.  I forgot all about this, I'm sorry.
[15] Q.  Don't be sorry.  Last page, it's notarized on
[16]    the September 26, 2003, correct?
[17] A.  Yes.
[18] Q.  And is that your signature?
[19] A.  Yes, it is.
[20] Q.  And as you look at it now do you believe you
[21]    signed this document on September 26, 2003?
[22] A.  I know I did.
[23] Q.  When you signed this document who was present
[24]    with you?

Sterling Newsome
June 29, 2006

St. Paul Mercury Insurance Co., et al v.
Maly Yan

Page 109

[1] A. I don't know the attorney's name. It was an
[2] attorney.
[3] Q. And was your wife present?
[4] A. Yes.
[5] Q. And she also signed an affidavit that day,
[6] correct?
[7] A. I think so, yes.
[8] Q. Did you have any discussions with that
[9] attorney -- well, first of all, were you
[10] represented by that attorney, was he your attorney?
[11] A. No.
[12] Q. Do you believe that you had any attorney
[13] client relationship with that attorney?
[14] A. No.
[15] Q. Well, tell me how it is that you ended up
[16] being in that attorney's office on September 26,
[17] 2003?
[18] A. They asked me to come in and make a statement.
[19] Q. And that was on the 26th?
[20] A. Well, it was before that. I was contacted a
[21] little bit before that but just asked -- basically
[22] what we're doing here.
[23] Q. I understand. So you were contacted by
[24] somebody and I'm going to, we're looking at the

Page 110

[1] same affidavit from Christie, Parabue, Mortensen
[2] and Young, fair to say?
[3] A. Yes.
[4] Q. Do you know if -- who the attorney was that
[5] contacted you?
[6] A. It wasn't one of these.
[7] Q. It wasn't James Young?
[8] A. Is he Hawaiian?
[9] Q. No.
[10] A. Okay, it wasn't him then.
[11] Q. Was it Rafael Villalobos?
[12] A. Could be, yes.
[13] Q. Okay. And were you contacted via phone, via
[14] letter or in some other way, shape or form?
[15] A. Originally phone and then by letter and then I
[16] was asked to come to the office and they sent
[17] somebody to the house one time for me to sign some
[18] papers. They took a statement over the phone one
[19] time too. I'm sorry, I forgot all about this but,
[20] yes, I recall it now.
[21] Q. That's okay. During the time that -- when you
[22] were initially contacted by someone from the law
[23] firm, did you also receive any kind of contact from
[24] Steve Ames or anything from Pack and Process?

Page 111

[1] A. No.
[2] Q. No one called you and said, hey, look by the
[3] way, an attorney might call you in relation to your
[4] employment at Pack and Process and ask you some
[5] questions?
[6] A. No.
[7] Q. At the time that they contacted you, you were
[8] living at 1609 South 8th Street?
[9] A. Yes.
[10] Q. And you were living with Susi?
[11] A. Susi Hadi, yes.
[12] Q. Not yet married, but living together?
[13] A. Correct.
[14] Q. What was said to you by the attorney on the
[15] phone?
[16] A. Just asked me if I would come in and make a
[17] statement and he asked me a few questions regarding
[18] my knowledge of the accident and basically what
[19] we're doing here, goings on of the plant.
[20] Q. Can you remember any of the specific questions
[21] that he asked you?
[22] A. Yes, he asked me if I ever authorized Maly to
[23] drive the van.
[24] Q. Anything else?

Page 112

[1] A. That was one of the questions and not -- I
[2] can't recall much else. This is a while back for
[3] me, and at that time I was going through some
[4] pretty nasty thing. I just had my accident so I
[5] was not, you know, really thinking about this too
[6] much.
[7] Q. Were you taking any medication at that time
[8] that you believe would alter your perception of the
[9] circumstances going on around you?
[10] A. I was only taking a muscle relaxant at the
[11] time.
[12] Q. Did the attorney on the phone ask you that
[13] question?
[14] A. I think I told him.
[15] Q. After the initial phone call what was the next
[16] contact you had?
[17] A. I don't recall. He called me several times
[18] and he sent somebody over with a paper one time and
[19] then he mailed me some papers, so...
[20] Q. The papers that you're talking about, do you
[21] believe there are other papers in connection with
[22] your conversations with that attorney that are not
[23] contained in this three page document that has been
[24] placed in front of you and identified as Newsome-2?

St. Paul Mercury Insurance Co., et al v.
Maly Yan

Sterling Newsome
June 29, 2006

Page 113

[1]    **A.** I think this is it.
[2]    **Q.** It's safe to say that you didn't type this
[3]    affidavit out?
[4]    **A.** No, I did not type it out. I may have
[5]    narrated it but I did not type it out.
[6]    **Q.** As you look through it, is this your language
[7]    verbatim?
[8]    **A.** Actually it is probably the attorney's
[9]    language because he took the statements, made
[10]   notes, had them type it up and, but yes and no,
[11]   this is both our language.
[12]   **Q.** If we turn to page two, number five, I'm going
[13]   to read it and you just tell me if I read it
[14]   correctly first. Okay?
[15]   **A.** Yes.
[16]   **Q.** I had ongoing contact with David Thach at Lam
[17]   Staffing during my employment with Pack and
[18]   Process. Specifically I contacted Mr. Thach, and
[19]   advised him on a daily basis as to how many
[20]   laborers Pack and Process would need the following
[21]   day and on any given shift. Did I read that
[22]   correctly?
[23]   **A.** Yes.
[24]   **Q.** I just want to make sure we're clear. Isn't

Page 114

[1]    it true that during the time period that we're
[2]    talking about, the time period right before the
[3]    accident, and your connection with Lam Staffing,
[4]    that it was Mattada --
[5]    **A.** Matia.
[6]    **Q.** Matia who you were contacting on a daily basis
[7]    and not David Thach?
[8]    **A.** I had to, I initially talked to Matia but he
[9]    had a -- there was a language barrier there so I
[10]   had to basically turn to David to get this taken
[11]   care of.
[12]   **Q.** Now, at the same time that you were asked to
[13]   sign this affidavit, your wife was as well?
[14]   **A.** She signed something, I don't recall what it
[15]   was but she signed something.
[16]   **Q.** Did you ever look at the document that she
[17]   signed?
[18]   **A.** I don't know. To be honest with you, I don't
[19]   recall. This pertains to me, not her.
[20]   **Q.** During the time that Susi was employed by Lam
[21]   Staffing do you know if Susi ever got an actual
[22]   check from Lam Staffing or was she always paid in
[23]   cash?
[24]   **A.** Cash.

Page 115

[1]    **Q.** Do you know if Susi ever filled out any type
[2]    of 401 -- not 401, like a 1099 or any type of tax
[3]    related forms that Lam asked her to fill out?
[4]    **A.** I think they circulated some papers at one
[5]    time, but I don't know whether Susi signed one or
[6]    not.
[7]    **Q.** At the time, in September of 2003, was Susi
[8]    still an employee of Lam Staffing?
[9]    **A.** No.
[10]   **Q.** How was she employed at the time that she
[11]   signed this? I'll represent to you that she signed
[12]   it on September 26.
[13]   **A.** She was working for another, a different
[14]   temporary agency.
[15]   **Q.** Was she providing services -- was she going to
[16]   Pack and Process still?
[17]   **A.** No, her last day of work was when the
[18]   accident.
[19]   **Q.** Why is that, if you know?
[20]   **A.** Because she was afraid to go back down there
[21]   again.
[22]   **Q.** At some later point in time you signed another
[23]   affidavit, did you not, on October 21, 2003. Yes?
[24]   Do you recall that?

Page 116

[1]    **A.** Evidently you got one in front of you so I
[2]    will say yes.
[3]    **Q.** I'm going to mark it Newsome-3.
[4]        (Whereupon the court reporter marked the
[5]        document as Newsome-3 for identification
[6]        purposes.)
[7]    **BY MR. VAN NAARDEN:**
[8]    **Q.** I'm going to show it to you. Take a look at
[9]    the last page, page 4.
[10]   **A.** My signature.
[11]   **Q.** Okay. Do you remember signing this document?
[12]   **A.** Yes, this was an after, yes.
[13]   **Q.** Do you know why you were contacted to sign an
[14]   additional affidavit?
[15]   **A.** At this point in time, no. No, I don't
[16]   recall.
[17]   **Q.** Was anything expressed to you from the
[18]   attorneys that approached you for this affidavit
[19]   regarding why you needed to sign another one?
[20]   **A.** I don't recall, to be honest with you I don't
[21]   really recall.
[22]   **Q.** Do you remember ever having any concerns
[23]   about having to sign an additional affidavit?
[24]   **A.** No.

B&R Services for Professionals, Inc.

Min-U-Script®

Sterling Newsome
June 29, 2006

St. Paul Mercury Insurance Co., et al v.
Maly Yan

Page 117

[1]     Q. Is it possible that Yan Thou had some
[2]     arrangement with Pack and Process, that you were
[3]     not aware of, whereby she was asked to drive these
[4]     employees to and from the factory?
[5]         MR. MARCEL: Excuse me, you said Yan
[6]     Thou and you said she.
[7]     BY MR. VAN NAARDEN:
[8]     Q. I'm sorry, Maly Yan?
[9]     A. I understood. No, I don't think so. I would
[10]    have been aware if something was.
[11]    Q. Are you aware that Maly Yan, like yourself
[12]    today, has given a deposition under oath two times
[13]    and has actually testified in a court or law. One
[14]    time in relation to her employment relationship
[15]    with Pack and Process. Did you know that?
[16]    A. I heard she had a case, yes.
[17]    Q. I'm sorry?
[18]    A. I heard she had a case, yes.
[19]    Q. But my question was different. I'm sure
[20]    you're aware that she had a case. But were you
[21]    aware that she gave testimony under oath?
[22]    A. Yes. If she had a case, if she was involved
[23]    in a case, I am sure she did.
[24]    Q. Did you ever discuss with anybody, other than

Page 118

[1]     your attorney, who you said you didn't talk to
[2]     anyway --
[3]     A. I have not really talked to him.
[4]     Q. I don't want to know about it. The content of
[5]     Maly Yan's testimony?
[6]     A. No.
[7]     Q. I'm going to make some representations to you
[8]     about the content of portions of Maly Yan's
[9]     testimony. Okay?
[10]    A. Yes.
[11]    Q. That she gave under oath. The first of which
[12]    I'm going to tell you that on January 20, 2005 in
[13]    City Hall she was called to the stand and asked a
[14]    few questions relating to her employment agency.
[15]    Okay?
[16]    A. Okay.
[17]    Q. And I'm going to represent to you, for
[18]    purposes of this deposition, that when asked on the
[19]    date of the accident, on June 18, 2001, you were
[20]    working for Pack and Process located in Delaware,
[21]    right?
[22]    A. Correct.
[23]    Q. The answer she gave was correct. Do you agree
[24]    with that?

Page 119

[1]     A. Yes.
[2]     Q. The next question that was posed to her was
[3]     and you were working as a quality control employee
[4]     at the factory. And the answer that she gave was
[5]     yes. Do you agree with that?
[6]     A. Yes.
[7]     Q. The next question was and as part of your
[8]     duties you would transport workers from their homes
[9]     in Philadelphia to the factory and back home to
[10]    Philadelphia, right? And the answer she gave was
[11]    correct. Do you agree with that?
[12]    A. No.
[13]    Q. Do you think that Maly Yan is lying when she
[14]    says that? And I'll represent to you that that is
[15]    what she said.
[16]    A. I think that what she means when she did that
[17]    is she was driving for her father, transporting
[18]    people that day.
[19]    Q. So you believe that she meant something
[20]    different than what she said under oath on January
[21]    20, 2005?
[22]    A. That would be, yes, I feel that her
[23]    interpretation is different, yes.
[24]    Q. She was also, just like you, sat down for a

Page 120

[1]     deposition on September 24, 2003. She was sworn
[2]     under oath and I'll go through with you again some
[3]     stuff. She was asked on page 69, line 6, the
[4]     question was posed to her, this was by Mr.
[5]     Villalobos, who is defense counsel. What
[6]     supervisor was it that told you to transport people
[7]     to and from work. Her answer was Sterling. The
[8]     question was then posed to her, Sterling Newsome?
[9]     And her answer was yes. Do you disagree with that?
[10]    A. I think that I said to her one time, but not
[11]    in a official capacity, I said, she asked how are
[12]    we going to get back and forth to work. And said,
[13]    I guess you'll have to drive. But that was not in
[14]    an official capacity of Pack and Process. That was
[15]    just as two friends talking.
[16]    Q. That conversation, did that occur at the
[17]    plant?
[18]    A. Yes.
[19]    Q. So it occurred, it occurred during the hours
[20]    in which she was working as a QC operator?
[21]    A. It was either some time during the day there
[22]    one time.
[23]    Q. She was on the clock at the time that you had
[24]    this conversation, correct?

Min-U-Script®

St. Paul Mercury Insurance Co., et al v.
Maly Yan

Sterling Newsome
June 29, 2006

**Page 121**

[1]  A. Correct. But I didn't make it in the
[2]  official capacity of being plant supervisor.
[3]  Q. Did you express that to her, and say listen,
[4]  we're having this conversation just as two friends
[5]  and this is in no way, I'm in no way talking to you
[6]  as your supervisor?
[7]  A. I guess I assumed.
[8]  Q. But you didn't explicitly say that to her.
[9]  A. I didn't say, Maly, you're going to have to do
[10]  it, no.
[11]  Q. The next question was and when it was, and
[12]  when was it that Sterling Newsome told you to drive
[13]  the van to transport workers. And her answer was
[14]  after my father got his license suspended. As far
[15]  as the time frame is concerned, do you agree with
[16]  that?
[17]  A. It was after that, yes.
[18]  Q. Okay. And then the next question was under
[19]  what circumstances was it that Mr. Sterling Newsome
[20]  first came to you and spoke to you about driving
[21]  the vehicle. And the answer was because he did not
[22]  want my father to leave the place, and he does not
[23]  want to lose us from the company. Would you agree
[24]  with that?

**Page 122**

[1]  A. Yes, I'll agree with that.
[2]  Q. And then it says, so what did Sterling Newsome
[3]  say to you. Answer, told me to bring people to
[4]  work into the company and also work at the company
[5]  as employee. Do you remember having that
[6]  conversation with her?
[7]  A. I would say that's sort of chopped up there
[8]  but it's, probably discussed. But, once again,
[9]  that was as two friends talking, not as me being --
[10]  I wasn't her supervisor. Cheryl was her
[11]  supervisor. She worked for Cheryl. I made two
[12]  separate, even though I was responsible for both of
[13]  them, I maintained deferitian (ph.) between the
[14]  two. Cheryl ran her department, I ran mine.
[15]  Q. But like you said, I understand that. But you
[16]  were responsible for Cheryl and for Maly, correct?
[17]  A. Theoretically, yes.
[18]  Q. The next question was did Sterling Newsome
[19]  provide you with a vehicle to drive or would you
[20]  just drive your van. Answer drive my own vehicle.
[21]  Any reason to disagree with that?
[22]  A. True.
[23]  Q. Okay. Then the next question posed to her was
[24]  did Sterling Newsome or Pack and Process pay you to

**Page 123**

[1]  drive the van in May and June of 2001. Another
[2]  attorney chimed in, you mean directly or
[3]  indirectly. Mr. Villalobos said directly and the
[4]  witness says, yes, Pack and Process paid me.
[5]  A. If they did I wasn't aware of it.
[6]  Q. Okay.
[7]  A. Because she was off the clock. And I had to
[8]  review the hours every week. So, if she was being
[9]  paid it was by somebody else.
[10]  Q. Okay. I'm going to go through another
[11]  transcript with you but before I do that, were you
[12]  aware of a document that Maly Yan was asked to sign
[13]  after the accident after she came back to work? Do
[14]  you understand that question?
[15]  A. I think Cheryl had her sign something, yes.
[16]  Q. Were you aware of the fact that actually
[17]  Steven Ames asked her to sign something?
[18]  A. I don't recall.
[19]  Q. Were you, did you believe you were present --
[20]  first of all, how did you know that she was asked
[21]  to sign something, were you there?
[22]  A. It was mentioned by either Cheryl or Maly. I
[23]  wasn't present I don't think.
[24]  Q. What was your understanding of what she was

**Page 124**

[1]  asked to sign?
[2]  A. I really don't know. I think it may have been
[3]  something releasing them from obligation about her
[4]  hip.
[5]  Q. About her hip?
[6]  A. Yes.
[7]  Q. Explain that to me, do you have an
[8]  understanding that she injured her hip in the
[9]  accident?
[10]  A. In the accident, yes.
[11]  Q. Okay. Did you have any discussions with
[12]  Steven Ames, or anybody from Pack and Process about
[13]  this document that Maly Yan was asked to sign? I'm
[14]  going to get it for you so you can see it.
[15]  A. I don't recall, to be honest with you I don't
[16]  recall. I'm not trying to avoid your question, I
[17]  just don't recall. There was so much going on at
[18]  that time.
[19]  Q. I understand that. Off the record.
[20]   VIDEO OPERATOR: Off the record 1:04.
[21]   (Whereupon there was a short
[22]  off-the-record discussion.)
[23]   VIDEO OPERATOR: Standby. On the record
[24]  1:06.

