# EXHIBIT E
# PART 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

— — —

ST. PAUL MERCURY           :  CIVIL ACTION NO. 05-
INSURANCE COMPANY,            0022(KAJ)
and PACK & PROCESS, INC.:

-vs-                       :

MALY YAN                   :    


— — —

YAN THOU, Individually  : C.A. NO. 05-0513(KAJ)
and as Administrator of
the Estate of OEURN MAM,:
Deceased and NAVY YAN,
Deceased, et al.        :

-vs-                    :

PACK & PROCESS, INC.    :
and ST. PAUL MERCURY
INSURANCE COMPANY       :

— — —


Videotape deposition of CHERYL

STANISZEWSKI ADKINS, taken on behalf of MALY YAN,

in the Law Offices of WEISS & SAVILLE, P.A., 1220

Market Street, Suite 604, Wilmington, Delaware,

on Monday, June 26, 2006, commencing at or about

11:05 a.m., before Colleen A. Young, R.P.R.,

C.S.R., #255 - Notary Public.


— — —

B & R SERVICES FOR PROFESSIONALS, INC.
235 SOUTH 13th STREET
PHILADELPHIA, PENNSYLVANIA 19107
(215) 546-7400
B&R Services for Professionals, Inc.

```
 1     APPEARANCES:
               KLINE & SPECTER, P.C.
 2             BY:   JONATHAN COHEN, ESQUIRE
               The Nineteenth Floor
 3             1525 Locust Street
               Philadelphia, Pennsylvania   19102
 4             (215) 772-1000
               Counsel for Maly Yan

 5
               (VIA TELEPHONE)
 6             COSTIGAN & COSTIGAN
               BY:   RICHARD COSTIGAN, ESQUIRE
 7             1315 Walnut Street
               Suite 902
 8             Philadelphia, Pennsylvania   19107
               (215) 546-7215
 9             Counsel for Plaintiffs Khan Gul, Zair Shah,
               and the Estate of Mohammed Azim

10
               DEASEY, MAHONEY & BENDER, LTD
11             BY:   HENRI MARCEL, ESQUIRE
               1800 John F. Kennedy Blvd.
12             Suite 1300
               Philadelphia, Pennsylvania   19103
13             (215) 587-9400
               Counsel for Defendant St. Paul Mercury
14             Insurance Company and Pack & Process, Inc.

15

16

17

18

19

20

21

22

23

24
```

CHERYL STANISZEWSKI ADKINS                    3

1                    DEPOSITION SUPPORT INDEX

2        REQUESTS FOR DOCUMENTS OR INFORMATION
         PAGES:    None
3

4        STIPULATIONS AND/OR STATEMENTS
         PAGES:     5
5

6        MARKED QUESTIONS:
         PAGES:    None
7

8        INSTRUCTION TO WITNESS NOT TO ANSWER

9        PAGES: None

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

B&R Services for Professionals, Inc.

1                    I N D E X

2      <u>WITNESS</u>                                    <u>PAGE</u>

3      Cheryl Staniszewski Adkins

4

5          By Mr. Cohen                         5-67

6          By Mr. Costigan                      56-70

7          By Mr. Marcel                        62

8

9                    E X H I B I T S

10

11     <u>NO.</u>                                      <u>PAGE</u>

12

13

14     Adkins-1           7/21/01 Letter        46

15     Adkins-2           Addidavit             50

16

17

18

19

20

21

22

23

24

1              (It is stipulated and agreed by and

2       between counsel that the reading, signing,

3       sealing, filing and certification of the

4       within deposition be waived; and that all

5       objections, except as to the form of the

6       question, be reserved until the time of

7       trial.)

8                    — — —

9              VIDEO TECHNICIAN:  We're now on the

10      record.  This is a video deposition for the

11      United States District Court for the Eastern

12      District of Delaware.

13             My name is Jeffrey Reed.  I am a

14      professional videographer with Court Media,

15      Incorporated, 4201 Church Road, Mount Laurel,

16      New Jersey, 08054.

17             The case for which we are here for is

18      two civil action numbers.  I will abbreviate

19      it for the video purposes here, and the

20      complete caption will be listed on the

21      stenographic record.

