CERTIFICATE OF SERVICE

I, Joseph K. Koury, hereby certify that on this, the 25th day of August, 2006, copies of the foregoing RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AS TO AGENCY were caused to be served on the following in the manner so indicated:

**BY HAND**
Yvonne Takvorian Saville, Esq.
Weiss & Saville, P.A.
1220 N. Market Street, Suite 604
Wilmington, DE 19801

**BY MAIL**
Jonathan M. Cohen, Esq.
Joshua Van Naarden, Esq.
Kline & Specter, P.C.
1525 Locust Street, 19th Floor
Philadelphia, Pennsylvania 19102

Joseph K. Koury (#4272)