IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ST. PAUL MERCURY INSURANCE COMPANY, and PACK & PROCESS, INC. | : : : | |
|     Plaintiffs | : | |
|     vs | : | Civil Action No.    05-0022 (KAJ) |
| MALY YAN | : | |
|     Defendant | : | |

| | | |
|---|---|---|
| YAN THOU, Individually and as Administrator of the Estates of Oeurn Mam, Deceased and Navy Yan, Deceased et al. | : : : : | |
|     Plaintiffs | : | Civil Action No.  05-0513 (KAJ) |
|     vs. | : | |
| PACK & PROCESS, INC. AND ST. PAUL MERCURY INSURANCE COMPANY | : : : | |
|     Defendants | : | |

**DEFENDANT MALY YAN'S ANSWERING BRIEF IN OPPOSITION TO ST. PAUL MERCURY INSURANCE COMPANY AND PACK AND PROCESS, INC.'S MOTION <u>FOR SUMMARY JUDGMENT</u>**

                    Respectfully submitted,

                    **Weiss & Saville**, **P. A.**
BY:   **S/Yvonne Takvorian Saville**
                    Yvonne Takvorian Saville, Esquire
                    1220 North Market Street
                    Suite 604
                    P.O. Box 370
                    Wilmington DE 19801
                    (302) 656-0400

DATED: 8/28/06                    and

                    **Kline & Specter, P.C.**
BY:   **S/ Joshua Van Naarden**
                    Jonathan Cohen, Esquire
                    Joshua Van Naarden, Esquire
                    1525 Locust Street, 19th Floor
                    Philadelphia PA 19102
                    (215) 772-1000