
## TABLE OF CONTENTS     PAGE

**TABLE OF CITATIONS** ................................................................ i

**NATURE AND STAGE OF PROCEEDINGS**........................................... 1

**SUMMARY OF ARGUMENT**................................................................ 4

**COUNTER STATEMENT OF FACTS**...................................................... 5

**ARGUMENT**......................................................................................... 7

**I.**     **THE SUMMARY JUDGMENT STANDARD** ............................. 7

**II.**     **DEFENDANT MALY YAN WAS AN AGENT OF PACK AND PROCESS AND WAS ACTING IN THE COURSE AND SCOPE OF HER EMPLOYMENT WITH PACK AND PROCESS WHILE TRANSPORTING EMPLOYEES TO AND FROM THE PACK AND PROCESS FACTORY**............................................................ 8

    **A.**     **Agency Law**........................................................................ 8

    **B.**     **No Genuine Issues of Material Fact Exist as to Maly Yan's Actual Authority to Act on Behalf of Pack and Process in Transporting Employees on June 18, 2001**........................... 11

**III.**     **THE ST. PAUL POLICY PROVIDES COVERAGE TO MALY YAN FOR THE JUNE 18, 2001 ACCIDENT**.................................. 26

**CONCLUSION**....................................................................................... 29