## TABLE OF CITATIONS

**CASES:**                                                                                                          **PAGE**

Brown v. Grabowski,
    922 F.2d 1097, 1111 (3d Cir. 1990), cert. denied, 501 U.S. 1218 (1991)....    7

Anderson v. Liberty Lobby. Inc.,
    477 U.S. 242, 25 1-52 (1986)........................................................................    7

Celotex Corp. v. Catrett,
    477 U.S. 317, 322 (1986)..............................................................................    7, 25

Celotex Corp. v. Catrett
    477 U.S. at 423............................................................................................    7

Equimark Commercial Fin. Co. v. C.I.T. Fin. Servs. Corp.,
    812 F.2d 141, 144 (3d Cir. 1987)..................................................................    7

Anderson v. Liberty Lobby. Inc.
    477 U.S. at 248............................................................................................    7

Celotex Corp. v. Catrett
    477 U.S. at 324............................................................................................    7

Marcangelo v. Boardwalk Regency Corp.,
    847 F. Supp. 1222, 1226 (D.N.J. 1994).......................................................    7

Jurimex Kommerz Transit G.M.B.H. v. Case Corporation,
    2006 WL 1995128 (D.Del.).........................................................................    9,25

Edwards v. Born, Inc.,
    792 F.2d 387, 389-90 (3d Cir.1986).............................................................    9

Japan Petroleum Co. (Nigeria) Ltd. v. Ashland Oil, Inc.,
    456 F.Supp. 831, 838 (D.Del. 1978)............................................................    9

Coates v. Murphy,
    270 A.2d 527, 528 (Del.Super.1970).........................................................    10

Draper v. Olivere Paving & Construction Co........................................................    10
    181 A.2d 565 (Del.Super.1962)

Sherlyn & Dimos Konstantopoulios v. Westavco Corporation,
    1992 WL 16297 (D.Del) .............................................................................  10

Taylor v. Peoples Natural Gas Co.,
    49 F.3d 982 (3rd Cir. 1995 ..........................................................................  25

XL Specialty Insurance Company v. Envision Peripherals, Inc.
    2003 WL: 145407 (D.Del.) .........................................................................  27

Coregis Ins. co. v. American Health Foundation, Inc.
    241 F.3d 123, 128-29 (2d Cir. 2001) ..........................................................  28

**RULES AND STATUTES**:

FED. R. CIV. P. 56(c) ...........................................................................................  7

Restatement (Second) of Agency § 140. .............................................................  8

Restatement (Second) of Agency § 228 .............................................................  10

Prosser on Torts (2nd E.), § 63, p. 35 ..................................................................  10

Restatement (Second) of Agency § 245 .............................................................  10