**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| ST. PAUL MERCURY INSURANCE | : | |
| COMPANY, and | : | |
| PACK & PROCESS, INC. | : | |
|       Plaintiffs, | : | |
| | : | Civil Action No.     05-0022 (KAJ) |
| MALY YAN | : | |
|       Defendant | : | |

| | | |
|---|---|---|
| YAN THOU, Individually and as | : | |
| Administrator of the Estates of Oeurn | : | |
| Mam, Deceased and Navy Yan, Deceased | : | Civil Action No.  05-0513 (KAJ) |
| et al., | : | |
|       Plaintiffs | : | |
|       VS. | : | |
| | : | |
| PACK & PROCESS, INC. | : | |
|       AND | : | |
| ST. PAUL MERCURY INSURANCE | : | |
| COMPANY | : | |
|       Defendants | : | |

## ORDER

AND NOW this _____ day of _____, 2006, upon consideration of the attached Answer in Opposition to Plaintiffs' Motion for Summary Judgment and the attached Brief in Support, it is hereby **ORDERED** and **DECREED** that Plaintiffs' Motion for Summary Judgment is **DENIED** and Defendants' Pending Motion for Summary Judgment is **GRANTED**.


BY THE COURT:


_____

KENT A. JORDAN, U.S.D.J