## CERTIFICATE OF SERVICE

I, Joshua Van Naarden, Esquire, hereby certify that a true and correct copy of Defendants' Answer to Plaintiffs' Motion for Summary Judgment was hereby served this 28th day of August, 2006, via E- file upon the following:

James B. Burns, Esquire
Deasey, Mahoney & Bender, LTD.
1800 John F. Kennedy Blvd.
Suite 1300
Philadelphia, PA 19103

J Ian Connor Bifferato
Joseph K. Koury
Bifferato, Gentilotti & Biden
1308 Delaware Avenue
P.O. Box 2165
Wilmington DE 19899

                        **WEISS AND SAVILLE, P.A.**

                        **BY: S/Yvonne Takvorian Saville, Esquire**
                           YVONNE TAKVORIAN SAVILLE, ESQUIRE
                           1220 North Market Street
                           Suite 604
                           P.O. Box 370
                           Wilmington DE 19801
                           (302) 656-0400

DATED:8/28/06                         and

                        **KLINE & SPECTER, P.C.**

                      **BY: S/Joshua Van Naarden, Esquire JRVN/6757**
                           JONATHAN M. COHEN, ESQUIRE
                           JOSHUA VAN NAARDEN, ESQUIRE
                           1525 Locust Street, 19th Floor
                           Philadelphia PA 19102
                           (215) 772-1000