IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ST. PAUL MERCURY INSURANCE COMPANY, and PACK & PROCESS, INC. : <br>         Plaintiffs         : <br>         vs.                     : <br> MALY YAN               : <br>         Defendant         : | Civil Action No. <br> 05-0022 (KAJ) |
| YAN THOU, Individually and as Administrator of the Estates of Oeurn Mam, Deceased and Navy Yan, Deceased et al. <br>         Plaintiffs <br>         vs. <br> PACK & PROCESS, INC. AND <br> ST. PAUL MERCURY INSURANCE CO. <br>         Defendants | Civil Action No.  05-0513 (KAJ) |

**APPENDIX OF EVIDENCE IN SUPPORT OF DEFENDANTS' ANSWERING BRIEF IN OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AS TO AGENCY**

| | | EXHIBITS | PAGE |
|---|---|---|---|
| EXHIBIT A | 1-9 | Plaintiffs' Complaint | 1 |
| EXHIBIT B | 1-2 | St. Paul's General Liability Policy Pg. 6 and Umbrella Excess Liability Policy Pg. 7 | 2 |
| EXHIBIT C | 1-13 | Defendants' Declaratory Judgment Complaint | 3 |
| EXHIBIT D | | Defendants' Motion for Summary Judgment | 3,4,29,30 |
| EXHIBIT E | 1-4 | Slip Copy of Jurimex Kommerz Transit G.M.B.H. v. Case Corporation, 2006 WL 1995128 (D.Del.) | 9,25 |
| EXHIBIT F | 1-15 | Slip Copy of  Sherlyn & Dimos Konstantopoulios v Westavco Corporation, 1992 WL 16297 (D.Del) | 10 |
| EXHIBIT G | 1-3 | Notes of Testimony January 20, 2005 | 13 |
| EXHIBIT H | 1 | Memorandum Pack & Process dated July 27, 2001 | 14 |
| EXHIBIT I | 1-5 | Deposition Pages Maly Yan, September 24, 2003 | 15 |

i

| EXHIBIT J | 1-3 | Deposition Pages Maly Yan, June 5, 2006 | 16 |
| EXHIBIT K | 1-3 | Deposition Pages Sterling Newsome, June 29, 2006 | 18 |
| EXHIBIT L | 1-13 | Deposition Pages Steven Ames, June 27, 2006 | 24 |
| EXHIBIT M | 1-35 | St. Paul Liability Insurance Policy | 26 |
| EXHIBIT N | 1-23 | St Paul Excess Insurance Policy | 26 |
| EXHIBIT O | 1-6 | Slip copy of XL Specialty Insurance Company v. Envision Peripherals, Inc., 2003 WL 145407 (D.Del.) | 27 |
| EXHIBIT P | 1 | Dictionary.com | 28 |