## Page 1

YAN THOU, ET AL. -vs- MALY YAN

```
IN THE COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY
       FIRST JUDICIAL DISTRICT OF PENNSYLVANIA
                  CIVIL TRIAL DIVISION

YAN THOU, Individually and as  :  JUNE TERM, 2003
Administrator of the Estates   :
of Oeurn Mam, Deceased, and    :
NAVY YAN, Deceased, and        :
CHAN YAN and THUA SON and      :
CHIEU THI HUYNH                :
                               :
        vs                     :
                               :
MALY YAN                       :  NO. 1508

                     - - -
           Thursday, January 20, 2005
                     - - -
                 COURTROOM 653
                    CITY HALL
             PHILADELPHIA, PENNSYLVANIA
                     - - -
BEFORE:  THE HONORABLE SANDRA MAZER MOSS, J.,

                     - - -


                  NON-JURY TRIAL
                   VOLUME II
```

JOHN J. KURZ, RPR, OFFICIAL COURT REPORTER

## Page 2

YAN THOU, ET AL. -vs- MALY YAN

APPEARANCES:

```
        KLINE & SPECTER, P.C.
        BY:  JOSHUA VAN NAARDEN, ESQUIRE
             JONATHAN M. COHEN, ESQUIRE
        The Nineteenth Floor
        1525 Locust Street
        Philadelphia, PA 19102
        Counsel for Plaintiffs Yan Thou, Chan
        Yan, Thua Son and Chieu Thi Huynh


        GEROLAMO, McNULTY, DIVIS & LEWBART, P.C.
        BY:  KEVIN R. McNULTY, ESQUIRE
        Suite 630
        1401 Walnut Street
        Philadelphia, PA 19102
        Counsel for Defendant Maly Yan
```

Also Present:

    Kim Ly Yang, The Interpreter

JOHN J. KURZ, RPR, OFFICIAL COURT REPORTER

## Page 3

YAN THOU, ET AL. -vs- MALY YAN

I N D E X

| WITNESSES | DIRECT | CROSS | RD | RC |
|---|---|---|---|---|
| MALY YAN | | | | |
| By Mr. McNulty | 6 | -- | -- | -- |
| By Mr. Van Naarden | -- | 8 | -- | -- |

E X H I B I T S

NO.                                           PAGE NO.

          (None were marked at this time.)

*[handwritten: Quote ①]*

JOHN J. KURZ, RPR, OFFICIAL COURT REPORTER

## Page 4

YAN THOU, ET AL. -vs- MALY YAN

(REPORTER NOTE: Thursday, January 20, 2005, Courtroom 653, Judge Moss.)

COURT CRIER: Everybody please rise. (Call to order at 1:45 p.m.)

THE COURT: Good afternoon. So we are now ready, I believe, on the defense side of the case to proceed?

MR. McNULTY: Yes, Your Honor.

THE COURT: You may proceed.

MR. McNULTY: Your Honor, first, could I hand up to the Court the original stipulation?

THE COURT: Yes, that's right. Do me a favor though, please, take the microphone, put it up straight in front of you.

MR. McNULTY: Thanks, Your Honor.

THE COURT: All right. Now you're okay.

Richard, you can make copies of that, okay. And we'll file the original. You can get your copies.

MR. McNULTY: Thanks, Your Honor. The defense, we call Maly Yan.

THE COURT: You may take the stand.

