To: P&P   From: Steve Ames 302-326-1375   7/24/01 10:00:02   Page 1 of 1
Pack & Process, Inc   3 Boulden Blvd.   New Castle, DE 19720

 

**pack & process inc.** | **CONTRACT MANUFACTURING AND PACKAGING** | **P&P** | **1400 B STREET P.O. BOX 25 WILMINGTON, DEL. 19899 302-658-5148**

To: Maly Yan
From: Steve Ames
Date: July 27, 2001
Subject: Return to work

---

Welcome back!

As we discussed yesterday, we are glad you have returned after that most unfortunate accident. You are welcome back, and it is most important for all to have a clear understanding, that *if* you drive a van to assist any supplier of labor,

1. it is not as a condition for your employment here,
2. it is not being done to assist Pack and Process, Inc.,
3. It is not being done while you are on the pay clock,
4. It is not at our request.
5. It is not part of your job description.

We actually prefer that you do not drive a van, but you do have a right to do so, as long as you understand that it is not in any way associated with your employment here at P&P.

We hope you continue to feel better.

I have read the above statement and agree with it. _____Maly Yan_____   7-24-01
                                                    Maly Yan          Date



EXHIBIT
Maly Yan
JWS 9.24.05