# In The Matter Of:

*St. Paul Mercury Insurance Co., et al v.*
*Maly Yan*

---

*Sterling Newsome*
*June 29, 2006*

---

*B&R Services for Professionals, Inc.*
*235 S. 13th Street*
*Philadelphia, PA  19107*
*(215) 546-7400*
*FAX (215) 985-0169*

Original File 06296mp1.txt, Pages 1-149

**Word Index included with this Min-U-Script®**

Page 117

[1]  **Q.** Is it possible that Yan Thou had some
[2]  arrangement with Pack and Process, that you were
[3]  not aware of, whereby she was asked to drive these
[4]  employees to and from the factory?
[5]       **MR. MARCEL:** Excuse me, you said Yan
[6]       Thou and you said she.
[7]  **BY MR. VAN NAARDEN:**
[8]  **Q.** I'm sorry, Maly Yan?
[9]  **A.** I understood. No, I don't think so. I would
[10]  have been aware if something was.
[11]  **Q.** Are you aware that Maly Yan, like yourself
[12]  today, has given a deposition under oath two times
[13]  and has actually testified in a court of law. One
[14]  time in relation to her employment relationship
[15]  with Pack and Process. Did you know that?
[16]  **A.** I heard she had a case, yes.
[17]  **Q.** I'm sorry?
[18]  **A.** I heard she had a case, yes.
[19]  **Q.** But my question was different. I'm sure
[20]  you're aware that she had a case. But were you
[21]  aware that she gave testimony under oath?
[22]  **A.** Yes. If she had a case, if she was involved
[23]  in a case, I am sure she did.
[24]  **Q.** Did you ever discuss with anybody, other than

Page 118

[1]  your attorney, who you said you didn't talk to
[2]  anyway --
[3]  **A.** I have not really talked to him.
[4]  **Q.** I don't want to know about it. The content of
[5]  Maly Yan's testimony?
[6]  **A.** No.
[7]  **Q.** I'm going to make some representations to you
[8]  about the content of portions of Maly Yan's
[9]  testimony. Okay?
[10]  **A.** Yes.
[11]  **Q.** That she gave under oath. The first of which
[12]  I'm going to tell you that on January 20, 2005, in
[13]  City Hall she was called to the stand and asked a
[14]  few questions relating to her employment agency.
[15]  Okay?
[16]  **A.** Okay.
[17]  **Q.** And I'm going to represent to you, for
[18]  purposes of this deposition, that when asked on the
[19]  date of the accident, on June 18, 2001, you were
[20]  working for Pack and Process located in Delaware,
[21]  right?
[22]  **A.** Correct.
[23]  **Q.** The answer she gave was correct. Do you agree
[24]  with that?

Page 119

[1]  **A.** Yes.
[2]  **Q.** The next question that was posed to her was
[3]  and you were working as a quality control employee
[4]  at the factory. And the answer that she gave was
[5]  yes. Do you agree with that?
[6]  **A.** Yes.
[7]  **Q.** The next question was and as part of your
[8]  duties you would transport workers from their homes
[9]  in Philadelphia to the factory and back home to
[10]  Philadelphia, right? And the answer she gave was
[11]  correct. Do you agree with that?
[12]  **A.** No.
[13]  **Q.** Do you think that Maly Yan is lying when she
[14]  says that? And I'll represent to you that that is
[15]  what she said.
[16]  **A.** I think that what she means when she did that
[17]  is she was driving for her father, transporting
[18]  people that day.
[19]  **Q.** So you believe that she meant something
[20]  different than what she said under oath on January
[21]  20, 2005?
[22]  **A.** That would be, yes, I feel that her
[23]  interpretation is different, yes.
[24]  **Q.** She was also, just like you, sat down for a

Page 120

[1]  deposition on September 24, 2003. She was sworn
[2]  under oath and I'll go through with you again some
[3]  stuff. She was asked on page 69, line 6, the
[4]  question was posed to her, this was by Mr.
[5]  Villalobos, who is defense counsel. What
[6]  supervisor was it that told you to transport people
[7]  to and from work. Her answer was Sterling. The
[8]  question was then posed to her, Sterling Newsome?
[9]  And her answer was yes. Do you disagree with that?
[10]  **A.** I think that I said to her one time, but not
[11]  in an official capacity, I said, she asked how are
[12]  we going to get back and forth to work. And said,
[13]  I guess you'll have to drive. But that was not in
[14]  an official capacity of Pack and Process. That was
[15]  just as two friends talking.
[16]  **Q.** That conversation, did that occur at the
[17]  plant?
[18]  **A.** Yes.
[19]  **Q.** So it occurred, it occurred during the hours
[20]  in which she was working as a QC operator?
[21]  **A.** It was either some time during the day there
[22]  one time.
[23]  **Q.** She was on the clock at the time that you had
[24]  this conversation, correct?

