

Dictionary.com | duty | Search
◉ Dictionary  ○ Thesaurus  ○ Encyclopedia  ○ Web

Home                                                                 Premium: Sign up | Login

  SHE MARRIED HIM??!! AND THEY'VE GOT 7 KIDS?? classmates.com

 Find Your Old School Here


– City
– State
Sear

ADVERTISEMENT

Dictionary - Thesaurus - Encyclopedia - Web

Top Web Results for "duty"

# 7 entries found for *duty*.

**du·ty** 🔊 [P] **Pronunciation Key** (d$\overline{oo}$'tē, dy$\overline{oo}$'-)
*n. pl.* **du·ties**

1. An act or a course of action that is required of one by position, social custom, law, or religion: *Do your duty to your country.*
2. 
    a. Moral obligation: *acting out of duty.*
    b. The compulsion felt to meet such obligation.
3. A service, function, or task assigned to one, especially in the armed forces: *hazardous duty.*
4. Function or work; service: *jury duty.* See Synonyms at function.
5. A tax charged by a government, especially on imports.
6. 
    a. The work performed by a machine under specified conditions.
    b. A measure of efficiency expressed as the amount of work done per unit of energy used.
7. The total volume of water required to irrigate a given area in order to cultivate a specific crop until harvest.

***Idioms:***
***duty bound***