# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **ST. PAUL MERCURY INSURANCE** | : | |
| **COMPANY, and** | : | |
| **PACK & PROCESS, INC.** | : | |
| **Plaintiffs** | : | |
| **vs** | : | **Civil Action No.    05-0022 (KAJ)** |
| **MALY YAN** | : | |
| **Defendant** | : | |

| | | |
|---|---|---|
| **YAN THOU, Individually and as** | : | |
| **Administrator of the Estates of Oeurn** | : | |
| **Mam, Deceased and Navy Yan, Deceased** | : | **Civil Action No.  05-0513 (KAJ)** |
| **et al.** | : | |
| **Plaintiffs** | : | |
| **vs.** | : | |
| **PACK & PROCESS, INC. AND** | : | |
| **ST. PAUL MERCURY INSURANCE** | : | |
| **COMPANY** | : | |
| **Defendants** | : | |

## DEFENDANTS' REPLY TO PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AS TO AGENCY

Respectfully submitted,

**Weiss & Saville**, **P. A.**

BY:    **S/Yvonne Takvorian Saville**

Yvonne Takvorian Saville, Esquire
1220 North Market Street
Suite 604
P.O. Box 370
Wilmington DE 19801
(302) 656-0400

DATED: 9/1/06                          and

**Kline & Specter, P.C.**

BY:    **S/ Joshua Van Naarden**

Jonathan Cohen, Esquire
Joshua Van Naarden, Esquire
1525 Locust Street, 19th Floor
Philadelphia PA 19102
(215) 772-1000