**TABLE OF CONTENTS**                                              **PAGE**

**TABLE OF CITATIONS** ............................................................................  i

**INTRODUCTION** ......................................................................................  1

II. **The Facts of Record Unequivocally Establish That Maly Yan Had "Actual Authority" to Act on Behalf of Pack and Process and to Transport Employees to and from the Pack and Process Factory**.  2

III. **Defendant Maly Yan Had Was Working Within the Course and Scope of Her Employment in Transporting Employees to and from the Pack and Process Factory** ..................................................  3

IV. **CONCLUSION**..................................................................................  5