**TABLE OF CITATIONS**

**CASES:**                                                                                      **PAGE**

Jurimex Kommerz Transit G.M.B.H. v. Case Corporation,
    2006 WL 1995128 (D.Del.)............................................................................ 3

Edwards v. Born, Inc.,
    792 F.2d 387, 389-90 (3d Cir.1986)............................................................ 3

Coates v. Murphy,
    270 A.2d 527, 528 (Del.Super.1970)......................................................... 4

Draper v. Olivere Paving & Construction Co......................................................... 4
    181 A.2d 565 (Del.Super.1962)

Sherlyn & Dimos Konstantopoulios v. Westavco Corporation,
    1992 WL 16297 (D.Del) ............................................................................ 4,5

**RULES AND STATUTES**:

Restatement (Second) of Agency § 228, 229............................................................... 1,2,4

Prosser on Torts (2nd E.), § 63, p. 35....................................................................... 4

Restatement (Second) of Agency § 245..................................................................... 4