## CERTIFICATE OF SERVICE

I, Joshua Van Naarden, Esquire, hereby certify that a true and correct copy of Defendants' Reply to Plaintiffs' Response to Defendants' Motion for Summary Judgment as to Agency was hereby served this 1st day of September, 2006, via E- file upon the following:

James B. Burns, Esquire
Deasey, Mahoney & Bender, LTD.
1800 John F. Kennedy Blvd.
Suite 1300
Philadelphia, PA 19103

J Ian Connor Bifferato
Joseph K. Koury
Bifferato, Gentilotti & Biden
1308 Delaware Avenue
P.O. Box 2165
Wilmington DE 19899

                              **WEISS AND SAVILLE, P.A.**

                            **BY: S/Yvonne Takvorian Saville, Esquire**
                                YVONNE TAKVORIAN SAVILLE, ESQUIRE
                                1220 North Market Street
                                Suite 604
                                P.O. Box 370
                                Wilmington DE 19801
                                (302) 656-0400

DATED:9/1/06                           and

                            **KLINE & SPECTER, P.C.**

                       **BY: S/Joshua Van Naarden, Esquire JRVN/6757**
                                JONATHAN M. COHEN, ESQUIRE
                                JOSHUA VAN NAARDEN, ESQUIRE
                                1525 Locust Street, 19th Floor
                                Philadelphia PA 19102
'                             (215) 772-1000