IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ST. PAUL MERCURY INSURANCE COMPANY, and PACK & PROCESS, INC. : <br>     Plaintiffs : <br>     vs. : <br> MALY YAN : <br>     Defendant : | Civil Action No. <br> 05-0022 (KAJ) |
| YAN THOU, Individually and as Administrator of the Estates of Oeurn Mam, Deceased and Navy Yan, Deceased et al. : <br>     Plaintiffs : <br>     vs. : <br> PACK & PROCESS, INC. AND ST. PAUL MERCURY INSURANCE CO. : <br>     Defendants : | Civil Action No.  05-0513 (KAJ) |

**APPENDIX OF EVIDENCE IN SUPPORT OF DEFENDANTS' REPLY TO PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AS TO AGENCY**

| | EXHIBITS | | PAGE |
|---|---|---|---|
| EXHIBIT A | 1-4 | Slip Copy of Jurimex Kommerz Transit G.M.B.H. v. Case Corporation, 2006 WL 1995128 (D.Del.) | 3 |
| EXHIBIT B | 1-15 | Slip Copy of Sherlyn & Dimos Konstantopoulios v Westavco Corporation, 1992 WL 16297 (D.Del) | 4 |