## CERTIFICATE OF SERVICE

I, Joshua Van Naarden, Esquire, hereby certify that a true and correct copy of the Revised Notice of Deposition for the Corporate Designee of St. Paul scheduled for September 26, 2006, at 10:00 a.m. was hereby served this 6th day of September, 2006, via E- file upon the following:

Francis Deasey, Esquire
Deasey, Mahoney & Bender, LTD.
1800 John F. Kennedy Blvd.
Suite 1300
Philadelphia, PA 19103

J Ian Connor Bifferato
Joseph K. Koury
Bifferato, Gentilotti & Biden
1308 Delaware Avenue
P.O. Box 2165
Wilmington DE 19899

First Class Mail:

Warren I. Siegel, Esquire
Bernhardt & Rothermel, P.C.
1515 Market Street, Suite 1540
Philadelphia, PA 19102

Steven Dranoff, Esquire
Dranoff-Perstein & Associate
121 South Broad Street, 9th Floor
Philadelphia, PA 19107

Robert S. Miller, Esquire
WAPNER, NEWMAN & WIGRIZER
115 South 21st Street
Philadelphia, PA 19103-4483

Richard Costigan, Esquire
Costigan & Costigan
1315 Walnut Street, Suite 902
Philadelphia, PA 19107

                        **WEISS AND SAVILLE, P.A.**

BY: S/Yvonne Takvorian Saville, Esquire
     YVONNE TAKVORIAN SAVILLE, ESQUIRE
     1220 North Market Street
     Suite 604
     P.O. Box 370
     Wilmington DE 19801
     (302) 656-0400

DATED:9/6/06                       and

                        **KLINE & SPECTER, P.C.**

BY: S/Jonathan M. Cohen, Esquire/ JC593
     JONATHAN M. COHEN, ESQUIRE
     JOSHUA VAN NAARDEN, ESQUIRE
     1525 Locust Street, 19th Floor
     Philadelphia PA 19102
     (215) 772-1000