# EXHIBIT A

The St.Paul

# UMBRELLA EXCESS LIABILITY PROTECTION

This insuring agreement provides excess liability protection for your business. There are, of course, limitations and exclusions which apply to that protection. As a result, this agreement should be read carefully to determine the extent of the coverage provided to you and other protected persons.

| Table of Contents | Page |
|---|---|
| What This Agreement Covers | 2 |
| What We'll Pay | 2 |
| Bodily injury and property damage liability | 2 |
| Personal injury liability. | 2 |
| Advertising injury liability. | 3 |
| Coverage When Your Basic Insurance Applies | 3 |
| Coverage above Basic Insurance limits other than total limits | 3 |
| Coverage above reduced or exhausted Basic Insurance total limits. | 3 |
| Coverage When Your Basic Insurance Doesn't Apply | 4 |
| Right And Duty To Defend | 5 |
| Right To Appeal A Judgment | 5 |
| Additional Payments | 5 |
| When This Agreement Covers | 6 |
| Where This Agreement Covers | 6 |
| Who Is Protected Under This Agreement | 6 |
| Who Is Protected For Claims Not Related to Autos | 6 |
| Individual. | 6 |
| Partnership or joint venture. | 6 |
| Limited liability company. | 6 |
| Corporation or other organization. | 7 |
| Employees. | 7 |
| Real estate managers. | |
| Operators of registered mobile equipment. | 7 |
| Newly acquired or formed organizations. | 8 |
| Other protected persons under your Basic Insurance | 8 |
| Who Is Protected For Auto-Related Claims | 8 |
| Separation Of Protected Persons | 8 |
| Limits Of Coverage | 8 |
| General total limit | 8 |
| Products and completed work total limit. | 9 |
| Personal injury each person limit. | 10 |
| Advertising injury each person limit. | 10 |

| | Page |
|---|---|
| Each event limit | 10 |
| How the limits of coverage apply to an extension of the policy period. | 10 |
| How the limits of coverage apply if a total limit is left blank. | 10 |
| Deductible | 10 |
| Exclusions – What This Agreement Won't Cover | 11 |
| Advertising, broadcasting, publishing, or telecasting business | 11 |
| Aircraft | 11 |
| Breach of contract. | 11 |
| Contract liability. | 11 |
| Control of property. | 11 |
| Damage to your products or completed work. | 12 |
| Deliberately breaking the law. | 12 |
| Employers liability. | 12 |
| Expected or intended bodily injury or property damage | 12 |
| False material. | 12 |
| Impaired property. | 13 |
| Injury to owners or fellow employees. | 13 |
| Intellectual property | 13 |
| Liquor liability. | 13 |
| Material previously made known. | 14 |
| Nuclear energy liability. | 14 |
| Pollution bodily injury or property damage related to autos. | 15 |
| Pollution injury or damage not related to autos. | 15 |
| Pollution work loss, cost, or expense | 17 |
| Poor quality or performance. | 18 |
| Product recall. | 18 |
| Racing mobile equipment. | 18 |
| Uninsured motorists | 19 |
| Unnamed partnership, joint venture, or limited liability company. | 19 |
| Watercraft. | 19 |
| Workers compensation and other benefit laws. | 19 |
| Wrong price description. | 19 |
| Other Insurance | 19 |
| Other Rules For This Agreement | 19 |
| Our Duty To Reimburse When You Must Pay | 19 |

The St.Paul

Maintaining Your Basic Insurance        20
Premium        20
Recovering Damages From A Third Party        20
    Division of recovery.        20
    Recovery expenses.        20

## What This Agreement Covers

### What We'll Pay

**Bodily injury and property damage liability.**
We'll pay amounts any protected person is
legally required to pay as damages for
covered bodily injury or property damage
that:

- happens while this agreement is in effect;
  and
- is caused by an event.

*Protected person* means any person or
organization who qualifies as a protected
person under the Who Is Protected Under
This Agreement section.

*Bodily injury* means any physical harm,
including sickness or disease, to the
physical health of other persons. It includes
any of the following that results at any time
from such physical harm, sickness, or
disease:

- Mental anguish, injury, or illness.
- Emotional distress.
- Care, loss of services, or death.

*Property damage* means:

- physical damage to tangible property of
  others, including all resulting loss of use
  of that property; or
- loss of use of tangible property of others
  that isn't physically damaged. For
  example:

*One of your employees accidentally causes
a fire in your premises. The fire
department responds and orders nearby
businesses to close for safety reasons
while it fights the fire. Your premises is
heavily damaged by the fire. But none of
the nearby businesses are physically
damaged. As a result, we'll consider the
period of time those businesses are closed
due to your fire to be loss of use of*

*tangible property of others that isn't
physically damaged.*

We'll consider all loss of use of:

- damaged tangible property to happen at
  the time of the physical damage which
  caused it; and
- undamaged tangible property to happen at
  the time of the event which caused it.

*Event* means an accident, including
continuous or repeated exposure to
substantially the same general harmful
conditions.

**Personal injury liability.** We'll pay amounts
any protected person is legally required to
pay as damages for covered personal injury
that:

- results from your business activities, other
  than advertising, broadcasting, publishing,
  or telecasting done by or for you; and
- is caused by a personal injury offense
  committed while this agreement is in
  effect.

*Personal injury* means injury, other than
bodily injury or advertising injury, that's
caused by a personal injury offense.

*Personal injury offense* means any of the
following offenses:

- False arrest, detention, or imprisonment.
- Malicious prosecution.
- Wrongful entry into, or wrongful eviction
  from, a room, dwelling, or premises that a
  person occupies.
- Invasion of the right of private occupancy
  of a room, dwelling, or premises that a
  person occupies.
- Libel or slander.
- Making known to any person or
  organization written or spoken material
  that disparages the products, work, or
  completed work of others.
- Making known to any person or
  organization written or spoken material
  that violates a person's right of privacy.

*Advertising* means attracting the attention of
others by any means for the purpose of
seeking customers or increasing sales or
business.

©St.Paul Fire and Marine Insurance Co.1996 All Rights Reserved

The St Paul

*Broadcasting* means transmitting any audio material by radio, or transmitting or televising any audio or visual material by television, for any purpose.

*Publishing* means creating and producing any material in an electronic or printed format for distribution or sale to others for any purpose.

But we won't consider creating and producing any of the following material in an electronic or printed format to be publishing:

Correspondence written in the conduct of your business

Material that describes or reports your business activities, including bulletins, financial or annual reports, and newsletters

*Telecasting* means transmitting or televising any audio or visual material by television for any purpose.

