# CERTIFICATE OF SERVICE

I, Joseph K. Koury, hereby certify that on this, the 7th day of September, 2006, a copy of the foregoing REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT was caused to be served upon the following in the manner so indicated:

**BY HAND**
Yvonne Takvorian Saville, Esq.
Weiss & Saville, P.A.
1220 N. Market Street, Suite 604
Wilmington, DE 19801

Joseph K. Koury (#4272)