IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ST. PAUL MERCURY INSURANCE COMPANY | ) ) ) | |
| and | ) ) | |
| PACK AND PROCESS, INC., | ) ) | |
| Plaintiffs, | ) ) | |
| v | ) ) | Case No. 05-0022 (KAJ) |
| MALY YAN, | ) ) ) | |
| Defendant. | ) | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| YAN THOU, et al., | ) ) | |
| Plaintiffs, | ) ) | |
| v | ) ) | Case No. 05-00513 (KAJ) |
| PACK & PROCESS, INC., et al., | ) ) | CONSOLIDATED CASES |
| Defendants. | ) | |

**PLAINTIFFS' APPLICATION FOR ORAL ARGUMENT
PURSUANT TO D. DEL. LR 7.1.4**

NOW COME Plaintiffs St. Paul Mercury Insurance Company and Pack and Process, Inc., by and through their undersigned counsel, and respectfully request that the Court schedule oral argument as soon as practicable on the following motion, briefing on which is now complete:

- Plaintiffs' *Motion for Summary Judgment* (D.I. 106), filed on or about August 7,

2006

Dated: September 7, 2006  
Wilmington, DE

BIFFERATO, GENTILOTTI, BIDEN & BALICK

_____  
Ian Connor Bifferato (#3273)  
Joseph K. Koury (#4272)  
1308 Delaware Avenue  
P.O. Box 2165  
Wilmington, DE 19899  
(302) 429-1900

-and-

Francis J. Deasey, Esq.  
Henri Marcel, Esq.  
Deasey, Mahoney & Bender, Ltd.  
1800 John F. Kennedy Blvd., Suite 1300  
Philadelphia, PA 19103-2978  
(215) 587-9400

*Attorneys for Plaintiffs*