## CERTIFICATE OF SERVICE

I, Joseph K. Koury, hereby certify that on this, the 7th day of September, 2006, a copy of the foregoing PLAINTIFFS' APPLICATION FOR ORAL ARGUMENT PURSUANT TO D. DEL. LR 7.1.4 was caused to be served upon the following in the manner so indicated:

**BY HAND**

Yvonne Takvorian Saville, Esq.
Weiss & Saville, P.A.
1220 N. Market Street, Suite 604
Wilmington, DE 19801

Joseph K. Koury (#4272)