IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ST. PAUL MERCURY INSURANCE : <br> COMPANY, and : <br> PACK & PROCESS, INC. : <br>       Plaintiffs : <br>    vs. : <br> MALY YAN : <br>       Defendant : | Civil Action No. 05-0022 (KAJ) |
| YAN THOU, Individually and as : <br> Administrator of the Estates of Oeurn : <br> Mam, Deceased and Navy Yan, Deceased : <br> et al. : <br>       Plaintiffs : <br>    vs. : <br> PACK & PROCESS, INC. AND : <br> ST. PAUL MERCURY INSURANCE : <br> COMPANY : <br>       Defendants : | Civil Action No. 05-0513 (KAJ) |

**DEFENDANTS' APPLICATION FOR ORAL ARGUMENT
PURSUANT TO D. DEL. LR 7.1.4**

NOW COME Defendants, Yan Thou, Individually and as Administrator of the Estate of Oeurn Mam, deceased, and Navy Yan, deceased, Chan Yan, Thuha Son, Chieu Thi Huynh, Maly Yan and Bay Thi Nguyen by and through their undersigned counsel respectfully request the Court schedule oral argument as soon as practicable on the following motion, briefing on which is now complete:

- Defendants' Motion for Summary Judgment (D.I. 105) filed on August 4, 2006.

                                  Respectfully submitted,

                                  **Weiss & Saville**, **P. A.**

BY: **S/Yvonne Takvorian Saville**
        Yvonne Takvorian Saville, Esquire
        1220 North Market Street, Suite 604
        P.O. Box 370
        Wilmington DE 19801
        (302) 656-0400

DATED: 9/14/06                               and

                                  **Kline & Specter, P.C.**

BY:       **S/ Joshua Van Naarden**
Jonathan Cohen, Esquire
Joshua Van Naarden, Esquire
1525 Locust Street, 19th Floor
Philadelphia PA 19102
215-772-1000