<u>**CERTIFICATE OF SERVICE**</u>

      I, Joshua Van Naarden, Esquire, hereby certify that a true and correct copy of Defendants' Application for Oral Argument Pursuant to D. DEL. LR 7.1.4 was hereby served this 14th day of September, 2006, via E- file upon the following:

James B. Burns, Esquire
Deasey, Mahoney & Bender, LTD.
1800 John F. Kennedy Blvd.
Suite 1300
Philadelphia, PA 19103

J Ian Connor Bifferato
Joseph K. Koury
Bifferato, Gentilotti & Biden
1308 Delaware Avenue
P.O. Box 2165
Wilmington DE 19899

                                  **WEISS AND SAVILLE, P.A.**

                              **<u>BY: S/Yvonne Takvorian Saville, Esquire</u>**
                                  YVONNE TAKVORIAN SAVILLE, ESQUIRE
                                  1220 North Market Street
                                  Suite 604
                                  P.O. Box 370
                                  Wilmington DE 19801
                                  (302) 656-0400

DATED:9/14/06                                            and

                                  **KLINE & SPECTER, P.C.**

                **<u>BY: S/Joshua Van Naarden, Esquire JRVN/6757</u>**
                                  JONATHAN M. COHEN, ESQUIRE
                                  JOSHUA VAN NAARDEN, ESQUIRE
                                  1525 Locust Street, 19th Floor
                                  Philadelphia PA 19102
                '                  (215) 772-1000