IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ST. PAUL MERCURY INSURANCE COMPANY, and PACK & PROCESS, INC. | : : : | |
| Plaintiffs | : | |
| vs. | : | Civil Action No. 05-0022 (KAJ) |
| MALY YAN | : | |
| Defendant | : | |
| YAN THOU, Individually and as Administrator of the Estates of Oeurn Mam, Deceased and Navy Yan, Deceased et al. | : : : : | Civil Action No. 05-0513 (KAJ) |
| Plaintiffs | : | |
| vs. | : | |
| PACK & PROCESS, INC. AND ST. PAUL MERCURY INSURANCE COMPANY | : : : | |
| Defendants | : | |

**DEFENDANTS' PETITION FOR LEAVE OF COURT TO FILE SUR REPLY TO PLAINTIFFS' REPLY IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT**

Defendants, Yan Thou, Individually and as Administrator of the Estate of Oeurn Mam, deceased, and Navy Yan, deceased, Chan Yan, Thuha Son, Chieu Thi Huynh, Maly Yan and Bay Thi Nguyen by and through his attorneys, Kline and Specter P.C., hereby submit Defendants' Petition for Leave of Court to File Sur Reply to the Plaintiffs' Reply in Support of their Motion for Summary Judgment, and avers as follows:

1. On August 7, 2006, Plaintiffs moved for Summary Judgment (D.I. 106).

2. On August 28, 2006, Defendants filed their Response in Opposition to the Motion for Summary Judgment (D.I. 111).

3. On September 7, 2006, Plaintiffs filed a Reply Brief in Support of their Motion for Summary Judgment (D.I. 117).

4. Plaintiffs' Reply Brief presents a contradictory argument that has not been previously asserted and requires clarification.

5. The aforementioned arguments contained in Plaintiffs' Reply Brief necessitates a Sur Reply in order to ensure this Court has all relevant information to properly decide the issues presented in Plaintiffs' Motion for Summary Judgment.

6. Defendants' respectfully request the Court's approval to file the attached Sur Reply in accordance with District of Delaware Local Rule 7.1.2 (c) which states in pertinent part, "No additional briefs, affidavits, or other papers in support of or in opposition to the motions shall be filed without prior approval of the Court." See District of Delaware Local Rule 7.1.2 (c).

**WHEREFORE**, Defendants respectfully request that this Honorable Court approve Defendants' Petition for Leave of Court to File Sur Reply to Plaintiffs' Reply in Support of their Motion for Summary Judgment.

Respectfully submitted,

**Weiss & Saville**, **P. A.**

BY: **S/Yvonne Takvorian Saville**
Yvonne Takvorian Saville, Esquire
1220 North Market Street, Suite 604
P.O. Box 370
Wilmington DE 19801
(302) 656-0400

DATED: 9/14/06                         and

**Kline & Specter, P.C.**

BY:     **S/ Joshua Van Naarden**
Jonathan Cohen, Esquire
Joshua Van Naarden, Esquire
1525 Locust Street, 19th Floor
Philadelphia PA 19102
215-772-1000