# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ST. PAUL MERCURY INSURANCE COMPANY, and PACK & PROCESS, INC. | : : : | |
|     Plaintiffs | : | |
|       vs | : | Civil Action No.   05-0022 (KAJ) |
| MALY YAN | : | |
|     Defendant | : | |

| | | |
|---|---|---|
| YAN THOU, Individually and as Administrator of the Estates of Oeurn Mam, Deceased and Navy Yan, Deceased et al. | : : : : : | |
|     Plaintiffs | : | Civil Action No.  05-0513 (KAJ) |
|       vs. | : | |
| PACK & PROCESS, INC. AND ST. PAUL MERCURY INSURANCE COMPANY | : : : | |
|     Defendants | : | |

**DEFENDANTS' PETITION FOR LEAVE OF COURT TO FILE SUR REPLY TO PLAINTIFFS' REPLY IN SUPPORT OF THEIR MOTION FOR <u>SUMMARY JUDGMENT</u>**

Respectfully submitted,

**Weiss & Saville**, **P. A.**
BY:   **S/Yvonne Takvorian Saville**
Yvonne Takvorian Saville, Esquire
1220 North Market Street
Suite 604
P.O. Box 370
Wilmington DE 19801
(302) 656-0400

DATED: 9/14/06                                    and

**Kline & Specter, P.C.**
BY:   **S/ Joshua Van Naarden**
Jonathan Cohen, Esquire
Joshua Van Naarden, Esquire
1525 Locust Street, 19th Floor
Philadelphia PA 19102
(215) 772-1000