**TABLE OF CONTENTS** **PAGE**

**TABLE OF CITATIONS** ............................................................................... i

**I.      INTRODUCTION**................................................................................ 1

**II.     ARGUMENT**

    **A. Maly Yan is a "Protected Person" Under the St. Paul Commercial General Liability Policy**..................................... 2

    **B. The Protected Person Provision of St. Paul's Umbrella Excess Policy is Ambiguous and Must be Construed in Favor of Maly Yan**................................................................... 3

**III.    CONCLUSION**.................................................................................. 5