**TABLE OF CITATIONS**

| | |
|---|---|
| **CASES:** (Sur Reply) | **PAGE** |
| Rhone-Poulenc Basic Chem. Co. v. Am. Motorists Ins. Co.<br>616 A.2d 1192, 1195 (Del.1992)........................................................ | 4 |
| Hallowell v. State Farm Mut. Auto. Ins. Co.<br>443 A.2d 925, 926 (Del.1982)......................................................... | 4 |
| **RULES AND STATUTES**: (Petition) | |
| District of Delaware Local Rule 7.1.2 (c)...................................... | 2 |