IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ST. PAUL MERCURY INSURANCE : COMPANY, and : PACK & PROCESS, INC. :         Plaintiffs :     vs. : MALY YAN :         Defendant : | Civil Action No. 05-0022 (KAJ) |
| YAN THOU, Individually and as : Administrator of the Estates of Oeurn : Mam, Deceased and Navy Yan, Deceased : et al. :         Plaintiffs :     vs. : PACK & PROCESS, INC. AND : ST. PAUL MERCURY INSURANCE : COMPANY :         Defendants : | Civil Action No. 05-0513 (KAJ) |

## **ORDER**

AND NOW this _____ day of _____, 2006, upon consideration of Defendants' Petition for Leave of Court to File Sur Reply to Plaintiffs' Reply in Support of their Motion for Summary Judgment, it is hereby ORDERED and DECREED that said Petition is GRANTED and Defendants are permitted to file their Sur Reply to the Plaintiffs' Reply.

_____
The Honorable Kent A. Jordan