### CERTIFICATE OF SERVICE

I, Joshua Van Naarden, Esquire, hereby certify that a true and correct copy of Defendants' Petition for Leave of Court to File Sur Reply to Plaintiffs' Reply in Support of their Motion for Summary Judgment was hereby served this 14th day of September, 2006, via E- file upon the following:

James B. Burns, Esquire
Deasey, Mahoney & Bender, LTD.
1800 John F. Kennedy Blvd.
Suite 1300
Philadelphia, PA 19103

J Ian Connor Bifferato
Joseph K. Koury
Bifferato, Gentilotti & Biden
1308 Delaware Avenue
P.O. Box 2165
Wilmington DE 19899

**WEISS AND SAVILLE, P.A.**

BY: S/Yvonne Takvorian Saville, Esquire
YVONNE TAKVORIAN SAVILLE, ESQUIRE
1220 North Market Street
Suite 604
P.O. Box 370
Wilmington DE 19801
(302) 656-0400

DATED:9/14/06                                    and

**KLINE & SPECTER, P.C.**

BY: S/Joshua Van Naarden, Esquire JRVN/6757
JONATHAN M. COHEN, ESQUIRE
JOSHUA VAN NAARDEN, ESQUIRE
1525 Locust Street, 19th Floor
Philadelphia PA 19102
(215) 772-1000

'