CERTIFICATE OF SERVICE

    I, Joseph K. Koury, hereby certify that on this, the 19th day of September, 2006, a copy of the foregoing **PLAINTIFFS' RESPONSE IN OPPOSITION TO DEFENDANTS' PETITION FOR LEAVE OF COURT TO FILE SUR REPLY TO PLAINTIFFS' REPLY IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT** was caused to be served upon the following in the manner so indicated:

**BY HAND**
Yvonne Takvorian Saville, Esq.
Weiss & Saville, P.A.
1220 N. Market Street, Suite 604
Wilmington, DE 19801

**BY MAIL**
Joshua Van Naarden, Esq.
Klien & Specter
1525 Locust Street, 19th Floor
Philadelphia, PA 19102

Joseph K. Koury (#4272)