## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

ST. PAUL MERCURY INSURANCE )
COMPANY )
       )
    and )
       )
PACK AND PROCESS, INC. )
       )
             Plaintiffs, )
      v. )
       )     Case No. 05-0022 (KAJ)
       )
MALY YAN )
       )
            Defendant. )
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
YAN THOU, et. al )
       )
       )
           Plaintiffs, )
       )
    v )
       )     Case No  05-0513 (KAJ)
       )
PACK & PROCESS, INC., et. al. )    CONSOLIDATED CASES
       )
           Defendants. )

## PROPOSED FINAL PRETRIAL ORDER

This matter comes before the Court at a Pretrial Conference held pursuant to Rule 16, Federal

Rules of Civil Procedure.

        **Plaintiff(s) counsel:  Lead Counsel**

                  Francis J. Deasey, Esquire
                  Henri Marcel, Esquire
                  Deasey, Mahoney & Bender, Ltd.
                  1800 John F. Kennedy Boulevard
                  Philadelphia, PA 19103

**Local counsel:**

> Ian Connor Biffferato, Esquire
> Joseph K. Koury, Esquire
> Bifferato, Gentilotti, Biden & Balick
> 1308 Delaware Avenue
> P.O. Box 2165
> Wilmington, DE 19899

**Defendants' Counsel: Lead Counsel**

> Jonathan M. Cohen, Esquire
> Kline & Specter
> 1525 Locust Street, 19[th] Floor
> Philadelphia, PA 19102

**Local Counsel:**

> Yvonne Takvorian Saville, Esquire
> Weiss & Saville
> 1220 Market Street, Suite 604
> P.O. Box 370
> Wilmington, DE 19899-0370

> Michael L. Sensor, Esquire
> Perry & Sensor
> First Federal Plaza, Suite 560
> P.O. Box 1568
> Wilmington, DE 19899

**Additional Defense Counsel:**

> Warren I. Siegel, Esquire
> Bernhardt & Rothermel
> 1515 Market Street
> Suite 1540
> Philadelphia, PA 19102

> Steven M. Dranoff, Esquire
> Dranoff Associates
> 121 South Broad Street, Suite 1210
> Philadelphia, PA 19107

Richard Costigan, Esquire
Costigan & Costigan
1315 Walnut Street, Suite 902
Philadelphia, PA 19107

Robert S. Miller, Esquire
Wapner, Newman, Wigrizer & Brecher
115 South 21st Street
Philadelphia, PA 19103

Ruben Honik, Esquire
Golomb & Honik, P.C.
121 South Broad Street, 9th Floor
Philadelphia, PA 19107

## I.    NATURE OF THE CASE

This is a Declaratory Judgment action instituted by St. Paul Mercury Insurance Company and

Pack & Process, Inc. (hereinafter collectively referred to as "Plaintiffs") wherein Plaintiffs seek a

ruling that Defendant, Maly Yan was not within the course and scope of her employment for Pack

& Process and/or acting as an agent for Pack & Process, and Defendants seek a ruling that she was

in the course and scope, acting as an agent or acting in a business related activity, at the time of a

fatal auto accident that occurred on June 18, 2001. As a result of the June 18, 2001 accident, Yan

Thou individually and as Administrator of the Estates of Oeurn Mam and Navy Yan and Chan Yan,

Thuha Son, Chieu Thi Huynh, filed a lawsuit for damages for personal injuries against Maly Yan in

the Court of Common Pleas of Philadelphia County on June 11, 2003, captioned as Thou, et al. v.

Yan, CCP March Term, No. 601508.

In addition to the above action filed against Maly Yan, the June 18, 2001 auto accident

resulted in the filing of other lawsuits against Maly Yan and other Defendants by both Maly Yan and

other passengers in the van being driven by Maly Yan at the time of the accident. The other cases,

all filed in the Philadelphia Court of Common Pleas consolidated for all purposes with the Yan Thou case by Order of the Court dated February 21, 2003. These consolidated cases were eventually dismissed from the Court of Common Pleas of Philadelphia County with leave to refile the actions in Delaware.

