## ORDER

IT IS ORDERED that this Final Pretrial Order may be modified at the trial of this action, or prior thereto, to prevent manifest injustice or for good cause shown. Such modification may be made either on application of counsel for the parties or a motion to the Court.

DATE:_____

_____
United States District Court Judge

Approved as to form and substance:

**DEASEY, MAHONEY & BENDER, LTD.**

/s/ Francis J. Deasey

By:_____
Francis J. Deasey, Esquire
Henri Marcel, Esquire
1800 John F. Kennedy Boulevard
Suite 1300
Philadelphia, Pa 19103-2978
(215) 587-9400

**KLINE & SPECTER**

/s/ Jonathan M. Cohen

By:_____
Jonathan M. Cohen, Esquire
1525 Locust Street, 19th Floor
Philadelphia, PA 19102
(215) 772-1000

**BIFFERATO, GENTILOTTI, BIDEN & BALICK**

/s/ Joseph K. Koury (#4272)

By:_____
Ian Connor Biffferato (#3273)
Joseph K. Koury (#4272)
1308 Delaware Avenue
P.O. Box 2165
Wilmington, DE 19899
(302) 429-1900

**WEISS & SAVILLE**

/s/ Yvonne Takvorian Saville (#3430)

By:_____
Yvonne Takvorian Saville (#3430)
1220 Market Street, Suite 604
P.O. Box 370
Wilmington, DE 19899-0370
(302) 656-0400

**PERRY & SENSOR**

By: /s/ *Michael L. Sensor, Esq. (#3541)*
_____
Michael L. Sensor (#3541)
First Federal Plaza, Suite 560
P.O. Box 1568
Wilmington, DE 19899-1568
(302) 656-4482