IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ST. PAUL MERCURY INSURANCE COMPANY | ) ) ) | |
| and | ) ) | |
| PACK AND PROCESS, INC. | ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | Case No. 05-0022 (MPT) |
| | ) | |
| MALY YAN | ) ) ) | |
| Defendant. | ) | |
| ************************************** | | |
| YAN THOU, et. al | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| | ) | Case No. 05-00513 (MPT) |
| PACK & PROCESS, INC., et. al. | ) ) | CONSOLIDATED CASES |
| Defendants. | ) ) | |

## JOINT STATUS REPORT

Pursuant to this Court's December 18, 2006 Scheduling Order, the parties to this consolidated action hereby submit this joint status report.

This is a consolidated Declaratory Judgment action instituted by St. Paul Mercury Insurance Company and Pack & Process, Inc. (hereinafter collectively referred to as "Plaintiffs") wherein Plaintiffs in the lead action seek a ruling that Defendant, Maly Yan was not within the course and scope of her employment for Pack & Process and/or acting as an agent for Pack & Process, and Plaintiffs in the consolidated action seek a ruling that Maly Yan was in the course

and scope, acting as an agent or acting in a business related activity at the time of a fatal auto accident that occurred on June 18, 2001. (*See also* Proposed Final Pretrial Order at D.I. 124).

Plaintiffs in the lead action filed a Motion for Summary Judgment on August 7, 2006, at D.I. 106. Plaintiffs in the consolidated action filed a Motion for Summary Judgment on August 4, 2006, at D.I. 105. Briefing on the Motion for Summary Judgment filed by Plaintiffs in the lead action was completed on September 1, 2006. Briefing on the Motion for Summary Judgment filed by Plaintiffs in the consolidated action was completed on September 7, 2006, with Plaintiffs in the consolidated action moving for leave to file a sur-reply in support of their summary judgment motion on September 14, 2006, which motion Plaintiffs in the lead action opposed by response dated September 19, 2006. All parties have applied for oral argument regarding their respective summary judgment motions.

Discovery in this consolidated action has been completed. The original scheduling order relative to this matter set forth a pre-trial conference date of January 8, 2006 and a trial date of January 29, 2006. This matter is not scheduled for mediation and no Court-annexed mediation has occurred following an initial exploration of same with Magistrate Judge Thynge. The parties have not discussed settlement independent of any formal ADR.

**BIFFERATO GENTILOTTI & BALICK**

*/s/ Joseph K. Koury (#4272)*

By:_____
Ian Connor Biffferato (#3273)
Joseph K. Koury (#4272)
1308 Delaware Avenue
P.O. Box 2165
Wilmington, DE 19899
(302) 429-1900

**WEISS & SAVILLE**

*/s/ Yvonne Takvorian Saville (#3430)*

By:_____
Yvonne Takvorian Saville (#3430)
1220 Market Street, Suite 604
P.O. Box 370
Wilmington, DE 19899-0370
(302) 656-0400

PERRY & SENSOR

By: */s/ Michael L. Sensor, Esq (#3541)*
_____
      Michael L. Sensor (#3541)
      First Federal Plaza, Suite 560
      P.O. Box 1568
      Wilmington, DE 19899-1568
      (302) 656-4482