IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ST. PAUL MERCURY INSURANCE COMPANY, and PACK AND PROCESS, INC., | : : : : | |
| Plaintiffs, | : : | |
| v. | : : | Civil Action No. 05-22-*** (MPT) |
| MALY YAN, | : : : | |
| Defendant. | : : | |
| YAN THOU, et al., | : : : | |
| Plaintiffs, | : : | |
| v. | : : | Civil Action No. 05-513-*** (MPT) |
| PACK & PROCESS, INC., et al., | : : | CONSOLIDATED CASES |
| Defendants. | : : | |

## ORDER

At Wilmington this **4th** day of **January, 2007**.

IT IS ORDERED that a status teleconference has been scheduled for **Tuesday, January 16, 2007 at 12:00 Noon** with Magistrate Judge Thynge. **Plaintiffs' counsel shall initiate the teleconference call.** Counsel are to advise the Magistrate Judge by fax on or before **Thursday, January 11, 2007**, the names of those participating in the teleconference.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court

immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge<br>UNITED STATES MAGISTRATE JUDGE