## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

ST. PAUL MERCURY INSURANCE     )
COMPANY and PACK AND     )
PROCESS, INC.,     )
    )
              Plaintiffs,     )
      v.     )
    )     Case No. 05-22 *** (MPT)
MALY YAN     )
              Defendant.     )
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
YAN THOU, et. al     )
              Plaintiffs,     )
      v.     )     Case No. 05-513 *** (MPT)
    )
PACK & PROCESS, INC., et. al.     )
    )     CONSOLIDATED CASES
              Defendants.     )
_____)

## STIPULATED CONSENT TO THE EXERCISE OF JURISDICTION BY MAGISTRATE
## JUDGE MARY PAT THYNGE

In accordance with the provisions of 28 U.S.C. § 636(c), Fed.R.Civ.P. 73, and D. Del. LR

73.1, the parties in these cases consent to have United States Magistrate Judge Mary Pat Thynge

conduct any and all proceedings in these cases, including the trial, order of the entry of a final

judgment, and all post-judgment proceedings, with any appeal from a judgment entered by

Magistrate Judge Thynge taken directly to the United States Court of Appeals for the Third

Circuit, in the same manner as an appeal from any other judgment of the United States District

Court for the District of Delaware.

**BIFFERATO, GENTILOTTI &
BALICK, L.L.C.**

*/s/ Joseph K. Koury (#4272)*

By:_____
          Ian Connor Biffferato (#3273)
          Joseph K. Koury (#4272)
          1308 Delaware Avenue
          P.O. Box 2165
          Wilmington, DE 19899
          (302) 429-1900

*Attorneys for St. Paul Mercury Insurance Company
and Pack and Process, Inc*

**WEISS & SAVILLE**

*/s/ Yvonne Takvorian Saville (#3430)*

By:_____
          Yvonne Takvorian Saville (#3430)
          1220 Market Street, Suite 604
          P.O. Box 370
          Wilmington, DE 19899-0370
          (302) 656-0400

*Attorneys for Maly Yan*

**PERRY & SENSOR**

*/s/ Michael L. Sensor, Esq. (#3541)*

By:_____
          Michael L. Sensor (#3541)
          First Federal Plaza, Suite 560
          P.O. Box 1568
          Wilmington, DE 19899-1568
          (302) 656-4482

*Attorneys for Uchalee Vong and Lawrence
Vong, h/w, Donkeo Phravichit, Kusti
Leman, Asan H. Oh, Tjajah Chandra, Lani
Chandra, Zair Shah, Khan Gul, Salim Khan,
Mohammad Khan, Azim Mohammad and
Rahmat, Soly Chan, and Thorn Bun Khem*

## ORDER OF REFERENCE

IT IS ORDERED that these cases be referred to United States Magistrate Judge Mary Pat Thynge, to conduct all proceedings and order the entry of judgment in accordance with 28 U.S.C. § 636(c), Fed.R.Civ.P. 73, and D. Del. LR 73.1.

_____
Date