IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ST. PAUL MERCURY INSURANCE COMPANY | ) ) ) | |
| and | ) ) | |
| PACK AND PROCESS, INC. | ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 05-22 *** (MPT) |
| MALY YAN | ) ) ) | |
| Defendant. | ) | |
| ****************************************** | | |
| YAN THOU, et. al | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | Case No. 05-513 *** (MPT) |
| PACK & PROCESS, INC., et. al. | ) ) ) | CONSOLIDATED CASES |
| Defendants. | ) | |

**SUBSTITUTION OF COUNSEL**

PLEASE WITHDRAW the appearance of Joseph K. Koury as counsel on behalf of St. Paul Mercury Insurance Company and Pack and Process, Inc. in the above-captioned action; and

PLEASE ENTER the appearance of James E. Drnec as counsel on behalf of St. Paul Mercury Insurance Company and Pack and Process, Inc. in the above-captioned action.

BIFFERATO GENTILOTTI & BALICK, L.L.C.

_____          _____
Joseph K. Koury (#4272)                  James E. Drnec (#3789)
1308 Delaware Avenue                     1308 Delaware Avenue
P.O. Box 2165                            P.O. Box 2165
Wilmington, DE 19899                     Wilmington, DE 19899
(302)429-1900                            (302)429-1900

## CERTIFICATE OF SERVICE

I hereby certify that on this, the 26th day of January, 2007, a copy of the foregoing *Substitution of Counsel* was caused to be served via First Class Mail upon the following:

Yvonne Takvorian Saville
**WEISS & SAVILLE**
1220 Market Street, Suite 604
P.O. Box 370
Wilmington, DE 19899-0370

Michael L. Sensor
**PERRY & SENSOR**
First Federal Plaza, Suite 560
P.O. Box 1568
Wilmington, DE 19899-1568

By: _____
James E. Drnec (#3789)
Bifferato Gentilotti & Balick, LLC
1308 Delaware Avenue
Wilmington, DE 19806