IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

------------------------------ x
:
ST. PAUL MERCURY INSURANCE : C.A. No.: 05-0022-MPT
COMPANY and PACK & :
PROCESS, INC. :
:
Plaintiff, :
:
v. :
:
MALY YAN, :
:
Defendant. :
------------------------------ x
:
YAN THOU, et al., : C.A. No.: 05-0513-MPT
:
Plaintiffs, :
: CONSOLIDATED CASES
v. :
:
PACK & PROCESS, INC., et al., :
:
Defendants. :
------------------------------ x

## SUBSTITUTION OF COUNSEL

PLEASE WITHDRAW the appearance of James E. Drnec as counsel on behalf of

St. Paul Mercury Insurance Company and Pack & Process, Inc. in the above-captioned action;

and

PLEASE ENTER the appearance of Chad J. Toms as counsel on behalf of St. Paul

Mercury Insurance Company and Pack & Process, Inc. in the above-captioned action.

                                                BIFFERATO GENTILOTTI LLC

_____                       _____
James E. Drnec (#3789)                          Chad J. Toms (#4155)
800 N. King Street, Plaza Level                 800 N. King Street, Plaza Level
Wilmington, DE 19801                            Wilmington, DE 19801
Tel: (302) 429-1900                             Tel: (302) 429-1900


Dated: April 27, 2007

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of April, 2007, a copy of the foregoing Substitution of Counsel was caused to be served via first class mail upon the following:

Yvonne Takvorian Saville, Esq.
**WEISS & SAVILLE**
1220 Market Street; Suite 604
P.O. Box 370
Wilmington, DE 19899-0370

Michael L. Sensor, Esq.
**PERRY & SENSOR**
First Federal Plaza, Suite 560
P.O. Box 1568
Wilmington, DE 19899-1568

By: _____
James E. Drnec (#3789)
Bifferato Gentilotti LLC
800 N. King Street; Plaza Level
Wilmington, DE 19801