IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ST. PAUL MERCURY INSURANCE COMPANY, and PACK & PROCESS, INC, | :<br>:<br>: |
| Plaintiffs, | : <br>: |
| v. | : Civil Action No. 05-022 MPT |
| | : (Lead Case) |
| MALY YAN | :<br>: |
| Defendant. | :<br>: |

## ORDER

At Wilmington, this **18th** day of **September, 2007**.

Consistent with and for the reasons contained in the Memorandum Opinion of the same date, IT IS ORDERED and ADJUDGED that Yan's motion for summary judgment (D.I. 105) and Pack & Process's motion for summary judgment (D.I. 106) are DENIED.

_____
UNITED STATES MAGISTRATE JUDGE