# BifferatoGentilotti
**ATTORNEYS AT LAW**
www.bglawde.com

Chad J. Toms, Esquire
Also Admitted in NJ
Wilmington Office
Direct Fax: (302) 792-7471
ctoms@bglawde.com

October 19, 2007

**Via Electronic File**
The Honorable Mary Pat Thynge
J. Caleb Boggs Federal Building
844 N. King Street
Room 6100
Lockbox 8
Wilmington, DE 19801

    Re:    **St. Paul Mercury Insurance Co. v. Pack and Process, Inc.**
             **C.A. No. 05-22-MPT**

Dear Judge Thynge:

    As requested in Your Honor's Order of October 3, 2007, attached hereto please find a proposed Supplemental Scheduling Order circulated to all counsel and submitted in anticipation of the teleconference scheduled for October 24, 2007 at 3:00 p.m. The parties collectively agreed that a supplemental order to the Scheduling Order entered on September 16, 2005 by Judge Jordan would be more efficient than entering an entirely new scheduling order. Therefore, a proposed Supplemental Scheduling Order is respectfully submitted herewith.

    Your Honor will see in the proposed submission that discovery is effectively complete and this matter awaits trial. Understanding that the Court's calendar will dictate the actual trial and pre-trial conference dates, those have been left blank in the proposed order.

Wilmington Office
800 N. King Street
P.O. Box 2165
Wilmington, DE 19899-2165
Courier Zip: (19801)
Phone: (302) 429-1900
Main Fax: (302) 429-8600

Newark Office
100 Biddle Avenue, Suite 100
Newark, DE 19702
Phone: (302) 429-1900
Main fax: (302) 832-7540

Lewes Office
119 West Third Street
Lewes, DE 19958
Phone: (302) 644-0302
Main Fax: (302) 644-0306

BIFFERATO GENTILOTTI LLC

Bifferato Gentilotti LLC
2 of 2
October 19, 2007

      Counsel are available at the call of the Court.

                               Respectfully submitted,

                               Chad J. Toms (#4155)

Enclosure
cc:     Francis Deasey, Esquire (via e-correspondence)
       Yvonne Takvorian Saville, Esquire (via e-correspondence)
       Michael Sensor, Esquire (via e-correspondence)
       Robert Miller, Esquire (via e-correspondence)
       Richard Costigan, Esquire (via e-correspondence)
       Steven Dranoff, Esquire (via e-correspondence)
       Warren Siegel, Esquire (via e-correspondence)
       Jonathan Cohen, Esquire (via e-correspondence)