

# BifferatoGentilotti
ATTORNEYS AT LAW
www.bglawde.com

Chad J. Toms, Esquire
Also Admitted in NJ
Wilmington Office
Direct Fax: (302) 792-7471
ctoms@bglawde.com

October 25, 2007

**Via Electronic File**

The Honorable Mary Pat Thynge
J. Caleb Boggs Federal Building
844 N. King Street
Room 6100
Lockbox 8
Wilmington, DE 19801

Re:   **St. Paul Mercury Insurance Co., et al. v. Maly Yan,
       C.A. No. 05-22-MPT**

Dear Judge Thynge:

As requested by Your Honor during yesterday's telephonic scheduling conference, attached hereto please find the proposed Supplemental Scheduling Order that includes the dates and revisions discussed during the conference. The attached order was circulated to all counsel last evening and I have not received any comment or objection.

Counsel are available at the call of the Court.

Respectfully submitted,

Chad J. Toms (#4155)

Enclosure

Wilmington Office
800 N. King Street
P.O. Box 2165
Wilmington, DE 19899-2165
Courier Zip: (19801)
Phone: (302) 429-1900
Main Fax: (302) 429-8600

Newark Office
100 Biddle Avenue, Suite 100
Newark, DE 19702
Phone: (302) 429-1900
Main fax: (302) 832-7540

Lewes Office
119 West Third Street
Lewes, DE 19958
Phone: (302) 644-0302
Main Fax: (302) 644-0306

BIFFERATO GENTILOTTI LLC

Bifferato Gentilotti LLC
2 of 2
October 25, 2007

cc:    Francis Deasey, Esquire (via e-correspondence)
       Yvonne Takvorian Saville, Esquire (via e-correspondence)
       Michael Sensor, Esquire (via e-correspondence)
       Robert Miller, Esquire (via e-correspondence)
       Richard Costigan, Esquire (via e-correspondence)
       Steven Dranoff, Esquire (via e-correspondence)
       Warren Siegel, Esquire (via e-correspondence)
       Jonathan Cohen, Esquire (via e-correspondence)
       Henri Marcel, Esquire (via e-correspondence)
       Robert F. Englert, Jr., Esquire (via e-correspondence)