# BifferatoGentilotti
ATTORNEYS AT LAW
www.bglawde.com

Chad J. Toms, Esquire
Also Admitted in NJ
Wilmington Office
Direct Fax: (302) 792-7471
ctoms@bglawde.com

October 25, 2007

<u>Via Electronic File</u>

The Honorable Mary Pat Thynge
J. Caleb Boggs Federal Building
844 N. King Street
Room 6100
Lockbox 8
Wilmington, DE 19801

    Re:    <u>St. Paul Mercury Insurance Co., et al. v. Maly Yan,
C.A. No. 05-22-MPT</u>

Dear Judge Thynge:

    I respectfully submit the attached Supplemental Scheduling Order to replace the order filed earlier today. Due to a scheduling conflict, Plaintiffs asked the other parties if Plaintiffs' letter submission, relating to the request for a deposition, could be delayed one day to Tuesday, October 30, 2007. After consultation with Defendants' counsel, Plaintiffs have been advised there is no opposition to delaying the Plaintiffs' filing one day, so long as Defendants' response is still due forty-eight (48) hours later. Therefore, I respectfully submit the attached order, which provides in Paragraph 1 that Plaintiffs' letter submission is due Tuesday, October 30, 2007.

    Counsel are available at the call of the Court.

Respectfully submitted,

Chad J. Toms (#4155)

Enclosure

Wilmington Office
800 N. King Street
P.O. Box 2165
Wilmington, DE 19899-2165
Courier Zip: (19801)
Phone: (302) 429-1900
Main Fax: (302) 429-8600

Newark Office
100 Biddle Avenue, Suite 100
Newark, DE 19702
Phone: (302) 429-1900
Main fax: (302) 832-7540

Lewes Office
119 West Third Street
Lewes, DE 19958
Phone: (302) 644-0302
Main Fax: (302) 644-0306

BIFFERATO GENTILOTTI LLC

Bifferato Gentilotti LLC
2 of 2
October 25, 2007


cc:   Francis Deasey, Esquire (via e-correspondence)
      Yvonne Takvorian Saville, Esquire (via e-correspondence)
      Michael Sensor, Esquire (via e-correspondence)
      Robert Miller, Esquire (via e-correspondence)
      Richard Costigan, Esquire (via e-correspondence)
      Steven Dranoff, Esquire (via e-correspondence)
      Warren Siegel, Esquire (via e-correspondence)
      Jonathan Cohen, Esquire (via e-correspondence)
      Henri Marcel, Esquire (via e-correspondence)
      Robert F. Englert, Jr., Esquire (via e-correspondence)