IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

------------------------------ x
:
ST. PAUL MERCURY INSURANCE         :   C.A. No.: 05-0022-MPT
COMPANY and PACK &                 :
PROCESS, INC.                      :
                                   :
       Plaintiff,              :
                                   :
  v.                              :
                                   :
MALY YAN,                          :
                                   :
       Defendant.              :
------------------------------ x
                                   :
YAN THOU, et al.,                  :   C.A. No.: 05-0513-MPT
                                   :
       Plaintiffs,             :
                                   :   CONSOLIDATED CASES
  v.                              :
                                   :
PACK & PROCESS, INC., et al.,      :
                                   :
       Defendants.             :
------------------------------ x

## SUPPLEMENTAL SCHEDULING ORDER

At Wilmington, the _____ day of _____, 2007, the Court having conducted a teleconference with all parties for the purpose of supplementing the September 16, 2005 Scheduling Order for the above captioned matter,

    IT IS ORDERED that:

    1. Discovery has been completed. Defendant Maly Yan seeks to take one additional Rule 30(b)(6) depositions. Plaintiffs St. Paul Mercury Insurance Company and

Pack and Process, Inc. object to the deposition. Plaintiffs shall file a letter, no more that three (3) pages, twelve (12) point font and single-space on or before Tuesday, October 30, 2007, explaining their objection. Defendants may collectively submit one response letter, no more than three (3) pages, twelve (12) point font, single-spaced within forty-eight (48) hours of Plaintiffs' submission.

2. Pretrial Conference. On September 3, 2008, the Court will hold a Final Pretrial Conference in Chambers with counsel beginning at 9:30 a.m. Unless otherwise ordered by the Court, the parties should assume that filing the pretrial order satisfies the pretrial disclosure requirement of Federal Rule of Civil Procedure 26(a)(3). The parties shall file with the Court the joint proposed final pretrial order with the information required by the form of Final Pretrial Order which accompanies this Scheduling Order on or before August 20, 2008.

3. Motions *in Limine.* Motions *in limine* shall not be separately filed. All *in limine* requests and responses thereto shall be set forth in the proposed pretrial order. Each party shall be limited to five *in limine* requests, unless otherwise permitted by the Court. The *in limine* request and any response shall contain the authorities relied upon; each in limine request may be supported by a maximum of three pages of argument and may be opposed by a maximum of three pages of argument. If more than one party is supporting or opposing an *in limine* request, such support or opposition shall be combined in a single three (3) page submission, unless otherwise ordered by the Court. No separate briefing shall be submitted on *in limine* requests, unless otherwise permitted by the Court.

4. Jury Instructions, Voir Dire, and Special Verdict Forms. Where a case is to be tried to a jury, pursuant to Local Rules 47 and 51 the parties should file proposed voir dire,

instructions to the jury, and special verdict forms and jury interrogatories three full business days before the final pretrial conference. That submission shall be accompanied by a computer diskette (in WordPerfect format) which contains the instructions, proposed voir dire, special verdict forms, and jury interrogatories.

    5. <u>Trial.</u> This matter is scheduled for a four day jury trial beginning at 9:30 a.m. on September 22, 2008 with the remaining trial days beginning at 9:00 a.m. For the purpose of completing pretrial preparations, counsel should plan on each side being allocated a total of ten (10) hours to present their case.

                                          UNITED STATES MAGISTRATE JUDGE

                                        _____