### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ST. PAUL MERCURY INSURANCE COMPANY, and PACK AND PROCESS, INC., | : <br> : <br> : <br> : |
| Plaintiffs, | : <br> : |
| v. | : Civil Action No. 05-22-MPT <br> : (Lead Case) |
| MALY YAN, | : <br> : |
| Defendant. | : <br> : |
| YAN THOU, et al., | : <br> : |
| Plaintiffs, | : <br> : |
| v. | : Civil Action No. 05-513-MPT <br> : |
| PACK & PROCESS, INC., et al., | : CONSOLIDATED CASES <br> : |
| Defendants. | : |

### ORDER

At Wilmington this **30th** day of **October, 2007**.

IT IS ORDERED that a teleconference has been scheduled for **Friday, November 9, 2007 at 8:30 a.m.** with Magistrate Judge Thynge. **Jonathan Cohen, Esquire shall initiate the teleconference call.** The purpose of this teleconference is to discuss mediation and the trial date.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE