# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ST. PAUL MERCURY INSURANCE COMPANY, and PACK & PROCESS, INC.<br><br>　　　　Plaintiff,<br><br>MALY YAN<br>　　　　Defendant | Civil Action No.　　05-0022 (KAJ)<br><br>LEAD CASE |
| YAN THOU, Individually and as Administrator of the Estates of Oeurn Mam, Deceased and Navy Yan, Deceased et al.,<br>　　　　Plaintiffs<br>　　　VS.<br><br>PACK & PROCESS, INC.<br>　　　　AND<br>ST. PAUL MERCURY INSURANCE COMPANY<br>　　　　Defendants | Civil Action No. 05-0513 (KAJ) |

## REVISED NOTICE OF DEPOSITION

TO:　Francis J. Deasey, Esquire
　　　Deasey, Mahoney & Bender, LTD
　　　1800 John F. Kennedy Blvd.
　　　Suite 1300
　　　Philadelphia PA 19103

**PLEASE TAKE NOTICE** that Yan Thou will take the deposition of **any Corporate Designee(s) on            , 2006 starting at 10:00 a.m.** at the law office of **Kline & Specter, P.C., 1525 Locust Street, 19th Floor, Philadelphia PA 19102.**

Pursuant to Fed. R.C. P. 30(b)(6), St. Paul Insurance Company will produce deponent(s) that have knowledge as to the matters known or information available to St. Paul Insurance Company and will testify as to that information as well as the documents produced, relating to

the following:

1) Any and all records in their possession, custody and control that refer, relate and/or pertain to the incident described in Plaintiffs' Complaint including any and all documents requested in discovery regarding the employment of Yan Thou and Maly Yan and the insurance polices relating to Pack & Process;

2) any insurance company documents, payments, invoices, contracts, or benefit plans listing employees covered by any insurance policies or plans of Pack and Process for 1997, 1998,1999, 2000, 2001, any property and/or automobile insurance covering vehicles for Pack and Process including vehicles parked on their property from 1997 through 2001.

3) any receipts for registration, insurance, repairs, gasoline and/or any costs relating to the van used to transport workers to and from Pack and Process from 1997 through 2001, correspondences, memos to and from any insurance companies regarding any claims made by any of the Defendants while at Pack and Process from 1997 through 2001.

4) any claims presented to and/or paid for by any insurance companies covering Pack and Process for wage loss, medical bills, dental bills, funeral bills, unemployment, workers compensation, property damage and/or life insurance benefits, made by any of the Defendants or anyone on behalf of any of the Defendants from 1998 through 2002.

The oral examinations will continue from day to day until concluded. You are invited to attend and participate in this examination.

                                              **WEISS AND SAVILLE, P.A.**

                                              BY: <u>S/Yvonne Takvorian Saville, Esquire</u>
                                              YVONNE TAKVORIAN SAVILLE, ESQUIRE
                                              1220 North Market Street
                                              Suite 604
                                              P.O. Box 370
                                              Wilmington DE 19801
                                              (302) 656-0400

DATED:                                              and

                                 **KLINE & SPECTER, P.C.**
BY: S/Jonathan M. Cohen, Esquire/ JC593
      JONATHAN M. COHEN, ESQUIRE
      JOSHUA VAN NAARDEN, ESQUIRE
      1525 Locust Street, 19th Floor
      Philadelphia PA 19102
      (215) 772-1000