# EXHIBIT B

# DEASEY, MAHONEY & BENDER, LTD.

FRANCIS J. DEASEY
HARRY G. MAHONEY
JAMES W. DALY†
GERALD J. VALENTINI‡
JANE A. NORTH†
HENRI MARCEL†
CARLA P. MARESCA†○
ADAM J. PANTANO†
WARD A. RIVERS†
CHRISTOPHER C. NEGRETE
STEPHEN J. PARISI†
PATRICIA E. McENTEER
MICHAEL J. HINKLE†
TROY D. SISUM†
JENNIFER B. HUNTER†
CHRISTOPHER G. MAVROS†
ELYSE G. CRAWFORD
THOMAS C. GALLAGHER†
ANDREW B. ADAIR

ATTORNEYS AT LAW - PROCTORS IN ADMIRALTY
SUITE 1300
1800 JOHN F. KENNEDY BOULEVARD
PHILADELPHIA, PA 19103-2978
215-587-9400
FACSIMILE: 215-587-9456

DIRECT EMAIL:  FJDEASEY@DMBPHILA.COM
VOICE-MAIL EXTENSION #134

NEW JERSEY OFFICE
80 TANNER STREET
HADDONFIELD, NJ 08033-2419
856-429-6331
FACSIMILE: 856-429-6562

MEDIA OFFICE
P.O. BOX 666
MEDIA, PA 19063

OF COUNSEL:
FRANK C. BENDER
WILLIAM R. DEASEY
1951-1993
JAMES G. BARNES
1988-1997
† ALSO MEMBER NJ BAR
‡ ALSO MEMBER CA BAR
○ ALSO MEMBER NY BAR

August 30, 2006

Joshua Van Naarden, Esquire
Kline & Specter, P.C.
1525 Locust Street, 19th Floor
Philadelphia, PA 19102

    Re:    St. Paul, et. al. v. Maly Yan, et. al.
              **Our File No.: 350.21939**

Dear Mr. Van Naarden:

      This will confirm our telephone conversation of August 28, 2006 wherein we discussed the above-captioned matter. Specifically, this will confirm that St. Paul will produce its corporate designee for deposition on Tuesday, September 26, 2006 at 10:00 A.M. in your Philadelphia office. Finally, this will confirm the documents which St. Paul will produce in advance of the deposition pursuant to the Document Request accompanying the Notice of Deposition:

(1)    **Documents Requested:** Employment contracts, time sheets, personnel files, yearly evaluations, pay stubs, insurance agreements and/or contributions or savings plans, W4 documents for Maly Yan and Yan Thou showing their choices for Federal Income Tax deductions, Social Security, Medicare, State, Unemployment, Federal and local tax records filed by Pack and Process for five years preceding this incident.

            **St. Paul Response:** Other than insurance agreements identified below entered into between St. Paul and Pack and Process, Inc., St. Paul is not in possession of any of the documents requested above.

PAGE NO. 2

TO Joshua Van Naarden, Esquire
August 30, 2006

| Policy Number | Policy Period | Type |
|---|---|---|
| CK03800708 | 5/1/2001 - 5/1/2002 | Commercial Package-Series 2000 |
| CK03800708 | 5/1/2000 - 5/1/2001 | Commercial Package-Series 2000 |
| CK03800708 | 5/1/1999 5/1/2000 | Commercial Package-Series 2000 |
| CK06401670 | 5/1/1998 5/1/1999 | Commercial Package-Series 2000 |
| CK06401670 | 5/1/1997 5/1/1998 | Commercial Package-Series 1000 |
| NBK0358017 | 5/1/1996 5/1/1997 | Burglary and Theft |
| WVA3800792 | 5/1/2001 5/1/2002 | Workers Comp |
| WVA3800792 | 5/1/2000 5/1/2001 | Workers Comp |
| WVA3800792 | 5/1/1999 5/1/2000 | Workers Comp |
| WVA6401183 | 5/1/1998 5/1/1999 | Workers Comp |
| WVA6401183 | 5/1/1997 5/1/1998 | Workers Comp |

(2) **Documents Requested:** Any insurance company documents, payments, invoices, contracts, or benefit plans listing employees covered by any plans at Pack and Process for 1997, 1998, 1999, 2000, 2001, any property and/or automobile insurance covering vehicles for Pack and Process, including vehicles parked on their property from 1997 through 2001.

**St. Paul Response:** St. Paul will produce all policies issued to Pack and Process for the years 1997 through 2001, inclusive.

| Policy Number | Policy Period | Type |
|---|---|---|
| CK03800708 | 5/1/2001 - 5/1/2002 | Commercial Package-Series 2000 |
| CK03800708 | 5/1/2000 - 5/1/2001 | Commercial Package-Series 2000 |
| CK03800708 | 5/1/1999 5/1/2000 | Commercial Package-Series 2000 |
| CK06401670 | 5/1/1998 5/1/1999 | Commercial Package-Series 2000 |
| CK06401670 | 5/1/1997 5/1/1998 | Commercial Package-Series 1000 |
| NBK0358017 | 5/1/1996 5/1/1997 | Burglary and Theft |
| WVA3800792 | 5/1/2001 5/1/2002 | Workers Comp |
| WVA3800792 | 5/1/2000 5/1/2001 | Workers Comp |
| WVA3800792 | 5/1/1999 5/1/2000 | Workers Comp |
| WVA6401183 | 5/1/1998 5/1/1999 | Workers Comp |
| WVA6401183 | 5/1/1997 5/1/1998 | Workers Comp |

(3) **Documents Requested:** Any receipts for registration, insurance, repairs, gasoline and/or any costs relating to the van used to transport workers to and from Pack and Process from 1997 through 2001, correspondence, memos to and from any insurance companies regarding any claims made by any of the Defendants while at Pack and Process from 1997 through 2001.

PAGE NO. 3  TO Joshua Van Naarden, Esquire
August 30, 2006

**St. Paul Response:** The only documents in the possession, custody or control of St. Paul which will be produced in response to this Document Request are the discoverable portion of the claim file for the lawsuit instituted by Maly Yan, et al. in the Philadelphia Court of Common Pleas.

(4) **Documents Requested:** Any claims presented to and/or paid for by any insurance companies covering Pack and Process for wage loss, medical bills, dental bills, funeral bills, unemployment, workers' compensation, property damage and/or life insurance benefits, made by any of the Defendants or anyone on behalf of any of the Defendants from 1998 through 2002.

**St. Paul Response:** The only documents responsive to this Document Request which will be produced by St. Paul are the discoverable portion of the claim file for the lawsuit instituted by Maly Yan, et al. in the Philadelphia Court of Common Pleas.

Should you have any questions regarding any of the above, kindly contact the undersigned upon receipt of this correspondence.

Very truly yours,

DEASEY, MAHONEY & BENDER, LTD.

BY: _____
FRANCIS J. DEASEY, ESQUIRE

FJD/mr