October 31, 2007

*Via Electronic Filing*

Honorable Mary Pat Thynge
J. Caleb Boggs Federal Building
844 N. King Street, Room 6100
Lock Box 8
Wilmington, DE 19801

      RE:   St. Paul Mercury, et al. V. Maly Yan, et al.
             C.A. No. 05-22-MPT

Dear Judge Thynge:

      In accordance with the Supplemental Scheduling Order signed by Your Honor on October 25, 2007, Defendants hereby respond to the letter brief of Plaintiffs' filed on October 30, 2007, objecting to Defendants' Revised Notice of Deposition.

      There is a declaratory judgment requested against Pack & Process, Inc.'s insurance carrier, St. Paul Mercury Insurance Company. By taking the deposition of a corporate designee, Defendants seek to find discoverable evidence that may lead to further evidence admissible at trial.

      Discovery is not limited to what may be discussed only on summary judgment.

      Further, the Order of the Court granting the deposition is the law of the case.

      For the foregoing reasons, Defendants respectfully request that the deposition of a corporate designee of St. Paul Mercury Insurance Company be allowed to take place.

                                  Respectfully submitted,

                                  /s/ JMC6622
                                  JONATHAN M. COHEN

JMC/jmb

cc: Frank Deasey, Esq. (Via e-corresp.)
    Michael Sensor, Esq. (Via e-corresp)
    Chad J. Toms, Esq.(via e-corresp)
    Joseph R. Biden, III, Esq. (Via e-corresp)
    Yvonne Saville, Esq. (Via e-corresp)