**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

ST. PAUL MERCURY INSURANCE : 
COMPANY, and PACK AND PROCESS, : 
INC., : 
                      : 
            Plaintiffs, : 
                      : 
       v. :   Civil Action No. 05-22-MPT 
                      :   (Lead Case) 
MALY YAN, : 
                      : 
           Defendant. : 
_____ : 
YAN THOU, et al., : 
                      : 
            Plaintiffs, : 
                      : 
       v. :   Civil Action No. 05-513-MPT 
                      : 
PACK & PROCESS, INC., et al., :   CONSOLIDATED CASES 
                      : 
          Defendants. : 

**<u>AMENDED SUPPLEMENTAL SCHEDULING ORDER</u>**

At Wilmington this **20th** day of **November, 2007**.

IT IS ORDERED that the Supplemental Scheduling Order dated October 25, 2007 is hereby amended as follows:

11.    The Pretrial Conference is now scheduled for April 1, 2008 at 10:00 a.m., with the pretrial order submission on or before March 20, 2008.

14.    A 3-day jury trial in this matter is now scheduled for April 22, 23, and 24, 2008, beginning at 9:30 a.m. on the first day of trial, and the remaining days beginning at 9:00 a.m.  Each side is allocated a total of ten (10) hours to present their case.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order.  To avoid the imposition of sanctions, counsel shall advise the Court

immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE