# PERRY & SENSOR
### ATTORNEYS AT LAW

JAMES T. PERRY*

MICHAEL L. SENSOR*

ONE CUSTOMS HOUSE, SUITE 560
POST OFFICE BOX 1568
WILMINGTON, DELAWARE 19899

(302) 655-4482

FACSIMILE (302) 655-4043

*ALSO ADMITTED IN NEW JERSEY

WRITER'S ELECTRONIC MAIL:
msensor@perry-sensor.com

February 8, 2008

The Honorable Mary Pat Thynge
Magistrate Judge
U.S. District Court for the District of Delaware
J. Caleb Boggs Courthouse
844 N. King Street
Wilmington, DE 19801
**VIA ELECTRONIC FILING**

    Re:    St. Paul Mercury Insurance v. Maly Yan, et al.
              Case No. 05-0022 MPT

Dear Magistrate Judge Thynge:

      As the Court is aware, this firm is local counsel to defendants Unchalee Vong, Lawrence Vong, Zair Shah, Khan Gul, Salim Khan, Mohammad Sardar Khan, Rahamat Pari and the many children of Mohammad Azim, Soly Chan, Thorn Bun Khem, Kusti Leman, Asan Hujani Oh, and Tjajah Chandra in the above-captioned matter.

      Presently, the Court has scheduled mediation in this matter for April 4, 2008, together with a three day jury trial starting April 22, 2008. At the scheduling conference in this matter, Your Honor indicated that local counsel would be excused from these proceedings upon request. Therefore, I respectfully request that I be excused, as local counsel, from attending both the mediation and the trial.

      I greatly appreciate the Court's consideration of this request.

                                        Respectfully,

                                        PERRY & SENSOR

                                        By:    Michael L. Sensor (#3541)

MLS/sek
CC:    All counsel of record (via e-filing)