LAW OFFICES
**WEISS & SAVILLE, P.A.**
1220 MARKET STREET, SUITE 604
P. O. BOX 370
WILMINGTON, DELAWARE 19899

MICHAEL WEISS

YVONNE TAKVORIAN SAVILLE

TELEPHONE
(302) 656-0400

FAX
(302) 656-5011

February 18, 2008

Re: St. Paul Mercury Insurance v. Maly Yan, et al.
    C.A. No. 05-0022 MPT

The Honorable Mary Pat Thynge
United States District Court
844 North King Street, Lock Box 8
Wilmington, DE   19801

Dear Magistrate Judge Thynge:

   I am in receipt of Mr. Sensor's February 8, 2008 letter to the Court. I join in Mr. Sensor's request and respectfully request to be excused from the Mediation scheduled for April 4, 2008 as well as the jury trial beginning on April 22, 2008.

                                        Respectfully,

                                        YVONNE TAKVORIAN SAVILLE

YTS/jcb