

**BifferatoGentilotti**
ATTORNEYS AT LAW
www.bglawde.com

Chad J. Toms
Also Admitted in NJ
Wilmington Office
Direct Fax: (302) 792-7471
ctoms@bglawde.com

March 24, 2008

**Via Electronic Filing and Hand Delivery**
The Honorable Mary Pat Thynge
J. Caleb Boggs Federal Building
844 N. King Street, Room 6100
Lockbox 8
Wilmington, DE 19801

    Re:    **St. Paul Mercury Insurance Company, et al. v. Maly Yan, et al.**
               **C.A. No 05-22-MPT**
               **Pretrial Conference Scheduled for April 1, 2008 at 10:00 a.m.**

Dear Judge Thynge:

    Thank you for agreeing to move the Pretrial Conference on April 1, 2008 at 1:00 p.m. A consensus could not be reached among counsel to move the Pretrial Conference to 1:00 p.m. so Plaintiffs respectfully request that the Pretrial Conference be held at its original time of 10:00 a.m. on April 1, 2008.

                                    Respectfully yours,

                                      Chad J. Toms (#4155)

CJT/yd
cc:    <u>Via Electronic Mail</u>
        Jonathan Cohen, Esquire
        Steven M. Dranoff, Esquire
        Richard Costigan, Esquire
        Michael L. Sensor, Esquire
        Warren L. Siegel, Esquire
        Robert S. Miller, Esquire
        Yvonne Takvorian Saville, Esquire
        Francis J. Deasey, Esquire

Wilmington Office
800 N. King Street
P.O. Box 2165
Wilmington, DE 19899-2165
Courier Zip: (19801)
Phone: (302) 429-1900
Main Fax: (302) 429-8600

Newark Office
100 Biddle Avenue, Suite 100
Newark, DE 19702
Phone: (302) 429-1900
Main fax: (302) 832-7540

Lewes Office
119 West Third Street
Lewes, DE 19958
Phone: (302) 644-0302
Main Fax: (302) 644-0306

BIFFERATO GENTILOTTI LLC