IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ST. PAUL MERCURY INSURANCE COMPANY, and PACK & PROCESS, INC.<br>    Plaintiffs<br>    vs<br>MALY YAN<br>    Defendant | Civil Action No.  05-0022 (KAJ) |
| YAN THOU, Individually and as Administrator of the Estates of Oeurn Mam, Deceased and Navy Yan, Deceased et al.<br>    Plaintiffs<br>    vs.<br>PACK & PROCESS, INC. AND ST. PAUL MERCURY INSURANCE COMPANY<br>    Defendants | Civil Action No.  05-0513 (KAJ) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Royce W. Smith, Esquire, to represent Plaintiff in this matter.

                         WEISS & SAVILLE.

                         /s/ Yvonne Takvorian Saville
                         YVONNE TAKVORIAN SAVILLE (ID No. 3430)
                         1220 Market Street, Suite 604
                         Wilmington, DE 19805
                         (302) 656-0400
Date: March 26, 2008            *Attorney for Plaintiff*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date:_____                                   _____
                                                                    United States District Judge

**CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

      Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the Commonwealth of Pennsylvania and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Signed: _____
Royce W. Smith, Esquire (ID No. 201295)
KLINE & SPECTER
1525 Locust Street, 19th Floor
Philadelphia, PA 19102

Date: March 26, 2008

## CERTIFICATION OF SERVICE

I certify that on March 26, 2008, I electronically filed the within Motion and Order for Admission *Pro Hac Vice* with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Steven Dranoff, Esquire
Dranoff Associates
121 South Broad Street / Suite 1210
Philadelphia, Pennsylvania 19107

Warren I. Siegel, Esquire
Bernhardt & Rothermel, P.C.
1515 Market Street / Suite 1540
Philadelphia, Pennsylvania 19102

Richard Costigan, Esquire
Costigan & Costigan
1315 Walnut Street / Suite #902
Philadelphia, Pennsylvania 19107

Chad Toms, Esquire
Vincent A. Bifferato, Sr., Esquire
Ian Conner Bifferato, Esquire
Bifferato, Gentilotti, LLC
800 North King Street
P.O.Box 2165
Wilmington, DE 19899

Michael Sensor, Esquire
Perry & Sensor
One Customs House / Suite 560
Wilmington, Delaware 19899

Yvonne Takvorian Saville, Esquire
1220 North Market Street / Suite #604
P.O. Box 370
Wilmington, Delaware 19801

David E. Brand, Esquire
Paul M. Lukoff, Esquire
Prickett, Jones & Elliott
1310 King Street / P.O. Box 1328
Wilmington, Delaware 19899

Frances Deasey, Esquire
Henri Marcel, Esquire
Deasey, Mahoney & Bender, Ltd.
1800 John F. Kennedy Blvd.
Suite 1300
Philadelphia, PA 19103

I hereby certify that on March 26, 2008, I have mailed electronically or by United States Postal Service, the document(s) to the following non-registered participants:

WEISS & SAVILLE

/s/ Yvonne Takvorian Saville
YVONNE TAKVORIAN SAVILLE (ID No. 3430)
1220 Market Street, Suite 604
Wilmington, DE 19805
(302) 656-0400
*Attorney for Plaintiff*