# BifferatoGentilotti

**ATTORNEYS AT LAW**
www.bglawde.com

Chad J. Toms
Also Admitted in NJ
Wilmington Office
Direct Fax: (302) 792-7471
ctoms@bglawde.com

April 7, 2008

**<u>Via Electronic Filing and Hand Delivery</u>**
The Honorable Mary Pat Thynge
J. Caleb Boggs Federal Building
844 N. King Street, Room 6100
Lockbox 8
Wilmington, DE 19801

> **Re:    St. Paul Mercury Insurance Company, et al. v. Maly Yan, et al.**
> **C.A. No 05-22-MPT**

Dear Judge Thynge:

As Your Honor directed during the Pretrial Conference, Plaintiffs respectfully request that they be allowed to use certain electronic equipment during the trial of the above-referenced matter, which is scheduled to begin April 22, 2008. Plaintiffs request permission to bring two laptop computers and an overhead projector to trial. We also request that the Court allow one of the laptop computers to be wireless enabled for the purposes of accessing remote information and communicating with trial support staff outside the courtroom.

Additionally, we have spoken with the clerk's office and have reserved certain of the Court's equipment including a projector screen. Understanding that Courtroom 2B is presently available during the late afternoon of April 21, 2008, the day before trial, we respectfully request that we be granted access to the Courtroom beginning at 3:30 p.m. to set-up for the trial. We anticipate not needing more than an hour.

| | | |
|---|---|---|
| Wilmington Office<br>800 N. King Street<br>P.O. Box 2165<br>Wilmington, DE 19899-2165<br>Courier Zip: (19801)<br>Phone: (302) 429-1900<br>Main Fax: (302) 429-8600 | Newark Office<br>100 Biddle Avenue, Suite 100<br>Newark, DE 19702<br>Phone: (302) 429-1900<br>Main fax: (302) 832-7540 | Lewes Office<br>119 West Third Street<br>Lewes, DE 19958<br>Phone: (302) 644-0302<br>Main Fax: (302) 644-0306 |

BIFFERATO GENTILOTTI LLC

Bifferato Gentilotti LLC
2 of 2
April 7, 2008

Counsel are available should Your Honor have any questions or concerns.

Respectfully submitted,

Chad J. Toms (#4155)

CJT/yd
cc:    Via Electronic Mail
       Michael L. Sensor, Esquire
       Yvonne Takvorian Saville, Esquire
       Francis J. Deasey, Esquire