## CERTIFICATE OF SERVICE

I, Chad J. Toms, hereby certify this 7th day of April, 2008, that copies of the foregoing *Plaintiffs' Memorandum of Law in Opposition to Defendants' Proposed Jury Instructions* were caused to be served upon the following via electronic filing and/or first class mail:

Yvonne Takvorian Saville, Esq.
1220 N. Market Street, Suite 604
P.O. Box 370
Wilmington, DE 19801

Michael L. Sensor, Esq.
Perry & Sensor
Suite 560, First Federal Plaza
P.O. Box 1568
Wilmington, DE 19899

Frank Deasey, Esquire
Deasey, Mahoney & Bender, Ltd.
1800 John F. Kennedy Boulevard, Suite 1300
Philadelphia, PA 19103-2978

_____
Chad J. Toms, Esquire