**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

ST. PAUL MERCURY INSURANCE :
COMPANY and PACK AND :
PROCESS, INC. :          Case No. 05-0022 (MPT)
                                              :
        v.                            :
                                              :
MALY YAN                      :
*********************************
YAN THOU, et al.              :
                                              :
        v.                            :          Case No. 05-00513 (MPT)
                                              :
PACK & PROCESS, INC., et al.    :          **CONSOLIDATED CASES**

### Plaintiffs' Proposed Special Interrogatories To The Jury

1)      Did Maly Yan own the 1992 Dodge Ram van that was involved in the June 18, 2001 motor vehicle accident.

2)      Was Maly Yan living with her father on June 18, 2001.

3)      Was Maly Yan acting within the scope of her employment with Pack & Process when she was driving the Dodge Ram van that was involved in the June 18, 2001 motor vehicle accident.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ST. PAUL MERCURY INSURANCE COMPANY and PACK AND PROCESS, INC. | : : : | Case No. 05-0022 (MPT) |
| v. | : : | |
| MALY YAN | : | |
| ................................................ | : | |
| YAN THOU, et al. | : : | |
| v. | : : | Case No. 05-00513 (MPT) |
| PACK & PROCESS, INC., et al. | : | CONSOLIDATED CASES |
| | : : | |

## DEFENDANT'S PROPOSED VERDICT SHEET

1.   On June 18, 2001, was Maly Yan an agent/employee of Pack & Process?

   **ANSWER:**   YES _____          NO _____

2.   On June 18, 2001, was Maly Yan acting in the course and scope of her employment with Pack & Process while transporting employees to and from the Pack and Process factory?

   **ANSWER:**   YES _____          NO _____

3.   On June 18, 2001, was Maly Yan performing a duty related to the conduct of Pack & Process' business while transporting employees to and from the Pack & Process factory?

   **ANSWER:**   YES _____          NO _____

4.   Did Yan's duties at Pack & Process include transporting workers to and from the Pack & Process facility?

ANSWER:   YES _____     NO _____

5.   Did Lam Staffing, Inc. and/or Pack & Process pay Maly Yan to transport workers to and from Pack & Process?

ANSWER:   YES _____     NO _____

6.   Was the 1992 Dodge Ram van, bearing Pennsylvania license plate No. DZK8292, owned by Maly Yan or a member of her household at the time of the accident?

ANSWER:   YES _____     NO _____

7.   Was Maly Yan authorized, actually or by implication, by Pack & Process to drive the workers to and from the plant?

ANSWER:   YES _____     NO _____

8.   Did Pack & Process' business actuate, i.e. motivate or put into motion, Maly Yan to any appreciable extent when she transported employees to and from the Pack & Process factory?

ANSWER:   YES _____     NO _____

9.   Were either the exchange between Maly Yan and Adkins or the conversations between Maly Yan and Newsome actual or implied authorization for her to transport workers?

ANSWER:   YES _____     NO _____

10.   Under the totality of the circumstances, was Maly Yan acting with actual or implied authority from Pack & Process when she transported employees to and from the Pack & Process factory?

ANSWER:   YES _____     NO _____