IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ST. PAUL MERCURY INSURANCE     :
COMPANY and PACK AND           :
PROCESS, INC.                  :    Case No. 05-0022 (MPT)
                               :
        v.                     :
                               :
MALY YAN                       :
..............................
                               :
YAN THOU, et al.               :
                               :
        v.                     :    Case No. 05-00513 (MPT)
                               :
PACK & PROCESS, INC., et al.   :    CONSOLIDATED CASES
                               :

**PLAINTIFFS' PROPOSED VOIR DIRE**

I.  **Introductory Questions**

Q1. The Plaintiffs in this case are St. Paul Mercury Insurance Company and Pack & Process, Incorporated. The Defendant is Maly Yan. Do you know or have you heard of any of the parties in this case?

Q2. The attorney(s) who represent(s) the Plaintiffs in this case is/are _____. Has anyone ever been represented by _____, or any of their law partners or associates?

Q3. The attorneys who represent the defendants in this case are Shanin Specter, Jonathan M. Cohen and Royce W. Smith of the law firm of Kline & Specter. Has anyone ever been represented by Mr. Specter, Mr. Cohen, Mr. Smith, or any of their law partners or associates?

Q4. During the course of this trial, you may hear testimony from or hear about a number of individuals. Please raise your hand if you are acquainted with or know anything about any of the following individuals:

   [INSERT LISTS OF EXPERT WITNESSES FROM EACH PARTY, THEN LAY/FACT WITNESSES]

## II.     General Questions

Q5.    Is there anyone who owns a business?

Q6.    Is there anyone who holds a management position at their job, or is otherwise responsible for supervising and instructing other employees?

Q7.    Is there anyone who would be so affected by sympathy for either side that they would not follow the law and apply the law to the facts as they find them?

Q8.    Would anyone here, because of their background, training, relationships, experience or personal feelings, or anything you have read or seen in the news media cause you to have any difficulty, if the facts so warrant, in finding for Plaintiffs?

Q9.    Would any member of this panel, do anything other than listen to the evidence, decide the case on the basis of the evidence fairly and impartially, and fully respect the charge of the Court on the law to be applied?

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ST. PAUL MERCURY INSURANCE COMPANY and PACK AND PROCESS, INC. | Case No. 05-0022 (MPT) |
| v. | |
| MALY YAN | |
| YAN THOU, et al. | |
| v. | Case No. 05-00513 (MPT) |
| PACK & PROCESS, INC., et al. | CONSOLIDATED CASES |

**DEFENDANT'S PROPOSED VOIR DIRE**

I. **Introductory Questions**

Q1. The Plaintiffs in this case are St. Paul Mercury Insurance Company and Pack & Process, Incorporated. The Defendant is Maly Yan. Do you know or have you heard of any of the parties in this case?

Q2. The attorney(s) who represent(s) the Plaintiffs in this case is/are _____. Has anyone ever been represented by _____, or any of their law partners or associates?

Q3. The attorneys who represent the defendants in this case are Shanin Specter, Jonathan M. Cohen and Royce W. Smith of the law firm of Kline & Specter. Has anyone ever been represented by Mr. Specter, Mr. Cohen, Mr. Smith, or any of their law partners or associates?

Q4. During the course of this trial, you may hear testimony from or hear about a number of individuals. Please raise your hand if you are acquainted with or know anything about any of the following individuals:

[INSERT LISTS OF EXPERT WITNESSES FROM EACH PARTY, THEN LAY/FACT WITNESSES]

Q5. Without getting into great detail at this point, this case arises from a fatal motor vehicle accident on June 18, 2001. One of the questions you will be asked to determine, is

whether Maly Yan was an agent of Pack & Process and was acting in the course and scope of her employment with Pack & Process while transporting employees to and from the Pack & Process factory on the date of the fatal accident.

## II. Insurance Questions

Q6. Are you, or is any member of your immediate family employed by any company engaged in the casualty or liability insurance business or construction business?

Q7. Have you, or has any member of your immediate family been employed as a claims adjuster, or been employed by a company which, in whole or in part, is engaged in the casualty or liability insurance business or construction business

Q8. Has anyone here heard of an employee being sued by her employer and her employer's insurance company?

## III. General Questions

Q9. Is there anyone who has been involved in a serious auto accident before?

Q10. Is there anyone who was driving a vehicle involved in an accident where relatives, friends, or co-workers were injured?

Q11. Is there anyone who has been injured at work?

Q12. Is there anyone who owns a small business?

Q13. Is there anyone who holds a management position at their job, or is otherwise responsible for supervising and instructing other employees?

Q14. Is there anyone who relies on the instructions of his or her supervisors to perform their tasks on the job?

Q15. Would anyone here have any difficulty holding an employer responsible for the instructions they gave to their employees, if one employee followed that instruction believing that it was his or her job to do so?

Q16. Is there anyone who is or has been personally involved in labor or union activities or disputes?

Q17. Is there anyone who has immigrants in their family?

Q18. Is there anyone who works or socializes with immigrants on a regular basis?

Q19. Is there anyone who feels passionately about immigration politics in this country? If so, what are your views?

Q20. Is there anyone who would be so affected by sympathy for either side that they would not

follow the law and apply the law to the facts as they find them?

Q21. Have any of you heard or read information or advertising on television, radio, or in the newspapers that deals with the subject of lawsuits generally?

Q22. Will any of that information or advertising influence your judgment in this case so that you may not be able to be fair and impartial?

Q23. Has anyone on the panel heard or read about a movement called "Tort Reform?" Have you formed any opinions or beliefs about Tort Reform" Would your opinions or beliefs affect your ability to decide this case?

Q24. Have you seen or heard advertisements which criticize people who use the judicial system as a method of recovering money for personal injuries or damages caused by another person? Would these advertisements affect your ability to decide this case?

Q25. Would anyone here, because of their background, training, relationships, experience or personal feelings, or anything you have read or seen in the news media cause you to have any difficulty, if the facts so warrant, in finding for Maly Yan?

Q26. Would any member of this panel, do anything other than listen to the evidence, decide the case on the basis of the evidence fairly and impartially, and fully respect the charge of the Court on the law to be applied?