# BifferatoGentilotti

**ATTORNEYS AT LAW**
www.bglawde.com

Chad J. Toms
Also Admitted in NJ
Wilmington Office
Direct Fax: (302) 792-7471
ctoms@bglawde.com

April 14, 2008

**Via Electronic Filing and Hand Delivery**
The Honorable Mary Pat Thynge
J. Caleb Boggs Federal Building
844 N. King Street, Room 6100
Lockbox 8
Wilmington, DE 19801

> Re:     **St. Paul Mercury Insurance Company, et al. v. Maly Yan, et al.**
>         **C.A. No 05-22-MPT**

Dear Judge Thynge:

I write to supplement my letter of April 7, 2008, in which Plaintiffs requested permission to use certain electronic equipment, including laptop computers and an overhead projector, during the trial of the above-referenced matter. Plaintiffs wish to supplement their previous request to include a request that one phone/blackberry device be allowed through security as well. The phone/blackberry will remain off when in the Courtroom. However, Plaintiffs would like access to this device outside the Courtroom to communicate the trial developments to our corporate clients.

Counsel are available should Your Honor have any questions or concerns.

Respectfully submitted,

Chad J. Toms (#4155)

CJT/yd
cc:     Via Electronic Mail
        Michael L. Sensor, Esquire
        Yvonne Takvorian Saville, Esquire
        Francis J. Deasey, Esquire

Wilmington Office
800 N. King Street
P.O. Box 2165
Wilmington, DE 19899-2165
Courier Zip: (19801)
Phone: (302) 429-1900
Main Fax: (302) 429-8600

Newark Office
100 Biddle Avenue, Suite 100
Newark, DE 19702
Phone: (302) 429-1900
Main fax: (302) 832-7540

Lewes Office
119 West Third Street
Lewes, DE 19958
Phone: (302) 644-0302
Main Fax: (302) 644-0306

BIFFERATO GENTILOTTI LLC