**KLINE & SPECTER**
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
THE NINETEENTH FLOOR
1525 LOCUST STREET
PHILADELPHIA, PENNSYLVANIA 19102
WWW.KLINESPECTER.COM

215-772-1000
FAX: 215-772-1359

April 15, 2008

<u>*VIA ELECTRONIC FILING*</u>

Honorable Mary Pat Thynge
J. Caleb Boggs Federal Building
844 N. King Street, Room 6100
Lock Box 8
Wilmington, DE 19801

    RE: *St. Paul Mercury, et al. V. Maly Yan, et al.*
       <u>*C.A. No. 05-22-MPT*</u>

Dear Judge Thynge:

  As Your Honor directed during the Pre-Trial Conference, Defendants respectfully request that they be allowed to use certain electronic equipment during the trial of the above-referenced matter, which is scheduled to begin April 22, 2008. Defendants request permission to bring a laptop computer, an overhead projector (elmo projector), projector screen to trial. In addition, we request that the Court allow the laptop computer to be wireless enabled for the purposes of accessing remote information and communicating with trial support staff outside the courtroom. Defendants also request permission that phone/blackberry devices be allowed through security as well. The phone/blackberries will remain off when in the Courtroom. However, defense counsel would like access to these devises outside the Courtroom to communicate the trial developments to our partners, staff, local counsel and our clients.

  With the understanding that Courtroom 2-B will be available during the late afternoon of April 21, 2008, the day before trial, we respectfully request that we be granted access to the Courtroom beginning at 3:30 p.m. to bring in our trial boxes, and equipment to set-up for trial. We anticipate not needing more that an hour.

The Honorable May Pat Thynge
April 15, 2008
Page 2

      Counsel are available should Your Honor have any questions or concerns regarding these requests.

                                      Respectfully submitted,

                                      ROYCE W. SMITH

RWS/pas

      *VIA ELECTRONIC MAIL*
cc:    Frank Deasey, Esq. (Via e-corresp.)
       Michael Sensor, Esq. (Via e-corresp)
       Chad J. Toms, Esq.(via e-corresp)
       Joseph R. Biden, III, Esq. (Via e-corresp)
       Yvonne Saville, Esq. (Via e-corresp)