**BifferatoGentilotti**
ATTORNEYS AT LAW
www.bglawde.com

Chad J. Toms
Also Admitted in NJ
Wilmington Office
Direct Fax: (302) 792-7471
ctoms@bglawde.com

April 16, 2008

**Via Electronic Filing and Hand Delivery**
The Honorable Mary Pat Thynge
J. Caleb Boggs Federal Building
844 N. King Street, Room 6100
Lockbox 8
Wilmington, DE 19801

Re:  **St. Paul Mercury Insurance Company, et al. v. Maly Yan, et al.**
     **C.A. No 05-22-MPT**

Dear Judge Thynge:

While preparing for the trial of this matter, it came to our attention that we inadvertently failed to provide Chambers with an electronic copy of the Proposed Jury Instructions, Voir Dire and Verdict Sheet. Therefore, enclosed please find a compact disk containing the WordPerfect file for the following documents electronically filed on March 26, 2008:

1. D.I. 159 Proposed Jury Instructions;
2. D.I. 160 Plaintiffs' Proposed Special Interrogatories To The Jury and Defendant's Proposed Verdict Sheet; and
3. D.I. 161 Plaintiffs' Proposed Voir Dire and Defendant's Proposed Voir Dire.

The enclosed files are the same as those filed with the Court on March 26, 2008 with one exception. While reviewing the jury instructions that the parties submitted to the Court, Plaintiffs noted that the submitted Jury Instruction Number 8 on page 12 does not accurately set forth the language quoted from Restatement (Second) of Agency Section 229. The Jury Instruction Number 8 that the parties originally submitted used the language "Course and Scope of Employment", in the title and first sentence of the instruction, while Section 229 of the Restatement itself only uses the language "scope of employment." That discrepancy has been corrected in the enclosed files.

Wilmington Office
800 N. King Street
P.O. Box 2165
Wilmington, DE 19899-2165
Courier Zip: (19801)
Phone: (302) 429-1900
Main Fax: (302) 429-8600

Newark Office
100 Biddle Avenue, Suite 100
Newark, DE 19702
Phone: (302) 429-1900
Main fax: (302) 832-7540

Lewes Office
119 West Third Street
Lewes, DE 19958
Phone: (302) 644-0302
Main Fax: (302) 644-0306

BIFFERATO GENTILOTTI LLC

Bifferato Gentilotti LLC
2 of 2
April 16, 2008

      Counsel are available should Your Honor have any questions or concerns.

                                 Respectfully submitted,

                                 Chad J. Toms (#4155)

CJT/yd
Encls.
cc:    <u>Via Electronic Mail with electronic files attached</u>
        Michael L. Sensor, Esquire
        Yvonne Takvorian Saville, Esquire
        Francis J. Deasey, Esquire
        Henri Marcel, Esquire