# BifferatoGentilotti
**ATTORNEYS AT LAW**
www.bglawde.com

Chad J. Toms
Also Admitted in NJ
Wilmington Office
Direct Fax: (302) 792-7471
ctoms@bglawde.com

April 18, 2008

**Via Electronic Filing and Hand Delivery**

The Honorable Mary Pat Thynge
J. Caleb Boggs Federal Building
844 N. King Street, Room 6100
Lockbox 8
Wilmington, DE 19801

Re:   **St. Paul Mercury Insurance Company, et al. v. Maly Yan, et al.**
       **C.A. No 05-22-MPT**

Dear Judge Thynge:

On April 16, 2008, Plaintiffs received several documents from opposing counsel, each identified as a "Notice to Appear in Lieu of Subpoena." These documents were directed to Cheryl Stanisziewsky, Sterling Newsome, Steven Ames, Robert Macknis, Susi Hadi, John Leer and Mike Warren in care of Francis Deasey at the law firm of Deasey, Mahoney & Valentini. (Copies of these notices are attached hereto for the Court's reference.)

With these documents, it appears Defendants' intention is to force Plaintiffs to secure the trial attendance and testimony of these witnesses. Plaintiffs are unaware of any provision in the Federal Rules of Civil Procedure that allows a party to secure the trial testimony of witnesses in this manner. Thus, it is Plaintiffs' position that the Federal Rules do not permit these notices, and that Defendants cannot compel Plaintiffs to make any of these persons available through these means.

By correspondence dated April 17, 2008, Plaintiffs' counsel advised Defendants' counsel of Plaintiffs' opposition to the "Notice to Appear in Lieu of Subpoena." Plaintiffs' counsel further advised Defendants' counsel that it was Plaintiffs' present intention to have Cheryl Stanisziewsky, Sterling Newsome and Steven Ames available to testify at trial. Therefore, the

Wilmington Office
800 N. King Street
P.O. Box 2165
Wilmington, DE 19899-2165
Courier Zip: (19801)
Phone: (302) 429-1900
Main Fax: (302) 429-8600

Newark Office
100 Biddle Avenue, Suite 100
Newark, DE 19702
Phone: (302) 429-1900
Main fax: (302) 832-7540

Lewes Office
119 West Third Street
Lewes, DE 19958
Phone: (302) 644-0302
Main Fax: (302) 644-0306

BIFFERATO GENTILOTTI LLC

Bifferato Gentilotti LLC
2 of 3
April 18, 2008

trial attendance of Ms. Stanisziewsky, Mr. Newsome and Mr. Ames should be a non-issue for the parties in this Court (a copy of which is attached hereto for the Court's reference). It is still Plaintiffs' intention to have these witnesses available to testify at trial. However, Plaintiffs have been unable to contact Sterling Newsome by telephone (disconnected) or by utilization of two private investigators. Thus, Plaintiffs' counsel will provide Defendants' counsel with designations from Sterling Newsome's deposition.

However, Plaintiffs object to the extent that Defendants – through these documents – require Plaintiffs to produce Robert Macknis, Susi Hadi, John Leer or Mike Warren for trial. Mr. Macknis, Ms. Hadi and Mr. Leer are not parties, nor are they officers or employees of Plaintiffs. They are non-party witnesses, and they are not under the control of Plaintiffs in any manner. Thus, the proper method for Defendants to secure their trial attendance is through a subpoena issued pursuant to Federal Rules of Civil Procedure 45.

Mr. Warren, although an employee of Travelers Insurance Company, resides in Duluth, Georgia. He is not a party, nor is he an officer of Plaintiffs. Defendants cannot require Plaintiffs to present Mr. Warren at trial with this improper notice. Plaintiffs also cannot secure his trial attendance by subpoena. Pursuant to Rule 45(c)(3)(A)(iii), the Court should quash any subpoena served upon a non-party, or an employee of a party who is not an officer, if that subpoena would require that witness to travel more than 100 miles "from where that person resides, is employed, or regularly transacts business in person." It is self-evident that Duluth, Georgia is more than 100 miles from Wilmington, Delaware. Accordingly, Defendants cannot subpoena Mr. Warren for trial.

Prior to corresponding with Defendants' counsel on April 17, 2008, Plaintiffs' counsel attempted to contact Defendants' counsel without success. Plaintiffs' counsel left a detailed voice message for Defendants' counsel regarding the issues addressed in this correspondence. Earlier today, Plaintiffs' counsel again attempted to contact Defendants' counsel without success. Thus, Plaintiffs respectfully request a conference call with the Court to resolve these issues. Further, Plaintiffs request that the Court summarily quash the Notices and enter a protective order that Defendants may not require Mr. Warren's trial attendance, based upon Fed. R. Civ. P. 45(c)(3)(A)(iii).

Respectfully submitted,

Chad J. Toms (#4155)

CJT/yd
Attachments

Bifferato Gentilotti LLC
3 of 3
April 18, 2008

cc:     Via Electronic Mail
        Michael L. Sensor, Esquire
        Yvonne Takvorian Saville, Esquire
        Francis J. Deasey, Esquire
        Henri Marcel, Esquire
        Jonathan Cohen, Esquire
        Steven M. Dranoff, Esquire
        Richard Costigan, Esquire
        Warren L. Siegel, Esquire
        Robert S. Miller, Esquire
        Royce Smith, Esquire