IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

---

| | | |
|---|---|---|
| ST. PAUL MERCURY INSURANCE COMPANY, and PACK & PROCESS, INC. | : | |
| | : | |
| Plaintiff, | : | |
| | : | Civil Action No.  05-0022 (MPT) |
| MALY YAN | : | |
| Defendant | | |

---

| | | |
|---|---|---|
| YAN THOU, Individually and as Administrator of the Estates of Oeurn Mam, Deceased and Navy Yan, Deceased et al., | : : : | Civil Action No.  05-0513 (MPT) |
| Plaintiffs | : | |
| VS. | : | |
| | : | |
| PACK & PROCESS, INC. AND ST. PAUL MERCURY INSURANCE COMPANY | : : : | |
| Defendants | : | NOTICE TO APPEAR IN LIEU OF SUBPOENA |


TO:    **Cheryl Stanisziewski**
         c/o Francis Deasey, Esquire
         Henri Marcel, Esquire
         Deasey, Mahoney & Bender
         1800 John F. Kennedy Boulevard / Suite 1300
         Philadelphia, Pennsylvania 19103


You are directed to come to the United States District Court for the District of Delaware, J.

Caleb Boggs Federal Building, 844 North King Street, Courtroom 2B, Wilmington, Delaware 19801,

on Tuesday, April 22, 2008 at 9:00 a.m., or as soon thereafter as this matter may be called to trial,

to testify on behalf of plaintiff in the above-captioned matter and to remain until excused.

If you fail to attend or to produce the documents or things required by this Notice to Appear in Lieu of Subpoena, you may be subject to the sanctions authorized by the Federal Rules of Civil Procedure.

**KLINE & SPECTER**
*A Professional Corporation*

BY: _____

ROYCE W. SMITH, ESQUIRE
I.D.#: 201295
Attorney for Plaintiffs
1525 Locust Street, Nineteenth Floor
Philadelphia, PA 19102
(215) 772-1000

Dated:  April 11, 2008

## CERTIFICATE OF SERVICE

Christine Madden, Legal Assistant to Royce W. Smith, Esquire, hereby certifies that a copy of the foregoing Notice to Appear in Lieu of Subpoena was served via first class mail upon the following:

> **Cheryl Stanisziewski**
> c/o Francis Deasey, Esquire
> Henri Marcel, Esquire
> Deasey, Mahoney & Bender
> 1800 John F. Kennedy Boulevard / Suite 1300
> Philadelphia, Pennsylvania 19103

_Christine Madd_

Christine Madden, Legal Assistant to
ROYCE W. SMITH, Esquire

Date:    April 11, 2008

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

---

ST. PAUL MERCURY INSURANCE : 
COMPANY, and :
PACK & PROCESS, INC. :
  :
      Plaintiff, :
  :     Civil Action No. 05-0022 (MPT)
MALY YAN :
      Defendant :

---

YAN THOU, Individually and as :
Administrator of the Estates of Oeurn :
Mam, Deceased and Navy Yan, Deceased :     Civil Action No. 05-0513 (MPT)
et al., :
        Plaintiffs :
      VS. :
  :
PACK & PROCESS, INC. :
      AND :
ST. PAUL MERCURY INSURANCE :
COMPANY :     NOTICE TO APPEAR
      Defendants :     IN LIEU OF SUBPOENA

TO:   **Sterling Newsome**
     c/o Francis Deasey, Esquire
     Henri Marcel, Esquire
     Deasey, Mahoney & Bender
     1800 John F. Kennedy Boulevard / Suite 1300
     Philadelphia, Pennsylvania 19103

You are directed to come to the United States District Court for the District of Delaware, J.

Caleb Boggs Federal Building, 844 North King Street, Courtroom 2B, Wilmington, Delaware 19801,

on Tuesday, April 22, 2008 at 9:00 a.m., or as soon thereafter as this matter may be called to trial,

to testify on behalf of plaintiff in the above-captioned matter and to remain until excused.

If you fail to attend or to produce the documents or things required by this Notice to Appear in Lieu

of Subpoena, you may be subject to the sanctions authorized by the Federal Rules of Civil Procedure.


