# DEASEY, MAHONEY & VALENTINI, LTD.

FRANCIS J. DEASEY
HARRY G. MAHONEY
JAMES W. DALY†
GERALD J. VALENTINI‡
JANE A. NORTH†
HENRI MARCEL†
CARLA P. MARESCA†o
WARD A. RIVERS†
CHRISTOPHER C. NEGRETE
STEPHEN J. PARISI†
MICHAEL J. HINKLE†
JENNIFER B. HUNTER†
CHRISTOPHER G. MAVROS†
ELYSE G. CRAWFORD
THOMAS C. GALLAGHER†
ANDREW B. ADAIR
KIMBERLY M. FRASCELLA
SHERYL L. BROWN†
MICHAEL F. SCHLEIGH†
DIANA P. SISUM†
LISA A. BLACKWOOD
KRYSTN E. MUNDY±
MATTHEW J. JUNK†

ATTORNEYS AT LAW - PROCTORS IN ADMIRALTY
SUITE 3400
1601 MARKET STREET
PHILADELPHIA, PA 19103-2301
215-587-9400
FACSIMILE: 215-587-9456

DIRECT EMAIL: FJDEASEY@DMVLAWFIRM.COM
VOICE-MAIL EXTENSION #134

NEW JERSEY OFFICE
80 TANNER STREET
HADDONFIELD, NJ 08033-2419
856-429-6331
FACSIMILE: 856-429-6562

MEDIA OFFICE
SUITE 101
103 CHESLEY DRIVE
MEDIA, PA 19063
610-892-2732
FACSIMILE: 610-892-2926

OF COUNSEL:
FRANK C. BENDER
WILLIAM R. DEASEY
1951-1993
JAMES G. BARNES
1988-1997
† ALSO MEMBER NJ BAR
‡ ALSO MEMBER CA BAR
o ALSO MEMBER NY BAR
± ALSO MEMBER NV BAR

April 17, 2008

**VIA FACSIMILE**
Royce W. Smith, Esquire
Kline & Specter
1525 Locust Street, 19th Floor
Philadelphia, PA 19102

Re:  **St. Paul Mercury Insurance Co. v. Maly Yan**
     **Our File No. 350.21939**

Dear Mr. Smith:

This will confirm the voice mail message left with you concerning the Notices to Attend received by our office on April 16, 2008. As I advised, the cover letter accompanying the Notices to Attend is dated April 11, 2008 and the letter is addressed to the firm of Deasey, Mahoney & Bender at the 1800 John F. Kennedy Boulevard address. For the record, the name of the firm is Deasey, Mahoney & Valentini and we have not been at that address since July 2007. The present address of Deasey, Mahoney & Valentini is Suite 3400, 1601 Market Street, Philadelphia, PA 19103.

Upon receiving the Notices to Attend, we contacted Judge Thynge's deputy clerk to determine the proper procedure for objecting to the Notices to Attend. We were informed that we should contact you first to discuss our objections and if we are unable to resolve the dispute to forward a letter to Judge Thynge with a request for an immediate conference call to discuss the matters further. In accordance with the instructions of Judge Thynge's chambers, we request that you contact us immediately upon receipt of this correspondence.

Initially, we object to the Notices to Attend in lieu of a subpoena since there is no procedure under the Federal Rules of Civil Procedure for issuing such notices. If you have legal authority to the contrary, kindly advise.

PAGE NO.    2                        Royce W. Smith, Esquire
                                     April 17, 2008

Nevertheless, it is our present intention to have Cheryl Stanisziewsky, Sterling Newsome and Steven Ames available at trial to testify. If our intention in this regard changes, we will advise immediately. With respect to these individuals, there is no need to serve us with a subpoena.

Susi Hadi is not our client. Therefore, you will need to subpoena her to compel her attendance at trial. John Leer is not an employee of Pack & Process or St. Paul Mercury Insurance Company. Thus, you will need to subpoena him to compel his attendance at trial. While Mike Warren is presently employed by Travelers Insurance Company, he resides in Atlanta, Georgia and is not an officer or managing agent of Travelers Insurance Company. Thus, he cannot be compelled to attend a trial in Wilmington, Delaware. We will object to any attempt to compel his attendance at time of trial.

Robert Macknis is a former employee of Pack & Process residing in Delaware. If you subpoena him to testify at trial, we will object to any testimony given by Mr. Macknis since he was not employed by Pack & Process in 2001, having retired from the company in July, 2000.

Upon receipt of this correspondence, kindly contact the undersigned so that we may discuss this further. If I do not hear from you by 2:00 p.m. I will assume that we will need to address these issues with the court and will correspond with the court outlining our position and requesting an immediate telephone conference call.

                                     Very truly yours,

                                     DEASEY, MAHONEY & VALENTINI, LTD.

                                     By:_____
                                        FRANCIS J. DEASEY, ESQUIRE

FJD/mr
cc:    Jonathan M. Cohen, Esquire (w/encl. via/fax)