IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ST. PAUL MERCURY INSURANCE
COMPANY and PACK AND
PROCESS, INC.                                      :        Case No. 05-0022 (KAJ)

      v.

MALY YAN
**************************************

YAN THOU, et al.

      v.
                                                            Case No. 05-005 13 (KAJ)
PACK & PROCESS, INC., et al.          :        **CONSOLIDATED CASES**

---

### DEPOSITION DESIGNATIONS- MALY YAN DEPOSITION TAKEN 9-24-03

| From Page /Line | | to Page /Line | |
|---|---|---|---|
| 22 | 24 | 23 | 15 |
| 37 | 12 | 38 | 13 |
| 38 | 23 | 40 | 8 |
| 42 | 4 | 43 | 6 |
| 49 | 2 | 50 | 2 |
| 52 | 8 | 53 | 24 |
| 66 | 21 | 70 | 16 |
| 73 | 9 | 75 | 10 |
| 76 | 2 | 76 | 13 |
| 82 | 16 | 83 | 6 |
| 84 | 21 | 85 | 5 |

| | | | |
|---|---|---|---|
| 87 | 5  | 88 | 9  |
| 89 | 1  | 89 | 13 |
| 89 | 23 | 92 | 13 |
| 93 | 3  | 94 | 22 |