IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ST. PAUL MERCURY INSURANCE
COMPANY and PACK AND
PROCESS, INC.                              :        Case No. 05-0022 (KAJ)

      v.

MALY YAN
*************************************

YAN THOU, et al.

      v.

                                                                  Case No. 05-005 13 (KAJ)
PACK & PROCESS, INC., et al.               :        **CONSOLIDATED CASES**

---

### DEPOSITION DESIGNATIONS - MALY YAN DEPOSITION TAKEN 6-5-06

| From Page /Line | | to Page /Line | |
|---|---|---|---|
| 58  | 7  | 58  | 20 |
| 58  | 24 | 61  | 23 |
| 63  | 3  | 63  | 23 |
| 71  | 4  | 71  | 12 |
| 85  | 9  | 88  | 10 |
| 98  | 9  | 99  | 16 |
| 99  | 22 | 100 | 24 |
| 101 | 4  | 101 | 11 |
| 104 | 10 | 104 | 12 |