**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| ST. PAUL MERCURY INSURANCE COMPANY and PACK AND PROCESS, INC. | : : : : | Case No. 05-0022 (KAJ) |
| v. | : : | |
| MALY YAN | : | |
| ……………………………………………………… | : : | |
| YAN THOU, et al. | : : | |
| v. | : : | Case No. 05-00513 (KAJ) |
| PACK & PROCESS, INC., et al. | : : | CONSOLIDATED CASES |
| _____ | : | |

**DEPOSITION DESIGNATIONS – MALY YAN DEPOSITION TAKEN 6/5/2006**

| From: Page/Line | | To: Page/Line | |
|---|---|---|---|
| 58 | 7 | 58 | 12 |
| 58 | 24 | 59 | 8 |
| 63 | 3 | 63 | 5 |
| 63 | 11 | 63 | 13 |
| 63 | 24 | 64 | 10 |
| 65 | 21 | 67 | 4 |
| 67 | 10 | 68 | 9 |
| 68 | 24 | 70 | 6 |
| 86 | 8 | 87 | 10 |
| 100 | 2 | 100 | 6 |
| 101 | 12 | 104 | 9 |
| 105 | 6 | 105 | 22 |