**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| ST. PAUL MERCURY INSURANCE COMPANY and PACK AND PROCESS, INC. | : : : : | Case No. 05-0022 (KAJ) |
| v. | : : : | |
| MALY YAN | : | |
| ................................................................ | : : | |
| YAN THOU, et al. | : : | |
| v. | : : | Case No. 05-00513 (KAJ) |
| PACK & PROCESS, INC., et al. | : : : | CONSOLIDATED CASES |

**DEPOSITION DESIGNATIONS – MALY YAN DEPOSITION TAKEN 9/24/2003**

| From: Page/Line | | To: Page/Line | |
|---|---|---|---|
| 10 | 24 | 13 | 12 |
| 14 | 1 | 14 | 19 |
| 15 | 20 | 16 | 5 |
| 19 | 2 | 19 | 20 |
| 20 | 11 | 20 | 16 |
| 20 | 17 | 21 | 7 |
| 22 | 7 | 22 | 16 |
| 22 | 24 | 23 | 15 |
| 24 | 22 | 25 | 12 |
| 26 | 12 | 27 | 9 |
| 27 | 13 | 27 | 17 |
| 30 | 16 | 30 | 19 |
| 31 | 9 | 31 | 10 |
| 34 | 17 | 35 | 1 |
| 35 | 7 | 35 | 11 |
| 35 | 22 | 36 | 6 |
| 36 | 20 | 38 | 3 |
| 38 | 8 | 38 | 13 |
| 38 | 23 | 39 | 14 |
| 39 | 18 | 40 | 8 |

| From: Page/Line | | To: Page/Line | |
|---|---|---|---|
| 42 | 4  | 42 | 17 |
| 46 | 13 | 48 | 5  |
| 48 | 9  | 49 | 12 |
| 49 | 15 | 51 | 11 |
| 51 | 22 | 52 | 11 |
| 52 | 15 | 52 | 23 |
| 54 | 1  | 54 | 12 |
| 54 | 18 | 55 | 11 |
| 55 | 24 | 56 | 4  |
| 56 | 16 | 56 | 20 |
| 61 | 5  | 61 | 9  |
| 63 | 22 | 63 | 24 |
| 66 | 7  | 67 | 18 |
| 67 | 22 | 67 | 23 |
| 68 | 1  | 68 | 3  |
| 68 | 12 | 68 | 21 |
| 70 | 21 | 71 | 6  |
| 72 | 18 | 72 | 22 |
| 73 | 18 | 74 | 15 |
| 85 | 11 | 85 | 13 |
| 85 | 17 | 85 | 21 |