**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ST. PAUL MERCURY INSURANCE COMPANY and PACK AND PROCESS, INC. : | Case No. 05-0022 (KAJ) |
| v. : | |
| MALY YAN : | |
| YAN THOU, et al. : | |
| v. : | Case No. 05-00513 (KAJ) |
| PACK & PROCESS, INC., et al. : | CONSOLIDATED CASES |

**DEPOSITION DESIGNATIONS – YAN THOU DEPOSITION TAKEN 6/5/2006**

| From: Page/Line | | To: Page/Line | |
|---|---|---|---|
| 7 | 14 | 8 | 3 |
| 8 | 16 | 8 | 21 |
| 16 | 24 | 18 | 9 |
| 23 | 10 | 24 | 13 |
| 24 | 23 | 25 | 3 |
| 35 | 10 | 35 | 24 |
| 36 | 6 | 36 | 9 |
| 36 | 22 | 37 | 6 |