**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| ST. PAUL MERCURY INSURANCE COMPANY and PACK AND PROCESS, INC. | : : : : | Case No. 05-0022 (KAJ) |
| v. | : : | |
| MALY YAN | : | |
| ............................................................ | : | |
| YAN THOU, et al. | : : | |
| v. | : : | Case No. 05-00513 (KAJ) |
| PACK & PROCESS, INC., et al. | : : : | CONSOLIDATED CASES |

**DEPOSITION DESIGNATIONS – YAN THOU DEPOSITION TAKEN 9/26/2003**

| From: Page/Line | | To: Page/Line | |
|---|---|---|---|
| 9 | 11 | 11 | 13 |
| 12 | 4 | 12 | 8 |
| 16 | 3 | 16 | 17 |
| 23 | 2 | 23 | 6 |
| 23 | 12 | 23 | 18 |
| 24 | 4 | 24 | 15 |
| 25 | 18 | 26 | 5 |
| 26 | 10 | 26 | 22 |
| 28 | 23 | 30 | 4 |
| 30 | 22 | 31 | 4 |
| 33 | 21 | 34 | 7 |
| 39 | 23 | 40 | 2 |
| 50 | 2 | 50 | 11 |