IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ST. PAUL MERCURY INSURANCE
COMPANY and PACK AND
PROCESS, INC.                                          :        Case No. 05-0022 (KAJ)

    v.

MALY YAN
******************************************

YAN THOU, et al.

    v.
                                                      Case No. 05-005 13 (KAJ)
PACK & PROCESS, INC., et al.                     :        **CONSOLIDATED CASES**

---

## DEPOSITION DESIGNATIONS - YAN THOU DEPOSITION TAKEN 6-5-06

| From Page /Line | | to Page /Line | |
|---|---|---|---|
| 18 | 1 | 18 | 19 |
| 19 | 14 | 20 | 17 |
| 22 | 20 | 25 | 21 |
| 28 | 2 | 28 | 13 |
| 36 | 1 | 37 | 3 |