IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ST. PAUL MERCURY INSURANCE
COMPANY and PACK AND
PROCESS, INC.                                        :        Case No. 05-0022 (KAJ)

       v.

MALY YAN
*************************************

YAN THOU, et al.

       v.
                                                                   Case No. 05-005 13 (KAJ)
PACK & PROCESS, INC., et al.         :        **CONSOLIDATED CASES**

---

## DEPOSITION DESIGNATIONS- YAN THOU DEPOSITION TAKEN 9-26-03

| From Page /Line | | to Page /Line | |
|---|---|---|---|
| 19 | 16 | 19 | 19 |
| 23 | 22 | 27 | 15 |
| 32 | 21 | 33 | 6 |
| 34 | 19 | 36 | 15 |
| 40 | 16 | 41 | 1 |
| 42 | 3 | 43 | 1 |
| 51 | 16 | 52 | 2 |
| 65 | 18 | 66 | 6 |
| 69 | 10 | 69 | 20 |
| 70 | 4 | 71 | 17 |
| 81 | 13 | 82 | 4 |

| 83 | 5  | 83 | 19 |
|----|----|----|----|
| 88 | 22 | 89 | 10 |