## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ST. PAUL MERCURY INSURANCE COMPANY and PACK AND PROCESS, INC. | : : : : | Case No. 05-0022 (KAJ) |
| v. | : : | |
| MALY YAN | : | |
| ............................................................... | : | |
| YAN THOU, et al. | : : | |
| v. | : : | Case No. 05-00513 (KAJ) |
| PACK & PROCESS, INC., et al. | : : : | CONSOLIDATED CASES |
| ──────────────────────────── | : | |

### DEPOSITION DESIGNATIONS – STERLING NEWSOME DEPOSITION TAKEN 6/29/06

| From: Page/Line | | To: Page/Line | |
|---|---|---|---|
| 5 | 11 | 5 | 21 |
| 9 | 6 | 9 | 23 |
| 10 | 4 | 10 | 8 |
| 12 | 2 | 12 | 7 |
| 12 | 13 | 12 | 14 |
| 32 | 12 | 32 | 23 |
| 34 | 20 | 35 | 12 |
| 36 | 3 | 36 | 5 |
| 36 | 16 | 36 | 19 |
| 42 | 19 | 43 | 15 |
| 46 | 19 | 47 | 18 |

## DEPOSITION DESIGNATIONS –
## STERLING NEWSOME DEPOSITION TAKEN 6/29/06

| From: Page/Line | | To: Page/Line | |
|---|---|---|---|
| 55 | 8 | 55 | 18 |
| 71 | 2 | 71 | 10 |
| 71 | 17 | 72 | 1 |
| 80 | 24 | 84 | 22 |
| 88 | 1 | 88 | 7 |
| 88 | 11 | 88 | 19 |
| 89 | 1 | 89 | 8 |
| 144 | 19 | 146 | 13 |
| 146 | 14 | 147 | 15 |
| 147 | 18 | 148 | 2 |
| 148 | 7 | 148 | 17 |