IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ST. PAUL MERCURY INSURANCE COMPANY and PACK AND PROCESS, INC. | : | Case No. 05-0022 (KAJ) |
| v. | | |
| MALY YAN ********************************** | | |
| YAN THOU, et al. | | |
| v. | | |
| PACK & PROCESS, INC., et al. | : | Case No. 05-005 13 (KAJ)<br>**CONSOLIDATED CASES** |

DEPOSITION DESIGNATIONS
STERLING NEWSOME DEPOSITION TAKEN 6-29-06

| From Page /Line | | to Page /Line | |
|---|---|---|---|
| 36 | 16 | 37 | 1 |
| 43 | 10 | 43 | 15 |
| 68 | 12 | 69 | 22 |
| 74 | 23 | 80 | 17 |
| 85 | 9 | 86 | 20 |
| 119 | 24 | 121 | 7 |
| 121 | 11 | 122 | 17 |
| 126 | 2 | 127 | 9 |
| 147 | 3 | 147 | 6 |