IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ST. PAUL MERCURY INSURANCE COMPANY and PACK AND PROCESS, INC. : : : | Case No. 05-0022 (KAJ) |
| v. : | |
| MALY YAN : | |
| .................................................... : | |
| YAN THOU, et al. : | |
| v. : | Case No. 05-00513 (KAJ) |
| PACK & PROCESS, INC., et al. : | CONSOLIDATED CASES |

**PLAINTIFFS' OBJECTIONS TO DEFENDANTS' COUNTER
DESIGNATIONS OF YAN THOU DEPOSITION TAKEN 9-26-03**

| From Page/Line | | to Page/Line | | |
|---|---|---|---|---|
| 34 | 9 | 35 | 3 | Objection hearsay - relevancy |
| 35 | 8 | 36 | 15 | Objection hearsay – relevancy |
| 42 | 12 | 43 | 1 | Objection – relevancy, hearsay |
| 65 | 18 | 66 | 8 | Objection – hearsay |
| 69 | 10 | 69 | 20 | Objection – hearsay, relevancy |
| 70 | 4 | 71 | 17 | Objection – relevancy witness did not answer the question |
| 81 | 13 | 82 | 4 | Objection – hearsay |
| 83 | 5 | 83 | 19 | Objection – relevancy |
| 88 | 22 | 89 | 10 | Objection – relevancy, speculation |

Dated: April 21, 2008                     BIFFERATO GENTILOTTI LLC

_____
Ian Connor Bifferato (#3273)
Chad J. Toms (#4155)
800 N. King Street, Plaza Level
Wilmington, DE 19801
(302) 429-1900

of Counsel:
Francis J. Deasey, Esq.
Henri Marcel, Esq.
DEASEY, MAHONEY & BENDER, LTD.
1800 John F. Kennedy Boulevard, Suite 1300
Philadelphia, PA 19103-2978
(215) 587-9400