# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ST. PAUL MERCURY INSURANCE COMPANY and PACK AND PROCESS, INC. | : : : : | Case No. 05-0022 (KAJ) |
| v. | : : : | |
| MALY YAN | : : | |
| ............................................................ | : : | |
| YAN THOU, et al. | : : : | |
| v. | : : | Case No. 05-00513 (KAJ) |
| PACK & PROCESS, INC., et al. | : : : | CONSOLIDATED CASES |

**PLAINTIFFS' OBJECTIONS TO DEFENDANTS' COUNTER DESIGNATIONS OF YAN THOU DEPOSITION TAKEN 6-5-06**

| **From Page/Line** | | **to Page/Line** | | |
|---|---|---|---|---|
| 25 | 13 | 25 | 21 | Objection – hearsay, relevancy |

Dated: April 21, 2008

BIFFERATO GENTILOTTI LLC

_____
Ian Connor Bifferato (#3273)
Chad J. Toms (#4155)
800 N. King Street, Plaza Level
Wilmington, DE 19801
(302) 429-1900

of Counsel:
Francis J. Deasey, Esq.
Henri Marcel, Esq.
DEASEY, MAHONEY & BENDER, LTD.
1800 John F. Kennedy Boulevard, Suite 1300
Philadelphia, PA 19103-2978
(215) 587-9400