IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ST. PAUL MERCURY INSURANCE COMPANY and PACK AND PROCESS, INC. | Case No. 05-0022 (KAJ) |
| v. | |
| MALY YAN | |
| YAN THOU, et al. | |
| v. | Case No. 05-00513 (KAJ) |
| PACK & PROCESS, INC., et al. | CONSOLIDATED CASES |

**PLAINTIFFS' OBJECTIONS TO DEFENDANTS' COUNTER DESIGNATIONS OF MALY YAN DEPOSITION TAKEN 6-5-06**

| From Page/Line | | to Page/Line | | |
|---|---|---|---|---|
| 59 | 14 | 61 | 23 | Objection – hearsay |
| 63 | 3 | 63 | 23 | Objection – hearsay |
| 98 | 9 | 99 | 16 | Objection – hearsay |
| 99 | 22 | 100 | 24 | Objection – hearsay |
| 101 | 4 | 101 | 11 | Objection – hearsay |

Dated: April 21, 2008

BIFFERATO GENTILOTTI LLC

Ian Connor Bifferato (#3273)
Chad J. Toms (#4155)
800 N. King Street, Plaza Level
Wilmington, DE 19801
(302) 429-1900

of Counsel:

Francis J. Deasey, Esq.
Henri Marcel, Esq.
DEASEY, MAHONEY & BENDER, LTD.
1800 John F. Kennedy Boulevard
Suite 1300
Philadelphia, PA  19103-2978
(215) 587-9400