## CERTIFICATE OF SERVICE

I, Chad J. Toms, hereby certify this 21st day of April, 2008, that copies of the foregoing *Plaintiffs' Objections To Defendants' Counter Designations Of Maly Yan Deposition Taken 6-5-06* were caused to be served upon the following via electronic filing:

Yvonne Takvorian Saville, Esq.
1220 N. Market Street, Suite 604
P.O. Box 370
Wilmington, DE 19801

Michael L. Sensor, Esq.
Perry & Sensor
Suite 560, First Federal Plaza
P.O. Box 1568
Wilmington, DE 19899

Jonathan M. Cohen, Esquire
Kline & Spector
The Nineteenth Floor
1525 Locust Street
Philadelphia, PA 19102

_____
Chad J. Toms, Esquire