IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ST. PAUL MERCURY INSURANCE COMPANY and PACK AND PROCESS, INC. : | Case No. 05-0022 (KAJ) |
| v. : | |
| MALY YAN : | |
| ............................................................ | |
| YAN THOU, et al. : | |
| v. : | Case No. 05-00513 (KAJ) |
| PACK & PROCESS, INC., et al. : | CONSOLIDATED CASES |

**REDIRECT DEPOSITION DESIGNATIONS – MALY YAN**
**DEPOSITION TAKEN 9/24/03**

| From Page/Line | | to Page/Line | |
|---|---|---|---|
| 70 | 9 | 70 | 20 |
| 84 | 21 | 85 | 21 |

Dated: April 21, 2008

BIFFERATO GENTILOTTI LLC

_____
Ian Connor Bifferato (#3273)
Chad J. Toms (#4155)
800 N. King Street, Plaza Level
Wilmington, DE 19801
(302) 429-1900

of Counsel:

Francis J. Deasey, Esq.
Henri Marcel, Esq.
DEASEY, MAHONEY & BENDER, LTD.
1800 John F. Kennedy Boulevard
Suite 1300
Philadelphia, PA  19103-2978
(215) 587-9400