## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ST. PAUL MERCURY INSURANCE<br>COMPANY and PACK AND<br>PROCESS, INC. | : <br> : <br> : <br> : | Case No. 05-0022 (KAJ) |
| v. | : <br> : | |
| MALY YAN | : | |
| ............................................................... | : | |
| YAN THOU, et al. | : <br> : | |
| v. | : <br> : | Case No. 05-00513 (KAJ) |
| PACK & PROCESS, INC., et al. | : | CONSOLIDATED CASES |
| | : <br> : | |

## REDIRECT DEPOSITION DESIGNATIONS –
## STERLING NEWSOME DEPOSITION TAKEN 6/29/06

| **From Page/Line** | | **to Page/Line** | |
|---|---|---|---|
| 120 | 23 | 121 | 10 |
| 147 | 18 | 148 | 12 |

Dated: April 21, 2008

BIFFERATO GENTILOTTI LLC

Ian Connor Bifferato (#3273)
Chad J. Toms (#4155)
800 N. King Street, Plaza Level
Wilmington, DE  19801
(302) 429-1900

of Counsel:

Francis J. Deasey, Esq.
Henri Marcel, Esq.
DEASEY, MAHONEY & BENDER, LTD.
1800 John F. Kennedy Boulevard
Suite 1300
Philadelphia, PA  19103-2978
(215) 587-9400