IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ST. PAUL MERCURY INSURANCE COMPANY and PACK AND PROCESS, INC. | Case No. 05-0022 (KAJ) |
| v. | |
| MALY YAN | |
| ............................................................... | |
| YAN THOU, et al. | |
| v. | Case No. 05-00513 (KAJ) |
| PACK & PROCESS, INC., et al. | CONSOLIDATED CASES |

**PLAINTIFFS' OBJECTIONS TO DEFENDANTS' DEPOSITION
DESIGNATIONS – STERLING NEWSOME DEPOSITION TAKEN 6-29-06**

| From Page/Line | | to Page/Line | | |
|---|---|---|---|---|
| 43 | 10 | 43 | 15 | Objection – redundant testimony |
| 68 | 12 | 69 | 22 | Objection – relevancy (witness clarifies answer on page 29, line 23 – page 70, line 1 |
| 74 | 23 | 84 | 17 | Objection – relevancy |
| 126 | 2 | 127 | 9 | Objection - relevancy |

Dated: April 21, 2008

BIFFERATO GENTILOTTI LLC

_____
Ian Connor Bifferato (#3273)
Chad J. Toms (#4155)
800 N. King Street, Plaza Level
Wilmington, DE 19801
(302) 429-1900

of Counsel:

Francis J. Deasey, Esq.
Henri Marcel, Esq.
DEASEY, MAHONEY & BENDER, LTD.
1800 John F. Kennedy Boulevard
Suite 1300
Philadelphia, PA  19103-2978
(215) 587-9400