IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ST. PAUL MERCURY INSURANCE COMPANY and PACK AND PROCESS, INC. | : : : : | Case No. 05-0022 (KAJ) |
| v. | : : | |
| MALY YAN | : : | |
| YAN THOU, et al. | : : : | |
| v. | : : | Case No. 05-00513 (KAJ) |
| PACK & PROCESS, INC., et al. | : : : : | CONSOLIDATED CASES |

### AFFIDAVIT OF PRUDENCE GRECO-MORGAN

BIFFERATO GENTILOTTI LLC
Ian Connor Bifferato (#3273)
Chad J. Toms (#4155)
800 N. King Street, Plaza Level
Wilmington, DE 19801
(302) 429-1900

of Counsel:

Francis J. Deasey, Esq.
Henri Marcel, Esq.
DEASEY, MAHONEY & BENDER, LTD.
1800 John F. Kennedy Boulevard
Suite 1300
Philadelphia, PA 19103-2978
(215) 587-9400

## AFFIDAVIT

Prudence Greco-Morgan, being duly sworn according to law, deposes and says that she is a Paralegal for Deasey, Mahoney & Valentini, Ltd. Law Firm, that she is authorized to make this affidavit on behalf of (plaintiff) regarding her attempts to locate Sterling Newsome to testify at trial as follows.

1. Attempted to contact Sterling Newsome at his last known address at 1609 S. 8th Street, Philadelphia, Pa 19148 and learned he no longer resides at this address.

2. Attempted to contact Sterling Newsome at his last known telephone number 215 416 7907 and learned the number had been disconnected.

3. Hired a private investigator, Barry Tiscornia, Independent Paralegal Services and Wayne Bowie to locate Sterling Newsome, with no success. (See report Attached).

4. Sent correspondence to Ms. Judy Bonita Newsome in Charleston, Maryland, Sterling Newsome's wife, seeking current contact information on Sterling Newsome, with no response. (See copy of letter sent attached).

_____
Prudence Greco-Morgan, Paralegal to
FRANCIS J. DEASEY, ESQUIRE

Sworn to And Subscribed

Before me this 21st day of

_April_____

Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
DENISE M PATSCH, Notary Public
City of Philadelphia, Phila. County
My Commission Expires October 24, 2009

# BARRY J. TISCORNIA
Independent Paralegal Services

Serving Pennsylvania, New Jersey & Delaware

(215) 350-3520  
phillyparalegal@comcast.net

432 Poplar Street, Apt. B  
Delanco, New Jersey 08075

April 14, 2008

Prudence Greco Morgan  
Deasey, Mahoney & Valentini, LTD.  
Suite 3400  
1601 Market Street  
Philadelphia, PA 19103

Re: St. Paul v. Maly Yan  
Your File Number: 350.21939

Dear Ms. Morgan:

Per your request, I have taken the following steps to locate **Mr. Sterling Newsome** for you, with no success:

1.) Comprehensive Database Search including Lexis Smart Linx search;

2.) Internet public record searches;

3.) Pennsylvania public records searches - civil & criminal, including Philadelphia County, Bucks County, Montgomery County, Delaware County, and Chester County;

4.) Maryland public records search, including Cecil County - home of Mr. Newsome's wife/ex-wife;

5.) US Postal Service forwarding address check - no results returned yet.

Thank you and please let me know if I can be of any further service to you.

Very truly yours,

Barry J. Tiscornia

Barry J. Tiscornia

Process Service □ Legal Research □ Document Retrieval □ Record Procurement □ Service of Mortgage Foreclosures  
Subpoena Preparation □ Court Filings □ Courier Service □ Transportation of Witnesses □ Photography

# INVOICE

Barry J. Tiscornia  
432 Poplar Street, Apt. B  
Delanco, New Jersey 08075  
Phone: (215) 350-3520  
Tax Id: 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

Invoice Number: 2008000121  
4-14-08

For:  
Prudence Greco Morgan  
Deasey, Mahoney & Valentini, LTD.  
Suite 3400  
1601 Market Street  
Philadelphia, PA 19103

Your File Number: 350.21939

Plaintiff:  
ST. PAUL

Defendant:  
MALY YAN

## ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| COMPREHENSIVE DATABASE(S) SEARCH | 1 | 60.00 | 60.00 |

Sterling Newsome

TOTAL CHARGED                                                                 $ 60.00

Thank you for your business!

