## CERTIFICATE OF SERVICE

I, Chad J. Toms, hereby certify this 23rd day of April, 2008, copies of the foregoing *Plaintiffs' Memorandum of Law Regarding Defendants/Counter-Plaintiffs' Proposed Counter-Designations of Depositions* was caused to be served upon the following via electronic filing:

Yvonne Takvorian Saville, Esq.
1220 N. Market Street, Suite 604
P.O. Box 370
Wilmington, DE 19801

Jonathan M. Cohen, Esq.
Klien & Specter
1525 Locust Street, 19th Floor
Philadelphia, PA 19102

Michael L. Sensor, Esq.
Perry & Sensor
Suite 560, First Federal Plaza
P.O. Box 1568
Wilmington, DE 19899

BIFFERATO GENTILOTTI LLC

/s/ Chad J. Toms
Chad J. Toms (#4155)
800 N. King Street
Plaza Level
Wilmington, DE 19801
(302) 429-1900