# EXHIBIT B

1

YAN THOU, ET AL. -vs- MALY YAN

```
IN THE COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY
      FIRST JUDICIAL DISTRICT OF PENNSYLVANIA
                CIVIL TRIAL DIVISION

YAN THOU, Individually and as   :   JUNE TERM, 2003
Administrator of the Estates    :
of Oeurn Mam, Deceased, and     :
NAVY YAN, Deceased, and         :
CHAN YAN and THUA SON and       :
CHIEU THI HUYNH                 :

          vs                    :

MALY YAN                        :   NO. 1508


              Thursday, January 20, 2005

                   COURTROOM 653
                    CITY HALL
               PHILADELPHIA, PENNSYLVANIA

BEFORE:   THE HONORABLE SANDRA MAZER MOSS, J.,




                   NON-JURY TRIAL

                   VOLUME II
```

JOHN J. KURZ, RPR, OFFICIAL COURT REPORTER

---

2

YAN THOU, ET AL. -vs- MALY YAN

APPEARANCES:

```
            KLINE & SPECTER, P.C.
            BY:  JOSHUA VAN NAARDEN, ESQUIRE
                 JONATHAN M. COHEN, ESQUIRE
            The Nineteenth Floor
            1525 Locust Street
            Philadelphia, PA 19102
            Counsel for Plaintiffs Yan Thou, Chan
            Yan, Thua Son and Chieu Thi Huynh



            GEROLAMO, McNULTY, DIVIS & LEWBART, P.C.
            BY:  KEVIN R. McNULTY, ESQUIRE
            Suite 630
            1401 Walnut Street
            Philadelphia, PA 19102
            Counsel for Defendant Maly Yan




      Also Present:


            Kim Ly Yang, The Interpreter
```

JOHN J. KURZ, RPR, OFFICIAL COURT REPORTER

---

3

YAN THOU, ET AL. -vs- MALY YAN

```
                   I N D E X

WITNESSES                DIRECT   CROSS   RD    RC

MALY YAN

  By Mr. McNulty            6       --    --    --

  By Mr. Van Naarden        --      8     --    --



                 E X H I B I T S

NO.                                    PAGE NO.

      (None were marked at this time.)
```

JOHN J. KURZ, RPR, OFFICIAL COURT REPORTER

---

4

YAN THOU, ET AL. -vs- MALY YAN

(REPORTER NOTE: Thursday, January 20, 2005, Courtroom 653, Judge Moss.)

COURT CRIER:   Everybody please rise.

(Call to order at 1:45 p.m.)

THE COURT:   Good afternoon. So we are now ready, I believe, on the defense side of the case to proceed?

MR. McNULTY:   Yes, Your Honor.

THE COURT:   You may proceed.

MR. McNULTY:   Your Honor, first, could I hand up to the Court the original stipulation?

THE COURT:   Yes, that's right. Do me a favor though, please, take the microphone, put it up straight in front of you.

MR. McNULTY:   Thanks, Your Honor.

THE COURT:   All right. Now you're okay.

Richard, you can make copies of that, okay. And we'll file the original. You can get your copies.

MR. McNULTY:   Thanks, Your Honor. The defense, we call Maly Yan.

THE COURT:   You may take the stand.

JOHN J. KURZ, RPR, OFFICIAL COURT REPORTER

5

YAN THOU, ET AL. -vs- MALY YAN

MR. McNULTY:   We do have an interpreter, Your Honor.

COURT CRIER:   For the record, sir, please state your name and spell your last name.

THE INTERPRETER:   My name is Kim Ly Yang.  The last name is Y-A-N-G.

COURT CRIER:   Your home address?

THE INTERPRETER:   1416 Tasker Street, Philadelphia, PA 19145.

... KIM LY YANG, The interpreter, having been duly sworn to translate the proceedings truthfully and accurately as follows:

COURT CRIER:   For the record, state your name.

THE WITNESS:   My name Maly Yan.  My first name spelled M-A-L-Y, last name Y-A-N.

COURT CRIER:   Your home address?

THE WITNESS:   2007 South 9th Street, 19148.

JOHN J. KURZ, RPR, OFFICIAL COURT REPORTER

---

6

MALY YAN - DIRECT

... MALY YAN, after having been first duly sworn (through the interpreter), was examined and testified as follows:

MR. McNULTY:   May I proceed, Your Honor?

THE COURT:   Yes, you may.

DEFENDANT'S EVIDENCE

DIRECT EXAMINATION

BY MR. McNULTY:

Q.   Ms. Yan, I know you understand some English, but we're going to go through the interpreter, okay?

A.   Okay.

Q.   State your full name and your present home address.

A.   My name is Yan, Maly.  My residence is 2007 South 9th Street, 19148.

THE COURT:   Wait.  I'm having trouble hearing him.

Yes, thank you.  I need to hear everything you say more than I need to hear what she says because I don't understand her.

BY MR. McNULTY:

Q.   Ms. Yan, how long have you lived at that

JOHN J. KURZ, RPR, OFFICIAL COURT REPORTER

---

7

MALY YAN - DIRECT

address?

A.   Seven years.

Q.   And what is your country of origin?

A.   Cambodia.

Q.   Are you presently employed?

A.   You mean now?

Q.   Right now.

A.   No.

Q.   Okay.  Were you the operator of one of the vehicles involved in the accident that we're here about from back on June 18th of 2001?

A.   Yes.

Q.   And what kind of vehicle -- what kind of vehicle were you driving at the time of the accident?

A.   Van, 1992.

Q.   Where were you coming from and where were you going?

A.   From work and heading home.

Q.   And home was Philadelphia?

A.   Correct.

Q.   Tell Her Honor, Judge Moss, what you recall about the accident that day.

A.   I don't recall, I forget.

JOHN J. KURZ, RPR, OFFICIAL COURT REPORTER

---

8

MALY YAN - DIRECT

Q.   Do you recall anything about where it happened, about what time, anything?

A.   All I know is it happen about 4:30 in Delaware.

Q.   And the road that you were on at the time of the accident, was that the road that you usually drove home on?

A.   Correct.

Q.   Do you recall a tanker truck also being involved in the accident?

A.   I don't recall.

Q.   Ms. Yan, were you injured in the accident?

A.   Yes.

MR. McNULTY:   I don't have any other questions at this time, Your Honor.  Thank you.

THE COURT:   You're welcome.  Do you have any cross-examination?

MR. VAN NAARDEN:   I do, Your Honor. May I proceed, Your Honor?

THE COURT:   Yes, you may.

CROSS-EXAMINATION

BY MR. VAN NAARDEN:

Q.   Good afternoon, Ms. Yan.

I want to start off by telling you how sorry I am about the loss of your mother and

JOHN J. KURZ, RPR, OFFICIAL COURT REPORTER

9

MALY YAN - CROSS

2  your brother, but I'm here to ask you a few
3  difficult questions about the accident in 2001:
4              Did you understand my question,
5  ma'am?
6  A.    Yes.
7  Q.    On the date of the accident, on June 18th of
8  2001, you were working for Pack and Process located
9  in Delaware, right?
10  A.   Correct.
11  Q.   And you were working as a quality control
12  employee at the factory?
13  A.   Yes.
14  Q.   And as part of your duties, you would transport
15  workers from their homes in Philadelphia to the
16  factory and back home to Philadelphia, right?
17  A.   Correct.
18  Q.   On the day of the accident, when you were
19  driving back from Pack and Process, you had 19
20  people in that Dodge van, correct?
21  A.   Correct.
22  Q.   And contained within those 19 people were
23  various members of your own family?
24  A.   Correct.
25  Q.   As a result of this accident, in addition to

10

MALY YAN - CROSS

2  your own injuries, you lost your mother and your
3  brother?
4  A.    Correct.
5  Q.    Knowing that you were the driver of this van,
6  how has this accident affected you?
7  A.    Because after accident my mother pass away, and
8  I feel so depressed, and I feel so loneliness.
9  Q.    And how has the loss of your brother, Navy Yan,
10  affected you?
11  A.   When I lost my brother, I feel so lonely, like
12  I live my life in this world without any person
13  around me, I feel isolated.
14  Q.   As the driver of the van, you recognize that
15  you had an obligation to be aware of the other
16  vehicles on the road with you, right?
17  A.   Yes.
18  Q.   And you also recognize that as the driver of
19  that vehicle you have a duty to the other people in
20  the car to keep the van under control?
21  A.   Yes.
22  Q.   At some point, and I understand that your
23  memory of what happened in the accident is limited,
24  but at some point you did end up losing control of
25  the van that you were driving?

11

MALY YAN - CROSS

2  A.    Yes.
3  Q.    And just to back up for a second, you also
4  recognize that you had an obligation and a duty to
5  obey the laws of the road, like the speed limit?
6  A.    Yes.
7  Q.    Do you remember driving -- rather, strike that.
8              You remember driving to work on the
9  day of the 18th, driving the passengers from
10  Philadelphia to the Delaware factory, right?
11  A.   I do.
12  Q.   You don't remember there being any type of
13  mechanical problem with the car -- strike that, van,
14  when you drove from South Philadelphia to the
15  factory on the 18th, right?
16  A.   No, I don't.
17  Q.   And as you drove back from the factory back
18  from Pack and Process toward Philadelphia on the
19  18th, you remember approaching the big tanker,
20  right?
21  A.   Yes.
22  Q.   The tanker was in the center lane and you were
23  behind it at first, right?
24  A.   Correct.
25  Q.   And at some point you made a decision to go

12

MALY YAN - CROSS

2  around the tanker using the left most lane?
3  A.    Yes.
4  Q.    And as you were passing the tanker with the
5  tanker on your right, you lost control of the
6  vehicle?
7  A.    I don't recall.
8  Q.    Do you remember waking up in the van after the
9  accident?
10  A.   Yes.
11  Q.   What did you see when you woke up? What was
12  going on around you?
13  A.   I saw some of my siblings visiting me at the
14  hospital.
15  Q.   Do you remember seeing your brother at the
16  scene of the accident before you went to the
17  hospital?
18  A.   No, because I was unconscious.
19  Q.   Did you first regain your consciousness when
20  you were in the hospital?
21  A.   I was unconscious for two days at the hospital.
22            MR. VAN NAARDEN:   Thank you very
23  much. I have no other questions.
24            THE COURT:   Any redirect?
25            MR. McNULTY:   No, Your Honor. Thank

13

YAN THOU, ET AL. -vs- MALY YAN

1
2  you.
3         THE COURT:  You may step down, ma'am.
4  (Witness excused.)
5         MR. McNULTY:  Defense rests, Your
6  Honor.
7         THE COURT:  Would you like to argue
8  to me from the plaintiff's side?
9         MR. VAN NAARDEN:  I would, Your
10 Honor.
11        THE COURT:  Okay.  Now, I wanted to
12 go over -- why don't you go plaintiff to
13 plaintiff, argue any injuries, argue any work
14 loss?
15        MR. VAN NAARDEN:  Absolutely, Your
16 Honor.
17        THE COURT:  There are what, five
18 plaintiffs?
19        MR. VAN NAARDEN:  There are six
20 plaintiffs, Your Honor.  And I am fully
21 prepared to go through each and every one
22 individually to outline for this Court the
23 economic losses in addition to the pain and
24 suffering.
25        THE COURT:  That would be a good

