# EXHIBIT C


**ST PAUL TRAVELERS**

111 Schilling Road
Hunt Valley, MD 21031

**Linda J. Botek**
Managing Counsel – Mid-Atlantic Region
Claim Legal Coverage &
Extra-Contractual Group
(443)353-1867 - Direct Line
(443)353-1113 - Facsimile

January 27, 2005

Frank Deasey, Esq.
Deasey, Mahoney & Bender
Suite 1300
1800 John F. Kennedy Blvd.
Philadelphia, PA 19103-2978

Re:     Insured:      **Pack 'N Process**
        Claimant:     **Various**
        Claim No.:    **CK0380070809T003**

Dear Frank:

Per my voicemail and email of yesterday, enclosed please find correspondence from the firm that filed the Delaware lawsuit on St. Paul's behalf January 18, 2005 and a certified copy of our policy.

I look forward to working with you on this matter.

Very truly yours,

Linda J. Botek

Enclosure

COPY

**RENEWAL CERTIFICATE**

The**StPaul**

Please insert this Renewal Certificate with the rest of your policy.

---

In return for your premium, your policy is renewed to the date shown on this certificate.

We, us, our and ours mean the insurance company named on the Introduction.

The words you, your and yours mean the insured named here:

PACK & PROCESS, INC.
P.O. BOX 883
NEW CASTLE DE 19720-0883

***INSURED NAMES CONTINUED ON BACK***

**Important. Please refer to your Coverage Summaries that are attached for any changes in your policy. You will also receive the benefit of any changes we've made in our standard policy forms that broaden or extend your coverage without increasing your premium.**

Policy Number: CK03800708

Is Renewed From: 05/01/01

To: 05/01/02

Premium:        $96,100.00

YOUR PREMIUM INCLUDES DEPOSIT
SHOWN ON DELIVERY INVOICE
INCLUDES UMBRELLA EXCESS PREMIUM

This is to certify
that this Policy
is an exact copy
of Policy *CK03800708*
*Dixuvo*
         Manager

---

Our authorized representative is:
0700372
HARRY DAVID ZUTZ INSURANCE INC
P.O. BOX  2287
WILMINGTON DE 19899

*Jay S. Fishman* President

*Secretary*

P/P 00002

Authorized Representative      Date

Processing Date 05/23/01  10:05  001

---

40774 Ed. 9-86 Printed in U.S.A.
®St.Paul Fire and Marine Insurance Co. 1986 All Rights Reserved

Renewal Certificate

Page    1

**The St Paul**

INSURED NAMES CONTINUED:
AMES ENGINEERING CORP.; ESTATE OF
HERBERT M AMES AND LILLIAN AMES
TRUSTEES UNDER TRUST AGREEMENT OF
HERBERT M AMES AND LILLIAN AMES DATED
3-14-89;
502 LLC AND 501 LLC

P/P 00003

**POLICY FORM LIST**                                           The **StPaul**

Here's a list of all forms included in your
policy, on the date shown below. These forms
are listed in the same order as they appear in
your policy.

| Title | Form Number | Edition Date |
|---|---|---|
| Renewal Certificate | 40774 | 09-86 |
| Policy Form List | 40705 | 05-84 |
| General Rules | 40701 | 09-96 |
| Delaware Required Endorsement | 40790 | 05-92 |
| Maryland Required Endorsement | 40522 | 09-00 |
| Commercial Auto Required Endorsement – Delaware | 44445 | 07-99 |
| Commercial Auto Required Endorsement – Maryland | 44177 | 09-00 |
| What To Do If You Have A Loss | 40814 | 11-91 |
| Property Protection Coverage Summary | 42563 | 07-96 |
| Property Protection Coverage Summary Continued – Equipment Breakdown Coverage | F0231 | 04-99 |
| St. Paul Premier Property Protection Coverage Summary | F0171 | 01-98 |
| St. Paul Premier Property Protection Scheduled Locations Coverage Summary | F0172 | 01-98 |
| The St. Paul Premier Property Protection Additional BenefitsCoverage Summary | F0173 | 01-98 |
| St. Paul Premier Property Protection Flood Coverage Summary | F0187 | 01-98 |
| Premier Property Protection Flood Endorsement | F0176 | 01-98 |
| St. Paul Premier Property Protection Earth Movement Coverage Summary | F0191 | 01-98 |
| The St. Paul Premier Property Protection | F0150 | 01-98 |
| Premier Property Protection Earth Movement Endorsement | F0174 | 01-98 |
| St. Paul Premier Property Protection Reporting Endorsement | F0178 | 01-98 |
| Equipment Breakdown Endorsement | F0230 | 04-99 |
| Business Income And Extra Expense Endorsement | 42626 | 10-90 |
| Replacement Cost Valuation Endorsement | 40502 | 01-80 |
| Commercial General Liability Protection Coverage Summary | 47110 | 01-96 |
| International Commercial General Liability Protection Coverage Summary | 47058 | 09-90 |
| Commercial General Liability Protection Estimated Premium Summary | 43492 | 04-94 |
| Commercial General Liability Protection | 47500 | 01-96 |
| Described Person or Organization–Add'l Protected Persons | 43356 | 07-85 |
| Landlord Endorsement Additional Protected Persons | 47184 | 04-91 |
| Change Of Limits Endorsement – General Total Limit Applies Per Work Site | 43985 | 03-97 |
| Change Of Limits Endorsement – General Total Limit Applies Per Premises | 43986 | 03-97 |
| Unnamed Partnership, Joint Venture, And Limited Liability Company Exclusion Exception Endorsement | G0348 | 11-97 |
| Waste Products Or Completed Work Redefined Endorsement | G0349 | 11-97 |
| International General Liability Endorsement | 47134 | 03-91 |
| Commercial General Liability Schedule of Locations | 40502 | 01-80 |
| Employee Benefit Plans Administration Liability Protection | 43532 | 01-96 |

| **Name of Insured** | **Policy Number** CK03800708 | **Effective Date** 05/01/01 |
|---|---|---|
| PACK & PROCESS, INC. | **Processing Date** 05/29/01  13:26  002 | |

**The St.Paul**

| | | |
|---|---|---|
| –Claims–Made Coverage Summary | | |
| Employee Benefit Plans Administration Liability Protection –Claims–Made | 43475 | 01–96 |
| Auto Coverage Summary | 44460 | 04–91 |
| Auto Coverage Summary – Continued | 44462 | 04–91 |
| International Auto DIC/Excess Coverage Summary | 44435 | 09–90 |
| Optional No–Fault Coverage Summary–Delaware | 44218 | 12–83 |
| Auto Schedule | 44463 | 04–91 |
| Auto Liability Protection | 44449 | 12–93 |
|    Additional Protected Persons Endorsement For Autos You've Leased From Others | 44476 | 04–91 |
|    International DIC/Excess Liability Endorsement | 44464 | 03–91 |
| Uninsured and Underinsured Motorists Protection – Delaware | 44026 | 02–01 |
| Uninsured And Underinsured Motorists Protection – Maryland | 44085 | 11–99 |
|    Uninsured & Underinsured Mot. Pun. Dam. Excl. Endt | 44372 | 01–88 |
| Delaware No–Fault Auto Protection | 44021 | 11–97 |
| Maryland No–Fault Auto Protection | 44087 | 11–99 |
| Auto Physical Damage Protection | 44455 | 07–96 |
|    Mexico Collision Coverage Endorsement – Colorado & Maryland | 44161 | 12–83 |
| Crime Protection Coverage Summary | 45015 | 11–96 |
| Blanket Employee Dishonesty Protection | 45010 | 05–87 |
| Umbrella Excess Liability Protection Coverage Summary | E0119 | 03–96 |
| Umbrella Excess Liability Protection Schedule Of Basic Insurance | 47123 | 04–91 |
| Umbrella Excess Liability Protection Schedule Of Basic Insurance – Continued | 47124 | 04–91 |
| Umbrella Excess Liability Protection | 47550 | 03–96 |
|    Waste Products Or Completed Work Redefined Endorsement – Umbrella Excess Liability | E0145 | 11–97 |
|    Unnamed Partnership, Joint Venture, And Limited Liability Company Exclusion Exception Endorsement–Umbrella Excess | E0146 | 11–97 |
|    Control Of Property Exclusion Endorsement – Umbrella Excess Liability | 47216 | 03–96 |
| Excess Errors And Omissions Liability Protection–Claims–MadeCoverage Summary | 47339 | 02–92 |

PLEASE NOTE: This is a renewal of your policy. Some of the forms that make up your policy may not be attached. Only agreements or endorsements that are new or have been changed are attached. Please refer to your previous policy for any forms listed here that are not attached.

GENERAL RULES                                                    The St.Paul

These rules apply to the entire policy unless
you're notified otherwise.

*It is for informational use only.*

*Do not attach this form to a policy.*

## Special Rights And Duties Of The First Named Insured

You agree that when more than one insured
is named in the introduction, the first named
insured has special rights and duties. These
rights and duties are explained in the
following General Rules:

- Premiums.
- Cancellation.
- Policy Changes.

## Your Policy Period

Insuring agreements in this policy begin at
12:01 a.m., standard time, on the effective
date. If this policy replaces policies ending
at noon, rather than 12:01 a.m., coverage
begins at noon when the old policy ends.

Insuring agreements or endorsements added
to this policy after its effective date begin
on the effective date of the added
agreement.

Coverage ends at 12:01 a.m., standard time,
on the expiration date. If all or part of this
policy is cancelled for any reason before
that date, that coverage will end at 12:01
a.m., standard time, on the cancellation date.

## Premiums

We compute the premium you pay for this
policy using information available at the
time. So, all or part of your premium may
be based on estimates. If estimates are
used, we'll compute your actual premium
when complete information is available at
the end of the policy period. If it's more
than you've paid, you'll owe us the
difference. If it's less, we'll return the
difference.

In any event, you won't pay less than any
minimum annual premium agreed on.

The first named insured is responsible for
paying all premiums and will be the one to
whom we'll pay any return premiums.

In some instances, such as when coverage
under your policy is changed, there may be
a difference in your premium. If this
happens, either you will owe us additional
premium or we will owe you a refund. If
the difference in premium that you owe us
is $15 or less, we'll waive this amount. If
the difference in premium we owe you is
$15 or less, we won't refund this amount
unless you request that we refund it. We'll
apply this waiver of premium practice
separately each time your policy is
endorsed.

You must keep accurate records of the
information we'll need to compute your
premium. Your agent can explain the type of
records we'll need. The first named insured
agrees to send copies of these records at
the end of each policy period – or any other
time we request them.

## Our Right To Inspect And Audit

You agree to let us inspect your property
and business operations during normal
business hours while this policy is in force.
We're not, however, required to make
inspections. Nor will we guarantee that your
property or operations are safe, or that they
conform to any laws, codes, standards or
regulations. This rule also applies to any
organization which makes insurance
inspections, surveys, reports or
recommendations for us. You also agree to
let us examine and audit your financial
books and records that relate to this
insurance at any time up to 3 years after
this policy ends

## Policy Changes

This policy contains all the agreements
between you and us concerning this
insurance. The first named insured is

---

40701 Rev. 9-96 Printed in U.S.A.             Endorsement
©St.Paul Fire and Marine Insurance Co.1996 All Rights Reserved           Page 1 of 3

P/P 00006

The**StPaul**

*It is for informational use only.*

*Do not attach this form to a policy.*

authorized to make changes in this policy with our consent. This policy can only be changed by a written form included as part of the policy. This form must be signed by one of our authorized representatives.

We make changes in our standard insurance policy forms from time to time. These changes must conform to state law and are filed with insurance supervisory authorities for approval. While your coverage is in force we can make any change in the form of this policy that broadens or extends your coverage. If we do, and the change can be added to your policy without increasing the premium, you'll automatically receive the benefit of the extended or broadened coverage on the day the change is effective in your state.

### Assignment And Transfers

Neither you nor anyone else covered under this policy can assign or turn over your interest in it without our written consent attached to the policy.

However, there is one exception. If you are an individual named insured and you die, your rights and duties will be transferred to your legal representative; but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having temporary custody of your property will have your rights and duties concerning that property.

### Cancellation

The first named insured can cancel this policy in whole or part at any time.

To cancel, the first named insured must deliver the policy or the part to be cancelled to us or to any of our authorized agents. If this isn't possible notify us by mail and include the date coverage is to end. We'll refund the unused premium to the first named insured, less a charge for early cancellation.

If we cancel this policy, we'll mail or deliver a cancellation notice to the first named insured at least 30 days before coverage will end: 10 days if we're cancelling for nonpayment of premium. If

notice is mailed, proof of mailing to the first named insured's last mailing address known to us will be considered proof you were notified. Any unused premium will be refunded to the first named insured as soon as possible. However, the cancellation will be effective whether or not we've made or offered a refund.

### Recovering Damages From A Third Party

Any person protected under this policy may be able to recover all or part of a loss from someone other than us. Because of this, each protected person must do all that's possible after a loss to preserve any right of recovery available. If we make a payment under this policy that right of recovery will belong to us. If we recover more than we've paid, the excess will belong to the person who had the loss. But we'll deduct our recovery expenses first.

### Fraud And Misrepresentation

This policy is void if you or any other protected person hide any important information from us, mislead us, or attempt to defraud or lie to us about any matter concerning this insurance - either before or after a loss. Of course, everyone makes mistakes. Unintentional errors or omissions won't affect your rights under this policy

### Appraisal Of Property Disputes

If your policy includes property insurance and agreement can't be reached on the amount of a property loss or the value of the property, the following procedure will be used:

1.  One of us will make a written demand for an appraisal.

2.  Each will select a competent and impartial appraiser and notify the other of the selection within 30 days of the demand.

3.  The appraisers will select a competent and impartial umpire. If they can't agree on an umpire, either may ask that one be selected by a judge of a court having jurisdiction.

©St.Paul Fire and Marine Insurance Co.1996 All Rights Reserved

The St.Paul

4.  The appraisers will state separately the amount of the loss and the value of the property. If they don't agree, they'll submit their appraisals to the umpire. Agreement of two out of three will be binding..

You'll pay your appraiser and we'll pay ours. Other costs of the appraisal and the umpire will be shared equally by you and us.

If we submit to an appraisal, we'll still retain our right to deny the claim.

## How State Law Affects This Policy

Any part of this policy that conflicts with state law is automatically changed to conform to the law.

## Lawsuits Against Us

No one can sue us to recover under this policy unless all of its terms have been lived up to.

**If your policy includes property insurance.** Any lawsuit to recover on a property claim must begin within 2 years after the date on which the direct physical loss or damage occurred. State law gives you more time for property located in these states:

- North Dakota, North Carolina, Maryland – 3 years
- Wyoming – 4 years; and
- Kansas, Nebraska – 5 years

**If your policy includes liability insurance.** No one can sue us to recover on a liability claim until the amount of the protected person's liability has been finally decided either by a trial or by a written agreement signed by the protected person, by us and by the party making this claim. Once liability has been determined by judgment or by written agreement, the party making the claim may be able to recover under this policy, up to the limits of coverage that apply. But that party can't sue us directly or join us in a suit against the protected person until liability has been so determined.

If the protected person or his or her estate goes bankrupt or becomes insolvent, we'll still be obligated under this policy.

<div style="writing-mode: vertical-rl">*It is for informational use only. Do not attach this form to a policy.*</div>

DELAWARE REQUIRED ENDORSEMENT                                    The St Paul

This endorsement changes your policy to
comply with Delaware law.

*It is for informational use only. Do not attach this form to a policy.*

## How Coverage Is Changed

### Cancellation

The Cancellation section of the General Rules is
replaced by the following.

You can cancel this policy in whole or in part at
any time.

**How the first named insured can cancel.** To cancel
this policy or any of the insuring agreements,
the first named insured must deliver the policy,
or the part to be cancelled, to us or to any of
our authorized agents. If this isn't possible,
notify us by mail and include the date the policy
or individual insuring agreement is to be
cancelled. The first named insured will get a
refund for the unused premium, less a charge
for early cancellation.

**How we can cancel policies in effect 60 days or
less** If your policy has been in effect 60 days
or less, we can cancel for any reason during this
period. If we do, we'll mail or deliver a notice
of cancellation to the first named insured. If
we cancel for nonpayment of premium, we'll
send at least 10 days before coverage will end.
If we cancel for any other reason, we'll send at
least 30 days notice before coverage will end.

**How we can cancel policies in effect more than 60
days.** If your policy has been in effect more
than 60 days, or is a continuation or renewal
policy, we can cancel only for the following
reasons.

1. *Nonpayment of premium.*

2. *Fraud or misrepresentation.* We can
cancel if we discover that in obtaining this
policy, or presenting a claim under this policy,
you or your representative have committed
fraud or made a material misrepresentation.

3. *Reckless acts.* We can cancel if we
discover that you've knowingly done something

or failed to do something which is reckless and
increases any hazard we're insuring against.

4. *Change in the risk.* We can cancel if, after
we have issued or renewed your policy, a
change occurs in the risk we're protecting that
increases the hazard we're insuring against.

5. *Violation of local code.* We can cancel if
you violate any local fire, health, safety, build-
ing or construction ordinance that involves
covered property. But only if doing so
increases any hazard we're insuring against.

6. *Determination by the Insurance Commis-
sioner.* We can cancel if the Commissioner Of
Insurance determines that continuing this policy
would put us in violation of this state's insur-
ance laws, or jeopardize our being solvent.

7. *Nonpayment of real estate taxes.* We can
cancel if real estate taxes that you owe on
covered property have been delinquent for at
least two years, and continue to be delinquent
after we issue our cancellation notice.
If we cancel for any of these reasons, we'll mail
or deliver a notice of cancellation to the first
named insured. If we cancel for nonpayment
of premium, we'll send at least 10 days before
coverage will end. If we cancel for any other
reason, we'll send at least 30 days notice
before coverage will end.

**Non-renewal.** We may decide not to renew or
continue this policy. If so, we'll mail or deliver
a notice of non-renewal to the first named
insured at least 30 days before the expiration
date of this policy. If this policy has been writ-
ten for more than a year, and has no fixed expi-
ration date, we'll send notice of non-renewal
at least 30 days before the anniversary date of
the policy. The notice will state the reason for
non-renewal.

**Mailing the notice.** We'll mail or deliver any
notice of cancellation or non-renewal to the
first named insured's last address known to us.
We can deliver the notice instead of mailing it.
However, if we mail the notice, proof of mail-

The St Paul

*It is for informational use only.*

*Do not attach this form to a policy.*

ing the notice to the first named insured's last address known to us will be considered proof you were notified.

**Special rule for liability and crime protection.** If your policy includes liability or crime protection, the following non-renewal section applies instead.

**Non-renewal.**    If we decide not to renew or continue this policy, we'll mail a notice to the named insured at least 60 days before the end of the policy period.

We'll mail such notice of non-renewal by certified mail to the named insured's last address known to us.

**Special rule for contractors.** If your policy includes Contractors Commercial General Liability Protection or Contractors Umbrella Excess Liability Protection, the following applies:

If we cancel this policy, we'll mail or deliver a cancellation notice to the first named insured at least:
• 10 days before coverage will end if we cancel for nonpayment of premium; or
• 90 days before coverage will end if we cancel for any other reason we explain above.

**Other Terms**

All other terms of your policy remain the same.

©St.Paul Fire and Marine Insurance Co.1992 All Rights Reserved

P/P  00010

**MARYLAND REQUIRED ENDORSEMENT**                                          The **StPaul**

This endorsement changes your policy to
comply with Maryland law.

---

## Lawsuits Against Us

The Property Insurance section of Lawsuits
Against Us in the General Rules is amended
to read as follows.

Any lawsuit to recover on a property claim
must begin within three (3) years of the date
you become aware of the loss.

## Cancellation

The following replaces the Cancellation
section of the General Rules.

You can cancel this policy in whole or in
part at any time. We can also cancel this
policy, but our right to cancel has some
restrictions which are described below.

**How can you cancel.** To cancel this policy or
any part of it, you must deliver the policy,
or the part you want canceled, to us or to
any of our authorized agents. If this isn't
possible, notify us by mail and include the
date you want coverage to end.

**How we can cancel.** We may cancel this
policy by mailing a written notice of
cancellation to the first named insured at
least:

- 10 days before the effective date of
  cancellation if we cancel for nonpayment
  of premium; or
- 45 days before the effective date of
  cancellation if we cancel for any other
  reason.

**Nonrenewal.** If we decide not to renew this
policy, we'll mail a written notice of
nonrenewal to the first named insured at
least 45 days before the date this policy
ends. Of course, we won't send a
nonrenewal notice if you've requested or
agreed to nonrenewal or if you've placed
your insurance elsewhere.

