The St.Paul

*Nuclear reactor* means any device, equipment or machine that's designed or used to:
• sustain nuclear fission in a self-supporting chain reaction; or
• contain a critical mass of fissionable material.

*Uranium isotopes separation device or equipment* means any device or equipment designed or used for:
• separating the isotopes of uranium or plutonium;
• processing or utilizing spent nuclear fuel; or
• handling, processing or packaging nuclear waste.

*Special nuclear material device or equipment* means any device or equipment used for the processing or alloying of special nuclear material if the total amount of such material:
• is more than 25 grams of plutonium or uranium 233, or any combination of the two, or 250 grams of uranium 235; and
• is at any time in the custody of any protected person at the premises where the device or equipment is located.

*Nuclear waste site* means any structure, basin, excavation, premises or place prepared or used for the storage or disposal of nuclear waste.

*Nuclear waste* means any waste material that:
• contains by-product material; and
• results from the operation of any nuclear reactor or uranium isotopes separation device or equipment by any person or organization.

But we won't consider nuclear waste to include tailings or wastes that result from the extraction or concentration of uranium or thorium from any ore processed primarily for its source material content.

*Spent nuclear fuel* means any solid or liquid fuel element or component that has been exposed to radiation or used in a nuclear reactor.

**Pollution.** We won't cover bodily injury or property damage that results from pollution involving any pollutant, or any pollutant contained in any property, that's:

• being transported or towed by a covered auto;
• being loaded onto or unloaded from a covered auto;
• otherwise in the course of transit by or for any protected person; or
• being stored, disposed of, treated or processed in or on a covered auto.

For example:

*A covered auto carrying a cargo of chemicals skids off of a road and overturns. Several of the containers of chemicals are damaged during the accident and their contents leak out. Fumes from the spilled chemicals injure a motorist who stopped to help the truck driver. And a fire begins in a pool formed by the spilled chemicals and spreads to a nearby building, damaging its exterior. We won't cover any such bodily injury or property damage.*

However, we won't apply this exclusion to bodily injury or property damage that results from pollution caused by fuels, lubricants, fluids, exhaust gases or similar pollutants that:
• are needed for or result from the normal electrical, hydraulic or mechanical functioning of a covered auto, other than the operation of specialized equipment; and
• escape, seep or migrate, or are discharged, dispersed or released, directly from a part of the covered auto designed by it's manufacturer to hold, store, receive or dispose of such pollutants.

For example:

*One of your covered autos is a truck with a hydraulic system that leaks. We won't apply this exclusion to the bodily injury or property damage that may result from such pollution.*

Another example:

*One of your covered autos is a tow truck. It is involved in an accident with another vehicle. Your tow truck's gas tank is ruptured and leaks. We won't apply this exclusion to the bodily injury or property damage that may result from such pollution.*

Another example:

Page 8 of 10
©St.Paul Fire and Marine Insurance Co.1993 All Rights Reserved

*It is for informational use only. Do not attach this form to a policy.*

The St.Paul

*While being pulled by a covered auto, your compressor leaks gas. We won't apply this exclusion to the bodily injury or property damage that may result from such pollution. However, if the gas leakage occurred during the operation of the compressor, the resulting damage would not be covered because it results from the operation of specialized equipment.*

Nor will we apply this exclusion to bodily injury or property damage that results from pollution from property of others which:
* isn't in your care, custody or control;
* isn't being transported or towed by or for you; and
* is damaged by an accident due to the ownership, maintenance or use of a covered auto.

For example:

*A covered auto skids off of a road and hits a fuel storage tank owned by others. Several hundred gallons of fuel leak out and then explode into flames. The fire destroys a nearby building and injures two bystanders. We won't apply this exclusion to the bodily injury and property damage that results from such pollution.*

*Pollution*   means the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of any pollutant.

*Pollutant*   means any solid, liquid, gaseous or thermal irritant or contaminant, including:
* smoke, vapors, soot, fumes;
* acids, alkalis, chemicals; and
* waste.

*Waste*   includes materials to be recycled, reconditioned or reclaimed.

We explain what we mean by specialized equipment in the What This Agreement Covers section.

**Racing or demolition contest.** We won't cover bodily injury, property damage or pollution cost or expense that results from the use of a covered auto in any organized racing or demolition contest or stunting activity. This exclusion also applies to any practice or preparation for such contest or activity.

**Specialized equipment.** We won't cover bodily injury or property damage that results from the operation or use of any specialized equipment.

However, we won't apply this exclusion to bodily injury or property damage that results from specialized equipment while being carried or towed by a covered auto.

We explain what we mean by specialized equipment in the What This Agreement Covers section.

**Workers' compensation.** We won't cover any obligation that the protected person has under a workers' compensation, disability benefits or unemployment compensation law, or any similar law.

### Other Insurance

This agreement is primary insurance for covered autos you own and excess insurance for those you don't own.

However, when a covered trailer is connected to a covered auto, this agreement applies to the trailer in the same way as the covered auto. For example, if a trailer you own is connected to a covered auto you don't own, this agreement will be excess insurance for the trailer. If a trailer you don't own is connected to a covered auto you own, this agreement is primary insurance for the trailer.

Excess insurance applies after other collectible insurance has been used up.

This agreement is primary insurance for liability for covered bodily injury or property damage assumed under a covered contract.

We explain what we mean by covered contract in the Contract liability exclusion.

**Insurance provided by another insurer.** When insurance provided by another insurer applies to covered bodily injury or property damage that results from an accident on the same primary or excess basis as this agreement, we'll pay only our share of your accident. We'll pay the same proportion of such damages or pollution cost or

*It is for informational use only. Do not attach this form to a policy.*

The**StPaul**

*Do not attach this form to a policy.  It is for informational use only.*

expense that our limit is to the total of all applicable policy limits.  But we won't pay more than our limit.

**Insurance provided under another policy with us or any of our member insurance companies.** When this agreement and other insurance contained in a policy from us or another member insurance company of The St. Paul Group both apply to the same accident, the most we will pay is the highest limit of coverage that applies under any one policy.  When the other insurance written by us or the member insurance company is intended to be excess over this agreement, this section does not apply.

P/P  00137

Page 10 of 10
©St.Paul Fire and Marine Insurance Co.1993 All Rights Reserved

# ADDITIONAL PROTECTED PERSONS ENDORSEMENT– FOR AUTOS YOU'VE LEASED FROM OTHERS

The **St.Paul**

This endorsement changes your commercial auto insurance

## How Your Coverage Is Changed

The leased autos indicated below will be covered as if they are autos you own, not hired autos. But coverage on any leased auto will end:

- on the expiration date of the lease shown below;
- when the person or organization who leased the auto to you or their agent takes back the auto; or
- when this policy ends;

whichever happens first.

*Leased auto* means an auto, including any substitute or replacement auto, that you've leased under a written agreement, that requires you to provide direct primary insurance on the auto.

The Who Is Protected section of your Liability Agreement is changed by adding the following.

- The person or organization named below, from whom you've leased an auto, is protected.

The Who We'll Pay For Loss Section of your Auto Physical Damage Agreement includes the person or organization named below.

## Cancellation

The Cancellation section in the General Rules is changed by adding the following.

If we cancel your policy, we'll mail a notice of cancellation to the person or organization named from whom you lease an auto.

That person or organization isn't responsible for paying premiums for your insurance.

## Other Terms

All other terms of your policy remain the same.

---

**Person or organization**

ROLLINS LEASING CORP.
51 BOULDEN BOULEVARD
NEW CASTLE, DE 19720
AS RESPECTS FOR ALL VEHICLES HIRED, LEASED, OR
RENTED BY THE INSURED.

---

| Coverages | Limits of Coverage | Deductibles |
|---|---|---|
| *(Refer to the Auto Schedule)* | | |

| Leased Autos | Lease Expiration |
|---|---|
| | |

P/P 00138

---

| Name of Insured | Policy Number CK03800708 | Effective Date 05/01/01 |
|---|---|---|
| PACK & PROCESS, INC. | | Processing Date 05/23/01  10:05  001 |

44476 Ed. 4-91 Printed in U.S.A.
©St.Paul Fire and Marine Insurance Co. 1991 All Rights Reserved

Endorsement

Page 1 of 2

The **St.Paul**

**Leased Autos**                                                    **Lease Expiration**

P/P 00139

44476 Ed. 4-91 Printed in U.S.A.
Page 2 of 2              ©St.Paul Fire and Marine Insurance Co. 1991 All Rights Reserved

INTERNATIONAL AUTO DIC/EXCESS LIABILITY ENDORSEMENT                    The St.Paul

This endorsement changes your Auto Liability
Protection.

## How Coverage Is Changed

There are two changes to your Auto Liability
Protection which are explained below.  These
changes will apply only to non-owned and hired
autos as described under the Which Autos are
Covered section.

**1.** The following replaces the Where and When
We Cover section.

### Where And When We Cover

We cover accidents that take place anywhere in
the world while this agreement is in effect.

**2.** The following sections are added.

### Non–Admitted Jurisdiction – Indemnification

In jurisdictions where we may be prevented by
law or otherwise from:

•Paying amounts any protected person is
legally required to pay as damages for covered
injury or damage; or
•Investigating or defending suits brought
against any protected person for covered injury
or damage;
then the words "we'll pay amounts" are
changed to read "we'll indemnify you for
amounts."

In any case in which we elect not to investigate,
settle, or defend suits brought against any
protected person for covered injury or damage,
you, under our supervision, shall make or cause
to be made such investigation and defense as
may be reasonably necessary, and subject to
our prior authorization, will effect, to the extent
possible, such settlement or settlements we
agree are proper.  We will reimburse you for

the reasonable cost of such investigation,
defense, or settlement, in currency of the
United States of America, at the rate of
exchange prevailing on the date the injury or
damage is first reported to us.

### Local Compulsory Coverage

The coverage provided by this agreement will
not act as a substitute for any compulsory local
insurance.  You agree that you will maintain all
compulsory insurance in full force and effect at
limits required by law.  If you fail to comply
with compulsory insurance requirements, we
will only be liable to the same extent as if you
had complied with the compulsory insurance
requirements.

### Our Responsibility

It is understood that we are not an admitted or
authorized insurer outside the United States of
America, its territories and possessions, Puerto
Rico and Canada.  We assume no responsibility
for the furnishing of certificates of insurance,
or for compliance in any way with the laws of
other countries relating to liability insurance.

### Other Insurance

If there is other valid and collectable insurance
for injury or damage covered by this agreement,
this agreement will not apply to the extent that
the other insurance, whether on a primary,
excess, or contingent basis, is available to you.

### Other Terms

All other terms of your policy remain the same.

**P/P 00140**

# UNINSURED AND UNDERINSURED MOTORISTS PROTECTION
## DELAWARE

The St.Paul

We've designed this agreement to cover damages for bodily injury and property damage caused by an accident which the named insured or anyone else covered under this agreement are legally entitled to collect from the driver or owner of an uninsured or underinsured vehicle.

This agreement provides protection for covered autos licensed or mainly garaged in Delaware.

| Table of Contents | Page |
|---|---|
| What This Agreement Covers | 1 |
| Which Autos Are Covered | 2 |
| Scheduled autos. | 2 |
| Autos the named insured acquires after this agreement goes into effect. | 2 |
| Any owned auto. | 3 |
| When This Agreement Covers | 3 |
| Where This Agreement Covers | 3 |
| Who Is Protected Under This Agreement | 3 |
| Individual. | 3 |
| Partnership, limited liability company, organization. | 3 |
| Anyone else in a covered auto. | 3 |
| Anyone entitled to collect damages. | 3 |
| Separation of protected persons. | 3 |
| Limits Of Coverage | 3 |
| Limitations on amounts payable. | 4 |
| Exclusions — Claims We Won't Cover | 4 |
| Unauthorized use. | 4 |
| Worker's compensation. | 4 |
| Actions taken without our consent. | 4 |
| Property insurers. | 4 |
| Property of protected persons. | 4 |
| Other Insurance | 4 |
| Changes In General Rules | 5 |
| Recovering Damages From A Third Party | 5 |
| Arbitration | 5 |
| What To Do If You Have A Loss | 5 |

## What This Agreement Covers

We'll pay damages the named insured and other persons protected under this agreement are legally entitled to collect from the owner or driver of an uninsured or underinsured vehicle if the damages result from an accident that causes:

• bodily injury to the protected person; or

• property damage.

However, we'll only pay these damages when the owner's or driver's liability results from owning, maintaining, or using the uninsured or underinsured vehicle.

*Bodily injury* means any physical harm, including sickness or disease, to the physical health of other persons. It includes any of the following that results at any time from such physical harm, sickness or disease:

• Mental anguish, injury, or illness.

• Emotional distress.

• Care, loss of services, or death.

*Accident* means any event that results in bodily injury that the protected person didn't expect or intend to happen.

*Property damage* means:

• physical damage to tangible property of others, including loss of use of such property; or

• loss of use of tangible property of others that isn't physically damaged.

We'll consider all loss of use of tangible property to happen at the time of the accident which caused it.

*An uninsured vehicle* is a land motor vehicle or trailer:

• for which there is no liability insurance policy or bond at the time of an accident that provides the minimum amounts of coverage required by law where the auto is mainly garaged.

• for which an insurance or bonding company legally denies coverage or becomes insolvent.

P/P 00141

The **St.Paul**

• which is a hit and run vehicle.

*A hit and run vehicle* is a land motor vehicle or trailer that causes injury or damage to a protected person and the owner or driver cannot be identified. We'll cover such bodily injury or property damage whether or not the vehicle actually hits a protected person, a covered auto or an auto a protected person is in. If there's no physical contact, we'll accept only competent evidence to verify the accident other than testimony of any person having a claim under this or any similar coverage as a result of the accident.

*An underinsured vehicle* is a land motor vehicle for which the total of all liability policies or bonds at the time of an accident provides the minimum amounts of coverage required by law where a vehicle is mainly garaged. But the total of these policies or bonds is less than the limit of coverage provided by this agreement.

However, we won't consider the following to be uninsured vehicles or underinsured vehicles:

• vehicles designed for use mainly off public roads;

• vehicles that are operated by any self-insurer under any applicable motor vehicle law; or

• vehicles that are owned by any unit of government.

An underinsured vehicle will not be considered an uninsured vehicle.

### Which Autos Are Covered

The Coverage Summary shows which autos are covered under this agreement.

