The **St.Paul**

- Other property rented, leased, occupied, borrowed, or used by, or in the care, custody, or control of, any protected person. But we'll apply this exclusion part only to the extent that a protected person is required by contract to insure against damage to that property.

**Damage to your products or completed work.** We won't cover property damage to any of your products that's caused by the product itself or by any of its parts. For example:

*You manufacture air conditioners. They contain several moving parts which can break down for many reasons. Regardless of the cause, we won't protect you for any property damage to the part that fails or to the rest of the air conditioner.*

Nor will we cover property damage to your completed work that's caused by the work itself or by any of its parts. But we won't apply this exclusion part if:

- this agreement provides completed work liability coverage;
- the damaged completed work, or the completed work that causes the property damage, was done for you by others; and
- the damage is covered by your Basic Insurance.

We explain what we mean by your products and your completed work in the Products and completed work total limit section.

**Deliberately breaking the law.** We won't cover personal injury or advertising injury that results from:

- the protected person knowingly breaking any criminal law; or
- any person or organization breaking any criminal law with the consent or knowledge of the protected person.

**Employers liability.** We won't cover bodily injury to an employee of the protected person arising out of and in the course of his or her:

- employment by the protected person; or
- performance of duties related to the conduct of the protected person's business.

Nor will we cover bodily injury to the spouse or any child, parent, brother, or sister of that employee if such bodily injury results from the bodily injury to the employee.

We'll apply this exclusion whether the protected person may be held liable as an employer or in any other capacity, such as a property owner or product manufacturer. For example:

*You manufacture tires. Your employee is injured while driving a company truck equipped with your tires, when one of the tires blows out resulting in an accident. He receives workers compensation benefits. If he later sues you in your capacity as a manufacturer, alleging that his injury happened because your product was defective, we won't protect you.*

We'll also apply this exclusion to any obligation of the protected person to share damages with or repay someone else who must pay damages because of bodily injury to any employee of the protected person. For example:

*Your employee is injured in a printing press accident. She receives workers compensation benefits. Later, she sues the manufacturer of the printing press alleging that her injury happened because the press didn't have enough guarding devices on it. If the manufacturer in turn sues you alleging that your faulty maintenance of the press – not the lack of guarding devices – resulted in the employee's injury, we won't protect you.*

But we won't apply this exclusion to bodily injury covered by your Basic Insurance.

**Expected or intended bodily injury or property damage.** We won't cover bodily injury or property damage that's expected or intended by the protected person.

But we won't apply this exclusion to bodily injury or property damage that results from the use of reasonable force to protect people or property.

**False material.** We won't cover personal injury or advertising injury that results from false written or spoken material which:

©St.Paul Fire and Marine Insurance Co.1996 All Rights Reserved

P/P 00186

The**St Paul**

- was made known by or for the protected person; and
- the protected person knew was false when it was made known.

**Impaired property.** We won't cover property damage to impaired property, or to property which isn't physically damaged, that results from:

- your faulty or dangerous products or completed work; or
- a delay or failure in fulfilling the terms of a contract or agreement.

But we won't apply this exclusion to the loss of use of property, other than your products or completed work, that results from sudden and accidental physical damage to your products or completed work after they've been put to their intended use. For example:

*You supply an electric motor to a customer who uses it to power his conveyor. The motor's shaft breaks several days later while he's operating the conveyor. The conveyor isn't damaged, but your customer has extra costs because he's unable to use it until the motor is repaired. If he sues you to recover those costs, we won't apply the exclusion. However, if the customer discovers while hooking the motor up to the conveyor that the motor's shaft is broken, we won't protect you.*

*Impaired property* means tangible property, other than your products or completed work, that can be restored to use by nothing more than:

- an adjustment, repair, replacement, or removal of your products or completed work which forms a part of it; or
- your fulfilling the terms of a contract or agreement.

We explain what we mean by your products and your completed work in the Products and completed work total limit section.

**Injury to owners or fellow employees.** We won't protect your employees for bodily injury or personal injury to:

- you;
- any of your partners or co-venturers if you are a partnership or joint venture;

- any of your members or managers if you are a limited liability company;
- any fellow employee; or
- the spouse or any child, parent, brother, or sister of that fellow employee if such injury results from the bodily injury or personal injury to the fellow employee.

Nor will we protect your employees for any obligation to share damages with, or repay, someone else who must pay damages because of bodily injury or personal injury to any of the above persons.

But we won't apply these exclusions if your Basic Insurance protects your employees for such bodily injury or personal injury.

**Intellectual property.** We won't cover injury or damage that results from any actual or alleged infringement or violation of any of the following rights or laws:

- Copyright.
- Patent.
- Trade dress.
- Trade name.
- Trade secret.
- Trademark.
- Other intellectual property rights or laws.

But we won't apply this exclusion to:

- bodily injury or property damage that results from your products or completed work; or
- advertising injury that results from the unauthorized use of any copyrighted or trademarked advertising material, slogan, style, or title of others in your advertising.

We explain what we mean by your products and your completed work in the Products and completed work total limit section.

**Liquor liability.** We won't cover bodily injury or property damage that results from any protected person:

- causing or contributing to the intoxication of any person;
- selling, serving, or furnishing alcoholic beverages to any person under the legal drinking age or under the influence of alcohol; or

P/P 00187

**The St.Paul**

- violating any law or regulation applying to the sale, gift, distribution, or use of alcoholic beverages.

But we won't apply this exclusion to bodily injury or property damage covered by your Basic Insurance.

**Material previously made known.** We won't cover personal injury or advertising injury that results from written or spoken material which was first made known before this agreement went into effect.

**Nuclear energy liability.** We won't cover bodily injury or property damage for which any protected person:

- is also protected under a nuclear energy liability insurance policy; or
- would have been protected under such policy if that policy's limits of coverage hadn't been used up.

Nor will we cover bodily injury or property damage that results from the hazardous properties of nuclear material and for which:

- any person or organization is required by law to maintain financial protection in accordance with the federal Atomic Energy Act or any of its amendments; or
- any protected person is entitled, or would have been entitled had this agreement not been issued, to indemnity from the United States government, or any of its agencies, under any contract or agreement between the government, or any of its agencies, and any person or organization.

In addition, we won't cover bodily injury or property damage that results from the hazardous properties of nuclear material when:

- the nuclear material is located at, or at any time discharges or disperses from, a nuclear facility which is or was at any time owned by any protected person, or operated by or for any protected person;
- the nuclear material is contained in spent nuclear fuel or nuclear waste which is or was at any time possessed, handled, used, processed, stored, transported, or disposed of by or for any protected person; or
- the bodily injury or property damage results from the furnishing by any protected person of services, materials, parts, or equipment in connection with the

planning, construction, maintenance, operation, or use of a nuclear facility. However, we'll apply this exclusion part only to property damage to the nuclear facility, and any property located on the site of that facility, if the nuclear facility is in the United States of America, its territories or possessions, Puerto Rico, or Canada.

