IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ST. PAUL MERCURY INSURANCE COMPANY and PACK AND PROCESS, INC. | Case No. 05-0022 (MPT) |
| v. | |
| MALY YAN | |
| YAN THOU, et al. | |
| v. | Case No. 05-00513 (MPT) |
| PACK & PROCESS, INC., et al. | CONSOLIDATED CASES |

**VERDICT SHEET**

On June 18, 2001, was Maly Yan acting in the scope of her employment with Pack & Process while transporting workers to and from the Pack and Process factory?

          **ANSWER:**  YES _____    NO _____