IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ST. PAUL MERCURY INSURANCE COMPANY, and PACK AND PROCESS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> MALY YAN, <br><br> Defendant. | : <br> : <br> : <br> : <br> : <br> : Civil Action No. 05-22-MPT <br> : (Lead Case) <br> : <br> : <br> : |
| YAN THOU, et al., <br><br> Plaintiffs, <br><br> v. <br><br> PACK & PROCESS, INC., et al., <br><br> Defendants. | : <br> : <br> : <br> : Civil Action No. 05-513-MPT <br> : <br> : CONSOLIDATED CASES <br> : |

**ORDER**

At Wilmington this **24th** day of **April, 2008,**

IT IS ORDERED that lunch be furnished for eight jurors engaged in the above entitled cases on April 24, 2008.

_____
UNITED STATES MAGISTRATE JUDGE