## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ST. PAUL MERCURY INSURANCE COMPANY and PACK AND PROCESS, INC., <br><br>      Plaintiffs, <br><br>v. <br><br>MALY YAN, <br><br>      Defendant. <br><br>*********************************** <br><br>YAN THOU, et al., <br><br>      Plaintiffs, <br><br>v. <br><br>PACK & PROCESS, INC., et al., <br><br>      Defendants. | ) ) ) ) ) ) ) ) ) Case No. 05-0022 (MPT) ) ) ) ) ) ) ) ) ) Case No. 05-0513 (MPT) ) ) CONSOLIDATED CASES ) ) ) ) |

### NOTICE OF JOINDER IN DEFENDANTS' MOTION FOR JUDGMENT AS A MATTER OF LAW [D.I. 189]

**NOW COME** defendants/plaintiffs Unchalee Vong, Lawrence Vong, Donkeo Phravichit, Kusti Leman, Tjajah Chandra, Lani Chandra, Zair Shah, Khan Gul, Salim Khan, Mohammad Sardar Khan, Soly Chan, and Thorn Bun Khem ("the Vong plaintiffs"), by and through counsel, and hereby join in the Motion for Judgment as a Matter of Law of co-defendants/plaintiffs Maly Yan, Yan Thou, Chan Yan, Thua Son, Chieu Thi Huynh, and Bay Thi Ngyuen, filed on April 24, 2008 [D.I. 189]. With respect to the grounds of the said Motion for Judgment as a Matter of Law, the joining defendants/plaintiffs adopt and join in the arguments set forth in said Motion, and incorporate them herein by reference.

**PERRY & SENSOR**

By:    /s/ Michael L. Sensor
      Michael L. Sensor, Esquire
      Delaware Bar ID No. 3541
      One Customs House, Suite 560
      P.O. Box 1568
      Wilmington, DE 19899-1568
      Telephone: (302) 655-4482
      Attorney for Plaintiffs Vong, Phravichit, Leman, T. Chandra, L. Chandra, Shah, Gul, Khan, Chan, and Khem

Dated: April 24, 2008

**OF COUNSEL:**

Robert S. Miller, Esquire
Wapner, Newman, Wigrizer & Brecher
115 South 21st Street
Philadelphia, PA 19103

Richard Costigan, Esquire
Costigan & Costigan
1315 Walnut Street, Suite 902
Philadelphia, PA 19107

Steven M. Dranoff, Esquire
Dranoff Associates
121 South Broad Street, Suite 1210
Philadelphia, PA 19107-4534

Warren I. Siegel, Esquire
Bernhardt & Rothermel, P.C.
1515 Market Street, Suite 1540
Philadelphia, PA 19102

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on April 24, 2008, he electronically filed the following document with the Clerk of Court using CM/ECF which will send notification of such filing to the following persons, counsel of record for all parties:

**DOCUMENT:**

Notice of Joinder in Defendants' Motion for Judgment as a Matter of Law [D.I. 189]

**RECIPIENTS:**

Chad J. Toms, Esquire
Bifferato Gentilotti LLC
P.O. Box 2165
Wilmington, DE 19899-2165

Francis J. Deasey, Esquire
Deasey, Mahoney & Valentini
1800 John F. Kennedy Boulevard, Suite 1300
Philadelphia, PA 19103-2978

Yvonne Takvorian Saville, Esquire
Weiss & Saville
1220 Market Street, Suite 604
P.O. Box 370
Wilmington, DE 19899-0370

Jonathan M. Cohen, Esquire
Royce W. Smith, Esquire
Kline & Specter
1525 Locust Street, 19th Floor
Philadelphia, PA 19102

                **PERRY & SENSOR**

           By: /s/ Michael L. Sensor
             Michael L. Sensor, Esquire
             Delaware Bar ID No. 3541
             One Customs House, Suite 560
             P.O. Box 1568
             Wilmington, DE 19899-1568
             Telephone: (302) 655-4482
             Attorney for Plaintiffs Vong, Phravichit, Leman, T. Chandra, L. Chandra, Shah, Gul, Khan, Chan, and Khem

Dated: April 24, 2008

**OF COUNSEL:**

Robert S. Miller, Esquire
Wapner, Newman, Wigrizer & Brecher
115 South 21st Street
Philadelphia, PA 19103

Richard Costigan, Esquire
Costigan & Costigan
1315 Walnut Street, Suite 902
Philadelphia, PA 19107

Steven M. Dranoff, Esquire
Dranoff Associates
121 South Broad Street, Suite 1210
Philadelphia, PA 19107-4534

Warren I. Siegel, Esquire
Bernhardt & Rothermel, P.C.
1515 Market Street, Suite 1540
Philadelphia, PA 19102