

**BifferatoGentilotti**
ATTORNEYS AT LAW
www.bglawde.com

Chad J. Toms
Also Admitted in NJ
Wilmington Office
Direct Fax: (302) 792-7471
ctoms@bglawde.com

April 25, 2008

<u>**Via Electronic Filing**</u>

The Honorable Mary Pat Thynge
J. Caleb Boggs Federal Building
844 N. King Street, Room 6100
Lockbox 8
Wilmington, DE 19801

   Re: **St. Paul Mercury Insurance Company, et al. v. Maly Yan, et al.**
      **C.A. No 05-22-MPT**

Dear Judge Thynge:

   As Your Honor will recall, before finalizing the Jury Instructions in the above referenced matter, Plaintiffs' counsel requested that the Court include a curative jury instruction entitled *Testimony Regarding Statements by David Thatch Attributed to Pack & Process*. A copy of the proposed instruction was provided to the Court at the time counsel made the request. Your Honor requested that a copy be filed of record. Therefore, attached hereto is a copy of the proposed curative jury instruction provided to the Court.

   Counsel are available should the Court have any questions.

              Respectfully submitted,

              Chad J. Toms (#4155)

CJT/yd
Attachment
cc: <u>Via Electronic Mail</u>
   Michael L. Sensor, Esquire
   Yvonne Takvorian Saville, Esquire

Wilmington Office
800 N. King Street
P.O. Box 2165
Wilmington, DE 19899-2165
Courier Zip: (19801)
Phone: (302) 429-1900
Main Fax: (302) 429-8600

Newark Office
100 Biddle Avenue, Suite 100
Newark, DE 19702
Phone: (302) 429-1900
Main fax: (302) 832-7540

Lewes Office
119 West Third Street
Lewes, DE 19958
Phone: (302) 644-0302
Main Fax: (302) 644-0306

BIFFERATO GENTILOTTI LLC

Bifferato Gentilotti LLC
2 of 2
April 25, 2008

        Francis J. Deasey, Esquire
        Henri Marcel, Esquire
        Jonathan Cohen, Esquire
        Steven M. Dranoff, Esquire
        Richard Costigan, Esquire
        Warren L. Siegel, Esquire
        Robert S. Miller, Esquire
        Royce Smith, Esquire

**TESTIMONY REGARDING STATEMENTS BY DAVID THATCH
ATTRIBUTED TO PACK & PROCESS**

During trial Yan Thou testified that David Thatch told him about statements made by Steven Ames to David Thatch. I am striking that testimony from the record as inadmissible and I am instructing you that you must not consider that testimony as evidence in your deliberations.