## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ST. PAUL MERCURY INSURANCE COMPANY, and PACK AND PROCESS, INC., | : <br> : <br> : <br> : |
| Plaintiffs, | : <br> : |
| v. | :    Civil Action No. 05-22-MPT |
| | :    (Lead Case) |
| MALY YAN, | : <br> : |
| Defendant. | : <br> : |
| YAN THOU, et al., | : <br> : |
| Plaintiffs, | : <br> : |
| v. | :    Civil Action No. 05-513-MPT |
| | : |
| PACK & PROCESS, INC., et al., | :    CONSOLIDATED CASES |
| Defendants. | : <br> : |

## **ORDER**

At Wilmington this **25th** day of **April, 2008,**

IT IS ORDERED that lunch be furnished for eight jurors engaged in the above entitled cases on April 25, 2008.

                                        /s/ Mary Pat Thynge
                                        UNITED STATES MAGISTRATE JUDGE