IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ST. PAUL MERCURY INSURANCE COMPANY, and PACK AND PROCESS, INC., | : : : : | |
| Plaintiffs, | : : | |
| v. | : : | Civil Action No. 05-22-MPT (Lead Case) |
| MALY YAN, | : : : | |
| Defendant. | : | |
| YAN THOU, et al., | : : : | |
| Plaintiffs, | : : | |
| v. | : : | Civil Action No. 05-513-MPT |
| PACK & PROCESS, INC., et al., | : : | CONSOLIDATED CASES |
| Defendants. | : | |

## ORDER

At Wilmington this **7th** day of **May, 2008,**

IT IS ORDERED that a teleconference has been scheduled for **Thursday, May 15, 2008 at 11:00 a.m.** with Judge Thynge to discuss resolution of the matter. **Jonathan Cohen, Esquire shall initiate the teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

　　　　　　　　　　　　　　　　　　　　/s/ Mary Pat Thynge
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE