# EXHIBIT (A)

KLINE & SPECTER
A PROFESSIONAL CORPORATION

BY:  JONATHAN M. COHEN, ESQUIRE
     JOSHUA VAN NAARDEN, ESQUIRE
Attorney I.D. Nos. 69062/86740
Attorneys for Plaintiffs
1525 Locust Street
The Nineteenth Floor
Philadelphia, Pennsylvania 19102
(215) 772-1000

012847

---

| | |
|---|---|
| YAN THOU, Individually and as Administrator of the Estates of Oeurn Mam, Deceased and Navy Yan, Deceased<br>and<br>CHAN YAN<br>and<br>THUA SON<br>and<br>CHIEU THI HUYNH<br><br>     v.<br><br>MALY YAN | COURT OF COMMON PLEAS<br>PHILADELPHIA COUNTY<br><br>JUNE TERM, 2003<br><br><br><br><br>NO. 1508 |

---

## ORDER

AND NOW, this 7th day of March, 2005, upon consideration of plaintiff's Petition for Delay Damages and for Final Judgment, and any responses thereto, it is hereby **ORDERED** that said Petition is **GRANTED**. The verdict is hereby molded as follows:

With the inclusion of delay damages, the jury's verdict should be further molded to award each plaintiff the total sum as follows:

| | | |
|---|---|---|
| a. | Yan Thou | $2,307,466.89 |
| b. | Estate of Oeurn Man | $1,764,668.71 |
| c. | Estate of Navy Yan | $2,768,302.89 |
| d. | Chan Yan | $2,078,643.52 |
| e. | Thula Son | $1,076,610.13 |
| f. | Chieu Thi Huynh | $ 513,734.19 |
| | Total Sum Damages | $10,509,426.33 |

It is further **ORDERED** that **JUDGMENT** is hereby **ENTERED** in favor of plaintiffs,

KLINE & SPECTER
A PROFESSIONAL CORPORATION

Yan Thou individually and as administrator of the estates of Ouern Man, deceased and Navy Yan, deceases, Chan Yan, Thula Son and Cheiu Thi Huynh, and against defendant Maly Yan, in the sum of $10,509,426.33

BY THE COURT:

_____ J.

UNCONTESTED

COPIES SENT
PURSUANT TO Pa.R.C.P. 236(b)

MAR 0 8 2005

FIRST JUDICIAL DISTRICT OF PA
USER I.D...