# EXHIBIT (B)

## LETTERS OF ADMINISTRATION

### REGISTER'S OFFICE
### PHILADELPHIA COUNTY, PA

№ A3685-01

ESTATE OF ........ OVERN MAM ........

Social Security No. ........ 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 ........

WHEREAS, ........ OVERN MAM ........
late of ........ PHILADELPHIA COUNTY ........

died on the ........ 18TH ........ day of ........ JUNE ........ , ........ 2001 ........ ;
and

WHEREAS, the grant of letters of administration is required for the administration of his estate.

THEREFORE, I, RONALD R. DONATUCCI, Register for the Probate of Wills and Grant of Letters Testamentary and of Administration, in and for the County and Philadelphia in the Commonwealth of Pennsylvania, hereby certify that I have granted Letters of Administration ........

to ........ YAN THOU ........

who ha S duly qualified as Administrator ........ of the estate of the above named decedent and ha S agreed to administer the estate according to law, all of which fully appear of record in the Office of the Register of Wills of Philadelphia County, Pennsylvania.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of my office, at Philadelphia, the ........ 17TH ........ day of ........ JULY ........ 2001 ........

*/Deputy Register*

10-36 (Rev. 10/99)

LETTERS OF ADMINISTRATION

REGISTER'S OFFICE
PHILADELPHIA COUNTY, PA

№ 3510 - 01

ESTATE OF ....NAVY YAN................

Social Security No. ...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...

WHEREAS, ....NAVY YAN....
late of ....PHILADELPHIA COUNTY....

died on the ....18TH.... day of ....JUNE...., ....2001....; and

WHEREAS, the grant of letters of administration is required for the administration of his estate.

THEREFORE, I, RONALD R. DONATUCCI, Register for the Probate of Wills and Grant of Letters Testamentary and of Administration, in and for the County and Philadelphia in the Commonwealth of Pennsylvania, hereby certify that I have granted Letters of Administration ....

to ....YAN THOU....

who ha ..S. duly qualified as Administrator .... of the estate of the above named decedent and ha ....S. agreed to administer the estate according to law, all of which fully appear of record in the Office of the Register of Wills of Philadelphia County, Pennsylvania.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of my office, at Philadelphia, the ..6TH.. day of ....JULY.... ..2001

*[signature]*
Deputy Register

10-36 (Rev. 10/99)