# EXHIBIT (C)

Kline and Specter
Client Cost Report
01-1321
For the Period: Duration of Matter
Client Name: Thou, Yan

| Date | Explanation/Payee | Ref # | GL Account | Amount |
|---|---|---|---|---|
| 11-Jul-01 | Schoenberg's Memorial Chapel | 27709 | 5002 | $20.00 |
| 18-Jul-01 | Schoenberg's Memorial Chapel | 27796 | 5002 | $10.00 |
| 24-Sep-01 | Delaware State Police | 28593 | 5002 | $18.50 |
| 3-Oct-01 | Delaware State Police | 28713 | 5002 | $41.50 |
| 29-Nov-01 | Delaware State Police | 28713 | 5002 | -$41.50 |
| 29-Nov-01 | Delaware State Police | 29460 | 5002 | $41.50 |
| 5-Dec-01 | Delaware State Police | 29507 | 5002 | $224.00 |
| 10-Apr-02 | Electronic Health Information | 31213 | 5002 | $110.00 |
| 17-Apr-02 | Electronic Health Information | 31317 | 5002 | $75.00 |
| 12-Nov-03 | MCS | 41287 | 5002 | $56.34 |
| 20-Nov-03 | MCS | 41583 | 5002 | $73.50 |
| 17-Dec-03 | MCS | 42329 | 5002 | $37.56 |
| 14-Jan-04 | MCS | 43039 | 5002 | $45.33 |
| 7-Apr-04 | MCS | 45145 | 5002 | $42.94 |
| 5-Jan-05 | Dr. Thongchai Vorasingha | 50611 | 5002 | $93.64 |
| 11-Jan-05 | Sourcecorp Health Serve | 50720 | 5002 | $77.58 |
| 12-Jan-05 | Philadelphia Orthopaedic Associates | 50827 | 5002 | $36.08 |
| 24-Jan-05 | Delaware Health & Social Services | 51021 | 5002 | $165.00 |
| 2-Mar-06 | MCS | 58992 | 5002 | $21.58 |
| 2-Mar-06 | MCS | 58992 | 5002 | $21.58 |
| 5-May-06 | MCS | 60120 | 5002 | $100.64 |
| 5-May-06 | MCS | 60120 | 5002 | $25.58 |
| 19-May-06 | MCS | 60440 | 5002 | $150.58 |
| 29-Jun-06 | MCS | 61312 | 5002 | $86.38 |
| 29-Jun-06 | MCS | 61312 | 5002 | $29.27 |
| 29-Jun-06 | MCS | 61312 | 5002 | $25.58 |
| 20-Sep-06 | MCS | 62739 | 5002 | $170.08 |
| 20-Sep-06 | MCS | 62739 | 5002 | $129.78 |
| 11-Jan-07 | MCS | 64709 | 5002 | $19.82 |
| 11-Jan-07 | MCS | 64709 | 5002 | $19.82 |
| 11-Jan-07 | MCS | 64709 | 5002 | $19.82 |
| 11-Jan-07 | MCS | 64709 | 5002 | $77.58 |
| 11-Jan-07 | MCS | 64709 | 5002 | $146.58 |
| 11-Jan-07 | MCS | 64709 | 5002 | $131.05 |
| 11-Jan-07 | MCS | 64709 | 5002 | $21.58 |
| 11-Jan-07 | MCS | 64709 | 5002 | $25.58 |
| 11-Jan-07 | MCS | 64709 | 5002 | $19.82 |
| 11-Jan-07 | MCS | 64709 | 5002 | $24.04 |
| 11-Jan-07 | MCS | 64709 | 5002 | $100.64 |
| 11-Jan-07 | MCS | 64709 | 5002 | $28.04 |
| 11-Jan-07 | MCS | 64709 | 5002 | $142.49 |
| | | | 5002 Total | $2,664.88 |
| 1-Aug-01 | Liberty Document Services | 27960 | 5003 | $52.97 |
| 27-Feb-02 | Liberty Document Services | 30650 | 5003 | $977.45 |
| | | | 5003 Total | $1,030.42 |
| 3-Oct-01 | Jonathan M. Cohen | 28734 | 5005 | $57.86 |

| Date | Payee | Check# | Code | Amount |
|---|---|---|---|---|
| 3-Oct-01 | Jonathan M. Cohen | 28734 | 5005 | $31.65 |
| 1-May-02 | AT & T | 31464 | 5005 | $96.25 |
| 21-May-03 | Jonathan M. Cohen | 37187 | 5005 | $13.63 |
| 13-Dec-05 | American Express | 57517 | 5005 | $11.53 |
| 15-May-07 | American Express | 67093 | 5005 | $57.49 |
| | | | 5005 Total | $268.41 |
| 4-Sep-03 | Cash | 39713 | 5006 | $10.00 |
| 6-Feb-04 | Cash | 43518 | 5006 | $5.00 |
| 31-Aug-04 | Petty Cash - Donna Murray | 48275 | 5006 | $50.30 |
| 2-Feb-05 | Petty Cash-Sandy Burcin | 51174 | 5006 | $11.00 |
| 10-May-05 | Joshua VanNaarden | 53358 | 5006 | $10.00 |
| 3-May-06 | Petty Cash - Donna Taylor | 60100 | 5006 | $6.00 |
| 9-May-08 | Petty Cash - Donna Taylor | 75399 | 5006 | $33.00 |
| | | | 5006 Total | $125.30 |
| 8-Oct-03 | B & R | 40429 | 5011 | $1,130.80 |