Sterling Newsome
June 29, 2006

St. Paul Mercury Insurance Co., et al v.
Maly Yan

Page 125

[1]    **MR. VAN NAARDEN:** I'm going to mark this
[2]    as Newsome-4.
[3]    (Whereupon the court reporter marked the
[4]    document as Newsome-4 for identification
[5]    purposes.)
[6]    **BY MR. VAN NAARDEN:**
[7]    Q. I'm going to give you this whole packet. But
[8]    the first packet, you will agree with me, is a memo
[9]    to Maly Yan from Steven Ames dated July 27, '01,
[10]   correct?
[11]   A. Yes.
[12]   Q. And that would have been less than a month
[13]   after the accident, correct?
[14]   A. Yes.
[15]   Q. Did you -- have you ever seen that document
[16]   before?
[17]   A. No. I don't think so.
[18]   Q. Do you know why Maly Yan was asked to sign
[19]   that?
[20]   A. I guess for liability reasons.
[21]   Q. Do you know, first of all, do you know if Maly
[22]   Yan, you knew her, if she could read English?
[23]   A. Yes.
[24]   Q. And you believe she could?

Page 126

[1]    A. I knew she could.
[2]    Q. Did you have a chance to read that?
[3]    A. First page.
[4]    Q. Just the first page.
[5]    A. That's all I have.
[6]    Q. Are you aware of any other employees being
[7]    asked to sign a document like that?
[8]    A. No.
[9]    Q. Susi Hadi, your wife --
[10]   A. She never went back to work.
[11]   Q. She never went back to work, she was never
[12]   asked to sign this?
[13]   A. She couldn't sign it, she never went back to
[14]   work at Pack and Process.
[15]   Q. But no one ever like went to her door and
[16]   said, hey, listen, you haven't shown up for work, I
[17]   need you to sign something?
[18]   A. No, nobody ever did that. Not to my knowledge
[19]   anyway.
[20]   Q. Now, in her deposition Maly was asked about
[21]   this document and she was asked on page 94, did you
[22]   believe, prior to signing this, and they're
[23]   referring to this document, that when you were
[24]   transporting workers to Pack and Process that you

Page 127

[1]    were transporting people to Pack and Process to
[2]    assist Pack and Process, that was the question.
[3]    And she said, yes. But at the time when I was
[4]    transporting people to work there I never received
[5]    this kind of document. This is the first time I
[6]    received this document, which is under the date
[7]    that I signed. That was her answer. Any reason to
[8]    disagree with that?
[9]    A. I have no reason to disagree with it. I
[10]   wasn't aware she signed that.
[11]   Q. I understand. Again, I'm going to go, this is
[12]   the last deposition I want to go through with you
[13]   of Maly Yan. But she was also deposed on Monday
[14]   June 5, 2006, not too long ago. And on page 96 she
[15]   was asked, now did any employee of Pack and Process
[16]   ever tell you that it was part of your job to
[17]   transport workers to and from Pack and Process.
[18]   And her answer was David Steve who told me to do
[19]   that. And the question was David who. And she
[20]   said David Sadda. Question, David Thach. Answer,
[21]   yes. Steve who? The boss of the company. Any
[22]   reason to disagree with that?
[23]   A. To my knowledge that was never said.
[24]   Q. But you don't know, as you sit here today, if

Page 128

[1]    that happened?
[2]    A. I do not know that happened, no. I don't
[3]    personally feel that Steven Ames would open himself
[4]    up like that.
[5]    Q. But you knew that Steve wanted to get the
[6]    cheapest temporary labor available, correct?
[7]    A. Yes.
[8]    Q. And you knew that Lam Staffing was providing a
[9]    pretty good deal as far as the pricing was
[10]   concerned for the temporary labor, correct?
[11]   A. That's correct.
[12]   Q. And you knew that Steve wanted to keep Lam's
[13]   business and I think keep that arrangement going,
[14]   correct?
[15]   A. Out of loyalty, yes.
[16]   Q. And also because it was financially beneficial
[17]   for him?
[18]   A. Yes.
[19]   Q. And you knew that if people weren't able to
[20]   get from point A to point B to do the work that you
[21]   needed them to do, that the work wouldn't get done,
[22]   right?
[23]   A. They had to be there to work.
[24]   Q. Right.

St. Paul Mercury Insurance Co., et al v.
Maly Yan

Page 129

[1]  A. But I also brought in another temporary agency
[2]  and they had to provide their own, now, that one
[3]  did have wording in it that they provided their own
[4]  transportation.
[5]  Q. What company was that?
[6]  A. I don't recall, it's somebody from New Jersey,
[7]  that's the one I was referring to.
[8]  Q. Before the accident, the date of the accident?
[9]  A. It was after the accident.
[10]  Q. And you believe that the contract that was
[11]  entered into between this New Jersey temporary
[12]  employment agency specifically stated that they
[13]  were to provide for transportation, correct?
[14]  A. I just know that that was part of the
[15]  contract, that's all I know.
[16]  Q. Do you know if it was part of the -- we went
[17]  through the contract. And you will agree with me
[18]  as far as the contract with Lam Staffing, it wasn't
[19]  there, right?
[20]  A. The wording wasn't there, I agree. I think I
[21]  brought them in before, I had to bring them in
[22]  because we ran into --
[23]  Q. Let me ask you this. And we're really almost
[24]  done here. Before we started the deposition,

Page 130

[1]  before got on the record, you said something about
[2]  David Thach, I thought you did. I said something
[3]  to you and you said, oh, well, maybe he's going to
[4]  visit David, correct?
[5]  A. That's correct.
[6]  Q. You were referring to David Thach?
[7]  A. Correct.
[8]  Q. Sadda?
[9]  A. Sadda, yes.
[10]  Q. Do you know where he is?
[11]  A. No.
[12]  Q. Do you have reason to believe that he is in
[13]  the Philadelphia area?
[14]  A. I was told that he sold his liqueur
[15]  distributorship, I mean his beer distributorship
[16]  and opened up a grocery store but where, I don't
[17]  know.
[18]  Q. And how about Mattalu (ph)?
[19]  A. I feel he's probably in Ohio.
[20]  Q. No longer in the area?
[21]  A. I don't think so.
[22]  Q. Why do you feel he's in Ohio?
[23]  A. He had a restaurant in Ohio.
[24]  Q. Are you aware of the current state of affairs

Page 131

[1]  of Pack and Process' business?
[2]  A. I know it went under.
[3]  Q. What leads you to believe that it went under?
[4]  A. They closed their doors.
[5]  Q. That was after you had left, correct?
[6]  A. Correct.
[7]  Q. Did you have an understand as to why it went
[8]  under?
[9]  A. No.
[10]  Q. Are you aware of Mr. Ames, or anybody on
[11]  behalf of Pack and Process, selling off the
[12]  company's assets?
[13]  A. Steve was in the process of doing that from
[14]  the day I went in there after his father was ill.
[15]  And the, I mean the family was going to liquidate
[16]  everything, after his father passed away, they
[17]  started liquidating all the assets to distribute it
[18]  between the family members.
[19]  Q. Okay. And that was like in '99?
[20]  A. No, I think his father died in like 2000. It
[21]  was in the winter of 2000.
[22]  Q. Before the accident?
[23]  A. Yes.
[24]  Q. And that's when you believe they started

Page 132

[1]  selling off the assets?
[2]  A. Yes.
[3]  Q. As you sit here today do you believe in any
[4]  way that the decision to sell off assets had
[5]  anything to do with the accident and the resulting
[6]  litigation?
[7]  A. No. I was told by Steve at one point that --
[8]  well, in our -- we had weekly meetings and Steven
[9]  said to get the plant, start getting the plants,
[10]  you know, clean up around them, make them look
[11]  presentable and they're going to start selling
[12]  them. Because, you know, the -- he was getting rid
[13]  of the company evidently eventually, is what it
[14]  boiled down to.
[15]  Q. In those weekly meetings did you ever have any
[16]  conversations about the accident and any resulting
[17]  litigation?
[18]  A. No. We had discussions but that was just
[19]  about how it impacted us as far as production went.
[20]  Q. The production and available labor, correct?
[21]  A. And qualified labor. We lost several
[22]  operators in that one van. And the rest of them
[23]  could be replaced easily but the machine operators,
[24]  they were hard to replace. It took a couple of

Sterling Newsome
June 29, 2006

St. Paul Mercury Insurance Co., et al v.
Maly Yan

**Page 133**

[1]   months training to get a machine operator.
[2]   Q.   Are you aware of anybody still being, who's
[3]   stilled employed at Pack and Process?
[4]   A.   That I don't know, I would say Steve
[5]   Essingler. Bill Orse but other than that, I really
[6]   couldn't say.
[7]   Q.   Do you know who Meena Dobson is?
[8]   A.   Mia?
[9]   Q.   Sure.
[10]  A.   Mia Dobson, yes, she's the accountant, she's
[11]  like the accountant, the bookkeeper, let's put it
[12]  that way.
[13]  Q.   Dennis DeLong?
[14]  A.   Dennis, yes, he was the, he's a mechanic.
[15]  Q.   Robert Hassey? Is he like a secretary?
[16]  A.   Bob Hassey, he was kind of like Steve
[17]  Essingler's assistant.
[18]  Q.   As far as the relationship between Pack and
[19]  Process and Lam Staffing during the time period
[20]  that we're discussing, which is around the June of
[21]  2001, is there any other person that you believe
[22]  would have more information on that subject other
[23]  than yourself?
[24]  A.   Steve Essingler.

**Page 134**

[1]   Q.   So you believe Steve Essingler would have a
[2]   lot of information?
[3]   A.   Yes.
[4]   Q.   But you were still doing the day, like I think
[5]   what I understand is that you were still doing more
[6]   of the hands-on work with these employment
[7]   agencies, correct?
[8]   A.   Yes. Now, Michael Flat, he might have
[9]   something.
[10]  Q.   Do you believe there is anybody who could
[11]  provide information about the relationship between
[12]  Pack and Process and Lam Staffing, information that
[13]  you have not been able to provide?
[14]  A.   I can't say.
[15]  Q.   As you sit here today do you think that maybe
[16]  someone else might have some more information about
[17]  it?
[18]  A.   Maybe Bob Macknis, maybe Michael Flat. See,
[19]  Bob helped David set up the distributorship, the
[20]  beer distributorship.
[21]  Q.   Oh, really?
[22]  A.   Yes.
[23]  Q.   Do you know if he had any ownership interest
[24]  in the beer distributorship?

**Page 135**

[1]   A.   I don't know. I just know he helped him set
[2]   it up.
[3]   Q.   Is it fair to say that Bob and David Thach are
[4]   friends?
[5]   A.   Yes.
[6]   Q.   Have you talked to Bob at all lately?
[7]   A.   No.
[8]        MR. VAN NAARDEN: I have no other
[9]   questions. Thank you.
[10]        BY MR. COSTIGAN:
[11]  Q.   Hello, Mr. Newsome. My name is Richard
[12]  Costigan and I represent Khan Col, Thuita Sha and
[13]  the estate of Mohammed Azine. I just have some
[14]  questions. You referred to Bob Macknis having
[15]  helped David Thach set up Point and Fortune. How
[16]  was it that you learned that?
[17]  A.   Mr. Macknis told me.
[18]  Q.   And when did he tell you?
[19]  A.   Just in our strolls around the plant. When I
[20]  originally, initially came to Pack and Process, not
[21]  initially, in 1999 when I came back to Pack and
[22]  Process.
[23]  Q.   Did you learn what help he provided in setting
[24]  up Point and Fortune?

**Page 136**

[1]   A.   Just, I took it to understand consulting.
[2]   Q.   Did you have an understanding what was
[3]   involved with consulting?
[4]   A.   Just helping with -- make sure it was done
[5]   legal, proper.
[6]   Q.   Do you know, did Bob Macknis have any contact
[7]   with attorneys for Pack and Process in drafting the
[8]   contract with temporary labor agencies?
[9]   A.   I don't think so. But I have no knowledge of
[10]  that.
[11]  Q.   Do you know who from Pack and Process would
[12]  have handled having contact with counsel relating
[13]  to a contract with a temporary agency?
[14]  A.   Normally it would have been Steven Ames.
[15]  Q.   You testified earlier concerning the change
[16]  from using Point and Fortune to Lam Staffing. Do I
[17]  understand correctly that the principal reason for
[18]  doing that was because David Thach could not be the
[19]  president of a beer distributorship or could not be
[20]  involved with a beer distributorship and also
[21]  president of a company?
[22]  A.   That's what David told me.
[23]  Q.   Do you know of any other reasons why there was
[24]  a switch from Point and Fortune to Lam Staffing?

St. Paul Mercury Insurance Co., et al v.
Maly Yan

Page 137

[1]   **A.** No.
[2]   **Q.** Did any of the personnel that worked for the
[3]   temporary agency change with the switch from Point
[4]   and Fortune to Lam Staffing?
[5]   **A.** Meaning like my contact with the company or
[6]   with the temporary agency or with the leaders?
[7]   **Q.** Well, I'm referring in particular to the
[8]   leaders and workers.
[9]   **A.** That was on a continuous role, that was always
[10]  changing.
[11]  **Q.** Was there any change, that you're aware of,
[12]  relating to the fact that it went from Point and
[13]  Fortune to Lam Staffing?
[14]  **A.** I think, no, same -- he had a couple of
[15]  leaders come in and quit but basically it was the
[16]  same.
[17]  **Q.** Do you know if the leaders quit because of the
[18]  change from Point in Fortune to Lam Staffing?
[19]  **A.** To my knowledge, no.
[20]  **Q.** Was there any difference in the vehicles used
[21]  or any change in the vehicles used to transport the
[22]  workers with the switch from Point and Fortune to
[23]  Lam Staffing?
[24]  **A.** No.