22             Saint Paul Mercury Insurance Company

23      and Pack & Process, Incorporated versus Maly

24      Yan, Civil Action Number 05-0022.  Yan Thou,

B&R Services for Professionals, Inc.

CHERYL STANISZEWSKI ADKINS                    6

1            et al, plaintiffs, versus Pack & Process,

2            Incorporated, and Saint Paul Mercury

3            Insurance Company, defendants, Civil Action

4            Number 05-0513.

5                     Present today at the offices of Weiss

6            & Saville, 1220 North Market Street, Suite

7            604, Wilmington, Delaware.  Present on behalf

8            of the plaintiff is Thou -- is Jonathan

9            Cohen, Esquire.  There are additional counsel

10           present, one by telephone, by speaker phone

11           from Philadelphia.  Those appearances will be

12           listed on the stenographic record for the

13           sake of brevity.

14                     Our witness this morning is Cheryl

15           Adkins -- excuse me, Cheryl Adkins.  Today's

16           date is Monday the 26th of June, 2006.  The

17           approximate time 11:05 a.m.

18                     Our court reporter will now swear in

19           the witness.

20                     CHERYL STANISZEWSKI ADKINS, having

21           been duly sworn was examined and testified as

22           follows:

23     BY MR. COHEN:

24        Q.    Good morning, Miss Adkins.

                B&R Services for Professionals, Inc.

1       A.      Good morning.

2       Q.      My name is Jonathan Cohen.  And as you

3       heard, I represent at least one of the plaintiffs

4       in this case.  You heard the name Thou.  To make

5       it easy for you, I represent both some

6       individuals who survived the accident that brings

7       us here, and the estates of some individuals who

8       did not survive.  There is also a plaintiff's

9       counsel present by telephone.

10                      Today is a video deposition where

11      you will be asked questions under oath, and if

12      you do not understand any question that any

13      lawyer asks you, will you please let us know?

14      A.      Sure.  Yes.

15      Q.      And if at some point you need a comfort

16      break for any reason, will you let us know that,

17      too?

18      A.      Yes.

19      Q.      Are you ready to proceed?

20      A.      Yes.

21      Q.      What is your full name, now your married

22      name, and what was your maiden name?

23      A.      Cheryl Lynn Staniszewski Adkins.

24      Q.      Is that your married name as you use it

                B&R Services for Professionals, Inc.

CHERYL STANISZEWSKI ADKINS                              8

1       now?

2       A.     I use Cheryl Lynn Adkins.  I dropped the

3       Staniszewski.  That's my maiden name.

4       Q.     Would you spell your maiden name for us?

5       A.     Yes.  It's S-T-A-N-I-S-Z-E-W-S-K-I.

6       Q.     What is your date of birth?

7       A.     6/16/1972.

8       Q.     And you are currently then?

9       A.     I just turned 34.

10      Q.     What do you do for a living?

11      A.     Currently, I work in the lab of a DNA

12      sequencing company.  I am a grad student, and a

13      full-time mom.

14      Q.     Are you working part time then?

15      A.     I am working part time.

16      Q.     I would like to go back into your history

17      and find out about your background, your

18      education, and your work experience.

19                     Where did you go to high school,

20      and when did you graduate?

21      A.     I went to Christiana High in Newark,

22      Delaware, and I graduated in 1990.

23      Q.     What did you do after high school?

24      A.     I went to the University of Delaware to

CHERYL STANISZEWSKI ADKINS                    9

1        study food science, and I graduated in '95.

2        Q.    What is food sciences?

3        A.    Food science is a combination of chemistry

4        and biology of foods.

5        Q.    Did you receive a bachelor's degree?

6        A.    I have a bachelor of science in food

7        science.

8        Q.    What did you do after you earned your

9        bachelor's degree?

10       A.    I was hired at Pack & Process as their

11       assistant quality control manager.

12       Q.    What does Pack & Process do?

13       A.    Pack & Process packaged foods for different

14       customers.

15       Q.    Where was the facility at which you worked?

16       A.    I worked at a couple facilities in New

17       Castle, Delaware.

18       Q.    By a couple, do you mean two?

19       A.    At one time they even had three plants, so

20       I worked at all three plants.

21       Q.    How many workers, approximately, worked in

22       the food packing or packaging business?