JOHN J. KURZ, RPR, OFFICIAL COURT REPORTER

5

YAN THOU, ET AL. -vs- MALY YAN

```
 2    MR. McNULTY:  We do have an
 3  interpreter, Your Honor.
 4    COURT CRIER:  For the record, sir,
 5  please state your name and spell your last
 6  name.
 7    THE INTERPRETER:  My name is Kim Ly
 8  Yang.  The last name is Y-A-N-G.
 9    COURT CRIER:  Your home address?
10    THE INTERPRETER:  1416 Tasker Street,
11  Philadelphia, PA 19145.
12           - - -
13    ... KIM LY YANG, The Interpreter,
14  having been duly sworn to translate the
15  proceedings truthfully and accurately as
16  follows:
17           - - -
18    COURT CRIER:  For the record, state
19  your name.
20    THE WITNESS:  My name Maly Yan.  My
21  first name spelled M-A-L-Y, last name Y-A-N.
22    COURT CRIER:  Your home address?
23    THE WITNESS:  2007 South 9th Street,
24  19148.
25           - - -
```

6

MALY YAN - DIRECT

```
 2   ... MALY YAN, after having been first
 3  duly sworn (through the Interpreter), was
 4  examined and testified as follows:
 5           - - -
 6    MR. McNULTY:  May I proceed, Your
 7  Honor?
 8    THE COURT:  Yes, you may.
 9         DEFENDANT'S EVIDENCE
10         DIRECT EXAMINATION
11  BY MR. McNULTY:
12  Q.  Ms. Yan, I know you understand some English,
13  but we're going to go through the interpreter, okay?
14  A.  Okay.
15  Q.  State your full name and your present home
16  address.
17  A.  My name is Yan, Maly.  My residence is 2007
18  South 9th Street, 19148.
19    THE COURT:  Wait.  I'm having trouble
20  hearing him.
21    Yes, thank you.  I need to hear
22  everything you say more than I need to hear
23  what she says because I don't understand her.
24  BY MR. McNULTY:
25  Q.  Ms. Yan, how long have you lived at that
```

7

MALY YAN - DIRECT

```
 2  address?
 3  A.  Seven years.
 4  Q.  And what is your country of origin?
 5  A.  Cambodia.
 6  Q.  Are you presently employed?
 7  A.  You mean now?
 8  Q.  Right now.
 9  A.  No.
10  Q.  Okay.  Were you the operator of one of the
11  vehicles involved in the accident that we're here
12  about from back on June 18th of 2001?
13  A.  Yes.
14  Q.  And what kind of vehicle -- what kind of
15  vehicle were you driving at the time of the
16  accident?
17  A.  Van, 1992.
18  Q.  Where were you coming from and where were you
19  going?
20  A.  From work and heading home.
21  Q.  And home was Philadelphia?
22  A.  Correct.
23  Q.  Tell Her Honor, Judge Moss, what you recall
24  about the accident that day.
25  A.  I don't recall, I forget.
```