Page 121

[1]   A.   Correct. But I didn't make it in the
[2]        official capacity of being plant supervisor.
[3]   Q.   Did you express that to her, and say listen,
[4]        we're having this conversation just as two friends
[5]        and this is in no way, I'm in no way talking to you
[6]        as your supervisor?
[7]   A.   I guess I assumed.
[8]   Q.   But you didn't explicitly say that to her.
[9]   A.   I didn't say, Maly, you're going to have to do
[10]       it, no.
[11]  Q.   The next question was and when it was, and
[12]       when was it that Sterling Newsome told you to drive
[13]       the van to transport workers. And her answer was
[14]       after my father got his license suspended. As far
[15]       as the time frame is concerned, do you agree with
[16]       that?
[17]  A.   It was after that, yes.
[18]  Q.   Okay. And then the next question was under
[19]       what circumstances was it that Mr. Sterling Newsome
[20]       first came to you and spoke to you about driving
[21]       the vehicle. And the answer was because he did not
[22]       want my father to leave the place, and he does not
[23]       want to lose us from the company. Would you agree
[24]       with that?

Page 122

[1]   A.   Yes, I'll agree with that.
[2]   Q.   And then it says, so what did Sterling Newsome
[3]        say to you. Answer, told me to bring people to
[4]        work into the company and also work at the company
[5]        as employee. Do you remember having that
[6]        conversation with her?
[7]   A.   I would say that's sort of chopped up there
[8]        but it's, probably discussed. But, once again,
[9]        that was as two friends talking, not as me being --
[10]       I wasn't her supervisor. Cheryl was her
[11]       supervisor. She worked for Cheryl. I made two
[12]       separate, even though I was responsible for both of
[13]       them, I maintained deferitian (ph.) between the
[14]       two. Cheryl ran her department, I ran mine.
[15]  Q.   But like you said, I understand that. But you
[16]       were responsible for Cheryl and for Maly, correct?
[17]  A.   Theoretically, yes.
[18]  Q.   The next question was did Sterling Newsome
[19]       provide you with a vehicle to drive or would you
[20]       just drive your van. Answer drive my own vehicle.
[21]       Any reason to disagree with that?
[22]  A.   True.
[23]  Q.   Okay. Then the next question posed to her was
[24]       did Sterling Newsome or Pack and Process pay you to

Page 123

[1]        drive the van in May and June of 2001. Another
[2]        attorney chimed in, you mean directly or
[3]        indirectly. Mr. Villalobos said directly and the
[4]        witness says, yes, Pack and Process paid me.
[5]   A.   If they did I wasn't aware of it.
[6]   Q.   Okay.
[7]   A.   Because she was off the clock. And I had to
[8]        review the hours every week. So, if she was being
[9]        paid it was by somebody else.
[10]  Q.   Okay. I'm going to go through another
[11]       transcript with you but before I do that, were you
[12]       aware of a document that Maly Yan was asked to sign
[13]       after the accident after she came back to work? Do
[14]       you understand that question?
[15]  A.   I think Cheryl had her sign something, yes.
[16]  Q.   Were you aware of the fact that actually
[17]       Steven Ames asked her to sign something?
[18]  A.   I don't recall.
[19]  Q.   Were you, did you believe you were present --
[20]       first of all, how did you know that she was asked
[21]       to sign something, were you there?
[22]  A.   It was mentioned by either Cheryl or Maly. I
[23]       wasn't present I don't think.
[24]  Q.   What was your understanding of what she was

Page 124

[1]        asked to sign?
[2]   A.   I really don't know. I think it may have been
[3]        something releasing them from obligation about her
[4]        hip.
[5]   Q.   About her hip?
[6]   A.   Yes.
[7]   Q.   Explain that to me, do you have an
[8]        understanding that she injured her hip in the
[9]        accident?
[10]  A.   In the accident, yes.
[11]  Q.   Okay. Did you have any discussions with
[12]       Steven Ames, or anybody from Pack and Process about
[13]       this document that Maly Yan was asked to sign? I'm
[14]       going to get it for you so you can see it.
[15]  A.   I don't recall, to be honest with you I don't
[16]       recall. I'm not trying to avoid your question, I
[17]       just don't recall. There was so much going on at
[18]       that time.
[19]  Q.   I understand that. Off the record.
[20]           VIDEO OPERATOR:  Off the record 1:04.
[21]       (Whereupon there was a short
[22]       off-the-record discussion.)
[23]           VIDEO OPERATOR:  Standby. On the record
[24]       1:06.