**Advertising injury liability.** We'll pay amounts any protected person is legally required to pay as damages for covered advertising injury that:

- results from the advertising of your products, work, or completed work; and
- is caused by an advertising injury offense committed while this agreement is in effect

*Advertising injury* means injury, other than bodily injury or personal injury, that's caused by an advertising injury offense.

*Advertising injury offense* means any of the following offenses:

- Libel or slander
- Making known to any person or organization written or spoken material that disparages the products, work, or completed work of others
- Making known to any person or organization written or spoken material that violates a person's right of privacy
- Unauthorized use of any advertising idea, material, slogan, style, or title of others in your advertising

We explain what we mean by:

- advertising in the Personal injury liability section; and
- your products, your work, and your completed work, in the Products and completed work total limit section.

**Coverage When Your Basic Insurance Applies**

**Coverage above Basic Insurance limits other than total limits.** We'll pay damages that:

- are covered by this agreement;
- are covered by your Basic Insurance; and
- exceed your Basic Insurer's payment of the limits of coverage in your Basic Insurance, other than your total limits.

But we'll pay covered damages only up to the limits of coverage that apply under this agreement. For example:

*You are the owner of a store. A customer slips and falls in your store and suffers serious injury. The customer then sues you and the court awards him $1,250,000 in damages.*

*Your basic liability insurance has a limit of $1,000,000 and the limit of coverage under this agreement is $1,000,000. After your Basic Insurer has paid its $1,000,000 coverage limit, we'll pay $250,000 because that's the amount by which the damages exceed the limit of your Basic Insurance, and it's less than the limit under this agreement.*

*Your Basic Insurance* means only the Basic Insurance described in the Schedule of Basic Insurance for which limits of coverage amounts are shown in that schedule.

*Your Basic Insurer* means the insurance company that provides your Basic Insurance.

*Total limits* may also be called aggregate or policy limits in your Basic Insurance.

**Coverage above reduced or exhausted Basic Insurance total limits.** We'll pay damages above reduced total limits in your Basic Insurance. But only if they've been reduced solely by the Basic Insurer's payment of:

- damages that would be covered by this agreement; or

47550 Rev 3-96 Printed in USA
©St Paul Fire and Marine Insurance Co. 1996 All Rights Reserved

The St Paul

• medical expenses that result from bodily injury caused by an event which happens while this agreement is in effect.

If any of your Basic Insurance total limits are used up because your Basic Insurer paid the damages or medical expenses described above, this agreement will then replace your Basic Insurance for damages covered by this agreement.

However, if any of your Basic Insurance total limits are reduced or used up because your Basic Insurer paid damages or medical expenses that result from any event or offense not covered by this agreement, we'll continue to apply this agreement only to damages that:

• are covered by this agreement; and
• exceed your Basic Insurance limits of coverage shown in the Schedule of Basic Insurance.

For example:

*Your Basic Insurance begins on January 1 and has a $1,000,000 total limit. This agreement begins on May 1 and has a $1,000,000 each event and general total limit.*

*On April 1 a visitor sustains a serious back injury due to a condition on your premises. The visitor sues you and is awarded $250,000 in damages by the court. Your Basic Insurer pays that amount. As a result, your remaining Basic Insurance total limit is reduced to $750,000.*

*On October 1 your elevator malfunctions and causes serious injury to several visitors. They sue you and are awarded $1,250,000 in damages by the court. Your Basic Insurer pays its remaining $750,000 total limit. You would then be responsible for paying the next $250,000 of damages before we would pay the remaining $250,000.*

*Your share of the damages happens because the back injury happened before the May 1 effective date of this agreement. Therefore. it is not covered by this agreement and would not meet the*

*requirements of this agreement with respect to coverage above reduced total limits.*

*Medical expenses* means the reasonable expenses incurred by any person or organization for necessary medical services received by a person anytime within one year of the beginning date of an event which causes that person to sustain bodily injury.

*Medical services* includes:

• first aid received at the time of an event;
• ambulance and emergency care services;
• dental, hospital, medical, nursing, surgical, x-ray, and other health care professional services;
• artificial limbs and organs; and
• funeral services.

*Offense* means any:

• personal injury offense; or
• advertising injury offense.

Coverage When Your Basic Insurance Doesn't Apply

We'll pay amounts any protected person is legally required to pay as damages for injury or damage that:

• is covered by this agreement; and
• is not covered by your Basic Insurance.

However, we'll pay only those amounts that are excess of the deductible shown in the Coverage Summary or amounts payable by other insurance, whichever is greater. We'll then pay the remaining damages up to the limit of coverage that applies under this agreement.

*Injury or damage* means bodily injury, personal injury, advertising injury, or property damage.

*Other insurance* means valid and collectible insurance that:

• isn't your Basic Insurance; and
• isn't specifically purchased to be excess of this agreement.

©St Paul Fire and Marine Insurance Co 1996 All Rights Reserved

The St Paul

Other insurance includes alternative risk transfer or financing methods, such as risk retention groups or self-insurance programs.

## Right And Duty To Defend

We have no duty to defend any protected person against a claim or suit if your Basic Insurance, or any other insurance, has a duty to defend that protected person. However, we'll have the right to associate in the defense and control of any claim or suit that is reasonably likely to involve us.

We'll assume the duty to defend any protected person against a claim or suit for injury or damage covered by this agreement, but only if:

- your Basic Insurer paid its limit of coverage for the event or offense that caused the claim or suit;
- your Basic Insurer paid its total limit of coverage as described in the Coverage above reduced or exhausted Basic Insurance total limits section; or
- your Basic Insurance, or any other insurance, doesn't cover the injury or damage

We'll assume this duty even if all of the allegations of the claim or suit are groundless, false, or fraudulent. But we won't have a duty to perform any other act or service.

We'll have the right to investigate any event, offense, claim, or suit to the extent that we believe is proper. We'll also have the right to settle any claim or suit for amounts within:

- the applicable deductible; or
- the available limits of coverage for this agreement

Our duty to defend ends when we have used up the limits of coverage that apply with the payment of damages.

*Claim* means a demand which seeks damages.

*Suit* means a civil proceeding which seeks damages. It includes:

- an arbitration proceeding for such damages to which the protected person must submit, or submits with our consent; and

- any other alternative dispute resolution proceeding for such damages to which the protected person submits with our consent.

## Right To Appeal A Judgment

We'll have the right to appeal a judgment against any person protected under this agreement. But only if:

- the judgment is for injury or damage covered by this agreement;
- the judgment is for more than the amount of your deductible or the limits of coverage under your Basic Insurance, whichever applies; and
- the protected person and the Basic Insurers do not appeal the judgment.

If we appeal such a judgment, we'll pay all expenses which result directly from that appeal, including postjudgment interest and the cost of appeal bonds. Our payments for such appeal expenses are in addition to the limits of coverage under this agreement. However, the results of an appeal won't change the limits of coverage that apply under this agreement.