The present Declaratory Judgment action was instituted by St. Paul Mercury Insurance Company and Pack & Process on January 14, 2005. Subsequently, Yan Thou and other Plaintiffs whose cases had been dismissed by the Court of Common Pleas of Philadelphia County instituted a Declaratory Judgment action in the United States District Court for the Eastern District of Pennsylvania. That Declaratory Judgment action was transferred to the United States District Court for the District of Delaware, assigned Case No. 05-0513, and consolidated with the St. Paul Mercury Insurance Company, Pack & Process Declaratory Judgment action against Maly Yan.

The issues before the jury at this time are whether Maly Yan was an employee of Pack & Process acting within the course and scope of her employment for Pack & Process while transporting temporary workers to and from the Pack & Process factory at the time of the June 18, 2001 accident.

## II.    JURISDICTION

A.    This is an action for declaratory relief filed by Plaintiffs, St. Paul Mercury Insurance Company and Pack & Process, Inc. pursuant to 28 U.S.C. § 2201.

B.    The jurisdiction of the Court is not disputed.

1.    This Honorable Court has jurisdiction over this action pursuant to the provisions of 28 U.S.C. § 1332. Venue is proper pursuant to 28 U.S.C. § 1391(a)(2).

### III.   UNCONTROVERTED FACTS

The following facts are not disputed or have been agreed to or stipulated to by the parties:

On or about June 18, 2001, Oeurn Mam and Navy Yan and Chan Yan, Thuha Son, Chieu Thi Huynh

were returning from work at Pack & Process and were passengers in a 1992 Dodge Ram van, bearing

Pennsylvania license plate No. DZK8292, traveling northbound on I-495 towards Philadelphia.  The

1992 Dodge Ram van was owned and operated by Maly Yan.

### IV.   AGREED TO ISSUES OF LAW

The parties cannot agree to the issues of law to be decided by the Court.

### V.   WITNESSES

A.   List of witnesses the Plaintiff expects to call, including experts:

1.   Expert Witnesses - Plaintiffs, St. Paul Mercury Insurance Company and Pack
& Process do not anticipate calling any expert at time of trial.

2.   Non-expert Witnesses - St. Paul Mercury Insurance Company and Pack &
Process anticipate calling the following witnesses at time of trial.

(a)   Steven Ames
Pack & Process, Inc.
P.O. Box 883
New Castle, DE 19720

(b)   Cheryl Adkins
53 Spring Creek Drive
Towns End, Del.

(c)   Sterling Newsome
1609 South 8th Street
Philadelphia, PA 19148

(d)   Robert Macknis
1104 Christiana Meadows

5

Bear, DE 19701

(e)    Michael E. Warren, Esquire
St. Paul Travelers
3097 Satellite Boulevard
Duluth, GA 30096

(f)    By deposition - Maly Yan

(g)    By deposition - Yan Thou

B.    List of witnesses Defendants expect to call, including experts:

1.    <u>Expert Witnesses</u>

Steven M. Schorr, P.E.
Corner of Old York Road &
Hamilton Avenue
1603 Old York Road
Abington, PA 19001

David L. Hopkins, ASA, MAA
15 Union Hill Road
West Conshohocken, PA 19428

S. Ross Noble, M.D.
200 Reading Avenue
Suite 102
West Reading, PA 19611

Sgt. Matthew Cox
DE State Police
Fatal Accident Investigation and Reconstruction Team
300 North Walnut Street
Wilmington, DE 19801

Dr. Ritu Prasad, M.D.
Christiana Care Hospital
4755 Ogletown-Stanton Road
Newark, DE 19718