**KLINE & SPECTER**
*A Professional Corporation*

BY: _____

ROYCE W. SMITH, ESQUIRE
I.D.#: 201295
Attorney for Plaintiffs
1525 Locust Street, Nineteenth Floor
Philadelphia, PA 19102
(215) 772-1000

Dated:  April 11, 2008

## CERTIFICATE OF SERVICE

Christine Madden, Legal Assistant to Royce W. Smith, Esquire, hereby certifies that a copy of the foregoing Notice to Appear in Lieu of Subpoena was served via first class mail upon the following:

**Sterling Newsome**
c/o Francis Deasey, Esquire
Henri Marcel, Esquire
Deasey, Mahoney & Bender
1800 John F. Kennedy Boulevard / Suite 1300
Philadelphia, Pennsylvania 19103

Christine Madden, Legal Assistant to
ROYCE W. SMITH, ESQUIRE

Date:    April 11, 2008

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ST. PAUL MERCURY INSURANCE<br>COMPANY, and<br>PACK & PROCESS, INC. | :<br>:<br>: | |
| | : | |
| Plaintiff, | : | |
| | : | Civil Action No.  05-0022 (MPT) |
| MALY YAN | : | |
| Defendant | : | |

| | | |
|---|---|---|
| YAN THOU, Individually and as<br>Administrator of the Estates of Oeurn<br>Mam, Deceased and Navy Yan, Deceased<br>et al., | :<br>:<br>:<br>: | Civil Action No.  05-0513 (MPT) |
| Plaintiffs | : | |
| VS. | : | |
| | : | |
| PACK & PROCESS, INC. | : | |
| AND | : | |
| ST. PAUL MERCURY INSURANCE | : | |
| COMPANY | : | NOTICE TO APPEAR |
| Defendants | : | IN LIEU OF SUBPOENA |

TO:    **Steven Ames**
    c/o Francis Deasey, Esquire
    Henri Marcel, Esquire
    Deasey, Mahoney & Bender
    1800 John F. Kennedy Boulevard / Suite 1300
    Philadelphia, Pennsylvania 19103

You are directed to come to the United States District Court for the District of Delaware, J.

Caleb Boggs Federal Building, 844 North King Street, Courtroom 2B, Wilmington, Delaware 19801,

on Tuesday, April 22, 2008 at 9:00 a.m., or as soon thereafter as this matter may be called to trial,

to testify on behalf of plaintiff in the above-captioned matter and to remain until excused.

If you fail to attend or to produce the documents or things required by this Notice to Appear in Lieu of Subpoena, you may be subject to the sanctions authorized by the Federal Rules of Civil Procedure.

**KLINE & SPECTER**
*A Professional Corporation*

BY: _____

ROYCE W. SMITH, ESQUIRE
I.D.#: 201295
Attorney for Plaintiffs
1525 Locust Street, Nineteenth Floor
Philadelphia, PA 19102
(215) 772-1000

Dated:  April 11, 2008

## CERTIFICATE OF SERVICE

Christine Madden, Legal Assistant to Royce W. Smith, Esquire, hereby certifies that a copy of the foregoing Notice to Appear in Lieu of Subpoena was served via first class mail upon the following:

**Steven Ames**
c/o Francis Deasey, Esquire
Henri Marcel, Esquire
Deasey, Mahoney & Bender
1800 John F. Kennedy Boulevard / Suite 1300
Philadelphia, Pennsylvania 19103


_Christine Madden_

Christine Madden, Legal Assistant to
ROYCE W. SMITH, ESQUIRE

Date:    April 11, 2008

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ST. PAUL MERCURY INSURANCE COMPANY, and PACK & PROCESS, INC. | : : : : | |
| Plaintiff, | : : | Civil Action No. 05-0022 (MPT) |
| MALY YAN Defendant | : : | |

| | | |
|---|---|---|
| YAN THOU, Individually and as Administrator of the Estates of Oeurn Mam, Deceased and Navy Yan, Deceased et al., | : : : : | Civil Action No. 05-0513 (MPT) |
| Plaintiffs VS. | : : : | |
| PACK & PROCESS, INC. AND ST. PAUL MERCURY INSURANCE COMPANY | : : : : | |
| Defendants | : | NOTICE TO APPEAR IN LIEU OF SUBPOENA |

TO:    **Robert Macknis**
c/o Francis Deasey, Esquire
Henri Marcel, Esquire
Deasey, Mahoney & Bender
1800 John F. Kennedy Boulevard / Suite 1300
Philadelphia, Pennsylvania 19103


You are directed to come to the United States District Court for the District of Delaware, J. Caleb Boggs Federal Building, 844 North King Street, Courtroom 2B, Wilmington, Delaware 19801, on Tuesday, April 22, 2008 at 9:00 a.m., or as soon thereafter as this matter may be called to trial, to testify on behalf of plaintiff in the above-captioned matter and to remain until excused.