THANK YOU FOR THE OPPORTUNITY TO SERVE YOU



**DEASEY, MAHONEY & VALENTINI, LTD.**                                                                 80588

BARRY J. TISCORNIA

350.21939          4/15/2008          60.00

FJD/HM/pgm
350.21939
St. Paul v. Maly Yan
Fee for Location search of Witness, Sterling Newsome for Trial

**DEASEY, MAHONEY & VALENTINI, LTD.**                                                                 80588

BARRY J TISCORNIA

350.21939          4/15/2008          60.00

FJD/HM/pgm
350 21939
St. Paul v Maly Yan
Fee for Location search of Witness, Sterling Newsome for Trial

VDT864

# DEASEY, MAHONEY & VALENTINI, LTD.

ATTORNEYS AT LAW - PROCTORS IN ADMIRALTY
SUITE 3400
1601 MARKET STREET
PHILADELPHIA, PA 19103-2301
215-587-9400
FACSIMILE: 215-587-9456

DIRECT EMAIL: PGMORGAN@DMVLAWFIRM.COM
VOICE-MAIL EXTENSION #170

FRANCIS J DEASEY
HARRY G MAHONEY
JAMES W DALY†
GERALD J VALENTINI‡
JANE A. NORTH†
HENRI MARCEL†
CARLA P MARESCA†○
WARD A. RIVERS†
CHRISTOPHER C. NEGRETE
STEPHEN J PARISI†
MICHAEL J. HINKLE†
JENNIFER B. HUNTER†
CHRISTOPHER G. MAVROS†
ELYSE G CRAWFORD
THOMAS C GALLAGHER†
ANDREW B ADAIR
KIMBERLY M. FRASCELLA
SHERYL L BROWN†
MICHAEL F SCHLEIGH†
DIANA P SISUM†
LISA A. BLACKWOOD
KRYSTN E MUNDY±
MATTHEW J JUNK†

NEW JERSEY OFFICE
80 TANNER STREET
HADDONFIELD, NJ 08033-2419
856-429-6331
FACSIMILE: 856-429-6562

MEDIA OFFICE
SUITE 101
103 CHESLEY DRIVE
MEDIA, PA 19063
610-892-2732
FACSIMILE: 610-892-2926

OF COUNSEL:
FRANK C BENDER
WILLIAM R DEASEY
1951-1993
JAMES G BARNES
1988-1997
† ALSO MEMBER NJ BAR
‡ ALSO MEMBER CA BAR
○ ALSO MEMBER NY BAR
± ALSO MEMBER NV BAR

April 2, 2008

Ms. Judy Bonita Newsome
231 Louisa lane
Charlestown, Maryland 21914

Or

P.O. Box 322
Charlestown, Maryland 21914

Re: **St. Paul Travelers and Pack & Process, Inc. vs. Maly Yan, et al**
    **Our File No. 350.21939**

Dear Ms. Newsome:

As you know, Sterling Newsome was employed with Pack & Process, Inc., prior to the close of the company. Counsel in the above-captioned case would like to get in touch with him, prior to trial, as he is a pertinent witness. I have attempted to reach him through his last known Philadelphia address, but have not been successful.

Could you please get in touch with him and ask him to telephone our offices as soon as possible? If you are unable to contact him, could you give me a call to advise me, so that I can keep trying to locate him? Thank you for your assistance.

Sincerely,

DEASEY, MAHONEY & VALENTINI, LTD

BY: _____
Prudence Greco-Morgan, Paralegal to
FRANCIS J. DEASEY, ESQUIRE

/pgm