JOHN J. KURZ, RPR, OFFICIAL COURT REPORTER

14

YAN THOU, ET AL. -vs- MALY YAN

1
2  idea.
3         MR. VAN NAARDEN:  Before I get into
4  that, with the Court's indulgence, I just want
5  the Court to get a picture of how this has
6  affected this family.
7         THE COURT:  Okay.
8         MR. VAN NAARDEN:  This is a family
9  that left Cambodia as a family, looking for a
10 better life here in the United States.  They
11 settled in South Philadelphia as a family.
12 They gained employment at Pack and Process, and
13 went to work every day as a family.
14        THE COURT:  All 19 of them weren't
15 related, were they?
16        MR. VAN NAARDEN:  No.  And I'm just
17 talking about the plaintiffs that are in front
18 of this Court.
19        THE COURT:  Okay.
20        MR. VAN NAARDEN:  With the exception
21 of Chieu Huynh, who was not a family member.
22        THE COURT:  Okay.
23        MR. VAN NAARDEN:  But for all intents
24 and purposes, that van was packed with the
25 nuclear family, the nuclear Yan family.  And,

JOHN J. KURZ, RPR, OFFICIAL COURT REPORTER

15

YAN THOU, ET AL. -vs- MALY YAN

1
2  unfortunately, as a result of this accident, an
3  accident that was preventable, this family was
4  destroyed.  And as I stated in my opening to
5  the Court, the evidence has shown just that,
6  three things:  One, the negligence factor, as
7  associated in this case; the causation; and the
8  damages.  And I would like to go through each
9  and every one of those points.
10        THE COURT:  Start out with the
11 negligence.
12        MR. VAN NAARDEN:  Absolutely, Your
13 Honor.
14        Negligence.  One, the evidence that
15 we heard mainly through stipulation is from two
16 accident reconstructionists, Steven Schorr and
17 Sergeant Matthew Cox.
18        And just to highlight, Your Honor is
19 fully familiar with both of those documents,
20 but it is important to note that the
21 conclusions are unavoidable.  The conclusions
22 are that Maly Yan, the driver of that van, was
23 a substantial factor in causing that injury --
24 causing that accident.  And while we recognize
25 that there were other factors, there were other

JOHN J. KURZ, RPR, OFFICIAL COURT REPORTER

16

YAN THOU, ET AL. -vs- MALY YAN

1
2  concurring -- concurrent causes, we're here
3  today to assess liability on Maly Yan, the
4  driver.
5         And both of the experts --
6         THE COURT:  She's the only defendant
7  before me in this case.
8         MR. VAN NAARDEN:  Exactly, exactly,
9  Your Honor.  And, therefore, liability can't be
10 apportioned to other individuals who aren't
11 here.
12        So we have two experts who have
13 indicated conclusively that Maly Yan was a
14 substantial factor in this accident.  And they
15 give details.  They talk about the fact that
16 she was going above the speed limit.  How do we
17 know that?  Because the tractor trailer had the
18 equivalent of a black box, which indicated how
19 fast the tanker was going.  And we know that at
20 the time Maly Yan was passing the tractor.
21        And I can just go through very
22 briefly, if the tanker was going 65, we know
23 that Maly Yan must have sped up in order to
24 pass the tanker.
25        We also know that a 15-passenger van

JOHN J. KURZ, RPR, OFFICIAL COURT REPORTER

17

YAN THOU, ET AL. -vs- MALY YAN

packed with 19 passengers lowers the center of
gravity, which also is a contributing factor in
her losing control when she gets near the
tanker.

Basically when she gets near the
tanker, she loses control of the vehicle. And
while some might say there's an argument for
mechanical failure, it's just not here in this
case.

Sergeant Matthew Cox evaluated the
vehicle and determined that there was no
mechanical failure, there was no steering
failure, the brakes were fine, the tires were
fine, which is consistent with Maly Yan's
testimony here today, in that on the way to
work she had no problems with the van.

Therefore, through both of the
accident reconstructionists' testimony, it's
clear that Maly Yan was a substantial factor in
causing this accident.

And just to point out also, she had a
duty, she was the driver of that car, and she
even acknowledged it; that as the driver of a
van of workers in charge of transporting people

18

YAN THOU, ET AL. -vs- MALY YAN

from point A to point B, she has an obligation
to be cognizant of other vehicles on the road.
In addition, to obeying the speed limit. And
she failed to live up to her duty. And it's
unfortunate that in addition to losing a
mother, a brother, sustaining her own injuries,
she also has to bear a portion of the guilt for
causing this accident. But that's the hand
we're dealt here.

In addition, Steven Schorr also
directly relates this accident to the injuries
that were sustained. And that's really a
no-brainer. But for this accident, none of
them would have had these injuries.

And that takes us really to the bulk
and the meat of this case.

THE COURT:  Now, this family doesn't
live together at this point?

MR. VAN NAARDEN:  There are certain
members who do live together, Your Honor.

THE COURT:  What about the defendant?
Does she live with her father?

MR. VAN NAARDEN:  I believe at this
point they do live together.

19

YAN THOU, ET AL. -vs- MALY YAN

MR. McNULTY:  Yes, Your Honor.

THE COURT:  So the family has healed
itself as best it could?

MR. VAN NAARDEN:  Your Honor, the
family has -- many of their physical injuries
have healed, but the emotional injuries, which
I'll get to when we talk about damages, the
mental injuries will never heal.

THE COURT:  Okay.

MR. VAN NAARDEN:  Your Honor, in
relation to damages, I just want to go over
with you Mr. Hopkins' report, and in detail, so
you get a real feeling of the economic loss
that we're dealing with, because that's really
what David Hopkins' report speaks to. It's the
economic -- the capacity, the loss of economic
capacity. And he went through each and every
plaintiff that's before you here today.

THE COURT:  Which exhibit is that?

MR. VAN NAARDEN:  Your Honor, the
exhibit is P-8A. That's the report of David
Hopkins.

THE COURT:  Okay. Wait. 8-A is --

MR. VAN NAARDEN:  I believe P-8B is

20

YAN THOU, ET AL. -vs- MALY YAN

the CV.

THE COURT:  It's P-8. P-8 is his
report; P-8A is his CV.

MR. VAN NAARDEN:  And I've blown it
up here. And I don't know if Your Honor will
have trouble seeing it, but --

THE COURT:  I'm looking at mine,
which is a lot easier for me to see than that
one.

MR. VAN NAARDEN:  Sure.

Basically, he goes through each
plaintiff, and we're dealing initially with the
plaintiff, Yan Thou. And he's giving you three
different figures.

THE COURT:  Is it Yan Thou or Thou
Yan?

MR. VAN NAARDEN:  It's actually Yan
Thou.

THE COURT:  Oh, because Thou Yan is
what it says on the doctor's reports.

MR. VAN NAARDEN:  In the Cambodian
culture, my understanding is that they don't
take the last name of the father always.

THE COURT:  Well, I don't know. All

21

YAN THOU, ET AL. -vs- MALY YAN

1
2 I can tell you is that it's two different ways.
3 It's Yan Thou in the economic report, and Thou
4 Yan in the doctor's report. It's Yan Thou it
5 appears on the caption, so I guess Yan Thou is
6 what it is.
7          MR. VAN NAARDEN:   Yes. And I don't
8 believe there's any argument that that is
9 actually the same person.
10          THE COURT:   Okay.
11          MR. VAN NAARDEN:   And he gives you
12 three different ages of retirement. And this
13 is not in dispute. This is all by way of
14 stipulation.
15          And he gives you two different
16 numbers for the percentage of allowance for
17 productivity, between zero percent and 2 and a
18 half percent.
19          And, Your Honor, because this is
20 undisputed, the age of retirement can be
21 assumed to be 70. No one's arguing that it's
22 not. And as far as the 2 and a half percent
23 allowance for productivity, again, it's
24 undisputed. So we're to go under the
25 assumption that over a period of time the

JOHN J. KURZ, RPR, OFFICIAL COURT REPORTER

22

YAN THOU, ET AL. -vs- MALY YAN

1
2 plaintiffs would get better at what they do,
3 get more efficient at what they do, and,
4 therefore, yield a 2 and a half percentage of
5 productivity increase.
6          So going under each one of these
7 plaintiffs, he gives you the amount of -- or
8 the loss of earning capacity. And Mr. Hopkins
9 went through the whole analysis of taking into
10 consideration fringe benefits and the other
11 factors that are utilized as far as
12 maintenance, minusing -- taking away personal
13 maintenance, and he comes up with these
14 figures.
15          And if we can take each one
16 individually, I think it's easier to
17 understand.
18          THE COURT:   Okay.
19          MR. VAN NAARDEN:   So if we start with
20 Thou Yan, and we assume that he would retire at
21 70, and that he would have a 2 and a half
22 percent increase in productivity, David Hopkins
23 gives us a lost earning capacity number of
24 $245,779. That is just for lost earning
25 capacity. But we also have to consider the

JOHN J. KURZ, RPR, OFFICIAL COURT REPORTER

23

YAN THOU, ET AL. -vs- MALY YAN

1
2 pain, the suffering, the embarrassment, and the
3 humiliation as a result of this accident, which
4 is significant.
5          He lost a wife; he lost a son; he
6 himself has significant injuries; he fractured
7 three ribs; he had an ankle fracture for which
8 he was placed into a cast; he's had to have
9 follow-up visits to an orthopaedic surgeon; he
10 continues to have neck, lower back and leg
11 pain. And, in fact, he tried to go back to
12 work in 2003.
13          These are people who are hard
14 working, these are people who want to work, and
15 yet they can't because of their physical
16 injuries. And Dr. Noble states that in his
17 report, which is undisputed, that he can no
18 longer work.
19          And perhaps one of the most
20 significant factors as it relates to Yan Thou
21 is the fact that he actually saw and witnessed
22 the injury to his wife and to his son. He was
23 there in the van, and he saw the way they
24 looked after this accident.
25          And Your Honor has been given the

JOHN J. KURZ, RPR, OFFICIAL COURT REPORTER

24

YAN THOU, ET AL. -vs- MALY YAN

1
2 medical examiner's pictures. And looking at
3 those pictures objectively, they are horrific,
4 but knowing that he had to actually see it in
5 person and knowing that this is a woman that he
6 left Cambodia with; that he started a family
7 with; that he met as a young man in their home
8 village, and knowing that he had to witness his
9 son with his body half in and half outside that
10 van, and as you can see from those pictures,
11 portions of his ear ripped off. This is
12 something that he will never recover from, this
13 is something that the family will never recover
14 from.
15          And I think that his testimony speaks
16 volumes, where he says that he feels as though
17 his life is meaningless now. He had a son that
18 was in school, who was also working hard. He
19 was working during the summer at Pack and
20 Process with his dad and his family, who will
21 never get to reach his potential.
22          His father had dreams, he had dreams
23 of being a doctor, being a lawyer, things that
24 will never come to be. He'll never get to see
25 his young son grow up and have a family of his

JOHN J. KURZ, RPR, OFFICIAL COURT REPORTER

25

YAN THOU, ET AL. -vs- MALY YAN

own.