**Special rule for the coverage provided by the
Maryland Lead Poisoning Endorsement.** If your

policy includes Commercial General Liability
Protection and the Maryland Lead Poisoning
Endorsement (G0127), the following applies:

We can cancel, or decide not to renew or
continue, the coverage provided by the
Maryland Lead Poisoning Endorsement
(G0127) in connection with an affected
property for the following reasons:

- Nonpayment of the applicable premium
  when due.
- Failure to perform lead risk reduction
  treatment.
- Failure to let us, or any of our
  representatives, perform an inspection for
  lead during normal business hours.
- Failure to comply with any of the terms
  and conditions of this policy which apply
  to that coverage.
- Noncompliance with any lead risk
  reduction standard required by the
  Maryland Lead Poisoning Prevention
  Program Act.

We'll mail such notice of cancellation or
nonrenewal to the first named insured:

- 10 days before coverage will end if we
  cancel for nonpayment of premium; or
- 45 days before coverage will end if we
  cancel for any of the other reasons.

In addition, we'll mail a copy of the notice,
and the results of any inspection for the
affected property for which coverage is
being canceled or nonrenewed, to the
Maryland Department of the Environment
within 45 days of mailing such notice to the
first named insured.

But we'll automatically reinstate the
coverage being canceled, or not being
renewed or continued, if the reason for such
cancellation or nonrenewal is one of the
following reasons, and you correct that
reason within 30 days after we mail the
notice of cancellation or nonrenewal to the
first named insured:

P/P 00011

---

The**StPaul**

- Failure to perform lead risk reduction treatment.
- Noncompliance with any lead risk reduction standard required by the Maryland Lead Poisoning Prevention Program Act.

We explain what we mean by affected property in the Maryland Lead Poisoning Endorsement (G0127).

**Proof of mailing and of notice.** A certificate of mailing, made out to your last known address, will be proof of mailing and proof you were notified.

**Unused premium.** As soon as possible, we'll mail a refund of any unused premium to the first named insured. If we cancel, the refund will be pro rata. If you cancel, the refund will be calculated as follows:

- For policies written for one year or less, we'll refund 90% of the pro rata unearned premium.
- For policies written for more than one year and the policy is canceled in the first year, we'll refund 90% of the pro rata unearned premium for the first year, plus the full annual premium for subsequent

years. If the policy is canceled after the first year, we'll refund the pro rata unearned premium.

- For continuous and annual premium payment policies, we'll refund 90% of the pro rata unearned premium for the year in which the policy is canceled. We'll keep the minimum premium, unless the policy is canceled as of its beginning date.

The cancellation will be effective whether or not you've been paid or been offered the unused premium.

If this policy is financed by a premium finance company and we or the premium finance company or the first named insured cancels the policy, the refund will be pro rata excluding any expense constant, administrative fee, or nonrefundable charge filed with and approved by the insurance commissioner.

**Other Terms**

All other terms of your policy remain the same.

P/P 00012

40522 Rev. 9-00 Printed in U.S.A.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.
          ©St.Paul Fire and Marine Insurance Co. 2000 All Rights Reserved

**COMMERCIAL AUTO REQUIRED ENDORSEMENT
DELAWARE**

The**StPaul**

This endorsement changes your Commercial
Auto Insurance to comply with Delaware law.

*Do not attach this form to a policy. It is for informational use only.*

## Cancellation

The Cancellation section of the General
Rules is replaced by the following.

You can cancel this policy in whole or in
part at any time.

**How the first named insured can cancel.** To
cancel this policy or any of the insuring
agreements, the first named insured must
deliver the policy, or the part to be
canceled, to us or to any of our authorized
agents. If this isn't possible, notify us by
mail and include the date the policy or
individual insuring agreement is to be
canceled. The first named insured will get a
refund for the unused premium, less a
charge for early cancellation.

**How we can cancel policies in effect 60 days
or less.** If your policy has been in effect 60
days or less, we can cancel for any reason
during this period. If we do, we'll mail or
deliver a notice of cancellation at least 10
days before coverage will end.

**How we can cancel policies in effect more than
60 days.** If your policy has been in effect
more than 60 days, or is a continuation or
renewal policy, we can cancel only for the
following reasons. If we cancel for
nonpayment of premium, we'll send at least
10 days before coverage will end. If we
cancel for any other reason, we'll send at
least 30 days notice before coverage will
end.

1. *Nonpayment of premium.*

2. *Fraud or misrepresentation.* We can
   cancel if we discover that in obtaining
   this policy, or presenting a claim under
   this policy, you or your representative
   have committed fraud or made a material
   misrepresentation.

3. *Violation of policy terms.* We can
   cancel if any protected person violates

any of the terms and conditions of the
policy.

4. *Failure to disclose prior motor vehicle
   accidents* We can cancel if the named
   insured knowingly failed to disclose fully
   his or her:

   - motor vehicle accidents;
   - moving traffic violations; or
   - his or her losses covered under any
     automobile physical damage or
     comprehensive coverage;

   for the preceding 36 months, if called
   for in the application.

5. *Failure to disclose accident and loss
   information.* We can cancel at renewal
   of the policy if any protected person, at
   any time while the policy was in force,
   failed to disclose fully to us upon
   request any facts relating to accidents
   and losses incurred that are material to
   underwriting of the risk.

6. *Driving qualifications.* We can cancel if
   the named insured or any other operator
   who either resides in the same household
   or customarily operates an auto insured
   under this policy:

   - has, within the 36 months prior to the
     notice of cancellation or nonrenewal
     had his or her driver's license under
     suspension or revocation except a
     person under the age of 18 whose
     license has been revoked or suspended
     pursuant to Del. Code Ann. tit. 10,
     section 1009 or Ann. tit. 4, section
     904, or for a non-driving-related drug
     offense; pursuant to Del. Code Ann. tit.
     21, section 2707(b)(11) or section 4177K;

   But this paragraph doesn't apply to a
   person under the age of 18 who has
   had their driver's license, driver's
   permit, or driving privileges suspended,
   by the Delaware Department of Public
   Safety believing that such person is a

**P/P 00013**

The **St.Paul**

*Do not attach this form to a policy.    It is for informational use only.*

reckless or negligent driver of a motor vehicle or has committed a serious moving traffic violation.

- has a history of and is subject to epilepsy or heart attacks, and such individual cannot produce a certificate from a physician testifying to his or her unqualified ability to operate a motor vehicle safely;

- has an accident record, conviction record (criminal or traffic), physical, mental, or other condition which is such that their operation of an auto might endanger the public safety;

- has, while the policy is in force, engaged in a competitive speed contest while operating an auto covered under the policy;

- is addicted to or uses narcotics or other drugs;

- uses alcoholic beverages to excess thereby impairing his or her ability to operate a motor vehicle;

- has been convicted, or forfeited bail, during the 36 months immediately preceding the notice of cancellation or non-renewal, for:

  (1) any felony;

  (2) criminal negligence resulting in death, homicide, or assault arising out of the operation of a motor vehicle;

  (3) operating a motor vehicle while in an intoxicated condition or while under the influence of drugs;

  (4) leaving the scene of an accident without stopping to report;

  (5) theft or unlawful taking of a motor vehicle; or

  (6) making false statements in an application for a driver's license.

- has been convicted of, or forfeited bail, for 3 or more violations, the point total for which exceeds 8 points, or 3 at fault accidents in which claims are paid in excess of $250 per accident within the 36 months immediately preceding the notice of cancellation or non-renewal, of any law, ordinance or regulation limiting the speed of motor vehicles or any of the provisions of the motor vehicle laws of any state, violation of which constitutes a dangerous moving violation as set

forth in Del. Code Ann. tit. 21, chapter 41, whether or not the violations were repetitions of the same offense or different offenses.

7. *Covered autos.* We can cancel if the covered auto is:

- so mechanically defective that its operation might endanger public safety;

- used in carrying passengers for hire or compensation, except that the use of any auto for a car pool will not be considered use of an auto for hire or compensation;

- used in the business of transportation of flammables or explosives;

- an authorized emergency vehicle;

- modified or changed in condition during the policy period so as to increase the risk substantially; or

- subject to an inspection law and has not been inspected or, if inspected fails to qualify.

But if this policy has been written for a period of more than a year or without a fixed expiration date, we may cancel at an anniversary of its original effective date for any reason. If we cancel, we'll mail or deliver to you at least 30 days written notice.

The notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

**Non-renewal.** We may decide not to renew or continue this policy. If so, we'll mail or deliver a notice of non-renewal to the first named insured at least 30 days before the expiration date of this policy. If we offer to renew and you do not accept, this policy will end on the current policy expiration date. Failure to pay the required renewal or continuation premium when due means that you have not accepted our offer.

If we fail to mail or deliver proper notice on nonrenewal and you obtain other insurance, this policy will end on the effective date of that insurance.

**Mailing the notice.** We'll mail or deliver any notice of cancellation or non-renewal to the first named insured's last address known to us. We can deliver the notice instead of mailing it. However, if we mail the notice,

©St.Paul Fire and Marine Insurance Co.1999 All Rights Reserved

P/P 00014

The St.Paul

*It is for informational use only.*

*Do not attach this form to a policy.*

proof of mailing the notice to the first named insured's last address known to us will be considered proof you were notified.

**Unused premium.** If this policy is canceled, we will send the first named insured a refund of any unused premium. If we cancel, we'll figure the refund on a pro-rata basis. If the first named insured cancels, the refund may be less than pro-rata.

If the first named insured cancels, we'll only refund unused premium if:

- the first named insured has obtained other insurance on the covered autos that provide at least the minimum limits required by Delaware law for liability and no-fault protection; or
- the first named insured or you no longer own the covered autos; or
- the covered autos are no longer in usable condition; or
- the first named insured or you become self insured as defined by Delaware law.

In any case, the cancellation will take effect regardless of whether or not the first named insured has been made or offered a refund.

## Auto Or Garage Liability Protection

If your policy includes Auto or Garage Liability Protection, the following replaces the Intentional or expected bodily injury or property damage exclusion.

**Intentional or expected bodily injury or property damage.** We won't cover bodily injury or property damage that's expected or intended by the protected person.

But this exclusion doesn't apply to amounts up to the minimum limits required by the Delaware Financial Responsibility law.

## Other Terms

All other terms of your policy remain the same.

P/P 00015

COMMERCIAL AUTO REQUIRED ENDORSEMENT
MARYLAND

The **St.Paul**

This endorsement changes your Commercial
Auto Insurance to comply with Maryland law.

---

## How Your Insurance Is Changed

The following changes are made in your
Liability Protection, Physical Damage
Protection, and the General Rules for your
Commercial Auto insurance and your Garage
insurance.

### Change In Auto Or Garage Liability Protection

The Injury to a fellow employee exclusion is
replaced by the following.

**Injury to a fellow employee.** We won't cover
bodily injury to a protected person's fellow
employee arising out of his or her job.

However, this exclusion doesn't apply for
coverage in an amount up to the minimum
limit set by the Maryland Vehicle Law.

### Change In Garage Liability Protection

The Other Insurance section is replaced by
the following:

**Other Insurance**

For any covered auto you own, this
agreement provides primary insurance except
that this agreement will be secondary over
any other collectible insurance available to
your customers while a covered auto you
own is being used as a replacement vehicle.

For any covered auto you don't own, the
coverage provided by this agreement is
excess over any other collectible insurance.

For a covered auto which is a trailer
connected to another vehicle, the liability
coverage that this agreement provides is:

- excess while it is connected to a motor
  vehicle you do not own.

- primary while it is connected to a covered
  auto you own.

*Replacement vehicle* means a vehicle that is
loaned by or rented from an auto repair
facility or dealer to use while a vehicle
owned by your customer is not in use
because of its breakdown, repair, servicing,
or damage.

### Change In Physical Damage Protection

If your Commercial Auto Policy includes
Auto or Garage Physical Damage Protection,
the Sound equipment exclusion is changed
by adding the following.

But we will cover loss to one tape or other
sound reproducing device from a
permanently mounted tape deck or other
permanently mounted sound reproducing
equipment.

### Cancellation — Individual Owners Of Private Passenger Autos

If you are an individual and a covered auto
you own is of the private passenger type,
the following replaces the Cancellation
section of the General Rules.

**How you can cancel.** The first named insured
may cancel this policy by delivering the
policy to us or any of our authorized
agents. If this isn't possible, notify us
before the date policy is to be canceled.

**How we can cancel a policy in effect less than
45 days.** When this policy has been in
effect less than 45 days, and is not a
continuous or renewal policy, we can cancel
for any reason. If we cancel, we'll mail a
cancellation notice to the first named
insured. We'll send a notice 10 days before
coverage will end if we cancel for
nonpayment of premium. We'll send a
notice 45 days before coverage will end if
we cancel for any other reason.

**How we can cancel a policy in effect 45 days
or more.** When this policy has been in

---

44177 Rev. 9-00 Printed in U.S.A.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.
©St.Paul Fire and Marine Insurance Co. 2000 All Rights Reserved

Endorsement

P/P 00016

Page 1 of 4

The**StPaul**

effect 45 days or more, or is a continuous or renewal policy, we can cancel only for one of the following reasons.

1. *Nonpayment of premium.*

2. *Suspended driver's license.*  We can cancel if your driver's license, or the driver's license of someone who lives with you or customarily uses a covered auto has been suspended or revoked during the policy period.  However, before canceling this policy we will offer to continue it with a provision excluding coverage for any such named person whose license has been suspended or revoked during the policy period.  If you accept this offer, we'll issue the Named Driver Exclusion Endorsement.

3. *Material misrepresentation.*  We can cancel if we discover that you've committed fraud or made a material misrepresentation in having the policy issued.

4. *Replacement policy.*  We can cancel this policy if we issue another policy with similar coverages and the same limits for the covered auto.  The replacement policy will be effective on the date of the cancellation of this policy.  It will end a year after this policy begins or on this policy's expiration date if that's earlier.

If this policy has been issued for more than a year, or without a fixed expiration date, we can cancel at an anniversary for any reason.

If we cancel for any of these reasons, other than nonpayment of premium, we'll mail the notice at least 45 days before coverage will end; 10 days before coverage will end if we cancel for nonpayment of premium.

This notice will show the date cancellation is to take effect.  The policy will end on that date.

**Unused premium.**  As soon as possible, we'll mail a refund of any unused premium to the first named insured.  If we cancel, the refund will be pro rata.  If you cancel, the refund will be calculated as follows:

- For policies written for one year or less, we'll refund 90% of the pro rata unearned premium.
- For policies written for more than one year and the policy is canceled in the first year, we'll refund 90% of the pro rata unearned premium for the first year, plus the full annual premium for subsequent years.  If the policy is canceled after the first year, we'll refund the pro rata unearned premium.
- For continuous and annual premium payment policies, we'll refund 90% of the pro rata unearned premium for the year in which the policy is canceled.  We'll keep the minimum premium, unless the policy is canceled as of its beginning date.

The cancellation will be effective whether or not you've been paid or been offered the unused premium.

If this policy is financed by a premium finance company and we or the premium finance company or the first named insured cancels the policy, the refund will be pro rata excluding any expense constant, administrative fee, or nonrefundable charge filed with and approved by the insurance commissioner.

**Non-renewal.**  If we decide not to renew or continue this policy, we'll mail a notice to you at least 45 days before the end of the policy period.

When the policy period is other than one year, we can choose not to renew the policy only at an anniversary of the original effective date.

We will not refuse to renew or continue this policy because of your claim experience or driving record, or the claim experience or driving record of someone who lives with you or regularly uses a covered auto.  However, we may only offer to continue or renew it with a provision excluding coverage for any such named person who's experience or driving record would justify nonrenewal.  If you accept this offer, we'll issue the Named Driver Exclusion Endorsement.

If we offer to renew or continue your policy, and you don't accept, the policy will expire at the end of the policy period.  If we offer to renew your policy, and you fail to pay the required premium when due, we'll

44177 Rev. 9-00 Printed in U.S.A.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.
                    ©St.Paul Fire and Marine Insurance Co. 2000 All Rights Reserved

consider this to mean that you don't accept our offer.

If we fail to send proper notice of non-renewal and you obtain other insurance, this policy will end on the date the other insurance takes effect.

**Proof of mailing and of notice.** We'll mail our notice of cancellation or nonrenewal to your last mailing address known to us. Proof of mailing will be sufficient proof of notice. However, if we cancel for nonpayment of premium, a certificate of mailing will be sufficient proof of mailing and sufficient proof you were notified.

**Cancellation – Other Than Individual Owners Of Private Passenger Autos**

The following replaces the Cancellation section of the General Rules.

**How can you cancel.** You can cancel this policy in whole or part at any time. To cancel this policy or any part of it, you must deliver the policy, or the part you want canceled, to us or to any of our authorized agents. If this isn't possible, notify us by mail and include the date you want coverage to end.

**How we can cancel.** We may cancel this policy by mailing a written notice of cancellation to the first named insured at least:

- 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or
- 45 days before the effective date of cancellation if we cancel for any other reason.

**Non-renewal.** We may decide not to renew or continue this policy. If so, we'll mail a notice to the first named insured by certified mail at least 45 days before the end of the policy period.

If we fail to mail a proper non-renewal notice to the first named insured and you obtain other insurance, this policy will end on the date that insurance takes effect.

**Unused premium.** As soon as possible, we'll mail a refund of any unused premium to the first named insured. If we cancel, the refund will be pro rata. If you cancel, the refund will be calculated as follows:

- For policies written for one year or less, we'll refund 90% of the pro rata unearned premium.
- For policies written for more than one year and the policy is canceled in the first year, we'll refund 90% of the pro rata unearned premium for the first year, plus the full annual premium for subsequent years. If the policy is canceled after the first year, we'll refund the pro rata unearned premium.
- For continuous and annual premium payment policies, we'll refund 90% of the pro rata unearned premium for the year in which the policy is canceled. We'll keep the minimum premium, unless the policy is canceled as of its beginning date.

The cancellation will be effective whether or not you've been paid or been offered the unused premium.

If this policy is financed by a premium finance company and we or the premium finance company or the first named insured cancels the policy, the refund will be pro rata excluding any expense constant, administrative fee, or nonrefundable charge filed with and approved by the insurance commissioner.

**Mailing the notice.** If we cancel for nonpayment of premium, we'll mail the notice of cancellation by first class mail. If we cancel for any other reason, or decide not to renew, we'll mail the notice of cancellation or nonrenewal by a certificate of mailing. We'll mail the notice to your last address known to us.

**Proof of notice.** If notice is mailed, proof of mailing will be sufficient proof of notice. However, if we cancel for nonpayment of premium, a certificate of mailing will be sufficient proof of mailing and proof you were notified.

**Fraud And Misrepresentation**

The following is added to the Fraud And Misrepresentation section of the General Rules.

P/P 00018

---

**The St.Paul**

However, we'll provide liability coverage to a protected person for damages sustained by any person who has not:

- intentionally concealed or misrepresented a material fact; or
- made fraudulent statements or engaged in fraudulent conduct;

if such damages result from an accident which is otherwise covered under this policy.

**Other Terms**

All other terms of your policy remain the same.

P/P 00019

44177 Rev. 9-00 Printed in U.S.A.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.
Page 4 of 4                    ©St.Paul Fire and Marine Insurance Co. 2000 All Rights Reserved

## WHAT TO DO IF YOU HAVE A LOSS

The**StPaul**

You or other protected persons are required to perform the duties described below when a property loss that may be covered under this policy happens or an accident or incident happens that could result in liability damages covered under this policy. Failure to comply could affect coverage. The insuring agreements contained in this policy determine what is covered. As a result, you should read them carefully to understand the extent of the coverage provided.

*It is for informational use only.*

*Do not attach this form to a policy.*

### When This Policy Provides Property Protection

If there is a property loss that may be covered by property protection provided in this policy you must:

**1.** Notify the police if a law may have been broken.

**2.** Tell us or our agent what happened as soon as possible. Include the time and place of the event, a description of the property and the names and addresses of any witnesses.

**3.** Do what is reasonable and necessary to protect covered property from further damage. Keep a record of your expenses for consideration in your claim.

**4.** If feasible, separate the damaged property from the undamaged and make an inventory of the damaged items.

**5.** Cooperate with us in the investigation and settlement of the claim. Permit us to inspect the damaged property and any records pertaining to your loss as many times as may be required. Permit us to take samples of damaged and undamaged property for testing and analysis.

**6.** Allow us to examine you or any other insured under oath while not in the presence of any other insured. We may do this whenever reasonably required about any matter relating to this insurance or the claim. Any insured we examine must sign a copy of their answers.

**7.** Send us a signed, sworn proof of loss containing the information we need to resolve the claim. You must do this within 60 days after our request. We'll supply the forms. We'll pay within 30 days after we reach agreement with you.

### When This Policy Provides Liability Protection

If an accident or incident happens that may involve liability protection provided in this policy, you or any other protected person involved must:

**1.** Notify the police if a law may have been broken.

**2.** Tell us or our agent what happened as soon as possible. Do this even though no demand for damages has been made against you or any other protected person, but you or another protected person is aware of having done something that may later result in a demand for damages. This notice should include all of the following:
●The time and place of the accident or incident;
●The protected person involved;
●The specific nature of the accident or incident including the type of demand for damages that may result; and
●The names and addresses of any witnesses and injured people.