*Auto* means any land motor vehicle, trailer or semi-trailer designed for travel on public streets or roads. It includes:

• any permanently attached machinery or equipment; and

• any mobile equipment only while it's being carried or towed by a covered auto.

*Mobile equipment* means any land vehicle that:

• is designed for use primarily off public streets or roads;

• is kept for use only on or next to premises the named insured owns, rents, or leases;

• travels on crawler treads;

• is kept primarily for the ready movement of permanently attached construction equipment; or

• doesn't travel under its own power and is kept primarily for the ready movement of permanently attached specialized equipment.

Mobile equipment includes any land vehicle not described above that's kept primarily for purposes other than carrying people or cargo. But we won't consider such a vehicle to be mobile equipment if it:

• travels under its own power;

• is operated like an auto during travel on a public street or road; and

• has permanently attached specialized equipment; or

• has permanently attached equipment designed for snow removal, street cleaning, or street or road maintenance – but not construction or resurfacing.

*Construction equipment* includes any grader, scraper, roller, power crane, shovel, loader, digger, or drill.

*Specialized equipment* means any:

• cherry picker or similar device used to lift workers;

• pump, generator or air compressor; or

• other equipment, such as building cleaning, geophysical exploration, lighting, spraying, welding or well-servicing equipment, that has a built-in pump, generator or air compressor.

**Scheduled autos.** If this is shown in the Coverage Summary, the autos listed in the Schedule are the covered autos at the time the agreement goes into effect.

*Autos* are cars, trucks, trailers or semi-trailers and other land vehicles designed for travel on public roads, but not mobile equipment.

**Autos the named insured acquires after this agreement goes into effect.**

*Replacement autos.* The named insured can replace any auto on the Auto Schedule and

P/P 00142

Includes copyrighted material of Insurance Services Office, Inc. with its permission.
 ©St.Paul Fire and Marine Insurance Co.2001 All Rights Reserved

The St Paul

we'll automatically cover its replacement for the same insurance. However, the named insured must tell us within 30 days after acquiring such autos that coverage is requested.

*Newly acquired autos.* If we cover all of the named insured's owned autos, any additional autos the named insured acquires are also covered. However, the named insured must tell us within 30 days after acquiring such autos that coverage is requested.

**Any owned auto.** If this is shown in the Coverage Summary, we'll cover any auto that the named insured owns.

## When This Agreement Covers

We'll apply this agreement to damages for covered bodily injury while this agreement is in effect.

## Where This Agreement Covers

We'll cover damages only in the coverage territory for covered bodily injury that's caused by accidents which happen there.

*Coverage territory* means the United States of America, its territories and possessions, Puerto Rico, and Canada. It includes international waters or airspace while a covered auto is being transported between any of the above places.

## Who Is Protected Under This Agreement

**Individual.** If the named insured is shown in the Introduction as an individual, the named insured and family members are protected persons.

*Family members* means persons who are related to an individual named insured by blood, marriage or adoption and live in such named insured's home. A ward or foster child who lives with the named insured is also considered to be a family member.

**Partnership, limited liability company, organization.** If the named insured is shown in the Introduction as a partnership, limited liability company, organization, or any other form of

organization, then the following are protected persons:

- Anyone in a covered auto or temporary substitute for a covered auto; and
- Anyone for damages he or she is entitled to recover because of bodily injury to another protected person.

**Anyone else in a covered auto.** Anyone else while in an auto that's a covered auto or a temporary substitute auto is protected.

*In an auto* includes on the auto, getting in or out or off of it.

*Temporary substitute auto* means an auto used in place of a covered auto because:

- it was lost or destroyed;
- it broke down; or
- it's being serviced or repaired.

**Anyone entitled to collect damages.** We'll also cover anyone entitled to collect damages for bodily injury suffered by another protected person.

**Separation of protected persons.** This agreement applies:

- to each protected person named in the Introduction as if that protected person was the only one named there; and
- separately to each other protected person.

However, the limits of coverage shown in the Coverage Summary are shared by all protected persons. We explain how in the Limits Of Coverage section. Also, any right or duty specifically assigned to the first named insured remains unchanged. We explain those rights and duties in the General Rules, which is a part of the named insured's policy.

## Limits Of Coverage                    P/P 00143

We'll consider all injury and damage caused by continuous or repeated exposure to basically the same conditions to be the result of one accident.

Regardless of the number of covered autos, protected persons, premiums paid, claims made, or vehicles involved in an accident, the most we'll pay for all covered bodily injury or property damage sustained in any one accident will be the limit of coverage

---

Includes copyrighted material of Insurance Services Office, Inc. with its permission.
©St.Paul Fire and Marine Insurance Co.2001 All Rights Reserved

**The St.Paul**

shown in the Coverage Summary. We'll apply this limit to provide the separate limits required by the Uninsured Motorists Law of the State Of Delaware for:

- bodily injury to each person .
- bodily injury in one accident.
- property damage in one accident.

Here's an explanation of how these limits apply.

*Bodily injury to each person limit.* This is the most we'll pay for bodily injury to one person arising out of an accident. This includes damages for care, loss of services or death that results from covered injury.

*Bodily injury in one accident limit.* This is the most we'll pay for all bodily injury claims to all persons that result from any one accident. This includes damages for care, loss of services or death that results from covered injury.

*Property damage in one accident limit.* This is the most we'll pay for all property damage claims that result from any one accident.

**Limitations on amounts payable.** No one will be entitled to be paid more than once for the same loss from coverage under this agreement and also any other insuring agreement.

We won't make a payment under this agreement to the extent that payment has also been made to a protected person by or for someone who is legally responsible for the damages.

We won't pay for any part of damages for which a protected person is also entitled to be paid under any workers compensation, disability benefit, or similar law.

We won't pay for a loss that is paid or payable under this policy's Auto Physical Damage Protection.

We'll pay after the limits of coverage under any liability bonds or policies have been used up by payment of judgments or settlements.

We have no obligation to pay if a suit is brought without our written consent.

## Exclusions – Claims We Won't Cover

**Unauthorized use.** We won't pay any claims that result if someone uses an auto without having a reasonable belief that he or she is entitled to use it.

**Worker's compensation.** We won't pay any claims for the direct or indirect benefit of another insurance company or self insurer because of worker's compensation, disability benefits or similar laws.

**Actions taken without our consent.** For accidents involving uninsured motorists, we won't cover any claim that is settled without our consent if the settlement affects our right to recover damages from someone who is legally responsible.

But this exclusion only applies to claims involving autos that we describe under this agreement as "uninsured vehicles."

**Property insurers.** We won't pay any claims for the direct or indirect benefit of any insurer of property.

**Property of protected persons.** We won't cover the first $250 of the amount of property damage to the property of each protected person as a result of any one accident.

## Other Insurance

When other insurance that also covers damages for bodily injury applies, the following rules will be followed.

This agreement provides excess insurance for autos the named insured doesn't own that also have primary coverage. Excess insurance applies after other collectible uninsured and underinsured motorists insurance has been used up.

When this agreement and other collectible uninsured or underinsured motorists insurance apply to a loss on the same primary or excess basis, we'll pay that portion of the loss equal to what our limit of coverage bears to the total available limits.

P/P 00144

44026 Rev. 2-01 Printed in U.S.A.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.
Page 4 of 5                    ©St.Paul Fire and Marine Insurance Co.2001 All Rights Reserved

The St.Paul

## Changes In General Rules

### Recovering Damages From A Third Party

The Recovering Damages From A Third Party Section of the General Rules is replaced by the following. But only for this agreement.

If we make a payment, we are entitled to recover what we paid from others up to the amount of coverage required by the Delaware financial responsibility law. Any person we pay must transfer his or her right to recover from others over to us. The person must do everything possible to preserve those rights.

If we make a payment under this agreement and a protected person recovers all or part of the damages from someone else, he or she must hold the amount recovered in trust for us and return to us the amount we have paid.

### Arbitration

The Appraisal Of Property Disputes section of the General Rules is replaced by the following. But only for this agreement.

If we or any protected person do not agree:

- whether that person is legally entitled to collect damages from the owner or driver of an underinsured vehicle; or
- the amount of damages;

then the matter may be arbitrated. However, disputes concerning coverage under this agreement are not subject to arbitration.

Both parties must agree to arbitration. If so agreed, each of us will choose one arbitrator. These two arbitrators will choose a third. If they can't agree on a third arbitrator within 30 days, either arbitrator can request a judge or a court in the state where the arbitration is to be held to select the third. We and the protected person will each pay our expenses and share the expenses of the third arbitrator equally.

Unless we both agree otherwise, arbitration will take place in the county where the protected person lives. Local law will apply to evidence and arbitration procedures. A decision agreed to by two of the arbitrators will be binding.

### What To Do If You Have A Loss

The "Someone Is Injured Or Something Happens Which Can Result In A Liability Claim" section is changed by adding the following.

Promptly notify the police if an unidentified driver hits the named insured or another protected person and promptly send us copies of any legal papers if a suit is brought.

P/P 00145

44026 Rev. 2-01 Printed in U.S.A.                    Insuring Agreement                    Page 5 of 5
Includes copyrighted material of Insurance Services Office, Inc. with its permission.
©St.Paul Fire and Marine Insurance Co.2001 All Rights Reserved

UNINSURED AND UNDERINSURED MOTORISTS PROTECTION -
MARYLAND                                                          The **StPaul**

We've designed this agreement to cover
damages for bodily injury and property
damage caused by an accident which you or
anyone else covered under this agreement are
legally entitled to collect from the driver or
owner of an uninsured or underinsured
vehicle.

This agreement provides coverage for
covered autos licensed or mainly garaged in
Maryland.

| Table of Contents | Page |
|---|---|
| What This Agreement Covers | 1 |
| Which Autos Are Covered | 2 |
| Scheduled autos. | 2 |
| Any owned auto. | 2 |
| Autos required by law to be covered. | 2 |
| When This Agreement Covers | 3 |
| Where This Agreement Covers | 3 |
| Who Is Protected Under This Agreement | 3 |
| Individual. | 3 |
| Anyone else in a covered auto. | 3 |
| Anyone entitled to collect damages. | 3 |
| Separation of protected persons. | 3 |
| Limits Of Coverage | 3 |
| Single limit. | 3 |
| Split limits. | 3 |
| Limitations on amounts payable. | 4 |
| Exclusions - Claims We Won't Cover | 4 |
| Worker's compensation. | 4 |
| Property insurers. | 4 |
| The First $250 of loss. | 4 |
| Other autos. | 4 |
| Property damage - other autos. | 4 |
| Other Insurance | 4 |
| Changes In General Rules | 5 |
| Recovering damages from a third party. | 5 |
| What To Do If You Have A Loss | 5 |

## What This Agreement Covers

We'll pay compensatory damages you and
other persons protected under this agreement
are legally entitled to collect from the
owner or driver of an uninsured or
underinsured vehicle if the damages result
from an accident that causes:

- bodily injury to the protected person; or
- property damage.

However, we'll only pay these damages
when the owner's or driver's liability results
from owning, maintaining or using the
uninsured or underinsured vehicle.

*Bodily injury* means any physical harm,
including sickness or disease, to the
physical health of other persons. It includes
any of the following that results at any time
from such physical harm, sickness or
disease:

- Mental anguish, injury or illness.
- Emotional distress.
- Care, loss of services, or death.

*Property damage* means:

- physical damage to tangible property of
others, including loss of use of such
property; or
- loss of use of tangible property of others
that isn't physically damaged.

We'll consider all loss of use of tangible
property to happen at the time of the
accident which caused it.

*Accident* means any event that results in
bodily injury that the protected person didn't
expect or intend to happen.

*An uninsured vehicle* is a land motor
vehicle or trailer:

- for which there is no liability insurance
policy or other form of security that's
accepted by the Motor Vehicle
Administrator at the time of an accident
that provides the minimum amounts of
coverage required by the financial
responsibility law of Maryland;
- for which an insurance or bonding
company legally denies coverage or
becomes insolvent.
- which is a hit and run vehicle.

**P/P 00146**

The **StPaul**

*A hit and run vehicle* is a land motor vehicle or trailer that causes injury or damage to a protected person and the owner or driver cannot be identified. The vehicle must either hit a protected person, a covered auto, or an auto the protected person is in, or it must cause an accident that results in injury to a protected person.

*An underinsured vehicle* is a land motor vehicle or trailer for which the total of all liability policies or bonds at the time of an accident provides the minimum amounts of coverage required by the financial responsibility law of Maryland. But the total of these policies or bonds is less than the limit of coverage provided by this agreement.

However, we won't consider vehicles designed for use mainly off public roads to be uninsured or underinsured vehicles.

## Which Autos Are Covered

The Coverage Summary shows which autos are covered under this agreement.

*Auto* means any land motor vehicle, trailer or semi-trailer designed for travel on public streets or roads. It includes:

- any permanently attached machinery or equipment; and
- any mobile equipment only while it's being carried or towed by a covered auto.

*Mobile equipment* means any land vehicle that:

- is designed for use primarily off public streets or roads;
- is kept for use only on or next to premises you own, rent or lease;
- travels on crawler treads;
- is kept primarily for the ready movement of permanently attached construction equipment; or
- doesn't travel under its own power and is kept primarily for the ready movement of permanently attached specialized equipment.

Mobile equipment includes any land vehicle not described above that's kept primarily for purposes other than carrying people or cargo. But we won't consider such a vehicle to be mobile equipment if it:

- travels under its own power;
- is operated like an auto during travel on a public street or road; and
- has permanently attached specialized equipment; or
- has permanently attached equipment designed for snow removal, street cleaning, or street or road maintenance – but not construction or resurfacing.

*Construction equipment* includes any grader, scraper, roller, power crane, shovel, loader, digger, or drill.

*Specialized equipment* means any:

- cherry picker or similar device used to lift workers;
- pump, generator or air compressor; or
- other equipment, such as building cleaning, geophysical exploration, lighting, spraying, welding or well-servicing equipment, that has a built-in pump, generator or air compressor.

**Scheduled autos.** If this is shown in the Coverage Summary, the autos listed in the Schedule are the covered autos at the time the agreement goes into effect.