*Nuclear energy liability insurance policy* means any nuclear energy liability insurance policy issued by any of the following organizations or their successors:

- Nuclear Energy Liability Insurance Association.
- Mutual Atomic Energy Liability Underwriters.
- Nuclear Insurance Association of Canada.

*Property damage* includes all forms of radioactive contamination of property.

*Hazardous properties* includes radioactive, toxic, or explosive properties.

*Nuclear material* means any of the following materials which are defined in the federal Atomic Energy Act or any of its amendments:

- Source material.
- Special nuclear material.
- By-product material.

*Nuclear facility* means any:

- nuclear reactor;
- uranium isotopes separation device or equipment;
- special nuclear material device or equipment; or
- nuclear waste site.

Nuclear facility includes:

- the site on which it's located;
- all operations conducted on such site; and
- all premises used for such operations.

*Nuclear reactor* means any device, equipment, or machine designed or used to:

- sustain nuclear fission in a self-supporting chain reaction; or
- contain a critical mass of fissionable material.

P/P 00188

©St.Paul Fire and Marine Insurance Co.1996 All Rights Reserved

The **St Paul**

*Uranium isotopes separation device or equipment* means any device or equipment designed or used for:

- separating the isotopes of uranium or plutonium;
- processing or utilizing spent nuclear fuel; or
- handling, processing or packaging nuclear waste.

*Special nuclear material device or equipment* means any device or equipment used for the processing, fabricating, or alloying of special nuclear material if the total amount of such material:

- is at any time in the custody of any protected person at the premises where the device or equipment is located; and
- is more than 25 grams of plutonium or uranium 233, or any combination of those two materials; or
- is more than 250 grams of uranium 235.

*Nuclear waste site* means any structure, basin, excavation, premises, or place prepared or used for the storage or disposal of nuclear waste.

*Nuclear waste* means any waste material that:

- contains by-product material; and
- results from the operation of any nuclear reactor, or uranium isotopes separation device or equipment, by any person or organization.

But we won't consider nuclear waste to include tailings or wastes that result from the extraction or concentration of uranium or thorium from any ore processed primarily for its source material content.

*Spent nuclear fuel* means any solid or liquid fuel element or component that's been exposed to radiation or used in a nuclear reactor.

**Pollution bodily injury or property damage related to autos.** We won't cover bodily injury or property damage that results from pollution involving any pollutant, or any pollutant contained in any property, that's:

- being transported or towed by an auto;

- being loaded onto or unloaded from an auto;
- otherwise in the course of transit by auto by or for any protected person; or
- being stored, disposed of, treated, or processed in or on an auto.

However, we won't apply this exclusion to bodily injury or property damage that results from pollution caused by fuels, lubricants, fluids, exhaust gases, or similar pollutants that:

- are needed for or result from the normal electrical, hydraulic, or mechanical functioning of an auto, other than the operation of specialized equipment; and
- escape, seep, or migrate, or are discharged, dispersed, or released, directly from a part of an auto designed by its manufacturer to hold, store, receive, or dispose of such pollutants.

Nor will we apply this exclusion to bodily injury or property damage that results from pollution from property of others which:

- isn't in your care, custody, or control;
- isn't being transported or towed by or for you; and
- is damaged by an accident due to the ownership, maintenance, or use of an auto covered by this agreement.

We explain what we mean by:

- pollution and pollutant in the Pollution injury or damage not related to autos exclusion;
- auto in the Who Is Protected For Auto-Related Claims section;
- loading or unloading in the Aircraft exclusion; and
- specialized equipment in the Racing mobile equipment exclusion.

**Pollution injury or damage not related to autos.** We won't cover injury or damage that results from pollution at, on, in, or from any:

- protected person's premises;
- waste site; or
- protected person's work site.

P/P 00189

**The St Paul**

Nor will we cover injury or damage that results from pollution involving any waste pollutant.

But we won't apply this exclusion to injury or damage that results from:

- building heating equipment fumes, smoke, soot, or vapors;
- hostile fire heat, fumes, or smoke; or
- mobile equipment operating fluids.

Nor will we apply this exclusion to bodily injury or property damage that results from your products or completed work, other than waste products or completed work.

Also, we won't apply this exclusion to bodily injury or property damage related to autos. Instead, we'll apply the Pollution bodily injury or property damage related to autos exclusion.

*Pollution* means any actual, alleged, or threatened discharge, dispersal, escape, migration, release, or seepage of any pollutant.

*Pollutant* means any solid, liquid, gaseous, or thermal irritant or contaminant, including:

- smoke, vapors, soot, fumes;
- acids, alkalis, chemicals; and
- waste.

*Waste* includes materials to be recycled, reconditioned, or reclaimed.

*Protected person's premises* means any premises, site, or location which is or was at any time owned, rented, leased, borrowed, or occupied by any protected person. For example:

*You sold an office building two years ago. It contains asbestos ceiling tile which released asbestos into the air while you owned it. A former tenant now sues you for bodily injury that allegedly resulted from the release of that asbestos. We won't cover such injury.*

Another example:

*You own an apartment building. Its woodwork is finished with paint that contains lead. Two of your renters sue you for bodily injury to their children allegedly caused by the lead in that paint. The children supposedly consumed the lead by eating chips of the paint from the window sills in their apartments. We won't cover such injury.*

But we won't consider a premises, site, or location that isn't owned, rented, leased, borrowed, or occupied by you to be a protected person's premises in connection with pollution that results from your work being performed there.

*Waste site* means any premises, site, or location which is or was at any time used by or for any protected person or others for the handling, storage, disposal, processing, or treatment of waste. For example:

*For several years waste generated by your manufacturing business was disposed of in a landfill owned by others. The landfill was closed two years ago. Nearby residents now allege that they're being injured by the waste from there. We won't cover such injury.*

*Protected person's work site* means any premises, site, or location at, on, or in which work is being performed by or for any protected person when:

- the pollution involves a pollutant that is brought to, on, or in such premises, site, or location by or for the protected person in connection with such work; or
- the work being performed is pollution work.

For example:

*A subcontractor working for you brings a diesel fuel storage tank to the building site for refueling of its excavation equipment. After a couple of days it is discovered that the tank has been leaking. Some of the escaped fuel is found to have seeped into an underground conduit and damaged the insulation on the fiber optic cables in the conduit. We won't cover such property damage.*

*Waste pollutant* means any pollutant which is or was at any time transported, handled, stored, treated, disposed of, or processed as waste by or for:

P/P 00190

©St.Paul Fire and Marine Insurance Co.1996 All Rights Reserved

The **St Paul**

- any protected person; or
- any person or organization for whom you may be legally responsible.

For example:

*Waste generated by your business is transported to a landfill by a trucker hired by you. There is an accident which causes the waste to be spilled onto the road. One of the fire fighters who responds to the accident later alleges that fumes from the waste made her ill. We won't cover such injury.*

*Building heating equipment fumes, smoke, soot, or vapors* means only the fumes, smoke, soot, or vapors that:

- result from equipment used to heat a building at or on a protected person's premises; and
- are within that building.