| 15-Oct-03 | Center City Reporting, Inc. | 40601 | 5011 | $1,045.00 |
| 9-May-06 | Love Court Reporting, Inc. | 60206 | 5011 | $270.80 |
| 16-Aug-06 | B & R | 62117 | 5011 | $276.85 |
| 16-Aug-06 | B & R | 62117 | 5011 | $716.05 |
| 16-Aug-06 | B & R | 62117 | 5011 | $797.80 |
| 26-Sep-06 | Love Court Reporting, Inc. | 62834 | 5011 | $533.50 |
| 7-Nov-06 | B & R | 63581 | 5011 | $246.25 |
| 8-Oct-03 | Esquire Dep.Services | | 5011 | $489.50 |
| 15-Oct-03 | Esquire Dep.Services | | 5011 | $769.00 |
| 18-Aug-04 | Glenn Kaplan, RPR | | 5011 | $93.00 |
| 6-Oct-04 | Glenn Kaplan, RPR | | 5011 | $93.00 |
| 24-Jan-05 | John J. Kurz, RPR | | 5011 | $212.50 |
| 2-Mar-05 | John J. Kurz, RPR | | 5011 | $105.00 |
| 9-Jan-07 | Wilcox & Fetzer, Ltd. | | 5011 | $212.26 |
| 2-May-08 | Brian P. Gaffigan, OCR | | 5011 | $766.40 |
| 3-Jun-08 | Brian P. Gaffigan, OCR | | 5011 | $104.10 |
| | | | 5011 Total | $7,861.81 |
| 9-Apr-03 | B & R | 36446 | 5012 | $45.00 |
| 7-May-03 | B & R | 36935 | 5012 | $45.00 |
| 7-May-03 | B & R | 36935 | 5012 | $140.50 |
| 16-Jul-03 | B & R | 38458 | 5012 | $45.00 |
| 8-Oct-03 | B & R | 40429 | 5012 | $45.00 |
| 8-Oct-03 | B & R | 40429 | 5012 | $45.00 |
| 11-Jul-06 | B & R | 61531 | 5012 | $192.50 |
| 11-Jul-06 | B & R | 61531 | 5012 | $167.50 |
| | | | 5012 Total | $725.50 |
| 27-Sep-06 | Weiss & Saville, P.A. | 62877 | 5013 | $157.00 |
| | | | 5013 Total | $157.00 |
| 8-Jun-06 | Cheryl Adkins | 60801 | 5015 | $50.00 |
| 5-Jul-06 | Cheryl Adkins | 60801 | 5015 | -$50.00 |
| 20-Jun-06 | Cheryl Adkins | 61019 | 5015 | $50.00 |
| | | | 5015 Total | $50.00 |
| 1-Aug-01 | American Expediting | 27926 | 5023 | $27.65 |
| 11-Dec-02 | Federal Express | 34496 | 5023 | $10.47 |
| 15-Sep-04 | American Expediting | 48512 | 5023 | $90.70 |
| 23-Sep-04 | United Parcel Service | 48728 | 5023 | $24.91 |
| 6-Oct-04 | American Expediting | 48918 | 5023 | $28.50 |

| Date | Description | Ref | Account | Amount |
|---|---|---|---|---|
| 13-Oct-04 | Intercept Courier | 49108 | 5023 | $20.62 |
| 3-Nov-04 | American Expediting | 49502 | 5023 | $27.25 |
| 17-Nov-04 | American Expediting | 49747 | 5023 | $22.50 |
| 1-Dec-04 | Intercept Courier | 50025 | 5023 | $56.16 |
| 5-Jan-05 | American Expediting | 50629 | 5023 | $26.75 |
| 24-Jan-05 | United Parcel Service | 51079 | 5023 | $34.37 |
| 9-Feb-05 | American Expediting | 51268 | 5023 | $36.26 |
| 10-Feb-05 | United Parcel Service | 51360 | 5023 | $16.14 |
| 16-Feb-05 | American Expediting | 51435 | 5023 | $22.57 |
| 17-Feb-05 | United Parcel Service | 51558 | 5023 | $6.69 |
| 23-Feb-05 | Intercept Courier | 51649 | 5023 | $4.75 |
| 16-Mar-05 | Intercept Courier | 52157 | 5023 | $15.50 |
| 15-Apr-05 | United Parcel Service | 52813 | 5023 | $6.69 |
| 25-Apr-05 | Intercept Courier | 52919 | 5023 | $11.50 |
| 26-Apr-05 | United Parcel Service | 52975 | 5023 | $10.00 |
| 17-May-05 | Intercept Courier | 53496 | 5023 | $10.75 |
| 17-May-05 | Intercept Courier | 53497 | 5023 | $11.25 |
| 20-Sep-05 | Intercept Courier | 55962 | 5023 | $84.00 |
| 20-Sep-05 | United Parcel Service | 55998 | 5023 | $6.69 |
| 2-Nov-05 | UPS | 56835 | 5023 | $6.87 |
| 13-Nov-05 | United Parcel Service | 57033 | 5023 | $7.82 |
| 16-Dec-05 | United Parcel Service | 57659 | 5023 | $7.82 |
| 1-Jan-06 | Intercept Courier | 57820 | 5023 | $34.98 |
| 6-Jan-06 | United Parcel Service | 57982 | 5023 | $8.62 |