Page 139

[1]   **Q.** What, and referring specifically to June of
[2]   2001, what daily interaction did you have with the
[3]   leaders?
[4]   **A.** I talked to them every day.
[5]   **Q.** What sorts of issues came up that you would
[6]   discuss with them?
[7]   **A.** Where to place people, how many I needed where
[8]   and when.
[9]   **Q.** Was there a point in the day where you
[10]  routinely advised them of how many people you
[11]  needed for the next day?
[12]  **A.** I normally didn't leave that to the leaders.
[13]  I would call either Matia or David.
[14]  **Q.** Earlier you testified concerning an issue that
[15]  came up when Yan Thou's driver's license was
[16]  suspended. Were there any other times, in dealing
[17]  with the temporary agencies, where issues came up
[18]  concerning the drivers driving, driver's licenses?
[19]  **A.** Never.
[20]  **Q.** You testified that the vans would arrive
[21]  approximately 5:30 or so in the morning; is that
[22]  correct?
[23]  **A.** Yes.
[24]  **Q.** Did the vans, were the vans moved at all

Page 138

[1]   **Q.** Earlier I believe you testified that the
[2]   leaders that you're referring to tended to be the
[3]   drivers of the vehicles?
[4]   **A.** Correct.
[5]   **Q.** Was -- do you know why that was?
[6]   **A.** Because they were like built in foremen, so to
[7]   speak. I had a choice of either dealing with the
[8]   leader to take -- to handle a problem or I could
[9]   deal with it myself. A lot of times, due to
[10]  language barriers, it was easier to deal with the
[11]  leader to get them to straighten out or not bring
[12]  back a person or whatever.
[13]  **Q.** Did -- were the leaders the point people
[14]  primarily because they had knowledge of both
[15]  English and the language of the workers?
[16]  **A.** No, that was just basically the ranking.
[17]  They had gotten -- built themselves up to where
[18]  they could afford a van and were able to take in
[19]  and out. See, they had to supply their own van so
[20]  they worked themselves up to where they could buy a
[21]  van and then they would get paid extra. They had
[22]  to find, they had to actually do the -- be the one
[23]  to go and find the extra help if I needed extra
[24]  help or something.

Page 140

[1]   during the day?
[2]   **A.** Normally, no.
[3]   **Q.** Did -- were there occasions where the vans
[4]   would be moved during the day?
[5]   **A.** If a -- if one of the leaders had to go home
[6]   early or something like that, they would go home
[7]   and then come back but basically vans, unless they
[8]   went out to get something for lunch, no, the vans
[9]   sat where they were brought in at.
[10]  **Q.** Were the temporary workers ever moved from one
[11]  plant to another plant during the day?
[12]  **A.** Yes, they were.
[13]  **Q.** How frequently did that occur?
[14]  **A.** All depends, if we were going to start up a
[15]  particular line later on, we would take and shuttle
[16]  people from one place to the other place.
[17]  **Q.** In that case how did the workers, how were
[18]  they transported from one plant to another?
[19]  **A.** If it was going to be a substantial number of
[20]  employees we would have one of the drivers do it.
[21]  If it was going to be just one or two people,
[22]  myself or we had -- the company had an actual
[23]  driver that they would use to take -- shuttle
[24]  people back and forth. That was a Pack and Process

B&R Services for Professionals, Inc.          Min-U-Script®          (35) Page 137 - Page 140

Sterling Newsome
June 29, 2006

St. Paul Mercury Insurance Co., et al v.
Maly Yan

Page 141

[1] employee.

[2] **Q.** Is it fair to say there were occasions where

[3] the vans were used by the drivers to transport the

[4] workers during the day from one plant to another

[5] plant?

[6] **A.** Rare but on occasion, yes.

[7] **Q.** Were there occasions where that happened with

[8] Lam Staffing?

[9] **A.** I would say, yes, it happened once every two

[10] weeks or something like that.

[11] **Q.** Do you know when your wife started at, started

[12] working at Pack and Process, at the plant?

[13] **A.** I think it was July 2000.

[14] **Q.** Did -- referring to June of 2001, at that time

[15] were you aware of what your wife was paid?

[16] **A.** Yes.

[17] **Q.** And I realize she was not your wife at the

[18] time, but you were aware of what she was paid?

[19] **A.** I was aware of the hourly wages of most of the

[20] people there, yes.

[21] **Q.** What was she paid in June of 2001?

[22] **A.** Five dollars and a quarter an hour.

[23] **Q.** Was it your understanding that all of the

[24] regular workers were paid that amount?

Page 142

[1] **A.** No, they were paid -- the regular workers were

[2] -- started out at five dollars an hour and then

[3] like, as I stated before, the drivers received a

[4] little more in pay. The operators received a

[5] quarter more an hour.

[6] **Q.** Earlier you testified that at some point she

[7] may have received papers from Lam Staffing relating

[8] to her work there?

[9] **A.** I think so, yes.

[10] **Q.** Do you know who she received those papers

[11] from?

[12] **A.** Ken Chow.

[13] **Q.** What is Ken Chow's relationship with Lam

[14] Staffing?

[15] **A.** He, and he's the one that was running after

[16] ABC Power, he is the one that was running, I don't

[17] know what the name of it was, but it was a

[18] different -- he took over for David. David got

[19] completely out of it. He was like one of David's

[20] second hand men, so to speak.

[21] **Q.** Do you have any information concerning how

[22] those papers came to be prepared?

[23] **A.** No.

[24] **Q.** Do you still -- do you know if your wife still

Page 143

[1] has those papers?

[2] **A.** She signed it and returned it.

[3] **Q.** She didn't keep a copy?

[4] **A.** I don't think so, no.

[5] **Q.** Earlier you referred to a temporary agency

[6] that was used after the accident?

[7] **A.** Yes.

[8] **Q.** Did you ever see the contract between Pack and

[9] Process and that company?

[10] **A.** Yes, I think so.

[11] **Q.** Do you know the circumstances under which you

[12] saw it?

[13] **A.** I had to go out and find another agency to

[14] come in because we didn't want to get in a

[15] situation where if we had another accident, if

[16] another accident was to befall us that we would

[17] have another source from which to get people.

[18] **Q.** Do you contact an attorney, do you know if

[19] anyone from Pack and Process contacted an attorney

[20] to assist in preparing the agreement between Pack

[21] and Process and the new company?

[22] **A.** Like I said, Steven Ames would be the one to

[23] have done that.

[24] **Q.** Do you know the name of the company that you

Page 144

[1] used after the accident?

[2] **A.** It was ABC Power, we still used David Thach, I

[3] mean, not David Thach but it was ABC Power but it

[4] was the same people just a different name.

[5] **Q.** But it's your understanding that it was a New

[6] Jersey company?

[7] **A.** Oh, that was the one that I brought in. I

[8] don't know how long they stayed after that. After

[9] I left I don't know what happened to them.

[10] **Q.** Did you know the name of the New Jersey

[11] company?

[12] **A.** I might have it at home, but again, I probably

[13] threw it away. That's a long time ago. I had a

[14] business card from them, I don't recall who it was.

[15] They were, they dealt with Mexicans.

[16] **MR. COSTIGAN:** Thanks, I have no further

[17] questions.

[18] BY MR. MARCEL:

[19] **Q.** Good afternoon, Mr. Newsome. My name is Hari

[20] Marcel and I represent the St. Paul Mercury

[21] Insurance Company and Pack and Process. I just

[22] have a few questions for you. When you were there

[23] at Pack and Process from '99 through 2002 what

[24] position did Maly Yan hold?

St. Paul Mercury Insurance Co., et al v.
Maly Yan

**Page 145**

[1]  A. Originally she was a temporary employee and
[2]     eventually we hired her as a permanent employee.
[3]  Q. Do you know what her position was as a
[4]     permanent employee?
[5]  A. Quality control was her primary position.
[6]  Q. Was she a quality control line inspector?
[7]  A. Yes.
[8]  Q. Was she a quality control line inspector on
[9]     June 18, 2002?
[10] A. Yes.
[11] Q. Are you familiar with the job duties of a
[12]    quality control line inspector at Pack and Process?
[13] A. Yes.
[14] Q. Were any quality control line inspectors
[15]    employed at Pack and Process hired by Pack and
[16]    Process to drive vehicles?
[17] A. No.
[18] Q. Were any employees of Pack and Process hired
[19]    by Pack and Process to drive the temporary workers
[20]    to the plants?
[21] A. No.
[22] Q. Was Maly Yan hired by Pack and Process to
[23]    drive a vehicle?
[24] A. No.

**Page 146**

[1]  Q. Did Pack and Process ever pay Maly Yan for
[2]     driving a vehicle?
[3]  A. To my knowledge, no.
[4]  Q. Was Maly Yan ever authorized to drive a
[5]     vehicle on behalf Pack and Process?
[6]  A. To my knowledge, no.
[7]  Q. Was Maly Yan ever expected to drive a vehicle
[8]     on behalf of Pack and Process?
[9]  A. No.
[10] Q. Was driving a vehicle within the course and
[11]    scope of the duties of Maly Yan as a quality line
[12]    inspector at Pack and Process?
[13] A. No.
[14]       MR. COSTIGAN: Objection.
[15] BY MR. MARCEL:
[16] Q. Did Maly Yan ever ask you for permission to
[17]    drive a car or a van?
[18] A. No, she never asked me permission to, no.
[19] Q. Did you have anything to do with the decision
[20]    of Maly Yan to drive the van on June 18, 2001 or
[21]    any other days that she drove the van prior to that
[22]    date?
[23] A. I don't think so.
[24] Q. Did you ever request that Maly Yan drive the

**Page 147**

[1]     van on behalf of Pack and Process?
[2]  A. No.
[3]  Q. Did you ever instruct or order Maly Yan to
[4]     drive a van on behalf of Pack and Process?
[5]  A. I may have mentioned it casually but not in a,
[6]     as much as a production supervisor.
[7]  Q. Did you ever have any discussions with Steve
[8]     Ames regarding Maly Yan driving the van?
[9]  A. No.
[10] Q. To your knowledge whose responsibility was it
[11]    for making the arrangements to transfer or to
[12]    transport the workers to and from Pack and Process?
[13] A. The temporary agency.
[14]       MR. MARCEL: I don't have any other
[15]    questions. Thank you.
[16]       MR. VAN NAARDEN: Just one if I can.
[17] BY MR. VAN NAARDEN:
[18] Q. We talked about this a little bit on the
[19]    time you and I had together, but I just want to
[20]    make it clear. You will agree that you had a
[21]    conversation with Maly Yan whereby she told you
[22]    that her dad's license was suspended, correct?
[23] A. Correct.
[24] Q. And in that conversation you said to her,

**Page 148**

[1]     well, then you're going to have to drive, right?
[2]  A. I said I guess you'll have to drive.
[3]  Q. Okay.
[4]        MR. VAN NAARDEN: That's it.
[5]        THE WITNESS: I think I said that.
[6]  BY MR. MARCEL:
[7]  Q. What was the context of the conversation that
[8]     you had with Maly Yan about her driving the van?
[9]  A. She was telling me that Ken was being
[10]    transferred and then she said that my dad can't
[11]    drive anymore. I said, well, you got a license,
[12]    you can drive. That's all I said.
[13]       MR. MARCEL: Thank you.
[14]                — — —
[15]       (Witness excused.)
[16]    (Deposition concluded at 1:31 p.m.)
[17]                — — —

Sterling Newsome
June 29, 2006

St. Paul Mercury Insurance Co., et al v.
Maly Yan

Page 149

[1]              C E R T I F I C A T I O N
[2]
[3]              I, MAUREEN R. GALLAGHER, hereby
[4]    certify that the testimony and the proceedings in
[5]    the foregoing matter taken on June 29, 2006, are
[6]    contained fully and accurately in the stenographic
[7]    notes taken by me, and that pages 1 to 148,
[8]    inclusive, of this testimony are a true and correct
[9]    transcript of the same.
[10]
[11]
                    MAUREEN R. GALLAGHER
[12]                Registered Professional
                    Reporter
[13]                Notary Public
[14]
[15]              The foregoing certification of this
[16]   transcript does not apply to any reproduction of
[17]   the same by any means unless under the direct
[18]   control and/or direction of the certifying
[19]   shorthand reporter.
[20]                  — — —
[21]
[22]
[23]
[24]

St. Paul Mercury Insurance Co., et al v.
Maly Yan

**$**

$300 60:5

**\***

*Bolton 14:12

**0**

01 66:15;90:5;125:9
02 11:10;12:4;20:12,13,
16,21
03 11:10

**1**

1 14:22;41:20;42:14,18
1:00 94:21
1:04 124:20
1:06 124:24
1:31 148:16
10:15 5:5
109 66:23
1099 115:2
11 9:16,18;105:13
11:47 80:19
12:15 80:21
13 15:5,6;30:12
15 14:16;18:22;75:6,9,17,
21,21;76:1,2,8;77:2,8,12;
78:9,21;80:13
1509 14:16,17
1609 8:13;111:8
18 5:17;47:13;66:14;90:5;
101:3;118:19;145:9;146:20
19148 8:14
1979 12:7
1982 12:7
1988 10:5
1990 71:1
1999 10:5;15:16;135:21

**2**

20 118:12;119:21
2000 48:8;55:15;61:16;
72:14,14;131:20,21;141:13
2001 5:17;47:11,14;55:12;
101:3;105:24;106:1;
118:19;123:1;133:21;
139:2;141:14,21;146:20
2002 10:7;24:1;144:23;
145:9
2003 6:10;9:17,19;105:6,
8,13;107:19;108:16,21;
109:17;115:7,23;120:3
2005 47:8;118:12;119:21
2006 5:5;127:14
21 115:23
24 26:4;120:1
26 105:6,8;107:19;108:16,

21;109:16;115:12
26th 105:9;109:19
27 125:9
29 5:4

**3**

3 28:10;22:2
3500 70:23

**4**

4 15:5;41:20;42:14,22;
116:9
401 115:2,2
495 90:13;94:7

**5**

5 14:21;41:20;42:14,17;
127:14
5:15 73:24
5:30 73:2;139:21
5:45 73:6,20
54 20:11
55 20:11
5613 62:8
5'7 20:8
5713 63:4,6

**6**

6 120:3
69 120:3
6th 62:8;63:4,6

**7**

79 12:21;13:18;14:2,15,
18,24;15:10;16:4,8,20;
22:20;27:19,24;28:14,17

**8**

82 12:21;13:18;14:2,15,
18,24;15:10;16:4,8,20;
22:23;24:1,2,4,8,13,22;
25:1,14,19,21;26:5,23;
28:17;29:13;30:3,4;33:24;
34:5,23;35:5,15;38:9;40:7,
9;73:10
83 12:7
88 10:5,9,12;11:5,15
89 32:2
8th 8:13;111:8

**9**

9/11/2003 9:11
901 63:23;66:21;67:9
910 66:24
94 126:21
95 90:12

96 127:14
99 10:6,10,12;11:5;12:4;
30:3;32:2,12,16;33:2,10;
34:5;35:5,9,16;36:4,8,17;
37:7;38:15,19;39:1,5;
40:10,22;41:4,6,18;42:4,9,
19;43:16;44:8;55:10;71:1,
2,5,8,11;72:12;131:19;
144:23