23       A.    It varied.  Um, they had probably a staff

24       of, I would say, maybe 20 to 30 full-time

1    employees that worked directly for them, and then

2    they had a crew of temporary workers depending on

3    what load of work they had that varied from zero

4    to up to 100 at times.

5    Q.    You mentioned your title was in quality

6    control?

7    A.    It was -- when I was hired, I was assistant

8    quality control manager.

9    Q.    How long did you remain quality control

10   manager or assistant quality control manager?

11   A.    I was assistant quality control manager for

12   approximately a year and a half to two years, and

13   then my boss left, and I was promoted to quality

14   assurance manager.

15   Q.    Who was your boss?

16   A.    My boss, at what position?

17   Q.    When you were the assistant quality control

18   manager and your boss left who --

19   A.    Yes.

20   Q.    -- was that boss?

21   A.    Dave Musoff (ph).

22   Q.    Do you know why your boss left?

23   A.    No.  I think he went into computer

24   programming or something.  I don't know what he

1    was doing.

2    Q.    Did you remain in your promoted position

3    until you left the company?

4    A.    Yes, I did.

5    Q.    When did you leave?

6    A.    I was there seven years, so I'm thinking it

7    was -- I started in September of '95 and I must

8    have left in '02 sometime.  I can't remember the

9    correct dates.

10   Q.    Why did you leave?

11   A.    I received a new position.  I was offered a

12   position down at McCormick.

13   Q.    In Baltimore?

14   A.    In Hunt Valley, yes.

15   Q.    They make spices?

16   A.    They make spices.  I was in the condiments

17   division.  We make condiments.

18   Q.    Why did you decide to take the job at

19   McCormick as opposed to stay at Pack & Process?

20   A.    McCormick is a bigger company.  There was

21   more room for growth and opportunity for me.

22   Q.    Now you understand today that there is an

23   attorney here in the room with us to my left, to

24   your right, who represents Pack & Process in this

1      case?

2      A.      Yes.

3      Q.      Okay.  I understand from just a very quick

4      discussion we had as we sat down this morning

5      that you are not being represented by that

6      attorney from Pack & Process.

7      A.      Yes.

8      Q.      That is correct?

9      A.      Yes.

10     Q.      Nor do you have counsel with you here

11     today?

12     A.      Yes.

13     Q.      You thought about bringing counsel and

14     decided it was not necessary?

15     A.      Didn't even cross my mind.

16     Q.      In your seven years at Pack & Process, were

17     there any particular categories or job duties

18     that you handled day in and day out?

19     A.      Yes.

20     Q.      What were they?

21     A.      I supervised the quality control line

22     inspectors.  I made sure that the products were

23     good that were going out to the customers.

24     Q.      How did you go about doing those things?

CHERYL STANISZEWSKI ADKINS                    13

1    A.    Which ones?

2    Q.    All of them.

3    A.    I -- as far as the quality control line

4    inspectors, I would check on them and make sure

5    that everything was going okay, that they showed

6    up on time, that they were doing okay as far as

7    the job goes.

8              As far as the packages go, I mean,

9    we took weights every half hour.  We took five

10   weights normally off of a line, and we checked

11   the seals and we checked the weights.  Made sure

12   that a quality product was going out.  So I

13   oversaw what they were doing.  So I would check

14   on their paperwork, see how everything was going.

15   Q.    Okay.  When you say we checked the weights,

16   what does that mean?

17   A.    Well, I -- we did weight control for the

18   packages that were going out.

19   Q.    How -- explain that to a -- a lay person.

20   How -- what is weight control in the packaging

21   business?

22   A.    Okay.  Basically, every package, food

23   package has a weight listed on it, and to be

24   within guidelines of the FDA, you must be within

```
 1        a certain weight limit.  And I would make sure
 2        that they were properly going out.  Correct
 3        billed.
 4        Q.    Does that mean from time to time you would
 5        go and just grab a package and weigh it?
 6        A.    Well, we would do -- normally, we would do
 7        five weights every half hour off of each line.
 8        Q.    Does that mean you would take five weights
 9        a half an hour, just grab them, and weigh them?
10        A.    Yes.  We would take five weights off of
11        each line.  We would tear out the package
12        material and weigh just the food item.
13        Q.    When you say we, who is the we?
14        A.    Well, we were the quality control line
15        inspectors.  There is also other people doing it,
16        production manager, production supervisor would
17        grab weights, from time to time, to make sure
18        that they were within spec.  I would go out there
19        and grab weights off the line.
20        Q.    How many quality control line inspectors
21        were there?
22        A.    That would vary, depending on the workload.
23        I mean, there could be anywhere from two to, I
24        think at the most I had like six at one time.
```

B&R Services for Professionals, Inc.