8

MALY YAN - DIRECT

```
 2  Q.  Do you recall anything about where it happened,
 3  about what time, anything?
 4  A.  All I know is it happen about 4:30 in Delaware.
 5  Q.  And the road that you were on at the time of
 6  the accident, was that the road that you usually
 7  drove home on?
 8  A.  Correct.
 9  Q.  Do you recall a tanker truck also being
10  involved in the accident?
11  A.  I don't recall.
12  Q.  Ms. Yan, were you injured in the accident?
13  A.  Yes.
14    MR. McNULTY:  I don't have any other
15  questions at this time, Your Honor.  Thank you.
16    THE COURT:  You're welcome.  Do you
17  have any cross-examination?
18    MR. VAN NAARDEN:  I do, Your Honor.
19  May I proceed, Your Honor?
20    THE COURT:  Yes, you may.
21         CROSS-EXAMINATION
22  BY MR. VAN NAARDEN:
23  Q.  Good afternoon, Ms. Yan.
24    I want to start off by telling you
25  how sorry I am about the loss of your mother and
```

```
                                        9                                              10
 1              MALY YAN - CROSS                  1              MALY YAN - CROSS
 2   your brother, but I'm here to ask you a few  2   your own injuries, you lost your mother and your
 3   difficult questions about the accident in 2001.   3   brother?
 4            Did you understand my question,     4   A.   Correct.
 5   ma'am?                                       5   Q.   Knowing that you were the driver of this van,
 6   A.   Yes.                                    6   how has this accident affected you?
 7   Q.   On the date of the accident, on June 18th of   7   A.   Because after accident my mother pass away, and
 8   2001, you were working for Pack and Process located   8   I feel so depressed, and I feel so loneliness.
 9   in Delaware, right?                          9   Q.   And how has the loss of your brother, Navy Yan,
10   A.   Correct.                               10   affected you?
11   Q.   And you were working as a quality control   11   A.   When I lost my brother, I feel so lonely, like
12   employee at the factory?                    12   I live my life in this world without any person
13   A.   Yes.                                   13   around me, I feel isolated.
14   Q.   And as part of your duties, you would transport   14   Q.   As the driver of the van, you recognize that
15   workers from their homes in Philadelphia to the   15   you had an obligation to be aware of the other
16   factory and back home to Philadelphia, right?   16   vehicles on the road with you, right?
17   A.   Correct.                               17   A.   Yes.
18   Q.   On the day of the accident, when you were   18   Q.   And you also recognize that as the driver of
19   driving back from Pack and Process, you had 19   19   that vehicle you have a duty to the other people in
20   people in that Dodge van, correct?          20   the car to keep the van under control?
21   A.   Correct.                               21   A.   Yes.
22   Q.   And contained within those 19 people were   22   Q.   At some point, and I understand that your
23   various members of your own family?         23   memory of what happened in the accident is limited,
24   A.   Correct.                               24   but at some point you did end up losing control of
25   Q.   As a result of this accident, in addition to   25   the van that you were driving?

         JOHN J. KURZ, RPR, OFFICIAL COURT REPORTER              JOHN J. KURZ, RPR, OFFICIAL COURT REPORTER
```

```
                                       11                                              12
 1              MALY YAN - CROSS                  1              MALY YAN - CROSS
 2   A.   Yes.                                    2   around the tanker using the left most lane?
 3   Q.   And just to back up for a second, you also   3   A.   Yes.
 4   recognize that you had an obligation and a duty to   4   Q.   And as you were passing the tanker with the
 5   obey the laws of the road, like the speed limit?   5   tanker on your right, you lost control of the
 6   A.   Yes.                                    6   vehicle?
 7   Q.   Do you remember driving -- rather, strike that.   7   A.   I don't recall.
 8            You remember driving to work on the   8   Q.   Do you remember waking up in the van after the
 9   day of the 18th, driving the passengers from   9   accident?
10   Philadelphia to the Delaware factory, right?  10   A.   Yes.
11   A.   I do.                                  11   Q.   What did you see when you woke up? What was
12   Q.   You don't remember there being any type of   12   going on around you?
13   mechanical problem with the car -- strike that, van,   13   A.   I saw some of my siblings visiting me at the
14   when you drove from South Philadelphia to the   14   hospital.
15   factory on the 18th, right?                 15   Q.   Do you remember seeing your brother at the
16   A.   No, I don't.                           16   scene of the accident before you went to the
17   Q.   And as you drove back from the factory back   17   hospital?
18   from Pack and Process toward Philadelphia on the   18   A.   No, because I was unconscious.
19   18th, you remember approaching the big tanker,   19   Q.   Did you first regain your consciousness when
20   right?                                      20   you were in the hospital?
21   A.   Yes.                                   21   A.   I was unconscious for two days at the hospital.
22   Q.   The tanker was in the center lane and you were   22            MR. VAN NAARDEN:   Thank you very
23   behind it at first, right?                  23       much.  I have no other questions.
24   A.   Correct.                               24            THE COURT:   Any redirect?
25   Q.   And at some point you made a decision to go   25            MR. McNULTY:   No, Your Honor.  Thank

         JOHN J. KURZ, RPR, OFFICIAL COURT REPORTER              JOHN J. KURZ, RPR, OFFICIAL COURT REPORTER
```