## Additional Payments

We'll have the duty to make only the additional payments shown below in connection with any claim or suit under this agreement against a protected person when we:

- investigate or settle the claim or suit;
- defend the protected person against the claim or suit; or
- pay our part of a judgment.

But we'll do so only to the extent that these payments are not covered by your Basic Insurance or any other insurance.

If the laws of a foreign country prohibit us from providing any of these additional payments, we'll repay you for any similar expenses you incur with our written consent.

These payments are in addition to the limits of coverage

Our duty to make such payments ends when we have used up the limits of coverage that apply with the payment of damages

The St Paul

*Our expenses.* We'll pay all expenses we incur.

*Bail bonds.* We'll pay up to $250 of the cost of bail bonds that are required because of accidents or violations of traffic laws. But only if the accidents or violations result from the use of a vehicle to which this agreement applies. We don't have to furnish such bonds.

*Bonds to release property.* We'll pay the cost of bonds to release property that's being used to secure a legal obligation. But only for bond amounts within the limit of coverage that applies. We don't have to furnish such bonds.

*Expenses incurred by protected persons.* We'll pay all reasonable expenses that any protected person incurs at our request while helping us investigate or settle, or defend a protected person against, a claim or suit. But we won't pay more than $250 per day for earnings actually lost by the protected person because of time taken off from work.

*Taxed costs.* We'll pay all costs taxed against any protected person in a suit.

*Prejudgment interest.* We'll pay the interest that accumulates before a judgment and is awarded against the protected person on the part of a judgment we pay. But if we make a settlement offer to pay the available limit of coverage, we won't pay the prejudgment interest that accumulates after the date of our offer.

*Postjudgment interest.* We'll pay all interest that accumulates on the full amount of that part of a judgment for which we made a payment. But only from the date of the judgment to the date we pay, or deposit in court, the limit of coverage that applies to the judgment.

## When This Agreement Covers

We'll apply this agreement to claims or suits for covered injury or damage whenever they're made or brought.

## Where This Agreement Covers

We'll apply this agreement to covered injury or damage that results from events or offenses that happen or are committed anywhere.

## Who Is Protected Under This Agreement

## Who Is Protected For Claims Not Related To Autos

This section describes who is protected for claims or suits for covered injury or damage that doesn't result from the use of an auto. We explain who is protected for auto-related claims and suits in the Who Is Protected For Auto-Related Claims section.

*Individual.* If you are shown in the Introduction as a named insured and an individual, you and your spouse are protected persons only for the conduct of a business of which you are the sole owner.

*Partnership or joint venture.* If you are shown in the Introduction as a named insured and a partnership or a joint venture, you are a protected person. Your partners and their spouses, are protected persons only for the conduct of your business.

*Limited liability company.* If you are shown in the Introduction as a named insured and a limited liability company, you are a protected person. Your members are protected persons only for the conduct of your business. And your managers are protected persons only for their duties as your managers.

*Corporation or other organization.* If you are shown in the Introduction as a named insured and a corporation or an other organization, you are a protected person. Your directors and executive officers are protected persons only for the conduct of their duties as your directors or executive officers. And your stockholders are protected persons only for their liability as your stockholders.

*Other organization* means an organization other than a corporation, partnership, joint venture, or limited liability company.

©St Paul Fire and Marine Insurance Co.1996 All Rights Reserved

The St.Paul

*Executive officer* means any person holding an officer position created by the charter, constitution, or by-laws, or any other similar governing document, of a corporation or other organization.

Employees   Your employees are protected persons only for:

• work done within the scope of their employment by you; or

• their performance of duties related to the conduct of your business.

However, no employee is a protected person for bodily injury or personal injury that results from their performance of or failure to perform health care professional services. But we won't apply this exclusion to bodily injury that results from the providing of or failure to provide first aid by an employee, other than an employed doctor.

No employee is a protected person for property damage to property that's owned, rented, leased, or borrowed by that employee or fellow employee.

We won't apply this Employees section to the following protected persons:

• Your managers if you are a limited liability company. Instead, we'll apply the Limited liability company section to them.

• Your executive officers if you are a corporation or an other organization. Instead, we'll apply the Corporation or other organization section to them.

*Employee* includes a leased worker, other than a leased temporary worker.

*Leased worker* means any person who:

• is hired from an employee leasing firm under a contract or agreement between the hirer and that firm; and

• is performing duties related to the conduct of the hirer's business.

*Employee leasing firm* means any person or organization who hires out workers to others. It includes any:

• employment agency, contractor, or service;

• labor leasing firm; or

• temporary help service.

*Leased temporary worker* means a leased worker who is hired to:

• temporarily take the place of a permanent employee on leave; or

• meet seasonal or short-term workload conditions.

*Health care professional services* includes:

• any dental, medical, mental, nursing, surgical, x-ray, or other health care professional service, including any advice, instruction, food, or beverage provided with such service;

• the dispensing of drugs or medical or dental supplies and appliances; and

• the handling or treatment of corpses, including autopsies, organ donations, and other postmortem procedures.

Real estate managers.  Your real estate managers are protected persons only for their management of premises that you own, or rent, lease, or borrow from others.  They may be persons or organizations.

But we won't apply this Real estate managers section to your employees. Instead, we'll apply the Employees section to them.

Operators of registered mobile equipment.  All operators of registered mobile equipment are protected persons for their driving of such equipment on a public street or road with your permission.

Any person or organization legally responsible for the driving conduct of those operators is also a protected person. But only if there's no other insurance available to cover their liability for the operators.

However, no operator or any other person or organization is a protected person for:

• bodily injury to a fellow employee of the person driving the equipment; or

• property damage to property controlled by you or the employer of an operator who is a protected person.

*Registered mobile equipment* means mobile equipment that's registered in your name under any motor vehicle registration law.

*Controlled by* means:

Insuring Agreement

47550 Rev 3-96 Printed in USA
©St.Paul Fire and Marine Insurance Co.1996 All Rights Reserved

The St.Paul

- owned, rented, leased, occupied, borrowed, or used by;
- in the care, custody, or control of; or
- being physically controlled for any purpose by.

We explain what we mean by mobile equipment in the Racing mobile equipment exclusion.

**Newly acquired or formed organizations.** Any organization, other than a partnership, joint venture, or limited liability company, that you acquire or form while this agreement is in effect is a protected person if you own more than 50% of it.