Dr. Harvey S. Benn, D.O.
500 Washington Avenue

6

Philadelphia, PA 19147

Dr. Ira C. Sachs, D.O.
Philadelphia Orthopedic Group
Adelphia Orthopedic Assoc. 1925 South Broad Street
Philadelphia, PA 19148

Dr. Marc Zimmerman
2410-14 S. Broad Street, Ste. 200
Philadelphia, PA 19145

Dr. J. Rush Fisher, M.D.
Christiana Care Hospital
4755 Ogeltown-Stanton Road
Newark, DE 19718

Dr. Ahuva Oren, M.D.
Ambulatory Care Center, Inc.
1101 Snyder Avenue
Philadelphia, PA 19148

Dr. Mark D.T. Allen, M.D.
855 Est Hunting Park Avenue
Philadelphia, PA 19124

2.      Non-expert Witnesses

Yan Thou
2007 South 9th Street
Philadelphia, PA 19148

Chan Yan
2307 South 9th Street
Philadelphia, PA 19148

Thuha Son
534 Reed Street
Philadelphia, PA 19148

Chieu Thi Huynh
402 Tree Street
Philadelphia, PA 19148

Maly Yan
2007 South 9th Street
Philadelphia, PA 19148

Bay Thi Nguyen
1530 Beulah Street
Philadelphia, PA 19147

Unchalee Vong
642 Wharton Street
Philadelphia, PA 19147

Donkeo Phravichit
2326 South 7th Street
Philadelphia, PA 19148

Kusti Leman
1641 Hicks Street
Philadelphia, PA 19145

Tjajah Chandra as mother and
Legal guardian of Lani Chandra and
Lani Chandra
Pademangan 3 Raya
Gang 1 No. 42
RT 02-RW o9
Jakarta Timur, Indonesia 14410

Zair Shah
2318 South 7th Street
Philadelphia, PA 19148

Khan Gul
640 Moyamensing Avenue
Philadelphia, PA 19148

Salim Khan
420 Woodefile Road
Upper Darby, PA 19082

Mohammed Sardar Khan as
Co-Administrators of the Estate of
Mohammed Azim

8

2408 South 8th Street
Philadelphia, PA 19148

Soly Chan, Administrator of the
Estate of Lang Kehm, deceased, a/k/a
Lang Chhay
1918 Newkirk Street
Philadelphia, PA 19145

Thorn Bun Khem, as Administrator
Of the Estate of Lam Khem, deceased
4601 Halley Circle
Glen Allen, VA 23060

Charles R. Reistle, Sr.
115 5th Lot 89
Delaware City Mobil Park Home
Delaware City, DE 19706

Steven Ames
15 Walnut ridge Road
Greenville, DE

Rick Pretzler
Medical Examiners Office
200 South Adams Street
Wilmington, DE 19801

William B. Anderson
442 Cynthia Avenue
Penndel, PA 19047

Michael C. Bright
247 Sigel Street
Philadelphia, PA 19148

David Lam
Lam Personnel Services, Inc.
520 E. Erie Avenue, #6
Philadelphia, PA 19134