If you fail to attend or to produce the documents or things required by this Notice to Appear in Lieu

of Subpoena, you may be subject to the sanctions authorized by the Federal Rules of Civil Procedure.

**KLINE & SPECTER**
*A Professional Corporation*

BY: _____
ROYCE W. SMITH, ESQUIRE
I.D.#: 201295
Attorney for Plaintiffs
1525 Locust Street, Nineteenth Floor
Philadelphia, PA 19102
(215) 772-1000

Dated: April 11, 2008

## CERTIFICATE OF SERVICE

Christine Madden, Legal Assistant to Royce W. Smith, Esquire, hereby certifies that a copy of the foregoing Notice to Appear in Lieu of Subpoena was served via first class mail upon the following:

**Robert Macknis**
c/o Francis Deasey, Esquire
Henri Marcel, Esquire
Deasey, Mahoney & Bender
1800 John F. Kennedy Boulevard / Suite 1300
Philadelphia, Pennsylvania 19103

Christine Madden, Legal Assistant to
ROYCE W. SMITH, ESQUIRE

Date:    April 11, 2008

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ST. PAUL MERCURY INSURANCE COMPANY, and PACK & PROCESS, INC. | : : : | |
| Plaintiff, | : : | |
| MALY YAN          Defendant | : : | Civil Action No. 05-0022 (MPT) |

| | | |
|---|---|---|
| YAN THOU, Individually and as Administrator of the Estates of Oeurn Mam, Deceased and Navy Yan, Deceased et al., | : : : : | Civil Action No. 05-0513 (MPT) |
| Plaintiffs VS. | : : | |
| | : | |
| PACK & PROCESS, INC.        AND ST. PAUL MERCURY INSURANCE COMPANY | : : : : | |
| Defendants | : | NOTICE TO APPEAR IN LIEU OF SUBPOENA |

TO:    **Susi Hadi**
       c/o Francis Deasey, Esquire
       Henri Marcel, Esquire
       Deasey, Mahoney & Bender
       1800 John F. Kennedy Boulevard / Suite 1300
       Philadelphia, Pennsylvania 19103


You are directed to come to the United States District Court for the District of Delaware, J.

Caleb Boggs Federal Building, 844 North King Street, Courtroom 2B, Wilmington, Delaware 19801,

on Tuesday, April 22, 2008 at 9:00 a.m., or as soon thereafter as this matter may be called to trial,

to testify on behalf of plaintiff in the above-captioned matter and to remain until excused.

If you fail to attend or to produce the documents or things required by this Notice to Appear in Lieu
of Subpoena, you may be subject to the sanctions authorized by the Federal Rules of Civil Procedure.

                                   KLINE & SPECTER
                                   *A Professional Corporation*

                         BY: _____
                                   ROYCE W. SMITH, ESQUIRE
                                   I.D.#: 201295
                                   Attorney for Plaintiffs
                                   1525 Locust Street, Nineteenth Floor
                                   Philadelphia, PA 19102
                                   (215) 772-1000

Dated: April 11, 2008

## CERTIFICATE OF SERVICE

Christine Madden, Legal Assistant to Royce W. Smith, Esquire, hereby certifies that a copy

of the foregoing Notice to Appear in Lieu of Subpoena was served via first class mail upon the

following:

> **Susi Hadi**
> c/o Francis Deasey, Esquire
> Henri Marcel, Esquire
> Deasey, Mahoney & Bender
> 1800 John F. Kennedy Boulevard / Suite 1300
> Philadelphia, Pennsylvania 19103

Christine Madden, Legal Assistant to
ROYCE W. SMITH, ESQUIRE

Date:    April 11, 2008

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

---

ST. PAUL MERCURY INSURANCE    :
COMPANY, and    :
PACK & PROCESS, INC.    :
    :
    Plaintiff,    :
    :    Civil Action No.  05-0022 (MPT)
MALY YAN    :
    Defendant    :

---

YAN THOU, Individually and as    :
Administrator of the Estates of Oeurn    :
Mam, Deceased and Navy Yan, Deceased    :    Civil Action No.  05-0513 (MPT)
et al.,    :
    Plaintiffs    :
    VS.    :
    :
PACK & PROCESS, INC.    :
    AND    :
ST. PAUL MERCURY INSURANCE    :
COMPANY    :    NOTICE TO APPEAR
    Defendants    :    IN LIEU OF SUBPOENA