Next we have Chan Yan, another individual who was in the vehicle. She was 30 years old at the time of the accident. She actually testified here today. She's the sister. And you can see that David Hopkins indicates that the loss of earning capacity is $1,373,073.

Again, the pain and suffering as it relates to her, she had a left wrist fracture, she had a cast. In addition, Dr. Noble indicates in his record that she could no longer grasp things. She can't even grasp a mug because she has no capacity to grab anything, and that continues until today. She also has neck and left shoulder pain. And as Dr. Noble's report indicates, she can't even do housework anymore. She can't even lean over, she has a very tough time. She has also followed up at the ambulatory care center for her injuries.

Again, these are individuals who wish they could work. That's what they came to the United States to do. And, unfortunately, they

JOHN J. KURZ, RPR, OFFICIAL COURT REPORTER

26

YAN THOU, ET AL. -vs- MALY YAN

can't.

Again, the negligent infliction of emotional distress claim, she, too, had to witness her mother and her brother dieing. She, too, had to witness the pandemonium and the horrific scene that was left behind as a result of this accident.

Thua Son, another one of the survivors of this accident, she was 31 at the time of this accident.

THE COURT:   Now, who is Thua Son?

MR. VAN NAARDEN:   Thua son is the sister-in-law.

THE COURT:   She did not testify?

MR. VAN NAARDEN:   She did not testify. She was here, Your Honor.

She was 31 at the time of the accident. As you can see, David Hopkins evaluates her lost earning capacity as 797,872. Again, her pain and suffering, she has total amnesia from the accident. That's one of the reasons why you didn't hear from her. She had a severe neck sprain, she had -- her wrist was put in a splint.

JOHN J. KURZ, RPR, OFFICIAL COURT REPORTER

27

YAN THOU, ET AL. -vs- MALY YAN

And, again, Your Honor, a lot of these physical injuries have healed somewhat, but the residual pain prohibits them from working. And, again, the major and the lasting effects of this is the effects of the brain; the fact that they'll never recover from this; that they still have dreams about this accident and about what they've lost. She also had to see family members in the van after the accident.

Chieu Huynh was a passenger in the van. She was not a member of the family.

THE COURT:   Yes. Who is she?

MR. VAN NAARDEN:   She is 53 years old. She did not testify.

THE COURT:   But who is she in relationship to these --

MR. VAN NAARDEN:   There is no relationship. She is actually here today.

THE COURT:   A friend of the family?

MR. VAN NAARDEN:   She was in the van, but she doesn't know the family.

THE COURT:   They were just giving her a ride?

JOHN J. KURZ, RPR, OFFICIAL COURT REPORTER

28

YAN THOU, ET AL. -vs- MALY YAN

MR. VAN NAARDEN:   No. She was working at Pack and Process. She was an employee of Pack and Process.

THE COURT:   But why was she in the van?

MR. VAN NAARDEN:   She was working at Pack and Process that day, and they were driving her home.

THE COURT:   So they knew each other?

MR. VAN NAARDEN:   They knew each other from work, yes.

And David Hopkins puts a value on her lost earning capacity as well.

THE COURT:   Where is that? That's not in this report that I could find.

MR. VAN NAARDEN:   There was a supplement to that report which was also marked into evidence, Your Honor.

THE COURT:   Oh, here it is.

MR. VAN NAARDEN:   It was a one-page supplement.

THE COURT:   Okay. I found it. Okay. Go ahead.

MR. VAN NAARDEN:   And she had her

JOHN J. KURZ, RPR, OFFICIAL COURT REPORTER

29

YAN THOU, ET AL. -vs- MALY YAN

2 hand put in a cast as well. She continues to
3 go for orthopaedic evaluations even to this
4 day. She can no longer work as well, as per
5 Dr. Noble's report.
6 　　　　　And finally, we get to the damages as
7 it relates to Oeurn Mam and Navy Yan, the
8 mother and the brother of this family.
9 　　　　　Now, there are two claims as it
10 relates to both of these individuals: The
11 Wrongful Death Act damages, and the Survival
12 Act damages.
13 　　　　　And under the Wrongful Death Act as
14 it pertains to Oeurn Mam, the mother, we talk
15 about the loss of earning capacity because she
16 was contributing wholly to that family. All of
17 the money that she would have earned would have
18 gone towards maintaining and supporting their
19 family. But we also have the loss of comfort,
20 society, and companionship for Yan Thou, her
21 husband.
22 　　　　　And that's important, because he took
23 the stand, and he tried to keep his composure,
24 but it was difficult for him because he lost
25 his companion, he lost his wife, he lost the

30

YAN THOU, ET AL. -vs- MALY YAN

2 mother to his children. And in addition, the
3 children have lost the guidance and the
4 tutelage of their mother.
5 　　　　　And Chan Yan testified about the fact
6 that she misses -- while she still is able to
7 retain the advice that her mother has given her
8 over the years, she can no longer go to her mom
9 and ask her questions about her relationship
10 with her husband or how to change -- or
11 questions about how to deal with her young
12 children. That's no longer a possibility for
13 her.
14 　　　　　And almost most importantly we have,
15 under the survival damages, the pain and
16 suffering that she had. And there's ample
17 evidence that indicated that she survived for a
18 period of time after the accident, conscious
19 pain and suffering, for which Dr. Noble
20 indicated in his report, and for which the
21 medical examiner also indicated. She passed
22 away at the Christiana Hospital. There is a
23 significant period of time for which she had to
24 endure, as you can see from those pictures,
25 significant pain and suffering.

31

YAN THOU, ET AL. -vs- MALY YAN

2 　　　　　THE COURT:   There were pictures? Did
3 I get pictures of her?
4 　　　　　MR. VAN NAARDEN:   Yes, Your Honor.
5 There are two sets of pictures from the medical
6 examiner.
7 　　　　　THE COURT:   I only have one. I have
8 a set of pictures of --
9 　　　　　MR. VAN NAARDEN:   P-5, Your Honor.
10 　　　　　THE COURT:   -- of the son. I don't
11 have it.
12 　　　　　I have one set of pictures that I
13 believe is Navy Yan. But I don't have the
14 other set of pictures. And then I have a set
15 of pictures of the damage to the cars, to the
16 van. I have a picture, P-4, is a picture of
17 the husband and wife together, I have that.
18 　　　　　MR. VAN NAARDEN:   I believe it was
19 marked collectively P-5.
20 　　　　　THE COURT:   Wait. I do have it. I'm
21 sorry. I didn't realize it was a different
22 person. And this is P-5.
23 　　　　　COURT CRIER:   A through E.
24 　　　　　THE COURT:   All right. Okay.
25 　　　　　MR. VAN NAARDEN:   Your Honor, as you

32

YAN THOU, ET AL. -vs- MALY YAN

2 can see from that picture, Oeurn Mam sustained
3 significant pain and significant suffering as a
4 result of this accident.
5 　　　　　Finally, we come to Navy Yan, a
6 16-year-old high school student, working during
7 the summer, was partially ejected from this
8 van. And, again, his loss of earnings is
9 analyzed under the Wrongful Death Act.
10 　　　　　Finally, the Survival Act damages for
11 him, and I think that --
12 　　　　　THE COURT:   Wait a minute.
13 　　　　　MR. VAN NAARDEN:   This is for Navy
14 Yan.
15 　　　　　THE COURT:   Okay.
16 　　　　　MR. VAN NAARDEN:   And perhaps the
17 picture -- the medical examiner's pictures of
18 Navy Yan is the most graphic. And it's hard to
19 look at, but it shows how much pain and
20 suffering this young man was made to endure.
21 　　　　　THE COURT:   Now, he died at the
22 scene; did he not?
23 　　　　　MR. VAN NAARDEN:   He did, Your Honor.
24 But there is also testimony, we know from the
25 time of the accident and the time of death is

33

YAN THOU, ET AL. -vs- MALY YAN

1
2  approximately a half an hour.
3      THE COURT:  Right.
4      MR. VAN NAARDEN:  We also know that
5  in the interview section of Sergeant Cox's
6  police report, it indicates that one of the
7  civilian witnesses was with Navy Yan before he
8  died, which, by implication, shows that he was
9  alive when he got to him.
10      THE COURT:  Right.
11      MR. VAN NAARDEN:  And both the
12  medical examiner and Dr. Noble indicated a
13  period of conscious pain and suffering.
14      And while it's not as long as Oeurn
15  Mam was made to suffer for, it is a significant
16  amount of time for a young boy to have to
17  suffer.
18      And finally, to put it all together,
19  make it all make sense here, we have listed
20  here for Your Honor as a guide for how to
21  calculate these significant damages in this
22  case, we have the total economic loss, and we
23  can see the figure here adding up all of the
24  total lost earning capacities for all six of
25  these individuals, again, which is uncontested.

JOHN J. KURZ, RPR, OFFICIAL COURT REPORTER

34

YAN THOU, ET AL. -vs- MALY YAN

1
2  And it's up to the Court to determine the total
3  noneconomic losses.  And that's really how I
4  want to leave this Court, with a picture of a
5  family that can never recover from this.  And
6  they understand that, and as well the Court
7  understands, that money will not bring back
8  their family members, but that's all we have.
9  That's all that we can give them in a court of
10  law to compensate them for this immeasurable
11  loss.
12      They look -- and they're here, and
13  they're looking for the fact-finder, for this
14  Court, to validate what their family -- what
15  their family is worth, what the pain and
16  suffering that they have been made to endure is
17  worth.  And, unfortunately, that's what it
18  boils down to.
19      THE COURT:  Okay.
20      MR. VAN NAARDEN:  Before I sum up,
21  Your Honor, I just would also like to touch on
22  a question that the Court posed to me during my
23  opening, which was whether or not certain
24  members of the van were wearing seat belts.
25      THE COURT:  Which is actually not

JOHN J. KURZ, RPR, OFFICIAL COURT REPORTER

35

YAN THOU, ET AL. -vs- MALY YAN

1
2  really admissible.
3      MR. VAN NAARDEN:  Right. Exactly,
4  Your Honor.
5      THE COURT:  I was just curious about
6  it.
7      MR. VAN NAARDEN:  And the family is
8  confident that this Court will be able to as a
9  fact-finder put that issue aside and determine
10  the case on the merits that are admissible.
11      This family will never again sit at a
12  table as a full, cohesive nuclear family,
13  because the matriarch and the little brother
14  and the memory of how they passed are imbedded
15  in their minds and in their dreams.  And they
16  ultimately are looking to this Court for some
17  sort of closure.
18      Thank you.
19      THE COURT:  You may respond.
20      MR. McNULTY:  Just very briefly, Your
21  Honor.
22      Your Honor is very familiar with this
23  case and the companion cases and the procedural
24  posture of everything.  Your Honor is also very
25  experienced in evaluating cases of this