*Important Notice For Health Care Providers*
If your policy includes one of our claims-made medical professional liability protection insuring agreements, you should also read the When This Agreement Covers Section of that agreement. We won't consider a "Patient Incident Report," "Variance Report," or any other report made for loss prevention purposes to be your report of a claim. This applies even if you send it to us or one of our agents.

**3.** Send us a copy of all written demands. Also send us a copy of all legal documents if someone starts a lawsuit.

**4.** Cooperate and assist us in securing and giving evidence, attending hearings and trials, and obtaining the attendance of witnesses.

**5.** Not assume any financial obligation or pay out any money without our consent. But this rule doesn't apply to first aid given to others at the time of an accident.

---

40814 Ed.11-91 Printed in U.S.A.                    What To Do If You Have A Loss
©St.Paul Fire and Marine Insurance Co.1991 All Rights Reserved            Page 1 of 1

COPY

The**St.Paul**

**PROPERTY PROTECTION COVERAGE SUMMARY**

| Description and location of covered property |
|---|

**Item** 001

MASONRY NON-COMBUSTIBLE BUILDING OCCUPIED AS A MACHINE SHOP,
MACHINE ASSEMBLY AND REPAIR
805 E. 13TH STREET
WILMINGTON, DE  19801

| | Limit Of Coverage | Valuation | Theft Coverage |
|---|---|---|---|
| **Building** | | | |
| **Business Personal Property** | | | |
| **Business Income** | $1,000,000 Coinsurance 50% | | Yes |
| **Blanket Earnings And Expenses** | | | |

BUSINESS INCOME - OPTIONS

Business Income Coverage Other Than Rental Value.
Extended Business Income Option applies.
Number of consecutive days - 90.

P/P 00021

| **Name of Insured** | **Policy Number** CK03800708 | **Effective Date** 05/01/01 |
|---|---|---|
| PACK & PROCESS, INC. | **Processing Date** 05/23/01  10:05  001 | |

**The St.Paul**

P/P 00022

COPY

The St.Paul

**Description and location of covered property.**

Item 002

      FIRE RESISTIVE BUILDING OCCUPIED AS A MACHINE SHOP,
      MACHINE ASSEMBLY AND REPAIR
      3 BOULDEN CIRCLE DR
      NEW CASTLE, DE   19801

|  | Limit Of Coverage | Valuation | Theft Coverage |
|---|---|---|---|
| **Building** | | | |
| **Business Personal Property** | | | |
| **Business Income** | $400,000 | | Yes |
| **Blanket Earnings And Expenses** | | | |

BUSINESS INCOME – OPTIONS

Business Income Coverage Other Than Rental Value.
Extended Business Income Option applies.
Number of consecutive days – 90.

P/P 00023

| Name of Insured | Policy Number CK03800708 | Effective Date 05/01/01 |
|---|---|---|
| PACK & PROCESS, INC. | Processing Date 05/23/01   10:05   001 | |

**The St Paul**

```
Monthly Limit Of Indemnity Option applies.
Limit:  1/4
```

**P/P 00024**

©St.Paul Fire and Marine Insurance Co.1986

COPY

**PROPERTY PROTECTION COVERAGE SUMMARY CONTINUED –**
**EQUIPMENT BREAKDOWN COVERAGE**

The **St.Paul**

This Coverage Summary shows the limits and
extent of your Equipment Breakdown
Coverage.

**Covered Locations**

Loc. No.

   ALL LOCATIONS

   BLANKET LIMIT $4,000,000

**Additional Coverage Limits**

| Coverage | Limit |
|----------|-------|
| Expediting Expenses | $ 25,000 |
| Pollution Cleanup And Removal | $ 25,000 |
| Spoilage | $ 25,000 |

**Optional Coverages**

☐  Business Income

☐  Blanket Earnings And Expenses

☒  BI APPLIES TO LOCS: 805 E. 13TH ST.,  AND 3 BOULDEN CIRCLE

**Deductible**

Your deductible shown in the Property Protection Coverage Summary applicable to property
damage, business income or blanket earnings and expense applies to loss under Equipment
Breakdown Coverage unless a specific deductible is shown below.

$       12      Hours           Days           times ADV

P/P 000.25

| Name of Insured | Policy Number CK03800708 | Effective Date 05/01/01 |
|-----------------|--------------------------|-------------------------|
| PACK & PROCESS, INC. | | Processing Date 05/23/01  10:05   001 |

F0231 Ed. 4-99 Printed in U.S.A.         Coverage Summary
©St.Paul Fire and Marine Insurance Co.1999 All Rights Reserved        Page   1

The**StPaul**

**Other Conditions**

PROPERTY DAMAGE DEDUCTIBLE $1,000.

Page    2
®St.Paul Fire and Marine Insurance Co.1999 All Rights Reserved

**ST. PAUL PREMIER PROPERTY PROTECTION
COVERAGE SUMMARY**

The**StPaul**

This Coverage Summary shows the coverage
options and other applicable terms and
conditions that apply to your Premier
Property Protection.

## Valuation Options

| | | |
|---|---|---|
| Buildings | ☐ | Actual Cash Value |
| | ☒ | Replacement Cost |
| | ☐ | |
| Business Personal Property | ☒ | Actual Cash Value |
| | ☒ | Replacement Cost |
| | ☒ | ACV (Locs: 3&4)  RC (Locs: 1,2,5&6) |

## Coinsurance Provisions

90 % Coinsurance  –  All Buildings

100% Coinsurance  –  All Business Personal Property   Except Locs 3&4= 90% Coin

☒ Agreed Amount Option Applies

☐ All Locations

☒ Locations Listed  Personal Property Loc:1,2,5&6

☒ Agreed Amount  All Locations – Buildings

☒ Agreed Amount Expiration Date  05/01/02

## Deductible Options

| | | |
|---|---|---|
| $ | ☐ | All Coverages per event |
| $1,000. | ☒ | All Coverages except as indicated below  see F0173 |
| $ | ☐ | Blanket Earnings and Expense |
| Hours | ☐ | All Coverage per event |
| Days | ☐ | All Coverage per event |
| $25,000 | ☒ | Flood |
| $ | ☐ | Earthquake and volcanic eruption |
| $25,000 | ☒ | Earth movement |

P/P 00027

| | | |
|---|---|---|
| **Name of Insured** | **Policy Number** CK03800708 | **Effective Date** 05/01/01 |
| PACK & PROCESS, INC. | | **Processing Date** 05/29/01  13:26  002 |

F0171 Ed. 1-98 Printed in U.S.A.                Coverage Summary
©St.Paul Fire and Marine Insurance Co.1998 All Rights Reserved        Page  1 of

The**StPaul**

## Reporting Provisions and Premiums

Reporting Options

☐ Non-reporting

☒ Monthly

☐ Quarterly

☐ Annual

\*        Reporting Rate per $100

☐ Flat Annual Premium        $

☒ Deposit Premium        $7,593.

☐ Minimum Annual Premium $

## Miscellaneous Options

☐ Worldwide coverage extension - Portable Computer Equipment

☐ Worldwide coverage extension - Personal Belongings

☐ Worldwide coverage extension - Property in Transit

## Mortgagees and Loss Payees

```
LUCENT TECHNOLOGIES PRODUCT FINANCE
C/O ABIC-SPECIALTY SERVICES
5TH FLOOR-P.O. BOX 979220
MIAMI, FL 33197-9220
LOSS PAYEE WITH RESPECTS TO LEASED PHONE SYSTEM


CANON FINANCIAL SERVICE, INC.
P.O. BOX 370
BURLINGTON, NJ 08016
LOSS PAYEE WITH RESPECTS TO IR330 COPIER, S#NQJO5619


ASSOCIATES LEASING INC. AS RESPECTS LIFT TRUCKS

KONICA BUSINESS MACHINES USA AS RESPECTS LEASED COPIER
```

```
* .278 REPORTING RATE PER $100
  .140 REPORTING RATE FOR THE LIPTON CONTRACT PER $100
```

P/P 00028

©St.Paul Fire and Marine Insurance Co.1998 All Rights Reserved

COPY

**ST. PAUL PREMIER PROPERTY PROTECTION
SCHEDULED LOCATIONS COVERAGE SUMMARY**                    The**StPaul**

This Coverage Summary shows your
scheduled locations, covered property, and
limits of coverage that apply to your Premier
Property Protection.

### Scheduled Location

| Loc. No. | Address |
|---|---|
| 001. | 1400 B STREET, WILMINGTON, DE |
| 002. | 805 E. 13TH STREET, WILMINGTON, DE |
| 003. | 500 A. STREET, WILMINGTON, DE |
| 004. | 500 S. MARKET STREET, WILMINGTON, DE |
| 005. | 1001 E. 7TH STREET, WILMINGTON, DE, BUILDING #6 |
| 006. | 3 BOULDEN CIRCLE, NEW CASTLE, DE |

### Limits Of Coverage

| Loc No. | Building | Business Personal Property |
|---|---|---|
| 001 | $ 1,060,000 | $3,815,000 BLANKET LIMIT |
| 002 | $ 1,139,000 | INCL IN BLKT |
| 003 | $   525,000 | $   100,000 |
| 004 | $   705,000 | $   100,000 |
| 005 | $ 1,432,000 | INCL IN BLKT |
| 006 | N/A | INCL IN BLKT/Improvements & Betterments |

P/P 00029

| Name of Insured | Policy Number CK03800708 | Effective Date 05/01/01 |
|---|---|---|
| PACK & PROCESS, INC. | | Processing Date 05/23/01  10:05  001 |

F0172 Ed. 1-98 Printed in U.S.A.                    Coverage Summary
©St.Paul Fire and Marine Insurance Co.1998 All Rights Reserved          Page    1 of   2

**The St.Paul**

## Scheduled Location

| Loc. No. | Address |
|----------|---------|
|          |         |

## Limits Of Coverage

| Loc No. | Building | Business Personal Property |
|---------|----------|----------------------------|
|         |          |                            |

P/P 00030

©St.Paul Fire and Marine Insurance Co.1998 All Rights Reserved

COPY

# THE ST. PAUL PREMIER PROPERTY PROTECTION ADDITIONAL BENEFITS COVERAGE SUMMARY

The St.Paul

This Coverage Summary shows the limits that
apply to the Additional Benefits section of
your agreement.

Refer to the Insuring Agreement for an explanation of coverage.

| Additional Benefit | Additional Benefit Limit |
|---|---|
| Accounts Receivable | $ 50,000 |
| Building Ordinances or Laws | 1,215,000 (SEE BELOW) |
| Catastrophe Allowance | 10,000 |
| Computers | 50,000 |
| Deferred Payments | 25,000 |
| Depositors Forgery | 25,000 |
| Employee Dishonesty | 10,000 |
| Endangered Property | 10,000 |
| Extra Expense | 25,000 |
| Fine Arts | 25,000 |
| Department Service Charge | 25,000 |
| Fire Protective Equipment | 25,000 |
| Inventory and Appraisals | 25,000 |
| Money and Securities | |
| • Inside limit | 20,000 |
| • Outside limit | 10,000 |
| Newly Acquired Property | |
| • Building limit | 1,000,000 |
| • Business Personal Property limit | 500,000 |
| Off Premises Utility Failure | 50,000 |
| Outdoor Property | 25,000 (INCLS SIGNS) |
| Personal Belongings | 25,000 |
| Pollution Clean Up and Removal | 25,000 |
| Property in Transit | 250,000 |
| Radioactive Contamination | 25,000 |
| Rewards | 25,000 |
| Unscheduled Locations | 100,000 |
| Valuable Records Research | 50,000 |

P/P 00031

Additional Benefit Restrictions
* LIMIT SHOWN APPLIES TO DEMOLITION AND INCREASED COST OF CONSTRUCTION.
COVERAGE A, UNDAMAGED PORTION OF BUILDING, INCLUDED IN BLANKET BUILDING LIMIT.
DEDUCTIBLE APPLICABLE TO COMPUTER AND VALUABLE PAPERS IS $500.

| Name of Insured | Policy Number CK03800708 | Effective Date 05/01/01 |
|---|---|---|
| PACK & PROCESS, INC. | | Processing Date 05/23/01  10:05  001 |

COPY

**ST. PAUL PREMIER PROPERTY PROTECTION**
**FLOOD COVERAGE SUMMARY**

The**St.Paul**

This Coverage Summary shows the limits and
coverage options that apply to your Flood
Coverage.

---

## Flood Coverage

**Limit** $1,000,000

**Covered Locations** — Subject to a $25,000    deductible.

☐ All Scheduled Locations
☐ Unscheduled Locations
☒ Only those locations listed below:

| Loc. No. | Address |
|---|---|
| 005 | 1001 E. 7TH ST., WILMINGTON, DE |
| 006 | 3 BOULDEN CIRCLE, NEW CASTLE, DE |

☐ Excluded Locations

Loc. No.                    Address

---

## Flood Coverage

**Limit** $

**Covered Locations** — Subject to a $    deductible.

☐ All Scheduled Locations
☐ Unscheduled Locations
☐ Only those locations listed below:

Loc. No.                    Address

☐ Excluded Locations

Loc. No.                    Address

P/P 00032

---

| **Name of Insured** | **Policy Number** CK03800708 | **Effective Date** 05/01/01 |
|---|---|---|
| PACK & PROCESS, INC. | | **Processing Date** 05/23/01  10:05  001 |

F0187 Ed. 1-98 Printed in U.S.A.             Coverage Summary
©St.Paul Fire and Marine Insurance Co.1998 All Rights Reserved        Page    1 of    2

The St Paul

**Covered Listed Locations – Continued**
    Loc. No.                                             Address

---

**Excluded Locations – Continued**
    Loc. No.                                             Address

P/P 00033

©St.Paul Fire and Marine Insurance Co.1998 All Rights Reserved

**PREMIER PROPERTY PROTECTION**
**FLOOD ENDORSEMENT**

The**StPaul**

This endorsement changes your St. Paul
Premier Property Protection.

### How Coverage Is Changed

This endorsement adds flood coverage to
your Premier Property Protection. The
locations this endorsement applies to are
shown in the Coverage Summary. The
Coverage Summary also shows the limit of
coverage and a separate deductible that
applies to this coverage.

### Flood Coverage

Flood, mudslide, or mudflow are added as a
covered cause of loss.

*Flood* means waves, tides or tidal water, the
rising of bodies of water and streams, and
the overflowing or breaking of their
boundaries, whether driven by wind or not.

**Deductible.** Your deductible is shown in the
Coverage Summary. It will be either a
dollar amount or a percentage. If your
deductible is a dollar amount, you'll be
responsible for that amount in each
occurrence.

If your deductible is a percentage, the
deductible amount is determined by
multiplying the percentage indicated in the
Coverage Summary by the total insured
values at the location suffering the loss.
Total insured value means coverage limits
for all buildings and business personal
property as well as the coverage limits for
any time element coverage. If more than
one insured location is effected by a flood
occurrence, this deductible will apply
separately to each covered location.

**Limits of flood coverage.** The limit shown in
the Coverage Summary for flood is the
most we'll pay for all direct and indirect
loss or damage caused by flood no matter
how many locations are covered, and is the
total limit we'll pay for all flood losses in
any one policy year.

### Other Terms

All other terms of your policy remain the
same.

P/P 00034

---

F0176 Ed. 1-98 Printed in U.S.A.                    Endorsement
©St.Paul Fire and Marine Insurance Co.1998 All Rights Reserved                    Page 1 of 1

COPY

**ST. PAUL PREMIER PROPERTY PROTECTION
EARTH MOVEMENT COVERAGE SUMMARY**

The **St.Paul**

This Coverage Summary shows the limits and
coverage options that apply to your Earth
movement Coverage.

---

### Earth Movement Coverage

---

**Limit**      $ 3,000,000

**Covered Locations** – Subject to a $ 25,000    Earth movement deductible.

☒ All Scheduled Locations

☐ Unscheduled Locations

☐ Only those locations listed below:

     Loc. No.                                    Address

☐ Excluded Locations

     Loc. No.                                    Address

---

### Earth Movement Coverage

---

**Limit**          $

**Covered Locations** – Subject to a      % Earth movement deductible or $
                    whichever is greater.

☐ All Scheduled Locations

☐ Unscheduled Locations

☐ Only those locations listed below:

     Loc. No.                                    Address

☐ Excluded Locations

     Loc. No.                                    Address

P/P 00035

---

| | | |
|---|---|---|
| **Name of Insured** | **Policy Number** CK03800708 | **Effective Date** 05/01/01 |
| PACK & PROCESS, INC. | | **Processing Date** 05/23/01  10:05  001 |

F0191 Ed. 1-98 Printed in U.S.A.                    Coverage Summary
©St.Paul Fire and Marine Insurance Co.1998 All Rights Reserved            Page 1 of 1

# THE ST. PAUL PREMIER PROPERTY PROTECTION

TheStPaul

We've designed this agreement to protect against a variety of property losses. There are limitations and they are explained later in this agreement.

## Table of Contents

| | Page |
|---|---|
| **What This Agreement Covers** | 2 |
| Covered Causes Of Loss | 2 |
| Property Covered | 2 |
| Building Coverage | 2 |
| Business Personal Property Coverage | 2 |
|   Other people's property. | 2 |
|   Improvements coverage. | 2 |
|   Burglary damage to buildings. | 2 |
| Property Not Covered At All | 3 |
| **Additional Coverages** | 3 |
| Debris Removal Coverage | 3 |
| Preservation Of Property Coverage | 4 |
| **Where We'll Cover** | 4 |
| **Additional Benefits** | 4 |
| Accounts Receivable | 4 |
| Building Ordinances Or Laws | 4 |
| Catastrophe Allowance | 5 |
| Computers | 5 |
|   World wide coverage extension. | 5 |
| Deferred Payments | 6 |
| Depositors Forgery | 6 |
| Employee Dishonesty | 6 |
| Endangered Property | 6 |
| Extra Expense | 6 |
| Fine Arts | 7 |
| Fire Department Service Charge | 7 |
| Fire Protective Equipment | 7 |
| Inventory And Appraisals | 7 |
| Money And Securities | 7 |
| Newly Acquired Property | 7 |
| Off Premises Utility Failure | 8 |
| Outdoor Property | 8 |
| Personal Belongings | 8 |
|   World wide coverage extension. | 8 |
| Pollution Cleanup And Removal | 8 |
| Property In Transit | 9 |
|   World wide coverage extension. | 9 |
| Radioactive Contamination | 9 |
| Rewards | 9 |
| Unscheduled Locations | 9 |
| Valuable Records Research | 10 |
| **Exclusions – Losses We Won't Cover** | 10 |
| Acts or decisions of people. | 10 |
| Boilers. | 10 |
| Contamination. | 10 |
| Defects – programming errors. | 10 |
| Delay – loss of market. | 10 |
| Disappearance – inventory loss. | 10 |
| Dishonesty. | 10 |
| Earth movement. | 11 |
| Electrical damage. | 11 |
| Flood. | 11 |
| Governmental action. | 11 |
| Mechanical breakdown. | 11 |
| Nuclear activity. | 11 |
| Ordinances, regulations, or laws. | 11 |
| Planning, design, materials, maintenance. | 12 |
| Pollution. | 12 |
| Settling – smog. | 12 |
| Utility failure. | 13 |
| War. | 13 |
| Wear - tear - deterioration - animals. | 13 |
| **Exclusion Exceptions** | 13 |
| **Rules For Loss Adjustment** | 13 |
| How Your Property Is Valued | 13 |
|   Property insured for actual cash value. | 13 |
|   Property insured for replacement cost. | 14 |
|   Special rules for building ordinances or laws. | 14 |
|   Rules for valuing special property. | 14 |
|   Expenses we'll cover for waterborne shipments. | 16 |
| Deductible | 16 |
| Coinsurance Rule | 16 |
|   What's the minimum amount? | 16 |
|   How the rule works. | 17 |
| Agreed Amount Option | 17 |
| Other Insurance | 17 |
| Adjusting Losses | 17 |
| Who We'll Pay For Loss To Business Personal Property | 17 |
| If Your Building Is Mortgaged | 18 |
|   Rights and duties of mortgageholders. | 18 |
|   Transfer of mortgageholder's right to us. | 18 |
|   Cancellation notice to mortgageholder. | 18 |
|   Nonrenewal notice to mortgageholder. | 18 |
| **Other Rules For This Agreement** | 18 |
| Reports And Premiums | 18 |
|   Total values at each location. | 18 |
|   Deposit premium. | 18 |
|   Minimum annual premium. | 18 |
| Insurance For Your Benefit | 19 |
| Buildings That Are Vacant | 19 |
| Construction Or Repairs | 19 |
| Preserving Your Rights | 19 |

P/P 00036

The**St.Paul**

## What This Agreement Covers

The description of property covered, the limit of coverage, and other applicable terms and conditions are shown in the Coverage Summary.