*Autos you acquire after this agreement goes into effect.*

- Replacement autos.
  You can replace any auto on the Auto Schedule and we'll automatically cover its replacement for the same insurance. However, you must tell us within 30 days after you acquire such autos that you want us to cover them.
- Newly acquired autos.
  If we cover all of your owned autos, any additional autos you acquire are also covered. However, you must tell us within 30 days after you acquire such autos that you want us to cover them.

**Any owned auto.** If this is shown in the Coverage Summary, we'll cover any auto that you own.

**Autos required by law to be covered.** If this is shown in the Coverage Summary, all autos you own for which the state requires you to provide Uninsured and Underinsured

©St.Paul Fire and Marine Insurance Co.1999 All Rights Reserved    P/P 00147

The St Paul

Motorists Coverage will be considered covered autos.

## When This Agreement Covers

We'll apply this agreement to damages for covered bodily injury or property damage while this agreement is in effect.

## Where This Agreement Covers

We'll cover damages only in the coverage territory for covered bodily injury or property damage that's caused by accidents which happen there.

*Coverage territory* means the United States of America, its territories and possessions, Puerto Rico and Canada. It includes international waters or airspace while a covered auto is being transported between any of the above places.

## Who Is Protected Under This Agreement

**Individual.** You are protected. Also, if you are named in the Introduction as an individual, you and your Family members are protected persons.

*Family members* means persons who are related to you by blood, marriage or adoption and live in your home. A ward or foster child who lives with you is also considered to be a family member.

**Anyone else in a covered auto.** Anyone else while in an auto that's a covered auto or a temporary substitute auto is protected.

*In an auto* includes on the auto, getting in or out or off of it.

*Temporary substitute auto* means an auto used in place of a covered auto because:

- it was lost or destroyed;
- it broke down; or
- it's being serviced or repaired.

**Anyone entitled to collect damages.** We'll also cover anyone entitled to collect damages for bodily injury suffered by another protected person.

**Separation of protected persons.** This agreement applies:

- to each protected person named in the Introduction as if that protected person was the only one named there; and
- separately to each other protected person.

However, the limits of coverage shown in the Coverage Summary are shared by all protected persons. We explain how in the Limits Of Coverage section. Also, any right or duty specifically assigned to the first Named Insured remains unchanged. We explain those rights and duties in the General Rules, which is a part of your policy.

## Limits Of Coverage

We'll consider all injury and damage caused by continuous or repeated exposure to basically the same conditions to be the result of one accident. Coverage under this agreement may be subject to a single limit or to split limits, depending on which is shown in the Coverage Summary.

**Single limit.** If a single limit is shown, it is the most we'll pay for all damages resulting from bodily injury or property damage caused by any one accident. This limit applies no matter how many covered autos or protected persons are involved or how many claims are made, premiums are paid, or vehicles are involved in an accident.

**Split limits.** If split limits are shown, three limits apply to the amount we'll pay. These limits apply no matter how many covered autos or protected persons are involved or how many claims are made, premiums are paid, or vehicles are involved in an accident.

- Bodily injury to each person limit.
- Bodily injury in one accident limit.
- Property damage in one accident limit.

Here's an explanation of how these limits apply.

*Bodily injury to each person limit.* This is the most we'll pay for bodily injury to one person arising out of an accident. This includes damages for care, loss of services or death that results from covered injury.

**P/P 00148**

The**StPaul**

*Bodily injury in one accident limit.* This is the most we'll pay for all bodily injury claims that result from any one accident. This includes damages for care, loss of services or death that results from covered injury.

*Property damage in one accident limit.* This is the most we'll pay for all property damage claims that result from any one accident.

**Limitations on amounts payable.** No one will be entitled to be paid more than once for the same loss from coverage under this agreement and also any other insuring agreement.

We will not make a payment under this agreement to the extent that payment has also been made to a protected person by or for someone who is legally responsible for the damages.

We will not pay for any part of damages for which a protected person is also entitled to be paid under any workers compensation, disability benefit, or similar law.

We will not pay for a loss that is paid or payable under this policy's Auto Physical Damage Protection.

When our limit of coverage is more than what is required by the financial responsibility law of Maryland, our payment for damages begins only after:

- all other liability policies and bonds have been used up by judgments or settlements; or
- a tentative settlement has been reached between a protected person and the insurer of an underinsured vehicle; and
- we have been notified, in writing, by certified mail, of a tentative settlement between a protected person and the insurer of the uninsured vehicle.; and
- we have been allowed to send to the protected person, within 60 days after the receipt of notification of the tentative settlement, a written refusal to accept that settlement; and
- we have been allowed to advance payment to the protected person in an amount equal to that tentative settlement within 30 days after we send our written refusal.

We have no obligation to pay if a suit is brought without our written consent. But this doesn't apply if we had received reasonable notice that a suit was pending, and had a reasonable opportunity to protect our interests.

As we explain in the Exclusions - Claims We Won't Cover section, you are responsible for the first $250 of bodily injury or property damage loss in each accident.

## Exclusions - Claims We Won't Cover

**Worker's compensation.** We won't pay any claims for the direct or indirect benefit of another insurance company or self insurer because of worker's compensation, disability benefits or similar laws.

**Property insurers.** We won't pay any claims for the direct or indirect benefit of any insurer of property.

**The first $250 of loss.** We won't cover the first $250 of bodily injury or property damage that occurs in any one accident. You will be responsible for that amount in each accident.

**Other autos.** We won't cover:
- bodily injury to you if you are injured in or struck by an auto you own which is not a covered auto under this agreement;
- bodily injury to any family member who is injured in or struck by an auto the family member owns which is not a covered auto under this agreement; or
- bodily injury to any family member who is injured in or struck by an auto you own which is not a covered auto under this agreement,

**Property damage - other autos.** We won't cover damage to property owned by a protected person that's in or struck by an auto the protected person owns if that auto isn't a covered auto.

## Other Insurance

For any covered auto you own, this agreement provides primary insurance. However, when used with Garagekeepers Liability Protection, this agreement will be

©St.Paul Fire and Marine Insurance Co.1999 All Rights Reserved
P/P 00149

The **St.Paul**

secondary over any other collectible insurance available to your customers while a covered auto you own is being used as a replacement vehicle.

For any covered auto you don't own, the insurance provided by this agreement is excess over any other collectible primary uninsured motorists coverage but only to the extent that the limit of coverage under this agreement exceeds the limit of such other collectible primary uninsured motorists insurance.

If this agreement and any other coverage form or policy providing similar insurance apply to the same accident, the maximum limit of insurance under all Coverage Forms or policies will be the highest applicable limit of insurance under any one coverage form or policy.

When this agreement and other collectible uninsured or underinsured motorists insurance apply to a loss on the same primary or excess basis, we'll pay that portion of the loss equal to what our limit of coverage bears to the total available limits.

*Replacement vehicle* means a vehicle that is loaned by or rented from an auto repair facility or dealer to use while a vehicle owned by your customer is not in use because of its breakdown, repair, servicing, or damage.

## Changes In General Rules

**Recovering damages from a third party.**
The Recovering Damages From A Third Party Section of the General Rules is replaced by the following. But only for this agreement.

If we make a payment under this agreement and a protected person recovers all or part of the damages from someone else, he or she must hold the amount recovered in trust for us and return to us the amount we have paid.

But these rights won't apply if we:

• have been given prompt notice, in writing, by certified mail, of a tentative settlement between a protected person and the insurer of the uninsured vehicle.; and

• have been allowed to send to the protected person, within 60 days after the receipt of notification of the tentative settlement, a written refusal to accept that settlement; and

• have advanced payment to the protected person in an amount equal to that tentative settlement within 30 days after we send our written refusal.

If we do advance such payment, it will be separate from any other amounts that a protected person is entitled to recover from insurance provided by this agreement. We have a right to recover what we have paid, and our rights of recovery apply as stated above.

## What To Do If You Have A Loss

The When This Policy Provides Liability Protection section is changed by adding the following.

• You must promptly notify the police if an unidentified driver hits you or another protected person.

• You must promptly send us copies of any legal papers if a suit is brought.

• You must promptly notify us in writing, by certified mail, of a tentative settlement between a protected person and the insurer of the uninsured vehicle.; and

• You must allow us to send to the protected person, within 60 days after the receipt of notification of the tentative settlement, a written refusal to accept that settlement; and

• You must allow us to advance payment to the protected person in an amount equal to that tentative settlement within 30 days after we send our written refusal.

P/P 00150

**UNINSURED AND UNDERINSURED MOTORISTS PUNITIVE DAMAGES EXCLUSION ENDORSEMENT**

The**StPaul**

This endorsement changes your Uninsured And Underinsured Motorists Protection.

**How Coverage Is Changed**

The following exclusion is added to your Uninsured or Underinsured Motorists Agreement.

**Punitive damages.** We won't cover punitive damages. This includes damages that are awarded by a court which exceed the actual damages that result, but are meant to be a punishment or to set an example.

**Other Terms**

All other terms of your policy remain the same.

P/P 00151

*It is for informational use only.*

*Do not attach this form to a policy.*

DELAWARE NO-FAULT AUTO PROTECTION

The **St.Paul**

We've designed this agreement to provide No-Fault Auto Insurance to comply with Delaware law.

This agreement pertains to covered autos licensed or mainly garaged n Delaware.

| Table of Contents | Page |
| --- | --- |
| What This Agreement Covers | 1 |
| Personal Protection | 1 |
| Medical Expenses | 1 |
| Funeral Expenses | 2 |
| Loss of Income | 2 |
| Essential Services | 2 |
| Limit Of Coverage For Personal Protection | 2 |
| Where This Agreement Covers | 2 |
| When This Agreement Covers | 2 |
| Who Is Protected Under This Agreement | 2 |
| Exclusions-Losses Not Covered For Personal Protection | 3 |
| Option For Added Personal Protection | 3 |
| Property Protection | 3 |
| Exclusions-Losses Not Covered For Property Protection | 4 |
| Changes In What To Do If You Have A Loss | 4 |
| Changes In General Rules | 4 |
| Arbitration For No-Fault | 4 |
| Other Insurance | 5 |

## What This Agreement Covers

No-Fault insurance allows the people covered by this agreement to recover directly from us for covered losses resulting from auto accidents. They don't have to go through lawsuits and trials because recovery doesn't depend on who was at fault in the accident.

*Auto* means any self propelled land motor vehicle or any trailer or semi trailer that's designed for use on public roads to transport people or property. But not vehicles that are powered by people or animals or travel on fixed tracks.

*Accident* means any event that results in bodily injury or property damage that the protected person didn't expect or intend to happen.

## Personal Protection

We'll pay up to the limit of coverage shown in the Optional No-Fault Coverage Summary for the following kinds of expenses that result when a protected person suffers bodily injury caused by an accident involving an auto:

• Medical Expenses;

• Funeral Expenses;

• Loss of Income;

• Essential Services; .

*Bodily injury* means any physical harm to a person's body, including sickness, disease or death resulting from the harm.
These expenses must be incurred within 2 years after the accident happens.
The next sections describe these benefits.

## Medical Expenses

All reasonable charges for necessary medical expenses due to bodily injury for each injured protected person.
For example:

◆ medical;

◆ surgical;

◆ x-ray;

◆ optical;

◆ dental; or

◆ hospital and nursing.

P/P 00152

**The St.Paul**

We'll also pay for care and treatment that's given to comply with recognized religious methods of healing.

**Funeral Expenses**

Up to $5,000 each person for reasonable charges of funeral and burial services.

**Loss of Income**

Loss of income to each injured protected person.

*Loss of income* means the amount of salary, wages or commissions, after taxes a protected person normally earns by employment while alive that is actually lost due to a covered injury.

**Essential Services**

The cost of substituting essential services for each injured protected person.

*Essential services* mean those tasks that a protected person would have done without pay for themselves or their dependents.

**Limit Of Coverage For Personal Protection**

Your Personal Protection benefits may be subject to a single limit or split limits depending on which is shown in the Optional No-Fault Coverage Summary. But the most we'll pay for Funeral Expenses is $5000 for each person.

**Single limit.** If a single limit is shown, it is the most we'll pay for all claims resulting from one accident. The basic single limit is $30,000. This limit applies no matter how many covered autos, protected persons, claims are involved, or premiums are paid. But our payments will comply with any split limits required by law.

**Split limit.** If split limits are shown, two limits apply to the amount we'll pay. These limits apply no matter how many covered autos, protected persons, or claims are involved, or premiums are paid.

*Bodily injury to each person limit.* This is the most we'll pay for injury to one

protected person resulting from one accident. The basic limit is $15,000.

*Bodily injury to each accident limit.* This is the most we'll pay for injury to two or more protected persons resulting from one accident. The basic limit is $30,000.

**Personal protection deductible.** If a deductible applies to your personal protection, the Optional No-Fault Coverage Summary will show the amount. It will also show whether it applies to you only or to you and members of your household. You'll be responsible for that amount. This deductible will be subtracted from what we'll pay for the total of all covered claims that result from any one accident. Also, our limit of coverage is reduced by the same amount.

**Where This Agreement Covers**

Personal Protection provided by this agreement, other than Property Protection, applies in the coverage territory. Property Protection applies only to accidents that happen in Delaware.

*Coverage territory* means anywhere in the United States of America, it's territories or possessions, and Canada.

**When This Agreement Covers**

Personal Protection provided by this agreement applies only while this agreement is in effect.

**Who Is Protected Under This Agreement**

- You
- A family member.

*A family member* is any person in your immediate family who doesn't have a separate household. Also anyone financially dependent on you who lives with you.

- Anyone else injured in a covered auto.
- Any pedestrian struck by a covered auto.

*Pedestrian* means anyone who isn't in an auto.

The**St.Paul**

*In an auto* means in or on the auto, getting into, out of, or off of it.

*Covered autos* are autos that you own, that are covered by this policy's auto liability protection, and are registered in the State of Delaware.

### Exclusions-Losses Not Covered For Personal Protection

**Other autos.** We won't cover injury to you or a family member while in or struck by an auto that is owned by or regularly used by you or a family member if it is not a covered auto.

Also, we won't cover injury to you or a family member while in or struck by any other auto that's subject to the Delaware Motorists Protection Act if it isn't a covered auto.

**Public transport.** We won't cover injury to anyone while in or struck by a public auto transporting passengers unless it's a covered auto.

However, we won't apply this exclusion to amounts up to the limits of liability required by the Financial Responsibility law of Delaware.

**Auto used as a residence.** We won't cover anyone who is injured while in an auto that's located for use as a residence or other type of premises.