*Hostile fire heat, fumes, or smoke* means only the heat, fumes, or smoke that result from a hostile fire at, on, in, or from:

- the protected person's premises, other than a waste site; or
- the protected person's work site, other than a waste site, but only if the hostile fire doesn't result from pollution work being performed by or for the protected person.

*Hostile fire* means a fire which:

- becomes uncontrollable; or
- breaks out from where it was intended to be.

*Mobile equipment operating fluids* means only the fuels, lubricants, or other operating fluids that:

- are part of the mobile equipment being maintained, operated, or used in connection with work, other than pollution work, being performed by or for the protected person at, on, or in the protected person's work site;
- are needed to perform the normal electrical, hydraulic, or mechanical functions necessary for the operation of the mobile equipment or any of its parts;
- aren't intended to be discharged, dispersed, or released as part of the operation of the mobile equipment or any of its parts;
- aren't intended to be discharged, dispersed, or released as part of the work being performed by or for the protected person; and
- escape from a mobile equipment part designed to hold, store, or receive them.

*Waste products or completed work* means your products or completed work that:

- is or was handled, stored, disposed of, processed, or treated as waste at, on, or in a waste site; or
- is or was a waste pollutant.

We explain what we mean by:

- mobile equipment in the Racing mobile equipment exclusion;
- pollution work in the Pollution work loss, cost, or expense exclusion; and
- your products, your work, and your completed work in the Products and completed work total limit section.

**Pollution work loss, cost, or expense.** We won't cover any loss, cost, or expense that results from:

- any request, demand, or order that any protected person or others perform pollution work; or
- any claim or suit by or for any governmental authority for damages that result from the performance of pollution work.

*Pollution work* means:

- the testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, or neutralizing of any pollutant; or
- the responding to, or assessing, in any way the effects of any pollutant.

P/P 00191

For example:

*A chemical spill at your manufacturing facility releases a vapor cloud. Several hundred people are exposed to the vapor cloud before it disappears. None of them sustain any apparent bodily injury. However, several of them demand that you arrange and pay for medical checkups now, and yearly for the next ten years, to assess the effect of the vapor cloud on their*

**The St.Paul**

*health. We won't cover the cost of such pollution work, regardless of who orders or performs it.*

Another example:

*One of your products is a container which may be used to store various types of liquids. Several of those containers are sold to a company which uses them for storage of a chemical. During such use one of them ruptures. The spilled chemical must be cleaned up. As a result, the company demands that you pay for the cleanup. We won't cover the cost of such pollution work, regardless of who orders or performs it.*

We explain what we mean by pollutant in the Pollution injury or damage not related to autos exclusion.

**Poor quality or performance.** We won't cover advertising injury that results from the failure of your products, work, or completed work to conform with advertised quality or performance.

We explain what we mean by your products, your work, and your completed work in the Products and completed work total limit section.

**Product recall.** We won't cover any loss, cost, or expense that:

- is incurred by you or others; and
- results from the recall, removal, or withdrawal of impaired property, or your products or completed work, from the market, or from use by any person or organization, for any reason.

Nor will we cover any loss, cost, or expense that is incurred by you or others and results from the:

- loss of use;
- adjustment, inspection, repair;
- replacement; or
- disposal;

of such property, products, or completed work.

We explain what we mean by:

- impaired property in the Impaired property exclusion; and
- your products and your completed work in the Products and completed work total limit section.

**Racing mobile equipment.** We won't cover bodily injury or property damage that results from the use of racing mobile equipment.

*Racing mobile equipment* means any mobile equipment while being prepared for or used in any:

- prearranged racing, speed, demolition, or stunting contest or activity; or
- practice for such contest or activity.

*Mobile equipment* means any land vehicle that:

- is designed for use primarily off public streets or roads;
- is kept for use only on or next to premises that you own, or rent or lease from others;
- travels on crawler treads;
- is kept primarily for the ready movement of permanently attached construction equipment; or
- doesn't travel under its own power and is kept primarily for the ready movement of permanently attached specialized equipment.

Mobile equipment includes any land vehicle that:

- isn't described above; and
- is kept primarily for purposes other than carrying people or cargo.

But we won't consider such a vehicle to be mobile equipment if it:

- travels under its own power;
- is operated like an auto during travel on a public street or road; and
- has permanently attached specialized equipment; or
- has permanently attached equipment designed for snow removal, street cleaning, or street or road maintenance - but not construction or resurfacing.

*Construction equipment* includes any:

- grader, scraper, or roller; or

©St.Paul Fire and Marine Insurance Co.1996 All Rights Reserved    P/P 00192

The**StPaul**

- power crane, digger, drill, loader, or shovel.

*Specialized equipment* means any:

- cherry picker or similar device used to lift workers;
- pump, generator, or air compressor; or
- other equipment, such as building cleaning, geophysical exploration, lighting, spraying, welding, or well-servicing equipment, that has a built-in pump, generator, or air compressor.

We explain what we mean by auto in the Who Is Protected For Auto-Related Claims section.

**Uninsured motorists.** We won't cover any bodily injury or property damage that is subject to any automobile:

- uninsured motorists' law;
- underinsured motorists' law;
- no-fault or other first-party bodily injury or property damage law.

**Unnamed partnership, joint venture, or limited liability company.** We won't cover injury or damage that results from the conduct of any current or past partnership, joint venture, or limited liability company which isn't shown in the Introduction as a named insured.

**Watercraft.** We won't cover bodily injury or property damage that results from the:

- ownership, maintenance, use, or operation;
- loading or unloading; or
- entrustment to others;

of any watercraft owned, operated, rented, leased, or borrowed by any protected person.

But we won't apply this exclusion to:

- bodily injury or property damage covered by your Basic Insurance;
- watercraft less than 50 feet long; or
- watercraft 50 or more feet long for which you notify us within 30 days after you acquire such a watercraft and we agree to provide coverage.

We explain what we mean by loading or unloading and entrustment to others in the Aircraft exclusion.

**Workers compensation and other benefit laws.** We won't cover any obligation that the protected person has under any:

- workers compensation;
- disability benefits;
- unemployment compensation; or
- similar law.

**Wrong price description.** We won't cover advertising injury that results from the wrong description of the price of your products, work, or completed work.

We explain what we mean by your products, your work, and your completed work in the Products and completed work total limit section.

## Other Insurance

If there is any other insurance for injury or damage covered by this agreement, we won't make any payments until the other insurance has been used up with the payment of damages.

We explain what we mean by other insurance in the Coverage When Your Basic Insurance Doesn't Apply section.

This insurance isn't subject to the terms or conditions of any other insurance.

## Other Rules For This Agreement

### Our Duty To Reimburse When You Must Pay

If the laws or rules of another jurisdiction prevent us from paying on your behalf those amounts that you are legally required to pay as damages for injury or damage covered by this agreement, you may pay those amounts with our consent.

If you then give us proof that you did so, we'll reimburse you for the amount by which your payment exceeds either the limits of coverage in your Basic Insurance or the deductible, whichever applies. But we'll only repay you amounts up to the limits of coverage that apply under this agreement.