| 6-Jan-06 | United Parcel Service | 57982 | 5023 | $6.87 |
| 4-Apr-06 | Intercept Courier | 59602 | 5023 | $10.12 |
| 11-Jul-06 | Intercept Courier | 61482 | 5023 | $4.75 |
| 3-Aug-06 | United Parcel Service | 61842 | 5023 | $7.45 |
| 29-Aug-06 | Intercept Courier | 62309 | 5023 | $102.53 |
| 31-Aug-06 | United Parcel Service | 62374 | 5023 | $12.21 |
| 19-Sep-06 | Intercept Courier | 62681 | 5023 | $170.88 |
| 26-Sep-06 | Intercept Courier | 62827 | 5023 | $70.75 |
| 7-Nov-07 | United Parcel Service | 71047 | 5023 | $52.62 |
| 12-Mar-08 | Intercept Courier | 73774 | 5023 | $26.76 |
| 5-May-08 | Intercept Courier | 75270 | 5023 | $26.84 |
| 13-May-08 | Intercept Courier | 75511 | 5023 | $656.66 |
| 21-May-08 | United Parcel Service | 75831 | 5023 | $8.10 |
| 30-May-08 | Federal Express | 76018 | 5023 | $23.38 |
| | | | **5023 Total** | **$1,858.70** |
| 9-Feb-05 | Document Technologies, Inc. | 51289 | 5030 | $112.35 |
| 16-Feb-05 | Document Technologies, Inc. | 51448 | 5030 | $369.15 |
| | | | **5030 Total** | **$481.50** |
| 22-Sep-04 | S. Ross Noble, M.D., Inc. | | 5043 | $2,000.00 |
| 19-Jan-05 | Richard T. Callery, M.D., F.C.A.P. | | 5043 | $1,000.00 |
| 9-Feb-05 | S. Ross Noble, M.D., Inc. | | 5043 | $3,000.00 |
| | | | **5043 Total** | **$6,000.00** |
| 30-Sep-03 | Cash | 40234 | 5045 | $108.00 |
| 2-Feb-05 | Petty Cash-Sandy Burcin | 51174 | 5045 | $50.00 |
| 31-Jan-06 | Jonathan M. Cohen | 58364 | 5045 | $51.00 |
| 18-Apr-08 | Jonathan M. Cohen | 58364 | 5045 | -$51.00 |
| 6-May-08 | Patricia A. Stephens | 75357 | 5045 | $34.77 |
| | | | **5045 Total** | **$192.77** |

| Date | Payee | Ref | Code | Amount |
|---|---|---|---|---|
| 14-Nov-06 | Carla Pavese | 63702 | 5046 | $17.00 |
| 5-May-08 | Royce W. Smith | 75202 | 5046 | $199.50 |
| 6-May-08 | Danny Angeline | 75342 | 5046 | $83.53 |
| 13-May-08 | Jonathan M. Cohen | 75523 | 5046 | $177.60 |
| 21-May-08 | American Express | 75819 | 5046 | $147.08 |
| | | | **5046 Total** | **$624.71** |
| 11-Jul-01 | Jonathan M. Cohen | 27691 | 5060 | $126.00 |
| 14-Feb-03 | Prothonotary of Philadelphia | 35558 | 5060 | $432.50 |
| 11-Jun-03 | Prothonotary of Philadelphia | 37604 | 5060 | $399.50 |
| 10-Jul-03 | Prothonotary of Philadelphia | 38354 | 5060 | $30.00 |
| 2-Feb-04 | Prothonotary of Philadelphia | 43377 | 5060 | $30.00 |
| 8-Dec-04 | Prothonotary of Philadelphia | 50181 | 5060 | $102.00 |
| 31-Jan-05 | Prothonotary of Philadelphia | 50181 | 5060 | -$102.00 |
| 27-Jan-05 | American Express | 51142 | 5060 | $30.00 |
| 3-Feb-05 | Prothonotary of Philadelphia | 51180 | 5060 | $30.00 |
| 18-Feb-05 | Prothonotary of Philadelphia | 51567 | 5060 | $30.00 |
| 18-Feb-05 | Prothonotary of Philadelphia | 51567 | 5060 | -$30.00 |
| 18-Feb-05 | Prothonotary of Philadelphia | 51569 | 5060 | $208.50 |
| 25-Feb-05 | Prothonotary of Philadelphia | 51569 | 5060 | -$208.50 |
| 23-Feb-05 | Clerk, U.S.D.C. | 51583 | 5060 | $250.00 |
| 21-Mar-05 | Clerk - USDC of DE | 52211 | 5060 | $50.00 |
| 1-Apr-05 | Clerk - USDC of DE | 52211 | 5060 | -$50.00 |
| 23-Mar-05 | Potter, Carmine & Leonard, P.C. | 52311 | 5060 | $15.90 |
| 6-Jul-06 | Prothonotary-Superior Court of DE | 61363 | 5060 | $300.00 |
| 6-Jul-06 | Prothonotary-Superior Court of DE | 61364 | 5060 | $300.00 |
| 20-Feb-07 | Tybout, Redfearn & Pell | 65474 | 5060 | $727.00 |
| | | | **5060 Total** | **$2,670.90** |
| 19-Jun-02 | West Group | 32107 | 5077 | $6.41 |