**A**

ABC 49:19,22;50:6,9,10,
12;51:1,21;53:21;142:16;
144:2,3
ability 7:2
able 39:6;45:20;59:7,9,12;
77:16;95:10;96:17;128:19;
134:13;138:18
abrasions 92:5
Absolutely 60:20
accident 5:17;6:9;19:23;
47:14,17,19;50:13;51:24;
55:12;66:15;72:21;74:12;
75:1,12,17,20;76:11;79:3,
24;80:9;82:23;83:5;85:3;
87:20;89:12;90:6,9,16,18;
91:13;92:11,16;93:2,12,22;
94:3,6;95:4,16,21;96:8,11,
19,22;97:4,7,16,17,24;
101:3,15,19,22;102:1;
103:2,6;104:2;105:13;
106:11,14,20;111:18;
112:4;114:3;115:18;
118:19;123:13;124:9,10;
125:13;129:8,8,9;131:22;
132:5,16;143:6,15,16;
144:1
accommodate 40:17
According 34:6
accountant 133:10,11
accurate 8:21;12:2;73:20
across 63:7
actual 8:23;25:24;41:18;
45:8;114:21;140:22
actually 23:24;26:12,15;
29:3;33:15;47:16;62:1,20;
63:12;64:10,24;74:5,12;
77:14;80:3;90:18;95:8;
98:5,13;117:13;123:16;
138:22
Actually 95:17;113:8
ad 28:4,5,6,8
addendum 63:24;64:8,10
addition 37:12;42:13;
52:17
additional 16:5;50:17;
69:15;116:14,23
address 8:12;15:9
adequately 59:9,12
administrative 42:1
advised 113:19;139:10
affairs 41:3;130:24

affidavit 100:16,19;101:3,
9;107:20,22;109:5;110:1;
113:3;114:13;115:23;
116:14,18,23
afford 106:2,6;138:18
afraid 115:20
afternoon 144:19
again 13:5;19:19;20:19,
23;37:20;72:10;90:21;
115:21;120:2;122:8;144:12
Again 127:11
age 20:10
agencies 16:9,22;17:5,7,
19,23;18:2,9,14,16;19:3,4;
21:2;22:10,13,18,22,24;
23:5,5;24:8,9;25:16;29:8,
11,18;35:11,18,23;37:12,
18;38:10,11;39:22;40:5;
51:13;61:7;68:18;69:19,22;
77:21;134:7;136:8;139:17
agency 16:14;17:1,14;
19:23;21:16;23:11,17,18;
24:5,16;25:3;32:8;36:1,3;
38:3;45:17,17,17;49:24;
69:20;115:14;118:14;
129:1,12;136:13;137:3,6;
143:5,13;147:13
Agency 64:21
agent 18:13;68:17;88:6
ago 24:23;31:18;107:5;
127:14;144:13
agree 45:22;67:6,22;
91:20;93:16;118:23;119:5,
11;121:15,23;122:1;125:8;
129:17,20;147:20
agreed 99:3,21
agreement 24:14;61:3;
63:24;68:13,21,24;69:2,10,
16;72:8;143:20
agreements 61:6
aliens 102:24
almost 55:13;129:23
alter 112:8
altered 95:12
always 70:12;103:14;
114:22;137:9
Ames 12:15,22;13:17;
15:7;17:2,15;24:19;25:7,8;
26:13,15;27:1,6,8,10,11,
14;33:10,13;47:7;48:20;
49:16;50:16;51:7,8;56:15;
60:13;79:16;83:12;85:4;
94:1,24;95:20;96:3;102:12,
13;106:1,18;110:24;
123:17;124:12;125:9;
133:2;143:18,19
amicable 86:14
amount 49:18;76:17;
85:22;98:13,18;99:1,4,6,
22;141:24
animosity 27:1
answered 28:8

anticipate 13:12
anticipated 66:12
anticipation 66:15
anymore 33:19;82:9;19;
148:11
apart 21:15;84:17;100:5
application 28:10;32:22
approach 26:15;88:1,2;
89:6
approached 49:17;
50:16;51:16;83:8;88:15,20;
89:2;96:6;116:18
approaching 17:5
appropriate 7:12
approximate 5:5;37:9;
39:20
Approximate 12:7;20:10
approximately 10:15;
12:6;20:8,11;26:19;32:2;
53:14;60:5;64:3;70:24;
80:1;82:22;139:21
Approximately 36:9;
74:11;94:21
April 47:7,7
area 18:5;9,14;21:10;
22:11,14;40:24;42:21;
52:20,22;130:13,20
arm 6:8;91:2
around 14:1;15:6;20:21;
30:21;58:23;112:9;132:10;
133:20;135:19
arrangement 117:2;
128:13
arrangements 147:11
arrive 91:4,7;139:20
arrived 90:22;91:7,15
Asian 20:9;68:18;103:15
Asians 77:5
Assembly 30:9
assets 131:12,17;132:1,4
assigned 47:20
assist 127:2;143:20
assistant 13:21;133:17
assume 8:11
assumed 121:7
assuming 49:23;91:11
attached 63:23;64:8
attacks 6:7
attended 92:24
attorney 5:14;108:4;
109:2,9,10,10,12,13;110:4;
111:3,14;112:12,22;118:1;
123:2;143:18,19
attorneys 116:18;136:7
attorney's 109:1,16;
113:8
authored 102:6
authority 26:14
authorized 111:22;146:4
available 128:6;132:20
average 10:19;85:15
avoid 124:16
aware 15:2;16:8;22:6;

Sterling Newsome
June 29, 2006

St. Paul Mercury Insurance Co., et al v.
Maly Yan

37:16;39:5,11,12;44:18;
46:13;60:22;61:1;68:21;
77:8;78:14;80:24;81:5,23;
82:24;83:12;86:1,4,19;
87:21;100:4;101:18,21,24;
117:3,10,11,20,21;123:5,
12,16;126:6;127:10;
130:24;131:10;133:2;
137:11;141:15,18,19
away 63:3;79:5,11;
131:16;144:13
awhile 80:2
Azine 135:13

**B**

back 6:14,21,21;9:16,17;
10:8;21:9;23:16;24:8,22;
27:4;30:19;32:12,16;34:5;
35:15;38:15;40:6;41:4,6;
42:4;43:16;45:18;51:1,5;
71:2,5,7,11;72:19;76:15;
79:23;80:4;87:24;105:11;
112:2;115:20;119:9;
120:12;123:13;126:10,11,
13;135:21;138:12;140:7,24
Back 25:1;73:10
background 116:20
bad 59:6;92:4;94:6
barrier 114:9
barriers 138:10
based 37:2,6;38:3,22;
44:23
basically 11:2;18:8,15;
28:8;35:5;58:24;61:10;
77:5;91:1;109:21;111:18;
114:10;137:15;138:16;
140:7
Basically 34:24;35:1;
75:23;106:4
basis 23:21;24:12;35:16;
58:8;113:19;114:6
became 27:18
become 81:5
beer 52:13,18;53:2,6;
56:17,19,21;130:15;
134:20,24;136:19,20
befall 143:16
beginning 74:14;80:22
begins 13:15
behalf 27:2;44:4,19;65:1;
131:11;146:5,8;147:1,4
bell 19:8
beneficial 128:16
benefits 105:15,20
besides 23:9;42:10;84:5
best 8:2;27:9;42:11;
48:20;70:4;93:15;94:2
better 38:8;80:4
big 41:15;60:23
Bill 27:20;32:17;133:5
binder 44:10
bit 25:22;100:8;109:21;

147:18
Blacks 38:14
biender 25:23,24;26:1,7
boat 30:13
Bob 45:7,20,22,23;46:3,7,
10,15;48:2,14,21;49:1,2,9;
55:24;60:16;61:21;133:16;
134:18,19;135:3,6,14;
136:6
Bob's 45:20
bodies 95:7
boiled 132:14
bones 92:6
bookkeeper I33:11
books 84:13
boss 127:21
both 24:17;34:18;57:4;
99:16;113:11;122:12;
138:14
Boulden 41:20,21,23;
42:10,13,21;47:21;60:6;
73:1,11;77:17
Boulevard 63:7
boxes 67:8,11
branch 10:2
break 40:16;47:6
brevity 5:3
bribe 50:24
briefly 5:13;7:5
bring 17:8;79:24;81:12;
85:4;122:3;129:21;138:11
brings 65:8
broke 10:3
broken 92:6
brother 92:17
brother-in-law 55:1
brought 24:11;64:21;
101:15;129:1,21;140:9;
144:7
bruises 91:2
brushed 91:17
build 20:8
built 138:6,17
bunch 67:6
burgundy 70:24
bus 104:11
business 34:21;37:17;
38:2;60:14;70:15;78:8;
88:13;128:13;131:1;144:14
busy 58:24
buy 138:20

**C**

call 70:5;103:18;111:3;
112:15;139:13
called 9:4;43:15;90:7,8,
12;96:23;111:2;112:17;
118:13
calling 53:17
Cambodia 45:19
Cambodian 20:9;38:18;
59:3,17

came 13:22,24;19:9;
23:20;27:15;34:2;35:15;
36:1,4;38:15;41:6;43:16;
66:7;87:11;94:12;97:3;
103:10,13;121:20;123:13;
135:20,21;139:5,15,17;
142:22
can 6:16;7:23;8:2;13:7,11;
14:18;26:22;27:9;37:22;
39:19;45:14;64:6;70:5;
74:16;77:10;88:8,9;89:16;
90:23;91:19;96:10;107:9,
12;108:9,13;124:14;
147:16;148:12
Can 7:20;16:24;20:1,3,6;
111:20
capacity 120:11,14;121:2
car 76:6;89:15;146:17
card 144:14
cards 60:15,17
care 11:1;30:22;85:8;
114:11
carried 44:4;69:1
carrier 97:23
carry 103:14
carrying 103:4,5
case 52:12;53:6;117:16,
18,20,22,23;140:17
cash 60:2,6,10;86:8,12,
15;87:4;103:5,6,19;104:10,
20;105:3;106:8;114:23
Cash 114:24
casually 83:9;147:5
caused 6:12
CDL 77:20;78:13;80:17
cell 90:10
certain 22:5;38:13;50:22;
85:21
chance 108:6;126:2
change 58:17;79:10;
81:19,23;108:9;136:15;
137:3,11,18,21
changed 10:20;34:22;
57:15;58:16;95:11
changing 82:15;137:10
charge 26:10;27:20;
30:10;31:7;57:8
charged 98:24;99:1
cheaper 38:5,7;39:16,20,
23
cheapest 128:6
check 23:13,16;58:14,19,
21;86:8;98:21;99:22;
114:22
checks 24:4;58:8
Cheryl 60:15;122:10,11,
14,16;123:15,22
chest 6:8
chimed 123:2
Chips 28:20,22
chitchat 102:18
choice 138:7
chopped 122:7

Chow 81:6,7,13,15;82:5,
12,18;83:2;142:12
Chow's 142:13
Christie 110:1
Christmas 52:13;53:11;
55:17
chunk 16:5
Circle 14:12;41:20,21,23;
42:11,13,21;47:21;60:6;
73:1,11;77:17
circulated 115:4
circumstances 112:9;
121:19;143:11
city 52:23
City 13:24;21:7;118:13
clarify 45:14
clean 26:7;132:10
cleaned 26:3
cleaning 25:22
clear 7:22;43:10;113:24;
147:20
client 109:13
clock 85:7;88:12;120:23;
123:7
Close 34:12
closed 131:4
Col 135:12
color 70:24
coming 39:1,4;66:3,15;
73:16
commercial 77:24;78:5,
7,8;89:18,20;90:1
common 29:20
comp 44:13,17
companies 38:7;88:7
company 19:12;22:23;
31:1;33:15;36:14;43:19;
45:18;46:4;52:18;57:12,15;
60:24;71:2;73:14;96:4;
98:24,24;106:7;121:23;
122:4,4;127:21;129:5;
132:13;136:21;137:5;
140:22;143:9,21,24;144:6,
11
Company 144:21
company's 131:12
compensate 21:17;85:13
compensated 84:10;
85:9
compensating 53:10
compensation 21:14;
48:15;52:9;54:5,10;84:5,7,
8;86:4;100:6;105:19
complain 76:19
complained 76:21,22
completely 7:3;142:19
comports 61:14
computer 27:21;32:17
concern 79:24;80:11,12,
15,16;83:21
concerned 80:6,8;
121:15;128:10
concerning 136:15;

139:14,18;142:21
concerns 76:17;78:18,
21;86:21,24;88:5;89:24;
105:2;116:22
conclude 93:17
concluded 148:16
conclusion 80:19
condition 6:20;90:22
conjunction 53:21
connection 48:9;54:3;
93:8;112:21;114:3
consider 39:24,24
construction 9:22;10:4,
8,9,10,13
Construction 9:21
consulting 136:1,3
contact 12:22;23:4;24:7;
25:15,15;57:16;68:5;92:21;
110:23;112:16;113:16;
136:6,12;137:5;143:18
contacted 18:18;109:20,
23;110:5,13,22;111:7;
113:18;116:13;143:19
contacting 114:6
contacts 93:11
contained 67:23;112:23
content 102:14;107:15;
118:4,8
contention 26:24
contents 107:10
context 92:23;148:7
continuous 137:9
continuously 35:16
contract 18:22;24:10,19;
35:2;68:4;129:10,15,17,18;
136:8,13;143:8
contracted 19:5;61:15
contracting 35:10,17;
36:7;39:21
contracts 18:20;24:22
control 6:16;15:15;26:10;
73:15;88:12;119:3;145:5,6,
8,12,14
contusions 92:5
conversation 13:10;
26:16;33:9;49:5,15,16;
51:9,23;59:13;79:6;83:14;
89:17;95:20;120:16,24;
121:4;122:6;147:21,24;
148:7
conversationally 13:10
conversations 35:20;
52:3;95:14,19;112:22;
132:16
converse 59:7
copy 143:3
correctly 113:14,22;
136:17
correspond 66:24;98:12
corresponded 98:15
cortocolis 6:13
cost 21:17
Costigan 135:12

St. Paul Mercury Insurance Co., et al v.
Maly Yan

**COSTIGAN** 135:10;
144:16;146:14
**counsel** 5:1;65:23;95:15,
17;120:5;136:12
**couple** 33:21;41:3;47:15;
84:21,22;85:3;94:9;132:24;
137:14
**course** 10:21;15:6;146:10
**court** 5:6;7:7,18;63:18;
107:24;116:4;117:13;125:3
**covered** 16:7
**crew** 10:24;11:4
**cropping** 18:17
**crossed** 90:3
**current** 8:12;36:1;130:24
**currently** 5:4;9:6
**Currently** 62:11
**cut** 99:23

**D**

**Da** 20:22
**dad** 87:24;148:10
**dad's** 89:22;147:22
**daily** 113:19;114:6;139:2
**damage** 6:12
**date** 48:5;61:13;71:20;
118:19;127:6;129:8;146:22
**dated** 125:9
**dating** 62:14
**David** 19:12;20:22;36:19,
21;37:22;43:7,11;45:12,16,
19;46:3,7;48:21;49:10;
52:15,16;53:1,7,15;55:1;
56:11,17,17,18;57:10;
58:11,20,22;59:2;71:21;
72:3,9;77:1,4;78:23;79:1,6,
7,7,12,17;84:20,23;86:14;
87:14,18;88:20;89:1;96:23;
97:1,15;99:4,7;113:16;
114:7,10;127:18,19,20,20;
130:2,4,6;134:19;135:3,15;
136:18,22;139:13;142:18,
18;144:2,3
**David's** 77:15;142:19
**day** 26:4;72:20;73:1;
74:14;83:5;84:22;85:16;
87:9;89:15;90:4;103:23;
104:19;109:5;113:21;
115:17;119:18;120:21;
131:14;134:4;139:4,9,11;
140:1,4,11;141:4
**days** 74:15,20;85:3;95:23;
146:21
**day-today** 31:7
**day-to-day** 23:10;24:6;
25:15;50:6
**deal** 29:17;128:9;138:9,10
**dealing** 29:10;36:18;
43:17;55:9,15,16;58:1;
69:19;138:7;139:16
**dealt** 29:14;69:21;77:21;
144:15

**decided** 22:13;38:2;43:5
**decision** 16:21;22:18;
24:10;56:1,5,8,13;132:4;
146:19
**decompression** 6:5
**Decompression** 6:5
**defense** 120:5
**deferitian** 122:13
**Delaware** 39:9;40:24;
68:2;70:19;71:9;102:7;
118:20
**DeLong** 133:13
**demands** 16:15,16
**Dennis** 133:13,14
**department** 122:14
**Department** 101:22
**depend** 99:7,10
**depending** 18:19
**depends** 140:14
**deposed** 5:20;127:13
**deposition** 5:16,23;7:5;
8:2;65:10,14,15;66:12;
117:12;118:18;120:1;
126:20;127:12;129:24
**Deposition** 148:16
**depositions** 65:18
**Desal's** 92:24
**describe** 20:3,6;59:4,18;
67:14
**designed** 76:2;77:2
**details** 33:17
**died** 131:20
**difference** 40:10;137:20
**different** 8:7,8;11:6;
23:19;34:16;41:6;67:6;
68:20;69:24;72:18;81:10;
84:12;88:6,6;101:16;
115:13;117:19;119:20,23;
142:18;144:4
**digress** 62:11
**direct** 25:15;31:1;32:10;
45:23;47:22;70:10;83:17;
85:5
**directly** 52:6;123:2,3
**disability** 9:8,9,10,12,13;
105:15,19
**disagree** 120:9;122:21;
127:8,9,22
**discharged** 16:13;25:20,
21;26:12,16,21;27:15;
33:24
**discs** 6:5,6
**discuss** 53:17;66:14;
106:19;117:24;139:6
**discussed** 43:2;122:8
**discussing** 65:24;133:20
**discussion** 33:22;48:1;
50:20;51:6;97:6;102:15;
124:22
**discussions** 65:21,22;
66:2;76:13;82:17;96:2;
97:15,22;102:9;106:24;
107:10;109:8;124:11;