CHERYL STANISZEWSKI ADKINS                    15

1    Q.    Were you considered a quality control line

2    inspector yourself, or were you the supervisor of

3    those?

4    A.    I was the manager.

5    Q.    The manager?

6    A.    The manager.  I had an assistant quality

7    control supervisor working for me.

8    Q.    Who was that?

9    A.    That was Tammy Casper.

10   Q.    Can you spelling Casper, please?

11   A.    C-A-S-P-E-R.

12   Q.    Do you know if Miss Casper still works

13   there?

14   A.    No.  I do not think Pack & Process is in

15   existence anymore.

16   Q.    Do -- do you know one way or the other?

17   A.    No, I do not.

18   Q.    Okay.  What leads you to believe that it

19   may not be in existence?

20   A.    The last time I was up there they were

21   selling their equipment, and they had a very

22   small staff working for them.

23   Q.    When was the last time you were up there?

24   A.    I -- maybe 15 months ago.

B&R Services for Professionals, Inc.

CHERYL STANISZEWSKI ADKINS                    16

1    Q.    Why were you there 15 months ago?

2    A.    To sign over my 401K.

3    Q.    Which address were you present at when you

4    signed over your 401K?

5    A.    1400 B Street.

6    Q.    Is that an office address, or a factory

7    office address, or both?

8    A.    Both.

9    Q.    Was that the main factory?

10   A.    Yes.

11   Q.    Did you see the owner of the company at

12   that time?

13   A.    No, I did not see him.

14   Q.    Do you know who the owner is?

15   A.    Steven Ames.

16   Q.    Why were they selling their equipment?

17   A.    I don't know.  I don't think he was doing

18   his packaging anymore.

19   Q.    Why do you say that you don't think he was

20   doing packaging anymore?

21   A.    There were no lines running.

22   Q.    Were there other facilities where lines

23   would also be run at different times?

24   A.    Possibly.

B&R Services for Professionals, Inc.

1    Q.    Okay. Did you ask anybody what is going

2    on, why are you selling things, why is the place

3    looking so small?

4    A.    I spoke to the lady in the office, and she

5    said that they were not doing packaging anymore.

6    Q.    So one of the reasons that you believe they

7    weren't doing packaging is somebody who worked

8    there told you that?

9    A.    Yes.

10   Q.    And who was that?

11   A.    Mina Dobson.

12   Q.    What was her job?

13   A.    She was our human resources person.

14   Q.    Did she --

15   A.    Payroll.

16   Q.    Did she say why they weren't doing

17   packaging?

18   A.    No.

19   Q.    Do you know who Sterling Newsome is?

20   A.    Yes.

21   Q.    Who is that?

22   A.    He was the production manager for a short

23   period of time.

24   Q.    What does it mean to be the production

B&R Services for Professionals, Inc.

1    manager?

2    A.    Production manager means he was in charge

3    of the whole production facility.  Making sure

4    that the work got done.

5    Q.    When you say he was making -- in charge of

6    making sure that the work got done, how would he

7    go about making sure it got done?

8    A.    He had production supervisors working for

9    him, and he would oversee the lines to make sure

10    that whatever we were making got out on time.

11    Q.    Who was in charge of hiring and firing?

12    A.    It depends on what department you were in.

13    Q.    How many different people were in charge of

14    this task, generally, across the company?

15    A.    Maybe five.

16    Q.    Can you tell me who each one was and what

17    department they oversaw?

18    A.    Steven Ames, owner of the company.

19    Q.    What was he in charge of, with -- with

20    regard to hiring and firing?  Pretty much

21    anything?