However, no newly acquired or formed organization is a protected person for:

- more than 90 days, or the remainder of the time this agreement is in effect, whichever is less, from the date that you acquire or form it, unless we agree that it should continue to be a protected person after the end of that period of time;
- bodily injury or property damage that happened before you acquired or formed it;
- personal injury or advertising injury that's caused by an offense committed before you acquired or formed it; or
- injury or damage that's covered by other similar excess liability insurance, other than insurance specifically written to be excess over this agreement

**Other protected persons under your Basic Insurance.** Any other person or organization who is a protected person under your Basic Insurance is also a protected person under this agreement. But their protection is also subject to any coverage limitation in your Basic Insurance.

If such persons or organizations are included as protected persons under your Basic Insurance because:

- there is a written contract, made between you and that other person or organization before the bodily injury, property damage, or offense happens; and
- that contract requires you to provide liability insurance on behalf of that person or organization;

we will consider them to be protected persons under this agreement. But only to the extent that the limits of coverage required by the contract exceed your Basic Insurance limits of coverage, subject to the limits of coverage for this agreement.

## Who Is Protected For Auto-Related Claims

Any person or organization who is a protected person under your automobile Basic Insurance for the use of an auto is a protected person under this agreement.

*Auto* means any land motor vehicle, trailer, or semitrailer designed for travel on public streets or roads. It includes any permanently attached machinery or equipment. But we won't consider mobile equipment to be an auto.

We explain what we mean by mobile equipment in the Racing mobile equipment exclusion.

## Separation Of Protected Persons

We'll apply this agreement separately to each protected person.

However, the limits of coverage shown in the Coverage Summary are shared by all protected persons. We explain how in the Limits Of Coverage section.

Also, any right or duty specifically assigned to the first named insured remains unchanged. We explain those rights and duties in the General Rules, which is a part of your policy.

## Limits Of Coverage

The limits shown in the Coverage Summary and the information contained in this section fix the most we'll pay as damages, regardless of the number of:

- protected persons;
- claims made or suits brought; or
- persons or organizations making claims or bringing suits.

**General total limit.** This is the most we'll pay for the combined total of:

The St Paul

- all covered bodily injury and property damage that happens in a policy year;
- all covered personal injury that's caused by all personal injury offenses committed in a policy year; and
- all covered advertising injury that's caused by all advertising injury offenses committed in a policy year.

However, we won't apply this limit to automobile bodily injury or property damage covered by this agreement

Nor will we apply this limit to bodily injury or property damage that results from your products or completed work. Instead, we'll apply the products and completed work total limit to such bodily injury or property damage covered by this agreement.

Policy year means the policy period shown in the Introduction, or the period of time that this agreement is in effect, whichever is less. But when that period is longer than one year, it means each consecutive annual period, and the remaining period if any, that this agreement is in effect, starting with the beginning date of this agreement.

We explain the products and completed work total limit, and what we mean by your products and your completed work, in the Products and completed work total limit section.

Products and completed work total limit. This is the most we'll pay for all covered bodily injury and property damage that:

- results from your products and completed work; and
- happens in a policy year.

Your products means any of the goods or products that are or were manufactured, sold, handled, distributed, or disposed of by:

- you;
- others using your name; or
- any person or organization whose business or assets you've acquired.

Your products includes:

- all containers, equipment, materials, or parts provided with or for your products;
- any warranty provided with or for your products;

- any statement made, or which should have been made, about the durability, fitness, handling, maintenance, operation, performance, quality, safety, or use of your products; and
- all warnings, instructions, or directions provided, or which should have been provided, with or for your products.

But we won't consider the following to be your products:

- Goods or products which are still in your physical possession or on a premises that you own, or rent, lease, or borrow from others.
- Real property.
- Containers that are vehicles.
- Property that's rented or leased to others.
- Property that you haven't sold, but which you allow others to use. For example, a vending machine.

Your completed work means your work that is completed at the earliest of the following times, including work that may need service, maintenance, correction, repair, or replacement, but which is otherwise complete:

- When all of the work called for in your contract has been completed.
- When all of the work to be done at the work site has been completed, if your contract calls for work at more than one site.
- When that part of the work at the work site has been put to its intended use by any person or organization, other than another contractor or subcontractor working on the same project.

But we won't consider the following to be your completed work:

- Work that hasn't yet been completed or abandoned.
- Uninstalled equipment, abandoned or unused materials, or tools.
- Work done in connection with transporting property.
- Any premises or other real property that you own.
- Any work done to a premises or other real property that you rent or lease from others.

Insuring Agreement
47550 Rev. 3-96 Printed in USA
©St Paul Fire and Marine Insurance Co.1996 All Rights Reserved

The St Paul

o Any work while on a premises that you own, or rent, lease, or borrow from others.

However, we'll consider a condition created in or on a vehicle in the course of work done in connection with transporting property to be your completed work when:

o the vehicle isn't owned or operated by you;

o the condition is created by the loading or unloading of the vehicle by a protected person; and

o the condition causes bodily injury or property damage.

Our work means any:

work that you're performing or others are performing for you; or

service that you're providing or others are providing for you.

Our work includes:

o all equipment, materials, or parts provided with or for your work:

o any warranty provided with or for your work;

any statement made, or which should have been made, about the durability, fitness, handling, maintenance, operation, performance, quality, safety, or use of your work; and

all warnings, instructions, or directions provided, or which should have been provided, with or for your work.

We explain what we mean by loading or loading in the Aircraft exclusion.

**Personal injury each person limit.** This is the most we'll pay for all covered personal injury that:

o is sustained by any one person or organization; and

o is caused by all personal injury offenses committed in a policy year.

**Advertising injury each person limit.** This is the most we'll pay for all covered advertising injury that:

o is sustained by any one person or organization; and

o is caused by all advertising injury offenses committed in a policy year.

**Each event limit.** This is the most we'll pay for all covered bodily injury and property damage that result from any one event.

**How the limits of coverage apply to an extension of the policy period.** If the original policy period shown in the Introduction is extended for less than 12 months, we'll consider each extended period to be part of the last policy year. For example:

*Your policy period is for one year. During the year you request a three month extension. We agree. As a result, your policy year becomes 15 months. It will be subject to the same limits of coverage that applied when the policy year was 12 months.*

**How the limits of coverage apply if a total limit is left blank.** If the amount of the general total limit or the products and completed work total limit is left blank in the Coverage Summary, we'll consider that total limit to be the same as the each event limit

### Deductible

When injury or damage covered by this agreement is not covered by your Basic Insurance, the deductible shown in the Coverage Summary applies. However, when such injury or damage is covered by other insurance, the amount of the deductible is reduced by the amount payable by such other insurance. You will be responsible for paying up to the applicable deductible amount for each of the following:

o All covered bodily injury and property damage that result from any one event

o All covered personal injury that is sustained by any one person or organization and is caused by all personal injury offenses committed in a policy year.

o All covered advertising injury that is sustained by any one person or organization and is caused by all advertising injury offenses committed in a policy year.