Sterling Newsome
16-9 South 8th Street

9

Philadelphia, PA 19148

Cheryl L. Stanisziewski
136 Chestnut Drive
Elkton, MD 21921

Robert Macknis
1104 Christiana Meadows
Bear, DE 19701

Susi Hadi
1609 South 8th Street
Philadelphia, PA 19148

Michael Warren, V.P.
Traveler's Property Casualty Insurance Company

## VI.    EXHIBITS

### A.    Plaintiffs' Proposed Exhibits:

1.    Complaint for Declaratory Judgment filed in U.S.D.C. for District of Delaware, No. 05-0022

2.    Amended Complaint for Declaratory Judgment w/Exhibit "A"

3.    Maly Yan's Answer to Amended Complaint

4.    Defendants' Answer to Amended Indemnification and Declaratory Judgment Complaint with

      Affirmative Defenses and Counterclaim for Declaratory Judgment

5.    Plaintiffs' Answer and Reply to Defendant Maly Yan's First Crossclaim/counterclaim

6.    St Paul's Answer to Amended Dec Action and counterclaim

7.    Defendants' Self-Executing Disclosure Statement

8.    Interrogatories of St Paul to Yan Thou

9.    Yan Thou's Answers to Interrogatories

10.    Request to Produce of St Paul to Yan Thou and Yan Thou's Answers thereto

10

11.    Interrogatories of St. Paul to Chan Yan and Chan Yan's Answers thereto

12.    Request to Produce of St Paul to Chan Yan and Chan Yan' Answers thereto

13.    Interrogatories of St Paul to Thua Son and Thua Son's Answers thereto

14.    Request to Produce of St Paul to Thua Son and Thua Son's Answers thereto

15.    Interrogatories of St Paul to Maly Yan and Maly Yan's Answers thereto

16.    Request to Produce of St Paul to Maly Yan and Maly Yan' Answers thereto

17.    Interrogatories of St Paul to Chieu Thi Huynh and Chieu Thi Huynh's Answers thereto

18.    Request to Produce of St Paul to Chieu Thi Huynh and Chieu Thi Huynh's Answers thereto

19.    Interrogatories of St. Paul to Soly Chan and Soly Chan's Answers thereto

20.    Request to Produce of St Paul to Soly Chan and Soly Chan's Answers thereto

21.    Interrogatories of St. Paul to Thorn Bun Khem and Thorn Bun Khem's Answers thereto

22.    Request to Produce to Thom Bun Khem and Thorn Bun Khem's Answers thereto

23.    Interrogatories of St Paul to Unchalee Vong and Unchalee's Answers thereto

24.    Request to Produce to Unchalee Vong and Unchalee Vong's Answers thereto

25.    Interrogatories of St Paul to Kusti Leman and Kusti Leman's Answers thereto

26.    Request to Produce to Kusti Leman and Kusti Leman's Answers thereto

27.    Interrogatories of St Paul to Tjajah Chandra for Lani Chandra and Tjajah Chandra for Lani Chandra Answers thereto

28.    Request to Produce to Tjajah Chandra for Lani Chandra and Tjajah Chandra for Lani Chandra's Answers thereto

29.    Bay Thi Nguyen's Answers to Interrogatories from St. Paul

30.    Request to Produce to Bay Thi Nguyen and Bay Thi Nguyen's Answers thereto

11

31.    Supplemental Responses to St. Paul from Maly Yan, Yan Thou and Chair YanYan

32.    Defendants' Supplemental Responses to Plaintiffs Request for Production of Documents

33,    Insurance Interrogatories to Pack& Process and Pack & Process' Answers thereto

34.    Request to Produce to Pack and Process and Pack and Process' Responses thereto

35.    Interrogatories to Pack and Process and Pack and Process' Answers thereto

36.    MalyYan, et al's Motion for Suimnary Judgment as to Agency

37.    Defendants' Reply to Plaintiffs' Motion for Summary Judgment as to Agency

38.    Appendix of Evidence in Support of Defendants' Answering Brief in Opposition
to Plaintiffs' Motion for Summary Judgment as to Agency

39.    St. Paul Mercury and Pack & Process' Motion for Summary Judgment

40.    Plaintiffs' Response to Defendants' Motion for Summary Judgment

41.    Defendant Maly Yan's Answering Brief in Opposition to St Paul Mercury and Pack &
Process' Motion for Summary Judgment and Appendix

42.    St. Paul Mercury and Pack & Process' Reply Brief in Support of their Motion for Summary
Judgment

43.    Defendants' Petition for Leave of Court to File Sur Reply to Plaintiff's Reply in Support of
their Motion for Summary Judgment

44.    Plaintiffs' Response in Opposition to Defendants' Petition for Leave of court to File
Sur Reply to Plaintiffs' Reply in Support of their Motion for Summary Judgment