TO:    **John Leer**
    c/o Francis Deasey, Esquire
    Henri Marcel, Esquire
    Deasey, Mahoney & Bender
    1800 John F. Kennedy Boulevard / Suite 1300
    Philadelphia, Pennsylvania 19103

You are directed to come to the United States District Court for the District of Delaware, J. Caleb Boggs Federal Building, 844 North King Street, Courtroom 2B, Wilmington, Delaware 19801, on Tuesday, April 22, 2008 at 9:00 a.m., or as soon thereafter as this matter may be called to trial, to testify on behalf of plaintiff in the above-captioned matter and to remain until excused.

If you fail to attend or to produce the documents or things required by this Notice to Appear in Lieu of Subpoena, you may be subject to the sanctions authorized by the Federal Rules of Civil Procedure.

**KLINE & SPECTER**
*A Professional Corporation*

BY:

ROYCE W. SMITH, ESQUIRE
I.D.#: 201295
Attorney for Plaintiffs
1525 Locust Street, Nineteenth Floor
Philadelphia, PA 19102
(215) 772-1000

Dated: April 11, 2008

## CERTIFICATE OF SERVICE

Christine Madden, Legal Assistant to Royce W. Smith, Esquire, hereby certifies that a copy of the foregoing Notice to Appear in Lieu of Subpoena was served via first class mail upon the following:

**John Leer**
c/o Francis Deasey, Esquire
Henri Marcel, Esquire
Deasey, Mahoney & Bender
1800 John F. Kennedy Boulevard / Suite 1300
Philadelphia, Pennsylvania 19103

Christine Madden, Legal Assistant to
ROYCE W. SMITH, ESQUIRE

Date:    April 11, 2008

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ST. PAUL MERCURY INSURANCE            :
COMPANY, and                          :
PACK & PROCESS, INC.                  :
                                      :
            Plaintiff,                :
                                      :    Civil Action No.  05-0022 (MPT)
MALY YAN                              :
            Defendant                 :

YAN THOU, Individually and as         :
Administrator of the Estates of Oeurn :
Mam, Deceased and Navy Yan, Deceased  :    Civil Action No.  05-0513 (MPT)
et al.,                               :
            Plaintiffs                :
        VS.                           :
                                      :
PACK & PROCESS, INC.                  :
        AND                           :
ST. PAUL MERCURY INSURANCE            :
COMPANY                               :    NOTICE TO APPEAR
            Defendants                :    IN LIEU OF SUBPOENA


TO:    Mike Warren
       c/o Francis Deasey, Esquire
       Henri Marcel, Esquire
       Deasey, Mahoney & Bender
       1800 John F. Kennedy Boulevard / Suite 1300
       Philadelphia, Pennsylvania 19103


       You are directed to come to the United States District Court for the District of Delaware, J.

Caleb Boggs Federal Building, 844 North King Street, Courtroom 2B, Wilmington, Delaware 19801,

on Tuesday, April 22, 2008 at 9:00 a.m., or as soon thereafter as this matter may be called to trial,

to testify on behalf of plaintiff in the above-captioned matter and to remain until excused.

If you fail to attend or to produce the documents or things required by this Notice to Appear in Lieu

of Subpoena, you may be subject to the sanctions authorized by the Federal Rules of Civil Procedure.

**KLINE & SPECTER**
*A Professional Corporation*

BY: _____

ROYCE W. SMITH, ESQUIRE
I.D.#: 201295
Attorney for Plaintiffs
1525 Locust Street, Nineteenth Floor
Philadelphia, PA 19102
(215) 772-1000

Dated:  April 11, 2008

## CERTIFICATE OF SERVICE

Christine Madden, Legal Assistant to Royce W. Smith, Esquire, hereby certifies that a copy of the foregoing Notice to Appear in Lieu of Subpoena was served via first class mail upon the following:

> **Mike Warren**
> c/o Francis Deasey, Esquire
> Henri Marcel, Esquire
> Deasey, Mahoney & Bender
> 1800 John F. Kennedy Boulevard / Suite 1300
> Philadelphia, Pennsylvania 19103

Christine Madden, Legal Assistant to
ROYCE W. SMITH, ESQUIRE

Date:    April 11, 2008