JOHN J. KURZ, RPR, OFFICIAL COURT REPORTER

36

YAN THOU, ET AL. -vs- MALY YAN

1
2  magnitude.  I trust that the Court will award
3  the plaintiffs.  In this case, since Maly Yan
4  is the only defendant, the Court's only
5  evaluating her conduct on the negligence
6  issues, and the other parties involved in the
7  accident will be evaluated at another day.
8      We trust the Court will award the
9  plaintiffs fair and reasonable compensation.
10      Thanks, Your Honor.
11      THE COURT:  Thank you.  I assume you
12  don't have any rebuttal to that?
13      MR. VAN NAARDEN:  I do not, Your
14  Honor.  Thank you.
15      THE COURT:  Okay.
16      MR. VAN NAARDEN:  Your Honor, if I
17  may, we've also prepared, in conjunction with
18  our pretrial memorandum, a verdict slip,
19  because initially this was anticipated to be a
20  jury trial.  And I'm fully prepared to pass up
21  a copy of that verdict slip, if Your Honor
22  would like.
23      THE COURT:  Well, actually, I've
24  written things out, and I can do it.
25      Now, I believe for Yan Thou, Chieu

JOHN J. KURZ, RPR, OFFICIAL COURT REPORTER

37

YAN THOU, ET AL. -vs- MALY YAN

2  Huynh, Chan Yan, and Thua Son, I can render one
3  verdict. For Oeurn Mam and Navy Yan, I have to
4  do a wrongful death and a survival; is that
5  right?
6             MR. VAN NAARDEN:  Yes, Your Honor.
7             THE COURT:   What I will do is give
8  my -- render my verdict and then you can submit
9  to me afterwards a filled-in verdict slip,
10  okay?
11            MR. VAN NAARDEN:   Okay. Sure.
12            THE COURT:   All right. Let me say
13  just to begin that there's no amount of money
14  that I could ever give to this family to make
15  them whole. If I had the power, I would
16  certainly roll the clock back and change the
17  events of that day, and no money would change
18  hands. I don't want the family to feel that an
19  amount of money is what I value a family,
20  because a family is simply beyond a price tag.
21            What I have to do in my job is to
22  attempt to take the economic losses and the
23  noneconomic losses and put them into a
24  reasonable posture.
25            So having said that, I know there's

JOHN J. KURZ, RPR, OFFICIAL COURT REPORTER

38

YAN THOU, ET AL. -vs- MALY YAN

2  interpreters here, I hope that the family is
3  made aware that I'm not putting a value on the
4  breakup of a family, because that simply is
5  irreplaceable. And I certainly hope that time
6  will heal enough of these wounds that the
7  family does stay together in its present form,
8  which is, after all, important.
9             For Yan Thou, a total of $2,245,779.
10            For Oeurn Mam, a verdict under
11  wrongful death of $717,492; under survival, $1
12  million; making a total of $1,717,492.
13            For Navy Yan, under wrongful death,
14  $1,694,295; and under survival, $1 million;
15  making a total of $2,694,295.
16            For Chieu Huynh, the passenger in the
17  van who was not related to the family, a total
18  of $500,000.
19            For Chan Yan -- and what is that
20  person's relationship?
21            MR. VAN NAARDEN:   Sister, Your Honor,
22  that was the sister who testified.
23            THE COURT:   Oh, that's the sister,
24  I'm sorry. A total of $2,023,073.
25            And for Thua Son, a total of

JOHN J. KURZ, RPR, OFFICIAL COURT REPORTER

39

YAN THOU, ET AL. -vs- MALY YAN

2  $1,047,828.
3             For the family, the total is
4  9,728,467. With the passenger, 500,000 even.
5             Okay. If you will put together a
6  verdict slip to reflect that, and of course get
7  a copy of that record.
8             And I assume we'll wait -- we wait
9  the ten days for post-verdict motions and then
10  you can submit an order entering judgment.
11            MR. VAN NAARDEN:   Your Honor, I would
12  just ask that if the Court can place on the
13  record the findings of fact as to liability.
14            THE COURT:   Oh, okay. I'm sorry.
15  You're absolutely correct.
16            I find in favor of the plaintiffs,
17  against the defendant on liability, and then
18  assess damages. I'm sorry, you're absolutely
19  correct.
20            So that should also be reflected on
21  the verdict sheet that you submit to me.
22            I'm, unfortunately, so used to doing
23  assessment of damages hearings in my current
24  capacity that I am rarely asked to determine
25  liability also.

JOHN J. KURZ, RPR, OFFICIAL COURT REPORTER

40

YAN THOU, ET AL. -vs- MALY YAN

2             But I think I was very impressed with
3  the accident reconstruction reports that I
4  read, and have no problem in assessing
5  liability.
6             And, again, it's a terribly
7  unfortunate situation. And I do want to thank
8  the lawyers on both sides, because I think what
9  you did was a decent and a humane way of
10  handling this. The case did not belong in a
11  courtroom, given the current economic posture,
12  and it would have been tremendously painful on
13  both sides.
14            So I know that you all stepped up to
15  the plate, and you truly did what was right.
16  And I know lawyers take a lot of criticism.
17  And I want to say publicly that I think you
18  were true officers of the court, and I'm very
19  proud of all of you.
20            MR. VAN NAARDEN:   Thank you, Your
21  Honor.
22            MR. McNULTY:   Thank you very much,
23  Your Honor.
24            THE COURT:   You're welcome.
25            MR. McNULTY:   May we be excused?

JOHN J. KURZ, RPR, OFFICIAL COURT REPORTER



41

YAN THOU, ET AL. -vs- MALY YAN

THE COURT:  Yes.

(Hearing concluded.)

JOHN J. KURZ, RPR, OFFICIAL COURT REPORTER

42

YAN THOU, ET AL. -vs- MALY YAN

CERTIFICATION

I hereby certify that the proceedings and evidence are contained fully and accurately in the notes taken by me on the trial of the above cause, and that this copy is a correct transcript of the same.

John J. Kurz, RPR
Official Court Reporter

(The foregoing certification of this transcript does not apply to any reproduction of the same by any means unless under the direct control and/or supervision of the certifying reporter.)

JOHN J. KURZ, RPR, OFFICIAL COURT REPORTER

43

-- [32] 3/5 3/5 3/5 3/6 3/6 3/6 7/14 11/7 11/13 13/12 15/23 16/2 16/5 19/6 19/17 19/24 20/7 22/7 22/12 26/24 27/18 30/6 30/10 31/8 31/10 32/11 32/17 34/12 34/14 37/8 38/19 39/8

## A

able [2] 30/6 35/8
about [18] 7/12 7/24 8/2 8/3 8/4 8/25 9/3 14/17 16/15 18/22 19/8 27/8 27/9 29/15 30/5 30/9 30/11 35/5
above [2] 16/16 42/7
absolutely [4] 13/15 15/12 39/15 39/18
accident [40] 7/11 7/16 7/24 8/6 8/10 8/12 9/3 9/7 9/18 9/25 10/6 10/7 10/23 12/9 12/16 15/2 15/3 15/16 15/24 16/14 17/19 17/21 18/9 18/12 18/14 23/3 23/24 25/5 26/8 26/10 26/11 26/19 26/22 27/8 27/11 30/18 32/4 32/25 36/7 40/3
accurately [2] 5/15 42/5
acknowledged [1] 17/24
Act [5] 29/11 29/12 29/13 32/9 32/10
actually [8] 20/18 21/9 23/21 24/4 25/6 27/20 34/25 36/23
adding [1] 33/23
addition [7] 9/25 13/23 18/4 18/6 18/11 25/12 30/2
address [4] 5/9 5/22 6/16 7/2
Administrator [1] 1/4
admissible [2] 35/2 35/10
advice [1] 30/7
affected [3] 10/6 10/10 14/6
after [7] 6/2 10/7 12/8 23/24 27/10 30/18 38/8
afternoon [2] 4/6 8/23
afterwards [1] 37/9
again [11] 21/23 25/10 25/23 26/3 26/21 27/2 27/5 32/8 33/25 35/11 40/6
against [1] 39/17
age [1] 21/20
ages [1] 21/12
ahead [1] 28/24
alive [1] 33/9
all [18] 4/18 8/4 14/14 14/23 20/25 21/13 29/16 31/24 33/18 33/19 33/23 33/24 34/8 34/9 37/12 38/8 40/14 40/19
allowance [2] 21/16 21/23
almost [1] 30/14
also [24] 2/16 8/9 10/18 11/3 16/25 17/3 17/22 18/8 18/11 22/25 24/18 25/17 25/20 27/9 28/18 29/19 30/21 32/24 33/4 34/21 35/24 36/17 39/20 39/25
always [1] 20/24
am [3] 8/25 13/20 39/24
ambulatory [1] 25/21
amnesia [1] 26/22
amount [4] 22/7 33/16 37/13 37/19
ample [1] 30/16
analysis [1] 22/9
analyzed [1] 32/9
ankle [1] 23/7
another [3] 25/3 26/9 36/7
anticipated [1] 36/19
any [11] 8/14 8/17 10/12 11/12 12/24 13/13 13/13 21/8 36/12 42/21 42/22
anymore [1] 25/19
anything [3] 8/2 8/3 25/16
APPEARANCES [1] 2/2
appears [1] 21/5
apply [1] 42/21
apportioned [1] 16/10

approaching [1] 11/19
approximately [1] 33/2
are [20] 4/7 7/6 13/17 13/19 14/17 15/21 15/22 18/20 22/11 23/13 23/13 23/14 24/3 25/23 29/9 31/5 35/10 35/14 35/16 42/5
aren't [1] 16/10
argue [3] 13/7 13/13 13/13
arguing [1] 21/21
argument [2] 17/8 21/8
around [3] 10/13 12/2 12/12
as [49]
aside [1] 35/9
ask [3] 9/2 30/9 39/12
asked [1] 39/24
assess [2] 16/3 39/18
assessing [1] 40/4
assessment [1] 39/23
associated [1] 15/7
assume [3] 22/20 36/11 39/8
assumed [1] 21/21
assumption [1] 21/25
attempt [1] 37/22
award [2] 36/2 36/8
aware [2] 10/15 38/3
away [3] 10/7 22/12 30/22

## B

back [10] 7/12 9/16 9/19 11/3 11/17 11/17 23/10 23/11 34/7 37/16
Basically [2] 17/6 20/12
be [12] 10/15 13/25 16/9 18/3 21/20 21/21 24/24 35/8 36/7 36/19 39/20 40/25
bear [1] 18/8
because [17] 6/23 10/7 12/18 16/17 19/15 20/20 21/19 23/15 25/15 29/15 29/22 29/24 35/13 36/19 37/20 38/4 40/8
been [5] 5/14 6/2 23/25 34/16 40/12
before [7] 1/14 12/16 14/3 16/7 19/19 33/7 34/20
begin [1] 37/13
behind [2] 11/23 26/7
being [4] 8/9 11/12 24/23 24/23
believe [7] 4/7 18/24 19/25 21/8 31/13 31/18 36/25
belong [1] 40/10
belts [1] 34/24
benefits [1] 22/10
best [1] 19/4
better [2] 14/10 22/2
between [1] 21/17
beyond [1] 37/20
big [1] 11/19
black [1] 16/18
blown [1] 20/5
body [1] 24/9
boils [1] 34/18
both [7] 15/19 16/5 17/18 29/10 33/11 40/8 40/13
box [1] 16/18
boy [1] 33/16
brain [1] 27/6
brakes [1] 17/14
breakup [1] 38/4
briefly [2] 16/22 35/20
bring [1] 34/7
brother [9] 9/2 10/3 10/9 10/11 12/15 18/7 26/5 29/8 35/13
bulk [1] 18/16