## Covered Causes Of Loss

We'll protect covered property against risks of direct physical loss or damage except as indicated in the Exclusions – Losses We Won't Cover section.

## Property Covered

In the following sections, we explain what is included under the building and business personal property coverages. The Coverage Summary will indicate which coverages you have purchased under this policy.

## Building Coverage

We'll cover your financial interest in the covered building or structure. While at the same location, we'll also cover:

- machinery and equipment that are a permanent part of a building and are used to provide building services such as elevators and heating equipment.
- fixtures or yard fixtures such as lampposts and flagpoles.
- property which you own and use to service or maintain a building or structure or its premises.
- construction materials, supplies, and equipment that you intend to use to alter, repair, or expand a covered building. During construction, we'll cover these materials at a covered location or in the open within 1,000 feet of it. We'll also cover any temporary structures at a covered location.

## Business Personal Property Coverage

We'll cover your business personal property while:

- in or on a building described in the Coverage Summary.
- in the open or in vehicles in the open within 1,000 feet of a covered location.

*Business personal property* means things you own or have a financial interest in such as stock, furniture, fixtures, machinery, equipment, prototypes, supplies, patterns, dies, and other movable items and all other personal property owned by you and used in your business.

Business personal property may include personal property used in your business that's leased from others when you are contractually required to insure it and its value is included in your business personal property limit of coverage.

We'll also cover business personal property sent out on consignment or approval and we'll cover business personal property you exhibit or display whether you own it or are responsible for it.

Your business personal property coverage also includes the value of materials, labor, and other services you've expended on other people's property.

**Other people's property.** We'll cover the business personal property of others that's in your care or control, to the extent of your insurable interest and your legal obligation, but not property of yours, your officers, partners, or employees.

**Improvements coverage.** If you're a tenant at a covered location, your business personal property coverage can also apply to improvements that you make to a building.

*Improvement* means a permanent alteration or addition that can't legally be removed.

If you pay for an improvement, and none of the payment is part of your rent, we'll cover the value of your right to use the improvement.

The limit of coverage for business personal property is the most we'll pay for all loss to business personal property and improvements. However, we won't pay for loss to your improvement if someone other than you pays to repair or replace it.

**Burglary damage to buildings.** If you are a tenant at a location covered by this insuring agreement, your business personal property coverage can also cover direct loss or damage caused by burglary or attempted

©St.Paul Fire and Marine Insurance Co.1998 All Rights Reserved

P/P 00037

**The St Paul**

burglary to that part of the building you occupy. To be covered, you must be legally responsible for the damage.

*Burglary* means the taking of property from inside your building by a person unlawfully entering or leaving the building as evidenced by marks of forcible entry or exit.

This protection is included in the limit of coverage for business personal property at the location where the damage occurs.

## Property Not Covered At All

We won't cover the following property under this agreement:

- Aircraft, satellites, and spacecraft;
- Live animals, birds, and fish;
- Contraband, or property in the course of illegal transportation or trade;
- Watercraft including motors, equipment, and accessories while on water;
- Lawns, land, land value, land restoration, and growing crops, including standing timber;
- Water;
- Money, lottery tickets, food stamps, securities, deeds, accounts, bills, notes, and other evidence of debt, except for the coverage provided in the Additional Benefits section;
- Self-propelled land vehicles licensed and designed for use on public roads, such as cars, trucks, and trailers.
- Property you've sold under a conditional sales agreement, trust agreement, installment payment or other deferred payment plan after it's been accepted by the customer other than as provided by the deferred payments additional benefit.

## Additional Coverages

The following coverages are included when either building or business personal property coverages have been purchased and are shown in the Coverage Summary. These coverages are not in addition to the limits of coverage for building or business personal property shown in the Coverage Summary.

## Debris Removal Coverage

If your covered property is damaged by a covered cause of loss, we'll pay a limited amount for the cost of removing the debris of damaged covered property from the location described in the Coverage Summary.

We'll pay up to 25% of the amount paid for direct physical loss or damage. The amount paid for direct physical loss or damage includes any deductibles you pay. If debris removal costs exceed the 25%, or if the total amount of loss paid and debris removal costs combined exceed the limit of coverage that applies, we'll also pay up to an additional $25,000 for debris removal per location in each event. For example:

*A fire causes a combined loss of $50,000 to your building and business personal property. The combined limits of coverage for the damaged building and business personal property are $100,000. Because of pollutants in the debris, the debris removal costs total $15,000. Here's how we'll determine what we'll pay for the debris removal costs.*

*Paid loss of $50,000 (which includes your deductible) x 25% = $12,500, the debris removal limit for this loss. Since the debris removal costs of $15,000 exceed the $12,500 limit, the additional $25,000 debris removal coverage will pay the remaining $2,500 debris removal cost. In this example, we would pay the full $15,000 of debris removal costs. However if the debris removal cost had been $40,000 we would only pay $12,500 + $25,000 for a total of $37,500.*

A higher additional limit may be purchased. If so, the revised limit will be shown in the Coverage Summary.

We won't pay for any undamaged property which must be removed because the enforcement of any ordinance, regulation, or law that requires you or anyone else to:

- test for, monitor, cleanup;
- remove, contain, treat, detoxify, or neutralize; or
- in any way respond to, or assess the effects of pollutants.

P/P 00038

The **StPaul**

For example:

*A fire damages your building, including a section of the ceiling. The ceiling is made of tiles containing asbestos. Because of the asbestos, local law requires that you replace the ceiling completely even though only a portion of the ceiling was damaged. We'll only pay the cost to remove the tiles damaged by the fire. We won't pay to remove the undamaged remainder of the ceiling because the law requires it.*

We won't pay for the debris removal of property which is a pollutant and which must be removed from water or from below the surface of the ground. Limited coverage for pollution cleanup and removal is provided in the Additional Benefits section.

We'll only pay debris removal expenses that are reported to us in writing within 180 days of the date of direct physical loss or damage.

The cost of removing debris won't be included when we apply the coinsurance rule.

### Preservation Of Property Coverage

We'll pay for any direct physical loss or damage to covered property that results when you're forced to remove it from a location endangered by a covered cause of loss.

We'll cover the property while it's being moved to a safe place and while it's being returned to the covered location. But the total amount of insurance for all locations combined won't exceed the limit of coverage at the original location.

### Where We'll Cover

We'll cover property while in the United States, its territories and possessions, Canada, and Puerto Rico.

### Additional Benefits

All of the following additional benefits are in addition to the limits of coverage for building or business personal property. The

limit for each additional benefit is shown in the Coverage Summary.

Unless otherwise restricted, these limits are applicable at any location described in the Coverage Summary or at any location covered under the Unscheduled Locations additional benefit. The limits for property in transit and unscheduled locations are applicable to business personal property that is away from a described location.

Although applicable at any location, the indicated limit for any of these additional benefits is also the most that we will pay for loss or damage, regardless of the number of locations involved, that results from a single event such as a tornado or a hurricane.

All other terms in this agreement apply to these additional benefits except for the coinsurance rule.

### Accounts Receivable

We'll pay for the following costs that you incur due to direct physical loss or damage of your records of accounts receivable from a covered cause of loss:

- Amounts your customers owe you but you can't collect because of loss or damage to your records;
- Interest on any loan you have to take out because you can't collect your receivables, and need money while waiting for your payment of your claim;
- Extra collection costs, over and above your normal collection costs, that are made necessary because of loss or damage to your records; and
- Expenses you reasonably incur to re-establish your records.

But we won't pay more than the additional benefit limit for accounts receivable shown in the Coverage Summary.

### Building Ordinances Or Laws

If a building covered for replacement cost under this agreement is damaged by a covered cause of loss, we'll pay for the increased costs due to the enforcement of any ordinances or laws that:

P/P 00039

©St.Paul Fire and Marine Insurance Co.1998 All Rights Reserved

The **StPaul**

- regulate the construction or repair of the damaged building or establish zoning or land use requirements at the described premises; or
- require the demolition of the undamaged parts of the building; and
- are in force at the time of the loss.

We'll pay for loss to the undamaged portion of any covered building caused by the enforcement of any such ordinance or law.

We'll also pay the costs necessary to demolish and clear the site of undamaged parts of such property caused by enforcement of any building, zoning, or land use ordinance or law.

But we won't pay for more than the additional benefit limit for building ordinances or laws shown in the Coverage Summary.

This additional benefit does not apply to the costs associated with the enforcement of any ordinance or law which requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify, or neutralize, or in any way respond to, or assess the effects of pollutants.

### Catastrophe Allowance

If your covered property is damaged by a covered cause of loss that is declared a catastrophe by Property Claims Services, you may extend your selected policy limits for any of the coverage(s) indicated below by the limit shown for this additional benefit in the Coverage Summary. The limit shown for this additional benefit is the maximum that may be extended in aggregate for all coverages from any single catastrophe.

You can use this additional benefit limit to supplement any of the following existing policy limits:

- Building Coverage;
- Business Personal Property Coverage;
- Any Additional Benefit; or
- Any combination of the above.

But we won't pay more than the additional benefit limit for catastrophe allowance shown in the Coverage Summary.

### Computers

We'll pay for direct physical loss or damage by a covered cause of loss to computer hardware, media, software, and data which you own, lease, or rent from others or for which you are legally responsible while in a building at a location covered by this agreement.

But we won't pay more than the additional benefit limit for computers shown in the Coverage Summary.

We'll pay the actual cost of reproducing lost or accidentally erased data, software, documentation, and source materials provided you can and do actually replace or reproduce them.

*Computer hardware* means a network of machine components capable of accepting information, processing it according to a plan, and producing the desired results. Computer hardware includes disk and tape drives, printers, video display terminals, modems, personal computers, remote terminals, and air conditioning equipment used exclusively in your computer operations.

*Media* means material on which data are recorded, such as magnetic tapes, floppy disks, or hard disks.

*Software* means programs that are either purchased or written on a custom basis, which are regularly used with your computer system.

*Data* means facts, concepts, or instructions converted to a form useable in your computer operations.

**World wide coverage extension.** If this option is indicated in the Coverage Summary, we'll extend the coverage territory for your owned portable computer equipment to be world wide.

*Portable computer equipment* means equipment designed to be transported, including laptop, notebook, or pen-based notebook computers.

This benefit does not apply to equipment that has been checked during flight with a commercial airlines.

**P/P 00040**

The**StPaul**

## Deferred Payments

We'll pay for direct physical loss or damage by a covered cause of loss to business personal property you've sold on an installment or other deferred payment basis after its been accepted by your customer.

But we won't pay more than the additional benefit limit for deferred payments shown in the Coverage Summary.

## Depositors Forgery

We'll pay for loss resulting directly from forgery or alteration of a check, draft, promissory note or similar written promises or directions to pay money that are:

- Made or drawn by you;
- Drawn upon you;
- Made or drawn by someone acting as your agent; or
- Claims to have been so made or drawn.

We'll also pay for reasonable legal expenses that you incur and pay in defense, if you are sued on the basis of refusing to pay on any such forged or altered instrument, and you have our written consent to defend against the suit.

But we won't pay more than the additional benefit limit for depositors forgery shown in the Coverage Summary. This is the most we'll pay for loss in any one event regardless of how many protected persons, property owners, covered items, or financial interest are involved.

*Event* means an act or series of related acts involving one or more persons.

*Protected persons* are people and organizations protected under this agreement.

## Employee Dishonesty

We'll pay for loss or damage to money, securities, and other covered business personal property that results directly from employee dishonesty.

But we won't pay more than the additional benefit limit for employee dishonesty shown in the Coverage Summary.

*Employee dishonesty* means only dishonest acts committed by an employee whether identified or not while acting alone or with other persons, with the intent to:

- Cause you a loss; and
- Obtain personal benefit; or
- Obtain financial benefit for any person or organization intended by the employee to receive that benefit.

We won't consider any of the following to be an employee:

- Agent, broker, factor, commission merchant, consignee, independent contractor or representative of the same general character; or
- Director or trustee, except while performing acts coming within the scope of the usual duties of an employee.

## Endangered Property

We'll pay for reasonable and necessary expenses you incur for the temporary protection and preservation of covered property actually damaged or threatened with imminent loss or damage from a covered cause of loss.

But we won't pay more than the additional benefit limit for endangered property shown in the Coverage Summary.

## Extra Expense

We'll pay to help you maintain normal business operations following direct loss or damage by a covered cause of loss to property covered by this agreement. We'll pay extra expenses that are over and above your normal operating costs and that are directly related to your loss.

But we won't pay more than the additional benefit limit for extra expense shown in the Coverage Summary.

We'll cover you from the date of the damage for as long as it should reasonably take to rebuild, repair, or replace your damaged property regardless of when this agreement ends.

We won't pay for loss of income. Nor will we pay for repairing, replacing, or restoring covered property or necessary papers,

©St.Paul Fire and Marine Insurance Co.1998 All Rights Reserved
P/P 00041

The **StPaul**

computer software, and records under this benefit.

## Fine Arts

We'll pay for direct physical loss or damage by a covered cause of loss to your fine arts or the fine arts of others while in your care, custody, or control while in or on a building at a location covered by this agreement or within 1,000 feet of it.

But we won't pay more than the additional benefit limit for fine arts shown in the Coverage Summary.

*Fine arts* mean antiques and objects of art of every nature and description.

## Fire Department Service Charge

When the fire department is called to protect your covered property from a covered cause of loss, we'll pay for charges you've agreed to pay by contract or agreement prior to loss or as required by law.

But we won't pay more than the additional benefit limit for fire department service charge shown in the Coverage Summary. No deductible applies to this benefit.

## Fire Protective Equipment

We'll pay the cost to refill your fire protection equipment if they accidentally discharge or discharge as intended to control a loss covered under this agreement.

But we won't pay more than the additional benefit for fire protective equipment shown in the Coverage Summary.

We won't cover any loss that happens at the time of installation, repair, or recharge.

## Inventory And Appraisals

We'll pay for the cost of any inventory and appraisal that we require from you to determine the amount of direct physical loss or damage to insured property.

But we won't pay more than the additional benefit limit for inventory and appraisals shown in the Coverage Summary.

## Money And Securities

We'll pay for loss of money and securities used in your business that results directly from a covered cause of loss. A separate limit applies for a covered loss that occurs:

- within a location covered by this insuring agreement or within a bank or savings institution; and
- away from a location covered by this insuring agreement en route to or from a bank or savings institution or within the living quarters of someone in charge of the property.

But we won't pay more than the additional benefit limits for money and securities shown in the Coverage Summary.

We'll consider all loss in connection with an actual or attempted dishonest or criminal act to be from one event, regardless of how many people committed the act.

*Money* means currency and coins used as legal tender, travelers checks, register checks, and money orders.

*Securities* means documents representing money or property, revenue stamps, other currently used stamps, tokens, tickets, and unused postage on meters, but not money.

*Property we won't cover.* We won't cover manuscripts, records or account books.

## Newly Acquired Property

We'll pay for direct physical loss or damage to new fixtures, alterations, or additions you add to a covered building or new buildings you acquire for use in your business. We'll also pay for newly acquired business personal property. But this benefit doesn't apply to stock at any location shown in the Coverage Summary, or to business personal property at a fair or exhibition.

But we won't pay more than the additional benefit limits for newly acquired property shown in the Coverage Summary.

P/P 00042

**The St Paul**

Insurance under this newly acquired property benefit will end when any of the following first occurs:

- This policy or this agreement is canceled or expires.
- 180 days pass after you acquire the new property or begin installation or construction.
- You report the values of the newly acquired property to us.

We will charge you additional premium from the day the building or business personal property is acquired or installation or construction begins.

**Off Premises Utility Failure**

We'll pay for direct physical loss or damage to covered property by a covered cause of loss that results from the failure of a utility service to a location described in the Coverage Summary. You must prove that the failure was a result of direct physical loss or damage to the utility service not on the described premises and from a cause of loss covered by this policy.

But we won't pay more than the additional benefit limit for off premises utility failure shown in the Coverage Summary.

*Utility services* means water, communications, and power supply services.

*Water supply services* means pumping stations and water mains supplying water to the described premises.

*Communications supply services* means property supplying communications services, including telephone, radio, microwave or television services to the described premises, such as:

- communications transmission lines, including optic fiber transmission lines;
- coaxial cables; and
- microwave radio relays, excluding satellites.

*Power supply services* means:

- utility generating plants;
- switching stations;
- substations;

- transformers; and
- transmission lines, supplying electricity, steam or gas to the described premises.

**Outdoor Property**

We'll pay for direct physical loss or damage to the following at a location covered by this agreement when the loss is caused by fire, lightning, explosion, vehicles, aircraft, civil disturbance, riot, or vandalism:

- Outdoor trees, shrubs, and plants; and
- Outdoor fences.

But we won't pay more than the additional benefit limit for outdoor property shown in the Coverage Summary.

This benefit doesn't apply to trees, shrubs, or plants grown commercially.

**Personal Belongings**

We'll pay for direct physical loss or damage by a covered cause of loss to personal belongings owned by you, your officers, your partners, or your employees at a location covered by this agreement.

But we won't pay more than the additional benefit limit for personal belongings shown in the Coverage Summary.

**World wide coverage extension.** If this option is indicated in the Coverage Summary, we'll extend the coverage territory for personal belongings to be world wide.

**Pollution Cleanup And Removal**

We'll pay for the cost to cleanup and remove pollution that is in the land or water at a location described in the Coverage Summary.

For example:

*A fire in your warehouse causes chemicals to run onto the ground and into a nearby river. You are required by law to cleanup the contaminated ground and water. We'll only pay to cleanup the contaminated land and water at your premises and only up to the limit that applies to this benefit. We*

P/P 00043

©St.Paul Fire and Marine Insurance Co.1998 All Rights Reserved

The St Paul

*won't pay anything for the cleanup of land or water away from your premises.*

We'll only pay for pollution cleanup and removal if:

- the discharge, dispersal, seepage, migration, release, or escape of the pollutants is caused by a covered cause of loss; and
- the cause of loss occurs during the policy period to covered property at the location described in the Coverage Summary.

This additional benefit does not apply to the costs to test for, monitor, or assess the existence, concentration, or effects of pollutants. But we will pay for testing which is performed in the course of extracting the pollutants from land or water.

To be covered, cleanup and removal costs must be reported to us in writing within 180 days of the date of direct physical loss or damage.

But we won't pay more than the additional benefit limit for pollution cleanup and removal shown in the Coverage Summary.

The limit shown in the Coverage Summary is the maximum we'll pay in any one annual policy period regardless of the number of events that occur.

**Property In Transit**

We'll pay for direct physical loss or damage by a covered cause of loss to your business personal property or the property of others in your care while in transit within the United States, its territories and possessions, Canada and Puerto Rico or between these places.

But we won't pay more than the additional benefit limit for property in transit shown in the Coverage Summary.

**World wide coverage extension.** If this option is indicated in the Coverage Summary, we'll extend the coverage territory for property in transit to be world wide.

**Radioactive Contamination**

We'll pay for direct physical loss or damage to covered property caused by radioactive contamination, provided that:

- Radioactive contamination arises out of material at a covered location;
- Radioactive material is kept at the covered location for the purpose of your operations; and
- There is neither a nuclear reactor capable of sustaining nuclear fission in a self-supporting chain reaction, nor any new or used nuclear fuel meant for use in such a reactor at the covered location.

But we won't pay more than the additional benefit limit for radioactive contamination shown in the Coverage summary.

*Radioactive contamination* means

- Sudden and accidental radioactive contamination.
- Radiation damage to covered property which results from such contamination.

**Rewards**

We'll pay for information that leads to the arrest and conviction of any individual(s) committing or trying to commit any illegal act related to a covered cause of loss or damage to buildings or business personal property covered under this agreement. Any such reward will be handled and administrated by the authorities with jurisdiction in the matter.

But we won't pay more than the additional benefit limit for rewards shown in the Coverage Summary. In addition, neither you, your partners, your officers, or your employees will be eligible to receive the reward.

**Unscheduled Locations**

We'll pay for direct physical loss or damage by a covered cause of loss to business personal property while the property is at any unscheduled location.

Business personal property at unscheduled locations includes but is not limited to property:

P/P 00044

The St.Paul

- at processors;
- off site for repair or service;
- on consignment or approval;
- on exhibit or at fairs; or
- at temporary locations.

But we won't pay more than the additional benefit limit for unscheduled locations shown in the Coverage Summary. This benefit only covers business personal property at a fixed location; it doesn't cover business personal property while in transit.

### Valuable Records Research

We'll pay for research and other expenses necessary to reproduce, replace, or restore valuable records which have suffered direct loss or damage by a covered cause of loss while at a location covered by this agreement.

But we won't pay more than the additional benefit limit for valuable records research shown in the Coverage Summary.

*Valuable records* include account books, manuscripts, abstracts, drawings, card index systems, and other printed or written documents. Valuable records also include maps, films, tapes, and other such material. But it doesn't include computer media, software, or data.

### Exclusions – Losses We Won't Cover

When we use the word "loss" in this section we also mean damage.