**Intentional acts.** We won't cover protected persons who have injured themselves or anyone else intentionally.

**Using an auto without permission.** We won't cover anyone who is injured while using a covered auto without your permission.

**Committing a felony.** We won't cover anyone injured in an accident while they're committing a felony.

**Accidents outside Delaware.** We won't cover a pedestrian other than you or a family member if the accident happens outside of the state of Delaware.

**Nuclear energy.** We won't cover injury resulting from radioactive, toxic, explosive or other hazardous properties of nuclear material.

**War.** We won't cover injury that results from war, declared or undeclared, invasion, civil war, rebellion or revolution.

### Option For Added Personal Protection

You may have chosen to increase the Limit of Coverage for your Personal Protection. If so, the Optional No-Fault Optional Coverage Summary will show the higher limit for Medical Expenses, Loss of Income and Essential Services.

**Claims not covered for added personal protection.** We won't pay added No-Fault benefits to anyone injured in or struck by an auto that's owned by the protected person and not covered for added personal protection benefits. We also won't pay No-Fault benefits to you or a family member injured in or struck by an auto that's not a covered auto when the injured person has other added personal protection benefits available under another policy covering the same auto.

### Property Protection

We'll pay up to $10,000 in any one accident for all damage to property of others. This damage must result from an accident involving a covered auto. But property damage protection under this agreement doesn't include damage to autos.

*Property damage* means physical damage to tangible property or loss of use of tangible property. But we won't cover damage to property owned by or rented to you or a family member.

*Covered autos* are autos that you own, that are covered by this policy's Auto Liability Protection, and are registered in the State of Delaware.

P/P 00154

The**StPaul**

## Exclusions-Losses Not Covered For Property Protection

**Auto used as a residence.** We won't pay for property damage that occurs while a covered auto is used as a residence or other type of premises.

**Public transport vehicle.** We won't pay for property damage while a covered auto is being used to transport passengers for profit, unless we have been notified of such use.

However, we won't apply this exclusion to amounts up to the limits of liability required by the Financial Responsibility law of Delaware.

**Radioactive contamination.** We won't cover damage to any property that's caused by radioactive contamination.

**Using an auto without permission.** We won't pay for any damage to property if anyone is using a covered auto without your permission.

**Aircraft, watercraft or self propelled mobile equipment.** We won't cover damage to aircraft, watercraft, mobile equipment that's self propelled, or any property in or on any of these.

**Property in an auto.** We won't cover damage to any property that's in or on an auto.

**You're property.** We won't cover damage to property you or a family member owns, leases or rents.

**War.** We won't cover damage that results from war, declared or undeclared, invasion, civil war, rebellion or revolution.

## Changes In What To Do If You Have A Loss

The What To Do If You Have A Loss section of your policy also applies to No-Fault Protection, and the following is added:

**Notice of lawsuits.** An injured person who is covered by this agreement or that person's legal representative might start a lawsuit against some person or organization to recover damages for bodily injury. Anyone who starts such a lawsuit must, as soon as possible, give us a copy of the legal papers served.

**Proof of Personal protection loss.** A protected person must give us written proof of covered expenses as soon as possible, but not later than 2 years after expenses are incurred. We may require sworn proof. This must include all available information about the nature and extent of the Bodily injury, loss of income, and medical treatment the injured person has had or will have. We may require that the injured person be examined as often as reasonable, by a doctor of our choice.

If, within 2 years after the accident, a qualified medical professional states that an injured protected person needs dental or surgical treatment that extends past 2 years, we'll provide this protection beyond the 2 year limit from the date of the accident. We have the option to pay for these expenses either when they are determined or when they're actually incurred. Also, we'll pay loss of income benefits for a reasonable recovery time, but not longer than 90 days.

**Proof of property protection loss.** A protected person must give us written proof of loss within 91 days after the damage occurs. We may require sworn proof. This must include any reasonable information we ask for. We have the right to inspect any damaged property.

## Changes In General Rules

The following replaces the Arbitration Of Property disputes section. But only for this agreement.

## Arbitration For No-Fault

We will agree to arbitration to resolve any disagreement for personal protection claims and claims for damage to motor vehicles. You have the right to request in writing for the dispute to be settled by arbitration. If you do, this request must be given to the Insurance Commissioner of the State of Delaware within 90 days of any claim denial or settlement offer.

©St.Paul Fire and Marine Insurance Co.1997 All Rights Reserved
P/P 00155

The**St.Paul**

## Other Insurance

**Personal protection.** A person can't recover more than once for any personal protection loss under this or any similar coverage or for any workers compensation benefits. If an injured protected person has other required Delaware No-Fault benefits available we'll pay only our share of the loss. We'll pay the same proportion of the loss that our limit of coverage is of the total of all available policy limits.

This insurance is excess over any other similar auto insurance that applies to the same claim, if:

- a protected person is injured while in or struck by an auto that is not insured for required Delaware No-Fault coverage.
- the injured person isn't a resident of Delaware, and is injured in or struck by a

covered auto outside the State of Delaware.

**Property protection.** If there is other collectible property insurance that applies to a loss, Property Protection only applies when the owner or driver of the covered auto is at fault for the damage. If there is disagreement it will be resolved by arbitration.

**Added personal protection.** Added personal protection benefits will be excess over all basic personal protection benefits that apply to the same loss.

**Uninsured motorist and medical payments.** Any payment that we make under this agreement will be subtracted from any amount also payable under this policy's Uninsured Motorist Protection and Auto Medical Payments Protection.

P/P 00156

MARYLAND NO-FAULT AUTO PROTECTION

TheStPaul

We've designed this agreement to provide
No-Fault Auto Insurance to comply with
Maryland law.

| Table of Contents | Page |
|---|---|
| What This Agreement Covers | 1 |
| Personal Protection | 1 |
| Medical Expenses | 1 |
| Loss Of Income | 1 |
| Essential Services | 2 |
| Limit Of Coverage For Personal Protection | 2 |
| Limitations On What We'll Pay | 2 |
| Other benefits. | 2 |
| Who Is Protected Under This Agreement | 2 |
| Exclusions-Losses Not Covered | 2 |
| Other autos. | 2 |
| Other owned autos. | 2 |
| Autos rented or borrowed from you. | 2 |
| Intentional acts. | 2 |
| Motorcycles. | 2 |
| Stolen autos. | 2 |
| Committing a felony. | 3 |
| Pedestrians outside Maryland. | 3 |
| War. | 3 |
| Nuclear energy. | 3 |
| If waiver applies, all drivers listed. | 3 |
| Changes In What To Do If You Have A Loss | 3 |
| Proof of personal protection loss. | 3 |
| Prompt payment of personal protection claims. | 3 |
| Other Rules For This Agreement | 3 |
| When And Where We Cover | 3 |
| Other Insurance | 3 |
| Auto medical payments. | 3 |

## What This Agreement Covers

No-Fault insurance allows the people covered
by this agreement to recover directly from
us for covered losses resulting from auto
accidents. They don't have to go through
lawsuits and trials because recovery doesn't
depend on who was at fault in the accident.

*Auto* means an automobile and any other
vehicle, including a trailer, that's designed
for use on public roads. But not vehicles
that are powered by people or animals.

*Accident* means any event that results in
bodily injury that the protected person didn't
expect or intend to happen.

## Personal Protection

We'll pay for the following kinds of
expenses that result when a protected
person suffers bodily injury caused by an
accident involving an auto:

• Medical expenses;

• Loss of income;

• Essential services.

*Bodily injury* means any physical harm to a
person's body, including sickness, disease or
death resulting from the harm.

The next sections describe these benefits.

## Medical Expenses

All reasonable charges for necessary
medical expenses due to bodily injury
incurred within 3 years after the accident.
For example:

• medical;

• surgical;

• x-ray;

• optical;

• dental; or

• funeral, burial, or cremation services.

## Loss Of Income

We'll pay this benefit to each injured
protected person who was earning or
producing income at the time of the
accident.

We'll pay this benefit for up to 3 years
after the accident.

P/P 00157

The **StPaul**

*Loss of income* means 85% of the amount of salary, wages, tips, commissions, or other earnings that are actually lost due to a covered injury. This loss of income may have been from employment, business services managed or performed, or a farm that you own or are a partner in owning. If the income lost was not money, but was property or a service, we'll determine it's reasonable value in order to compute what we'll pay.

## Essential Services

We'll pay for the cost of substituting essential services for each injured protected person who wasn't earning or producing income at the time of the accident. This benefit is payable to anyone other than a member of your household.

We'll pay this benefit for up to 3 years after the accident happens.

*Essential services* mean those tasks done that a protected person would have done without pay for the care of themselves or their dependents.

## Limit Of Coverage For Personal Protection

The most we'll pay is $2500 to each protected person injured in one accident for all Personal Protection benefits combined. This limit applies regardless of the number of protected persons that are involved, policies or bonds that apply, claims that are made, premiums that are paid, or covered autos that this agreement applies to.

## Limitations On What We'll Pay

**Other benefits.** Our payment of loss for Personal Protection will be reduced by any amount paid to a protected person under any Workmen's Compensation law for the same benefit.

## Who Is Protected Under This Agreement
* You
* Family members

*Family member* means any person who lives with you and is related to you by blood, marriage or adoption. A family member also includes a child who is temporarily living away at school, or in military service if that child is single and still is your dependent.
* Anyone else in or struck by a covered auto.

*In an auto* means in or on the auto, getting into, out of, or off of it.

*Covered auto* means an auto that you own and is a covered auto under this policy's Auto Liability Protection.

## Exclusions-Losses Not Covered

**Other autos.** We won't cover injury to anyone other than you or a family member in or struck by any auto that's not a covered auto, when the injured person is covered under someone else's Maryland No-Fault Insurance required by law.

**Other owned autos.** We won't cover injury to you or a family member while in or struck by an auto you or the family member owns if it's not a covered auto.

**Autos rented or borrowed from you.** We won't cover injury to anyone while in an auto you own which is rented or borrowed from you for use as a replacement vehicle for a vehicle not in use if the vehicle not in use has the coverage required under Section 19-506 of the Insurance Article in effect.

This exclusion applies only if the agreement is used with Garagekeepers Liability Protection.

*Replacement vehicle* means a vehicle that is loaned by or rented from an auto repair facility or dealer to use while a vehicle owned by your customer is not in use because of its breakdown, repair, servicing, or damage.

**Intentional acts.** We won't cover injury to anyone who has intentionally caused an accident.

**Motorcycles.** We won't cover anyone injured while driving or riding on a motorcycle.

**Stolen autos.** We won't cover injury to anyone who is driving or voluntarily riding in an auto that they know is stolen.

**P/P 00158**

®St.Paul Fire and Marine Insurance Co.1999 All Rights Reserved

The**StPaul**

**Committing a felony.** We won't cover anyone who is injured while committing a felony or trying to escape from a police officer.

**Pedestrians outside Maryland.** We won't cover injury to any pedestrian who isn't a resident of Maryland, if struck by an auto outside Maryland.

**War.** We won't cover injury that is a result of war, declared or undeclared, invasion, civil war, rebellion or revolution.

**Nuclear energy.** We won't cover injury resulting from radioactive, toxic, explosive or other hazardous properties of nuclear material.

**If waiver applies, all drivers listed.** You may have signed a waiver of Personal Protection benefits. This waiver is offered through a separate form. If so, we won't cover injury to any driver listed on that form.

If you are an individual, you, any family members who are 16 years old or older, and anyone else named on the waiver form as a driver of a covered auto are not covered for Personal Protection benefits. .pa

## Changes In What To Do If You Have A Loss

The What To Do If You Have A Loss section of your policy also applies to No-Fault Protection, and the following is added:

**Proof of personal protection loss.** A protected person must give us written proof of covered expenses as soon as possible, but not later than 12 months after the date the accident happened. We may require sworn proof. This must include all available information about the nature and extent of the bodily injury, loss of income, and medical treatment the injured person has had or will have. We may require that the injured person be examined as often as reasonable, by a doctor of our choice.

We'll provide the forms for this written proof within 15 days after we're told of the accident.

The protected person or their representative must also authorize us to obtain any medical records or records pertaining to

income that we may need to determine what is payable.

If an injured protected person who received Medical Expense benefits for a covered bodily injury has a recurrence, that person must again give us medical proof of the recurrence.

**Prompt payment of personal protection claims.** We'll pay Personal Protection claims within 30 days after we receive satisfactory written proof of loss.

## Other Rules For This Agreement

### When And Where We Cover

No-fault applies anywhere in the United States of America, it's territories or possessions, and Canada while this agreement is in effect.

### Other Insurance

You or a family member may be injured in or struck by an auto that's not insured as Maryland law requires. If so, and:

- there is no other collectible no-fault insurance that applies to the auto, the amount we'll pay will be reduced by amounts payable under any applicable medical payments or disability benefits that apply to that auto; or

- there is other collectible no-fault insurance covering the same loss, the most that you or a family member can receive is what the highest limit of any one policy would pay. And that limit will be reduced by any amounts payable under collectible medical payments or disability benefits that also apply to that auto. But that limit won't be reduced by Uninsured Motorist insurance or the Maryland Unsatisfied Claim And Judgement Fund.

In any case, the most we'll pay is our share of the loss. Our share is the same proportion of the loss that our limit of coverage is of the total of all available policy limits.

**Auto medical payments.** Any payment that we make under Auto Medical Payments Protection will be excess over Personal Protection benefits.

**P/P 00159**

AUTO PHYSICAL DAMAGE PROTECTION                                   The St Paul

This insuring agreement provides physical
damage protection for covered autos. There
are, of course, limitations and exclusions
which apply to that protection. As a result,
this agreement should be read carefully to
determine the extent of the coverage
provided to you.