**P/P 00193**

The **St.Paul**

## Maintaining Your Basic Insurance

You agree to maintain your Basic Insurance while this agreement is in effect. This means that:

- your Basic Insurance remains in effect;
- the terms and conditions of your Basic Insurance are not materially changed;
- your Basic Insurance limits of coverage aren't changed; and
- coverage that renews or replaces your Basic Insurance isn't more restrictive than the coverage being renewed or replaced.

A reduction or exhaustion of a total limit in your Basic Insurance that results from payment of damages won't be considered a change of limits.

This insurance will remain in effect if you fail to meet the above requirements. But we won't be liable for more than we would have been if you had met those requirements.

If you are unable to recover from a Basic Insurer because:

- the Basic Insurer is unable to pay; or
- you fail to comply with the terms of your contract with that insurer;

this agreement will only apply to amounts over the limits of coverage shown in the Schedule of Basic Insurance.

## Premium

This section replaces the Premiums section in the General Rules attached to this policy, but only for this agreement.

The premium for this agreement is a flat premium and is not subject to adjustment, except:

- as otherwise provided in a Coverage Summary or by endorsement to this agreement; or

- any adjustment that results from the cancellation of this agreement.

However, we may charge you additional premium if you add new persons or organizations to those protected by your Basic Insurance and a charge is made for them by your Basic Insurer. You must notify us promptly if that happens.

## Recovering Damages From A Third Party

This section replaces the section with the same title in the General Rules attached to this policy, but only for this agreement.

Any person protected under this agreement may be able to recover all or part of a loss from someone other than us. Because of this, each protected person must do all that's possible after a loss to preserve any right of recovery available. If we make a payment under this policy, that right of recovery will belong to us.

**Division of recovery.** Any amount recovered will be divided as follows:

- First, any protected person or insurer who paid amounts over the limits of coverage under this agreement will be reimbursed for the actual excess amount paid.
- Next, we'll be reimbursed for any payments we've actually made.
- Then, if any amount remains, it will belong to any Basic Insurer or protected person who paid damages to the person who made the claim.

**Recovery expenses.** Expenses of recovery proceedings will be divided in the same ratio as the recovery is shared. But if we bring proceedings on our own to try to obtain a recovery and we fail to do so, we'll pay all the expenses of those proceedings ourselves.

P/P 00194

©St.Paul Fire and Marine Insurance Co.1996 All Rights Reserved

**WASTE PRODUCTS OR COMPLETED WORK REDEFINED
ENDORSEMENT — UMBRELLA EXCESS LIABILITY**

The**StPaul**

This endorsement changes your Umbrella
Excess Liability Protection.

---

**How Coverage Is Changed**

The following replaces the definition of
waste products or completed work in the
Pollution injury or damage not related to
autos exclusion.  This change excludes
coverage.

*Waste products or completed work* means:

- your products or completed work that is
  or was handled, stored, disposed of,
  processed, or treated as waste at, on, or
  in a waste site;

- your products or completed work that is
  or was a waste pollutant; or

- your completed work that is being used
  for cleaning up, containing, detoxifying,
  disposal of, handling, monitoring,
  neutralizing, processing, removing, storing,
  testing for, transporting, or treating any
  pollutant at, on, or in a waste site.

**Other Terms**

All other terms of your policy remain the
same.

P/P 00195

---

E0145 Ed. 11-97 Printed in U.S.A.                    Endorsement
©St.Paul Fire and Marine Insurance Co.1997 All Rights Reserved        Page 1 of 1

**The St.Paul**

## UNNAMED PARTNERSHIP, JOINT VENTURE, AND LIMITED LIABILITY COMPANY EXCLUSION EXCEPTION ENDORSEMENT – UMBRELLA EXCESS LIABILITY

This endorsement changes your Umbrella Excess Liability Protection.

---

### How Coverage Is Changed

The following is added to the Unnamed partnership, joint venture, or limited liability company exclusion. This change broadens coverage.

We won't apply this exclusion to injury or damage that results from the conduct of a partnership, joint venture, or limited liability company to the extent such organization:

- isn't shown in the Introduction as a named insured;
- isn't a named insured under your Basic Insurance; and
- qualifies as a protected person, additional protected person, or additional insured under your Basic Insurance.

### Other Terms

All other terms of your policy remain the same.

P/P 00196

---

**CONTROL OF PROPERTY EXCLUSION ENDORSEMENT —
UMBRELLA EXCESS LIABILITY**

The**StPaul**

This endorsement changes your Umbrella
Excess Liability Protection.

---

### How Your Coverage Is Changed

The following replaces the Control of
property exclusion. This change excludes
coverage.

**Control of property.** We won't cover property
damage to the following property:

- Property that you own, rent, lease, or
  borrow from others, or occupy.
- Premises you sell, give away, or abandon,
  if such property damage results from any
  part of those premises. But we won't
  apply this exclusion part to property
  damage to premises which are your
  completed work and were never occupied,
  rented, or held for rental by you.
- Personal property in the care, custody, or
  control of the protected person.
- That particular part of real property being
  worked on by you or for you, if the
  damage results from your work.

- That particular part of any property which
  must be restored, repaired, or replaced
  because your work was incorrectly
  performed on it. But we won't apply this
  exclusion part to property damage that
  results from your completed work.

Furthermore, we won't apply this exclusion
to liability for property damage to the
above property, other than the property
described below, if such liability is assumed
under a sidetrack agreement:

- Property that you own, rent, lease, or
  borrow from others, or occupy.
- Premises you sell, give away, or abandon.

### Other Terms

All other terms of your policy remain the
same.

P/P 00197

47216 Rev. 3-96 Printed in U.S.A.          Endorsement
©St.Paul Fire and Marine Insurance Co.1996 All Rights Reserved

**EXCESS ERRORS AND OMISSIONS LIABILITY PROTECTION –
CLAIMS–MADE
COVERAGE SUMMARY**

The **St.Paul**

This Coverage Summary shows the limit of
coverage that applies to your Excess Errors And
Omissions Liability Protection - Claims-Made
and describes your Basic Errors And Omissions
Insurance.  It also lists those endorsements, if
any, that must have certain information shown
for them to apply.

**Limit Of Coverage**

| | |
|---|---|
| Total limit. | $ 10,000,000 |

**Schedule Of Basic Errors And Omissions Liability Insurance**

Description Of Coverage:  EMPLOYEE BENEFITS

| | | |
|---|---|---|
| Insurer:  ST PAUL MERCURY INSURANCE CO. | **Limits Of Coverage** | |
| Policy number:  CK03800708 | Each wrongful act limit. | $ 1,000,000 |
| Policy period:<br>From:  05/01/01    To:  05/01/02 | Total limit. | $ 3,000,000 |

Description Of Coverage:

| | | |
|---|---|---|
| Insurer: | **Limits Of Coverage** | |
| Policy number: | | $ |
| Policy period:<br>From:    To: | | $ |

**Named Endorsement Table**

**Important Note:** Only endorsements that must have certain information shown for them to apply are
named in this table. The required information follows the name of each such endorsement.   Other
endorsements may apply too.  If so, they're listed on the Policy Forms List.