| 8-Nov-02 | American Express | 34028 | 5077 | $36.99 |
| 5-Jun-03 | West Group | 37551 | 5077 | $16.64 |
| 30-Jul-03 | West Group | 38798 | 5077 | $16.94 |
| 2-Oct-03 | West Group | 40349 | 5077 | $8.44 |
| 11-Dec-03 | West Group | 42182 | 5077 | $39.48 |
| 11-Dec-03 | West Group | 42183 | 5077 | $1.31 |
| 16-Sep-04 | West Group | 48598 | 5077 | $11.82 |
| 3-Nov-04 | West Group | 49570 | 5077 | $530.55 |
| 3-Nov-04 | West Group | 49570 | 5077 | $14.05 |
| 22-Dec-04 | West Group | 50508 | 5077 | $928.39 |
| 13-Jan-05 | West Group | 50856 | 5077 | $678.06 |
| 13-Jan-05 | West Group | 50856 | 5077 | $19.99 |
| 10-Feb-05 | West Group | 51370 | 5077 | $54.25 |
| 23-Mar-05 | West Group | 52333 | 5077 | $33.33 |
| 23-Mar-05 | West Group | 52333 | 5077 | -$33.33 |
| 23-Mar-05 | West Group | 52334 | 5077 | $33.33 |
| 5-Apr-05 | West Group | 52608 | 5077 | $2,189.17 |
| 3-May-05 | PACER | 53206 | 5077 | $0.24 |
| 10-May-05 | West Group | 53399 | 5077 | $949.40 |
| 31-May-05 | West Group | 54588 | 5077 | $27.14 |
| 2-Aug-05 | PACER | 55146 | 5077 | $22.40 |
| 2-Nov-05 | PACER | 56813 | 5077 | $20.48 |
| 18-Dec-05 | West Group | 57671 | 5077 | $200.66 |
| 1-Jan-06 | West Group | 57869 | 5077 | $151.04 |

| Date | Payee | Check # | Account | Amount |
|---|---|---|---|---|
| 1-Jan-06 | West Group | 57869 | 5077 | $82.05 |
| 31-Jan-06 | PACER | 58386 | 5077 | $11.84 |
| 1-Feb-06 | West Group | 58431 | 5077 | $173.28 |
| 12-Apr-06 | West Group | 59757 | 5077 | $63.08 |
| 2-May-06 | West Group | 60085 | 5077 | $177.30 |
| 7-Jun-06 | West Group | 60778 | 5077 | $14.07 |
| 1-Aug-06 | PACER | 61788 | 5077 | $3.60 |
| 8-Aug-06 | West Group | 61927 | 5077 | $547.94 |
| 12-Sep-06 | PA Bar Institute | 62570 | 5077 | $111.30 |
| 27-Sep-06 | Weiss & Saville, P.A. | 62877 | 5077 | $855.00 |
| 3-Oct-06 | West Group | 63005 | 5077 | $2,111.29 |
| 1-Nov-06 | West Group | 63527 | 5077 | $3,094.90 |
| 20-Nov-06 | PACER | 63843 | 5077 | $1.20 |
| 20-Nov-06 | PACER | 63843 | 5077 | $8.24 |
| 20-Nov-06 | PACER | 63843 | 5077 | $1.04 |
| 20-Nov-06 | PACER | 63843 | 5077 | $0.88 |
| 20-Nov-06 | PACER | 63843 | 5077 | $1.12 |
| 20-Nov-06 | PACER | 63843 | 5077 | $1.20 |
| 12-Dec-06 | West Group | 64233 | 5077 | $164.11 |
| 13-Feb-07 | PACER | 65349 | 5077 | $16.64 |
| 9-May-07 | PACER | 67004 | 5077 | $12.24 |
| 1-Aug-07 | PACER | 68797 | 5077 | $4.08 |
| 1-Aug-07 | PACER | 68797 | 5077 | $2.16 |
| 1-Aug-07 | PACER | 68797 | 5077 | $0.16 |
| 25-Oct-07 | PACER | 70747 | 5077 | $0.08 |
| 29-Jan-08 | PACER | 72790 | 5077 | $12.80 |
| 8-May-08 | PACER | 75390 | 5077 | $0.08 |
| 8-May-08 | PACER | 75390 | 5077 | $0.56 |
| 8-May-08 | West Group | 75395 | 5077 | $3.37 |
| 28-May-08 | West Group | 75991 | 5077 | $401.57 |
| | | | **5077 Total** | **$13,834.36** |
| 3-May-05 | Potter, Carmine & Leonard, P.C. | 53210 | 5078 | $225.00 |
| 2-Jul-03 | Young Conaway Stargatt & Taylor, LLP | | 5078 | $3,031.78 |
| 25-Apr-05 | Murphy, Spadaro & Landon | | 5078 | $1,714.92 |
| 11-Apr-06 | Allan D. Windt, Esquire | | 5078 | $950.00 |
| 13-Jun-06 | Allan D. Windt, Esquire | | 5078 | $360.00 |
| 3-Oct-06 | Allan D. Windt, Esquire | | 5078 | $405.00 |
| 30-Jan-07 | Weiss & Saville, P.A. | | 5078 | $12,127.50 |
| 15-Jan-08 | Weiss & Saville, P.A. | | 5078 | $3,537.50 |
| | | | **5078 Total** | **$22,351.70** |
| 16-Aug-01 | Holly Oak Service Center | 28170 | 5079 | $2,340.00 |