132:18;147:7
**distance** 73:16
**distinction** 44:12
**distribute** 104:11;131:17
**distributed** 60:13
**distributing** 52:18;53:2;
105:3
**distributorship** 56:19,
21;130:15,15;134:19,20,
24;136:19,20
**Dobson** 133:7,10
**doctor** 90:23
**document** 63:19;64:5,7,
15;65:4;108:1,21,23;
112:23;114:16;116:5,11;
123:12;124:13;125:4,15;
126:7,21,23;127:5,6
**documentation** 44:1;
46:6;65:9
**documents** 64:22;65:12
**Dodge** 70:23;72:11,22;
74:23
**dollar** 39:23;40:4
**dollars** 85:16,16;99:4;
103:15;141:22;142:2
**done** 18:1;34:21;67:18;
101:11;128:21;129:24;
136:4;143:23
**door** 126:15
**doors** 131:4
**dormant** 15:3;41:14
**DOT** 77:6,7
**down** 7:7,19,23;13:14;
27:13;42:23;71:23;95:14;
97:3;115:20;119:24;132:14
**draft** 68:4
**drafting** 136:7
**drive** 83:1;84:11;88:2,17,
23;89:7,16;90:1;111:23;
117:3;120:13;121:12;
122:19,20,20;123:1;
145:16,19,23;146:4,7,17,
20,24;147:4;148:1,2,11,12
**driven** 42:23;74:24
**driver** 11:3;31:23;77:19;
80:16;92:10;140:23
**drivers** 42:3;71:23;
78:11;85:10;138:3;139:18;
140:20;141:3;142:3
**driver's** 71:13;77:24;81:2;
89:9,18;139:15,18
**driving** 43:5,13;71:19;
78:5,7;81:8,10,16;82:7,19;
83:11,24;84:6;85:11;89:21;
119:17;121:20;139:18;
146:2,10;147:8;148:8
**drove** 70:22;89:15;146:21
**due** 138:9
**duly** 5:8
**during** 12:9;15:10;16:5;
22:21;34:13;35:21;37:18;
54:1;113:17;114:1;120:19,
21;133:19;140:1,4,11;

141:4
**During** 12:21;21:1;32:4;
37:9;110:21;114:20
**dust** 25:22
**duties** 14:2;16:5;24:16;
26:6;35:3;119:8;145:11;
146:11
**DVD** 80:19,22

**E**

**earlier** 27:23;136:15
**Earlier** 138:1;139:14;
142:6;143:5
**early** 140:6
**easier** 18:23;138:10
**easily** 132:23
**education** 11:23
**effect** 39:19;95:22
**eight** 34:12,14;35:21;
55:14,18;67:8
**either** 11:21;15:4;1:13;
52:10;54:5;64:4;81:1;
104:17;120:21;123:22;
138:7;139:13
**electrical** 31:7
**eleven** 67:8
**else** 15:20;23:9;37:21;
46:15;84:5,19;89:5;94:8;
96:3;106:18;111:24;112:2;
123:9;134:16
**emergency** 91:5
**employ** 31:3
**employed** 27:18;105:7,8;
114:20;115:10;133:3;
145:15
**employee** 8:23;31:1;
43:13;45:6,23,23;47:22;
54:4;70:10,10;83:17;85:5;
98:18;99:5,19;115:8;119:3;
122:5;127:15;141:1;145:1,
2,4
**employees** 10:13,17;
16:12,19,19;17:18,21,23;
24:18;30:11,23;31:11,21;
32:5,7,10;38:8;39:7;42:20;
45:19;50:22;51:1,11,14;
68:16,19,23;76:14;78:13,
19;85:15,19;86:15,22;87:1;
96:12;98:7,8;99:2;105:3;
117:4;126:6;140:20;145:18
**employer** 11:11
**employing** 102:23
**employment** 9:18;16:9;
17:14,19,23;18:2,8,9,16;
19:3,4;21:2;23:5,17;24:5,8,
16;25:3,16;29:7,11,18;
30:6;32:8;35:11,17,23;
37:12,17;38:3,11;40:5;
48:10;49:24;78:13;105:21,
23;111:4;113:17;117:14;
118:14;129:12;134:6
**end** 30:4

**141:4**
**During** 12:21;21:1;32:4;
37:9;110:21;114:20
**dust** 25:22
**duties** 14:2;16:5;24:16;
26:6;35:3;119:8;145:11;
146:11
**DVD** 80:19,22

**ended** 28:16;109:15
**ends** 6:9;13:15
**enforcement** 77:12
**engineering** 15:8
**English** 59:4,18;125:22;
138:15
**entered** 129:11
**enterprise** 59:1
**Enterprises** 11:16;30:17,
18
**entities** 29:14;54:6;69:13
**entitled** 67:9;105:5
**entity** 9:4;11:5,13;12:18;
36:22;38:6
**equation** 99:13
**equipment** 11:1
**Essinger** 25:8,9,10;
50:21;51:6;60:16;67:5;
133:5,24;134:1
**Essingler's** 133:17
**establish** 57:23
**estate** 135:13
**estimate** 12:11;14:18;
37:9;74:12
**even** 54:19;92:7;102:13;
106:23;122:12
**events** 101:10
**eventually** 132:13;145:2
**everybody** 17:10
**everywhere** 103:7
**evidently** 132:13
**Evidently** 116:1
**exactly** 31:5
**examination** 94:17
**examined** 5:9
**excuse** 10:7;17:2;92:14;
96:6
**Excuse** 24:1;117:5
**excused** 148:15
**exhibit** 61:13
**exist** 39:12,13,15
**existed** 54:11,20
**existence** 41:19
**exit** 75:17
**expected** 146:7
**experience** 28:15
**experimental** 30:13
**explain** 6:17
**Explain** 124:7
**explicitly** 121:8
**explosive** 27:7,14
**express** 76:16;88:5;121:3
**expressed** 116:17
**extent** 91:24
**extra** 138:21,23,23

**F**

**face** 6:14,15,17
**facilitate** 57:22
**facilities** 41:7,8
**fact** 22:10;32:21;37:16;
44:8;49:9,9;66:5,9;76:15;

Sterling Newsome
June 29, 2006

St. Paul Mercury Insurance Co., et al v.
Maly Yan

77:8;80:12;81:1,5;82:18;
83:1,12,22;89:24;96:16;
106:13;123:16;137:12
**factories** 21:10
**factory** 21:4,6,18;29:3;
42:10,11;72:13;73:4,8,20;
74:24;87:22;117:4;119:4,9
**fair** 29:11;34:13;50:12;
55:24;60:12;74:2;76:8;
80:11;99:15;100:1;108:7;
110:2;135:3;141:2
**familiar** 145:11
**family** 92:20;93:6;131:15,
18
**far** 25:2;29:10;35:3;43:1;
63:3;90:23;98:4;121:14;
128:9;129:18;132:19;
133:18
**father** 13:24;70:7;81:11;
84:3;119:17;121:14,22;
131:14,16,20
**father's** 13:21
**features** 95:11
**fee** 100:4
**feel** 62:3;119:22;128:3;
130:19,22
**feeling** 79:18
**felt** 50:21;79:7;102:23
**few** 74:17;95:23;108:12;
111:17;118:14;144:22
**filed** 106:10
**fill** 154;115:3
**filled** 28:10;115:1
**financial** 58:3
**financially** 128:16
**find** 34:7;138:22,23;
143:13
**fine** 40:21;44:16;99:15
**finish** 7:13,16;37:7;18:22
**firing** 14:5
**firm** 110:23
**first** 6:11;29:13;30:3,12;
31:19,20,22,24;38:21;
46:19;48:6;57:6;61:15;
62:18;64:4;67:9;72:11;
81:14;94:3;109:9;113:14;
118:11;121:20;123:20;
125:8,21;126:4;127:5
**First** 126:3
**five** 10:19;64:3;67:7;
113:12;142:2
**Five** 141:22
**fix** 79:7
**Flat** 134:8,18
**floor** 76:20;78:20
**Florida** 33:20
**following** 113:20
**follows** 5:9
**Food** 11:21
**force** 62:11;38:16,20;
39:1;69:3;80:2,9;95:24;
106:15
**foreman** 11:4

**foremen** 138:6
**forget** 50:8
**forgot** 108:14;110:19
**form** 23:12;52:9;57:4;
61:10;64:16;66:24;67:9;
110:14
**formal** 30:1
**forms** 115:3
**forth** 24:16;46:6;72:19;
79:23;120:12;140:24
**Fortune** 19:8;36:5,7,11,
17,21;37:2,6,11,13,18,21;
38:6,16,22;39:17;40:4;
42:24;43:3,17,19,22;44:5,
8,20,22;45:3,5,13,21;46:4,
8,12,17;48:3,16,22;49:1:11;
50:3,7,10;52:4,7,11,18;
54:2,16,18,23;55:3,6,9,16,
20;56:9,20;58:6,7,13;60:1,
9;61:20;69:1,4,8,13;70:14,
15;135:15,24;136:16,24;
137:4,13,18,22
**four** 67:7
**Four** 12:6;74:15,20
**frame** 121:15
**Frankford** 52:22
**frequently** 107:8;140:13
**friend** 32:18
**friends** 102:18;120:15;
121:4;122:9;135:4
**front** 112:24;116:1
**fuel** 71:24
**fully** 7:3
**funds** 45:18;51:12
**further** 9:17;144:16

**G**

**game** 22:15
**gas** 60:15,17
**gasoline** 60:12,19
**gates** 22:5;73:8
**gave** 12:1;85:14;104:3,5;
117:21;118:11,23;119:4,10
**general** 14:7;34:20;46:5;
87:12,13
**generality** 91:22
**generally** 38:9
**Generally** 102:17
**gentleman** 19:22;51:21
**gently** 91:17
**gift** 53:10,12,13
**given** 10:17;21:20;29:16,
23;60:5,18;65:14,15,18;
73:1;98:18;104:20;113:21;
117:12
**giving** 57:22
**goings** 111:19
**good** 13:20;32:20;65:8;
128:9
**Good** 5:11,12;144:19
**grade** 11:24
**grocery** 130:16

**grounds** 77:18
**group** 17:16;38:8;64:17,
19
**guess** 77:16;81:22;106:7;
120:13;121:7;125:20;148:2
**guidance** 57:22
**guidelines** 5:22
**guy** 10:24

**H**

**Hadi** 8:18,20;9:2;46:23,
24;47:13;101:8;111:11;
126:9
**half** 26:24;74:15,20
**Hall** 118:13
**hand** 6:15;86:16;17;98:6;
142:20
**handed** 98:6
**handing** 86:15
**handle** 96:17;138:8
**handled** 136:12
**hands-on** 134:6
**happen** 77:14;80:1
**happened** 5:17;33:11,23;
51:23;55:12,19;77:17;80:3;
82:21;91:16;104:23;105:1;
128:1,2;141:7,9;144:9
**happening** 86:18
**happy** 36:10;40:17
**hard** 7:18;13:6;132:24
**Hari** 144:19
**Hassey** 133:15,16
**hauling** 77:3;78:9
**Hawaiian** 110:8
**head** 6:21;25:4;85:22
**heading** 34:15
**headquarters** 41:23
**hear** 7:20;46:15
**heard** 117:16,18
**heart** 6:7
**heating** 31:8
**Heavy** 9:23
**held** 36:21
**Hello** 135:11
**help** 49:18;51:1;135:23;
138:23,24
**helped** 45:12;46:5;57:11;
134:19;135:1,15
**helping** 46:3;7;48:16,21;
49:10;57:22,23;136:4
**helps** 67:14
**Herbert** 12:15;25:6,8;
26:13,15;27:1,3,9,10,10,
14;29:16;33:9,12,15,19
**herniated** 6:6
**Herr's** 11:21;28:20,21;
29:1,7
**hey** 43:12;79:16;111:2;
126:16
**higher** 85:14,18
**highest** 11:23
**highway** 9:23

**himself** 128:3
**hip** 124:4,5,8
**hired** 16:13;32:23;34:5;
145:2,15,18,22
**hiring** 14:5
**history** 9:18
**Hodge** 30:16,18
**hold** 12:10;144:24
**holding** 6:17
**holiday** 55:17
**home** 21:24;22:3,8;30:20;
68:2;73:13;104:18;119:9;
140:5,6;144:12
**homes** 119:8
**honest** 114:18;116:20;
124:15
**horrific** 91:20
**hospital** 94:12,14,16,20;
95:1
**hour** 25:4;39:23;40:4,19;
49:18;87:17;141:22;142:2,
5
**hourly** 21:15;85:18;98:20;
99:21;141:19
**hours** 26:4;84:21,22;98:9;
99:7,19;120:19;123:8
**house** 110:17
**household** 26:1
**hundred** 18:21

**I**

**idea** 17:13,16;51:16;53:20
**identification** 63:16,19;
103:3;108:1;116:5;125:4
**identified** 64:2;112:24
**identify** 95:7
**ill** 27:3;33:21;131:14
**illegal** 102:23
**immediately** 92:3
**impacted** 132:19
**impair** 7:2
**included** 21:19
**Incorporated** 9:21;11:7,
12,22;31:15
**indicated** 106:1
**indirectly** 52:7;123:3
**individual** 9:2;19:16;
24:6;31:6;46:24
**individual** 54:13
**individuals** 85:10
**industry** 53:3
**inflation** 39:18
**information** 15:24;81:18;
82:1;83:6;91:23;93:16;
97:2;133:22;134:2,11,12,
16;142:21
**informed** 17:1,11
**initial** 67:23;112:15
**initially** 18:12;110:22;
114:8;135:20,21
**injured** 124:8
**injuries** 9:14;90:24;91:24

**inquired** 16:3;17:6;78:16
**INS** 101:12,13,18;102:19
**inspected** 72:1
**inspection** 71:20
**inspector** 145:6,8,12;
146:12
**inspectors** 145:14
**INS's** 102:10
**instead** 17:9;83:2
**instruct** 147:3
**instruction** 8:9
**insurance** 44:2,9,10,13,
14,20;71:24
**insurance** 144:21
**insure** 26:7
**integrally** 46:8
**interaction** 139:2
**interest** 46:12,16;51:14;
55:6;58:3;134:23
**interpret** 68:5
**interpretation** 119:23
**interpreter** 59:14,21
**interrupt** 13:5;27:24
**interview** 16:18;17:10
**interviewed** 95:3
**into** 10:8;24:9;41:2;43:19,
22;71:12,18;74:13;78:16;
122:4;129:11,22
**introduced** 5:13
**investigate** 62:2,3,4
**investigating** 102:20
**investigation** 24:9,11;
43:18,18,22;71:12,18;
101:11,14,17,19,21,24;
102:4,10
**invited** 93:9
**invoice** 98:19;99:18
**invoices** 98:6;100:1
**involved** 16:20;19:13;
25:1;39:21;46:8;47:12,17;
49:10;53:2;54:15;56:1,4,5,
7,8,13;57:10,18;59:24;
79:20,22;93:21;117:22;
136:3,20
**involvement** 48:15;
91:11,12
**issue** 43:2;76:4;139:14
**issued** 67:4
**issues** 95:16;139:5,17
**it'** 103:22
**item** 100:2

**J**

**James** 9:21;11:7,12;
31:14;107:21;110:7
**January** 118:12;119:20
**Jersey** 64:18,19;129:6,
11;144:6,10
**JFK** 63:7
**job** 10:22;26:6,22;28:12;
96:17;127:16;145:11
**jobs** 26:5;50:22

---

St. Paul Mercury Insurance Co., et al v.
Maly Yan

**Josh** 5:14
**Julian** 9:21;11:7,12;
31:14,14;107:21
**July** 48:8;72:14;125:9;
141:13
**June** 5:4,17;33:5;47:13;
66:14;90:5;101:3;118:19;
123:1;127:14;133:20;
139:1;141:14,21;145:9;
146:20