22    A.    Pretty much anything.

23    Q.    He could hire and fire anybody?

24    A.    Oh, yeah.

1      Q.     Okay.

2      A.     Then you had, at this point in time,

3   Sterling Newsome, he was the production manager.

4      Q.     When you say this point in time, what --

5   what point in time are you referring to as this?

6      A.     The point in time that the -- that the

7   accident occurred.

8      Q.     Okay.  So in June of 2001?

9      A.     Yes.

10     Q.     Okay.

11     A.     Sterling Newsome was the production

12   manager, so he was in charge of the production

13   personnel and the temporary workers.

14     Q.     Just keep going.

15     A.     Okay.  Then you had Steve Eslinger.  He was

16   in charge of shipping and receiving.  So he would

17   have been in charge -- and he was also in charge

18   of the office staff.  So he could hire and fire

19   office staff and shipping/receiving personnel.

20   You had myself, who was quality assurance

21   manager.  I was in charge of the quality control

22   department.

23          Then you had Bill, I can't even

24   remember his last name at this point.  Bill Orick

1    (ph). He was in charge of maintenance and the

2    maintenance personnel.

3    Q.    That's five. Is that it?

4    A.    Yes.

5    Q.    So you were in charge of hiring and firing

6    people in quality assurance?

7    A.    Yes.

8    Q.    Okay. How did you decide who to hire and

9    who to fire as a general matter? What were you

10    looking for, what did you want in your people?

11    A.    I wanted somebody who would, number one,

12    show up daily. That was a hard thing to find,

13    who could work four, ten hour days is normally,

14    what our schedule was, and work either day shift

15    or night shift. Be able to do both.

16              Make sure that they could take

17    weights. That they could do averages. That they

18    were observant. That they weren't afraid to

19    speak up if something was wrong.

20    Q.    Did you require fluency in English?

21    A.    Yes.

22    Q.    Both written and spoken?

23    A.    Yes. Mostly spoken. They had to be able

24    to communicate with myself, and also it would be

1    nice if they could communicate with the other

2    workers on the line.

3    Q.    You did require fluency in both written and

4    spoken English?

5    A.    Yes.

6    Q.    As of the time of the accident, who were

7    the quality control workers under you?  What

8    would their titles have been?  Line inspectors?

9    A.    Line inspectors.  I know that I had Tammy,

10   who was the quality control supervisor.  That is

11   Tammy Casper.  And then Maly Yan.  She was

12   quality control line inspector.  I think Judy

13   Meekins was there.  She was actually a quality

14   control technician.

15            I'm not sure who else was working

16   at the time.  I don't remember.

17   Q.    That should be documented somewhere in the

18   office records, right?

19   A.    It should be.

20   Q.    If you wanted to figure out who was working

21   for you at that time, where would you go?

22   A.    The easiest way I would get it would be to

23   pull paperwork, maybe, and see the names on the

24   paperwork.

1     Q.    What kind of paperwork?

2     A.    Quality control paperwork.

3     Q.    Where was that generally kept?

4     A.    In the quality assurance manager's office.

5     Q.    That would have been your office, right?

6     A.    Yes.

7     Q.    Who took over for you when you left?

8     A.    Tammy Casper.

9     Q.    Do you remember Maly Yan?

10    A.    Yes.

11    Q.    And you remember Judy Meekins?

12    A.    Yes.

13    Q.    And there were four or so other people?

14    A.    I don't think that -- I'm not sure how many

15    people were working for me at that point.  The

16    workload fluctuated because we were a contract

17    packager, so we could be running next to nothing,

18    or we could be running three plants at one time.

19    It all depended on the number of jobs that we

20    had.

21    Q.    Did you have permanent quality control line

22    inspectors?

23    A.    I had permanent and temporary.

24    Q.    Who were the permanent ones around the time

<u>CHERYL STANISZEWSKI ADKINS</u>                    23

1          of the accident?

2          A.     That would be Judy Meekins and Maly Yan.

3          They're the two that I remember at that point.

4          Q.     Were there other permanent quality control

5          line inspectors who you don't remember the names

6          of?

7          A.     It's not that I remember -- don't remember

8          their names, they -- I don't know the time period

9          in my head.  So there may have been other people

10         working for me at the time, but it's been several

11         years.