We may pay all or part of the deductible for you. If we do, you agree to repay that amount to us promptly after we notify you of the payment.

©St.Paul Fire and Marine Insurance Co.1996 All Rights Reserved

The St.Paul

## Exclusions — What This Agreement Won't Cover

**Advertising, broadcasting, publishing, or telecasting business** We won't cover advertising injury that results from an offense committed by any protected person in the business of advertising, broadcasting, publishing, or telecasting

**Aircraft** We won't cover bodily injury or property damage that results from the:

- ownership, maintenance, use, or operation;
- loading or unloading; or
- entrustment to others;

any aircraft owned, operated, rented, used, or borrowed by any protected person.

But we won't apply this exclusion to bodily injury or property damage covered by your Basic Insurance

*Loading or unloading* means the handling of property:

- while it's being moved from the place where it's accepted for transportation;
- while it's being loaded, transported, and unloaded; and
- until it's moved to the place where it's finally delivered.

But we won't consider moving property by an unattached mechanical device to be loading or unloading

*Unattached mechanical device* includes any forklift, conveyor, or other unattached mechanical device, other than a hand truck.

*Entrustment to others* means:

- the permitting of others to use or do something; or
- the giving of something to others for safekeeping.

**Breach of contract** We won't cover advertising injury that results from the failure of any protected person to do what is required by a contract or agreement

But we won't apply this exclusion to advertising injury that results from the unauthorized taking or use of an advertising

idea if such taking or use is not specifically prohibited by the contract or agreement.

**Contract liability.** We won't cover injury or damage for which the protected person has assumed liability under any contract or agreement.

But we won't apply this exclusion to the protected person's liability for damages:

- assumed under contract; and
- covered by your Basic Insurance.

Also, we'll assume the duty to defend an indemnitee against a claim or suit for injury or damage covered by this agreement, but only when your Basic Insurer has the duty to defend the indemnitee and that duty ends because your Basic Insurer has paid:

- its limit of coverage for the event or offense that caused the claim or suit; or
- its total limit of coverage as described in the Coverage above reduced or exhausted Basic Insurance total limits section

Our duty to defend an indemnitee ends when we have used up the limits of coverage that apply with the payment of damages

Any other terms and conditions of your Basic Insurance applying to the duty to defend an indemnitee apply to this agreement

*Indemnitee* means any person or organization who a protected person has agreed under contract to defend, hold harmless, or indemnify.

**Control of property.** We won't cover property damage to the following property:

- Property owned by you, any of your partners or co-venturers if you are a partnership or joint venture, or any of your members or managers if you are a limited liability company
- Property owned by your subsidiary or parent organization, or any other organization more than 50% owned by you or your subsidiary or parent organization.
- Aircraft or watercraft owned, rented, leased, borrowed, or used by, or in the care, custody, or control of, any protected person.

Insuring Agreement

47550 Rev. 3-96 Printed in USA
©St Paul Fire and Marine Insurance Co.1996 All Rights Reserved

The St Paul

• Other property rented, leased, occupied, borrowed, or used by, or in the care, custody, or control of, any protected person. But we'll apply this exclusion part only to the extent that a protected person is required by contract to insure against damage to that property.

**Damage to your products or completed work.** We won't cover property damage to any of your products that's caused by the product itself or by any of its parts. For example:

*You manufacture air conditioners. They contain several moving parts which can break down for many reasons. Regardless of the cause, we won't protect you for any property damage to the part that fails or to the rest of the air conditioner.*

Nor will we cover property damage to your completed work that's caused by the work itself or by any of its parts. But we won't apply this exclusion part if:

• this agreement provides completed work liability coverage;

• the damaged completed work, or the completed work that causes the property damage, was done for you by others; and

• the damage is covered by your Basic Insurance.

We explain what we mean by your products and your completed work in the Products and completed work total limit section.

**Deliberately breaking the law.** We won't cover personal injury or advertising injury that results from:

• the protected person knowingly breaking any criminal law; or

• any person or organization breaking any criminal law with the consent or knowledge of the protected person.

**Employers liability.** We won't cover bodily injury to an employee of the protected person arising out of and in the course of his or her:

• employment by the protected person; or

• performance of duties related to the conduct of the protected person's business.

Nor will we cover bodily injury to the spouse or any child, parent, brother, or sister of that employee if such bodily injury results from the bodily injury to the employee.

We'll apply this exclusion whether the protected person may be held liable as an employer or in any other capacity, such as a property owner or product manufacturer. For example:

*You manufacture tires. Your employee is injured while driving a company truck equipped with your tires, when one of the tires blows out resulting in an accident. He receives workers compensation benefits. If he later sues you in your capacity as a manufacturer, alleging that his injury happened because your product was defective, we won't protect you.*

We'll also apply this exclusion to any obligation of the protected person to share damages with or repay someone else who must pay damages because of bodily injury to any employee of the protected person. For example:

*Your employee is injured in a printing press accident. She receives workers compensation benefits. Later, she sues the manufacturer of the printing press alleging that her injury happened because the press didn't have enough guarding devices on it. If the manufacturer in turn sues you alleging that your faulty maintenance of the press – not the lack of guarding devices – resulted in the employee's injury, we won't protect you.*

But we won't apply this exclusion to bodily injury covered by your Basic Insurance.

**Expected or intended bodily injury or property damage.** We won't cover bodily injury or property damage that's expected or intended by the protected person.

But we won't apply this exclusion to bodily injury or property damage that results from the use of reasonable force to protect people or property.

**False material.** We won't cover personal injury or advertising injury that results from false written or spoken material which:

©St Paul Fire and Marine Insurance Co.1996 All Rights Reserved

The St Paul

- was made known by or for the protected person; and
- the protected person knew was false when it was made known.

**Impaired property.** We won't cover property damage to impaired property, or to property which isn't physically damaged, that results from:

- your faulty or dangerous products or completed work; or
- a delay or failure in fulfilling the terms of a contract or agreement

But we won't apply this exclusion to the loss of use of property, other than your products or completed work, that results from sudden and accidental physical damage to your products or completed work after they've been put to their intended use. For example:

*You supply an electric motor to a customer who uses it to power his conveyor. The motor's shaft breaks several days later while he's operating the conveyor. The conveyor isn't damaged, but your customer has extra costs because he's unable to use it until the motor is repaired. If he sues you to recover those costs, we won't apply the exclusion. However, if the customer discovers while hooking the motor up to the conveyor that the motor's shaft is broken, we won't protect you.*

**Impaired property** means tangible property, other than your products or completed work, that can be restored to use by nothing more than:

- an adjustment, repair, replacement, or removal of your products or completed work which forms a part of it; or
- your fulfilling the terms of a contract or agreement.