45.    Deposition transcript and exhibits of Maly Yan taken April 27, 2006

46.    Deposition transcript and exhibits of Cheryl Staniszewski taken June 26, 2006

47.    Deposition transcript and exhibits of Sterling Newsome taken June 29, 2006

48.    Deposition transcript and exhibits of Robert Macknis taken June29, 2006

49.    Deposition transcript and exhibits of Michael Warren taken September 26, 2006

50.    Affidavit of Sterling Newsome

51.    Supplemental Affidavit of Sterling Newsome

52.    Affidavit of Cheryl L. Stanisiewski

53.    Affidavit of Robert Macknis

54.    Affidavit of Susi Hadi.

55    St. Paul Insurance Policy

56    Statement of Maly Yan taken on 8/2/01 by American Independent Insurance

57.    Purchase Order 901 - Contract between Lam Staff, Inc. and  Pack & Process, Inc.

58.    Pack & Process copies of checks and cancelled checks payable to Lam Staff, Inc.

59.    Certificate of Liability Insurance - Lam Staff, Inc.

60    Maly Yan's time sheets

61.    Lam Staff, Inc. - Invoices to Pack & Process for payment of employees' hours
       (w/rate of pay)

62.    Pack & Process employment records of ChanYan

63.    Pack & Process employment records/correspondence of Maly Yan

64.    Lam Staff, Inc  Factory Workers' Hours

65.    Lam Staff, Inc. - Invoices for Pack & Process for payment of employees' hours

66.    Pack & Process, Inc. - Driver information records

67.    Copy of W2 Taxes for (2001) for Maly Yan

68.    Copies of Pack & Process, Inc.'s  Petty Cash Receipts from January through June, 2001

69.    Pennsylvania Commercial Driver's License Manual

70.    State of Delaware Commercial Driver's License Manual

71.    Subpoenaed records from Social Security Administration on Maly Yan and Yan Thou

72.    Subpoenaed records from Department of Welfare on Maly Yan

73.    Subpoenaed records from Bureau of Driver Licensing on Maly Yan

74.    Subpoenaed records from Bureau of Driver Licensing on Yan Thou

75.    Subpoenaed records from Department of Welfare on Yan Thou

76.    Subpoenaed records from Bureau of Driver Licensing on Chan Yan

77.    St. Paul's Answers to All Interrogatories propounded by the defense

78.    St. Paul's Responses to All Requests for Production of Documents propounded by the
       defense

**B.    Defendants' Proposed Exhibits:**

1.    Civil Action Complaint filed in CCP Philadelphia County, March Term, 2003, No. 001293

2.    Complaint for Declaratory Judgment filed in USDC. for District of Delaware, No. 05-0022

3.    Amended Complaint for Declaratory Judgment w/Exhibit "A "

4.    Maly Yan's Answer to Amended Complaint

5    Defendants' Answer to Amended Indemnification and Declaratory Judgment
       Complaint with Affirmative Defenses and Counterclaim for Declaratory Judgment