## C

calculate [1] 33/21
call [2] 4/5 4/24
Cambodia [3] 7/5 14/9 24/6

Cambodian [1] 20/22
came [1] 25/24
can [22] 4/20 4/21 16/21 21/2 21/20 22/15 23/17 24/10 25/7 26/19 29/4 30/8 30/24 32/2 33/23 34/5 34/9 36/24 37/2 37/8 39/10 39/12
can do [1] 36/24
can't [6] 16/9 23/15 25/14 25/18 25/19 26/2
capacities [1] 33/24
capacity [11] 19/17 19/18 22/8 22/23 22/25 25/8 25/15 26/20 28/14 29/15 39/24
caption [1] 21/5
car [3] 10/20 11/13 17/23
car -- [1] 11/13
care [1] 25/21
cars [1] 31/15
case [10] 4/8 15/7 16/7 17/10 18/17 33/22 35/10 35/23 36/3 40/10
cases [2] 35/23 35/25
cast [3] 23/8 25/12 29/2
causation [1] 15/7
cause [1] 42/7
causes [1] 16/2
causing [4] 15/23 15/24 17/21 18/9
center [3] 11/22 17/2 25/21
certain [2] 18/20 34/23
certainly [2] 37/16 38/5
certification [2] 42/2 42/20
certify [1] 42/4
certifying [1] 42/24
CHAN [6] 1/6 2/6 25/3 30/5 37/2 38/19
change [3] 30/10 37/16 37/17
change -- [1] 30/10
charge [1] 17/25
CHIEU [6] 1/6 2/6 14/21 27/12 36/25 38/16
children [3] 30/2 30/3 30/12
Christiana [1] 30/22
CITY [1] 1/13
CIVIL [1] 1/3
civilian [1] 33/7
claim [1] 26/4
claims [1] 29/9
clear [1] 17/20
clock [1] 37/16
closure [1] 35/17
cognizant [1] 18/3
COHEN [1] 2/4
cohesive [1] 35/12
collectively [1] 31/19
come [2] 24/24 32/5
comes [1] 22/13
comfort [1] 29/19
coming [1] 7/18
COMMON [1] 1/2
companion [2] 29/25 35/23
companionship [1] 29/20
compensate [1] 34/10
compensation [1] 36/9
composure [1] 29/23
concluded [1] 41/3
conclusions [2] 15/21 15/21
conclusively [1] 16/13
concurrent [1] 16/2
concurring [1] 16/2
concurring -- [1] 16/2
conduct [1] 36/5
confident [1] 35/8
conjunction [1] 36/17
conscious [2] 30/18 33/13
consciousness [1] 12/19
consider [1] 22/25
consideration [1] 22/10
consistent [1] 17/15

**C**

contained [2] 9/22 42/5
continues [3] 23/10 25/16 29/2
contributing [2] 17/3 29/16
control [7] 9/11 10/20 10/24 12/5 17/4 17/7 42/23
copies [2] 4/20 4/22
copy [3] 36/21 39/7 42/7
correct [12] 7/22 8/8 9/10 9/17 9/20 9/21 9/24 10/4 11/24 39/15 39/19 42/7
could [6] 4/12 19/4 25/13 25/24 28/16 37/14
Counsel [2] 2/6 2/11
country [1] 7/4
COUNTY [1] 1/2
course [1] 39/6
court [19] 1/2 4/12 13/22 14/5 14/18 15/5 34/2 34/4 34/6 34/9 34/14 34/22 35/8 35/16 36/2 36/8 39/12 40/18 42/11
Court's [2] 14/4 36/4
courtroom [3] 1/12 4/3 40/11
Cox [2] 15/17 17/11
Cox's [1] 33/5
criticism [1] 40/16
CROSS [1] 3/3
cross-examination [2] 8/17 8/21
culture [1] 20/23
curious [1] 35/5
current [2] 39/23 40/11
CV [2] 20/2 20/4

**D**

dad [1] 24/20
damage [1] 31/15
damages [11] 15/8 19/8 19/12 29/6 29/11 29/12 30/15 32/10 33/21 39/18 39/23
date [1] 9/7
David [6] 19/16 19/22 22/22 25/7 26/19 28/13
day [8] 7/24 9/18 11/9 14/13 28/8 29/4 36/7 37/17
days [2] 12/21 39/9
deal [1] 30/11
dealing [2] 19/15 20/13
dealt [1] 18/10
death [7] 29/11 29/13 32/9 32/25 37/4 38/11 38/13
Deceased [2] 1/5 1/5
decent [1] 40/9
decision [1] 11/25
defendant [5] 2/11 16/6 18/22 36/4 39/17
DEFENDANT'S [1] 6/9
defense [3] 4/7 4/24 13/5
Delaware [3] 8/4 9/9 11/10
depressed [1] 10/8
destroyed [1] 15/4
detail [1] 19/13
details [1] 16/15
determine [3] 34/2 35/9 39/24
determined [1] 17/12
did [13] 9/4 10/24 12/11 12/19 26/15 26/16 27/16 31/2 32/22 32/23 40/9 40/10 40/15
didn't [2] 26/23 31/21
died [2] 32/21 33/8
dieing [1] 26/5
different [5] 20/15 21/2 21/12 21/15 31/21
difficult [2] 9/3 29/24
direct [3] 3/3 6/10 42/23
directly [1] 18/12
dispute [1] 21/13
distress [1] 26/4
DISTRICT [1] 1/2

DIVIS [1] 2/9
DIVISION [1] 1/3
do [24] 4/14 5/2 8/2 8/9 8/16 8/18 11/7 11/11 12/8 12/15 16/16 18/21 18/25 22/2 22/3 25/18 25/25 31/20 36/13 36/24 37/4 37/7 37/21 40/7
doctor [1] 24/23
doctor's [2] 20/21 21/4
documents [1] 15/19
Dodge [1] 9/20
does [3] 18/23 38/7 42/21
doesn't [2] 18/18 27/23
doing [1] 39/22
don't [16] 6/23 7/25 8/11 8/14 11/12 11/16 12/7 13/12 20/6 20/23 20/25 21/7 31/10 31/13 36/12 37/18
down [2] 13/3 34/18
Dr [6] 23/16 25/12 25/18 29/5 30/19 33/12
dreams [4] 24/22 24/22 27/8 35/15
driver [7] 10/5 10/14 10/18 15/22 16/4 17/23 17/24
driving [7] 7/15 9/19 10/25 11/7 11/8 11/9 28/9
driving -- [1] 11/7
drove [3] 8/7 11/14 11/17
duly [2] 5/14 6/3
during [3] 24/19 32/6 34/22
duties [1] 9/14
duty [4] 10/19 11/4 17/23 18/5

**E**

each [8] 13/21 15/8 19/18 20/12 22/6 22/15 28/10 28/11
ear [1] 24/11
earned [1] 29/17
earning [8] 22/8 22/23 22/24 25/8 26/20 28/14 29/15 33/24
earnings [1] 32/8
easier [2] 20/9 22/16
economic [8] 13/23 19/14 19/17 19/17 21/3 33/22 37/22 40/11
economic -- [1] 19/17
effects [2] 27/6 27/6
efficient [1] 22/3
ejected [1] 32/7
embarrassment [1] 23/2
emotional [2] 19/7 26/4
employed [1] 7/6
employee [2] 9/12 28/4
employment [1] 14/12
end [1] 10/24
endure [3] 30/24 32/20 34/16
English [1] 6/12
enough [1] 38/6
entering [1] 39/10
equivalent [1] 16/18
ESQUIRE [3] 2/3 2/4 2/9
Estates [1] 1/4
evaluated [2] 17/11 36/7
evaluates [1] 26/20
evaluating [2] 35/25 36/5
evaluations [1] 29/3
even [6] 17/24 25/14 25/18 25/19 29/3 39/4
events [1] 37/17
ever [1] 37/14
every [4] 13/21 14/13 15/9 19/18
Everybody [1] 4/4
everything [2] 6/22 35/24
evidence [6] 6/9 15/5 15/14 28/19 30/17 42/5
exactly [3] 16/8 16/8 35/3
EXAMINATION [1] 6/10
examined [1] 6/4

examiner [3] 30/21 31/6 33/12
examiner's [2] 24/2 32/17
exception [1] 14/20
excused [2] 13/4 40/25
exhibit [2] 19/20 19/22
experienced [1] 35/25
experts [2] 16/5 16/12
experts -- [1] 16/5

**F**

fact [6] 16/15 23/11 23/21 27/7 30/5 39/13
fact-finder [2] 34/13 35/9
factor [5] 15/6 15/23 16/14 17/3 17/20
factors [3] 15/25 22/11 23/20
factory [5] 9/12 9/16 11/10 11/15 11/17
failed [1] 18/5
failure [3] 17/9 17/13 17/14
fair [1] 36/9
familiar [2] 15/19 35/22
family [40] 9/23 14/6 14/8 14/9 14/11 14/13 14/21 14/25 14/25 15/3 18/18 19/3 19/6 24/6 24/13 24/20 24/25 27/10 27/13 27/21 27/23 29/8 29/16 29/19 34/5 34/8 34/14 34/15 35/7 35/11 35/12 37/14 37/18 37/19 37/20 38/2 38/4 38/7 38/17 39/3
family -- [1] 34/14
far [2] 21/22 22/11
fast [1] 16/19
father [3] 18/23 20/24 24/22
favor [2] 4/15 39/16
feel [5] 10/8 10/8 10/11 10/13 37/18
feeling [1] 19/14
feels [1] 24/16
few [1] 9/2
figure [1] 33/23
figures [2] 20/15 22/14
file [1] 4/21
filled-in [1] 37/9
finally [4] 29/6 32/5 32/10 33/18
find [2] 28/16 39/16
findings [1] 39/13
fine [2] 17/14 17/15
first [6] 1/2 4/11 5/21 6/2 11/23 12/19
five [1] 13/17
Floor [1] 2/4
follow-up [1] 23/9
followed [1] 25/21
follows [2] 5/16 6/4
foregoing [1] 42/20
forget [1] 7/25
form [1] 38/7
found [1] 28/23
fracture [2] 23/7 25/11
fractured [1] 23/6
friend [1] 27/21
fringe [1] 22/10
front [2] 4/16 14/17
full [2] 6/15 35/12
fully [4] 13/20 15/19 36/20 42/5

**G**

gained [1] 14/12
GEROLAMO [1] 2/9
get [12] 4/22 14/3 14/5 19/8 19/14 22/2 22/3 24/21 24/24 29/6 31/3 39/6
gets [2] 17/4 17/6
give [4] 16/15 34/9 37/7 37/14
given [1] 23/25 30/7 40/11
gives [4] 21/11 21/15 22/7 22/23
giving [2] 20/14 27/24
go [13] 6/13 11/25 13/12 13/12 13/21 15/8 16/21 19/12 21/24 23/11 28/24 29/3 30/8
goes [1] 20/12