**Acts or decisions of people.** We won't cover loss caused by any act or decision or by the failure to act or decide, of any person, group, organization, or unit of government. If a loss not otherwise excluded results, we'll pay for that resulting loss.

**Boilers.** We won't cover loss to a steam boiler, steam pipe, steam turbine, or steam engine when the loss is caused by any condition or event within such equipment. Nor will we cover loss caused by the explosion of a steam boiler, steam pipe, steam turbine, or steam engine that you own, operate, or lease.

We won't cover loss to a hot water boiler or any other equipment for heating water when the loss is caused by any condition or event within such equipment other than an explosion.

If fire or explosion results, we'll pay for that resulting loss. We'll also cover loss caused by the explosion of accumulated gas or unconsumed fuel in the firebox or combustion chamber of a fired furnace or in the flues or passages leading from the firebox chamber.

**Contamination.** We won't cover loss or damage caused by or made worse by any kind of contamination of your products or property covered by this insuring agreement.

If a loss not otherwise excluded results, we'll pay for that resulting loss.

**Defects – programming errors.** We won't cover loss caused by or resulting from:

- defects or errors in the materials, design, development, distribution, processing, manufacturing, workmanship, testing, alteration, or repair of covered property;
- errors in systems programming; or
- errors in instructions to a machine.

If a loss not otherwise excluded results, we'll pay for that resulting loss.

**Delay – loss of market.** We won't cover loss caused by delay, loss of market, loss of use, or any indirect loss.

**Disappearance – inventory loss.** We won't cover loss of property that is missing where the only evidence of the loss is a shortage disclosed on taking inventory, or other instances where there is no physical evidence to show what happened to the property.

**Dishonesty.** We won't cover loss caused by any fraudulent, dishonest, or criminal act committed by you or by a partner, director, officer, trustee, agent or employee, including leased employee, of yours. Nor will we cover dishonest acts of anyone that you entrust with covered property other than a common carrier.

This exclusion doesn't apply to acts of destruction by your employees, including

©St.Paul Fire and Marine Insurance Co.1998 All Rights Reserved

P/P 00045

The**StPaul**

leased employees. Nor does this exclusion apply to the additional benefit for employee dishonesty.

**Earth movement.** We won't cover loss caused directly or indirectly by any of the following. Such loss is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

- Any earth movement, other than sinkhole collapse, such as earthquake, landslide, mine subsidence or earth sinking, rising or shifting including that caused by subsidence, settling, contraction, or expansion of soils.
- Eruption, explosion, or effusion of a volcano other than volcanic action.

*Sinkhole* means underground empty spaces created by the action of water on limestone or dolomite. We'll cover loss caused by sudden sinking or collapse into a sinkhole of the earth supporting covered property.

*Volcanic action* means direct loss or damage resulting from a volcano when the loss or damage is caused by:

- airborne volcanic blast, airborne shock waves;
- ash, dust, or particulate matter; or
- lava flow.

Volcanic action does not include the cost to remove ash, dust, or particulate matter that does not cause direct physical loss or damage to covered property.

If fire, explosion, glass breakage, theft, or volcanic action results, we'll pay for that resulting loss.

If more than one earth movement or volcanic eruption occurs within any 168 hour period, we'll consider this one occurrence.

**Electrical damage.** We won't cover loss to electrical equipment, including wiring, caused by electrical arcing. We also won't cover loss to electronic recordings caused by electrical or magnetic injury, disturbance or erasing.

If a fire results, we'll pay for that resulting loss.

**Flood.** We won't cover loss caused directly or indirectly by any of the following. Such loss is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss:

- flood; or
- mudslide or mudflow.

*Flood* means waves, tides or tidal water, the rising of bodies of water and streams, and the overflowing or breaking of their boundaries, whether driven by wind or not.

If fire, explosion, or sprinkler leakage results, we'll pay for that resulting loss.

**Governmental action.** We won't cover loss caused directly or indirectly by any of the following. Such loss is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss:

- seizure or destruction of property under quarantine or customs regulation; or
- confiscation by any government or public authority.

But this exclusion won't apply to property destroyed by a civil authority in order to stop the actual spread of fire. *For example, to establish a fire break.*

**Mechanical breakdown.** We won't cover loss to covered property caused or made worse by:

- mechanical breakdown or failure;
- derangement of mechanical parts; or
- rupture caused by centrifugal force.

If a loss not otherwise excluded results, we'll pay for that resulting loss.

**Nuclear activity.** We won't cover loss caused directly or indirectly by nuclear reaction, nuclear radiation, or radioactive contamination. Such loss is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss. If fire results, we'll pay for that resulting loss.

This exclusion won't apply to the additional benefit for radioactive contamination.

**Ordinances, regulations, or laws.** We won't cover loss caused directly or indirectly by

P/P 00046

The St.Paul

the enforcement of any ordinance, regulation, or law governing the use, construction, repair, or demolition of any property. This includes removal of debris.

Such loss is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

This exclusion applies whether the loss results from:

- an ordinance or law that is enforced even if the property has not been damaged; or
- the increased costs are incurred to comply with an ordinance or law in the course of construction, repair, renovation, remodeling or demolition of property, or the removal of the debris, following a physical loss to that property.

This exclusion won't apply to the additional benefit for building ordinances or laws.

**Planning, design, materials, maintenance.** We won't cover loss caused by faulty, inadequate or defective:

- planning, zoning, development, surveying, siting;
- design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;
- materials used in repair, construction, renovation or remodeling; or
- maintenance.

All of the above apply to part or all of any property on or off the location described in the Coverage Summary.

If a loss not otherwise excluded results, we'll pay for that resulting loss.

**Pollution.** We won't pay for loss that results from pollution unless the pollution is caused by any of the following covered causes of loss. Such loss is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

- Fire;
- Lightning;
- Explosion;
- Wind or hail;
- Smoke;
- Vehicles and aircraft;

- Civil disturbance and riot;
- Vandalism;
- Sprinkler leakage;
- Sinkhole collapse;
- Volcanic action;
- Falling objects;
- Weight of snow, ice, or sleet; or
- Collision, upset, or overturn of a transporting vehicle:
  - at locations described in the Coverage Summary; or
  - away from described locations when the transporting vehicle is owned, operated, rented, leased or borrowed by you.

*Pollution* means the actual, alleged, or threatened discharge, dispersal, release, leakage, seepage, migration, or escape of pollutants.

However, we won't pay for the costs associated with the enforcement of any ordinance, regulation, or law which requires you or anyone else to:

- test for, monitor, cleanup, remove;
- contain, treat, detoxify, or neutralize; or
- in any way respond to, or assess the effects of pollutants.

*Pollutants* mean any solid, liquid, gaseous or thermal irritant, or contaminant including:

- smoke, vapors, soot, fumes;
- acids, alkalis, chemicals; and
- waste.

*Waste* includes materials to be recycled, reconditioned, or reclaimed.

*Waste pollutants* mean those pollutants which are at any time transported, handled, stored, treated, disposed of, or processed as waste by or for you or any other person or organization for whom you're legally responsible.

**Settling — smog.** We won't cover loss caused or made worse by:

- smog, smoke, vapor, or gas from agricultural or industrial operations; or
- settling, cracking, bulging, shrinking, or expansion of a pavement, foundation, wall, roof, or ceiling.

**P/P 00047**

©St.Paul Fire and Marine Insurance Co.1998 All Rights Reserved

The St.Paul

If a loss not otherwise excluded results, we'll pay for that resulting loss.

**Utility failure.** We won't cover loss or damage caused directly or indirectly by the failure of power or other utility service supplied to a covered location under this agreement if the break in service occurs away from that location. Such loss is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

If a loss not otherwise excluded results, we'll pay for that resulting loss.

This exclusion won't apply to the additional benefit for off premises utility failure.

**War.** We won't cover loss caused directly or indirectly by any of the following. Such loss is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss:

- War (declared or undeclared);
- Warlike action by a military force, including anything done to hinder or defend against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents;
- Invasion or insurrection;
- Rebellion, revolution, or civil war;
- Seizure of power; or
- Anything done to hinder or defend against these actions.

**Wear – tear – deterioration – animals.** We won't cover loss caused or made worse by:

- wear and tear;
- deterioration, mold, wet or dry rot, rust, or corrosion;
- shrinkage, evaporation, loss of weight;
- changes in flavor, color, texture, or finish;
- nesting or infestation, or discharge or release of waste products or secretions, by insects, birds, rodents, or other animals; or
- the inherent nature of the property.

*Inherent nature* means a latent defect or any quality in the property that causes it to deteriorate or destroy itself.

If a loss not otherwise excluded results, we'll pay for that resulting loss.

## Exclusion Exceptions

The following exclusions in the Exclusions – Losses We Won't Cover section don't apply to the additional benefits for accounts receivable, computers, deferred payments, fine arts, property in transit, or valuable records research:

- Boilers;
- Contamination;
- Electrical damage;
- Mechanical breakdown;
- Settling – smog;
- Utility failure; and
- Wear – tear – deterioration – animals.

## Rules For Loss Adjustment

When a loss occurs, we'll consider the following factors in determining what we'll pay:

- How Your Property Is Valued
- Deductible
- Coinsurance Rule
- Other Insurance

We may take over any of the damaged or destroyed property at its agreed or appraised value. We can choose to repair, rebuild or replace the property ourselves provided we give you notice within 30 days after we get your proof of loss. You agree that you won't merely abandon this property to us.

## How Your Property Is Valued

The Coverage Summary indicates whether property is insured:

- on an actual cash value basis, or
- on a replacement cost basis.

**Property insured for actual cash value.** We'll pay the smallest of the following:

- The actual cash value of the lost or damaged property at the time of loss;

**P/P 00048**

The **St.Paul**

- The amount it would cost to repair or replace the property with similar kind or quality; or
- The limit of coverage that applies to the property.

**Property insured for replacement cost.** We'll pay the cost of repairing or replacing the damaged property without deduction for depreciation. But we won't pay more than the smallest of the following:

- The amount you actually spend in repairing the damage;
- The amount it would cost to replace the damaged property at the time of the loss with new property of similar kind and quality to be used for the same purpose on the same site; or
- The limit of coverage that applies to the property.

We won't pay on a replacement cost basis until property has actually been replaced.

*You can choose actual cash value.* If replacement cost coverage applies to lost or damaged property, you may choose to have the loss paid on an actual cash value basis if you believe it's to your advantage to do so. For example:

*The amount of insurance on the property may not be enough to comply with the coinsurance rule on a replacement cost basis; or you may decide not to rebuild.*

If you have chosen actual cash value you can still change your mind and have the loss paid on a replacement cost basis if you tell us in writing within 180 days from the time of the loss.

**Special rules for building ordinances or laws.** The following rules are applicable to the additional benefit coverage for building ordinances or laws. If the property is repaired or rebuilt, it must be intended for similar occupancy as the current property, unless otherwise required by zoning or land use ordinance or law.

We'll only pay for the increased costs of upgrading damaged parts of a building to comply with the minimum requirements of any building code in force at the time of

the loss which governs the repair or replacement of the damaged building.

We won't pay for increased constructions costs:

- until the property is actually repaired or replaced; and
- unless the repairs or replacements are made as soon as reasonably possible, but not more than two years after the loss or damage. We may, however, give you permission in writing to extend this period beyond the two years.

If the property is not repaired or replaced, we won't pay more under this additional benefit than the amount you actually spend to demolish and clear the site of the described premises.

**Rules for valuing special property.** The following special rules apply for setting a value on your finished stock, improvements, accounts receivable, records, and fine arts.

*Setting a value on finished stock.* We'll consider the value of your finished stock to be the price at which it was sold or the price at which it would have been sold had no loss occurred. That price will be reduced by any discounts given and any expenses that haven't actually been incurred.

*Finished stock* is your manufactured product when it's ready for packing, shipment, or sale.

*Brands and labels.* If your stock is damaged, you have two options when you don't want to sell your damaged stock under your brand or label even though the damaged stock has a salvage value:

- remove the brand or label and then relabel the stock to comply with the law; or
- label the damaged stock as "salvage" but, in doing so, cause no further damage to the damaged stock.

In either case, we'll pay the difference between:

- the salvage value of the damage stock with the brand or label attached; and
- the salvage value of the damaged stock with the brand or label removed.

P/P 00049

©St.Paul Fire and Marine Insurance Co.1998 All Rights Reserved

*Pairs and sets.* We'll pay for the consequential loss of your undamaged business personal property.

*Consequential loss* means a part or parts of your product are physically lost or damaged by a covered cause of loss causing the part or parts that are not damaged to be unmarketable as a complete product.

*Setting a value on improvements.* We explain what improvements are covered on page 2. If you're a tenant you may repair or replace a damaged improvement at your own expense. If you do so within a reasonable amount of time, we'll figure the value of the improvement at actual cash value or replacement cost, whichever is indicated in the Coverage Summary.

But if the damaged improvement isn't repaired or replaced within a reasonable amount of time, we'll figure its value differently. We'll take the original cost of the improvement and multiply that by a fraction. The fraction is obtained by dividing the amount of time left on your lease when the loss occurred by the amount of time left when the improvement was originally made.

$$\text{Original cost} \times \frac{\text{Remainder of lease when loss occurred}}{\text{Remainder of lease when improvement made}} = \text{Value of Improvement}$$

For example:

*You make a $5,000 improvement on your office one year before your lease expires. Six months later it's destroyed. If you don't repair it within a reasonable time, we'll consider the improvement's value to be:*

$$\$5,000 \times \frac{6 \text{ months}}{12 \text{ months}} = \$2,500$$

If your lease contains a renewal option, the expiration of the renewal option period will replace the expiration of the lease in this procedure.

*Setting a value on accounts receivable.* We'll determine the amount of accounts receivable outstanding as of the time of loss by the following method:

- Determine the total of the average monthly amounts of accounts receivable for the 12 months immediately preceding the month in which the "loss" occurs; and
- Adjust that total for any normal fluctuations in the amount of accounts receivable for the month in which the "loss" occurred or for any demonstrated variance from the average for that month.

The following will be deducted from the total amount of accounts receivable:

- The amount of the accounts for which there is no "loss";
- The amount of the accounts that you are able to re-establish or collect;
- An amount to allow for probable bad debts that you are normally unable to collect; and
- All unearned interest and service charges.

*Setting a value on computer software and data.* We'll consider the cost of computer software and data to be no more than the cost of blank materials plus the costs you incur for replacing, reproducing, transcribing, or copying them. This applies to computer software and data that are actually replaced or reproduced. If they are not replaced or reproduced, we'll pay only the cost of blank materials. Pre-packaged software is valued at the cost to replace and re-install.

*Setting a value on other records.* As described in the additional benefit for valuable records research, we'll pay for research and other expenses to reproduce, replace, or restore valuable records. Valuable records are defined in the Additional Benefits section.

*Setting a value on fine arts.* Fine arts are valued on the market value at the time of loss. When the damaged article is part of a pair or set, you may choose one of the following methods of loss payment. We'll pay you:

- the market value of the entire pair or set. You'll return to us the remaining pieces; or
- the cost to repair the damaged pieces and you'll keep the undamaged pieces. If the pair or set, with the repaired pieces, has a lower value than it had prior to the loss, we'll also pay the difference. In no event will we pay more than the value the pair or set had prior to the loss; or

P/P 00050

**The St.Paul**

- the market value of the loss or damaged pieces prior to the loss when the pieces cannot be found or repaired. You'll keep the undamaged pieces. If the remaining pieces have a reduced value, we'll pay the difference between the value of the remaining pieces prior to the loss and after the loss. In no event will we pay more than the value the pair or set had prior to the loss.

*Setting a value on money and securities.* We may choose to pay for loss in the United States dollar equivalent determined by the rate of exchange on the date the loss was discovered.

**Money.** Money losses will be determined by its face value.

**Securities.** Securities loss will be determined by their value at the close of business on the day the loss was discovered. We may, at our option:

- Pay the value of such securities or replace them in kind, in which event you must assign to us all your rights, title and interest in and to those securities; or
- Pay the cost of any lost securities bond required in connection with issuing duplicates of the securities. But we'll only pay the cost of a bond with an amount of coverage that doesn't exceed the value of the securities at the close of business on the day the loss was discovered; or the limit of coverage under this agreement, whichever is less.

**Expenses we'll cover for waterborne shipments.** For waterborne shipments you, your agents, assigns or representatives are all permitted and obligated to pursue any action which may be necessary to:

- reduce actual or imminent loss to covered property; and
- to recover the property.

We agree to bear our part of the expenses you voluntarily incur to protect or recover the property. We'll also pay general average and salvage charges for covered waterborne shipments.

**Deductible**

Your deductible is shown in the Coverage Summary. You'll be responsible for this

amount of loss in each event. We'll pay the rest of your covered loss up to the limits of coverage that apply.

**Coinsurance Rule**

This coinsurance rule only applies if the Coverage Summary shows a coinsurance percentage for the covered property.

If a percentage is shown, you agree to insure your property for a minimum amount. In return, we agree to reduce the premium that would otherwise apply to your property.

We won't include the value of property covered under your additional benefits or the cost of debris removal in figuring your minimum amount.

**What's the minimum amount?** It's the actual cash value or replacement cost of your property, whichever is indicated in the Coverage Summary, multiplied by the applicable coinsurance percentage. If your insurance under this agreement includes more than one limit of coverage, we'll apply this coinsurance rule separately to the property covered under each limit. For example:

*If actual cash value is indicated, we'll use the actual cash value of all property insured under the same limit of coverage in figuring the minimum amount, as shown below:*

| | |
|---|---|
| *Actual cash value of building at time of loss (including building items)* | *$100,000* |
| *Coinsurance percentage (80%)* | *X   .80* |
| *Minimum amount you agree to insure* | *$80,000* |

Replacement cost coverage may be indicated in the Coverage Summary; however, you can choose to have your loss paid on an actual cash value basis. If so, we'll consider the minimum amount to be the actual cash value of the lost or damaged property multiplied by the applicable coinsurance percentage.

Because property values change, we'll figure the minimum amount at the time a loss occurs. Therefore, it's important for you to review the amount of your insurance

The St.Paul

periodically to be sure you're complying with this agreement.

**How the rule works.** If at the time of loss your property is insured for the minimum amount or more, this coinsurance rule won't have any effect on what we'll pay up to the limit of liability shown in the Coverage Summary.

However, if your property is insured for less than the minimum amount at the time of loss, you'll have to share your loss with us. Here's how we'll determine what we'll pay and what your share will be:

First, the amount of your insured loss less the deductible will be determined. Then we'll divide the amount of insurance you had on your property by the minimum amount you should have had. Next, we'll multiply this result by 100 to convert it to a percentage. We'll pay this percentage of your loss up to the applicable limit of coverage or 100% of the loss, whichever is less. The rest is your share. Here's an example of how it works:

| | |
|---|---|
| *Amount of your loss* | *$40,500* |
| *Deductible* | *$500* |
| *Amount of your loss less the deductible* | *$40,000* |
| *Amount of insurance you had* | *$60,000* |
| *Minimum amount you should have had* | *$80,000* |

$$\frac{\$60,000}{\$80,000} = .75 \times 100 = 75\%$$

$$75\% \text{ of } \$40,000 = \$30,000$$

In this example, we'll pay $30,000 of your loss. The remaining $10,000 plus the $500 deductible is your share.

From this example, you can see that it's important to keep your property insured for at least the coinsurance percentage you agreed to. Otherwise we may only pay a part of your loss.

**Agreed Amount Option**

The Coverage Summary will indicate whether or not this option applies. It will also list the locations that this option applies to, the agreed amount, and the agreed amount expiration date.

This option suspends the Coinsurance Rule for covered property to which this option applies. At the time of loss, we'll pay the percentage that the applicable limit of coverage is of the agreed amount that applies. For example:

$$\frac{Limit\ of\ coverage}{Agreed\ amount} \quad \frac{\$30,000}{\$30,000} = 100\%$$

So, if the amount of your loss is $10,000, we'll pay $10,000 less your deductible. But we won't pay more than the limit of coverage that applies.

*Agreed amount expiration date.* This Agreed Amount Option expires on the date shown in the Coverage Summary. At that time, we'll automatically reinstate the Coinsurance Rule.

**Other Insurance**

Insurance under a separate policy may apply to your covered loss. If the separate policy more specifically insures the property, we'll pay the amount of your covered loss left after the separate policy has been used up, less the deductible. But we won't pay more than the limit of the coverage under this agreement. Excess coverage under this agreement will not apply to the deductible amount of more specific insurance.

**Adjusting Losses**

If there's a covered loss to your property we will adjust the loss with you. If there's a covered loss to someone else's property, we'll adjust the loss with you for the owner's account. We can choose to settle directly with the owner. If we settle with the owner, the owner's release will satisfy any claim you make for the same loss.

**Who We'll Pay For Loss To Business Personal Property**

If the Coverage Summary identifies a person or organization to receive payments for loss

The **St Paul**

to business personal property or personal property covered under building items, we'll adjust the loss with you. However, payment will be made to you and the person or organization named, based on the financial interest each has in the covered property.