*It is for informational use only.*

*Do not attach this form to a policy.*

| Table of Contents | Page |
|---|---|
| **What This Agreement Covers** | 1 |
| Comprehensive coverage. | 1 |
| Collision coverage. | 1 |
| Specified causes of loss coverage. | 2 |
| Towing. | 2 |
| Transportation expenses. | 2 |
| **Which Autos Are Covered** | 2 |
| Owned commercial autos | 2 |
| Owned private passenger autos | 2 |
| Scheduled autos | 2 |
| Hired autos | 2 |
| **When This Agreement Covers** | 3 |
| **Where This Agreement Covers** | 3 |
| **What We'll Pay For A Loss** | 3 |
| **How We'll Pay** | 3 |
| **Who We'll Pay For Loss** | 3 |
| **Deductibles** | 3 |
| **Exclusions - What This Agreement Won't Cover** | 3 |
| Audio devices and radar detection equipment. | 3 |
| Intentional or expected loss or damage. | 4 |
| Nuclear energy. | 4 |
| Racing or demolition contest. | 4 |
| Tires. | 4 |
| Trailer interchange. | 4 |
| War. | 4 |
| Wear, freezing, breakdowns. | 4 |
| **Insurance For Your Benefit** | 4 |
| **Other Insurance** | 4 |
| Insurance provided by another insurer. | 4 |
| Insurance provided under another policy with us or any of our member insurance companies. | 4 |

## What This Agreement Covers

We'll pay for loss to covered autos.

The types of coverage you have for each
auto are shown in the Auto Schedule and
described below. These coverages are
subject to the limits and the deductibles that
are shown in the Auto Schedule.

*Auto* means any land motor vehicle, trailer
or semi-trailer designed for travel on public
streets or roads. It includes any
permanently attached machinery or
equipment.

*Loss* means direct and accidental loss or
damage.

*Covered auto* means the type or types of
autos shown in the Coverage Summary and
described in the Which Autos Are Covered
section.

**Comprehensive coverage.** When this coverage
applies, we'll pay for loss to a covered auto
from any cause of loss other than collision
or overturn.

This coverage includes glass breakage.
However, if glass breakage results from
collision or overturn of the covered auto,
you can make a claim for such breakage
under Collision coverage, if that coverage
applies to the damaged auto.

**Collision coverage.** When this coverage
applies, we'll pay for loss to a covered auto
that results from:

• the collision of the covered auto with
  another object; or

• the overturn of the covered auto.

However, if you carry Comprehensive
coverage for the covered auto, and loss or
damage results from the auto hitting a bird
or animal, or a falling object striking the

P/P 00160

The**StPaul**

*Do not attach this form to a policy.    It is for informational use only.*

auto, we will pay for the loss under Comprehensive coverage, rather than under Collision coverage.

**Specified causes of loss coverage.** When this coverage applies, we'll pay for loss to a covered auto that results from:

- fire, lightning or explosion;
- windstorm, hail, flood or earthquake;
- theft;
- vandalism, mischief; or
- the sinking, burning, derailment or collision of a vehicle used to transport a covered auto.

**Towing.** When this coverage applies, and one of your covered private passenger type autos is disabled, we'll pay for towing and costs of other labor performed at the scene of the disablement. However, the most we'll pay for these costs is the Towing limit shown in the Auto Schedule for that auto.

*Private passenger type autos* mean ordinary private passenger cars, station wagons, pick-ups, and vans.

**Transportation expenses.** If a private passenger type auto for which you have Specified causes of loss or Comprehensive coverage is stolen, we'll pay up to $20 a day incurred by you for your transportation costs while the auto is missing. We'll pay these costs for a period beginning 48 hours after the theft and continuing until we pay you for the loss of the auto or it is returned to use, even if that doesn't happen until after this agreement ends. But the most we'll pay for transportation costs arising out of the theft of any one auto is $600.

## Which Autos Are Covered

The Coverage Summary shows, and the information in this section describes, the type or types of auto which are covered autos.

**Owned commercial autos** means any auto you own that is not of the private passenger type and it includes any trailer or semi-trailer while attached to that auto. It also includes:

- any newly acquired auto of the same type; or
- any replacement auto of the same type.

**Owned private passenger autos** means any auto you own that is of the private passenger type and it includes any trailer while attached to that auto. It also includes:

- any newly acquired auto of the same type; or
- any replacement auto of the same type.

**Scheduled autos** means any auto you own which is described in the Auto Schedule and replacement autos if you tell us within 30 days after you acquire such autos that you want us to cover them.

We'll also cover additional newly acquired autos, but only if:

- we cover all of your owned autos; and
- you tell us within 30 days after you acquire such autos that you want us to cover them.

**Hired autos** means any auto that you hire, rent, lease or borrow from others, other than your employees or members of their households. We'll consider any auto that you lease for a period of 6 months or more to be an auto that you own.

We'll pay for direct and accidental loss or damage to any rental autos and their equipment for which you've agreed to be responsible. However, we'll only pay for the kinds of loss or damage that you've agreed to be responsible for, including loss of use and other administrative expenses.

*Newly acquired autos* means any additional auto that you acquire while this agreement is in effect. We'll apply the same types of coverages and deductibles as you now have on similar type autos unless you tell us differently.

*Replacement autos* means any auto which replaces a covered auto. We'll apply the same types of coverage and deductibles as you now have on the auto that is being replaced unless you tell us differently.

©St.Paul Fire and Marine Insurance Co.1996 All Rights Reserved

P/P 00161

The St Paul

*It is for informational use only.*

*Do not attach this form to a policy.*

## When This Agreement Covers

We'll cover loss or damage that takes place while this agreement is in effect for covered autos.

## Where This Agreement Covers

We'll cover loss or damage that takes place only in the coverage territory for covered autos.

*Coverage territory* means the United States of America, its territories and possessions, Puerto Rico and Canada. It includes international waters or airspace while a covered auto is being transported between any of the above places.

## What We'll Pay For A Loss

We'll pay the smaller of the following amounts when you suffer a covered loss:

- The actual cash value (ACV) of the damaged or stolen property at the time of the loss.
- The stated amount shown in the Auto Schedule for the damaged or stolen property.
- The cost of repairing damaged property or replacing damaged or stolen property of the same kind or quality.

## How We'll Pay

Once we've determined the amount of your loss, we'll choose one of the following ways to compensate you:

- We'll pay you in money.
- We'll repair damaged property or replace damaged or stolen property.
- We'll return stolen property to you, at our expense, and pay you for any damage to it that resulted from the theft. or
- We'll take all or part of the damaged or stolen property and pay you the agreed or appraised value for it.

## Who We'll Pay For Loss

We'll adjust all covered losses with you. But if the Auto Schedule identifies a person or organization as also having an interest in a covered auto, we'll pay you and the person or organization named, based on the interest each has in the covered auto.

If we make a payment to such person or organization, we'll obtain their right to be repaid by anyone else.

## Deductibles

The deductibles shown in the Coverage Summary or in the Auto Schedule under any of the coverages are the amounts that will be deducted from each loss to a covered auto. However, if a deductible amount is shown for Comprehensive coverage, it won't apply to a loss caused by fire or lightning.

We may pay all or part of your deductible to settle a claim. If we do, you agree to repay us as soon as we notify you of such payment.

## Exclusions - What This Agreement Won't Cover

We won't cover any of the following losses except in the special circumstances described.

**Audio devices and radar detection equipment.** We won't cover loss to any:

- tapes;
- records or discs;
- audio or visual equipment;
- data electronic devices;
- car phones; or
- any equipment that's designed or used for detecting or locating radar.

This exclusion also applies to any electronic equipment that receives or transmits audio, visual or data signals and is not designed solely for the reproduction of sound. It also applies to any accessories that are used with any of such equipment.

However, this exclusion does not apply to sound equipment that is permanently

**The St Paul**

*Do not attach this form to a policy.   It is for informational use only.*

installed in a covered auto at the time of the accident in the opening normally used by the auto manufacturer for the installation of a radio or similar sound equipment. This exclusion also does not apply to any electronic equipment that is necessary for the normal operation of the covered auto or the monitoring of the covered auto's operating system.

**Intentional or expected loss or damage.** We won't cover loss or damage that you expected or intended. This exclusion applies regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

**Nuclear energy.** We won't cover loss that results from nuclear reaction, nuclear radiation, or radioactive contamination. This exclusion applies regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

**Racing or demolition contest.** We won't cover loss to any covered auto that results from the use of that auto in any organized racing or demolition contest or stunting activity. This exclusion also applies to any practice or preparation for such contest or activity.

**Tires.** We won't cover loss to tires by blowout, puncture, or other road damage unless accompanied by another covered cause of loss.

**Trailer interchange.** We won't cover loss or damage to any covered auto or it's equipment while someone else has possession of it under a written Trailer interchange Agreement. This exclusion doesn't apply to a loss payee. However, if we pay the loss payee, you must reimburse us for our payment.

**War.** We won't cover loss or damage caused by:

- declared or undeclared war, or invasion;
- warlike action by a military force or other agents of any government, sovereign or other authority;
- civil war, insurrection, rebellion, revolution or seizure of power; or
- anything done to hinder or defend against these actions. This exclusion applies regardless of any other cause or event

that contributes concurrently or in any sequence to the loss.

**Wear, freezing, breakdowns.** We won't cover loss caused by normal wear and tear, freezing, or mechanical or electrical breakdown unless the loss results from a covered cause of loss.

**Insurance For Your Benefit**

This insurance is for your benefit. No other party having possession of your auto, such as a transportation or storage company, can benefit directly or indirectly from this insurance.

**Other Insurance**

This agreement is primary insurance for covered autos you own and excess insurance for covered autos you don't own. Excess insurance applies after other collectible insurance has been used up. If hired autos are covered by this agreement, they will be considered the same as covered autos you own. But this doesn't apply to autos that are hired along with a driver.

**Insurance provided by another insurer.** When loss covered by this agreement is also covered by insurance with another insurer on the same primary or excess basis, we'll pay our share of such loss. We'll pay that portion of the loss that's equal to our percentage of the total amount of insurance available. But we won't pay more than we would have paid without such other insurance.

**Insurance provided under another policy with us or any of our member insurance companies.** When this agreement and other insurance contained in a policy from us or another member insurance company of The St. Paul Group both apply to the same loss, the most we will pay is the highest amount available under any one policy. When the other insurance written by us or the member insurance company is intended to be excess over this agreement, this section does not apply.

©St.Paul Fire and Marine Insurance Co.1996 All Rights Reserved

P/P  00163

MEXICO COLLISION COVERAGE ENDORSEMENT-COLORADO AND MARYLAND

The **StPaul**

This endorsement changes your Auto Physical Damage Protection.

*Do not attach this form to a policy. It is for informational use only.*

**How Your Coverage Is Changed**

This endorsement applies only to covered autos licensed or garaged in Colorado or Maryland.

If your policy includes collision coverage we'll also cover loss that occurs while the auto is in Mexico, but the loss will be paid for in the United States.

The most we'll pay for loss that occurs in Mexico is:
- the cost or repairing the auto or replacing its parts in Mexico, or
- the cost of repair or replacement at the nearest point in the United States that this can be done, whichever is less.

**Other Terms**

All other terms of your policy remain the same.

**Warning:**

*This endorsement doesn't provide liability protection when any covered auto is in Mexico. You should buy liability insurance from a company licensed in Mexico to avoid penalties under Mexican Law.*

P/P 00164

44161 Ed.12-83 Printed in U.S.A.
©St.Paul Fire and Marine Insurance Co.1983

Endorsement

Page 1 of 1

COPY

## CRIME PROTECTION COVERAGE SUMMARY

The **St.Paul**

This Coverage Summary shows the limits of
coverage that apply to your Crime Protection.

---

### Limits Of Coverage
*Coverage applies only when a limit of
coverage is shown.*

#### Blanket Employee Dishonesty Protection

| | |
|---|---|
| Limit of coverage | $100,000 |
| Deductible | $500. |

#### Blanket Public Employee Dishonesty Protection

| | |
|---|---|
| Limit of coverage | $ |
| Deductible | $ |

#### Money And Securities Protection

| | |
|---|---|
| Loss inside your building limit | $ |
| Loss outside your building limit | $ |
| Deductible | $ |

#### Forgery Or Alteration Protection

| | |
|---|---|
| Limit of coverage | $ |
| Deductible | $ |

#### Safe Deposit Box Liability Protection

| | |
|---|---|
| Safe deposit box liability limit | $ |
| Safe depository liability limit | $ |

#### Guests Property Liability Protection

| | |
|---|---|
| Each event limit | $ |
| Each guest limit | $ |

### Robbery And Safe Burglary Protection

| | |
|---|---|
| Robbery inside your building limit | $ |
| Safe burglary limit | $ |
| Loss outside your building limit | $ |
| Deductible | $ |

#### Extortion Protection

| | | |
|---|---|---|
| Limit of coverage | $ | |
| Your participation percentage | | % |
| Deductible | $ | |

#### Computer Fraud Protection:

| | |
|---|---|
| Limit of coverage | $ |
| Deductible | $ |

#### Premises Burglary Protection

| | |
|---|---|
| Limit of coverage | $ |
| Deductible | $ |

#### Premises Theft And Outside Robbery

| | |
|---|---|
| Theft inside your building limit | $ |
| Robbery outside your building limit | $ |
| Deductible | $ |

#### Money Orders And Counterfeit Currency Protection

| | |
|---|---|
| Limit of coverage | $ |
| Deductible | $ |

### Named Endorsement Table

**Important Note:** Only endorsements that must have certain information shown for them to
apply are named in this table. The required information follows the name of each such
endorsement. Other endorsements may apply. If so, they're listed on the Introduction.

P/P 00165

---

| Name of Insured | Policy Number CK03800708 | Effective Date 05/01/01 |
|---|---|---|
| PACK & PROCESS, INC. | | Processing Date 05/23/01  10:05   001 |

45015 Rev. 11-96 Printed in U.S.A.                Coverage Summary
©St.Paul Fire and Marine Insurance Co.1996 All Rights Reserved                Page 1 of 2

**The St.Paul**

P/P 00166

©St.Paul Fire and Marine Insurance Co.1996 All Rights Reserved

## BLANKET EMPLOYEE DISHONESTY PROTECTION

The St.Paul

We've designed this agreement to protect you and your business against losses resulting directly from employee dishonesty.  Of course there are some limitations which are explained later in this agreement.

| Table of Contents | Page |
|---|---|
| What This Agreement Covers | 1 |
| When This Agreement Covers | 2 |
| Where This Agreement Covers | 2 |
| Limit Of Coverage | 2 |
| Deductible | 2 |
| Exclusions - Losses We Won't Cover | 2 |
| How We'll Figure Your Loss | 3 |
| Other Rules | 3 |
| Other Insurance | 4 |

## What This Agreement Covers

We'll pay for loss of or damage to, money, securities and other property that results directly from employee dishonesty.