P/P  00198

| | | |
|---|---|---|
| **Name of Insured**<br>PACK & PROCESS, INC. | **Policy Number** CK03800708 | **Effective Date** 05/01/01 |
| | **Processing Date** 05/23/01  10:05  001 | |

P/P  00199

©St.Paul Fire and Marine Insurance Co.1992 All Rights Reserved

Endorsements

P/P 00200

**COPY**

POLICY CHANGE ENDORSEMENT                                              The St.Paul

This endorsement summarizes the changes to
your policy.  All other terms of your policy not
affected by these changes remain the same.

---

**How Your Policy Is Changed**

COMMERCIAL AUTOMOBILE
--------------------------------
Additional Insured per Form #44476 is amended to read Penske Truck Rental, Inc.
in lieu of Rollins Leasing Corp.

---

**Premium Change Which Is Due Now**
Additional premium                          Returned Premium

---

If issued after the date your policy          Policy issued to
begins, these spaces must be completed        PACK & PROCESS, INC.
and our representative must sign below.

                                                        **P/P 00201**

Authorized representative          Endorsement takes effect       Policy Number
                                   12/12/01                       CK03800708
                                   Processing Date: 01/03/02  12:23   007

---

40704 Ed.5-84 Printed in U.S.A.                    Endorsement
©St.Paul Fire and Marine Insurance Co.1984 All Rights Reserved          Page    1

**The St Paul**

P/P 00202

©St.Paul Fire and Marine Insurance Co.1984 All Rights Reserved

**ADDITIONAL PROTECTED PERSONS ENDORSEMENT— FOR AUTOS YOU'VE LEASED FROM OTHERS**

The **St.Paul**

This endorsement changes your commercial auto insurance

## How Your Coverage Is Changed

The leased autos indicated below will be covered as if they are autos you own, not hired autos. But coverage on any leased auto will end:

- on the expiration date of the lease shown below;
- when the person or organization who leased the auto to you or their agent takes back the auto; or
- when this policy ends;

whichever happens first.

*Leased auto* means an auto, including any substitute or replacement auto, that you've leased under a written agreement, that requires you to provide direct primary insurance on the auto.

The Who Is Protected section of your Liability Agreement is changed by adding the following.

- The person or organization named below, from whom you've leased an auto, is protected.

The Who We'll Pay For Loss Section of your Auto Physical Damage Agreement includes the person or organization named below.

## Cancellation

The Cancellation section in the General Rules is changed by adding the following.

If we cancel your policy, we'll mail a notice of cancellation to the person or organization named from whom you lease an auto.

That person or organization isn't responsible for paying premiums for your insurance.

## Other Terms

All other terms of your policy remain the same.

---

**Person or organization**

PENSKE TRUCK RENTAL, INC.
51 BOULDEN BOULEVARD
NEW CASTLE, DE 19720
AS RESPECTS FOR ALL VEHICLES HIRED, LEASED, OR
RENTED BY THE INSURED.

---

| Coverages | Limits of Coverage | Deductibles |
|---|---|---|
| *(Refer to the Auto Schedule)* | | |
| Leased Autos | | Lease Expiration |

P/P 00203

---

| Name of Insured | Policy Number CK03800708 | Effective Date 12/12/01 |
|---|---|---|
| PACK & PROCESS, INC. | | Processing Date 01/03/02  12:23   007 |

44476 Ed. 4-91 Printed in U.S.A.
©St.Paul Fire and Marine Insurance Co. 1991 All Rights Reserved

Endorsement

**The St. Paul**

Leased Autos                                                                    Lease Expiration

P/P 00204

©St.Paul Fire and Marine Insurance Co. 1991 All Rights Reserved

COPY

**POLICY CHANGE ENDORSEMENT**                                        The**StPaul**

This endorsement summarizes the changes to
your policy.  All other terms of your policy not
affected by these changes remain the same.

**How Your Policy Is Changed**

COMMERCIAL AUTOMOBILE
————————————————

The Following Changes Affect Vehicle 0004:

    Vehicle Is Deleted.

P/P 00205

| **Premium Change Which Is Due Now** | | |
|---|---|---|
| Additional premium | Returned Premium | $572.00 |

| If issued after the date your policy begins, these spaces must be completed and our representative must sign below. | Policy issued to<br>PACK & PROCESS, INC.<br>AMES ENGINEERING CORP.; ESTATE OF<br>HERBERT M AMES AND LILLIAN AMES<br>TRUSTEES UNDER TRUST AGREEMENT OF | |
|---|---|---|
| Authorized representative | Endorsement takes effect<br>02/09/02<br>Processing Date: 03/01/02  09:56 | Policy Number<br>CK03800708<br>008 |

40704 Ed.5-84 Printed in U.S.A.                    Endorsement
©St.Paul Fire and Marine Insurance Co.1984 All Rights Reserved          Page    1

**The St.Paul**

P/P 00206

©St.Paul Fire and Marine Insurance Co. 1984 All Rights Reserved

COPY

**SCHEDULE CHANGE ENDORSEMENT**                                    The **St Paul**

This endorsement shows the changes that are
made in your Auto Schedule.

| Auto Year Make | Type | VIN/Serial | Location |
|---|---|---|---|
| 0004 1999 FORD | EXPEDITION | 1FMUA1869XLA33934 | NEW CASTLE DE |

ACV or Stated Amount  Deductible

- ☐ Liability *
- ☐ Uninsured Motorists*
- ☐ No-Fault*
- ☐ Medical Payments

- ☐ Comprehensive
- ☐ Collision
- ☐ Specified Causes of Loss
- ☐ Towing

☐
☐

Maximum

This vehicle deleted on 02/09/02

**Who We'll Pay For Physical Damage Loss.  You and:**

(*Note: Refer to the Auto Coverage Summary for the Limit of Coverage.)

| Auto Year Make | Type | VIN/Serial | Location |
|---|---|---|---|
|  |  |  |  |

ACV or Stated Amount  Deductible

- ☐ Liability *
- ☐ Uninsured Motorists*
- ☐ No-Fault*
- ☐ Medical Payments

- ☐ Comprehensive
- ☐ Collision
- ☐ Specified Causes of Loss
- ☐ Towing

☐
☐

Maximum

**Who We'll Pay For Physical Damage Loss.  You and:**

(*Note: Refer to the Auto Coverage Summary for the Limit of Coverage.)

| Auto Year Make | Type | VIN/Serial | Location |
|---|---|---|---|
|  |  |  |  |

ACV or Stated Amount  Deductible

- ☐ Liability *
- ☐ Uninsured Motorists*
- ☐ No-Fault*
- ☐ Medical Payments

- ☐ Comprehensive
- ☐ Collision
- ☐ Specified Causes of Loss
- ☐ Towing

☐
☐

Maximum

**Who We'll Pay For Physical Damage Loss.  You and:**

P/P 00207

(*Note: Refer to the Auto Coverage Summary for the Limit of Coverage.)

| Name of Insured | Policy Number CK03800708 | Effective Date 02/09/02 |
|---|---|---|
| PACK & PROCESS, INC. | Processing Date 03/01/02  09:56  008 | |

**The St.Paul**

---

Auto  Year  Make                Type                    VIN/Serial              Location

ACV or Stated Amount   Deductible

☐ Liability *                    ☐ Comprehensive
☐ Uninsured Motorists*           ☐ Collision
☐ No-Fault*                      ☐ Specified Causes of Loss
☐ Medical Payments               ☐ Towing                                       Maximum

**Who We'll Pay For Physical Damage Loss.   You and:**

(*Note: Refer to the Auto Coverage Summary for the Limit of Coverage.)