| 12-Sep-01 | DJS Associates, Inc. | 28453 | 5079 | $1,750.00 |
| 17-Oct-01 | Chuck's Service Center, Inc. | 28894 | 5079 | $236.00 |
| 12-Dec-01 | DJS Associates, Inc. | 29613 | 5079 | $1,792.00 |
| 3-Jan-02 | Accident Investigative Serv., | 29810 | 5079 | $130.00 |
| 30-Jan-02 | Huntingdon Valley Steel Supply | 30253 | 5079 | $212.00 |
| 28-Aug-02 | Huntingdon Valley Steel Supply | 33003 | 5079 | $300.00 |
| 29-Jan-03 | Huntingdon Valley Steel Supply | 35245 | 5079 | $300.00 |
| 19-Mar-03 | DJS Associates, Inc. | 36115 | 5079 | $1,982.25 |
| 14-May-03 | Accident Investigative Serv., | 37046 | 5079 | $307.50 |
| 23-Jul-03 | Huntingdon Valley Steel Supply | 38667 | 5079 | $300.00 |
| 17-Dec-03 | Jewish Exponent | 42296 | 5079 | $618.50 |

| Date | Description | Ref | Code | Amount |
|---|---|---|---|---|
| 28-Jan-04 | Huntingdon Valley Steel Supply | 43288 | 5079 | $300.00 |
| 21-Jul-04 | Huntingdon Valley Steel Supply | 47401 | 5079 | $300.00 |
| 1-Dec-04 | DJS Associates, Inc. | 50017 | 5079 | $2,315.50 |
| 24-Jan-05 | Huntingdon Valley Steel Supply | 51028 | 5079 | $300.00 |
| 10-Feb-05 | Para Plus Translations, Inc. | 51340 | 5079 | $379.80 |
| 2-Aug-05 | Huntingdon Valley Steel Supply | 55124 | 5079 | $300.00 |
| 31-Jan-06 | Huntingdon Valley Steel Supply | 58357 | 5079 | $300.00 |
| 15-Aug-06 | Accident Investigative Serv., | 62037 | 5079 | $1,179.05 |
| 19-Sep-06 | MIR Associates, Inc. | 62716 | 5079 | $180.00 |
| 10-Oct-06 | Huntingdon Valley Steel Supply | 63132 | 5079 | $300.00 |
| 23-Jan-07 | Huntingdon Valley Steel Supply | 64902 | 5079 | $300.00 |
| 7-Aug-07 | Huntingdon Valley Steel Supply | 68869 | 5079 | $300.00 |
| 13-Feb-08 | Huntingdon Valley Steel Supply | 73180 | 5079 | $300.00 |
| 20-May-08 | Accident Investigative Serv., | 75682 | 5079 | $342.00 |
| 21-May-08 | Quantum, Inc. | 75815 | 5079 | $5,296.40 |
| 27-Oct-04 | David L. Hopkins, A.S.A. | | 5079 | $2,925.00 |
| 19-Jan-05 | David L. Hopkins, A.S.A. | | 5079 | $600.00 |
| 15-Jan-08 | Weiss & Saville, P.A. | | 5079 | $816.35 |
| | | | **5079 Total** | **$27,002.35** |
| 31-Jul-01 | Photocopy Expense | | 5090 | $4.75 |
| 30-Sep-01 | Photocopy Expense | | 5090 | $5.75 |
| 30-Nov-01 | Photocopy Expense | | 5090 | $32.75 |
| 31-Dec-01 | Photocopy Expense | | 5090 | $4.00 |
| 19-Feb-02 | Photocopy Expense | | 5090 | $25.25 |
| 7-Mar-02 | Photocopy Expense | | 5090 | $4.00 |
| 16-Apr-02 | Photocopy Expense | | 5090 | $2.50 |
| 8-Jul-02 | Photocopy Expense | | 5090 | $21.75 |
| 30-Oct-02 | Photocopy Expense | | 5090 | $45.50 |
| 27-Dec-02 | Photocopy Expense | | 5090 | $93.50 |
| 5-Feb-03 | Photocopy Expense | | 5090 | $47.50 |
| 27-Mar-03 | Photocopy Expense | | 5090 | $81.00 |
| 28-Apr-03 | Photocopy Expense | | 5090 | $249.50 |
| 20-May-03 | Photocopy Expense | | 5090 | $138.00 |
| 30-Jun-03 | Photocopy Expense | | 5090 | $400.25 |
| 31-Jul-03 | Photocopy Expense | | 5090 | $104.25 |
| 26-Aug-03 | Photocopy Expense | | 5090 | $35.25 |
| 30-Sep-03 | Photocopy Expense | | 5090 | $3,058.50 |
| 1-Oct-03 | Photocopy Expense | | 5090 | $11.00 |
| 29-Oct-03 | Photocopy Expense | | 5090 | $468.75 |
| 19-Nov-03 | Photocopy Expense | | 5090 | $100.00 |
| 15-Dec-03 | Photocopy Expense | | 5090 | $3.00 |
| 30-Jan-04 | Photocopy Expense | | 5090 | $34.75 |
| 27-Feb-04 | Photocopy Expense | | 5090 | $152.50 |
| 9-Jun-04 | Photocopy Expense | | 5090 | $0.25 |