**K**

keep 6:15;87:18;128:12,
13;143:3
keeping 51:3;72:1
Ken 81:6;82:5,5,12;87:23;
142:12,13;148:9
Kenny 81:7,13,15,19;
82:18;83:2
Kensington 52:20
Khan 135:12
kick 51:1
kickback 53:23
kickbacks 53:22
kill 47:5
killed 92:3,15;94:10
kind 5:22;10:10;17:7;
46:2;57:22;110:23;127:5;
133:16
Kline 5:15
knew 17:20;33:17;34:4;
48:24;75:9;76:10;79:9,11;
80:17;83:17;89:21;92:10;
125:22;126:1;128:5,8,12,
19
knowing 40:9
knowledge 42:11;46:14;
48:20;49:14;58:5;63:15;
88:19;93:15;94:2;97:21;
98:3;111:18;126:18;
127:23;136:9;137:19;
138:14;146:3,6;147:10
known 6:13;83:15

**L**

labor 16:22;17:19;22:11;
23:10;38:7,16,20;39:1;
53:18;61:7,7;95:24;106:15;
128:6,10;132:20,21;136:8
Labor 101:22
laborer 8:24;47:1
laborers 19:12;35:11;
38:12;39:22;42:9;56:2;
68:1;113:20
Lam 9:4,4;19:18,20,21;
20:4,19;23:1;50:7,8,8,10;
52:3,7,11,17;54:2,14,15,
15,20,22;55:1,2,11,16,20;
56:1,5,10,17,17;57:7,8,9,
12,19,23;58:2,4,16,18,19;
59:15,16,22;60:1,10,18;

licenses 78:13;139:18
lie 93:12,13
liked 20:7
limited 18:12;59:20
line 11:1;67:18;98:14;
100:2;120:3;140:15;145:6,
8,12,14;146:11
liqueur 130:14
liquidate 131:15
liquidating 131:17
listed 5:2
listen 43:12;121:3;126:16
litigation 106:10,14,20;
107:1,16;132:6,17
little 8:3;9:17;11:17,18;
25:22;68:20;69:24;73:17;
84:12;91:1,3;99:1;100:8;
109:21;142:4;147:18
live 8:15;62:12,23;63:3
lived 62:14
lives 8:15
living 62:17;111:8,10,12
local 16:12;18:1,4;22:10,
11,18;38:7;77:12
located 28:24;31:9;45:3;
62:8;118:20
location 8:16;14:13;
23:24;29:4;44:23;45:2;
60:6;61:21;62:1,6,7;63:1,8,
11;68:2;73:1;104:15
locations 15:2;39:8;41:5,
9
locked 22:5
long 9:10;10:4;17:21;
24:22;28:21;31:17,24;
34:10;36:6;47:9;55:8,8;
64:3;73:16;85:7;88:11,13;
94:20,24;127:14;144:8,13
longer 105:6;106:2,6;
130:20
look 64:2,8;65:9;108:6,12,
20;111:2;113:6;114:16;
116:8;132:10
looked 20:6;77:6
looking 18:8;64:10;
109:24
looks 6:23;20:6
lose 80:1;121:23
losing 80:8
lost 81:1;132:21
lot 13:9,11,12;18:19,20;
27:16;59:23;74:8,13;134:2;
138:9
loud 7:22
loyalty 128:15
Lu 51:17,18,19,20
lunch 52:12,14;53:18;
140:8
lying 119:13

**M**

machine 11:4;47:21;

132:23;133:1
machines 14:7;26:2
Macknis 32:21,24,24;
33:2;34:10;35:21,24;36:10;
40:12;45:7;46:8,10,16;
48:2,14,21;55:20,24;56:5;
60:16;61:22;134:18;
135:14,17;136:6
mailed 23:16,24;24:4;
112:19
Mainly 16:12
maintain 50:21;106:2
maintained 15:14;122:13
maintenance 11:18;
27:20;30:21;31:12
major 80:11
majority 38:18
making 14:7;16:21;87:16;
147:11
Maly 83:1,7,8,14,23;85:1,
5;87:21;88:1,15;89:2,6,9;
92:10;93:11;96:3,8;107:2,
4,7,11;111:22;117:8,11;
118:5,8;119:13;121:9;
122:16;123:12,22;124:13;
125:9,18,21;126:20;
127:13;144:24;145:22;
146:1,4,7,11,16,20,24;
147:3,8,21;148:8
Maly's 70:7;92:17;103:14
Mam 92:13;104:8,10,20
Mam's 103:18
man 30:21;31:12
manage 10:13;49:19
management 33:18
manager 34:17
managers 34:18
managing 10:18
maneuver 76:6
manufacturer 75:20
many 10:16,17;14:19;
41:5,18;50:22;51:14;71:11;
74:11;75:3;80:7;99:7,10,
19;113:19;139:7,10
Marcel 144:20
MARCEL 49:12;68:3;
88:8,10;117:5;144:18;
146:15;147:14;148:6,13
mark 63:16;107:23;116:3;
125:1
marked 63:18;107:24;
116:4;125:3
market 107:6
married 47:4,5,7;111:12
Maryland 31:10
Matalu 54:13
math 74:21
mathematical 99:13
Matia 19:18,20,21;20:3,
19;23:1;50:7;54:14,15,15,
20,22;55:1,2;57:9,12,13;
58:19;59:15,16,22;81:22;
96:16,24;97:10,11,16;

104:14,16;114:5,6,8;
139:13
Mattada 19:17;114:4
Mattalu 130:18
matter 32:21;65:19;
107:16
Maxi 70:23
may 57:11;65:22,22;
95:15;101:17,17;102:11;
107:11;113:4;124:2;142:7;
147:5
May 123:1
maybe 48:6;86:24;
101:12;102:12;130:3;
134:15,18
Maybe 83:5;134:18
mean 14:16;18:4,5;19:5;
21:19;23:2;27:13,24;41:9;
45:15;50:9;51:11;61:2;
67:11,13;68:17;71:19;78:4;
84:22;87:13;98:24;101:15;
123:2;130:15;131:15;144:3
meaning 46:11
Meaning 137:5
means 86:8;119:16
meant 27:24;36:14;56:7;
119:19
mechanic 133:14
mechanically 76:2
medical 91:5
medication 6:24;112:7
Meena 133:7
meet 20:3;48:9
meetings 132:8,15
Mega 11:17
members 131:18
memo 125:8
memorialized 7:9;72:4
men 142:20
mention 68:11;102:13
mentioned 17:2;102:11;
123:22;147:5
Mercury 96:7;144:20
met 27:21;32:17;48:6,12;
62:18;107:5
meter 30:12
Mexicans 144:15
Mia 133:8,10
Michael 134:8,18
middle 90:9
might 7:12;19:17;102:23;
111:3;134:8,16;144:12
millwright 11:18;31:4,5
mind 90:3
mine 32:18;122:14
mini 81:12
minute 108:3
minutes 73:24
misunderstood 99:14
mobile 30:20
mockup 30:13
Mohammed 135:13
Monday 127:13

Sterling Newsome
June 29, 2006

St. Paul Mercury Insurance Co., et al v.
Maly Yan

**monetary** 48:15;51:12
**money** 49:18;52:6,8,10;
84:18;85:22;87:15,16;99:6;
103:10,17,17,19;104:3,5,
16
**month** 6:2;19:1,10;21:1;
22:21;34:14;35:21;82:23;
125:12
**months** 17:24;29:12;
34:12;35:14;55:14,18,18;
80:4;107:5;133:1
**more** 37:5;73:17;75:17;
76:1,7,8;77:3,8,12;78:9;
80:13;87:16;99:1;106:3;
107:8;133:22;134:5,16;
142:4,5
**More** 74:19
**morning** 5:11,12;73:2;
139:21
**Mortensen** 110:1
**most** 6:12;24:7;141:19
**mother** 33:21;92:14;
103:14;104:6
**move** 62:20
**moved** 33:20;139:24;
140:4,10
**moving** 6:20,21
**much** 19:9;25:2,14,15;
39:20;53:14;58:23;77:5;
87:20;95:12;98:20;112:2,6;
124:17;147:6
**multiple** 92:5
**multiply** 98:19;99:20
**muscle** 112:10
**myself** 5:13;26:8;77:19;
138:9;140:22
**Myself** 23:8

**N**

**Naarden** 5:14
**NAARDEN** 5:10;49:21;
63:21;68:7,9;80:23;88:14;
108:5;116:7;117:7;125:1,6;
135:8;147:16,17;148:4
**name** 5:14;15:7;19:16;
26:11;36:3;37:23;43:12;
46:19,22;49:23;50:8;57:12,
14,15;66:23;104:6;109:1;
135:11;142:17;143:24;
144:4,10,19
**names** 18:15;19:3,7;
37:15
**narrated** 113:5
**nasty** 112:4
**nationality** 38:13,17;
59:2,15
**naturally** 7:24
**nature** 6:4
**Navy** 92:18
**necessary** 29:19;78:4
**need** 5:18;13:14;18:21,
22;35:16;40:15;41:15;

**negotiation** 25:2
**new** 10:1;143:21
**New** 13:23,23;64:18,19;
129:6,11;144:5,10
**Newsome** 5:7,11;46:22;
120:8;121:12,19;122:2,18,
24;135:11;144:19
**NEWSOME** 5:8
**Newsome-1** 63:17,19;
64:2;66:19
**Newsome-2** 107:23;
108:1;112:24
**Newsome-3** 116:3,5
**Newsome-4** 125:2,4
**next** 7:16;95:23;112:15;
119:2,7;121:11,18;122:18,
23;139:11
**nickel** 51:2
**night** 72:20;87:24
**nine** 67:8
**Nine** 28:23
**nobody** 126:18
**none** 103:2
**normal** 23:4
**normally** 139:12
**Normally** 136:14;140:2
**North** 39:4;62:8;63:4,6
**Northeast** 11:16;30:16,
18;31:10
**notarized** 101:1;108:15
**notes** 105:12;113:10
**notice** 97:24
**noticed** 5:16
**notified** 43:8;83:4;90:5
**notify** 93:24;96:21
**notifying** 93:21
**Nottingham** 29:2,4
**November** 10:7
**numb** 6:8
**number** 42:22;98:9;
99:22;113:12;140:19
**Number** 80:19

**O**

**oath** 117:12,21;118:11;
119:20;120:2
**Objection** 49:12;68:3;
88:8;146:14
**obligation** 124:3
**obtain** 78:5
**occasion** 141:6
**occasionally** 41:7;58:24
**Occasionally** 107:2
**occasions** 140:3;141:2,7
**occupants** 47:16;103:20
**occupy** 75:4
**occur** 120:16;140:13

**occurred** 50:13;76:11;
79:2;80:9;92:11;96:11;
101:18;120:19,19
**October** 10:7;11:10;
20:16,21;61:16;115:23
**Oeurn** 92:13;103:18;
104:8,10,20
**off** 25:22;85:7;88:11;
123:7;131:11;132:1,4
**Off** 80:18;124:19,20
**offered** 50:24
**office** 14:10,12,15;42:5;
74:7;109:16;110:16
**officer** 46:10
**offices** 5:15;42:2;63:12
**official** 120:11,14;121:2
**off-the-record** 124:22
**often** 23:14
**Ohio** 130:19,22,23
**old** 20:11
**Omega** 31:4
**once** 69:7,8;122:8;141:9
**Once** 37:20;72:10
**one** 6:11,11;8:20;11:19;
14:21;19:9;26:2,5,6,13;
37:5;47:16;49:16;51:13;
52:12;53:19;54:5;58:15;
72:17,22;67:7;78:6;80:19;
81:19;82:5;83:10;89:15;
91:2,2;92:24;93:9;94:3;
110:6,17,18;111:2;112:1,
18;115:4,5;116:1,19;
120:10,22;126:15;129:2,7;
132:7,22;138:22;140:5,10,
16,18,20,21;141:4;142:15,
16,19;143:22;144:7;147:16
**One** 14:20;30:24;117:13
**ongoing** 113:16
**only** 6:15;8:4;22:15;
26:13;31:12;64:17;76:2;
77:2;95:6;101:14;112:10
**open** 128:3
**opened** 56:17,18;130:16
**opening** 56:18
**operational** 42:16
**operations** 31:7;50:6
**operator** 11:4;47:21;
120:20;133:1
**OPERATOR** 80:18,21;
124:20,23
**operators** 132:22,23;
142:4
**oral** 68:13,21,24;69:15;
72:7
**order** 13:13,15;4;60:19;
63:23;66:21,21;67:1,9,24;
87:9;104:11;147:3
**orders** 67:4
**organization** 22:20;
88:16;89:5
**oriental** 107:5
**originally** 72:17;135:20
**Originally** 10:1;60:15;

**62:19;110:15;145:1**
**Orse** 27:20;32:17;133:5
**others** 92:4
**otherwise** 105:20
**out** 10:24;14:19;21:11;
28:10;31:9;37:2,6;38:3,22;
41:5,12,16;42:7;44:22,23;
45:2,8;47:15;53:4;57:22;
62:1;64:17,19;86:15,16,17;
87:15;89:17;91:2;107:13;
113:3,4,5;115:1,3;138:11,
19;140:8;142:2,19;143:13
**Out** 128:15
**outside** 53:15;65:22;
92:22,23;93:7,7
**over** 7:18;10:15,21;13:6,
11;33:18;50:6,9,10;55:19;
58:16;69:1,9;77:11;88:12;
95:23;110:18;112:18;
142:18
**overnight** 94:18
**oversaw** 14:8
**oversee** 57:11
**own** 122:20;129:2,3;
138:19
**owned** 15:12,19;30:20;
41:13;52:18
**owner** 12:17,17;37:1;
45:17
**ownership** 46:12,16;
55:5;134:23

**P**

**Pack** 8:21,23;9:3;10:5;
11:20;12:3,13;13:18;14:3,
19;15:2,12,19;20:16;1,9;
17:18;19:2,5,11;20:12,15;
21:3,14;23:2,3;24:15;
26:23;27:18;29:12,17;30:4;
32:12,16,18;34:20;35:9;
36:6;37:10;38:1;41:4,5,14;
43:21,24;44:19;45:5;
47:1,20,22;48:10;53:16;
54:3,4,19,23;55:8;56:12;
57:18,21;58:2;59:24;60:14;
61:4,8,16;62:5;63:24;65:1;
68:13;69:3,17;70:9,10,16;
71:12,17;72:8;78:15;80:8;
83:18;84:5,8,10,14;85:5;
88:16,22;92:22,22,23;93:7,21;
96:3,4,9,13;97:19;98:6,8,
20;102:10,20;103:20,22;
104:20;105:3,7,16,21,23;
106:15,18,24;110:24;
111:4;113:17,20;115:16;
117:2,5;118:20;120:14;
122:24;123:4;124:12;
126:14,24;127:1,2,15,17;
131:1,11;133:3,18;134:12;
135:20,21;136:7,11;
140:24;141:12;143:8,19,
20;144:21,23;145:12,15,