12         Q.     You just can't remember?

13         A.     Yes.

14         Q.     When you had temporary quality assurance

15         line inspectors, how would you get them up to

16         speed on a temporary basis to -- to come and

17         work, and then leave as the work ebbed and

18         flowed?

19         A.     We would show them what we were doing.   I

20         mean, what -- you were basically just taking five

21         weights and then we were doing some measurements.

22         So someone would spend some time with that

23         person, making sure that they knew the job

24         duties.

1    Q.    How long --

2    A.    And then reviewing their paperwork.

3    Q.    Okay.  I didn't mean to talk over you.

4    Were you -- were you done your answer?

5    A.    Yes.

6    Q.    How long would it take to train someone and

7    get them ready, just off the streets, to become

8    a -- a line inspector?

9    A.    That would depend on how much time I had

10   allotted to me.  There was times where someone

11   would not show up for this shift, and I would

12   have to pull a temporary worker off the line,

13   make sure they spoke English, they knew basic

14   math, and showed them what to do, and then had

15   the production supervisor monitor their work that

16   night.

17   Q.    Is there a way that you could tell me in

18   terms of maybe the number of hours or days how

19   long it would take to train someone to be one of

20   these line inspectors?

21   A.    To be proficient at it?

22   Q.    Well, to get the basics down and start

23   working on the job?

24   A.    Oh, a couple of hours.

1    Q.    Okay.  That's all?

2    A.    That's it.  For the -- that specific line.

3    Q.    Okay.  And for them to become proficient?

4    A.    Proficient, I would say at least it would

5    take a week or two.

6    Q.    You could at least take somebody, and, for

7    lack of a better expression, off the street, and

8    in a couple of hours give them the basic training

9    they needed to go out and at least work as a line

10   inspector, and then they would do the job, and

11   they would get better at it over a week or two?

12   A.    Correct.  On that specific line.  Each line

13   is different.

14   Q.    What specific line are you referring to

15   when you say that specific line?

16   A.    Whatever line was running at the time.

17   Q.    Okay.  You mean any given line?

18   A.    Any given line, but different products

19   would require different quality specifications.

20   Q.    What kinds of products were most often

21   packaged at Pack & Process?

22   A.    Mostly dried products.  It could be candy,

23   as well.  Dried products.  Dried powders or

24   candy.

1    Q.    The -- the workers who came in and worked

2    on the line day in and day out were under the

3    authority of Sterling Newsome, correct?

4    A.    Yes.

5    Q.    Do you know how Mr. Newsome arranged to get

6    workers there to work on a temporary or a

7    permanent basis?

8    A.    He would contact the -- the owner of the

9    temp agency and let him know how many people he

10    needed for the following day.

11    Q.    Did you ever talk to Mr. Newsome about that

12    procedure?

13    A.    No.

14    Q.    How did you become aware that that's what

15    he did?

16    A.    I worked there for seven years.  I saw them

17    order people.

18    Q.    You saw who order people?

19    A.    I saw the production manager order people.

20    Q.    What did you see him do?

21    A.    He would talk to the owner of the tempet --

22    temp agency and tell him how many people he

23    needed for the following day.

24    Q.    Wasn't there just one owner of one temp

B&R Services for Professionals, Inc.

1    agency, or are you using that just to symbolize

2    an -- an action that -- that he might do?

3    A.    There was one specific temporary agency

4    that Pack & Process dealt with.

5    Q.    Do you know the name of that agency?

6    A.    No, I do not.

7    Q.    Does the word Lam Staff ring a bell?

8    A.    Yes, that's it.   Lam Staff.

9    Q.    Okay.   Was it Lam Staffing or Lam Staff, or

10   something like that?

11   A.    Something like that.

12   Q.    Who was the owner of that agency?

13   A.    I'm not sure.   I think that the owners

14   changed hands during some time period, but

15   Suasaday sticks in my mind as the owner of that

16   agency.

17   Q.    What is your understanding of the ethnicity

18   of that name?

19   A.    I think he is Vietnamese.

20   Q.    Did you ever see that person?

21   A.    Yes.

22   Q.    How often?

23   A.    At least weekly he would come down I would

24   see him.

1    Q.    Over how many weeks or years?

2    A.    Over years.  I worked -- I worked at Pack &

3    Process seven years, so I would see him.  He did

4    sell the company, I think, so -- but I would see

5    him frequently.