We explain what we mean by your products and your completed work in the Products and completed work total limit section.

**Injury to owners or fellow employees.** We won't protect your employees for bodily injury or personal injury to:

- you;
- any of your partners or co-venturers if you are a partnership or joint venture;
- any of your members or managers if you are a limited liability company;
- any fellow employee; or
- the spouse or any child, parent, brother, or sister of that fellow employee if such injury results from the bodily injury or personal injury to the fellow employee.

Nor will we protect your employees for any obligation to share damages with, or repay, someone else who must pay damages because of bodily injury or personal injury to any of the above persons.

But we won't apply these exclusions if your Basic Insurance protects your employees for such bodily injury or personal injury.

**Intellectual property.** We won't cover injury or damage that results from any actual or alleged infringement or violation of any of the following rights or laws:

- Copyright.
- Patent.
- Trade dress.
- Trade name.
- Trade secret.
- Trademark.
- Other intellectual property rights or laws

But we won't apply this exclusion to:

- bodily injury or property damage that results from your products or completed work; or
- advertising injury that results from the unauthorized use of any copyrighted or trademarked advertising material, slogan, style, or title of others in your advertising.

We explain what we mean by your products and your completed work in the Products and completed work total limit section.

**Liquor liability.** We won't cover bodily injury or property damage that results from any protected person:

- causing or contributing to the intoxication of any person;
- selling, serving, or furnishing alcoholic beverages to any person under the legal drinking age or under the influence of alcohol; or

Insuring Agreement

47550 Rev 3-96 Printed in USA
©St Paul Fire and Marine Insurance Co 1996 All Rights Reserved

The St.Paul

- violating any law or regulation applying to the sale, gift, distribution, or use of alcoholic beverages.

But we won't apply this exclusion to bodily injury or property damage covered by your Basic Insurance.

**Material previously made known.** We won't cover personal injury or advertising injury that results from written or spoken material which was first made known before this agreement went into effect.

**Nuclear energy liability.** We won't cover bodily injury or property damage for which any protected person:

- is also protected under a nuclear energy liability insurance policy; or
- would have been protected under such policy if that policy's limits of coverage hadn't been used up.

Nor will we cover bodily injury or property damage that results from the hazardous properties of nuclear material and for which:

- any person or organization is required by law to maintain financial protection in accordance with the federal Atomic Energy Act or any of its amendments; or
- any protected person is entitled, or would have been entitled had this agreement not been issued, to indemnity from the United States government, or any of its agencies, under any contract or agreement between the government, or any of its agencies, and any person or organization.

In addition, we won't cover bodily injury or property damage that results from the hazardous properties of nuclear material when:

- the nuclear material is located at, or at any time discharges or disperses from, a nuclear facility which is or was at any time owned by any protected person, or operated by or for any protected person;
- the nuclear material is contained in spent nuclear fuel or nuclear waste which is or was at any time possessed, handled, used, processed, stored, transported, or disposed of by or for any protected person; or
- the bodily injury or property damage results from the furnishing by any protected person of services, materials, parts, or equipment in connection with the planning, construction, maintenance, operation, or use of a nuclear facility. However, we'll apply this exclusion part only to property damage to the nuclear facility, and any property located on the site of that facility, if the nuclear facility is in the United States of America, its territories or possessions, Puerto Rico, or Canada.

*Nuclear energy liability insurance policy* means any nuclear energy liability insurance policy issued by any of the following organizations or their successors:

- Nuclear Energy Liability Insurance Association.
- Mutual Atomic Energy Liability Underwriters.
- Nuclear Insurance Association of Canada.

*Property damage* includes all forms of radioactive contamination of property.

*Hazardous properties* includes radioactive, toxic, or explosive properties.

*Nuclear material* means any of the following materials which are defined in the federal Atomic Energy Act or any of its amendments:

- Source material.
- Special nuclear material.
- By-product material.

*Nuclear facility* means any:

- nuclear reactor;
- uranium isotopes separation device or equipment;
- special nuclear material device or equipment; or
- nuclear waste site.

Nuclear facility includes:

- the site on which it's located;
- all operations conducted on such site; and
- all premises used for such operations.

*Nuclear reactor* means any device, equipment, or machine designed or used to:

- sustain nuclear fission in a self-supporting chain reaction; or
- contain a critical mass of fissionable material.

©St.Paul Fire and Marine Insurance Co.1996 All Rights Reserved

The St.Paul

**Uranium isotopes separation device or equipment** means any device or equipment designed or used for:

- separating the isotopes of uranium or plutonium;
- processing or utilizing spent nuclear fuel; or
- handling, processing or packaging nuclear waste.

**Special nuclear material device or equipment** means any device or equipment used for the processing, fabricating, or alloying of special nuclear material if the total amount of such material:

- is at any time in the custody of any protected person at the premises where the device or equipment is located; and
- is more than 25 grams of plutonium or uranium 233, or any combination of those two materials; or
- is more than 250 grams of uranium 235.

**Nuclear waste site** means any structure, basin, excavation, premises, or place prepared or used for the storage or disposal of nuclear waste.

**Nuclear waste** means any waste material that:

- contains by-product material; and
- results from the operation of any nuclear reactor, or uranium isotopes separation device or equipment, by any person or organization.

But we won't consider nuclear waste to include tailings or wastes that result from the extraction or concentration of uranium or thorium from any ore processed primarily for its source material content.

**Spent nuclear fuel** means any solid or liquid fuel element or component that's been exposed to radiation or used in a nuclear reactor.

**Pollution bodily injury or property damage related to autos.** We won't cover bodily injury or property damage that results from pollution involving any pollutant, or any pollutant contained in any property, that's:

- being transported or towed by an auto;
- being loaded onto or unloaded from an auto;
- otherwise in the course of transit by auto by or for any protected person; or
- being stored, disposed of, treated, or processed in or on an auto.

However, we won't apply this exclusion to bodily injury or property damage that results from pollution caused by fuels, lubricants, fluids, exhaust gases, or similar pollutants that:

- are needed for or result from the normal electrical, hydraulic, or mechanical functioning of an auto, other than the operation of specialized equipment; and
- escape, seep, or migrate, or are discharged, dispersed, or released, directly from a part of an auto designed by its manufacturer to hold, store, receive, or dispose of such pollutants.

Nor will we apply this exclusion to bodily injury or property damage that results from pollution from property of others which:

- isn't in your care, custody, or control;
- isn't being transported or towed by or for you; and
- is damaged by an accident due to the ownership, maintenance, or use of an auto covered by this agreement.