6.    Plaintiffs' Answer and Reply to Defendant Maly Yan's First Crossclaim/Counterclaim

7    St. Paul's Answer to Amended Dec Action and Counterclaim

8.    St. Paul and Pack & Process' Self-Executing Disclosure

9.    Defendants' Self-Executing Disclosure

10.     Interrogatories of St Paul to Yan Thou

11.     Yan Thou's Answers to Interrogatories

12.     Request to Produce of St Paul to Yan Thou and Yan Thou's Answers thereto

13.     Interrogatories of St. Paul to Chan Yan and Chan Yan's *Ans*wers thereto

14.     Request to Produce of St Paul to Chan Yan and Chan Yan' Answers thereto

15.     Interrogatories of St Paul to Thua Son and Thua Son's Answers thereto

16.     Request to Produce of St Paul to Thua Son and Thua Son's Answers thereto

17.     Interrogatories of St Paul to Maly Yan and Maly Yan's Answers thereto

18.     Request to Produce of St Paul to Maly Yan and Maly Yan' Answers thereto

19.     Interrogatories of St Paul to Chieu Thi Huynh and Chieu Thi Huynh's Answers thereto

20.     Request to Produce of St Paul to Chieu Thi Huynh and Chieu Thi Huynh's Answers thereto

21.     Interrogatories of St. Paul to Soly Chan and Soly Chan's Answers thereto

22.     Request to Produce of St Paul to Soly Chan and Soly Chan*'s* Answers thereto

23.     Interrogatories of St. Paul to Thorn Bun Khem and Thorn Bun Khem's Answers thereto

24.     Request to Produce to Thom Bun Khem and Thorn Bun Khem**'s A**nswers thereto

25.     Interrogatories of St Paul to Unchalee Vong and Unchalee's Answers thereto

26.     Request to Produce to Unchalee Vong and Unchalee Vong's Answers thereto

27.     Interrogatories of St Paul to Kusti Leman and Kusti Leman's Answers thereto

28.     Request to Produce to K.usti Leman and Kusti Leman's Answers thereto

29.     Interrogatories of St Paul to Tjajah Chandra for Lani Chandra and Tjajah Chandra for Lani Chandra Answers thereto

30.     Request to Produce to Tjajah Chandra for Lani Chandra and Tjajah Chandra for Lani

Chandra's Answers thereto

31. Bay Thi Nguyen's Answers to Interrogatories from St. Paul

32. Request to Produce to Bay Thi Nguyen and Bay Thi Nguyen's Answers thereto

33. Supplemental Responses to St. Paul from Maly Yan, Yan Thou and Chair YanYan

34. Defendants' Supplemental Responses to Plaintiffs Request for Production of Documents

35. Insurance Interrogatories to Pack& Process and Pack & Process' Answers thereto

36. Request to Produce to Pack and Process and Pack and Process' Responses thereto

37. Interrogatories to Pack and Process and Pack and Process' Answers thereto

38. Maly Yan, et al's Motion for Summary Judgment as to Agency

39. Defendants' Reply to Plaintiffs' Motion for Summary Judgment as to Agency

40. Appendix of Evidence in Support of Defendants' Answering Brief in Opposition
    to Plaintiffs' Motion for Summary Judgment as to Agency

41. St. Paul Mercury and Pack & Process' Motion for Summa y Judgment

42. Plaintiffs' Response to Defendants' Motion for Summary Judgment

43. Defendant Maly Yan's Answering Brief in Opposition to St. Paul Mer ury and Pack &
    Process' Motion for Summary Judgment and Appendix

44. St. Paul Mercury and Pack & Process' Reply Brief in Support of their Motion for Summary
    Judgment

45. Defendants' Petition for Leave of Court to File Sur Reply to Plaintiff's Reply in Support of
    their Motion for Summary Judgment

46. Plaintiffs' Response in Opposition to Defendants' Petition for Leave of court to File
    Sur Reply to Plaintiffs' Reply in Support of their Motion for Summary Judgment