## G

going [7] 6/13 7/19 12/12 16/16 16/19 16/22 22/6
gone [1] 29/18
good [3] 4/6 8/23 13/25
got [1] 33/9
grab [1] 25/15
graphic [1] 32/18
grasp [2] 25/14 25/14
gravity [1] 17/3
grow [1] 24/25
guess [1] 21/5
guidance [1] 30/3
guide [1] 33/20
quilt [1] 18/8

## H

had [25] 9/19 10/15 11/4 16/17 17/17 17/22 18/15 23/7 23/8 24/4 24/8 24/17 24/22 24/22 25/11 25/12 26/4 26/6 26/23 26/24 27/9 28/25 30/16 30/23 37/15
had -- [1] 26/24
half [7] 21/18 21/22 22/4 22/21 24/9 24/9 33/2
HALL [1] 1/13
hand [3] 4/12 18/9 29/2
handling [1] 40/10
hands [1] 37/18
happen [1] 8/4
happened [2] 8/2 10/23
hard [3] 23/13 24/18 32/18
has [16] 10/6 10/9 14/5 15/5 18/2 18/8 19/3 19/6 23/6 23/25 25/15 25/17 25/20 25/20 26/21 30/7
has -- [1] 19/6
have [44]
having [4] 5/14 6/2 6/19 37/25
he [42] 19/18 20/12 21/11 21/15 22/7 22/13 22/20 22/21 23/5 23/5 23/5 23/6 23/7 23/8 23/9 23/11 23/17 23/21 23/22 23/23 24/4 24/5 24/6 24/7 24/8 24/12 24/16 24/16 24/17 24/18 24/22 29/22 29/23 29/24 29/25 29/25 32/21 32/22 32/23 33/7 33/8 33/9
He'll [1] 24/24
he's [2] 20/14 23/8
heading [1] 7/20
heal [2] 19/9 38/6
healed [3] 19/3 19/7 27/3
hear [3] 6/21 6/22 26/23
heard [1] 15/15
hearing [2] 6/20 41/3
hearings [1] 39/23
her [29] 6/23 7/23 17/4 18/5 18/7 18/23 25/11 25/22 26/5 26/5 26/20 26/21 26/23 26/24 27/24 28/9 28/13 28/25 29/20 30/7 30/7 30/8 30/9 30/9 30/10 30/11 30/13 31/3 36/5
here [19] 7/11 9/2 14/10 16/2 16/11 17/9 17/16 18/10 19/19 20/6 25/6 26/17 27/20 28/20 33/19 33/20 33/23 34/12 38/2
hereby [1] 42/4
high [1] 32/6
highlight [1] 15/18
him [4] 6/20 29/24 32/11 33/9
himself [1] 23/6
his [23] 20/3 20/4 23/16 23/22 23/22 24/8 24/9 24/11 24/15 24/17 24/20 24/20 24/21 24/22 24/25 24/25 25/13 29/23 29/25 29/25 30/2 30/20 32/8
home [9] 5/9 5/22 6/15 7/20 7/21 8/7 9/16 24/7 28/9
homes [1] 9/15

Honor [48]
HONORABLE [1] 1/14
hope [2] 38/2 38/5
Hopkins [6] 19/23 22/8 22/22 25/7 26/19 28/13
Hopkins' [2] 19/13 19/16
horrific [2] 24/3 26/7
hospital [5] 12/14 12/17 12/20 12/21 30/22
hour [1] 33/2
housework [1] 25/19
how [13] 6/25 8/25 10/6 10/9 14/5 16/16 16/18 30/10 30/11 32/19 33/20 34/3 35/14
humane [1] 40/9
humiliation [1] 23/3
husband [3] 29/21 30/10 31/17
HUYNH [6] 1/6 2/6 14/21 27/12 37/2 38/16

## I

I'll [1] 19/8
I'm [12] 6/19 9/2 14/16 20/8 31/20 36/20 38/3 38/24 39/14 39/18 39/22 40/18
I've [2] 20/5 36/23
idea [1] 14/2
II [1] 1/20
imbedded [1] 35/14
immeasurable [1] 34/10
implication [1] 33/8
important [3] 15/20 29/22 38/8
importantly [1] 30/14
impressed [1] 40/2
increase [2] 22/5 22/22
indicated [6] 16/13 16/18 30/17 30/20 30/21 33/12
indicates [4] 25/8 25/13 25/18 33/6
individual [1] 25/4
individually [3] 1/4 13/22 22/16
individuals [4] 16/10 25/23 29/10 33/25
indulgence [1] 14/4
infliction [1] 26/3
initially [2] 20/13 36/19
injured [1] 8/12
injuries [12] 10/2 13/13 18/7 18/12 18/15 19/6 19/7 19/9 23/6 23/16 25/22 27/3
injury [2] 15/23 23/22
injury -- [1] 15/23
intents [1] 14/23
interpreter [5] 2/18 5/3 5/13 6/3 6/13
interpreters [1] 38/2
interview [1] 33/5
involved [3] 7/11 8/10 36/6
irreplaceable [1] 38/5
is [79]
isolated [1] 10/13
issue [1] 35/9
issues [1] 36/6
it [36] 4/16 8/2 8/4 11/23 15/20 17/24 19/4 20/5 20/7 20/16 20/21 21/4 21/6 23/20 24/4 25/10 28/20 28/21 28/23 29/7 29/9 29/14 29/24 31/11 31/18 31/20 31/21 32/19 33/6 33/15 33/18 33/19 34/17 35/6 36/24 40/12
it's [16] 17/9 17/19 18/5 19/16 20/3 20/18 21/2 21/3 21/4 21/21 21/23 22/16 32/18 33/14 34/2 40/6
its [1] 38/7
itself [1] 19/4

## J

January [2] 1/11 4/2
job [1] 37/21
John [1] 42/11
JONATHAN [1] 2/4
JOSHUA [1] 2/3
Judge [2] 4/3 7/23

judgment [1] 39/10
JUDICIAL [1] 1/2
JUNE [3] 1/4 7/12 9/7
jury [1] 36/20
just [16] 11/3 14/4 14/16 15/5 15/18 16/21 17/9 17/22 19/12 22/24 27/24 34/21 35/5 35/20 37/13 39/12

## K

keep [2] 10/20 29/23
KEVIN [1] 2/9
Kim [3] 2/18 5/7 5/13
kind [2] 7/14 7/14
KLINE [1] 2/3
knew [2] 28/10 28/11
know [14] 6/12 8/4 16/17 16/19 16/22 16/25 20/6 20/25 27/23 32/24 33/4 37/25 40/14 40/16
knowing [4] 10/5 24/4 24/5 24/8
Kurz [1] 42/11

## L

lane [2] 11/22 12/2
last [4] 5/5 5/8 5/21 20/24
lasting [1] 27/5
law [1] 34/10
laws [1] 11/5
lawyer [1] 24/23
lawyers [2] 40/8 40/16
lean [1] 25/19
leave [1] 34/4
left [6] 12/2 14/9 24/6 25/11 25/17 26/7
leg [1] 23/10
Let [1] 37/12
LEWBART [1] 2/9
liability [6] 16/3 16/9 39/13 39/17 39/25 40/5
life [3] 10/12 14/10 24/17
like [6] 10/11 11/5 13/7 15/8 34/21 36/22
limit [3] 11/5 16/16 18/4
limited [1] 10/23
listed [1] 33/19
little [1] 35/13
live [6] 10/12 18/5 18/19 18/21 18/23 18/25
lived [1] 6/25
located [1] 9/8
Locust [1] 2/5
loneliness [1] 10/8
lonely [1] 10/11
long [2] 6/25 33/14
longer [5] 23/18 25/14 29/4 30/8 30/12
look [2] 32/19 34/12
look -- [1] 34/12
looked [1] 23/24
looking [5] 14/9 20/8 24/2 34/13 35/16
loses [1] 17/7
losing [3] 10/24 17/4 18/6
loss [12] 8/25 10/9 13/14 19/14 19/17 22/8 25/8 29/15 29/19 32/8 33/22 34/11
losses [4] 13/23 34/3 37/22 37/23
lost [15] 10/2 10/11 12/5 22/23 22/24 23/5 23/5 26/20 27/9 28/14 29/24 29/25 29/25 30/3 33/24
lot [3] 20/9 27/2 40/16
lower [1] 23/10
lowers [1] 17/2
Ly [3] 2/18 5/7 5/13

## M

M-A-L-Y [1] 5/21
ma'am [2] 9/5 13/3
made [5] 11/25 32/20 33/15 34/16 38/3
magnitude [1] 36/2

## M

mainly [1] 15/15
maintaining [1] 29/18
maintenance [2] 22/12 22/13
major [1] 27/5
make [4] 4/20 33/19 33/19 37/14
making [2] 38/12 38/15
MALY [15] 1/9 2/11 3/4 4/24 5/20 6/2 6/17
 15/22 16/3 16/13 16/20 16/23 17/15 17/20
 36/3
Mam [7] 1/5 29/7 29/14 32/2 33/15 37/3
 38/10
man [2] 24/7 32/20
many [1] 19/6
marked [3] 3/12 28/18 31/19
matriarch [1] 35/13
Matthew [2] 15/17 17/11
may [10] 4/10 4/25 6/6 6/8 8/19 8/20 13/3
 35/19 36/17 40/25
MAZER [1] 1/14
McNULTY [3] 2/9 2/9 3/5
me [11] 4/14 10/13 12/13 13/8 16/7 20/9
 34/22 37/9 37/12 39/21 42/6
mean [1] 7/7
meaningless [1] 24/17
means [1] 42/22
meat [1] 18/17
mechanical [3] 11/13 17/9 17/13
medical [5] 24/2 30/21 31/5 32/17 33/12
member [2] 14/21 27/13
members [5] 9/23 18/21 27/10 34/8 34/24
memorandum [1] 36/18
memory [2] 10/23 35/14
mental [1] 19/9
merits [1] 35/10
met [1] 24/7
microphone [1] 4/15
might [1] 17/8
million [2] 38/12 38/14
minds [1] 35/15
mine [1] 20/8
minusing [1] 22/12
minusing -- [1] 22/12
minute [1] 32/12
misses [1] 30/6
misses -- [1] 30/6
mom [1] 30/8
money [5] 29/17 34/7 37/13 37/17 37/19
more [2] 6/22 22/3
MOSS [3] 1/14 4/3 7/23
most [4] 12/2 23/19 30/14 32/18
mother [10] 8/25 10/2 10/7 18/7 26/5 29/8
 29/14 30/2 30/4 30/7
motions [1] 39/9
Mr [4] 3/5 3/6 19/13 22/8
Ms [4] 6/12 6/25 8/12 8/23
much [3] 12/23 32/19 40/22
mug [1] 25/15
must [1] 16/23
my [17] 5/7 5/20 5/20 6/17 6/17 9/4 10/7
 10/11 10/12 12/13 15/4 20/23 34/22 37/8
 37/8 37/21 39/23
my -- [1] 37/8