### If Your Building Is Mortgaged

If the Coverage Summary identifies a mortgageholder, this section applies. We'll consider trustees to have the same rights and duties as mortgageholders.

**Rights and duties of mortgageholders.** We'll make payments for losses to you and any mortgageholder based on the interest each has in the building.

A mortgageholder's right to receive payment won't be affected by foreclosure or other similar proceedings.

If we deny your claim because of your acts or because you haven't complied with the terms of this agreement, the mortgageholder will still have the right to receive loss payments if the mortgageholder:

- pays any premium when due at our request when you fail to do so;
- submits a signed, sworn proof of loss when you fail to do so; and
- notifies us when aware of any change in ownership, occupancy or risk.

The same rules and conditions that apply to you will then apply to the mortgageholder.

**Transfer of mortgageholder's right to us.** If we pay your mortgageholder for loss or damage that we claim isn't covered by this agreement the mortgageholder's rights to recover that amount from you will then belong to us. But that won't affect your mortgageholder's rights to recover the remaining amount of the mortgage debt from you.

We also have the right to pay off the mortgage debt. If we do, we'll take over the mortgageholder's right to be repaid by you.

**Cancellation notice to mortgageholder.** If we cancel this agreement, we'll mail or deliver a cancellation notice to your mortgageholder at least 30 days before coverage ends - 10

days if we cancel for non-payment of premium.

**Nonrenewal notice to mortgageholder.** If we elect not to renew this policy, we'll mail or deliver a nonrenewal notice to your mortgageholder at least 10 days before the expiration date of the policy.

### Other Rules For This Agreement

#### Reports And Premiums

If the Coverage Summary indicates your policy is written on a reporting basis, you agree to make reports to us in writing within 30 days after the end of each reporting period as indicated in the Coverage Summary. You'll let us know the total values of all property covered under this agreement as of the last business day of the reporting period.

Even if the amount is more than your limit of liability for the location, you'll report the full value of the property.

**Total values at each location.** Once each year, you agree to report to us the total value of covered property at each location covered by this policy as of the date you show on the report. Show the values in transit separately unless otherwise included in your report.

**Deposit premium.** Your deposit premium, if any, is shown in the Coverage Summary and is due and payable the effective date of this policy. All reports will apply against this deposit, once the deposit is used up, your premium due for the following reporting periods are due and payable within 30 days of the end of the period.

**Minimum annual premium.** Your minimum annual premium is shown in the Coverage Summary. If the total earned premium for each 12 months period ending on the anniversary date is less than your minimum annual premium, you'll pay us the difference.

If your policy is canceled before an anniversary date, we'll figure your minimum premium to be that portion of the minimum annual premium that was earned during the portion of the 12 month period your policy was in effect. If the total premium you've

©St.Paul Fire and Marine Insurance Co.1998 All Rights Reserved

P/P 00053

The St.Paul

paid for that period is less than this
minimum, you'll pay us the difference.

## Insurance For Your Benefit

This insurance is for your benefit. No third
party having temporary possession of your
property, such as a transportation company,
can benefit directly or indirectly from it.

## Buildings That Are Vacant

A building is vacant when it does not
contain enough business personal property
to conduct customary operations. We won't
consider buildings under construction to be
vacant. If a building is vacant, we'll reduce
our payment for covered losses by 15% for
a loss that occurs after the first 60
consecutive days of vacancy. You may buy
an endorsement which extends the period
your building may be vacant. If you do, the
15% penalty does not apply during that
period.

After 60 consecutive days of vacancy, we
will not pay for loss or damage due to the
following, even if they're covered causes of
loss:

- vandalism;
- sprinkler leakage, unless the system has
  been protected against freezing;
- building glass breakage;

- water damage;
- theft; or
- attempted theft.

## Construction Or Repairs

You may make additions, alterations or
repairs to covered property without notifying
us beforehand.

## Preserving Your Rights

The following replaces the Recovering
Damages From A Third Party section in the
General Rules.

You must do all you can to preserve any
rights you have to recover your loss from
others. If you do anything to impair these
rights, we won't pay for your loss.

Before a loss occurs, you can give anyone a
written release from any responsibility for
losses to property. You can also accept
ordinary bills of lading from a shipper, even
if they limit the carrier's liability for losses.
But after a loss you can release only:

- your tenant;
- another person covered under this policy;
  or
- any firm or organization that you own or
  control or that owns or controls you.

P/P 00054

**PREMIER PROPERTY PROTECTION**
**EARTH MOVEMENT ENDORSEMENT**

The**StPaul**

This endorsement changes your St. Paul
Premier Property Protection.

---

## How Coverage Is Changed

This endorsement adds earth movement
coverage to your Premier Property
Protection. The locations this endorsement
applies to are shown in the Coverage
Summary. The Coverage Summary also
shows the limit of coverage and a separate
deductible that applies to this coverage.

## Earth Movement Coverage

Earth movement is added as a covered
cause of loss.

*Earth movement* means:

- any earth movement, other than sinkhole
  collapse, such as earthquake, landslide,
  mine subsidence or earth sinking, rising or
  shifting including that caused by
  subsidence, settling, contraction, or
  expansion of soils.
- eruption, explosion, or effusion of a
  volcano other than volcanic action.

If more than one earth movement or
volcanic eruption occurs within any 168 hour
period, we'll consider this one occurrence.
The 168 hour period will not be shortened
by the expiration of the policy.

**Prior occurrence.** We won't pay for damage
which occurs during the period your
coverage is in effect if the earth movement
begins before this period.

**Deductible.** Your deductible is shown in the
Coverage Summary. It will be either a
dollar amount or a percentage. If your
deductible is a dollar amount, you'll be
responsible for that amount in each
occurrence.

If your deductible is a percentage, the
deductible amount is determined by
multiplying the percentage indicated in the
Coverage Summary by the total insured
values at the location suffering the loss.
Total insured value means coverage limits
for all buildings and business personal
property as well as the coverage limits for
any time element coverage. If more than
one insured location is effected by an earth
movement occurrence, this deductible will
apply separately to each covered location.

**Limits of earth movement coverage.** The limit
shown in the Coverage Summary for earth
movement is the most we'll pay for all
direct and indirect loss or damage caused
by a single earth movement occurrence no
matter how many locations are covered, and
is the total limit we'll pay for all earth
movement losses in any one policy year.

## Other Terms

All other terms of your policy remain the
same.

P/P 00055

---

**ST. PAUL PREMIER PROPERTY PROTECTION
REPORTING ENDORSEMENT**

The **St.Paul**

This endorsement changes your St. Paul
Premier Property Protection.

---

**How Coverage Is Changed**

This endorsement changes the way your
premium will be collected.  The following
section is added to your policy.

**Reports And Premiums**

You agree to make reports to us in writing
within 30 days after the end of each
reporting period as shown in the Coverage
Summary.  You'll let us know the total
values of all property covered under this
agreement as of the last business day of
the reporting period.

Even if the amount is more than your limit
of liability for the location, you'll report the
full value of the property.

**Minimum annual premium.**  Your minimum
annual premium is shown in the Coverage
Summary.  If the total earned premium for
each 12 month period ending on the
anniversary date is less than your minimum
premium, you'll pay us the difference.

If your policy is canceled before the
anniversary date, we'll figure your minimum
premium to be the portion of the minimum
premium that was earned during the 12

month period your policy was in effect.  If
the total premium you've paid for that
period is less than this minimum, you'll pay
the difference.

**Total values each location.**  Once each year,
you agree to report to us the total value of
covered property at each location covered
by this policy as of the date you show on
the report.  If you are reporting values in
transit, show them separately on your
report.

**Deposit premium.**  Your deposit premium is
shown in the Coverage Summary and is due
and payable on the effective date of this
policy.  All reports will apply against this
deposit, once the deposit is used up, your
premium due for the following reporting
periods are due and payable within 30 days
of the end of the period.

**Other Terms**

All other terms of your policy remain the
same.

P/P 00056

---

EQUIPMENT BREAKDOWN ENDORSEMENT                    The St Paul

This endorsement changes your Property
Protection.

## How Coverage Is Changed

This endorsement adds Equipment Breakdown
Coverage to your Property Protection. The
locations covered, applicable limits,
deductibles, and other applicable terms and
conditions are shown in the Property
Protection Coverage Summary and the
Equipment Breakdown Coverage Summary.
This change broadens coverage.

## Equipment Breakdown Coverage

We'll cover direct physical loss or damage
that results from an accident to covered
equipment.

*Accident* means direct physical loss or
damage that results from:
- mechanical breakdown or failure;
- derangement of mechanical parts;
- rupture caused by centrifugal force;
- loss to electrical equipment, including
  wiring, caused by electrical arcing;
- loss to a steam boiler, steam pipe, steam
  turbine or steam engine when the loss is
  caused by any condition or event within
  such equipment;
- loss caused by the explosion of a steam
  boiler, steam pipe, steam turbine, or steam
  engine that you own, operate or lease; or
- loss to a hot water boiler or any other
  equipment for heating water when the loss
  is caused by any condition or event within
  such equipment.

*Covered equipment* is that portion of your
covered property which:
- is built to operate under vacuum or
  pressure, other than weight of contents; or
- generates, transmits or utilizes energy.

But we won't consider any of the following
to be covered equipment:

- a structure, foundation, cabinet,
  compartment or air supported structure or
  building;
- insulating or refractory material;
- vehicles, including self-propelled vehicles;
- excavation or construction equipment;
- sewer piping, underground vessels or
  piping, any piping forming a part of a
  sprinkler system;
- water piping other than boiler feedwater
  piping, boiler condensate return piping or
  water piping forming a part of a
  refrigerating or air conditioning system; or
- equipment manufactured by you for sale.

## Additional Coverages

The following additional coverages also
apply to loss caused by or resulting from
an accident to covered equipment.

The limit for each additional coverage is
shown in the Equipment Breakdown Coverage
Summary.

The limits for these additional coverages are
not in addition to the limits of coverage for
building or business personal property shown
in the Property Protection Coverage
Summary.

## Expediting Expenses

If covered property is damaged or destroyed
by an accident, we'll pay for reasonable
extra cost to:
- make temporary repairs; and
- expedite permanent repairs or replacement.

But we won't pay more than the limit for
expediting expenses shown in the Equipment
Breakdown Coverage Summary.

P/P 00057

The **StPaul**

## Pollution Cleanup and Removal

We'll pay for additional expenses you incur for:

- cleanup;
- repair or replacement; or
- disposal

of covered property which is damaged, contaminated or polluted by pollutants as defined in your Property Protection. This limitation also applies to damage, contamination or pollution caused by a refrigerant.

But we won't pay more than the limit for pollution cleanup and removal shown in the Equipment Breakdown Coverage Summary.

## Spoilage

We'll also pay for direct physical loss or damage caused by spoilage of perishable goods resulting from:

- accident to covered equipment;
- power outage;
- breakdown; or
- refrigerant contamination.

*Perishable goods* means business personal property maintained under controlled conditions for its preservation which is susceptible to loss or damage if controlled conditions change.

*Power outage* means change in temperature or humidity resulting from complete or partial interruption of electrical power, either on or off the described premises, due to conditions beyond your control.

*Breakdown* means the change in temperature or humidity resulting from mechanical breakdown or failure of temperature or humidity control apparatus or equipment.

We won't pay for loss caused directly or indirectly by any of the following:

- disconnection of any refrigerating, cooling or humidity control system from the source of power;
- deactivation of electrical power caused by the manipulation of any switch or other device used to control the flow of electrical power or current;

- inability of an electrical utility company or other power source to provide power due to lack of fuel or governmental order;
- inability of a power source at the covered location to provide power due to lack of generating capacity to meet demand;
- breaking of any glass that is a permanent part of any refrigerating, cooling or humidity control unit; or
- failure to use all reasonable means to protect perishable goods from damage following an accident.

But we won't pay more than the limit for spoilage shown in the Equipment Breakdown Coverage Summary.

## Optional Coverages

### Business Income Or Blanket Earnings And Expenses

If this optional coverage is checked on the Equipment Breakdown Coverage Summary, we'll extend your business income, blanket earnings and expenses or other identified time element coverage form to cover your indirect loss and expense resulting from the necessary interruption of your business caused by an accident to covered equipment.

This includes indirect loss and expense resulting from the failure of a utility service not on the described premises due to an accident.

*Utility service* means water, communications, and power supply services.

*Water supply services* means pumping stations and water mains supplying water to the described premises.

*Communication supply services* means property supplying communication services, including telephone, radio, microwave or television services, to the described premises, such as:

- communications transmission lines, including optic fiber transmission lines;
- coaxial cables; and
- microwave radio relays, except satellites.

*Power supply services* means:

The St.Paul

- utility generating plants;
- switching stations;
- substations;
- transformers; and
- transmission lines supplying electricity, steam, or gas to the described premises.

## Exclusions — Losses We Won't Cover

When we use the word "loss" in this section we also mean damage.

**Electronic recordings.** We won't cover loss to electronic recordings caused by electrical or magnetic injury, disturbance or erasing.

**Media.** We won't cover loss resulting from any defect, virus, loss of data, or other situation within electronic media and records. But if loss or damage from an accident results, we'll pay for that resulting loss.

**Property exclusions.** All of the exclusions in your Property Protection, Business Income, Blanket Earnings And Expenses or other identified time element coverage forms apply to the Equipment Breakdown Coverage provided by this endorsement except:

- Boilers;
- Electrical damage;
- Electrical equipment; and
- Mechanical breakdown.

## Rules For Loss Adjustment

**Deductible.** If a deductible is shown in the Equipment Breakdown Coverage Summary, the following applies.

Your deductible is shown in the Equipment Breakdown Coverage Summary. You'll be responsible for this amount of loss in each accident. We'll pay the rest of your covered loss up to the limits of coverage that apply. If deductibles vary by type of covered equipment and more than one type of equipment is involved in any one accident, the highest deductible will apply.

If a time deductible is shown in the Equipment Breakdown Coverage Summary, you'll be responsible for any loss occurring during the specified number of hours or days immediately following the accident. If a time deductible is expressed in days, each day means twenty-four consecutive hours.

If a deductible is expressed as a number of times ADV, that amount will be calculated as follows:

The ADV (Average Daily Value) will be the business income or earnings (as defined in your business income, blanket earnings and expenses or other identified time element coverage form) that would have been earned during the period of restoration if no accident had occurred divided by the number of working days in that period. We will not make a reduction for the business income or earnings not earned, or in the number of working days, because of the accident or any other scheduled or unscheduled shutdowns during the period of restoration. The ADV applies to all locations included in the valuation of the loss. The number indicated in the Equipment Breakdown Coverage Summary will be multiplied by the ADV as determined above. The result will be the applicable deductible.

If an initial accident causes other accidents, all will be considered one accident. All accidents that are the result of the same event will be considered one accident.

If covered electrical equipment requires drying out as a result of a flood, waves, tides, tidal waves, or overflow of any body of water or their spray, even if driven by wind, we'll pay for the direct expenses of such drying out.

## Other Rules

**Suspension.** When any covered equipment is found to be in, or exposed to, a dangerous condition, any of our representatives may immediately suspend the insurance against loss from an accident to that covered equipment. We can do this by mailing or delivering a written notice of suspension to your address as shown in the Coverage Summary, or the address where the equipment is located. Once suspended in this way, your insurance can be reinstated only by written notice from us. If we suspend your insurance, you'll get a pro-rata refund of premium. But the suspension will be effective even if we have not yet made or offered a refund.

P/P 00059

**The St Paul**

**Jurisdictional inspections.** If any covered property under this endorsement requires inspection to comply with state or municipal boiler and pressure vessel regulations, we agree to perform such inspection on your behalf.

**Other Terms**

All other terms of your policy remain the same.

P/P 00060

©St.Paul Fire and Marine Insurance Co.1999 All Rights Reserved

# BUSINESS INCOME AND EXTRA EXPENSE ENDORSEMENT

The **St.Paul**

This endorsement changes your Property
Protection.

| Table of Contents | Page |
|---|---|
| How Coverage Is Changed | 1 |
| Business Income Coverage | 2 |
| Additional Benefit | 2 |
| Optional Coverages | 3 |
| Limitations On Your Coverage | 4 |
| Exclusions - Losses We Won't Cover | 4 |
| Rules For Loss Adjustment | 5 |
| 1. Loss Determination | 5 |
| 2. Your Responsibility For Resuming Operations | 5 |
| 3. Limits Of Coverage | 5 |
| 4. Business Income Coinsurance Rule | 5 |
| Other Terms | 6 |

## How Coverage Is Changed

This endorsement adds business income and
extra expense coverage to your Property
Protection. The locations this endorsement
applies to, limits of coverage, level of
protection, rental value option and coinsurance
percentage are shown in the Coverage
Summary.

*Business income* means the net income, which
is the net profit or loss before income taxes,
that would have been earned or incurred and
continuing normal operating expenses that are
incurred. This includes payroll.  For example:

*If your business is operating at a profit,
the net profit that would have been earned
will be added to continuing expenses.
However, if your business is not operating
at a profit, the net loss that would have
been incurred will be subtracted from
continuing expenses.*

*Extra expenses* mean the necessary expenses
you incur during the period of restoration that
you wouldn't have incurred if there had been no
direct physical loss or damage to property
caused by a covered cause of loss.

*Period of restoration* means the length of
time that:

•begins with the date of direct physical loss or
damage due to a covered cause of loss at the
covered location; and
•ends on the date when the property at the
covered location should be repaired, rebuilt or
replaced with property of the similar quality in
a reasonable amount of time.

The period of restoration doesn't include any
increased period required due to the enforce-
ment of any ordinance or law:

•governing the use, construction, repair or
demolition of any property; or
•requiring the insured or others to test for,
monitor, clean up, remove; contain, treat,
detoxify or neutralize; or in any way respond to,
or assess the effects of pollutants.

The expiration date of this policy won't end the
period of restoration.

*Rental value*  means:

•the total anticipated rental income from tenant
occupancy of the location described in the
Coverage Summary that you have furnished and
equipped;
•the amount of all charges that are the obli-
gation of the tenant that would otherwise be
your obligation; and
•the fair rental value of any portion of the
covered location that you occupy.

**Rental value options.**  The Coverage Summary
shows which of the following rental value
options apply.  The limits shown in the Cover-
age Summary apply separately to each option.

•Business Income Including Rental Value
•Business Income Other Than Rental Value
•Rental Value

If Business Income including rental value option
applies, Business Income will include Rental
Value.  If Rental Value option applies, Business
Income will mean Rental Value only.

P/P 00061

*It is for informational use only.*

*Do not attach this form to a policy.*

The**St.Paul**

*It is for informational use only.*

*Do not attach this form to a policy.*

*Operations*  mean:

- •your business activities that take place at the locations shown in the Coverage Summary and
- •the tenantability of the described location if Business Income including Rental Value or Rental Values applies.

*Finished stock*  is your manufactured product when it's ready for packing, shipment or sale. This doesn't include stock you have manufactured that is held for sale on the premises of any retail outlet insured under this endorsement.

**Business Income Coverage**

We'll pay your actual loss of business income that results from the necessary suspension of your operations during the period of restoration caused by direct physical loss or damage to building or covered business contents at an insured location. The loss or damage must occur while this endorsement is in effect and must be due to a covered cause of loss.

**Extended business income coverage.**  We'll pay your business income loss from the date property, except for finished stock, is actually repaired, rebuilt or replaced and operations are resumed until the earliest of the following:
- •the date you resume normal business operations; or
- •as long as it should reasonably take to repair, rebuild or replace the damaged property, plus 30 consecutive days.

**Alterations and new buildings.**  We'll pay for your actual loss of business income due to direct physical loss or damage to alterations, additions or new construction.  This includes direct physical loss or damage to materials and equipment used in construction or intended for use by occupants when work is completed.  The material or equipment must be on or within 1000' of a covered location.

If the damage to the construction, materials or equipment delays the start of your business operations, we'll figure your loss from the day operations would have started had no loss occurred.  For example:

You have a successful restaurant and plan to open an addition on May 1. In March, a fire damages the addition while it's being built and the opening is delayed until June 1. We'll cover the amount of business income you would have earned during the month of May.

**Extra Expense Coverage.**  We'll pay any extra expense to avoid or minimize the suspension of business and to continue operations during the period of restoration at:
- •the described location; or
- •any temporary locations. If you continue operations at a temporary location during the period of restoration, we'll pay any relocating expenses and cost to equip and operate the replacement or temporary location.

We'll pay any extra expense to minimize the suspension of your business if you can't continue operations.

**Interruption by civil authority.**  We'll pay your actual loss of business income and necessary extra expense when a civil authority like a fire department denies access to the described location because of direct physical loss or damage to property by a covered cause of loss other than at the described location. We'll pay for loss up to two consecutive weeks while access is denied.