*Money*  means:
•currency, coins and bank notes in current use and having a face value; and
•travelers checks, registered checks and money orders held for sale to the public.

*Securities*  mean negotiable and non-negotiable instruments or contracts representing either money or other property and includes:
•Tokens, tickets, revenue and other stamps in current use, whether represented by actual stamps or unused value in a meter; and
•Evidences of debt issued in connection with credit or charge cards not issued by you.

Securities don't include money.

*Other property*  means any tangible property of value other than money and securities.

*Employee dishonesty*  means only dishonest acts committed by an employee whether identified or not while acting alone or with other persons, with the intent to:
•Cause you a loss; and
•Obtain personal financial benefit; or
•Obtain financial benefit for any person or organization intended by the employee to receive that benefit.

Financial benefit doesn't include salaries, commissions, fees, bonuses, promotions, awards, profit sharing, pensions or other employee benefits earned in the normal course of employment.

*Employee*  means any individual:
•in your service and for 30 days after termination of service;
•whom you compensate directly by salary, wages or commissions; and
•whom you have the right to direct and control while performing services for you; or
•employed by an employment contractor while that person is subject to your direction and control and performing services for you.  But this won't include any such person while having care and custody of property outside the premises.

We won't consider any of the following to be an employee:
•Agent, broker, factor, commission merchant, consignee, independent contractor or representative of the same general character; or
•Director or trustee, except while performing acts coming within the scope of the usual duties of an employee.

**Ownership of property.**  The property covered under this agreement is limited to:
•property that you own or hold; or
•property for which you're legally liable.

However, this insurance is for your benefit only.  It provides no rights or benefits to any other person or organization.

**Consolidation – merger.**  Your coverage under this agreement will apply to any new employees you add through consolidation or merger with another organization.  You must however, notify us in writing within 30 days after the date you add the employees and you must pay an additional premium.

P/P 00167

The **St.Paul**

## When This Agreement Covers

We'll apply this agreement to covered losses that happen while this agreement is in effect. And you have up to one year after this agreement ends to discover the loss.

**Loss under prior insurance.** You may have been insured by a previous bond that covered the same losses this agreement covers and that ended at the time this agreement became effective. If you were, but can't recover on a loss that was caused while the previous bond was in force because its discovery period has run out, we'll cover your loss. But the loss must be the kind that would be covered by this agreement had it been in effect at the time the acts that caused the loss occurred.

We won't pay more than the limit of coverage under the previous bond or under this agreement when it became effective, whichever is less. And the amount we pay will be a part of the limit of coverage under this agreement – not in addition to it.

We may have insured you under other bonds whose discover period had not run out when you discovered a loss that occurred partly under those bonds and partly under this agreement. If this is the case, we'll pay up to the limit of coverage under this agreement or under the previous bonds we issued, whichever coverage is greater.

## Where This Agreement Covers

This agreement covers events that happen in the United States of America, U.S. Virgin Islands, Puerto Rico, Canal Zone or Canada. However, we'll cover loss caused by an employee while temporarily outside these territories for a period of not more than 90 days.

*Event* means an act or series of related acts involving one or more employees.

## Limit Of Coverage

The limit of coverage shown in the Coverage Summary is the most we'll pay for loss in any one event. This limit of coverage applies regardless of how many protected persons are effected by the loss.

*Protected persons* are people and organizations protected under this agreement.

The limit of coverage can't be accumulated from year to year, no matter how long this agreement is in effect or how many premiums you pay.

## Deductible

The deductible is shown in the Coverage Summary. You'll be responsible, up to the deductible, for covered loss in any one event. We'll then pay covered claims over the deductible, up to the limit of coverage.

If an event causes a covered loss and the amount of loss isn't more than the deductible amount, you must:
• tell us what happened as soon as possible; and
• upon our request, give us a statement describing the loss.

## Exclusions – Losses We Won't Cover

**Acts committed by you or your partners.** We won't cover loss that results from any dishonest or criminal act committed by you or any of your partners.

**Governmental action.** We won't cover loss that results from the seizure or destruction of property by order of governmental authority.

**Indirect loss.** We won't cover loss that is an indirect result of any act or event covered by this agreement, including, but not limited to loss resulting from:
• Your inability to realize income that you would have realized if there had been no loss of or damage to covered property;
• Payment of damages of any type for which you are legally liable. But this exclusion won't apply to compensatory damages arising directly from a loss covered under this agreement; or
• Payment of costs, fees or other expenses you incur in establishing either the existence or the amount of loss under this agreement.

P/P 00168

©St.Paul Fire and Marine Insurance Co.1987

The St.Paul

**Legal expenses.** We won't cover expenses related to any legal action.

**Nuclear.** We won't cover loss that results from nuclear reaction, nuclear radiation or radioactive contamination, or any related act or incident.

**War and similar action.** We won't cover loss that results from war, whether or not declared, warlike action, insurrection, rebellion or revolution, or any related act or incident.

**Employee canceled under prior insurance.** We won't cover loss caused by any employee for whom similar prior insurance has been canceled and not reinstated since the last such cancellation.

**Inventory shortages.** We won't cover loss or that part of any loss for which proof of existence or amount is dependent on:
•an inventory computation; or
•a profit and loss computation.

For example:

*You suspect an employee of stealing your merchandise but do not have proof. After completing an inventory of your store you discover an inventory shortage of $10,000. However, inventory shortages can happen for reasons other than employee's theft such as shoplifting, mismarking, or poor record-keeping. Because of this we won't cover the loss when the proof of loss is based on inventory or profit and loss computation.*

*However, if the employee admitted to stealing $5000 dollars worth of merchandise, we'll pay that amount less the deductible.*

**How We'll Figure Your Loss**

We may choose to pay for loss in the money of the country in which the loss occurred:
•At face value in the money issued by that country; or
•In the United States dollar equivalent determined by the rate of exchange on the day the loss was discovered.

**Money.** Money losses will be determined by its face value.

**Securities.** Securities loss will be determined by their value at the close of business on the day the loss was discovered. We may, at our option:
•Pay the value of such securities or replace them in kind, in which event you must assign to us all your rights, title and interest in and to those securities; or
•Pay the cost of any lost securities bond required in connection with issuing duplicates of the securities. But we'll only pay the cost of a bond with an amount of coverage that doesn't exceed the value of the securities at the close of business on the day the loss was discovered; or the limit of coverage under this agreement, whichever is less.

**Other property.** For loss of or damage to other property, we'll figure you loss to be either:
•the cost of repairing the property;
•the cost of replacing the property with that of a similar kind and quality; or
•the actual cash value of the property on the day the loss was discovered.

We can choose either to repair or replace the property or to pay its actual cash value. In case of disagreement between us on the actual cash value or the cost of repair or replacement, the matter will be decided by arbitration.

Any property that we pay for or replace becomes our property.

**Other Rules**

**Records.** You must keep records of all covered property so we can verify the amount of any loss.

**Employee cancellation.** The following is added to the Cancellation section of the General Rules but only for this agreement.

Coverage ends on any employee as soon as you or any partner or officer in your business learns that the employee has committed a dishonest act. This doesn't apply if the partner or officer who learns of the dishonesty is working with the employee in committing the dishonest act.

We can also end coverage on any employee for any other reason by mailing or delivering notice

**P/P 00169**

**The St.Paul**

to you at least 30 days before coverage will end. The mailing of notice to you at the last known address will be considered proof of notice.

**Recovering damages.** The following paragraphs replace the Recovering Damages From A Third Party section of the General Rules, but only for this agreement.

You may be able to recover all or part of your loss from someone other than us. Because of this, you must do all you can to preserve any rights of recovery you may have. If we make a payment for your loss under this agreement, your right of recovery will belong to us.

Any recoveries, less the cost of obtaining them, made after settlement of loss covered by this agreement will be distributed:
•to you until you are reimbursed for any loss you sustain that exceeds the limit of coverage and the deductible amount, if any;

•then to us, until we are reimbursed for the settlement made;
•then to you, until you are reimbursed for that part of the loss equal to the deductible amount if any.
But, this doesn't include recovery:
•from insurance, suretyship, reinsurance, security or indemnity taken for our benefit; or
•of original securities after duplicates of them have been issued.

**Other Insurance**

You may have other insurance or another source of reimbursement that covers your loss. If you do, we'll pay the amount of your loss that's left after your other insurance or other source has been used up, less the deductible. We won't however, pay more than the limit of coverage under this agreement.

P/P 00170

Page 4 of 4
©St.Paul Fire and Marine Insurance Co.1987

**COPY**

**UMBRELLA EXCESS LIABILITY PROTECTION
COVERAGE SUMMARY**

The**StPaul**

This Coverage Summary shows the limits of
coverage and deductible that apply to your
Umbrella Excess Liability Protection.  It also
lists those endorsements, if any, that must have
certain information shown for them to apply.

**Limits Of Coverage**

| | |
|---|---|
| **General total limit.** | $ 10,000,000 |
| **Products and completed work total limit.** | $ 10,000,000 |
| **Personal injury each person limit.** | $ 10,000,000 |
| **Advertising injury each person limit.** | $ 10,000,000 |
| **Each event limit.** | $ 10,000,000 |
| **Deductible** | $ |

(This deductible applies to each event or
offense not covered by your Basic Insurance.)

**Named Endorsement Table**

**Important Note:** Only endorsements that must have certain information shown for them to apply are
named in this table.  The required information follows the name of each such endorsement.  Other
endorsements may apply too.  If so, they're listed on the Policy Forms List.

P/P 00171

| | | |
|---|---|---|
| **Name of Insured** | **Policy Number** CK03800708 | **Effective Date** 05/01/01 |
| PACK & PROCESS, INC. | **Processing Date** 05/23/01   10:05   001 | |

**The St Paul**

P/P 00172

©St.Paul Fire and Marine Insurance Co.1996 All Rights Reserved

**UMBRELLA EXCESS LIABILITY PROTECTION SCHEDULE OF BASIC INSURANCE**

TheStPaul

This schedule describes your Basic Insurance.    **Important Note:** Basic Insurance means only the insurance described in this schedule for which limits of coverage amounts are shown.

## Schedule of Basic Insurance

| Commercial General Liability | Limits Of Coverage | |
|---|---|---|
| | General total limit. | $ 2,000,000 |
| InsurerST PAUL MERCURY INSURANCE COMPANY | Products and completed work total limit. | $ 2,000,000 |
| | Personal injury each person limit. | $ 1,000,000 |
| Policy number CK03800708 | | |
| Policy period 05/01/01 TO 05/01/02 | Advertising injury each person limit. | $ 1,000,000 |
| Coverage is:  ☐ claims-made | | |
| ☒ not claims-made | Each event limit. | $ 1,000,000 |
| | Premises damage limit. | $ 100,000 |

| Automobile Liability | Limits Of Coverage | |
|---|---|---|
| | Bodily injury and property damage combined. Each accident | |
| InsurerST PAUL MERCURY INSURANCE COMPANY | $ 1,000,000 | |
| | Bodily injury. | |
| | Each person | Each accident |
| Policy number CK03800708 | $ | $ |
| Policy period 05/01/01 TO 05/01/02 | Property damage Each accident | |
| | $ | |

| Employer's Liability | Limits Of Coverage | |
|---|---|---|
| | Bodily injury by accident Each accident | |
| InsurerST PAUL FIRE AND MARINE INS. CO. | $ 100,000 | |
| Policy number WVA3800792 | Bodily injury by disease | |
| | Policy limit | Each employee |
| Policy period 05/01/01 TO 05/01/02 | $500,000 | $100,000 |

EMPLOYER'S LIABILITY INCLUDES FOREIGN COVERAGE

P/P 00173

| Name of Insured | Policy Number CK03800708 | Effective Date 05/01/01 |
|---|---|---|
| PACK & PROCESS, INC. | | Processing Date 05/29/01  13:26  002 |

COPY

**UMBRELLA EXCESS LIABILITY PROTECTION SCHEDULE OF BASIC INSURANCE – CONTINUED**

The **StPaul**

This schedule describes your Basic Insurance.

**Important Note:** Basic Insurance means only the insurance described in this schedule for which limits of coverage amounts are shown.

---

| Commercial General Liability | Limits Of Coverage | |
|---|---|---|
| INTERNATIONAL COVERAGE | General total limit. | $ 2,000,000 |
| InsurerST PAUL MERCURY INSURANCE COMPANY | Products and completed work total limit. | $ 2,000,000 |
| | Personal injury each person limit. | $ 1,000,000 |
| Policy number CK03800708 | Advertising injury each person limit. | $ 1,000,000 |
| Policy period 05/01/01 TO 05/01/02 | | |
| Coverage is: ☐ claims-made  ☒ not claims-made | Each event limit.  Premises damage limit. | $ 1,000,000  $ 100,000 |

| Automobile Liability | Limits Of Coverage | |
|---|---|---|
| INTERNATIONAL COVERAGE | Bodily injury and property damage combined. Each accident | |
| InsurerST PAUL MERCURY INSURANCE COMPANY | $ 1,000,000 | |
| | Bodily injury Each person | Each accident |
| Policy number CK03800708 | $ | $ |
| Policy period 05/01/01 TO 05/01/02 | Property damage Each accident | |
| | $ | |

| Type of coverage: | Limits Of Coverage |
|---|---|
| EMPLOYER'S LIABILITY | BODILY INJURY BY ACCIDENT EACH ACCIDENT    $100,000 |
| InsurerST PAUL MERCURY INSURANCE COMPANY | BODILY INJURY BY DISEASE POLICY LIMIT    $500,000 |
| Policy number WVA3800771 | EACH EMPLOYEE    $100,000 |
| Policy period 05/01/01 TO 05/01/02 | |
| Coverage is: ☐ claims-made  ☒ not claims-made | INCLUDES FOREIGN COVERAGE |

P/P 00174

---

| Name of Insured | Policy Number CK03800708 | Effective Date 05/01/01 |
|---|---|---|
| PACK & PROCESS, INC. | | Processing Date 05/23/01  10:05   001 |

# UMBRELLA EXCESS LIABILITY PROTECTION

The **St. Paul**

This insuring agreement provides excess liability protection for your business. There are, of course, limitations and exclusions which apply to that protection. As a result, this agreement should be read carefully to determine the extent of the coverage provided to you and other protected persons.