---

Auto  Year  Make                Type                    VIN/Serial              Location

ACV or Stated Amount   Deductible

☐ Liability *                    ☐ Comprehensive
☐ Uninsured Motorists*           ☐ Collision
☐ No-Fault*                      ☐ Specified Causes of Loss
☐ Medical Payments               ☐ Towing                                       Maximum

**Who We'll Pay For Physical Damage Loss.   You and:**

(*Note: Refer to the Auto Coverage Summary for the Limit of Coverage.)

---

Auto  Year  Make                Type                    VIN/Serial              Location

ACV or Stated Amount   Deductible

☐ Liability *                    ☐ Comprehensive
☐ Uninsured Motorists*           ☐ Collision
☐ No-Fault*                      ☐ Specified Causes of Loss
☐ Medical Payments               ☐ Towing                                       Maximum

**Who We'll Pay For Physical Damage Loss.   You and:**

(*Note: Refer to the Auto Coverage Summary for the Limit of Coverage.)

P/P 00208

---

©St.Paul Fire and Marine Insurance Co.1990 All Rights Reserved

**COPY**

**POLICY CHANGE ENDORSEMENT**

The**StPaul**

This endorsement summarizes the changes to your policy. All other terms of your policy not affected by these changes remain the same.

---

## How Your Policy Is Changed

PREMIER PROPERTY PROTECTION - MONTHLY REPORTING
------------------------------------------------
Final Adjustment for the Policy Period 05/01/01 to 05/01/02.

Total Earned Premium      $10,239.
Deposit Premium           $10,425.
Total Return Premium      $   186.

---

**Premium Change Which Is Due Now**
Additional premium                    Returned Premium      $186.

---

If issued after the date your policy begins, these spaces must be completed and our representative must sign below.

Policy issued to
PACK & PROCESS, INC.

**P/P 00209**

Authorized representative

Endorsement takes effect
05/01/01
Processing Date: 08/28/02  09:16  012

Policy Number
CK03800708

---

The **St.Paul**

P/P 00210

©St.Paul Fire and Marine Insurance Co.1984 All Rights Reserved

**COPY**

**POLICY CHANGE ENDORSEMENT**                                            The **St.Paul**

This endorsement summarizes the changes to
your policy.  All other terms of your policy not
affected by these changes remain the same.

**How Your Policy Is Changed**

PROPERTY
————————

The Item Description and Location of the Covered Property under your Property
Protection has changed for Item 002. Refer to your Coverage Summary for
details.

P/P  00211

| **Premium Change Which Is Due Now** | | | |
|---|---|---|---|
| Additional premium | $0.00 | Returned Premium | $0.00 |

| If issued after the date your policy begins, these spaces must be completed and our representative must sign below. | Policy issued to<br>PACK & PROCESS, INC.<br>AMES ENGINEERING CORP.; ESTATE OF<br>HERBERT M AMES AND LILLIAN AMES<br>TRUSTEES UNDER TRUST AGREEMENT OF | |
|---|---|---|
| Authorized representative | Endorsement takes effect<br>05/01/01<br>Processing Date: 06/11/01  09:39 | Policy Number<br>CK03800708<br>003 |

40704 Ed.5-84 Printed in U.S.A.                       Endorsement
©St.Paul Fire and Marine Insurance Co.1984 All Rights Reserved          Page    1

**The St.Paul**

P/P 00212

®St.Paul Fire and Marine Insurance Co.1984 All Rights Reserved

COPY

**POLICY CHANGE ENDORSEMENT**                                    The**StPaul**

This endorsement summarizes the changes to
your policy.  All other terms of your policy not
affected by these changes remain the same.

---

**How Your Policy Is Changed**

PROPERTY
--------
Description of Item 002 per form #42563 has been corrected.

COMMERCIAL AUTOMOBILE
---------------------
Chase Manhattan Bank is added as Loss Payee and Additional Insured with
respects to the following vehicle:
        Auto #4  1999 Ford Expedition s#1FMUA1869XLA33934


                                                        P/P  00213

---

**Premium Change Which Is Due Now**
Additional premium                          Returned Premium

| If issued after the date your policy begins, these spaces must be completed and our representative must sign below. | Policy issued to<br>PACK & PROCESS, INC. |
|---|---|
| Authorized representative | Endorsement takes effect<br>05/01/01<br>Processing Date: 06/11/01  09:39  003    Policy Number<br>CK03800708 |

---

40704 Ed.5-84 Printed in U.S.A.                    Endorsement
©St.Paul Fire and Marine Insurance Co.1984 All Rights Reserved              Page    1

The**St.Paul**

P/P 00214

©St.Paul Fire and Marine Insurance Co.1984 All Rights Reserved

COPY

TheStPaul

---

### Description and location of covered property

Item 002

MASONRY NON-COMBUSTIBLE BUILDING OCCUPIED AS PACKAGING
PLANT AND OFFICES
3 BOULDEN CIRCLE DR
NEW CASTLE, DE  19801

---

| | Limit Of Coverage | Valuation | Theft Coverage |
|---|---|---|---|
| **Building** | | | |
| **Business Personal Property** | | | |
| **Business Income** | $400,000 | | Yes |
| **Blanket Earnings And Expenses** | | | |

---

BUSINESS INCOME – OPTIONS

Business Income Coverage Other Than Rental Value.
Extended Business Income Option applies.
Number of consecutive days – 90.

P/P 00215

---

| **Name of Insured** | **Policy Number** CK03800708 | **Effective Date** 05/01/01 |
|---|---|---|
| PACK & PROCESS, INC. | **Processing Date** 06/11/01  09:39  003 | |

42563 Rev.7-96 Printed in U.S.A.
©St.Paul Fire and Marine Insurance Co.1996

Coverage Summary

Page  1  of

**The St.Paul**

Monthly Limit Of Indemnity Option applies.
Limit:  1/4

P/P 00216

**ADDITIONAL PROTECTED PERSONS ENDORSEMENT– FOR AUTOS YOU'VE LEASED FROM OTHERS**

The **St.Paul**

This endorsement changes your commercial auto insurance

## How Your Coverage Is Changed

The leased autos indicated below will be covered as if they are autos you own, not hired autos. But coverage on any leased auto will end:

- on the expiration date of the lease shown below;
- when the person or organization who leased the auto to you or their agent takes back the auto; or
- when this policy ends;

whichever happens first.