| 19-Jul-04 | Photocopy Expense | | 5090 | $2.00 |
| 31-Aug-04 | Photocopy Expense | | 5090 | $3,972.75 |
| 30-Sep-04 | Photocopy Expense | | 5090 | $230.00 |
| 27-Oct-04 | Photocopy Expense | | 5090 | $190.00 |
| 30-Nov-04 | Photocopy Expense | | 5090 | $81.00 |
| 28-Dec-04 | Photocopy Expense | | 5090 | $120.00 |
| 31-Jan-05 | Photocopy Expense | | 5090 | $806.00 |
| 28-Feb-05 | Photocopy Expense | | 5090 | $142.25 |

| Date | Description | Code | Amount |
|---|---|---|---|
| 1-Mar-05 | Photocopy Expense | 5090 | $24.00 |
| 30-Mar-05 | Photocopy Expense | 5090 | $425.25 |
| 1-Apr-05 | Photocopy Expense | 5090 | $5.00 |
| 1-Apr-05 | Photocopy Expense | 5090 | $0.50 |
| 1-Apr-05 | Photocopy Expense | 5090 | $8.75 |
| 29-Apr-05 | Photocopy Expense | 5090 | $242.75 |
| 24-May-05 | Photocopy Expense | 5090 | $857.75 |
| 16-Jun-05 | Photocopy Expense | 5090 | $8.50 |
| 27-Jul-05 | Photocopy Expense | 5090 | $2.25 |
| 31-Aug-05 | Photocopy Expense | 5090 | $26.25 |
| 1-Sep-05 | Photocopy Expense | 5090 | $18.25 |
| 28-Sep-05 | Photocopy Expense | 5090 | $61.25 |
| 26-Oct-05 | Photocopy Expense | 5090 | $62.25 |
| 1-Nov-05 | Photocopy Expense | 5090 | $1.75 |
| 2-Nov-05 | Photocopy Expense | 5090 | $1.25 |
| 22-Dec-05 | Photocopy Expense | 5090 | $590.25 |
| 31-Jan-06 | Photocopy Expense | 5090 | $64.00 |
| 24-Feb-06 | Photocopy Expense | 5090 | $94.50 |
| 28-Mar-06 | Photocopy Expense | 5090 | $24.75 |
| 20-Apr-06 | Photocopy Expense | 5090 | $1,702.25 |
| 1-May-06 | Photocopy Expense | 5090 | $21.25 |
| 11-May-06 | Photocopy Expense | 5090 | $2.50 |
| 29-Jun-06 | Photocopy Expense | 5090 | $621.25 |
| 29-Jun-06 | Photocopy Expense | 5090 | $621.25 |
| 5-Jul-06 | Photocopy Expense | 5090 | $10.00 |
| 8-Aug-06 | Photocopy Expense | 5090 | $367.25 |
| 1-Sep-06 | Photocopy Expense | 5090 | $422.00 |
| 27-Sep-06 | Photocopy Expense | 5090 | $152.50 |
| 16-Oct-06 | Photocopy Expense | 5090 | $739.00 |
| 20-Nov-06 | Photocopy Expense | 5090 | $40.50 |
| 28-Dec-06 | Photocopy Expense | 5090 | $56.50 |
| 23-Jan-07 | Photocopy Expense | 5090 | $2.25 |
| 7-Feb-07 | Photocopy Expense | 5090 | $4.50 |
| 29-Mar-07 | Photocopy Expense | 5090 | $1.00 |
| 24-Jul-07 | Photocopy Expense | 5090 | $47.25 |
| 2-Aug-07 | Photocopy Expense | 5090 | $0.50 |
| 28-Sep-07 | Photocopy Expense | 5090 | $26.75 |
| 31-Oct-07 | Photocopy Expense | 5090 | $4,755.50 |
| 26-Nov-07 | Photocopy Expense | 5090 | $28.50 |
| 19-Dec-07 | Photocopy Expense | 5090 | $10.50 |
| 25-Jan-08 | Photocopy Expense | 5090 | $109.00 |
| 28-Feb-08 | Photocopy Expense | 5090 | $148.50 |
| 27-Mar-08 | Photocopy Expense | 5090 | $3,650.25 |
| 30-Apr-08 | Photocopy Expense | 5090 | $12,577.00 |
| 30-May-08 | Photocopy Expense | 5090 | $795.25 |
| | | **5090 Total** | $40,100.50 |
| 31-Aug-01 | Fax Expense | 5091 | $10.00 |
| 30-Sep-01 | Fax Expense | 5091 | $3.00 |
| 19-Feb-02 | Fax Expense | 5091 | $3.00 |
| 24-Apr-02 | Fax Expense | 5091 | $11.00 |
| 10-Jul-02 | Fax Expense | 5091 | $31.00 |
| 27-Dec-02 | Fax Expense | 5091 | $132.00 |

| Date | Description | Account | Amount |
|---|---|---|---|
| 26-Mar-03 | Fax Expense | 5091 | $19.00 |
| 28-Apr-03 | Fax Expense | 5091 | $118.00 |
| 30-May-03 | Fax Expense | 5091 | $49.00 |
| 17-Jun-03 | Fax Expense | 5091 | $2.00 |
| 26-Sep-03 | Fax Expense | 5091 | $32.00 |
| 29-Oct-03 | Fax Expense | 5091 | $99.00 |
| 28-Sep-04 | Fax Expense | 5091 | $23.00 |