**15,18,19,22;146:1,5,8,12;
147:1,4,12
**packaging** 35:2
**packet** 125:7,8
**pad** 51:3
**padding** 51:11
**page** 63:22;67:23;99:16;
108:13,15;112:23;113:12;
116:9,9;120:3;126:3,4,21;
127:14
**pages** 64:3
**paid** 23:11;40:4,6;52:6;
58:17;84:13;85:15;86:8,19;
87:4,17;98:4;99:2,3,4,6;
100:5;103:4,14,19,20,22;
105:5;114:22;123:4,9;
138:21;141:15,18,21,24;
142:1
**pains** 6:8
**paper** 24:8,5,6;101:13;
112:18
**papers** 110:18;112:19,20,
21;115:4;142:7,10,22;
143:1
**Parabue** 110:1
**parking** 74:8,13
**parks** 30:20,22
**part** 9:24;22:12;119:7;
127:16;129:14,16
**particular** 38:17;66:24;
92:20;99:19;103:23;
104:19;137:7;140:15
**parties** 24:17
**passed** 131:16
**passenger** 75:9,21;78:21
**passengers** 75:3,12;
78:9;80:13,14
**past** 33:11
**patience** 59:23
**Paul** 96:7;144:20
**pay** 45:19;60:1,19;84:21;
87:8,14,15;104:1,17,18,18;
122:24;142:4;146:1
**paying** 86:22;87:1
**payment** 22:12;86:7,11,
20;99:17
**pending** 106:13,20
**Pennsylvania** 8:14;29:2,
4;62:9
**pension** 105:20
**people** 17:7;22:15;51:14;
57:7;70:18;75:17;76:1,3,8,
18;77:2,9,12,15,15,22;
78:18;79:21,22;80:7;89:3;
91:24;92:3,20;94:9;103:2,
16;119:18;120:6;122:3;
127:1,4;128:19;138:13;
139:7,10;140:16,21,24;
141:20;143:17;144:4
**per** 18:21,23;25:3,4;40:4;
49:18;85:16,16,22;87:17
**perception** 112:8
**perform** 76:7

St. Paul Mercury Insurance Co., et al v.
Maly Yan

performance 95:23
period 10:16;11:8;12:9;
  17:21;19:1,10;21:1;22:21;
  32:4;34:14;35:21;54:1,18;
  55:8;75:16;81:17;96:12,14;
  114:1,2;133:19
permanent 6:22;70:9;
  145:2,4
permission 88:2,17,22;
  146:16,18
person 11:19;17:11;
  22:23;23:1,2;36:17;57:16;
  70:6;83:18;84:14;85:17;
  133:21;138:12
personal 80:15
personally 17:9;43:18;
  48:17;67:3;128:3
personnel 14:6;16:16;
  91:5;137:2
perspective 16:19
pertaining 95:16
pertains 114:19
petty 60:6,10
ph 122:13;130:18
Phila 18:5
Philadelphia 8:13;37:4,
  8;38:4,20,22;39:8;40:23;
  42:21;45:3;62:9;70:19;
  119:9,10;130:13
Philly 39:4;62:12,15,17;
  71:9
phone 53:17;90:10;
  110:13,15,18;111:15;
  112:12,15
pick 23:18;58:8,19,20
picked 23:20
picture 19:15;33:12,13;
  50:13
place 36:1;49:6;69:10,16;
  121:22;139:7;140:16,16
placed 76:18;77:9;112:24
plant 12:24;14:8;21,21;
  15:8;27:17,21;33:19;34:11;
  41:20,20,24;42:14,17,17,
  18,22;48:12;104:17;
  111:19;120:17;121:2;
  132:9;135:19;140:11,11,
  18;141:4,5,12
Plant 15:5;41:20
plants 14:20;15:11;31:6;
  39:8;40:24;41:10,11,13,18;
  42:22;132:9;145:20
Plastics 11:17;31:4
played 52:17
please 40:16;67:1
pm 148:16
pocket 87:15
point 8:5;16:17;22:23;
  23:2;26:18;33:14;36:17;
  38:2;43:10;50:15;57:21;
  62:20;65:3,8;71:7;80:24;
  82:24;115:22;116:15;
  128:20,20;132:7;138:13;

139:9;142:6
Point 19:8;36:5,7,11,17,
  21;37:2,6,10,12,18,21;
  38:6,16,21;39:17;40:3;
  42:23;43:3,17,19,22;44:4,
  8,20,22;45:2,5,12,21;46:3,
  8,12,17;48:3,16,22;49:10;
  50:2,7,9;52:3,7,11,17;54:2,
  16,18,23;55:3,6,9,16,19;
  56:9;20;58:6,7,13;60:1,9;
  61:20;69:1,4,7,9,12;70:14,
  15;135:15,24;136:16,24;
  137:3,12,18,22
police 91:7
Police 91:8;102:1,4,7
policy 73:12
pool 87:12,13
portions 118:8
pose 8:10
posed 119:2;120:4,8;
  122:23
position 12:13;13:17;
  25:10;36:20;93:14;144:24;
  145:3,5
possible 5:24;51:15;
  117:1
Potato 28:20,21
Power 49:19,22;50:6,10,
  12;51:2,22;53:21;142:16;
  144:2,3
practice 35:10
precise 20:9
pre-marked 61:19
preparation 65:9
prepared 142:22
preparing 143:20
presence 65:23
present 5:1;108:23;
  109:3;123:19,23
presentable 132:11
presented 17:14;53:20;
  57:3;81:18;83:6
president 12:18;46:11;
  56:19,20,21;136:19,21
pressing 6:6
pretty 16:7;112:4;128:9
previous 37:19;40:5
pricing 128:9
primarily 41:24;138:14
primary 80:12;145:5
principal 136:17
prior 11:19,20,21;17:21;
  33:6;36:7;47:13;65:3;
  72:21;74:1,24;75:12,19;
  87:20;93:11;104:2;106:21;
  126:22;146:21
Prior 11:15;83:14
privy 15:24;61:2
probably 13:21;39:23;
  40:4;63:7;113:8;122:8;
  130:19;144:12
problem 66:20;79:8,16;
  138:8

problems 82:8,9
process 16:21;17:1;25:2;
  34:2;58:17;131:13
Process 8:21,23;9:3;
  10:6;11:21;12:3,13;13:18;
  14:3;19:15:3,12,19,20;
  16:1,10;17:18;19:2,6,11;
  20:12,15;21:3,14;23:3,3;
  24:15;26:23;27:19;29:12,
  17;30:4;32:13,16,19;34:21;
  35:9;36:6;37:10;38:1;41:4,
  5,14;43:21;44:1,19;45:1,6,
  24;47:2,20,23;48:10;53:16;
  54:3,4,19,24;55:9;56:13;
  57:18,21;58:3;60:1,14;
  61:4,8,16;62:5;64:1;65:1;
  68:14;69:3,9,18;70:9,10,
  16;71:12,17;72:8;78:16;
  80:8;83:18;84:6,8,11,14;
  85:6;88:16,22;92:22,23;
  93:7,22;96:3,4,9,13;97:20;
  98:6,9,20;102:10,20;
  103:21,22;104:20;105:4,7,
  16,21,24;106:16,19,24;
  110:24;111:4;113:18,20;
  115:16;117:2,15;118:20;
  120:14;122:24;123:4;
  124:12;126:14,24;127:1,2,
  15,17;131:11;133:3,19;
  134:12;135:20,22;136:7,
  11;140:24;141:12;143:9,
  19,21;144:21,23;145:12,
  15,16,18,19,22;146:1,5,8,
  12;147:1,4,12
Process' 131:1
produce 44:20
product 35:4
production 14:4,5,6;
  16:4;26:2;28:6,16;33:6;
  34:15,18,21;35:4;41:7,8,
  12,24;53:15;98:14,16;
  132:19,20;147:6
Production 12:14;34:17
pronounce 104:7
pronouncing 19:17
proper 136:5
properties 15:12,15
property 15:4,19;74:3;
  103:21,23;104:21;105:4
proud 35:24
provide 16:22;17:19;
  21:14;38:7;68:1;69:20;
  122:19;129:2,13;134:11,13
provided 9:3;19:11;32:7;
  38:12,16;47:1;52:10;68:15,
  18;70:12;82:2;98:5;99:11,
  17;129:3;135:23
provider 56:2
providing 16:9;21:3;
  22:11;24:18;36:11;68:22;
  71:3,8,22;84:8,14;96:12;
  98:8;115:15;128:8
public 21:7,12,17,22;

22:7,12;39:5
pull 74:5,13,24
pulled 77:11
purchase 63:23;66:21,
  21;67:1,4,9,24
purposes 60:14;63:17,
  20;108:2;116:6;118:18;
  125:5
pursue 17:13
put 16:15;32:22;57:12;
  80:7;97:23;133:11

Q

QC 83:18;84:14;120:20
qualified 132:21
quality 17:7;26:10;83:18;
  119:3;145:6,8,12,14;
  146:11
Quality 145:5
quarter 73:5,24;141:22;
  142:5
Quarter 73:6
quick 66:18
quickly 8:1
quit 137:15,17
Quite 74:17

R

Rafael 110:11
raise 46:3
ran 122:14,14;129:22
ranking 138:16
Rare 141:6
rate 85:18;98:20;99:3,21
rates 38:5;39:16,19
rather 27:1
read 65:4;67:17,17,20;
  68:4,10;113:13,13,21;
  125:22;126:2
ready 32:21;33:4
real 66:18
reality 15:22
realize 141:17
really 10:23;11:2;58:22;
  85:2;96:16,17;112:5;
  116:21;118:3;124:2;
  129:23;133:5;134:21
rear 6:9
reason 7:17;8:9;15:17;
  18:11;22:13;25:19;51:3;
  56:16;57:4;79:20;122:21;
  127:7,9,22;130:12;136:17
reasons 125:20;136:23
recall 18:15;19:3,7;24:21;
  26:11;58:22;96:10;101:2,5,
  6;107:19;108:10;110:20;
  112:2,17;114:14,19;
  115:24;116:16,20,21;
  123:18;124:15,16,17;
  129:6;144:14
receive 110:23

received 52:12;86:9,10;
  104:1;127:4,6;142:3,4,7,10
receiving 14:9;25:13;
  48:14;51:12;54:4;84:4,7;
  105:15,18
recess 80:20
recognizable 95:12
recollection 61:14
record 5:2;80:18,21;
  124:19,20,23;130:1
recount 95:15
recoup 80:2
rectify 79:12
reduction 40:1;106:15
referred 14:20,21;135:14;
  143:5
referring 24:1;60:18;
  63:23;87:18;92:8;126:23;
  129:7;130:6;137:7;138:2;
  139:1;141:14
regard 23:10;84:23
regarding 33:10,23;
  65:23;102:1,10;111:17;
  116:19;147:8
region 18:5
registration 71:20
regular 23:4;85:19;
  141:24;142:1
re-hire 34:7
re-hired 33:10;35:6,9;
  37:7
re-hiring 34:2
related 50:5;97:16;115:3
relates 9:13
relating 24:17;48:2;
  82:18;84:19;95:4,21;101:3,
  10,19,22;106:14;107:17;
  118:14;136:12;137:12;
  142:7
relation 5:16;65:19;80:6;
  102:3;106:10;113:3;117:14
relationship 47:10,13;
  48:2;49:22;50:2;93:6;96:9;
  109:13;117:14;133:18;
  134:11;142:13
relative 39:17
relaxant 112:10
relayed 97:1
releasing 124:3
remember 14:20;15:9;
  102:14;108:9;111:20;
  116:11,22;122:5
replace 132:24
replaced 132:23
report 102:6
reported 62:8
reporter 5:6;7:7,19;
  63:18;107:24;116:4;125:3
represent 115:11;118:17;
  119:14;135:12;144:20
representations 118:7
representative 24:14,15
represented 98:19;

Sterling Newsome
June 29, 2006

St. Paul Mercury Insurance Co., et al v.
Maly Yan

109:10
request 44:19;146:24
requirements 78:3,4
respond 59:12
response 7:12;76:24;
94:11
responses 5:18;7:11
responsibilities 14:3;
16:6;24:17;26:6;35:3
responsibility 33:18;
71:14;72:2;147:10
responsible 57:17;71:22,
24;122:12,16
rest 132:22
restaurant 130:23
result 92:16
resulting 106:20;132:5,
16
retire 32:22;33:4
retired 33:4;34:11;55:20
returned 143:2
review 65:16;123:8
Richard 135:11
rid 132:12
ride 81:11
right 6:20;7:8;13:13;
19:17;28:14;31:18;32:15;
50:15;56:14;61:12,17;
62:23,23;63:3;64:10;65:4;
68:6;69:7;70:6;75:5;90:17;
92:8;101:7,8;114:2;118:21;
119:10;128:22;129:19;
148:1
Right 26:3;57:2,5;66:22;
128:24
rim 25:23
ring 19:8
road 104:2
roar 60:23
Robert 30:16,18;32:24;
33:2;34:10;35:20;36:10;
40:12;55:20;56:4;133:15
rode 90:3
role 52:17;53:15;55:2;
67:14;69:9;96:4;137:9
rolled 91:18
romantic 47:10
room 76:20
Roughly 26:20
routinely 139:10
rule 74:4
run 5:24;7:6;8:2
running 14:8;19:22;26:4;
27:17;41:12;51:21;142:15,
16

S

Sadda 127:20;130:8,9
safe 100:9,11,13;113:22
safety 76:4;78:22
sake 5:3
salaries 86:10

salary 85:14;86:1;87:11
same 7:15;8:8;31:16;
35:1,5;56:22;63:1,22;70:6;
73:12;88:7;91:6;93:19;
95:2;99:16;110:1;114:12;
137:14,16;144:4
Same 10:11;11:13;61:24
sat 15:3;41:14;119:24;
140:9
satisfied 79:6
savings 40:2;103:18
saw 20:7;33:20;64:7,17;
74:13;77:14;86:16,18;
143:12
saying 7:24;37:16;40:3;
72:3
scene 90:18;91:4,13,20;
97:4,7
scheduling 14:6;25:12
scheme 86:2,4
scope 146:11
screaming 27:16
screened 16:12
season 30:7
seatbelts 75:11
second 62:11;142:20
secretary 46:11;133:15
seeing 24:21
seem 61:17
seemed 35:24
self-employed 11:6
sell 132:4
selling 131:11;132:1,11
send 10:24;21:24;22:3
sense 29:20
sent 42:13,14;110:16;
J12:18
separate 21:15;69:13;
84:17;100:5;122:12
September 9:16,18;
11:10;105:6,8,13;107:19;
108:16,21;109:16;115:7,
12;120:1
series 30:20
served 69:10
service 67:16;100:4
services 16:9;18:19;21:3;
36:11;68:23;84:13;98:5;
99:17;100:2;115:15
Services 9:4;67:24
set 45:12,21;48:16,21;
134:19;135:1,15
sets 31:6
setting 24:16;46:5;55:3;
57:19;135:23
seven 67:8
Seventh 11:24
several 34:6;69:21;94:9;
103:14;112:17;132:21
Several 107:5
Sha 135:12
shape 42:16;57:3;110:14
sheets 98:16

shift 18:21,23;72:20,20;
81:20;87:24;113:21
shifts 82:16
shipment 41:15
shipped 41:16
shipping 14:8;25:13
shock 91:1
short 80:20;81:17;96:14;
124:21
show 27:22;32:17;44:10;
66:18;73:22;97:12;108:11;
116:8
showed 74:2
showing 65:3
shown 65:12;102:6;
126:16
shuttle 140:15,23
side 84:18
sign 64:24,24;101:2,9,12,
13;107:22;110:17;114:13;
116:13,19,23;123:12,15,
17,21;124:1,13;125:18;
126:7,12,13,17
signature 108:18;116:10
signed 24:14;64:22;
108:21,23;109:5;114:14,
15,17;115:5,11,11,22;
127:7,10;143:2
significant 40:1,1
sign-in 98:16
signing 107:20;116:11;
126:22
sit 44:7;53:1;76:20;
105:18;127:24;132:3;
134:15
site 45:9
sites 14:19
sitting 7:7;78:20;95:14
situation 15:18;16:17;
143:15
six 17:24;19:1,10;21:1;
22:21;29:12;35:14;36:9;
37:9,19;49:3;55:18;67:8;
73:5,6;74:1;80:3
skills 59:5,19
slender 20:8
slowly 7:22
small 10:24
smaller 77:5
smooth 5:24
smoother 8:3
sold 33:15;130:14
somebody 15:20;23:3;
46:15;70:12;81:22;109:24;
110:17;112:18;123:9;129:6
somehow 91:17
someone 23:17;56:12;
58:7;72:8;82:2;88:21,22;
110:22;134:16
sometimes 13:10;18:20;
81:12
Sometimes 22:2
somewhat 85:14