6    Q.    Do you know to whom he sold it?

7    A.    No.

8    Q.    What makes you believe he sold it?

9    A.    There was another gentleman that was

10   running the company towards the end of my

11   employment with Pack & Process.

12   Q.    After the accident?

13   A.    Yes.

14   Q.    Do you know that person's name?

15   A.    No.

16   Q.    Did that person speak English?

17   A.    Yes.

18   Q.    What did that person look like?

19   A.    Young.  Mid-twenties.

20   Q.    Height?

21   A.    Male.  Five, ten, maybe.

22   Q.    Weight?

23   A.    160, 170.

24   Q.    Hair color?

B&R Services for Professionals, Inc.

CHERYL STANISZEWSKI ADKINS                    29

1       A.      Dark brown.

2       Q.      Race?

3       A.      Either Vietnamese or Cambodian.   I'm not

4       sure.

5       Q.      An Asian appearance?

6       A.      Asian.

7       Q.      Did you hear that person speak English with

8       any kind of accent?

9       A.      Yes.

10      Q.      Was it an Asian accent?

11      A.      Yes.

12      Q.      Were you able to tell what language?

13      A.      No.

14      Q.      How about the first person who you believed

15      owned the company, Suasaday?

16      A.      Yes.

17      Q.      Would you give me that person's physical

18      appearance?

19      A.      Asian.   Dark hair.   Early forties.

20      Q.      Height, weight?

21      A.      Probably five, ten; five, eleven.   150,

22      160.

23      Q.      Did he speak English?

24      A.      Yes, he did.

B&R Services for Professionals, Inc.

CHERYL STANISZEWSKI ADKINS                    30

1    Q.    Did he speak it fluently?

2    A.    Yes, he did.

3    Q.    You seem to be saying that with enthusiasm.

4    A.    He -- I knew him.  I mean, he was, you

5    know, a nice guy.  I don't know what else to say

6    about him.

7    Q.    Did he have an accent?

8    A.    Slight accent.

9    Q.    But it sounded like he was very proficient

10   in English?

11   A.    Yes, he was.

12   Q.    You said you knew him.  Did you ever hear

13   him talk about his work, his family, his life,

14   anybody like that?

15   A.    No.  He had -- I know he had a wife and two

16   sons, and he brought them down maybe once or

17   twice during my employment there.

18   Q.    Had you ever heard the name David Thach?

19   A.    That is Suasaday.

20   Q.    Same name?

21   A.    Yes.

22   Q.    Same person?

23   A.    Same person.

24   Q.    Okay.  Why did he use both names?

B&R Services for Professionals, Inc.

<u>CHERYL STANISZEWSKI ADKINS</u>                    31

1     A.    I don't know.

2     Q.    Did you ever assume that maybe one was just

3     the American version of his name, or something

4     like that?

5     A.    I assumed maybe to be more Americanized.

6     Q.    What did you refer to him in person?

7     A.    I don't think I ever used his name.

8     Maybe -- I -- I don't think I ever used his name.

9     Day.

10    Q.    Day?

11    A.    Day.

12    Q.    What was his business?  You say it was a

13    temporary agency?

14    A.    He -- at that point he had a temporary

15    agency.

16    Q.    Okay.  What about at any other point?

17    A.    I know that he owned a liquor store several

18    years later.

19    Q.    Where?

20    A.    Frankford.

21    Q.    Do you know what it was called?

22    A.    No.

23    Q.    How do you know that he owned a liquor

24    store?

CHERYL STANISZEWSKI ADKINS                    32

1       A.    I know that he owned a liquor store through

2    Bob Magnus.

3       Q.    Through Bob Magnus.  Who is that?

4       A.    Bob Magnus was the former production

5    manager that I worked with.  He retired, and

6    Sterling Newsome took over his position.

7       Q.    Did Mr. Magnus tell you that David Thach

8    owned a liquor store?

9       A.    Yes.

10      Q.    How did that come up?

11      A.    I think Mr. Magnus worked for the liquor

12   store maybe part time or something to help Day

13   out.  They were friends.

14      Q.    Is that something you think was common

15   knowledge around the company?