We explain what we mean by:

- pollution and pollutant in the Pollution injury or damage not related to autos exclusion;
- auto in the Who Is Protected For Auto-Related Claims section;
- loading or unloading in the Aircraft exclusion; and
- specialized equipment in the Racing mobile equipment exclusion.

**Pollution injury or damage not related to autos.** We won't cover injury or damage that results from pollution at, on, in, or from any:

- protected person's premises;
- waste site; or
- protected person's work site.

47550 Rev 3-96 Printed in USA
©St.Paul Fire and Marine Insurance Co.1996 All Rights Reserved
Insuring Agreement

The St.Paul

Nor will we cover injury or damage that results from pollution involving any waste pollutant.

But we won't apply this exclusion to injury or damage that results from:

● building heating equipment fumes, smoke, soot, or vapors;

● hostile fire heat, fumes, or smoke; or

● mobile equipment operating fluids.

Nor will we apply this exclusion to bodily injury or property damage that results from your products or completed work, other than waste products or completed work.

Also, we won't apply this exclusion to bodily injury or property damage related to autos. Instead, we'll apply the Pollution bodily injury or property damage related to autos exclusion.

*Pollution* means any actual, alleged, or threatened discharge, dispersal, escape, migration, release, or seepage of any pollutant.

*Pollutant* means any solid, liquid, gaseous, or thermal irritant or contaminant, including:

● smoke, vapors, soot, fumes;

● acids, alkalis, chemicals; and

● waste.

*Waste* includes materials to be recycled, conditioned, or reclaimed.

*Protected person's premises* means any premises, site, or location which is or was at any time owned, rented, leased, borrowed, or occupied by any protected person. For example:

*You sold an office building two years ago. It contains asbestos ceiling tile which released asbestos into the air while you owned it. A former tenant now sues you for bodily injury that allegedly resulted from the release of that asbestos. We won't cover such injury.*

Another example:

*You own an apartment building. Its woodwork is finished with paint that contains lead. Two of your renters sue you*

*for bodily injury to their children allegedly caused by the lead in that paint. The children supposedly consumed the lead by eating chips of the paint from the window sills in their apartments. We won't cover such injury.*

But we won't consider a premises, site, or location that isn't owned, rented, leased, borrowed, or occupied by you to be a protected person's premises in connection with pollution that results from your work being performed there.

*Waste site* means any premises, site, or location which is or was at any time used by or for any protected person or others for the handling, storage, disposal, processing, or treatment of waste. For example:

*For several years waste generated by your manufacturing business was disposed of in a landfill owned by others. The landfill was closed two years ago. Nearby residents now allege that they're being injured by the waste from there. We won't cover such injury.*

*Protected person's work site* means any premises, site, or location at, on, or in which work is being performed by or for any protected person when:

● the pollution involves a pollutant that is brought to, on, or in such premises, site, or location by or for the protected person in connection with such work; or

● the work being performed is pollution work.

For example:

*A subcontractor working for you brings a diesel fuel storage tank to the building site for refueling of its excavation equipment. After a couple of days it is discovered that the tank has been leaking. Some of the escaped fuel is found to have seeped into an underground conduit and damaged the insulation on the fiber optic cables in the conduit. We won't cover such property damage.*

*Waste pollutant* means any pollutant which is or was at any time transported, handled, stored, treated, disposed of, or processed as waste by or for:

©St.Paul Fire and Marine Insurance Co.1996 All Rights Reserved

any protected person; or

any person or organization for whom you may be legally responsible.

For example:

*Waste generated by your business is transported to a landfill by a trucker hired by you. There is an accident which causes the waste to be spilled onto the road. One of the fire fighters who responds to the accident later alleges that fumes from the waste made her ill. We won't cover such ... ury.*

... *lding heating equipment fumes, smoke, ..t, or vapors* means only the fumes, ... oke, soot, or vapors that:

... esult from equipment used to heat a ... uilding at or on a protected person's premises; and

are within that building.

*Hostile fire heat, fumes, or smoke* means only the heat, fumes, or smoke that result from a hostile fire at, on, in, or from:

the protected person's premises, other than a waste site; or

the protected person's work site, other than a waste site, but only if the hostile fire doesn't result from pollution work being performed by or for the protected person.

*Hostile fire* means a fire which:

becomes uncontrollable; or

breaks out from where it was intended to be.

*Mobile equipment operating fluids* means only the fuels, lubricants, or other operating fluids that:

are part of the mobile equipment being maintained, operated, or used in connection with work, other than pollution work, being performed by or for the protected person at, on, or in the protected person's work site;

are needed to perform the normal electrical, hydraulic, or mechanical functions necessary for the operation of the mobile equipment or any of its parts;

aren't intended to be discharged, dispersed, or released as part of the

operation of the mobile equipment or any of its parts;

aren't intended to be discharged, dispersed, or released as part of the work being performed by or for the protected person; and

escape from a mobile equipment part designed to hold, store, or receive them.

*Waste products or completed work* means your products or completed work that:

is or was handled, stored, disposed of, processed, or treated as waste at, on, or in a waste site; or

is or was a waste pollutant.

We explain what we mean by:

mobile equipment in the Racing mobile equipment exclusion;

pollution work in the Pollution work loss, cost, or expense exclusion; and

your products, your work, and your completed work in the Products and completed work total limit section.

*Pollution work loss, cost, or expense.* We won't cover any loss, cost, or expense that results from:

any request, demand, or order that any protected person or others perform pollution work; or

any claim or suit by or for any governmental authority for damages that result from the performance of pollution work.

*Pollution work* means:

the testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, or neutralizing of any pollutant; or

the responding to, or assessing, in any way the effects of any pollutant.

For example:

*A chemical spill at your manufacturing facility releases a vapor cloud. Several hundred people are exposed to the vapor cloud before it disappears. None of them sustain any apparent bodily injury. However, several of them demand that you arrange and pay for medical checkups now and yearly for the next ten years, to assess the effect of the vapor cloud on their*

Insuring Agreement

47550 Rev 3-96 Printed in USA
©St.Paul Fire and Marine Insurance Co. 1996 All Rights Reserved

The St.Paul

*health. We won't cover the cost of such pollution work, regardless of who orders or performs it*

Another example:

*One of your products is a container which may be used to store various types of liquids. Several of those containers are sold to a company which uses them for storage of a chemical. During such use one of them ruptures. The spilled chemical must be cleaned up. As a result, the company demands that you pay for the cleanup. We won't cover the cost of such pollution work, regardless of who orders or performs it*

We explain what we mean by pollutant in the Pollution injury or damage not related to autos exclusion.

Poor quality or performance. We won't cover advertising injury that results from the failure of your products, work, or completed work to conform with advertised quality or performance.