47. Defendants' Application for Oral Argument

48. Plaintiffs' Application for oral Argument

49. Deposition transcript and exhibits of Steven Ames taken September 18, 2006

50. Deposition transcript and exhibits of Maly Yan taken September 24, 2003

51. Deposition transcript and exhibits of Chan Yan taken September 26, 2003

52. Deposition transcript and exhibits of Yan Thou taken September 26, 2003

53. Deposition transcript and exhibits of Bay Thi Nguyen taken September 26, 2003

54. Deposition transcript and exhibits of Richard Fetters taken September 29, 2003

55. Deposition transcript and exhibits of Richard Reistle taken September 29, 2003

56. Deposition transcript and exhibits of Maly Yan taken April 27, 2006

57. Deposition transcript and exhibits of Cheryl Staniszewski taken June 26, 2006

58. Deposition transcript and exhibits of Sterling Newsome taken June 29, 2006

59. Deposition transcript and exhibits of Robert Macknis taken June29, 2006

60. Deposition transcript and exhibits of Michael Warren taken September 26, 2006

61. Affidavit of Sterling Newsome

62. Supplemental Affidavit of Sterling Newsome

63. Affidavit of Cheryl L. Stanisiewski

64. Affidavit of Robert Macknis

65. Affidavit of Susi Hadi

66. St. Paul Insurance Policy.

67. St. Paul letter to Pack & Process regarding handling of 6/18/01 loss

68. Statement of Maly Yan taken on 8/2/01 by American Independent Insurance

69.    Documents of Continental Insurance Company produced by MCS

70     Purchase Order 901 - Contract between Lam Staff, Inc. and Pack & Process, Inc.

71.    Pack & Process copies of checks and cancelled checks payable to Lam Staff, Inc.

72.    Certificate of Liability Insurance - Lam Staff, Inc.

73.    Maly Yan's time sheets

74.    Lam Staff, Inc. - Invoices to Pack & Process for payment of employees' hours
       (w/rate of pay)

75     Pack & Process employment records of ChanYan

76.    Pack & Process employment records/correspondence of Maly Yan

77.    First Financial Insurance Company policy

78.    Lam Staff, Inc. Factory Workers' Hours

79.    Lam Staff, Inc. - Invoices for Pack & Process for payment of employees' hours

80.    Pack & Process, Inc. Driver information records

81.    Documents produced by Pack & Process for deposition of Steven Ames on 9/18/03

82.    State of Delaware Uniform Traffic Collision Report

83.    Rendering of accident scene

84.    Visual depiction of accident reconstruction

85.    Photographs of accident scene and victims

86.    Autopsy reports and death certificates of Navy Yan and Oeurn Mam

87.    Expert Report and C.V. of S. Ross Noble, M.D.

88.    Expert Report and C.V. of Steven Schorr, P.E.

89.    Expert Report and C.V. of David Hopkins, ASA, MAAA

18

90.    Non-Jury Trial hearing transcript before Judge Moss on January 14, 2005

91.    Non-Jury Trial (Volume III) Hearing transcript before Judge Moss on January 20, 2005

92.    $10,228,467.00 Judgment entered in <u>Yan Thou v. Maly Yan</u>, C.C.P., Phila., County, June

Term, 2003, No. 1508

## VII.  <u>DAMAGES</u>

As to Plaintiffs St. Paul Mercury Insurance Company and Pack & Process, Inc., monetary

damages are not sought.  Rather, Plaintiffs St. Paul Mercury Insurance Company and Pack &

Process, Inc. request the following declarations:

1.    That Plaintiff St. Paul has no obligation under the Policy to provide indemnity to any

party in connection with the Accident or the Underlying Tort Actions, and that Maly Yan was not

acting in the course and scope of her employment with Pack & Process, Inc. at the time of the

Accident.

As to Defendants Maly Yan, et al., the following declarations are sought:

1.    On June 18, 2001, Maly Yan was an agent/employee of Pack & Process and was

acting in the course and scope of her employment with Pack & Process while transporting employees

to and from the Pack & Process factory.

2.    On June 18, 2001, Maly Yan was performing a duty related to the conduct of Pack

& Process' business while transporting employees to and from the Pack and Process factory.

3.    Pack & Process is responsible to pay the entire judgment imposed upon Maly Yan

in the matter of <u>Yan Thou, et al. v. Maly Yan</u>, June Term 2003, No. 1503 (less payment from St.

Paul, as the insurance carrier for Pack and Process).

19

4.    St. Paul, as the insurance carrier for Pack & Process is responsible to pay for Maly Yan's actions in the matter of <u>Yan Thou, et al. v. Maly Yan</u>, June Term 2003, No. 1503 in the amount of the verdict imposed upon Maly Yan, on January 20, 2005, up to and including their policy limits, for negligent acts performed by her while working as an agent/ employee of Pack & Process on June 18, 2001.