## N

NAARDEN [2] 2/3 3/6
name [11] 5/5 5/6 5/7 5/8 5/19 5/20 5/21
 5/21 6/15 6/17 20/24
NAVY [10] 1/5 10/9 29/7 31/13 32/5 32/13
 32/18 33/7 37/3 38/13
near [2] 17/4 17/6
neck [3] 23/10 25/17 26/24

need [2] 6/21 6/22
negligence [4] 15/6 15/11 15/14 36/5
negligent [1] 26/3
never [9] 19/9 24/12 24/13 24/21 24/24
 24/24 27/7 34/5 35/11
Next [1] 25/3
Nineteenth [1] 2/4
no [24] 1/9 3/11 3/11 7/9 11/16 12/18 12/23
 12/25 14/16 17/12 17/13 17/17 21/21 23/17
 25/15 25/15 27/19 28/2 29/4 30/8 30/12
 37/13 37/17 40/4
no-brainer [1] 18/14
Noble [4] 23/16 25/12 30/19 33/12
Noble's [2] 25/18 29/5
NON-JURY [1] 1/19
none [2] 3/12 18/14
noneconomic [2] 34/3 37/23
not [19] 14/21 17/9 21/13 21/22 26/15
 26/16 27/13 27/16 28/16 32/22 33/14 34/7
 34/23 34/25 36/13 38/3 38/17 40/10 42/21
note [2] 4/2 15/20
notes [1] 42/6
now [11] 4/7 4/18 7/7 7/8 13/11 18/18
 24/17 26/12 29/9 32/21 36/25
nuclear [3] 14/25 14/25 35/12
number [1] 22/23
numbers [1] 21/16

## O

obey [1] 11/5
obeying [1] 18/4
objectively [1] 24/3
obligation [3] 10/15 11/4 18/2
Oeurn [7] 1/5 29/7 29/14 32/2 33/14 37/3
 38/10
of -- [1] 22/7
off [2] 8/24 24/11
officers [1] 40/18
Official [1] 42/11
Oh [4] 20/20 28/20 38/23 39/14
okay [23] 4/19 4/21 6/13 6/14 7/10 13/11
 14/7 14/19 14/22 19/10 19/24 21/10 22/18
 28/23 28/23 31/24 32/15 34/19 36/15 37/10
 37/11 39/5 39/14
old [2] 25/5 27/16
one [15] 7/10 13/21 15/6 15/9 15/14 20/10
 22/6 22/15 23/19 26/9 26/22 31/7 31/12
 33/6 37/2
one's [1] 21/21
one-page [1] 28/21
only [4] 16/6 31/7 36/4 36/4
opening [2] 15/4 34/23
operator [1] 7/10
order [3] 4/5 16/23 39/10
origin [1] 7/4
original [2] 4/12 4/21
orthopaedic [2] 23/9 29/3
other [13] 8/14 10/15 10/19 12/23 15/25
 15/25 16/10 18/3 22/10 28/10 28/12 31/14
 36/6
our [1] 36/18
out [3] 15/10 17/22 36/24
outline [1] 13/22
outside [1] 24/9
over [5] 13/12 19/12 21/25 25/19 30/8
over -- [1] 13/12
own [4] 9/23 10/2 18/7 25/2

## P

P.C [2] 2/3 2/9
p.m [1] 4/5
PA [3] 2/5 2/11 5/11
Pack [8] 9/8 9/19 11/18 14/12 24/19 28/3

28/4 28/8
packed [2] 14/24 17/2
PAGE [1] 3/11
pain [14] 13/23 23/2 23/11 25/10 25/17
 26/21 27/4 30/15 30/19 30/25 32/3 32/19
 33/13 34/15
painful [1] 40/12
pandemonium [1] 26/6
part [1] 9/14
partially [1] 32/7
parties [1] 36/6
pass [3] 10/7 16/24 36/20
passed [2] 30/21 35/14
passenger [3] 27/12 38/16 39/4
passengers [2] 11/9 17/2
passing [2] 12/4 16/20
PENNSYLVANIA [2] 1/2 1/13
people [6] 9/20 9/22 10/19 17/25 23/13
 23/14
per [1] 29/4
percent [4] 21/17 21/18 21/22 22/22
percentage [2] 21/16 22/4
perhaps [2] 23/19 32/16
period [4] 21/25 30/18 30/23 33/13
person [4] 10/12 21/9 24/5 31/22
person's [1] 38/20
personal [1] 22/12
pertains [1] 29/14
PHILADELPHIA [12] 1/2 1/13 2/5 2/11 5/11
 7/21 9/15 9/16 11/10 11/14 11/18 14/11
physical [3] 19/6 23/15 27/3
picture [6] 14/5 31/16 31/16 32/2 32/17
 34/4
picture -- [1] 32/17
pictures [12] 24/2 24/3 24/10 30/24 31/2
 31/3 31/5 31/8 31/12 31/14 31/15 32/17
place [1] 39/12
placed [1] 23/8
plaintiff [5] 13/12 13/13 19/19 20/13 20/14
plaintiff's [1] 13/8
plaintiffs [9] 2/6 13/18 13/20 14/17 22/2
 22/7 36/3 36/9 39/16
plate [1] 40/15
PLEAS [1] 1/2
please [3] 4/4 4/15 5/5
point [8] 10/22 10/24 11/25 17/22 18/2 18/2
 18/19 18/25
points [1] 15/9
police [1] 33/6
portion [1] 18/8
portions [1] 24/11
posed [1] 34/22
possibility [1] 30/12
post-verdict [1] 39/9
posture [3] 35/24 37/24 40/11
potential [1] 24/21
power [1] 37/15
prepared [3] 13/21 36/17 36/20
present [3] 2/16 6/15 38/7
presently [1] 7/6
pretrial [1] 36/18
preventable [1] 15/3
price [1] 37/20
problem [2] 11/13 40/4
problems [1] 17/17
procedural [1] 35/23
proceed [4] 4/8 4/10 6/6 8/19
proceedings [2] 5/15 42/4
Process [8] 9/8 9/19 11/18 14/12 24/20
 28/3 28/4 28/8
productivity [4] 21/17 21/23 22/5 22/22
prohibits [1] 27/4
proud [1] 40/19

**P**

publicly [1] 40/17
purposes [1] 14/24
put [7] 4/16 26/25 29/2 33/18 35/9 37/23 39/5
puts [1] 28/13
putting [1] 38/3

**Q**

quality [1] 9/11
question [2] 9/4 34/22
questions [5] 8/15 9/3 12/23 30/9 30/11

**R**

rarely [1] 39/24
rather [1] 11/7
RC [1] 3/3
RD [1] 3/3
reach [1] 24/21
read [1] 40/4
ready [1] 4/7
real [1] 19/14
realize [1] 31/21
really [5] 18/13 18/16 19/15 34/3 35/2
reasonable [2] 36/9 37/24
reasons [1] 26/23
rebuttal [1] 36/12
recall [6] 7/23 7/25 8/2 8/9 8/11 12/7
recognize [4] 10/14 10/18 11/4 15/24
reconstruction [1] 40/3
reconstructionists [1] 15/16
reconstructionists' [1] 17/19
record [5] 5/4 5/18 25/13 39/7 39/13
recover [4] 24/12 24/13 27/7 34/5
redirect [1] 12/24
reflect [1] 39/6
reflected [1] 39/20
regain [1] 12/19
related [2] 14/15 38/17
relates [5] 18/12 23/20 25/11 29/7 29/10
relation [1] 19/12
relationship [4] 27/18 27/20 30/9 38/20
remember [6] 11/7 11/8 11/12 11/19 12/8 12/15
render [2] 37/2 37/8
report [13] 19/13 19/16 19/22 20/4 21/3 21/4 23/17 25/18 28/16 28/18 29/5 30/20 33/6
reporter [3] 4/2 42/11 42/24
reports [2] 20/21 40/3
reproduction [1] 42/22
residence [1] 6/17
residual [1] 27/4
respond [1] 35/19
rests [1] 13/5
result [5] 9/25 15/2 23/3 26/8 32/4
retain [1] 30/7
retire [1] 22/20
retirement [2] 21/12 21/20
ribs [1] 23/7
Richard [1] 4/20
ride [1] 27/25
right [18] 4/14 4/18 7/8 9/9 9/16 10/16 11/10 11/15 11/20 11/23 12/5 31/24 33/3 33/10 36/3 37/5 37/12 40/15
ripped [1] 24/11
rise [1] 4/4
road [5] 8/5 8/6 10/16 11/5 18/3
roll [1] 37/16
RPR [1] 42/11

**S**

said [1] 37/25

same [3] 21/9 42/8 42/22
SANDRA [1] 1/14
saw [3] 12/13 23/21 23/23
say [4] 6/22 17/8 37/12 40/17
says [3] 6/23 20/21 24/16
scene [3] 12/16 26/7 32/22
school [2] 24/18 32/6
Schorr [2] 15/16 18/11
seat [1] 34/24
second [1] 11/3
section [1] 33/5
see [11] 12/11 20/9 24/4 24/10 24/24 25/7 26/19 27/10 30/24 32/2 33/23
seeing [2] 12/15 20/7
sense [1] 33/19
Sergeant [3] 15/17 17/11 33/5
set [4] 31/8 31/12 31/14 31/14
sets [1] 31/5
settled [1] 14/11
Seven [1] 7/3
severe [1] 26/24
she [60]
She's [2] 16/6 25/6
sheet [1] 39/21
should [1] 39/20
shoulder [1] 25/17
shown [1] 15/5
shows [2] 32/19 33/8
siblings [1] 12/13
side [2] 4/7 13/8
sides [2] 40/8 40/13
significant [9] 23/4 23/6 23/20 30/23 30/25 32/3 32/3 33/15 33/21
simply [2] 37/20 38/4
since [1] 36/3
sir [1] 5/4
sister [4] 25/7 38/21 38/22 38/23
sister-in-law [1] 26/14
sit [1] 35/11
situation [1] 40/7
six [2] 13/19 33/24
slip [4] 36/18 36/21 37/9 39/6
so [16] 4/6 10/8 10/8 10/11 16/12 19/3 19/13 21/5 21/24 22/6 22/19 28/10 37/25 39/20 39/22 40/14
society [1] 29/20
some [7] 6/12 10/22 10/24 11/25 12/13 17/8 35/16
something [2] 24/12 24/13
somewhat [1] 27/3
son [13] 1/6 2/6 23/5 23/22 24/9 24/17 24/25 26/9 26/12 26/13 31/10 37/2 38/25
sorry [5] 8/25 31/21 38/24 39/14 39/18
sort [1] 35/17
South [4] 5/23 6/18 11/14 14/11
speaks [2] 19/16 24/15
SPECTER [1] 2/3
sped [1] 16/23
speed [3] 11/5 16/16 18/4
spell [1] 5/5
spelled [1] 5/21
splint [1] 26/25
sprain [1] 26/24
stand [2] 4/25 29/23
start [3] 8/24 15/10 22/19
started [1] 24/6
state [3] 5/5 5/18 6/15
stated [1] 15/4
states [3] 14/10 23/16 25/25
stay [1] 38/7
steering [1] 17/13
step [1] 13/3
stepped [1] 40/14

Steven [2] 15/16 18/11
still [2] 27/8 30/6
stipulation [3] 4/13 15/15 21/14
straight [1] 4/16
Street [5] 2/5 2/10 5/10 5/23 6/18
strike [2] 11/7 11/13
student [1] 32/6
submit [3] 37/8 39/10 39/21
substantial [3] 15/23 16/14 17/20
suffer [2] 33/15 33/17
suffering [11] 13/24 23/2 25/10 26/21 30/16 30/19 30/25 32/3 32/20 33/13 34/16
Suite [1] 2/10
sum [1] 34/20
summer [2] 24/19 32/7
supervision [1] 42/23
supplement [2] 28/18 28/22
supporting [1] 29/18
Sure [2] 20/11 37/11
surgeon [1] 23/9
survival [6] 29/11 30/15 32/10 37/4 38/11 38/14
survived [1] 30/17
survivors [1] 26/10
sustained [2] 18/13 32/2
sustaining [1] 18/7
sworn [2] 5/14 6/3

**T**

table [1] 35/12
tag [1] 37/20
take [6] 4/15 4/25 20/24 22/15 37/22 40/16
taken [1] 42/6
takes [1] 18/16
taking [1] 22/9 22/12
talk [3] 16/15 19/8 29/14
talking [1] 14/17
tanker [11] 8/9 11/19 11/22 12/2 12/4 12/5 16/19 16/22 16/24 17/5 17/7
Tasker [1] 5/10
tell [2] 7/23 21/2
telling [1] 8/24
ten [1] 39/9
TERM [1] 1/4
terribly [1] 40/6
testified [4] 6/4 25/6 30/5 38/22
testify [3] 26/15 26/17 27/16
testimony [4] 17/16 17/19 24/15 32/24
than [2] 6/22 20/9
thank [10] 6/21 8/15 12/22 12/25 35/18 36/11 36/14 40/7 40/20 40/22
Thanks [3] 4/17 4/23 36/10
that [135]
that's [16] 4/14 18/9 18/13 19/15 19/19 19/22 25/24 26/22 28/15 29/22 30/12 34/3 34/8 34/9 34/17 38/23
their [11] 9/15 19/6 23/15 24/7 29/18 30/4 34/8 34/14 34/15 35/15 35/15
them [7] 14/14 18/15 27/4 34/9 34/10 37/15 37/23
then [4] 31/14 37/8 39/9 39/17
there [16] 11/12 13/17 13/19 15/25 15/25 17/12 17/13 18/20 23/23 27/19 28/17 29/9 30/22 31/2 31/5 32/24
there's [5] 17/8 21/8 30/16 37/13 37/25
therefore [3] 16/9 17/18 22/4
these [12] 18/15 22/6 22/13 23/13 23/14 25/23 27/3 27/18 29/10 33/21 33/25 38/6
these -- [1] 27/18
they [25] 14/10 14/12 14/15 16/14 16/15 18/25 20/23 22/2 22/3 23/15 23/23 24/3 25/24 25/24 25/25 27/8 27/24 28/8 28/10 28/11 34/6 34/12 34/16 35/14 35/15

YANG, ET AL.

## T

they'll [1] 27/7
they're [2] 34/12 34/13
they've [1] 27/9
THI [2] 1/6 2/6
things [4] 15/6 24/23 25/14 36/24
think [6] 22/16 24/15 32/11 40/2 40/8 40/17
this [63]
those [6] 9/22 15/9 15/19 24/3 24/10 30/24
THOU [16] 1/4 2/6 20/14 20/16 20/16 20/19
 20/20 21/3 21/3 21/4 21/5 22/20 23/20
 29/20 36/25 38/9
though [2] 4/15 24/16
three [4] 15/6 20/14 21/12 23/7
through [11] 6/3 6/13 13/21 15/8 15/15
 16/21 17/18 19/18 20/12 22/9 31/23
THUA [7] 1/6 2/6 26/9 26/12 26/13 37/2
 38/25
Thursday [2] 1/11 4/2
time [17] 3/12 7/15 8/3 8/5 8/15 16/20
 21/25 25/5 25/20 26/11 26/18 30/18 30/23
 32/25 32/25 33/16 38/5
tires [1] 17/14
today [6] 16/3 17/16 19/19 25/6 25/16
 27/20
together [7] 18/19 18/21 18/25 31/17 33/18
 38/7 39/5
too [2] 26/4 26/6
took [1] 29/22
total [11] 26/21 33/22 33/24 34/2 38/9
 38/12 38/15 38/17 38/24 38/25 39/3
touch [1] 34/21
tough [1] 25/20
toward [1] 11/18
towards [1] 29/18
tractor [2] 16/17 16/20
trailer [1] 16/17
transcript [2] 42/8 42/21
translate [1] 5/14
transport [1] 9/14
transporting [1] 17/25
tremendously [1] 40/12
trial [4] 1/3 1/19 36/20 42/6
tried [2] 23/11 29/23
trouble [2] 6/19 20/7
truck [1] 8/9
true [1] 40/18
truly [1] 40/15
trust [2] 36/2 36/8
truthfully [1] 5/15
tutelage [1] 30/4
two [7] 12/21 15/15 16/12 21/2 21/15 29/9
 31/5
type [1] 11/12

## U

ultimately [1] 35/16
unavoidable [1] 15/21
unconscious [2] 12/18 12/21
uncontested [1] 33/25
under [11] 10/20 21/24 22/6 29/13 30/15
 32/9 38/10 38/11 38/13 38/14 42/23
understand [6] 6/12 6/23 9/4 10/22 22/17
 34/6
understanding [1] 20/23
understands [1] 34/7
undisputed [3] 21/20 21/24 23/17
unfortunate [2] 18/6 40/7
unfortunately [4] 15/2 25/25 34/17 39/22
United [2] 14/10 25/25
unless [1] 42/22
until [1] 25/16

up [17] 4/12 4/16 10/24 11/3 12/8 12/11
 16/23 18/5 20/6 22/13 24/25 25/21 33/23
 34/2 34/20 36/20 40/14
us [2] 18/16 22/23
used [1] 39/22
using [1] 12/2
usually [1] 8/6
utilized [1] 22/11

## V

validate [1] 34/14
value [3] 28/13 37/19 38/3
van [25] 2/3 3/6 7/17 9/20 10/5 10/14 10/20
 10/25 11/13 12/8 14/24 15/22 16/25 17/17
 17/25 23/23 24/10 27/10 27/13 27/22 28/6
 31/16 32/8 34/24 38/17
various [1] 9/23
vehicle [7] 7/14 7/15 10/19 12/6 17/7 17/12
 25/4
vehicle -- [1] 7/14
vehicles [3] 7/11 10/16 18/3
verdict [8] 36/18 36/21 37/3 37/8 37/9
 38/10 39/6 39/21
very [9] 12/22 16/21 25/20 35/20 35/22
 35/24 40/2 40/18 40/22
village [1] 24/8
visiting [1] 12/13
visits [1] 23/9
VOLUME [1] 1/20
volumes [1] 24/16

## W

wait [6] 6/19 19/24 31/20 32/12 39/8 39/8
wait -- [1] 39/8
waking [1] 12/8
Walnut [1] 2/10
want [8] 8/24 14/4 19/12 23/14 34/4 37/18
 40/7 40/17
wanted [1] 13/11
was [60]
way [4] 17/16 21/13 23/23 40/9
ways [1] 21/2
we [31] 4/6 4/24 5/2 15/15 15/24 16/12
 16/16 16/19 16/22 16/25 19/8 22/15 22/19
 22/20 22/25 25/3 29/6 29/14 29/19 30/14
 32/5 32/24 33/4 33/19 33/22 33/22 34/8
 34/9 36/8 39/8 40/25
we'll [2] 4/21 39/8
we're [7] 6/13 7/11 16/2 18/10 19/15 20/13
 21/24
we've [1] 36/17
wearing [1] 34/24
welcome [2] 8/16 40/24
well [6] 20/25 28/14 29/2 29/4 34/6 36/23
went [4] 12/16 14/13 19/18 22/9
were [27] 3/12 7/10 7/15 7/18 7/18 8/5 8/12
 9/8 9/11 9/18 9/22 10/5 10/25 11/22 12/4
 12/20 14/15 15/25 15/25 17/14 17/14 18/13
 27/24 28/8 31/2 34/24 40/18
weren't [1] 14/14
what [28] 6/23 7/4 7/14 7/14 7/23 8/3 10/23
 12/11 12/11 13/17 18/22 19/16 20/21 21/6
 22/2 22/3 25/24 27/9 34/14 34/14 34/15
 34/17 37/7 37/19 37/21 38/19 40/8 40/15
when [9] 9/18 10/11 11/14 12/11 12/19
 17/4 17/16 19/8 33/9
where [5] 7/18 7/18 8/2 24/16 28/15
whether [1] 34/23
which [18] 16/18 17/3 17/15 19/7 19/20
 20/9 23/3 23/7 23/17 28/18 30/19 30/20
 30/23 33/8 33/25 34/23 34/25 38/8
while [4] 15/24 17/8 30/6 33/14
who [15] 14/21 16/10 16/12 18/21 23/13

23/14 24/18 24/20 25/4 25/23 26/12 27/14
 27/17 38/17 38/22
whole [2] 22/9 37/15
wholly [1] 29/16
why [3] 13/12 26/23 28/5
wife [4] 23/5 23/22 29/25 31/17
will [15] 19/9 20/6 24/12 24/13 24/20 24/24
 34/7 35/8 35/11 36/2 36/7 36/8 37/7 38/6
 39/5
wish [1] 25/23
within [1] 9/22
without [1] 10/12
witness [4] 13/4 24/8 26/5 26/6
witnessed [1] 23/21
witnesses [2] 3/3 33/7
woke [1] 12/11
woman [1] 24/5
work [11] 7/20 11/8 13/13 14/13 17/17
 23/12 23/14 23/18 25/24 28/12 29/4
workers [2] 9/15 17/25
working [9] 9/8 9/11 23/14 24/18 24/19
 27/5 28/3 28/7 32/6
world [1] 10/12
worth [2] 34/15 34/17
would [17] 9/14 13/7 13/9 13/25 15/8 18/15
 22/2 22/20 22/21 29/17 29/17 34/21 36/22
 37/15 37/17 39/11 40/12
wounds [1] 38/6
wrist [2] 26/11 26/24
written [1] 36/24
wrongful [6] 29/11 29/13 32/9 37/4 38/11
 38/13

## Y

Y-A-N [1] 5/21
Y-A-N-G [1] 5/8
YAN [51]
Yan -- [1] 38/19
Yan's [1] 17/15
Yang [3] 2/18 5/8 5/13
years [4] 7/3 25/5 27/15 30/8
yes [23] 4/9 4/14 6/8 6/21 7/13 8/13 8/20
 9/6 9/13 10/17 10/21 11/2 11/6 11/21 12/3
 12/10 19/2 21/7 27/14 28/12 31/4 37/6 41/2
yet [1] 23/15
yield [1] 22/4
you [99]
you're [5] 4/18 8/16 39/15 39/18 40/24
young [5] 24/7 24/25 30/11 32/20 33/16
your [68]

## Z

zero [1] 21/17