**Additional Benefit**

When a Business Income coinsurance percentage of 50% or more is shown in the Coverage Summary, you may apply the coverage of this endorsement to property at any location you acquire other than at fairs or exhibitions. This benefit is in addition to the limits of coverage shown in the Coverage Summary. The Coinsurance Rule doesn't apply to it.

**Your coverage at newly acquired property.**  We'll pay up to 10% of your business income limit of coverage, but not more than $100,000 at each location.

This benefit ends at the earliest of the following:
- •when this policy expires;

©St.Paul Fire and Marine Insurance Co.1990 All Rights Reserved    P/P 00062

The **St.Paul**

•30 days after you acquire the property; or
•when you tell us whether you want this coverage to apply to that location. Additional premium will be due from the day the property is acquired.

## Optional Coverages

The following optional coverages apply only to the described locations for which they are shown in the Coverage Summary.

### Extended business income coverage option.

We'll extend the period of time we'll pay for a covered business income loss under the Extended business income coverage. Protection will continue until the earliest of the following:
•the date you resume normal business operations; or
•as long as it should reasonably take to repair, rebuild, or replace the damaged property, plus the number of consecutive days shown in the Coverage Summary.

### Monthly limit of indemnity.

We'll figure your loss as follows instead of applying the Coinsurance Rule.

•During any period of 30 consecutive days we'll pay no more than your monthly limit. The monthly limit is shown as a fraction in the Coverage Summary and we'll multiply this times your limit of insurance to get the amount available for any 30 consecutive days.
•This limit will not accumulate from month to month.

For example:

| | |
|---|---|
| Limit of Insurance | $120,000 |
| Monthly Limit | 1/4 |

*The most we'll pay for loss in each period of 30 consecutive days is:*

$120,000 X 1/4 = $30,000

*If, the actual amount of loss is:*

| | |
|---|---|
| Days 1-30 | $40,000 |
| Days 31-60 | $20,000 |
| Days 61-90 | $30,000 |
| | $90,000 |

*We'll pay:*

| | |
|---|---|
| Days 1-30 | $30,000 |
| Days 31-60 | $20,000 |
| Days 61-90 | $30,000 |
| | $80,000 |

*The remaining $10,000 is not covered.*

### Maximum period of indemnity.

The most we'll pay for loss of business income is the smallest of:
•the amount of loss you have during the 120 days immediately following the direct physical loss or damage; or
•the limit shown in the Coverage Summary.

The Coinsurance Rule doesn't apply to your business income coverage at the location to which this optional coverage applies.

### Agreed Value.

You agree to complete a business income worksheet and return it to us. It will then become a part of your policy.

The business income worksheet must show financial data for your operations:

•during the 12 months prior to the date of the worksheet; and
•estimated for the 12 months immediately following the effective date of this coverage option.

While this option is in effect, your Coinsurance Rule for Business Income is suspended. The Coinsurance Rule is automatically reinstated when this endorsement expires.

We'll also reinstate the Coinsurance Rule automatically if you don't send us a new business income worksheet and tell us your new amount for the Agreed Value:

P/P 00063

*It is for informational use only. Do not attach this form to a policy.*

**The St.Paul**

*It is for informational use only.*

*Do not attach this form to a policy.*

•within 12 months of the effective date of this option; or
•when you request a change in your limit of coverage for business income.

If your limit for business income is less than the Agreed Value, we won't pay more than the percentage that your limit is of the Agreed Amount:

Limit of Coverage
———————————— = % of covered loss
Agreed Value              we'll pay

The Coverage Summary shows your Agreed Value. It should be at least equal to the coinsurance percentage times the estimated net income and operating expenses for the next 12 months following the effective date of this coverage option. This amount is shown on your business income worksheet.

## Limitations On Your Coverage

**Data processing media.**  When a covered business income loss results from damage to or destruction of data processing media and records, we'll pay your loss for whichever of the following is the longest period of time:
•60 consecutive days from the date of direct physical loss or damage; or
•as long as it should reasonably take to repair, rebuild or replace other property at the insured location damaged by the same event.

*Data processing media and records*  are:
•data processing, recording or storage media, such as films, tapes, discs, drums or cells;
•data on the media; or
•programming records.

This limitation doesn't apply to Extra Expense coverage.

For example:

*Your computer is damaged by a covered cause of loss on June 1.   It takes until September 1 to replace the computer and October 1 to restore the data that was lost when the damage occurred.   We'll only pay for the business income loss you have during the period June 1 to September 1. Business income loss during the period*

*September 2 to October 1 is not covered. Extra expense loss during the September 2 to October 1 period would be covered.*

## Exclusions - Losses We Won't Cover

All of the exclusions in your Property Protection apply to this endorsement. The following exclusions also apply to this Business Income Endorsement.

**Damage to finished stock.**  We won't cover loss resulting from damage to finished stock. Nor will we cover loss resulting from the time necessary to reproduce the damaged finished stock. But we will pay for any out of the ordinary expenses you have in replacing finished stock you use to reduce your covered loss. This exclusion doesn't apply to extra expense.

**Repair.**  We won't cover the cost of repairing or replacing damaged property, including the cost of research necessary to replace or restore abstracts, account books, card index systems, data processing, recording or storage media and other records. But we will pay any expense you incur over the normal cost of such repair or replacement if it's necessary to reduce your total extra expenses due to a covered loss.

This extra expense for repair or replacement may not be more than the amount by which it reduces your total extra expense loss.

**Cancellation of contracts.**  We won't cover any increase in loss that's caused by the suspension, lapse or cancellation of any lease, license, contract or order.

However, if the suspension, lapse or cancellation results directly from the interruption of your business, we'll cover any increase in a covered loss that affects your earnings.  But we'll only pay for such increase during the period of restoration.

We won't cover any extra expense caused by or resulting from suspension, lapse or cancellation of any license, lease, contract or order beyond the period of restoration.

**Strike.**  We won't cover any increase in loss due to delay caused by strikers or anyone else at the location of rebuilding, repairing or replacing

©St.Paul Fire and Marine Insurance Co.1990 All Rights Reserved

P/P 00064

The**StPaul**

damaged property when it interferes with efforts to resume business.

However, you can recover for an increase in a covered loss when a strike on another person's premises prevents you from resuming business. For example:

*You've ordered materials to repair your building and you can't obtain them because there's a strike at the manufacturer's plant. This prevents you from resuming business and increases your loss of business income. We'll cover this increase in your loss.*

**Other indirect loss.** We won't cover any indirect loss other than loss of business income and extra expense.

### Rules For Loss Adjustment

When a covered loss occurs, we'll consider the following in determining what we'll pay under this endorsement:
1. Loss Determination
2. Your Responsibility For Resuming Operations
3. Limits Of Coverage
4. Business Income Coinsurance Rule

### 1. Loss Determination

**Business income.** Your amount of Business Income loss will be determined based on:

• the net income of your business before the direct physical loss or damage occurred;

• the probable net income if no loss or damage had occurred;

• the operating expenses, including payroll expenses, necessary to resume operations with the same quality of service that existed just before the direct physical loss or damage; and

• other sources of information on your business such as: your financial records and accounting procedures, bills, invoices, and other vouchers and deeds, liens or contracts.

**Extra expense.** We'll cover extra expense for operating when these expenses are over and

above what it would normally cost to conduct your business, had no damage occurred. After you resume operations, we'll deduct the salvage value that remains of any property bought for temporary use during the period of restoration.

We'll also cover all necessary expenses that reduce the business income loss that otherwise would have been incurred.

### 2. Your Responsibility For Resuming Operations

If you can reduce your loss, by resuming operations at the covered location or elsewhere by using damaged or undamaged property, including merchandise or stock, you agree to do so.

*Business income loss.* We'll reduce the amount of your business income loss to the extent you can resume operations in whole or in part by using damaged or undamaged property, including merchandise or stock, at the covered location or elsewhere.

*Extra expense loss.* We'll reduce the amount of your extra expense loss to the extent you can return operations to normal and discontinue extra expenses.

### 3. Limits Of Coverage

The most we'll pay for loss in any one event is the limit shown in the Coverage Summary. The amount that applies under the Additional Benefit is in addition to this limit of coverage.

### 4. Business Income Coinsurance Rule

The Coinsurance Rule in your Property Protection agreement doesn't apply to your business income coverage. Instead, the following rule applies.

The rate for your business income coverage was based on your promise to insure a certain percentage of your business income. This is called your business income coinsurance percentage and is shown in the Coverage Summary for each covered location.

When you have a loss, the coinsurance percentage is multiplied by an estimate of the business

*It is for informational use only. Do not attach this form to a policy.*

The **St.Paul**

*It is for informational use only.*

*Do not attach this form to a policy.*

income you would have earned in the year following the effective date or anniversary date of your policy. This determines your required amount of insurance. If the limit of your coverage at the time of the loss is at least the required amount, you have complied with this rule and it will have no effect on the amount we'll pay. We'll pay 100% of your covered loss up to your limit of coverage.

However, if the limit of your coverage at the time of the loss is less than the required amount, you'll have to share in the loss. Here's how we'll determine what we'll pay and what your share will be:

$$\frac{\text{Amount you had}}{\text{Required amount}} \times \text{loss} = \text{what we'll pay}$$

For example:

*Suppose you have a covered business income loss of $40,000 and your business income for the year following the effective date or anniversary date of your policy would have been $100,000. Your business income coinsurance percentage is 80%. We'll multiply these figures ($100,000 X*

*80%) and obtain $80,000. This is your required amount.*

*If you have at least $80,000 of insurance, we'll pay 100% of your loss - $40,000. However, if you have only $60,000 insurance, we'll pay 75% of your loss or $30,000.*

$$\frac{\$60,000}{\$80,000} = \frac{3}{4} \text{ or } 75\% \times \$40,000 = \$30,000$$

*We'll pay the $30,000 or the limit of insurance, whichever is less.*

From this example, you can see that it's important to insure your business income for at least the percentage you agreed to.

*Coinsurance Rule exception.* This rule doesn't apply to your extra expense coverage.

**Other Terms**

All other terms of your policy remain the same.

©St.Paul Fire and Marine Insurance Co.1990 All Rights Reserved

P/P  00066

COPY

The St Paul

Replacement Cost Valuation Endorsement

---

This endorsement changes your property protection form to include the following:

In the event of loss or damage to covered property, we will pay the cost of repairing or replacing the damaged property without deduction for depreciation, but we won't pay more than the smallest of the following:

      (1) The limit of insurance applicable to the lost or damaged property;

      (2) The cost to replace the lost or damaged property with new property of similar kind and quality to be used for the same purpose;or

      (3) The amount you actually spend in repairing the damage.

We will not pay on a replacement cost basis for any loss or damage until the property has actually been replaced.

You may make a claim for loss or damage covered by this insurance on an actual cash value basis instead of on a replacement cost basis. If you later decide to repair or replace the damaged property, you may still make a claim for the difference between the actual cash value and the amount provided by this optional coverage, if you notify us within one hundred and eighty (180) days after the loss or damage has occurred.

P/P 00067

---

| Name of Insured | Policy Number CK03800708 | Effective Date 05/01/01 |
|---|---|---|
| PACK & PROCESS, INC. | Processing Date 05/23/01  10:05  001 | |

40502 Ed.1-80 Printed in U.S.A.      Customized Form
©St.Paul Fire and Marine Insurance Co.1980 All Rights Reserved     Page   1

COPY

**COMMERCIAL GENERAL LIABILITY PROTECTION COVERAGE SUMMARY**

The **St.Paul**

This Coverage Summary shows the limits of coverage that apply to your Commercial General Liability Protection.  It also lists those endorsements, if any, that must have certain information shown for them to apply.

**Limits Of Coverage**

| | | |
|---|---|---|
| General total limit. | $ | 2,000,000 |
| Products and completed work total limit. | $ | 2,000,000 |
| Personal injury each person limit. | $ | 1,000,000 |
| Advertising injury each person limit. | $ | 1,000,000 |
| Each event limit. | $ | 1,000,000 |
| *Premises damage limit.* | $ | 100,000 |
| *Medical expenses limit.* | $ | 5,000 |

**Named Endorsement Table**

**Important Note:**  Only endorsements that must have certain information shown for them to apply are named in this table.  The required information follows the name of each such endorsement.  Other endorsements may apply too.  If so, they're listed on the Policy Forms List.

Described Person or Organization Endorsement - Addl Prot Persons
  Person or Organization
  General Mills Operations, Inc.
  One General Mills Boulevard
  Minneapolis, MN 55426

  as respects Premises Liability only.

Landlord Endorsement - Additional Protected Persons
  Landlord
  RREEF AMERICA REIT II CORP.,    a Maryland Corp.
  RREEF MANAGEMENT COMPANY,  a Delaware Corp.

  Description of Premises
  as respects: 3 Boulden Circle, New Castle, Delaware

P/P 00068

| Name of Insured | Policy Number CK03800708 | Effective Date 05/01/01 |
|---|---|---|
| PACK & PROCESS, INC. | Processing Date 05/23/01   10:05   001 | |

The **St Paul**

**P/P 00069**

©St.Paul Fire and Marine Insurance Co.1996 All Rights Reserved

COPY

**INTERNATIONAL COMMERCIAL GENERAL LIABILITY
PROTECTION COVERAGE SUMMARY**

The**StPaul**

This Coverage Summary shows the limits of
coverage that apply to your International
Commercial General Liability Protection. It also
lists those endorsements, if any, that must have
certain information shown for them to apply.

## Limits Of Coverage

| | |
|---|---|
| **General total limit.** | $ 2,000,000 |
| **Products and completed work total limit.** | $ 2,000,000 |
| **Personal injury and advertising injury limit.** | $ 1,000,000 |
| **Each event limit.** | $ 1,000,000 |
| *Fire damage limit.* | $ 100,000 |
| *Medical expenses limit.* | $ 5,000 |

## Named Endorsement Table

**Important Note:** Only endorsements that must have certain information shown for them to apply are
named in this table. The required information follows the name of each such endorsement. Other
endorsements may apply. If so, they're listed on the Policy Forms List.

P/P 00070

| Name of Insured | Policy Number CK03800708 | Effective Date 05/01/01 |
|---|---|---|
| PACK & PROCESS, INC. | Processing Date 05/23/01  10:05  001 | |

47058 Ed.9-90 Printed in U.S.A.                         Coverage Summary
®St.Paul Fire and Marine Insurance Co.1990 All Rights Reserved                    Page 1 of 2

**The St.Paul**

P/P  00071

©St.Paul Fire and Marine Insurance Co.1990 All Rights Reserved

COPY

**COMMERCIAL GENERAL LIABILITY PROTECTION
ESTIMATED PREMIUM SUMMARY**

The**St Paul**

This summary applies to your Commercial
General Liability Protection.

## What This Summary Does

All or part of your Commercial General Liability
Protection premium is estimated. It's based on
estimated exposure. This summary shows
when and how we'll figure your actual premium.

*Exposure* means the amount of premium basis
developed for each rating classification shown
in the Estimated Premium Table.

**When we'll figure your actual premium.** We'll
figure your actual premium at the end of the
policy year. If an interim audit period is shown,
we'll also figure your premium at the end of
each period during the policy year.

You agree to promptly provide your actual
exposure for the policy year, and if shown, each
interim audit period, when we request them or
make a physical audit.

**How we'll figure your actual premium at the end of
the policy year.** We'll multiply your actual expo-
sure by the rates shown in the Estimated

Premium Table. This will determine your actual
premium for the policy year. If it's more than
the premium we previously charged, you'll pay
the balance when due. If it's less, you'll get
credit for the difference. But you won't pay
less than the total of the highest minimum
premium for each coverage that's subject to a
rating classification with a minimum premium
and an actual exposure for the policy year.
We'll figure the total by using only the highest
minimum premium that applies to each such
coverage.

**How we'll figure your actual premium during the
policy year.** If an interim audit period is shown,
we'll multiply your actual exposure by the rates
shown in the Estimated Premium Table. This
will determine your actual premium for that
period. You'll pay this premium when due, in
addition to any other premium we previously
charged.

**Other Terms**

All other terms of your policy remain the same.

---

Interim audit period: `Annually`

| Estimated Premium Table | Annual Estimated Exposure | Final Rate | Annual Minimum Premium |
|---|---|---|---|
| From: 05-01-01 To 05-01-02<br>Class Code: 12361-001 PREMISES/OPERATIONS<br>DISTRIBUTORS - FOOD OR DRINK - NOC<br>Premium basis: GROSS SALES<br>The rate applies per: 1,000<br>STATE: DE Territory: 001 | 4,000,000 | .280 | $144.00 |
| From: 05-01-01 To 05-01-02<br>Class Code: 53374-001 PREMISES/OPERATIONS<br>FOOD PRODUCTS MFG. - DRY<br>Premium basis: GROSS SALES<br>The rate applies per: 1,000<br>STATE: DE Territory: 001 | 0 | .599 | $144.00 |

P/P 00072

| Name of Insured | Policy Number CK03800708 | Effective Date 05/01/01 |
|---|---|---|
| PACK & PROCESS, INC. | Processing Date 05/23/01 | 10:05 001 |

43492 Rev.4-94 Printed in U.S.A.
©St.Paul Fire and Marine Insurance Co.1994 All Rights Reserved

Estimated Premium Summary

Page    1

The St.Paul

From: 05-01-01  To  05-01-02
Class Code:   56652-001  PREMISES/OPERATIONS
MACHINERY OR MACHINERY PARTS MFG. —        2,300,000        1.643          $257.00
INDUSTRIAL TYPE
Premium basis:  GROSS SALES
The rate applies per:              1,000
STATE: DE      Territory: 001


From: 05-01-01  To  05-01-02
Class Code:   97222-001  PREMISES/OPERATIONS
MACHINERY OR EQUIPMENT — INDUSTRIAL —         40,000        12.952          $257.00
INSTALLATION, SERVICING OR REPAIR
Premium basis:  PAYROLL
The rate applies per:              1,000
STATE: DE      Territory: 001


From: 05-01-01  To  05-01-02
Class Code:   12361-001  PRODUCTS
DISTRIBUTORS — FOOD OR DRINK — NOC           4,000,000         .270          $102.00
Premium basis:  GROSS SALES
The rate applies per:              1,000
STATE: DE


From: 05-01-01  To  05-01-02
Class Code:   53374-001  PRODUCTS
FOOD PRODUCTS MFG. — DRY                             0        1.862          $249.00
Premium basis:  GROSS SALES
The rate applies per:              1,000
STATE: DE


From: 05-01-01  To  05-01-02
Class Code:   56652-001  PRODUCTS
MACHINERY OR MACHINERY PARTS MFG. —        2,300,000        10.804          $360.00
INDUSTRIAL TYPE
Premium basis:  GROSS SALES
The rate applies per:              1,000
STATE: DE

P/P 00073

©St.Paul Fire and Marine Insurance Co.1994 All Rights Reserved

COPY

**ESTIMATED PREMIUM SUMMARY (CONTINUED)**                                    The**StPaul**

```
From:  05-01-01  To  05-01-02
Class Code:   97222-001  PRODUCTS
MACHINERY OR EQUIPMENT - INDUSTRIAL -            40,000      8.339      $249.00
INSTALLATION, SERVICING OR REPAIR
Premium basis:  PAYROLL
The rate applies per:          1,000
STATE: DE
```

P/P 00074

| Name of Insured | Policy Number CK03800708 | Effective Date 05/01/01 |
|---|---|---|
| PACK & PROCESS, INC. | Processing Date 05/23/01  10:05  001 | |

The **St.Paul**

P/P 00075

©St.Paul Fire and Marine Insurance Co.1994 All Rights Reserved

COPY

**COMMERCIAL GENERAL LIABILITY PROTECTION**                                          The **StPaul**
**ESTIMATED PREMIUM SUMMARY**

This summary applies to your Commercial
General Liability Protection.

## What This Summary Does

All or part of your Commercial General
Liability Protection premium is estimated.
It's based on estimated exposure.  This
summary shows when and how we'll figure
your actual premium.

*Exposure* means the amount of premium
basis developed for each rating
classification shown in the Estimated
Premium Table.

## When we'll figure your actual premium.  We'll
figure your actual premium at the end of the
policy year.  If an interim audit period is
shown, we'll also figure your premium at the
end of each such period during the policy
year.

You agree to promptly provide your actual
exposure for the policy year, and if shown,
each interim audit period, when we request
them or make a physical audit.

## How we'll figure your actual premium at the
end of the policy year.  We'll multiply your
actual exposure by the rates shown in the

Estimated Premium Table.  This will
determine your actual premium for the
policy year.  If it's more than the premium
we previously charged, you'll pay the
balance when due.  If it's less, you'll get
credit for the difference.  But you won't pay
less than the total of the highest minimum
premium for each coverage that's subject to
a rating classification with a minimum
premium and an actual exposure for the
policy year. We'll figure the total by using
only the highest minimum premium that
applies to each such coverage.

## How we'll figure your actual premium during the
policy year.  If an interim audit period is
shown, we'll multiply your actual exposure
by the rates shown in the Estimated
Premium Table.  This will determine your
actual premium for that period. You'll pay
this premium when due, in addition to any
other premium we previously charged.

## Other Terms

All other terms of your policy remain the
same.

---

**Interim audit period:**  ANNUAL

**Estimated Premium Table**

The following applies from 05/01/01     to 05/01/02

Coverage:  INTERNATIONAL GENERAL LIABILITY

Rating classification:                                          Code number:   56652

MACHINERY OR MACHINERY PARTS MFG.
INDUSTRIAL TYPE

|  |  |
|---|---|
| | Estimated |
| Premium basis:  SALES | Exposure:  $200,000 |
| Rate:  5.550 | The rate applies per:  $1,000 |

P/P 00076

Coverage minimum premium:  $1,110.              State:        Territory

---

| **Name of Insured** | **Policy Number** CK03800708 | **Effective Date** 05/01/01 |
|---|---|---|
| PACK & PROCESS, INC. | | **Processing Date** 05/23/01  10:05  001 |

The**StPaul**

The following applies from          to
Coverage:
Rating classification:                                    Code number:


Premium basis:                        Estimated
                                      Exposure:
Rate:                                 The rate applies per:


Coverage minimum premium:                    State:        Territory:

---

The following applies from          to
Coverage:
Rating classification:                                    Code number:


Premium basis:                        Estimated
                                      Exposure:
Rate:                                 The rate applies per:


Coverage minimum premium:                    State:        Territory:

---

The following applies from          to
Coverage:
Rating classification:                                    Code number:


Premium basis:                        Estimated
                                      Exposure:
Rate:                                 The rate applies per:


Coverage minimum premium:                    State:        Territory:


**P/P 00077**

43492 Rev. 4-94 Printed in U.S.A.
Page   2                    ©St.Paul Fire and Marine Insurance Co. 1994 All Rights Reserved

COMMERCIAL GENERAL LIABILITY PROTECTION                    The St Paul

This insuring agreement provides general liability protection for your business. There are, of course, limitations and exclusions which apply to that protection. As a result, this agreement should be read carefully to determine the extent of the coverage provided to you and other protected persons.

*It is for informational use only.*

*Do not attach this form to a policy.*

| Table of Contents | Page |
|---|---|
| **What This Agreement Covers** | 1 |
| Bodily injury and property damage liability. | 1 |
| Personal injury liability. | 2 |
| Advertising injury liability. | 3 |
| Medical expenses. | 3 |
| Right and duty to defend a protected person. | 3 |
| Additional payments. | 4 |
| Right to appeal a judgment against a protected person. | 4 |
| **When This Agreement Covers** | 4 |
| Bodily injury and property damage liability. | 4 |
| Personal injury liability. | 4 |
| Advertising injury liability. | 4 |
| Medical expenses. | 4 |
| **Where This Agreement Covers** | 5 |
| **Who Is Protected Under This Agreement** | 5 |
| Individual. | 5 |
| Partnership or joint venture. | 5 |
| Limited liability company. | 5 |
| Corporation or other organization. | 5 |
| Employees and volunteer workers. | 5 |
| Real estate managers. | 7 |
| Landlords. | 7 |
| Equipment lessors. | 7 |
| Operators of registered mobile equipment. | 7 |
| Newly acquired or formed organizations. | 7 |
| Separation of protected persons. | 7 |
| **Limits Of Coverage** | 8 |
| General total limit. | 8 |
| Products and completed work total limit. | 8 |
| Personal injury each person limit. | 9 |
| Advertising injury each person limit. | 9 |
| Each event limit. | 9 |
| How the limits of coverage apply to an extension of the policy period. | 9 |
| How the limits of coverage apply if a total limit is left blank. | 10 |
| **Exclusions - What This Agreement Won't Cover** | 10 |
| Advertising, broadcasting, publishing, or telecasting business. | 10 |
| Aircraft. | 10 |
| Auto. | 10 |
| Breach of contract. | 11 |
| Contract liability. | 11 |
| Control of property. | 13 |
| Damage to your products or completed work. | 13 |
| Deliberately breaking the law. | 14 |
| Employers liability. | 14 |
| Expected or intended bodily injury or property damage. | 14 |
| False material. | 14 |
| Impaired property. | 15 |
| Intellectual property. | 15 |
| Liquor liability. | 15 |
| Material previously made known. | 16 |
| Medical expenses of certain persons. | 16 |
| Mobile equipment. | 16 |
| Nuclear energy liability. | 17 |
| Pollution injury or damage. | 18 |
| Pollution work loss, cost, or expense. | 20 |
| Poor quality or performance. | 20 |
| Product recall. | 20 |
| Unnamed partnership, joint venture, or limited liability company. | 20 |
| Watercraft. | 21 |
| Workers compensation and other benefits laws. | 21 |
| Wrong price description. | 21 |
| **Other Insurance** | 21 |
| Other primary insurance. | 21 |
| Excess insurance. | 21 |
| Methods of sharing. | 22 |

## What This Agreement Covers

**Bodily injury and property damage liability.**
We'll pay amounts any protected person is legally required to pay as damages for covered bodily injury or property damage that:

**The St.Paul**

*It is for informational use only.    Do not attach this form to a policy.*

- happens while this agreement is in effect; and
- is caused by an event.

*Protected person* means any person or organization who qualifies as a protected person under the Who Is Protected Under This Agreement section.

*Bodily injury* means any physical harm, including sickness or disease, to the physical health of other persons. It includes any of the following that results at any time from such physical harm, sickness, or disease:

- Mental anguish, injury, or illness.
- Emotional distress.
- Care, loss of services, or death.

*Property damage* means:

- physical damage to tangible property of others, including all resulting loss of use of that property; or
- loss of use of tangible property of others that isn't physically damaged. For example:

  *One of your employees accidentally causes a fire in your premises. The fire department responds and orders nearby businesses to close for safety reasons while it fights the fire. Your premises is heavily damaged by the fire. But none of the nearby businesses are physically damaged. As a result, we'll consider the period of time those businesses are closed due to your fire to be loss of use of tangible property of others that isn't physically damaged.*

We'll consider all loss of use of:

- damaged tangible property to happen at the time of the physical damage which caused it; and
- undamaged tangible property to happen at the time of the event which caused it.

*Event* means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

**Personal injury liability.** We'll pay amounts any protected person is legally required to pay as damages for covered personal injury that:

- results from your business activities, other than advertising, broadcasting, publishing, or telecasting done by or for you; and
- is caused by a personal injury offense committed while this agreement is in effect.

*Personal injury* means injury, other than bodily injury or advertising injury, that's caused by a personal injury offense.

*Personal injury offense* means any of the following offenses:

- False arrest, detention, or imprisonment.
- Malicious prosecution.
- Wrongful entry into, or wrongful eviction from, a room, dwelling, or premises that a person occupies.
- Invasion of the right of private occupancy of a room, dwelling, or premises that a person occupies.
- Libel or slander.
- Making known to any person or organization written or spoken material that disparages the products, work, or completed work of others.
- Making known to any person or organization written or spoken material that violates a person's right of privacy.

*Advertising* means attracting the attention of others by any means for the purpose of seeking customers or increasing sales or business.

*Broadcasting* means transmitting any audio material by radio, or transmitting or televising any audio or visual material by television, for any purpose.

*Publishing* means creating and producing any material in an electronic or printed format for distribution or sale to others for any purpose.

But we won't consider creating and producing any of the following material in an electronic or printed format to be publishing:

- Correspondence written in the conduct of your business.
- Material that describes or reports your business activities, including bulletins, financial or annual reports, and newsletters.

©St.Paul Fire and Marine Insurance Co.1996 All Rights Reserved

P/P 00079

The **St.Paul**

*Do not attach this form to a policy.    It is for informational use only.*

*Telecasting* means transmitting or televising any audio or visual material by television for any purpose.

**Advertising injury liability.** We'll pay amounts any protected person is legally required to pay as damages for covered advertising injury that:

- results from the advertising of your products, work, or completed work; and
- is caused by an advertising injury offense committed while this agreement is in effect.

*Advertising injury* means injury, other than bodily injury or personal injury, that's caused by an advertising injury offense.

*Advertising injury offense* means any of the following offenses:

- Libel or slander.
- Making known to any person or organization written or spoken material that disparages the products, work, or completed work of others.
- Making known to any person or organization written or spoken material that violates a person's right of privacy.
- Unauthorized use of any advertising idea, material, slogan, style, or title of others in your advertising.

We explain what we mean by:

- advertising in the Personal injury liability section; and
- your products, your work, and your completed work, in the Products and completed work total limit section.

**Medical expenses.** We'll pay covered medical expenses that result from bodily injury caused by an event which happens while this agreement is in effect, even if the protected person isn't legally required to pay such expenses.

*Medical expenses* means the reasonable expenses incurred by any person or organization for necessary medical services received by a person anytime within one year of the beginning date of an event which causes that person to sustain bodily injury.

*Medical services* includes:

- first aid received at the time of an event;
- ambulance and emergency care services;
- dental, hospital, medical, nursing, surgical, x-ray, and other health care professional services;
- artificial limbs and organs; and
- funeral services.

**Right and duty to defend a protected person.** We'll have the right and duty to defend any protected person against a claim or suit for injury or damage covered by this agreement. We'll have such right and duty even if all of the allegations of the claim or suit are groundless, false, or fraudulent. But we won't have a duty to perform any other act or service.

We'll have the right to investigate any event, offense, claim, or suit to the extent that we believe is proper. We'll also have the right to settle any claim or suit within:

- any applicable deductible; or
- the available limits of coverage.

Our duty to defend protected persons ends when we have used up the limits of coverage that apply with the payment of:

- judgments;
- settlements;
- medical expenses; or
- indemnitee defense expenses assumed under contract.

We explain what we mean by indemnitee defense expenses assumed under contract, and when we'll pay such expenses, in the Contract liability exclusion.

*Claim* means a demand which seeks damages.

*Suit* means a civil proceeding which seeks damages. It includes:

- an arbitration proceeding for such damages to which the protected person must submit, or submits with our consent; and
- any other alternative dispute resolution proceeding for such damages to which the protected person submits with our consent.

*Injury or damage* means:

- bodily injury, personal injury, or advertising injury; or
- property damage.

---

**The St Paul**

*It is for informational use only.*

*Do not attach this form to a policy.*

*Offense* means any:

- personal injury offense; or
- advertising injury offense.

**Additional payments.** We'll have the duty to make only the additional payments shown below in connection with any claim or suit under this agreement against a protected person when we:

- investigate or settle the claim or suit; or
- defend the protected person against the claim or suit.

These payments are in addition to the limits of coverage.

Our duty to make additional payments ends when we have used up the limits of coverage that apply with the payment of:

- judgments;
- settlements;
- medical expenses; or
- indemnitee defense expenses assumed under contract.

We explain what we mean by indemnitee defense expenses assumed under contract, and when we'll pay such expenses, in the Contract liability exclusion.

*Our expenses.* We'll pay all expenses we incur.

*Bail bonds.* We'll pay up to $2,500 of the cost of bail bonds that are required because of accidents or violations of traffic laws. But only if the accidents or violations result from the use of a vehicle to which this agreement applies. We don't have to furnish such bonds.

*Bonds to release property.* We'll pay the cost of bonds to release property that's being used to secure a legal obligation. But only for bond amounts within the limit of coverage that applies. We don't have to furnish such bonds.

*Expenses incurred by protected persons.* We'll pay all reasonable expenses that any protected person incurs at our request while helping us investigate or settle, or defend a protected person against, a claim or suit. But we won't pay more than $500 per day for earnings actually lost by the protected person because of time taken off from work.

*Taxed costs.* We'll pay all costs taxed against any protected person in a suit.

*Prejudgment interest.* We'll pay the interest that accumulates before a judgment and is awarded against the protected person on that part of a judgment we pay. But if we make a settlement offer to pay the available limit of coverage, we won't pay the prejudgment interest that accumulates after the date of our offer.

*Postjudgment interest.* We'll pay all interest that accumulates on the full amount of that part of a judgment for which we make a payment. But only from the date of the judgment to the date we pay, or deposit in court, the limit of coverage that applies to the judgment.

**Right to appeal a judgment against a protected person.** We'll have the right to appeal a judgment awarded in a suit for injury or damage covered by this agreement if:

- we defend a protected person against the suit; and
- the judgment is awarded against that protected person.

If we appeal such a judgment, we'll pay all expenses which result directly from that appeal, including postjudgment interest and the cost of appeal bonds. Such appeal expenses are in addition to the limits of coverage. However, the results of an appeal won't change the limits of coverage that apply under this agreement.

## When This Agreement Covers

**Bodily injury and property damage liability.** We'll apply this agreement to claims or suits for covered bodily injury or property damage whenever they're made or brought.

**Personal injury liability.** We'll apply this agreement to claims or suits for covered personal injury whenever they're made or brought.

**Advertising injury liability.** We'll apply this agreement to claims or suits for covered advertising injury whenever they're made or brought.

**Medical expenses.** We'll apply this agreement to covered medical expenses only when

©St.Paul Fire and Marine Insurance Co.1996 All Rights Reserved

P/P 00081

The **St Paul**

*It is for informational use only.*

*Do not attach this form to a policy.*

they're reported to us within one year of the beginning date of the event.

## Where This Agreement Covers

We'll apply, and make payments under, this agreement:

- only in the coverage territory; and
- only for covered injury or damage that's caused by events or offenses which happen or are committed there.

However, we'll also apply, and make payments under, this agreement in the coverage territory for covered injury or damage that's caused by events or offenses which happen or are committed in the rest of the world if:

- the protected person's liability for such injury or damage is determined in a suit on the merits in the coverage territory, or in a settlement agreed to by us; and
- they result from the activities of a person whose home is in the coverage territory, but is away from there for a short time on your business; or
- they result from your products that are made or sold by you in the coverage territory.

For example:

*You manufacture a product in the coverage territory. It is exported to Norway. A few months later a Norwegian citizen is allegedly injured while using that product and, as a result, sues you. If the suit is brought against you in the coverage territory, and it seeks damages for bodily injury covered by this agreement, we'll have the duty to defend you against the suit and pay covered damages awarded in a judgment against you. However, if the suit is brought against you in Norway, or anywhere else outside of the coverage territory, we won't have a duty to defend you there. Also, we won't have a duty to pay a judgment awarded by a court there, even if the judgment is later recognized and enforced by a court in the coverage territory.*

*Coverage territory* means:

- the United States of America, including its territories and possessions;

- Puerto Rico;
- Canada; and
- international waters or airspace only during travel or transportation between any of the above places.

We explain what we mean by your products in the Products and completed work total limit section.

## Who Is Protected Under This Agreement

**Individual.** If you are shown in the Introduction as a named insured and an individual, you and your spouse are protected persons only for the conduct of a business of which you are the sole owner.

**Partnership or joint venture.** If you are shown in the Introduction as a named insured and a partnership or a joint venture, you are a protected person. Your partners or co-venturers, and their spouses, are protected persons only for the conduct of your business.

**Limited liability company.** If you are shown in the Introduction as a named insured and a limited liability company, you are a protected person. Your members are protected persons only for the conduct of your business. And your managers are protected persons only for their duties as your managers.

**Corporation or other organization.** If you are shown in the Introduction as a named insured and a corporation or an other organization, you are a protected person. Your directors and executive officers are protected persons only for the conduct of their duties as your directors or executive officers. And your stockholders are protected persons only for their liability as your stockholders.

*Other organization* means an organization other than a corporation, partnership, joint venture, or limited liability company.

*Executive officer* means any person holding an officer position created by the charter, constitution, or by-laws, or any other similar governing document, of a corporation or other organization.

**Employees and volunteer workers.** Your employees are protected persons only for:

---

**The St Paul**

*Do not attach this form to a policy.   It is for informational use only.*

- work done within the scope of their employment by you; or
- their performance of duties related to the conduct of your business.

And your volunteer workers are protected persons only for activities or work they conduct or perform:
- at your direction; and
- within the scope of their duties for you.

However, no employee or volunteer worker is a protected person for bodily injury or personal injury to:
- you;
- any of your partners or co-venturers if you are a partnership or joint venture;
- any of your members or managers if you are a limited liability company;
- any fellow employee;
- any fellow volunteer worker or any of your employees; or
- the spouse or any child, parent, brother, or sister of that employee or volunteer worker if such injury results from the bodily injury or personal injury to the fellow employee or volunteer worker.

Nor is any employee or volunteer worker a protected person for:
- any obligation to share damages with or repay someone else who must pay damages because of such bodily injury or personal injury; or
- bodily injury or personal injury that results from his or her performance of or failure to perform health care professional services.

Also, no employee or volunteer worker is a protected person for property damage to property that's controlled by:
- you;
- any of your partners or co-venturers if you are a partnership or joint venture;
- any of your members or managers if you are a limited liability company;
- that employee or any fellow employee; or
- that volunteer worker, any fellow volunteer worker, or any of your employees.

But we won't apply the exclusions in this Employees and volunteer workers section to:
- bodily injury that results from the providing of or failure to provide first aid

by an employee or volunteer worker, other than an employed or volunteer doctor; or
- premises damage.

Nor will we apply this Employees and volunteer workers section to the following protected persons:
- Your managers if you are a limited liability company. Instead, we'll apply the Limited liability company section to them.
- Your executive officers if you are a corporation or an other organization. Instead, we'll apply the Corporation or other organization section to them.

*Employee* includes a leased worker, other than a leased temporary worker.

*Leased worker* means any person who:
- is hired from an employee leasing firm under a contract or agreement between the hirer and that firm; and
- is performing duties related to the conduct of the hirer's business.

*Volunteer worker* means any person other than:
- an employee; or
- a leased temporary worker.

*Employee leasing firm* means any person or organization who hires out workers to others. It includes any:
- employment agency, contractor, or service;
- labor leasing firm; or
- temporary help service.

*Leased temporary worker* means a leased worker who is hired to:
- temporarily take the place of a permanent employee on leave; or
- meet seasonal or short-term workload conditions.

*Controlled by* means:
- owned, rented, leased, occupied, borrowed, or used by;
- in the care, custody, or control of; or
- being physically controlled for any purpose by.

*Health care professional services* includes:
- any dental, medical, mental, nursing, surgical, x-ray, or other health care

©St.Paul Fire and Marine Insurance Co.1996 All Rights Reserved

The**StPaul**

*It is for informational use only.*

*Do not attach this form to a policy.*

professional service, including any advice, instruction, food, or beverage provided with such service;

- the dispensing of drugs or medical or dental supplies and appliances; and
- the handling or treatment of corpses, including autopsies, organ donations, and other postmortem procedures.

We explain what we mean by premises damage in the Each event limit section.

**Real estate managers.** Your real estate managers are protected persons only for their management of premises that you own, or rent, lease, or borrow from others. They may be persons or organizations.

But we won't apply this Real estate managers section to your employees. Instead, we'll apply the Employees and volunteer workers section to them.

**Landlords.** Any landlord of a premises rented or leased to you is a protected person only for the ownership, maintenance, or use of the premises while you rent or lease it.

However, no landlord is a protected person for injury or damage that results from any of the following work while being done by or for the landlord:

- Structural changes.
- New construction work.
- Demolition work.

*Landlord* means the owner, lessor, or manager of a premises.

**Equipment lessors.** Any lessor of equipment rented or leased to you is a protected person only for your operation, maintenance, or use of the equipment while you rent or lease it.

However, no equipment lessor is a protected person for injury or damage that results from their sole negligence.

*Lessor* means the owner or lessor.

**Operators of registered mobile equipment.** All operators of registered mobile equipment are protected persons for their driving of such equipment on a public street or road with your permission.

Any person or organization legally responsible for the driving conduct of those operators is also a protected person. But only if there's no other valid and collectible insurance available to cover their liability for the operators.

However, no operator or any other person or organization is a protected person for:

- bodily injury to a fellow employee of the person driving the equipment; or
- property damage to property controlled by you or the employer of an operator who is a protected person.

*Registered mobile equipment* means mobile equipment that's registered in your name under a motor vehicle registration law.

We explain what we mean by:

- controlled by in the Employees and volunteer workers section; and
- mobile equipment in the Mobile equipment exclusion.

**Newly acquired or formed organizations.** Any organization, other than a partnership, joint venture, or limited liability company, that you acquire or form while this agreement is in effect is a protected person if you own more than 50% of it.

However, no newly acquired or formed organization is a protected person for:

- more than 90 days, or the remainder of the time this agreement is in effect, whichever is less, from the date that you acquire or form it, unless we agree that it should continue to be a protected person after the end of that period of time;
- bodily injury or property damage that happened before you acquired or formed it;
- personal injury or advertising injury that results from an offense committed before you acquired or formed it; or
- injury or damage that's covered by other similar general liability insurance.

**Separation of protected persons.** We'll apply this agreement separately to each protected person.

However, the limits of coverage shown in the Coverage Summary are shared by all protected persons. We explain how in the Limits Of Coverage section.