| Table of Contents | Page |
|---|---|
| **What This Agreement Covers** | 2 |
| What We'll Pay | 2 |
| Bodily injury and property damage liability. | 2 |
| Personal injury liability. | 2 |
| Advertising injury liability. | 3 |
| Coverage When Your Basic Insurance Applies | 3 |
| Coverage above Basic Insurance limits other than total limits. | 3 |
| Coverage above reduced or exhausted Basic Insurance total limits. | 3 |
| Coverage When Your Basic Insurance Doesn't Apply | 4 |
| Right And Duty To Defend | 5 |
| Right To Appeal A Judgment | 5 |
| Additional Payments | 5 |
| **When This Agreement Covers** | 6 |
| **Where This Agreement Covers** | 6 |
| **Who Is Protected Under This Agreement** | 6 |
| Who Is Protected For Claims Not Related To Autos | 6 |
| Individual. | 6 |
| Partnership or joint venture. | 6 |
| Limited liability company. | 6 |
| Corporation or other organization. | 6 |
| Employees. | 7 |
| Real estate managers. | 7 |
| Operators of registered mobile equipment. | 7 |
| Newly acquired or formed organizations. | 8 |
| Other protected persons under your Basic Insurance. | 8 |
| Who Is Protected For Auto-Related Claims | 8 |
| Separation Of Protected Persons | 8 |
| **Limits Of Coverage** | 8 |
| General total limit. | 8 |
| Products and completed work total limit. | 9 |
| Personal injury each person limit. | 10 |
| Advertising injury each person limit. | 10 |
| Each event limit. | 10 |
| How the limits of coverage apply to an extension of the policy period. | 10 |
| How the limits of coverage apply if a total limit is left blank. | 10 |
| **Deductible** | 10 |
| **Exclusions — What This Agreement Won't Cover** | 11 |
| Advertising, broadcasting, publishing, or telecasting business. | 11 |
| Aircraft. | 11 |
| Breach of contract. | 11 |
| Contract liability. | 11 |
| Control of property. | 11 |
| Damage to your products or completed work. | 12 |
| Deliberately breaking the law. | 12 |
| Employers liability. | 12 |
| Expected or intended bodily injury or property damage. | 12 |
| False material. | 12 |
| Impaired property. | 13 |
| Injury to owners or fellow employees. | 13 |
| Intellectual property. | 13 |
| Liquor liability. | 13 |
| Material previously made known. | 14 |
| Nuclear energy liability. | 14 |
| Pollution bodily injury or property damage related to autos. | 15 |
| Pollution injury or damage not related to autos. | 15 |
| Pollution work loss, cost, or expense. | 17 |
| Poor quality or performance. | 18 |
| Product recall. | 18 |
| Racing mobile equipment. | 18 |
| Uninsured motorists. | 19 |
| Unnamed partnership, joint venture, or limited liability company. | 19 |
| Watercraft. | 19 |
| Workers compensation and other benefit laws. | 19 |
| Wrong price description. | 19 |
| **Other Insurance** | 19 |
| **Other Rules For This Agreement** | 19 |
| Our Duty To Reimburse When You Must Pay | 19 |

P/P 00175

The **St.Paul**

| | |
|---|---|
| Maintaining Your Basic Insurance | 20 |
| Premium | 20 |
| Recovering Damages From A Third Party | 20 |
| Division of recovery. | 20 |
| Recovery expenses. | 20 |

## What This Agreement Covers

### What We'll Pay

**Bodily injury and property damage liability.**
We'll pay amounts any protected person is legally required to pay as damages for covered bodily injury or property damage that:

- happens while this agreement is in effect; and
- is caused by an event.

*Protected person* means any person or organization who qualifies as a protected person under the Who Is Protected Under This Agreement section.

*Bodily injury* means any physical harm, including sickness or disease, to the physical health of other persons. It includes any of the following that results at any time from such physical harm, sickness, or disease:

- Mental anguish, injury, or illness.
- Emotional distress.
- Care, loss of services, or death.

*Property damage* means:

- physical damage to tangible property of others, including all resulting loss of use of that property; or
- loss of use of tangible property of others that isn't physically damaged. For example:

  *One of your employees accidentally causes a fire in your premises. The fire department responds and orders nearby businesses to close for safety reasons while it fights the fire. Your premises is heavily damaged by the fire. But none of the nearby businesses are physically damaged. As a result, we'll consider the period of time those businesses are closed due to your fire to be loss of use of*

*tangible property of others that isn't physically damaged.*

We'll consider all loss of use of:

- damaged tangible property to happen at the time of the physical damage which caused it; and
- undamaged tangible property to happen at the time of the event which caused it.

*Event* means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

**Personal injury liability.** We'll pay amounts any protected person is legally required to pay as damages for covered personal injury that:

- results from your business activities, other than advertising, broadcasting, publishing, or telecasting done by or for you; and
- is caused by a personal injury offense committed while this agreement is in effect.

*Personal injury* means injury, other than bodily injury or advertising injury, that's caused by a personal injury offense.

*Personal injury offense* means any of the following offenses:

- False arrest, detention, or imprisonment.
- Malicious prosecution.
- Wrongful entry into, or wrongful eviction from, a room, dwelling, or premises that a person occupies.
- Invasion of the right of private occupancy of a room, dwelling, or premises that a person occupies.
- Libel or slander.
- Making known to any person or organization written or spoken material that disparages the products, work, or completed work of others.
- Making known to any person or organization written or spoken material that violates a person's right of privacy.

*Advertising* means attracting the attention of others by any means for the purpose of seeking customers or increasing sales or business.

**P/P 00176**

©St.Paul Fire and Marine Insurance Co.1996 All Rights Reserved

*Broadcasting* means transmitting any audio material by radio, or transmitting or televising any audio or visual material by television, for any purpose.

*Publishing* means creating and producing any material in an electronic or printed format for distribution or sale to others for any purpose.

But we won't consider creating and producing any of the following material in an electronic or printed format to be publishing:

- Correspondence written in the conduct of your business.
- Material that describes or reports your business activities, including bulletins, financial or annual reports, and newsletters.

*Telecasting* means transmitting or televising any audio or visual material by television for any purpose.

**Advertising injury liability.** We'll pay amounts any protected person is legally required to pay as damages for covered advertising injury that:

- results from the advertising of your products, work, or completed work; and
- is caused by an advertising injury offense committed while this agreement is in effect.

*Advertising injury* means injury, other than bodily injury or personal injury, that's caused by an advertising injury offense.

*Advertising injury offense* means any of the following offenses:

- Libel or slander.
- Making known to any person or organization written or spoken material that disparages the products, work, or completed work of others.
- Making known to any person or organization written or spoken material that violates a person's right of privacy.
- Unauthorized use of any advertising idea, material, slogan, style, or title of others in your advertising.

We explain what we mean by:

- advertising in the Personal injury liability section; and
- your products, your work, and your completed work, in the Products and completed work total limit section.

**Coverage When Your Basic Insurance Applies**

**Coverage above Basic Insurance limits other than total limits.** We'll pay damages that:

- are covered by this agreement;
- are covered by your Basic Insurance; and
- exceed your Basic Insurer's payment of the limits of coverage in your Basic Insurance, other than your total limits.

But we'll pay covered damages only up to the limits of coverage that apply under this agreement. For example:

*You are the owner of a store. A customer slips and falls in your store and suffers serious injury. The customer then sues you and the court awards him $1,250,000 in damages.*

*Your basic liability insurance has a limit of $1,000,000 and the limit of coverage under this agreement is $1,000,000. After your Basic Insurer has paid its $1,000,000 coverage limit, we'll pay $250,000 because that's the amount by which the damages exceed the limit of your Basic Insurance; and it's less than the limit under this agreement.*

*Your Basic Insurance* means only the Basic Insurance described in the Schedule of Basic Insurance for which limits of coverage amounts are shown in that schedule.

*Your Basic Insurer* means the insurance company that provides your Basic Insurance.

*Total limits* may also be called aggregate or policy limits in your Basic Insurance.

**Coverage above reduced or exhausted Basic Insurance total limits.** We'll pay damages above reduced total limits in your Basic Insurance. But only if they've been reduced solely by the Basic Insurer's payment of:

- damages that would be covered by this agreement; or

**P/P 00177**

The**StPaul**

- medical expenses that result from bodily injury caused by an event which happens while this agreement is in effect.

If any of your Basic Insurance total limits are used up because your Basic Insurer paid the damages or medical expenses described above, this agreement will then replace your Basic Insurance for damages covered by this agreement.

However, if any of your Basic Insurance total limits are reduced or used up because your Basic Insurer paid damages or medical expenses that result from any event or offense not covered by this agreement, we'll continue to apply this agreement only to damages that:

- are covered by this agreement; and
- exceed your Basic Insurance limits of coverage shown in the Schedule of Basic Insurance.

For example:

*Your Basic Insurance begins on January 1 and has a $1,000,000 total limit. This agreement begins on May 1 and has a $1,000,000 each event and general total limit.*

*On April 1 a visitor sustains a serious back injury due to a condition on your premises. The visitor sues you and is awarded $250,000 in damages by the court. Your Basic Insurer pays that amount. As a result, your remaining Basic Insurance total limit is reduced to $750,000.*

*On October 1 your elevator malfunctions and causes serious injury to several visitors. They sue you and are awarded $1,250,000 in damages by the court. Your Basic Insurer pays its remaining $750,000 total limit. You would then be responsible for paying the next $250,000 of damages before we would pay the remaining $250,000.*

*Your share of the damages happens because the back injury happened before the May 1 effective date of this agreement. Therefore, it is not covered by this agreement and would not meet the*

*requirements of this agreement with respect to coverage above reduced total limits.*

*Medical expenses* means the reasonable expenses incurred by any person or organization for necessary medical services received by a person anytime within one year of the beginning date of an event which causes that person to sustain bodily injury.

*Medical services* includes:

- first aid received at the time of an event;
- ambulance and emergency care services;
- dental, hospital, medical, nursing, surgical, x-ray, and other health care professional services;
- artificial limbs and organs; and
- funeral services.

*Offense* means any:

- personal injury offense; or
- advertising injury offense.

**Coverage When Your Basic Insurance Doesn't Apply**

We'll pay amounts any protected person is legally required to pay as damages for injury or damage that:

- is covered by this agreement; and
- is not covered by your Basic Insurance.

However, we'll pay only those amounts that are excess of the deductible shown in the Coverage Summary or amounts payable by other insurance, whichever is greater. We'll then pay the remaining damages up to the limit of coverage that applies under this agreement.

*Injury or damage* means bodily injury, personal injury, advertising injury, or property damage.

*Other insurance* means valid and collectible insurance that:

- isn't your Basic Insurance; and
- isn't specifically purchased to be excess of this agreement.

P/P 00178

©St.Paul Fire and Marine Insurance Co.1996 All Rights Reserved

Other insurance includes alternative risk transfer or financing methods, such as risk retention groups or self-insurance programs.

### Right And Duty To Defend

We have no duty to defend any protected person against a claim or suit if your Basic Insurance, or any other insurance, has a duty to defend that protected person. However, we'll have the right to associate in the defense and control of any claim or suit that is reasonably likely to involve us.

We'll assume the duty to defend any protected person against a claim or suit for injury or damage covered by this agreement, but only if:

- your Basic Insurer paid its limit of coverage for the event or offense that caused the claim or suit;
- your Basic Insurer paid its total limit of coverage as described in the Coverage above reduced or exhausted Basic Insurance total limits section; or
- your Basic Insurance, or any other insurance, doesn't cover the injury or damage.

We'll assume this duty even if all of the allegations of the claim or suit are groundless, false, or fraudulent. But we won't have a duty to perform any other act or service.

We'll have the right to investigate any event, offense, claim, or suit to the extent that we believe is proper. We'll also have the right to settle any claim or suit for amounts within:

- the applicable deductible; or
- the available limits of coverage for this agreement.

Our duty to defend ends when we have used up the limits of coverage that apply with the payment of damages.

*Claim* means a demand which seeks damages.

*Suit* means a civil proceeding which seeks damages. It includes:

- an arbitration proceeding for such damages to which the protected person must submit, or submits with our consent; and
- any other alternative dispute resolution proceeding for such damages to which the protected person submits with our consent.

### Right To Appeal A Judgment

We'll have the right to appeal a judgment against any person protected under this agreement. But only if:

- the judgment is for injury or damage covered by this agreement;
- the judgment is for more than the amount of your deductible or the limits of coverage under your Basic Insurance, whichever applies; and
- the protected person and the Basic Insurers do not appeal the judgment.

If we appeal such a judgment, we'll pay all expenses which result directly from that appeal, including postjudgment interest and the cost of appeal bonds. Our payments for such appeal expenses are in addition to the limits of coverage under this agreement. However, the results of an appeal won't change the limits of coverage that apply under this agreement.

### Additional Payments

We'll have the duty to make only the additional payments shown below in connection with any claim or suit under this agreement against a protected person when we:

- investigate or settle the claim or suit;
- defend the protected person against the claim or suit; or
- pay our part of a judgment.

But we'll do so only to the extent that these payments are not covered by your Basic Insurance or any other insurance.

If the laws of a foreign country prohibit us from providing any of these additional payments, we'll repay you for any similar expenses you incur with our written consent.

These payments are in addition to the limits of coverage.

Our duty to make such payments ends when we have used up the limits of coverage that apply with the payment of damages.

©St.Paul Fire and Marine Insurance Co.1996 All Rights Reserved

**The St Paul**

*Our expenses.* We'll pay all expenses we incur.

*Bail bonds.* We'll pay up to $250 of the cost of bail bonds that are required because of accidents or violations of traffic laws. But only if the accidents or violations result from the use of a vehicle to which this agreement applies. We don't have to furnish such bonds.

*Bonds to release property.* We'll pay the cost of bonds to release property that's being used to secure a legal obligation. But only for bond amounts within the limit of coverage that applies. We don't have to furnish such bonds.

*Expenses incurred by protected persons.* We'll pay all reasonable expenses that any protected person incurs at our request while helping us investigate or settle, or defend a protected person against, a claim or suit. But we won't pay more than $250 per day for earnings actually lost by the protected person because of time taken off from work.

*Taxed costs.* We'll pay all costs taxed against any protected person in a suit.

*Prejudgment interest.* We'll pay the interest that accumulates before a judgment and is awarded against the protected person on that part of a judgment we pay. But if we make a settlement offer to pay the available limit of coverage, we won't pay the prejudgment interest that accumulates after the date of our offer.

*Postjudgment interest.* We'll pay all interest that accumulates on the full amount of that part of a judgment for which we make a payment. But only from the date of the judgment to the date we pay, or deposit in court, the limit of coverage that applies to the judgment.

## When This Agreement Covers

We'll apply this agreement to claims or suits for covered injury or damage whenever they're made or brought.

## Where This Agreement Covers

We'll apply this agreement to covered injury or damage that results from events or offenses that happen or are committed anywhere.

## Who Is Protected Under This Agreement

### Who Is Protected For Claims Not Related To Autos

This section describes who is protected for claims or suits for covered injury or damage that doesn't result from the use of an auto. We explain who is protected for auto-related claims and suits in the Who Is Protected For Auto-Related Claims section.

**Individual.** If you are shown in the Introduction as a named insured and an individual, you and your spouse are protected persons only for the conduct of a business of which you are the sole owner.

**Partnership or joint venture.** If you are shown in the Introduction as a named insured and a partnership or a joint venture, you are a protected person. Your partners or co-venturers, and their spouses, are protected persons only for the conduct of your business.

**Limited liability company.** If you are shown in the Introduction as a named insured and a limited liability company, you are a protected person. Your members are protected persons only for the conduct of your business. And your managers are protected persons only for their duties as your managers.

**Corporation or other organization.** If you are shown in the Introduction as a named insured and a corporation or an other organization, you are a protected person. Your directors and executive officers are protected persons only for the conduct of their duties as your directors or executive officers. And your stockholders are protected persons only for their liability as your stockholders.

*Other organization* means an organization other than a corporation, partnership, joint venture, or limited liability company.

©St.Paul Fire and Marine Insurance Co.1996 All Rights Reserved

P/P 00180

*Executive officer* means any person holding an officer position created by the charter, constitution, or by-laws, or any other similar governing document, of a corporation or other organization.

**Employees.**  Your employees are protected persons only for:

- work done within the scope of their employment by you; or
- their performance of duties related to the conduct of your business.

However, no employee is a protected person for bodily injury or personal injury that results from their performance of or failure to perform health care professional services. But we won't apply this exclusion to bodily injury that results from the providing of or failure to provide first aid by an employee, other than an employed doctor.

No employee is a protected person for property damage to property that's owned, rented, leased, or borrowed by that employee or fellow employee.

We won't apply this Employees section to the following protected persons:

- Your managers if you are a limited liability company.  Instead, we'll apply the Limited liability company section to them.
- Your executive officers if you are a corporation or an other organization. Instead, we'll apply the Corporation or other organization section to them.

*Employee* includes a leased worker, other than a leased temporary worker.

*Leased worker* means any person who:

- is hired from an employee leasing firm under a contract or agreement between the hirer and that firm; and
- is performing duties related to the conduct of the hirer's business.

*Employee leasing firm* means any person or organization who hires out workers to others.  It includes any:

- employment agency, contractor, or service;
- labor leasing firm; or
- temporary help service.

*Leased temporary worker* means a leased worker who is hired to:

- temporarily take the place of a permanent employee on leave; or
- meet seasonal or short-term workload conditions.

*Health care professional services* includes:

- any dental, medical, mental, nursing, surgical, x-ray, or other health care professional service, including any advice, instruction, food, or beverage provided with such service;
- the dispensing of drugs or medical or dental supplies and appliances; and
- the handling or treatment of corpses, including autopsies, organ donations, and other postmortem procedures.

**Real estate managers.**  Your real estate managers are protected persons only for their management of premises that you own, or rent, lease, or borrow from others.  They may be persons or organizations.

But we won't apply this Real estate managers section to your employees. Instead, we'll apply the Employees section to them.

**Operators of registered mobile equipment.**  All operators of registered mobile equipment are protected persons for their driving of such equipment on a public street or road with your permission.

Any person or organization legally responsible for the driving conduct of those operators is also a protected person.  But only if there's no other insurance available to cover their liability for the operators.

However, no operator or any other person or organization is a protected person for:

- bodily injury to a fellow employee of the person driving the equipment; or
- property damage to property controlled by you or the employer of an operator who is a protected person.

*Registered mobile equipment* means mobile equipment that's registered in your name under any motor vehicle registration law.

*Controlled by* means:

P/P 00181

**The St.Paul**

- owned, rented, leased, occupied, borrowed, or used by;
- in the care, custody, or control of; or
- being physically controlled for any purpose by.

We explain what we mean by mobile equipment in the Racing mobile equipment exclusion.

**Newly acquired or formed organizations.** Any organization, other than a partnership, joint venture, or limited liability company, that you acquire or form while this agreement is in effect is a protected person if you own more than 50% of it.

However, no newly acquired or formed organization is a protected person for:

- more than 90 days, or the remainder of the time this agreement is in effect, whichever is less, from the date that you acquire or form it, unless we agree that it should continue to be a protected person after the end of that period of time;
- bodily injury or property damage that happened before you acquired or formed it;
- personal injury or advertising injury that's caused by an offense committed before you acquired or formed it; or
- injury or damage that's covered by other similar excess liability insurance, other than insurance specifically written to be excess over this agreement.

**Other protected persons under your Basic Insurance.** Any other person or organization who is a protected person under your Basic Insurance is also a protected person under this agreement. But their protection is also subject to any coverage limitation in your Basic Insurance.

If such persons or organizations are included as protected persons under your Basic Insurance because:

- there is a written contract, made between you and that other person or organization before the bodily injury, property damage, or offense happens; and
- that contract requires you to provide liability insurance on behalf of that person or organization;

we will consider them to be protected persons under this agreement. But only to the extent that the limits of coverage required by the contract exceed your Basic Insurance limits of coverage, subject to the limits of coverage for this agreement.

**Who Is Protected For Auto-Related Claims**

Any person or organization who is a protected person under your automobile Basic Insurance for the use of an auto is a protected person under this agreement.

*Auto* means any land motor vehicle, trailer, or semitrailer designed for travel on public streets or roads. It includes any permanently attached machinery or equipment. But we won't consider mobile equipment to be an auto.

We explain what we mean by mobile equipment in the Racing mobile equipment exclusion.

**Separation Of Protected Persons**

We'll apply this agreement separately to each protected person.

However, the limits of coverage shown in the Coverage Summary are shared by all protected persons. We explain how in the Limits Of Coverage section.

Also, any right or duty specifically assigned to the first named insured remains unchanged. We explain those rights and duties in the General Rules, which is a part of your policy.

**Limits Of Coverage**

The limits shown in the Coverage Summary and the information contained in this section fix the most we'll pay as damages, regardless of the number of:

- protected persons;
- claims made or suits brought; or
- persons or organizations making claims or bringing suits.

**General total limit.** This is the most we'll pay for the combined total of:

P/P 00182

©St.Paul Fire and Marine Insurance Co.1996 All Rights Reserved

The St Paul

- all covered bodily injury and property damage that happens in a policy year;
- all covered personal injury that's caused by all personal injury offenses committed in a policy year; and
- all covered advertising injury that's caused by all advertising injury offenses committed in a policy year.

However, we won't apply this limit to automobile bodily injury or property damage covered by this agreement.

Nor will we apply this limit to bodily injury or property damage that results from your products or completed work. Instead, we'll apply the products and completed work total limit to such bodily injury or property damage covered by this agreement.

*Policy year* means the policy period shown in the Introduction, or the period of time that this agreement is in effect, whichever is less. But when that period is longer than one year, it means each consecutive annual period, and the remaining period if any, that this agreement is in effect, starting with the beginning date of this agreement.

We explain the products and completed work total limit, and what we mean by your products and your completed work, in the Products and completed work total limit section.

**Products and completed work total limit.** This is the most we'll pay for all covered bodily injury and property damage that:

- results from your products and completed work; and
- happens in a policy year.

*Your products* means any of the goods or products that are or were manufactured, sold, handled, distributed, or disposed of by:

- you;
- others using your name; or
- any person or organization whose business or assets you've acquired.

Your products includes:

- all containers, equipment, materials, or parts provided with or for your products;
- any warranty provided with or for your products;

- any statement made, or which should have been made, about the durability, fitness, handling, maintenance, operation, performance, quality, safety, or use of your products; and
- all warnings, instructions, or directions provided, or which should have been provided, with or for your products.

But we won't consider the following to be your products:

- Goods or products which are still in your physical possession or on a premises that you own, or rent, lease, or borrow from others.
- Real property.
- Containers that are vehicles.
- Property that's rented or leased to others.
- Property that you haven't sold, but which you allow others to use. For example, a vending machine.

*Your completed work* means your work that is completed at the earliest of the following times, including work that may need service, maintenance, correction, repair, or replacement, but which is otherwise complete:

- When all of the work called for in your contract has been completed.
- When all of the work to be done at the work site has been completed, if your contract calls for work at more than one site.
- When that part of the work at the work site has been put to its intended use by any person or organization, other than another contractor or subcontractor working on the same project.

But we won't consider the following to be your completed work:

- Work that hasn't yet been completed or abandoned.
- Uninstalled equipment, abandoned or unused materials, or tools.
- Work done in connection with transporting property.
- Any premises or other real property that you own.
- Any work done to a premises or other real property that you rent or lease from others.

P/P 00183

**The St Paul**

• Any work while on a premises that you own, or rent, lease, or borrow from others.

However, we'll consider a condition created in or on a vehicle in the course of work done in connection with transporting property to be your completed work when:

• the vehicle isn't owned or operated by you;
• the condition is created by the loading or unloading of the vehicle by a protected person; and
• the condition causes bodily injury or property damage.

*Your work* means any:

• work that you're performing or others are performing for you; or
• service that you're providing or others are providing for you.

Your work includes:

• all equipment, materials, or parts provided with or for your work;
• any warranty provided with or for your work;
• any statement made, or which should have been made, about the durability, fitness, handling, maintenance, operation, performance, quality, safety, or use of your work; and
• all warnings, instructions, or directions provided, or which should have been provided, with or for your work.

We explain what we mean by loading or unloading in the Aircraft exclusion.

**Personal injury each person limit.** This is the most we'll pay for all covered personal injury that:

• is sustained by any one person or organization; and
• is caused by all personal injury offenses committed in a policy year.

**Advertising injury each person limit.** This is the most we'll pay for all covered advertising injury that:

• is sustained by any one person or organization; and
• is caused by all advertising injury offenses committed in a policy year.

**Each event limit.** This is the most we'll pay for all covered bodily injury and property damage that result from any one event.

**How the limits of coverage apply to an extension of the policy period.** If the original policy period shown in the Introduction is extended for less than 12 months, we'll consider each extended period to be part of the last policy year. For example:

*Your policy period is for one year. During the year you request a three month extension. We agree. As a result, your policy year becomes 15 months. It will be subject to the same limits of coverage that applied when the policy year was 12 months.*

**How the limits of coverage apply if a total limit is left blank.** If the amount of the general total limit or the products and completed work total limit is left blank in the Coverage Summary, we'll consider that total limit to be the same as the each event limit.

**Deductible**

When injury or damage covered by this agreement is not covered by your Basic Insurance, the deductible shown in the Coverage Summary applies. However, when such injury or damage is covered by other insurance, the amount of the deductible is reduced by the amount payable by such other insurance. You will be responsible for paying up to the applicable deductible amount for each of the following:

• All covered bodily injury and property damage that result from any one event.
• All covered personal injury that is sustained by any one person or organization and is caused by all personal injury offenses committed in a policy year.
• All covered advertising injury that is sustained by any one person or organization and is caused by all advertising injury offenses committed in a policy year.

We may pay all or part of the deductible for you. If we do, you agree to repay that amount to us promptly after we notify you of the payment.

P/P 00184

©St.Paul Fire and Marine Insurance Co.1996 All Rights Reserved

The **St Paul**

## Exclusions — What This Agreement Won't Cover

**Advertising, broadcasting, publishing, or telecasting business.** We won't cover advertising injury that results from an offense committed by any protected person in the business of advertising, broadcasting, publishing, or telecasting.

**Aircraft.** We won't cover bodily injury or property damage that results from the:

- ownership, maintenance, use, or operation;
- loading or unloading; or
- entrustment to others;

of any aircraft owned, operated, rented, leased, or borrowed by any protected person.

But we won't apply this exclusion to bodily injury or property damage covered by your Basic Insurance.

*Loading or unloading* means the handling of property:

- while it's being moved from the place where it's accepted for transportation;
- while it's being loaded, transported, and unloaded; and
- until it's moved to the place where it's finally delivered.

But we won't consider moving property by an unattached mechanical device to be loading or unloading.

*Unattached mechanical device* includes any forklift, conveyor, or other unattached mechanical device, other than a hand truck.

*Entrustment to others* means:

- the permitting of others to use or do something; or
- the giving of something to others for safekeeping.

**Breach of contract.** We won't cover advertising injury that results from the failure of any protected person to do what is required by a contract or agreement.

But we won't apply this exclusion to advertising injury that results from the unauthorized taking or use of an advertising idea if such taking or use is not specifically prohibited by the contract or agreement.

**Contract liability.** We won't cover injury or damage for which the protected person has assumed liability under any contract or agreement.

But we won't apply this exclusion to the protected person's liability for damages:

- assumed under contract; and
- covered by your Basic Insurance.

Also, we'll assume the duty to defend an indemnitee against a claim or suit for injury or damage covered by this agreement, but only when your Basic Insurer has the duty to defend the indemnitee and that duty ends because your Basic Insurer has paid:

- its limit of coverage for the event or offense that caused the claim or suit; or
- its total limit of coverage as described in the Coverage above reduced or exhausted Basic Insurance total limits section.

Our duty to defend an indemnitee ends when we have used up the limits of coverage that apply with the payment of damages.

Any other terms and conditions of your Basic Insurance applying to the duty to defend an indemnitee apply to this agreement.

*Indemnitee* means any person or organization who a protected person has agreed under contract to defend, hold harmless, or indemnify.

**Control of property.** We won't cover property damage to the following property:

- Property owned by you, any of your partners or co-venturers if you are a partnership or joint venture, or any of your members or managers if you are a limited liability company.
- Property owned by your subsidiary or parent organization, or any other organization more than 50% owned by you or your subsidiary or parent organization.
- Aircraft or watercraft owned, rented, leased, borrowed, or used by, or in the care, custody, or control of, any protected person.

P/P 00185