*Leased auto* means an auto, including any substitute or replacement auto, that you've leased under a written agreement, that requires you to provide direct primary insurance on the auto.

The Who Is Protected section of your Liability Agreement is changed by adding the following.

- The person or organization named below, from whom you've leased an auto, is protected.

The Who We'll Pay For Loss Section of your Auto Physical Damage Agreement includes the person or organization named below.

## Cancellation

The Cancellation section in the General Rules is changed by adding the following.

If we cancel your policy, we'll mail a notice of cancellation to the person or organization named from whom you lease an auto.

That person or organization isn't responsible for paying premiums for your insurance.

## Other Terms

All other terms of your policy remain the same.

---

**Person or organization**

CHASE MANHATTAN BANK USA, N.A.
P.O. BOX 5210
NEW HYDE PARK, NY 11042

---

| Coverages | Limits of Coverage | Deductibles |
|-----------|-------------------|-------------|
| *(Refer to the Auto Schedule)* | | |

| Leased Autos | | Lease Expiration |
|--------------|--|------------------|
| 1999  FORD EXPED    1FMUA1869XLA33934 | | 05/01/02 |

P/P 00217

---

| Name of Insured | Policy Number CK03800708 | Effective Date 05/01/01 |
|-----------------|--------------------------|-------------------------|
| PACK & PROCESS, INC. | | Processing Date 06/11/01   09:39   003 |

44476 Ed. 4-91 Printed in U.S.A.
©St.Paul Fire and Marine Insurance Co. 1991 All Rights Reserved
Endorsement

Page 1 of 2

The**St Paul**

**Leased Autos**                                                    **Lease Expiration**

P/P 00218

44476 Ed. 4-91 Printed in U.S.A.
Page 2 of 2              ©St.Paul Fire and Marine Insurance Co. 1991 All Rights Reserved

**COPY**

**POLICY CHANGE ENDORSEMENT**                                    The **St.Paul**

This endorsement summarizes the changes to
your policy.  All other terms of your policy not
affected by these changes remain the same.

---

**How Your Policy Is Changed**

ST PAUL PREMIER PROPERTY PROTECTION
-----------------------------------------------------

Form #F0171 has been corrected to show a Total Deposit Premium of $7,954.
The Reporting Rate has also been corrected.

---

**Premium Change Which Is Due Now**
Additional premium        $361.                    Returned Premium

---

If issued after the date your policy          Policy issued to
begins, these spaces must be completed         PACK & PROCESS, INC.
and our representative must sign below.

                                                   P/P  00219


Authorized representative              Endorsement takes effect      Policy Number
                                       05/01/01                       CK03800708
                                       Processing Date: 06/11/01   10:06   004

---

**The St.Paul**

P/P 00220

©St.Paul Fire and Marine Insurance Co.1984 All Rights Reserved

COPY

**ST. PAUL PREMIER PROPERTY PROTECTION
COVERAGE SUMMARY**

The**StPaul**

This Coverage Summary shows the coverage
options and other applicable terms and
conditions that apply to your Premier
Property Protection.

## Valuation Options

| | | |
|---|---|---|
| Buildings | ☐ | Actual Cash Value |
| | ☒ | Replacement Cost |
| | ☐ | |
| Business Personal Property | ☒ | Actual Cash Value |
| | ☒ | Replacement Cost |
| | ☒ | ACV (Locs: 3&4)  RC (Locs: 1,2,5&6) |

## Coinsurance Provisions

90 % Coinsurance  --  All Buildings

100% Coinsurance  --  All Business Personal Property    Except Locs 3&4= 90% Coin

| | |
|---|---|
| ☒ | Agreed Amount Option Applies |
| ☐ | All Locations |
| ☒ | Locations Listed  Personal Property Loc:1,2,5&6 |
| ☒ | Agreed Amount  All Locations - Buildings |
| ☒ | Agreed Amount Expiration Date  05/01/02 |

## Deductible Options

| | | |
|---|---|---|
| $ | ☐ | All Coverages per event |
| $1,000. | ☒ | All Coverages except as indicated below  see F0173 |
| $ | ☐ | Blanket Earnings and Expense |
| Hours | ☐ | All Coverage per event |
| Days | ☐ | All Coverage per event |
| $25,000 | ☒ | Flood |
| $ | ☐ | Earthquake and volcanic eruption |
| $25,000 | ☒ | Earth movement |

P/P 00221

| | | |
|---|---|---|
| **Name of Insured** | **Policy Number** CK03800708 | **Effective Date** 05/01/01 |
| PACK & PROCESS, INC. | | **Processing Date** 06/11/01  10:06  004 |

F0171 Ed. 1-98 Printed in U.S.A.    Coverage Summary
®St.Paul Fire and Marine Insurance Co.1998 All Rights Reserved    Page  1 of

The**StPaul**

## Reporting Provisions and Premiums

Reporting Options

☐ Non-reporting

☒ Monthly

☐ Quarterly

☐ Annual

\*     Reporting Rate per $100

☐ Flat Annual Premium     $

☒ Deposit Premium     $7,954.

☐ Minimum Annual Premium $

## Miscellaneous Options

☐ Worldwide coverage extension - Portable Computer Equipment

☐ Worldwide coverage extension - Personal Belongings

☐ Worldwide coverage extension - Property in Transit

## Mortgagees and Loss Payees

LUCENT TECHNOLOGIES PRODUCT FINANCE
C/O ABIC-SPECIALTY SERVICES
5TH FLOOR-P.O. BOX 979220
MIAMI, FL 33197-9220
LOSS PAYEE WITH RESPECTS TO LEASED PHONE SYSTEM


CANON FINANCIAL SERVICE, INC.
P.O. BOX 370
BURLINGTON, NJ 08016
LOSS PAYEE WITH RESPECTS TO IR330 COPIER, S#NQJ05619


ASSOCIATES LEASING INC. AS RESPECTS LIFT TRUCKS

KONICA BUSINESS MACHINES USA AS RESPECTS LEASED COPIER


\* .278 REPORTING RATE PER $100


P/P 00222

©St.Paul Fire and Marine Insurance Co.1998 All Rights Reserved

COPY

**POLICY CHANGE ENDORSEMENT**

The**StPaul**

This endorsement summarizes the changes to
your policy.  All other terms of your policy not
affected by these changes remain the same.

**How Your Policy Is Changed**

ST PAUL PREMIER PROPERTY PROTECTION
------------------------------------------------------
Business Personal Property Blanket Limit is increased to $5,000,000.

**Premium Change Which Is Due Now**
Additional premium     $2,471.                    Returned Premium

If issued after the date your policy          Policy issued to
begins, these spaces must be completed          PACK & PROCESS, INC.
and our representative must sign below.

P/P 00223

Authorized representative          Endorsement takes effect        Policy Number
                                   07/27/01                          CK03800708
                                   Processing Date: 11/12/01  12:41  005

40704 Ed.5-84 Printed in U.S.A.              Endorsement
©St.Paul Fire and Marine Insurance Co.1984 All Rights Reserved          Page    1

**The St.Paul**

P/P 00224

®St.Paul Fire and Marine Insurance Co.1984 All Rights Reserved

COPY

**ST. PAUL PREMIER PROPERTY PROTECTION**
**SCHEDULED LOCATIONS COVERAGE SUMMARY**

The**StPaul**

This Coverage Summary shows your
scheduled locations, covered property, and
limits of coverage that apply to your Premier
Property Protection.

### Scheduled Location

| Loc. No. | Address |
|---|---|
| 001. | 1400 B STREET, WILMINGTON, DE |
| 002. | 805 E. 13TH STREET, WILMINGTON, DE |
| 003. | 500 A. STREET, WILMINGTON, DE |
| 004. | 500 S. MARKET STREET, WILMINGTON, DE |
| 005. | 1001 E. 7TH STREET, WILMINGTON, DE, BUILDING #6 |
| 006. | 3 BOULDEN CIRCLE, NEW CASTLE, DE |

### Limits Of Coverage

| Loc No. | Building | Business Personal Property |
|---|---|---|
| 001 | $ 1,060,000 | $5,000,000 BLANKET LIMIT |
| 002 | $ 1,139,000 | INCL IN BLKT |
| 003 | $ 525,000 | $ 100,000 |
| 004 | $ 705,000 | $ 100,000 |
| 005 | $ 1,432,000 | INCL IN BLKT |
| 006 | N/A | INCL IN BLKT/Improvements & Betterments |

P/P 00225

| | | |
|---|---|---|
| **Name of Insured** | **Policy Number** CK03800708 | **Effective Date** 07/27/01 |
| PACK & PROCESS, INC. | | **Processing Date** 11/12/01  12:41  005 |

The**St.Paul**

## Scheduled Location

| Loc. No. | Address |
|----------|---------|

## Limits Of Coverage

| Loc No. | Building | Business Personal Property |
|---------|----------|----------------------------|

P/P 00226

©St.Paul Fire and Marine Insurance Co.1998 All Rights Reserved

COPY

**POLICY CHANGE ENDORSEMENT**                                    The**StPaul**

This endorsement summarizes the changes to
your policy.  All other terms of your policy not
affected by these changes remain the same.

**How Your Policy Is Changed**

COMMERCIAL AUTOMOBILE
----------------------

The Following Changes Affect Vehicle 0005:

        Vehicle Is Deleted.

P/P 00227

---

**Premium Change Which Is Due Now**

| Additional premium | Returned Premium | $1,335.00 |
|---|---|---|

| If issued after the date your policy begins, these spaces must be completed and our representative must sign below. | Policy issued to<br>PACK & PROCESS, INC.<br>AMES ENGINEERING CORP.; ESTATE OF<br>HERBERT M AMES AND LILLIAN AMES<br>TRUSTEES UNDER TRUST AGREEMENT OF |
|---|---|
| Authorized representative | Endorsement takes effect        Policy Number<br>08/17/01                                CK03800708<br>Processing Date: 11/12/01  12:44   006 |

---

40704 Ed.5-84 Printed in U.S.A.                     Endorsement
©St.Paul Fire and Marine Insurance Co.1984 All Rights Reserved           Page    1

**The St.Paul**

P/P 00228

©St.Paul Fire and Marine Insurance Co. 1984 All Rights Reserved

COPY

## SCHEDULE CHANGE ENDORSEMENT

The **St.Paul**

This endorsement shows the changes that are
made in your Auto Schedule.

| Auto Year Make | Type | VIN/Serial | Location |
|---|---|---|---|
| 0005 1990 CHEVROLET | SUBURBAN | 1GNEV16K0LF114238 | NEW CASTLE DE |

ACV or Stated Amount   Deductible

☐ Liability *
☐ Uninsured Motorists*
☐ No-Fault*
☐ Medical Payments

☐ Comprehensive
☐ Collision
☐ Specified Causes of Loss
☐ Towing

☐
☐
☐

Maximum

This vehicle deleted on 08/17/01

**Who We'll Pay For Physical Damage Loss.   You and:**

(*Note: Refer to the Auto Coverage Summary for the Limit of Coverage.)

| Auto Year Make | Type | VIN/Serial | Location |
|---|---|---|---|

ACV or Stated Amount  Deductible

☐ Liability *
☐ Uninsured Motorists*
☐ No-Fault*
☐ Medical Payments

☐ Comprehensive
☐ Collision
☐ Specified Causes of Loss
☐ Towing

☐
☐
☐

Maximum

**Who We'll Pay For Physical Damage Loss.   You and:**

(*Note: Refer to the Auto Coverage Summary for the Limit of Coverage.)

| Auto Year Make | Type | VIN/Serial | Location |
|---|---|---|---|

ACV or Stated Amount  Deductible

☐ Liability *
☐ Uninsured Motorists*
☐ No-Fault*
☐ Medical Payments

☐ Comprehensive
☐ Collision
☐ Specified Causes of Loss
☐ Towing

☐
☐
☐

Maximum

**Who We'll Pay For Physical Damage Loss.   You and:**

P/P 00229

(*Note: Refer to the Auto Coverage Summary for the Limit of Coverage.)

| Name of Insured | Policy Number CK03800708 | Effective Date 08/17/01 |
|---|---|---|
| PACK & PROCESS, INC. | Processing Date 11/12/01   12:44   006 | |

44493 Ed.4-91 Printed in U.S.A.

©St.Paul Fire and Marine Insurance Co.1990 All Rights Reserved

Schedule Change

Page     1

The **St.Paul**

---

**Auto Year Make**     **Type**     **VIN/Serial**     **Location**

☐ Liability *
☐ Uninsured Motorists*
☐ No-Fault*
☐ Medical Payments

☐ Comprehensive
☐ Collision
☐ Specified Causes of Loss
☐ Towing

ACV or Stated Amount   Deductible

Maximum

**Who We'll Pay For Physical Damage Loss.**   **You and:**

(*Note: Refer to the Auto Coverage Summary for the Limit of Coverage.)

---

**Auto Year Make**     **Type**     **VIN/Serial**     **Location**

☐ Liability *
☐ Uninsured Motorists*
☐ No-Fault*
☐ Medical Payments

☐ Comprehensive
☐ Collision
☐ Specified Causes of Loss
☐ Towing

ACV or Stated Amount   Deductible

Maximum

**Who We'll Pay For Physical Damage Loss.**   **You and:**

(*Note: Refer to the Auto Coverage Summary for the Limit of Coverage.)

---

**Auto Year Make**     **Type**     **VIN/Serial**     **Location**

☐ Liability *
☐ Uninsured Motorists*
☐ No-Fault*
☐ Medical Payments

☐ Comprehensive
☐ Collision
☐ Specified Causes of Loss
☐ Towing

ACV or Stated Amount   Deductible

Maximum

**Who We'll Pay For Physical Damage Loss.**   **You and:**

(*Note: Refer to the Auto Coverage Summary for the Limit of Coverage.)

P/P 00230

---

©St.Paul Fire and Marine Insurance Co.1990 All Rights Reserved