| 14-Dec-04 | Fax Expense | 5091 | $51.00 |
| 13-Jan-05 | Fax Expense | 5091 | $107.00 |
| 22-Feb-05 | Fax Expense | 5091 | $47.00 |
| 2-May-05 | Fax Expense | 5091 | $1.00 |
| 22-Nov-05 | Fax Expense | 5091 | $3.00 |
| 6-Dec-05 | Fax Expense | 5091 | $1.00 |
| 6-Dec-05 | Fax Expense | 5091 | $1.00 |
| 28-Feb-06 | Fax Expense | 5091 | $3.00 |
| 31-Mar-06 | Fax Expense | 5091 | $12.00 |
| 26-Apr-06 | Fax Expense | 5091 | $6.00 |
| 8-May-06 | Fax Expense | 5091 | $1.00 |
| 29-Jun-06 | Fax Expense | 5091 | $38.00 |
| 29-Jun-06 | Fax Expense | 5091 | $38.00 |
| 3-Aug-06 | Fax Expense | 5091 | $1.00 |
| 15-Sep-06 | Fax Expense | 5091 | $13.00 |
| 3-Oct-06 | Fax Expense | 5091 | $1.00 |
| 20-Nov-06 | Fax Expense | 5091 | $22.00 |
| 28-Dec-06 | Fax Expense | 5091 | $25.00 |
| 16-Jan-07 | Fax Expense | 5091 | $2.00 |
| 14-Mar-07 | Fax Expense | 5091 | $8.00 |
| 18-Dec-07 | Fax Expense | 5091 | $9.00 |
| 19-Mar-08 | Fax Expense | 5091 | $49.00 |
| 28-May-08 | Fax Expense | 5091 | $51.00 |
| | | **5091 Total** | **$1,022.00** |
| 31-Jul-01 | Telephone Expense | 5092 | $0.60 |
| 31-Aug-01 | Telephone Expense | 5092 | $2.84 |
| 30-Sep-01 | Telephone Expense | 5092 | $2.19 |
| 30-Nov-01 | Telephone Expense | 5092 | $2.41 |
| 31-Dec-01 | Telephone Expense | 5092 | $0.12 |
| 19-Feb-02 | Telephone Expense | 5092 | $1.53 |
| 6-Mar-02 | Telephone Expense | 5092 | $2.93 |
| 25-Apr-02 | Telephone Expense | 5092 | $1.14 |
| 20-May-02 | Telephone Expense | 5092 | $19.96 |
| 18-Jul-02 | Telephone Expense | 5092 | $0.05 |
| 5-Sep-02 | Telephone Expense | 5092 | $8.12 |
| 17-Dec-02 | Telephone Expense | 5092 | $7.44 |
| 24-Mar-03 | Telephone Expense | 5092 | $0.08 |
| 26-Apr-03 | Telephone Expense | 5092 | $4.74 |
| 16-May-03 | Telephone Expense | 5092 | $5.82 |
| 28-Jul-03 | Telephone Expense | 5092 | $4.09 |
| 29-Sep-03 | Telephone Expense | 5092 | $0.28 |
| 20-Oct-03 | Telephone Expense | 5092 | $0.32 |
| 13-Nov-03 | Telephone Expense | 5092 | $2.97 |
| 12-Jan-04 | Telephone Expense | 5092 | $0.08 |
| 30-Aug-04 | Telephone Expense | 5092 | $2.14 |

| Date | Description | Code | Amount |
|---|---|---|---|
| 6-Oct-04 | Telephone Expense | 5092 | $2.14 |
| 15-Oct-04 | Telephone Expense | 5092 | $1.22 |
| 29-Nov-04 | Telephone Expense | 5092 | $0.08 |
| 20-Dec-04 | Telephone Expense | 5092 | $35.65 |
| 14-Jan-05 | Telephone Expense | 5092 | $14.96 |
| 3-May-05 | Telephone Expense | 5092 | $0.08 |
| 26-Jun-06 | Telephone Expense | 5092 | $4.95 |
| 16-Aug-06 | Telephone Expense | 5092 | $0.99 |
| 26-Sep-06 | Telephone Expense | 5092 | $29.75 |
| 20-Oct-06 | Telephone Expense | 5092 | $10.71 |
| 16-Nov-06 | Telephone Expense | 5092 | $79.73 |
| 28-Dec-06 | Telephone Expense | 5092 | $9.52 |
| 19-Jan-07 | Telephone Expense | 5092 | $3.57 |
| 29-Mar-07 | Telephone Expense | 5092 | $47.60 |
| 2-Aug-07 | Telephone Expense | 5092 | $2.38 |
| 16-Oct-07 | Telephone Expense | 5092 | $7.14 |
| 21-Nov-07 | Telephone Expense | 5092 | $4.76 |
| 22-Apr-08 | Telephone Expense | 5092 | $0.39 |
| 30-May-08 | Telephone Expense | 5092 | $46.89 |
| | | **5092 Total** | $372.36 |
| 21-Oct-04 | Velobind Expense | 5094 | $138.00 |
| 31-Jan-05 | Velobind Expense | 5094 | $90.00 |
| 26-Sep-06 | Velobind Expense | 5094 | $6.00 |
| 4-Mar-08 | Velobind Expense | 5094 | $3.00 |
| 17-Apr-08 | Velobind Expense | 5094 | $9.00 |
| 9-May-08 | Velobind Expense | 5094 | $6.00 |
| | | **5094 Total** | $252.00 |
| 31-Aug-01 | Postage Expense | 5095 | $1.36 |
| 30-Sep-01 | Postage Expense | 5095 | $0.34 |
| 31-Oct-01 | Postage Expense | 5095 | $2.27 |
| 31-Dec-01 | Postage Expense | 5095 | $0.68 |
| 19-Feb-02 | Postage Expense | 5095 | $1.02 |
| 28-Mar-02 | Postage Expense | 5095 | $15.76 |
| 31-Mar-03 | Postage Expense | 5095 | $1.52 |
| 30-Apr-03 | Postage Expense | 5095 | $19.37 |
| 30-May-03 | Postage Expense | 5095 | $0.74 |
| 27-Jun-03 | Postage Expense | 5095 | $11.60 |
| 29-Jul-03 | Postage Expense | 5095 | $0.37 |
| 29-Aug-03 | Postage Expense | 5095 | $6.51 |
| 30-Sep-03 | Postage Expense | 5095 | $0.37 |
| 28-Oct-03 | Postage Expense | 5095 | $0.74 |
| 28-Oct-04 | Postage Expense | 5095 | $0.37 |
| 29-Dec-04 | Postage Expense | 5095 | $1.20 |
| 28-Jan-05 | Postage Expense | 5095 | $0.74 |
| 25-Feb-05 | Postage Expense | 5095 | $1.98 |
| 23-Mar-05 | Postage Expense | 5095 | $28.78 |
| 1-Apr-05 | Postage Expense | 5095 | $3.85 |
| 27-Apr-05 | Postage Expense | 5095 | $31.51 |
| 7-May-05 | Postage Expense | 5095 | $8.16 |
| 26-Jun-05 | Postage Expense | 5095 | $1.29 |
| 18-Jul-05 | Postage Expense | 5095 | $0.37 |
| 29-Aug-05 | Postage Expense | 5095 | $1.85 |

| Date | Description | Code | Amount |
|---|---|---|---|
| 6-Sep-05 | Postage Expense | 5095 | $3.60 |
| 23-Nov-05 | Postage Expense | 5095 | $29.76 |
| 20-Dec-05 | Postage Expense | 5095 | $16.21 |
| 17-Apr-06 | Postage Expense | 5095 | $1.80 |
| 28-Sep-06 | Postage Expense | 5095 | $8.40 |
| 25-Oct-06 | Postage Expense | 5095 | $23.28 |
| 1-Nov-06 | Postage Expense | 5095 | $0.39 |
| 20-Nov-06 | Postage Expense | 5095 | $7.56 |
| 20-Dec-06 | Postage Expense | 5095 | $1.11 |
| 26-Jan-07 | Postage Expense | 5095 | $18.77 |
| 28-Feb-07 | Postage Expense | 5095 | $2.28 |
| 7-Aug-07 | Postage Expense | 5095 | $0.41 |
| 11-Sep-07 | Postage Expense | 5095 | $0.82 |
| 30-Oct-07 | Postage Expense | 5095 | $9.20 |
| 1-Nov-07 | Postage Expense | 5095 | $4.10 |
| 8-Jan-08 | Postage Expense | 5095 | $2.87 |
| 26-Mar-08 | Postage Expense | 5095 | $2.87 |
| 30-Apr-08 | Postage Expense | 5095 | $8.51 |
| 6-May-08 | Postage Expense | 5095 | $1.65 |
|  |  | **5095 Total** | **$286.34** |
| 31-Jan-05 | Color Copy Expense | 5096 | $68.00 |
| 20-Dec-05 | Color Copy Expense | 5096 | $500.00 |
|  |  | **5096 Total** | **$568.00** |
| 15-Apr-04 | Video Copy Expense | 5097 | $40.00 |
|  |  | **5097 Total** | **$40.00** |
| 4-Aug-06 | Postage Expense | 5095C | $1.56 |
| 28-Sep-06 | Postage Expense | 5095C | $0.00 |
|  |  | **5095C Total** | **$1.56** |
|  |  | **Grand Total** | **$130,543.07** |

| SUMMARY |
| --- |
| Acct # Account Name |
| 5002 Charts & Records |
| 5003 Photocopies |
| 5004 Postage |
| 5005 Telephone |
| 5006 Travel Local |
| 5009 Fees Court |
| 5011 Transcript |
| 5012 Serv. Process |
| 5013 Sheriff Fee |
| 5014 Client Soft Costs |
| 5015 Witness Fee |
| 5023 Messenger Service |
| 5024 Recording Fee |
| 5030 Documents/Graphics |
| 5035 Depositions |
| 5039 Misc. Expense |
| 5043 Expert Opinion |
| 5045 Meals |
| 5046 Travel |
| 5048 Lodging |
| 5051 Arbitration Fee |
| 5060 Filing Fee |
| 5077 Research Expense |
| 5078 Outside Legal Serv. |
| 5079 Outside Prof. Serv. |
| 5090 Photocopy Recovery |
| 5091 Fax Recovery |
| 5092 Telephone Recovery |
| 5093 Messenger Recovery |
| 5094 Velobind Recovery |
| 5095 Postage Recovery |
| 5096 Color Copy Recovery |
| 5097 Video Copy Recovery |