Somewhat 59:20
somewhere 15:6;74:3
son 8:17;12:22;33:15;
66:7;93:1
sore 91:3
sorry 13:5,8;52:22;56:7;
96:6;108:14,15;110:19;
117:8,17
Sorry 66:19
sort 122:7
sorts 139:5
source 143:17
South 8:13;15:5,6;39:4;
111:8
span 10:15
spasmatic 6:13
speak 7:18,21,22,24;
50:24;59:21;107:2;138:7;
142:20
speaking 38:9;59:4,18;
102:17
specific 48:5;77:10;82:9;
91:23;99:1;106:3;111:20
specifically 15:13;69:17;
72:13;74:23;129:12;139:1
Specifically 69:24;70:1;
113:18
specificity 46:2
specifying 98:7
Specter 5:15
spell 20:1
spend 53:14
spine 6:7
spoke 18:14;121:20
St 96:7;144:20
staff 51:4
staffing 87:18
Staffing 9:4;50:8,9,11;
52:7;55:11;56:1,6;57:7,8,
12,19,23;58:2,4,17;60:2,
10,19;61:4,15,24;62:6;
64:1;67:14,15;68:13,16;
69:1,8,8,12,17;70:13;72:3,
9;82:2;85:9;86:15,22;
88:21;89:1;96:11,21;97:23;
98:4,7,21;99:17;100:5;
113:17;114:3,21,22;115:8;
128:8;129:18;133:19;
134:12;136:16,24;137:4,
13,18,23;141:8;142:7,14
Staffing's 63:12
stand 118:13
Standard 61:11
Standby 124:23
standpoint 34:22
start 14:2;37:7;49:10;
56:9;72:14;82:7;83:10,22,
24;132:9,11;140:14
started 10:1;16:11,14;
17:18;28:14;31:19;33:2;
55:10,16;56:18;62:14;
72:12,15;81:6,7;87:23;
129:24;131:17,24;141:11,

11;142:2
starting 17:1
state 37:5;41:3;130:24
State 91:8;101:24;102:4,7
stated 68:21;129:12;
142:3
statement 100:20;
108:10;109:18;110:18;
111:17
statements 95:4;113:9
stating 67:24
stature 77:5
stay 94:18,20,24
stayed 69:10;144:8
steam 31:8
stenographer 7:23
stenographic 5:2
stepmother 55:24
Sterling 120:7,8;121:12,
19;122:2,18,24
STERLING 5:8
Steve 13:2,3;25:8,8,10;
27:8,11;33:18;49:1,2;
50:20,23;51:2,6,7;56:15;
60:16;64:24;65:2;67:4;
85:4;94:1,24;95:19;96:2;
102:12,13;106:1,18;
110:24;127:18,21;128:5,
12;131:13;132:7;133:4,16,
24;134:1;147:7
Steven 12:22,24;13:17;
27:11;33:16,22;34:4,8;
42:7;48:20,24;49:8,15;
50:16;51:8;60:13;79:16;
83:12;123:17;124:12;
125:9;128:3;132:8;136:14;
143:22
still 15:14;33:3;53:2;71:8;
73:12;96:12;115:8,16;
133:2;134:4,5;142:24,24;
144:2
stilled 133:3
stilling 24:2
stint 12:3
stop 56:9
stopped 55:15
storage 42:17
store 130:16
straight 35:13
straighten 138:11
Strange 33:12
strapped 106:8
Street 8:13;14:16,16,17;
15:5;62:8;63:4,6;111:8
strewn 103:7
strolls 135:19
stuff 73:15;77:23;92:6;
120:3
subject 66:12;107:16;
133:22
substance 66:11
substantial 140:19
Suda 20:22

St. Paul Mercury Insurance Co., et al v.
Maly Yan

suggested 75:20
summary 12:1;65:18
supervise 30:23;31:11,
  20;32:5
supervising 28:16;30:10
supervisor 12:14;14:4;
  16:4;28:7;33:6;34:16;35:4;
  53:16;120:6;121:2,6;
  122:10,11;147:6
supply 138:19
suppose 73:4,19;75:4;
  98:12;100:21
sure 8:1;12:2;13:14;14:7,
  17;37:14;46:9,18;52:21,24;
  99:15;106:12;113:24;
  117:19,23;136:4
Sure 133:9
surgery 6:2,4
surprise 108:8
Susi 8:18,20;9:2;46:20;
  47:4,9,13,16,20;48:1,7;
  62:14;72:12;87:4;90:22;
  91:10;93:4,8;94:16,22;
  101:8;111:10,11;114:20,
  21;115:1,5,7;126:9
S-U-S-I 46:21
suspended 81:2;121:14;
  139:16;147:22
sustained 91:24;92:4
swear 5:6
switch 55:19;72:19;
  136:24;137:3,22
sworn 5:8;100:24;120:1

**T**

talk 9:17;13:11;63:10;
  66:10;79:2;84:20,23;
  107:15;118:1
talked 9:14;15:11;77:1,
  22;78:23;79:1,16;95:17,20;
  100:6;107:3,7;114:8;118:3;
  135:6;139:4;147:18
talking 13:6;24:2,13;
  27:10,11,12;53:21;64:20;
  66:9;70:5;83:10;86:6;
  102:11,18;108:4;112:20;
  114:2;120:15;121:5;122:9
tanker 91:17
tax 115:2
teacher 13:23,23
telling 59:10;69:4;97:23;
  99:19;148:9
temporaries 16:11
temporary 8:24;16:8,14,
  21,22;17:4,13,18,23;18:2,
  8,13,16;19:2,4,11,23;21:2,
  16;22:22,24;23:5,17;24:7,
  18;25:3,16;29:7,10,18;
  32:8;35:10,17,23;37:12,17;
  38:3;39:7,22;42:9,20;
  43:13;45:16;47:1;49:24;
  50:22;51:13;56:2;61:7;

64:20;68:1,16;69:19,21;
  71:4;73:4;76:14,16;77:21;
  78:12,13,19;85:19;96:12;
  115:14;128:6,10;129:1,11;
  136:8,13;137:3,6;139:17;
  140:10;143:5;145:1,19;
  147:13
Temporary 9:1
ten 10:15,21;11:8;32:3,4;
  87:8;73:24;74:19
tended 138:2
tending 91:10
term 53:22,23
testified 5:9;117:13;
  136:15;138:1;139:14,20;
  142:6
testimony 117:21;118:5,
  9
Thach 19:12;20:22,23;
  36:19,21;37:22;43:7,11;
  45:12,16;46:3,7;48:21;
  49:10;52:15,16;53:2,7,15;
  56:11,18;57:10;58:11,20;
  59:2;71:22;72:3,9;77:1,4;
  87:8;74:21,23;86:14;
  88:20;89:1;99:7;113:16,18;
  114:7;127:20;130:2,6;
  135:3,15;136:18;144:2,3
Thach's 55:1
Thanks 144:16
theoretically 98:17
Theoretically 122:17
thinking 44:17;112:5
third 80:1,9
Thou 70:2,5;92:8;117:1,6
though 122:12
thought 6:7;17:4;103:1;
  130:2
Thou's 139:15
thousand 103:15
three 6:5,6;26:19;41:7;
  67:7;72:18;85:16,16;
  112:23
threw 144:13
thrust 16:23
Thulta 135:12
Thursday 5:4
Ti 51:17,18,19,20
tilts 6:14
times 13:1,13;22:6;
  33:21;34:6;47:15;74:11;
  99:20;112:17;117:12;
  138:9;139:16
title 10:22,23;11:3
today 6:24;44:7;53:1;
  65:10,23;66:3,6,7,10,16;
  95:14;100:24;105:18;
  106:23;117:12;127:24;
  132:3;134:15
together 34:11;35:22;
  47:9;111:12;147:19
told 16:6;34:8;36:10;
  38:21;49:1,2;50:23;53:4;

54:8;73:13;77:1;79:15;
  82:5,7,12;84:20;94:6;
  112:14;120:6;121:12;
  122:3;127:18;130:14;
  132:7;135:17;136:22;
  147:21
took 45:17,20;50:6,9,10;
  69:9;80:3;87:10;110:18;
  113:9;132:24;136:1;142:18
top 57:8
totally 101:16
touch 96:23
towards 27:3;55:17
town 108:4
traditionally 58:7,11;
  73:3;74:3
Traditionally 72:24;
  73:22
traffic 73:15
trained 90:1
training 28:19;29:16;
  30:1;100:9,10,14;123:17
transcribed 65:15
transcript 123:11
transcripts 65:16
transfer 147:11
transferred 10:2;87:23;
  148:10
transport 89:3;119:8;
  120:6;121:13;127:17;
  137:21;141:3;147:12
transportation 21:7,8,
  12,17,22;22:7,12;39:6;
  43:2;68:1,11,15,18,23;
  69:21;71:4,8,23;79:21;
  100:2;129:4,13
transported 21:6,22;
  42:10;72:13;140:18
transporting 70:18;
  78:12;79:23;84:19;85:6,23;
  86:5;87:21;119:17;126:24;
  127:1,4
traveled 72:22
treasurer 46:11
trial 24:12
tried 16:16;34:6
Trojan 11:20;30:6,8
truck 11:3;31:23;77:19;
  80:16
true 114:1
True 93:18;100:15;122:22
truth 100:21,21,22
try 7:17;17:3;51:3,14
trying 16:18;17:9;18:18;
  50:21;124:16
turn 113:12;114:10
turns 6:14
tutelage 45:20
two 6:9;14:20;26:20;27:8;
  34:14;41:8,9;67:7;72:18;
  74:15,20;80:22;83:5;88:6;
  91:2;102:18;113:12;
  117:12;120:15;121:4;

122:9,11,14;140:21;141:9
Two 41:7,10,11;92:3
type 9:22;28:15,19;29:14;
  31:16;39:5;46:12,16;48:15;
  52:2;54:4,5,10;55:5;58:3;
  68:12;69:2;70:22;72:7;
  105:19;113:2,4,5,10;115:1,
  2
typical 103:15
typically 10:16

**U**

under 34:15;45:20;72:18;
  117:12,21;118:11;119:20;
  120:2;121:18;127:6;131:2,
  3,8;143:11
understood 8:11;49:5;
  68:14;69:16,20;117:9
Understood 73:18
underwent 6:1
union 9:24;10:3
unionized 10:3
unless 6:14;41:15;77:17;
  140:7
unsafe 76:1
up 7:21;18:17;23:18,20;
  26:4;28:16;30:5;41:4;31:6;
  34:2;43:10;45:12,21;46:5;
  48:16,21;55:3;56:17,18,18;
  57:19;58:8,19;20;71:20;
  73:23;74:2,5,13,24;78:20;
  79:24;85:4;90:7,15;97:12;
  104:1;109:15;113:10;
  122:7;126:16;128:21
  130:16;132:10;134:19;
  135:2,15,24;138:17,20;
  139:5,15,17;140:14
upon 16:23;99:3,21
upsetting 26:22
use 16:14;17:6;18:18;
  22:12;56:5;78:8;140:23
used 53:23;103:14;
  137:20,21;141:3;143:6;
  144:1,2
using 17:18,22;19:2;
  37:11;56:9,9;67:16;136:16
usually 23:20;69:20;
  72:24
Usually 101:1
utilize 16:11
utilized 29:7;79:21
utilizing 37:10

**V**

van 43:14;47:17;70:23;
  72:22;74:23;75:3,9,11,17,
  21;76:1,8,18;77:2,9,10;
  78:21;80:14;81:12,16;83:2,
  24;87:9;88:3;89:7,22;90:4;
  91:18,24;92:1,11;103:20;
  104:1;111:23;121:13;

122:20;123:1;132:22;
  138:18,19,21;146:17,20,
  21;147:1,4,8;148:8
Van 5:14
VAN 5:10;49:21;63:21;
  68:7;9;80:23;88:14;108:5;
  116:7;117:7;125:1,6;135:8;
  147:16,17;148:4
vans 73:22;74:2,5,13;
  77:11;78:12;80:7;85:11;
  139:20,24,24;140:3,7,8;
  141:3
various 5:1;39:7
vehicle 70:22;71:18;72:1;
  78:7,10;81:10;90:2;121:21;
  122:19,20;145:23;146:2,5,
  7,10
vehicles 43:6;137:20,21;
  138:3;145:16
verbally 5:18;7:11
verbatim 113:7
via 110:13,13
vice-versa 70:20
video 79:4;7:6
VIDEO 80:18,21;124:20,
  23
Vietnam 87:24
Villalobos 110:11;120:5;
  123:3
Vince 26:8,9,10
visit 130:4

**W**

wage 21:15
wages 21:19,20;141:19
wait 7:13,15;13:7;108:3
walk 92:7
walked 79:5,11
watch 51:1
water 11:1;31:8
way 6:15,23;7:1,1;8:8;
  17:10;18:24;21:9,11,22;
  22:7,8;27:17;34:20,20;
  35:15;40:9;57:3,23;77:6;
  83:22;86:21,24;87:2;98:4;
  99:16;110:14;111:3;121:5,
  5;132:4;133:12
wedding 92:24;93:10
week 74:15,20;84:22;
  85:16;86:10;123:8
weekly 23:18,20;58:8;
  132:8,15
Weekly 23:15
weeks 141:10
weight 76:7
weren't 10:2;15:24;29:22;
  65:12;95:12;128:19
whereby 22:11;26:16;
  68:14;117:3;147:21
Whereupon 63:18;80:20;
  107:24;116:4;124:21;125:3
whole 11:8;100:21;125:7

Sterling Newsome
June 29, 2006

St. Paul Mercury Insurance Co., et al v.
Maly Yan

who's 133:2
whose 147:10
wife 8:17,18;9:2;63:10;
66:2,14;76:14;87:4,8;90:7;
100:13;101:9;104:1;107:7;
109:3;114:13;126:9;
141:11,15,17;142:24
wife's 46:19
Wilmington 18:6,9,12,
17;21:10
window 74:7
winter 131:21
wise 104:15
within 18:9;22:20;36:21;
96:4;146:10
witness 123:4
Witness 148:15
WITNESS 49:13;88:9,11;
108:3;148:5
wording 129:3,20
work 9:3,22;10:4,10;
12:15;13:24;22:3,23;28:16,
21;30:16;31:14,16,24;
79:23;80:2,9;88:18;115:17;
120:7,12;122:4,4;123:13;
126:10,11,14,16;127:4;
128:20,21,23;134:6;142:8
worked 9:11,19;11:16,17;
12:3;20:14,15;27:23;29:6;
30:15;31:17;34:4;42:6,7;
72:17,17,18;98:10,23;99:8,
18,20;107:21;122:11;
137:2;138:20
workers 21:4,16;40:23;
44:13;71:4;73:3,4;76:16;
84:19;85:6;86:5;87:22;
88:17;99:7,10;119:8;
121:13;126:24;127:17;
137:8,22;138:15;140:10,
17;141:4,24;142:1;145:19;
147:12
working 8:20;9:6;11:5;
12:24;14:19;16:1;21:11;
22:22;24:6;26:18;28:24;
31:19;34:10,15;35:22;
38:10,11;41:5;54:2,19,23;
55:11;72:15;88:6;98:14;
115:13;118:20;119:3;
120:20;141:12
workmen's 44:17
worth 60:6
wounds 92:4
write 98:21
writing 72:5,6

Y

Yacht 11:20;30:6,8
Yan 70:2,3,4,5,9,16;71:3,
13;72:13,16,22;74:24;81:1;
82:8,19;83:1,15,23;85:1,5;
87:21;88:1,15;89:2,9;92:6,
8,10,18,20;93:11,19;107:8;

117:1,5,8,11;119:13;
123:12;124:13;125:9,18,
22;127:13;139:15;144:24;
145:22;146:1,4,7,11,16,20,
24;147:3,8,21;148:8
Yan's 81:16;93:1;96:4,8;
118:5,8
year 9:12;10:16;11:8;
30:13;32:4;55:13,13,14;
71:1
years 10:21;12:6;14:23;
20:11;26:19,20;28:23;
31:22;32:3;36:9;37:9,19;
39:18;49:3;74:15,20
yelling 27:16
York 13:23,24
Young 110:2,7

Min-U-Script®

B&R Services for Professionals, Inc.