16      A.    Yes.

17      Q.    Okay.  Did you ever have trouble finding

18   David Thach when you wanted to find him?

19      A.    I never needed David Thach.

20      Q.    I see.  Were you ever aware that anyone

21   else at Pack & Process ever had any trouble

22   finding him when they wanted him?

23      A.    I'm not aware.

24      Q.    Okay.  Would you be surprised to hear that

              B&R Services for Professionals, Inc.

1    after this case started up, nobody at Pack &

2    Process could find him?

3    A.    I wouldn't be surprised.

4    Q.    Why not?

5    A.    I'm sure he has a passport and family

6    members in Vietnam.  Who knows if he is still in

7    the United States.

8    Q.    Do you have any reason to believe he left?

9    A.    No.

10   Q.    Where did he live?

11   A.    I don't know.

12   Q.    Would you believe all of that information

13   would have been documented at the company?

14   A.    What information?

15   Q.    Where he left.  Excuse me, where he lived.

16   A.    I don't think so.  Why would they know

17   that -- need to know that?

18   Q.    Where he lived?

19   A.    Yes.

20   Q.    Well, if they were paying him money, they

21   might have to send him tax forms.

22   A.    Probably his office address.

23   Q.    Okay.  Do you know where he had an office?

24   A.    No.

B&R Services for Professionals, Inc.

CHERYL STANISZEWSKI ADKINS                    34

1      Q.    Do you know how he found his employees or

2    any people he arranged to have work there?

3      A.    No, I do not.

4      Q.    Do you know anything about the arrangement

5    between Pack & Process and David Thach?

6      A.    No, I do not.

7      Q.    Have you ever seen a contract between Mr.

8    Thach's company and Pack & Process?

9      A.    No, I have not.

10     Q.    Were you ever aware that there was a

11   contract?

12     A.    No.

13     Q.    You have no idea one way or the other?

14     A.    I have no idea.  It was not my area.

15     Q.    Whose area would that have been?

16     A.    That would be Steve Ames' -- I guess, for

17   the contracts, Steve Ames' position now.

18     Q.    Okay.

19     A.    He's the owner.

20     Q.    So that company, Steve Ames was in charge

21   of David Thach, and bringing in the workers, and

22   what their hours would be, and what their pay

23   would be?

24     A.    No.  I think Steve Ames would have the

B&R Services for Professionals, Inc.

1    contract, I would think, since he owned Pack &

2    Process, but the production manager would be in

3    charge of ordering the number of employees based

4    on the production.

5    Q.    Specifying their hours?

6    A.    Yes.

7    Q.    Their pay?

8    A.    I think pay would be an arrangement -- pay

9    of the individual workers?

10    Q.    Yes.

11    A.    That would be through the temp agency.

12    Q.    Are you sure of that, or is that just an

13    assumption?

14    A.    No, that should be through the temp agency.

15    They worked for the temp agency.

16    Q.    Okay.  Well, you're not sure of the

17    contract terms, correct?

18    A.    Correct.

19    Q.    So you don't really know who they were

20    working for, do you?

21    A.    The temporary workers worked for Lam

22    Staffing.

23    Q.    And how do you know that without knowing

24    about the contract?

B&R Services for Professionals, Inc.

<u>CHERYL STANISZEWSKI ADKINS</u>                    36

1      A.    Because it was a temp agency that we

2    brought in the workers from.  The temp agency

3    supplied the workers.  It could vary from zero,

4    like I said, upwards of a hundred employees from

5    the temp agency, depending.  They were temporary

6    workers.

7      Q.    In your mind, what makes them temporary?

8      A.    They were not employees of Pack & Process,

9    and they could be -- well, Delaware employees

10   could be fired at any time, but they could be let

11   go the next day.  If this work ended, they could

12   be told that they would not be back the next day.

13                They had leaders that were in

14   charge of supervising the individual workers, and

15   the leaders reported to the production

16   supervisors.

17     Q.    Were the leaders part of the group of

18   temporary workers, as you call them?

19     A.    Yes, they were.

20     Q.    Oh.  Were all of the temporary workers

21   Asian?

22     A.    No.

23     Q.    What percentage were Asian?

24     A.    A large percentage was Asian.

B&R Services for Professionals, Inc.