We explain what we mean by your products, your work, and your completed work in the Products and completed work total limit section.

Product recall. We won't cover any loss, cost, or expense that:

- is incurred by you or others; and
- results from the recall, removal, or withdrawal of impaired property, or your products or completed work, from the market, or from use by any person or organization, for any reason.

Nor will we cover any loss, cost, or expense that is incurred by you or others and results from the:

- loss of use;
- adjustment, inspection, repair;
- replacement; or
- disposal;

of such property, products, or completed work.

We explain what we mean by:

- impaired property in the Impaired property exclusion; and
- your products and your completed work in the Products and completed work total limit section.

Racing mobile equipment. We won't cover bodily injury or property damage that results from the use of racing mobile equipment.

*Racing mobile equipment* means any mobile equipment while being prepared for or used in any:

- prearranged racing, speed, demolition, or stunting contest or activity; or
- practice for such contest or activity.

*Mobile equipment* means any land vehicle that:

- is designed for use primarily off public streets or roads;
- is kept for use only on or next to premises that you own, or rent or lease from others;
- travels on crawler treads;
- is kept primarily for the ready movement of permanently attached construction equipment; or
- doesn't travel under its own power and is kept primarily for the ready movement of permanently attached specialized equipment.

Mobile equipment includes any land vehicle that:

- isn't described above; and
- is kept primarily for purposes other than carrying people or cargo.

But we won't consider such a vehicle to be mobile equipment if it:

- travels under its own power;
- is operated like an auto during travel on a public street or road; and
- has permanently attached specialized equipment; or
- has permanently attached equipment designed for snow removal, street cleaning, or street or road maintenance but not construction or resurfacing.

*Construction equipment* includes any:

- grader, scraper, or roller; or

©St.Paul Fire and Marine Insurance Co.1996 All Rights Reserved

TheStPaul

power crane, digger, drill, loader, or shovel.

*Specialized equipment* means any:

- cherry picker or similar device used to lift workers;
- pump, generator, or air compressor; or
- other equipment, such as building cleaning, geophysical exploration, lighting, spraying, welding, or well-servicing equipment, that has a built-in pump, generator, or air compressor.

We explain what we mean by auto in the Who Is Protected For Auto-Related Claims section.

Uninsured motorists. We won't cover any bodily injury or property damage that is subject to any automobile:

- uninsured motorists' law;
- underinsured motorists' law;
- no-fault or other first-party bodily injury or property damage law.

Unnamed partnership, joint venture, or limited liability company We won't cover injury or damage that results from the conduct of any current or past partnership, joint venture, or limited liability company which isn't shown in the Introduction as a named insured

Watercraft We won't cover bodily injury or property damage that results from the:

- ownership, maintenance. use, or operation;
  loading or unloading; or
  entrustment to others;
  of any watercraft owned, operated, rented, leased. or borrowed by any protected person

But we won't apply this exclusion to:

- bodily injury or property damage covered by your Basic Insurance;
- watercraft less than 50 feet long; or
- watercraft 50 or more feet long for which you notify us within 30 days after you acquire such a watercraft and we agree to provide coverage

We explain what we mean by loading or unloading and entrustment to others in the Aircraft exclusion

Workers compensation and other benefit laws. We won't cover any obligation that the protected person has under any:

- workers compensation;
- disability benefits;
- unemployment compensation; or
- similar law.

Wrong price description. We won't cover advertising injury that results from the wrong description of the price of your products, work, or completed work.

We explain what we mean by your products, your work, and your completed work in the Products and completed work total limit section.

## Other Insurance

If there is any other insurance for injury or damage covered by this agreement, we won't make any payments until the other insurance has been used up with the payment of damages.

We explain what we mean by other insurance in the Coverage When Your Basic Insurance Doesn't Apply section.

This insurance isn't subject to the terms or conditions of any other insurance.

## Other Rules For This Agreement

### Our Duty To Reimburse When You Must Pay

If the laws or rules of another jurisdiction prevent us from paying on your behalf those amounts that you are legally required to pay as damages for injury or damage covered by this agreement, you may pay those amounts with our consent

If you then give us proof that you did so, we'll reimburse you for the amount by which your payment exceeds either the limits of coverage in your Basic Insurance or the deductible, whichever applies. But we'll only repay you amounts up to the limits of coverage that apply under this agreement

47550 Rev. 3-96 Printed in USA
©St Paul Fire and Marine Insurance Co.1996 All Rights Reserved

The St Paul

## Maintaining Your Basic Insurance

You agree to maintain your Basic Insurance while this agreement is in effect. This means that:

- your Basic Insurance remains in effect;
- the terms and conditions of your Basic Insurance are not materially changed;
- your Basic Insurance limits of coverage aren't changed; and
- coverage that renews or replaces your Basic Insurance isn't more restrictive than the coverage being renewed or replaced.

A reduction or exhaustion of a total limit in our Basic Insurance that results from payment of damages won't be considered a change of limits.

This insurance will remain in effect if you fail to meet the above requirements. But we won't be liable for more than we would have been if you had met those requirements.

If you are unable to recover from a Basic Insurer because:

- the Basic Insurer is unable to pay; or
- you fail to comply with the terms of your contract with that insurer;

this agreement will only apply to amounts over the limits of coverage shown in the Schedule of Basic Insurance.

## Premium

This section replaces the Premiums section in the General Rules attached to this policy, but only for this agreement.

The premium for this agreement is a flat premium and is not subject to adjustment, except:

- as otherwise provided in a Coverage Summary or by endorsement to this agreement; or

- any adjustment that results from the cancellation of this agreement.

However, we may charge you additional premium if you add new persons or organizations to those protected by your Basic Insurance and a charge is made for them by your Basic Insurer. You must notify us promptly if that happens.

## Recovering Damages From A Third Party

This section replaces the section with the same title in the General Rules attached to this policy, but only for this agreement.

Any person protected under this agreement may be able to recover all or part of a loss from someone other than us. Because of this, each protected person must do all that's possible after a loss to preserve any right of recovery available. If we make a payment under this policy, that right of recovery will belong to us.

**Division of recovery.** Any amount recovered will be divided as follows:

- First, any protected person or insurer who paid amounts over the limits of coverage under this agreement will be reimbursed for the actual excess amount paid.
- Next, we'll be reimbursed for any payments we've actually made
- Then, if any amount remains, it will belong to any Basic Insurer or protected person who paid damages to the person who made the claim.

**Recovery expenses.** Expenses of recovery proceedings will be divided in the same ratio as the recovery is shared. But if we bring proceedings on our own to try to obtain a recovery and we fail to do so, we'll pay all the expenses of those proceedings ourselves.

©St.Paul Fire and Marine Insurance Co 1996 All Rights Reserved