5.    That St. Paul indemnify Pack & Process and Maly Yan; and that Pack & Process indemnify Maly Yan; that both St. Paul and Pack & Process must pay Yan Thou, Individually and as Administrator of the Estate of Ouern Mam, Deceased and Navy Yan, Deceased, Chan Yan, Thuha Son, Chieu Thi Huynh the total amount of the judgment in the matter of <u>Thou, et al. v. Yan</u>, Docket No. 030601508.

## VIII.  <u>BIFURCATED TRIAL</u>

Plaintiffs, St. Paul Mercury Insurance Company and Pack & Process do not require a bifurcated trial since Plaintiffs believe the only issue to be decided by this jury is whether Maly Yan was an employee acting within the course and scope of her employment for Pack & Process at the time of the June 18th accident.

## IX.  <u>TRIAL BRIEFS</u>

## <u>MOTIONS IN LIMINE</u>

(a)  Plaintiffs make a Motion in Limine to preclude Defendant from introducing evidence regarding the circumstances surrounding the happening of the accident or the damages sustained by the occupants in the van. The sole question before the jury is whether Maly Yan's actions in driving the van, as opposed to her potential negligence in operating the van, were within the course and scope of her employment with Pack & Process. As such, evidence regarding the circumstances

20

surrounding the happening of the accident or the damages sustained by the occupants in the van is irrelevant under Federal Rule of Evidence 402 and, therefore, inadmissible.

(b)   Plaintiffs make a Motion in Limine to preclude Defendant from introducing evidence regarding the trial before Judge Moss in the Philadelphia, Pennsylvania Court of Common Pleas, including evidence regarding Judge Moss' verdict at the trial. Judge Moss' finding and ultimate decision is not binding upon St. Paul Mercury Insurance Company or Pack & Process since neither were parties to that action. As such, any evidence regarding the trial before Judge Moss is irrelevant under Federal Rule of Evidence 402 and, therefore, inadmissible.

(c )   Plaintiffs make a Motion in Limine to preclude Defendant from introducing evidence of her subjective belief , based on her conversation with Sterling Newsome, that it was part of her job to transport temporary workers to and from Pack & Process.  The relevant criteria for determining whether Defendant's conduct in driving the van  was within the course and scope of her employment with Pack & Process are set forth in § 228-229 of the Restatement 2d of Agency, *supra*. As such, Defendant's subjective belief is irrelevant, and inadmissible under Federal Rule of Civil Procedure 402.

(d)     Plaintiffs make a Motion in Limine to preclude Defendant from introducing evidence from her expert witnesses, non-expert witnesses Charles R. Reistle, Sr., Rick, Pretzler, William Anderson, and Michael Bright, and defendants' proposed exhibits 1, 53-55, and 83-91. None of the testimony from defendant's expert witnesses, the above-named non-expert witnesses or the above-referenced exhibits are relevant to the issues before this Court in this matter, and as such they are irrelevant and inadmissible under Federal Rule of Civil Procedure 402.

21

(e)    Defendants make a Motion in Limine to preclude at trial any mention of the amount of the verdict and the entry of judgment in the case tried against Maly Yan in Philadelphia, Pennsylvania.

## X.    LIMITATIONS, RESERVATIONS AND OTHER MATTERS

A.    Length of Trial

The probable length of trial is 3-4 days. The case is listed for trial beginning January 29, 2007.

Mark appropriate box

Jury __X___                Non Jury_____

B.    Number of Jurors

There shall be 12 jurors and two alternate jurors.

C.    Jury Voir Dire - pursuant to this Honorable Court's Trial Management Order, the Court will conduct voir dire. Plaintiffs, St. Paul Mercury Insurance Company and Pack & Process request this Honorable Court to include the following voir dire questions: