# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ST. PAUL MERCURY INSURANCE COMPANY and PACK AND PROCESS, INC. : : : : : v. : : MALY YAN : ************************************ : YAN THOU, et al. : : v. : : PACK & PROCESS, INC., et al. : | Case No. 05-0022 (MPT) Case No. 05-00513 (MPT) CONSOLIDATED CASES |

## ORDER APPROVING SETTLEMENT AND COMPROMISE OF WRONGFUL DEATH AND SURVIVAL ACTIONS AND DESIGNATION OF BENEFICIARIES

**AND NOW**, this _____ day of _____, 2008, upon consideration of the Petition to Settle and Compromise Wrongful Death and Survival Actions and designate beneficiaries, it is hereby **ORDERED** and **DECREED** that Petitioner is authorized to enter into a settlement with Defendant**,** Richard P. Reistle, SR., and Pack & Process, Inc. in the gross sum of $4 (four) million, five hundred thousand dollars.

**IT IS FURTHER ORDERED** and **DECREED** that the settlement amounts, costs, and distributions for the following Estates are approved:

TO:   Yan Thou, Executor of the Estates of Oeurn Mam and Navy Yan and the personal injury claim of Bay Thi Nguyen, $2,250,000.00, minus the $750,000.00 attorney fee, minus $130,243.01 for costs, which equals $1,369,756.99.

TO:   Thorn B. Khem, Executor of the Estate of Lam Khem, $250,000.00, minus the $83,333.33 attorney fee, minus $4,203.03 for costs, which equals $162,463.64.

TO:   Soly Chan, Executor of the Estate of Lang Khem a/k/a Lang Chhay, $250,000.00, minus the $83,333.33 attorney fee, minus $4,203.03 for costs, which equals $162,463.64.

TO:   Salim Kahn and Mohammed Sardar Kahn, as the Executors of the Estate of Mohammed Azim, $250,000.00, minus the $83,333.33 attorney fee, minus $1,980.00 for costs, which equals $164,686.67.

**IT IS FURTHER ORDERED** and **DECREED** settlement funds be held in the escrow account of the attorneys offices who represent the respective Estates, provided that no funds shall be distributed to the Executor or any Wrongful Death Act beneficiaries or the Survival Act beneficiaries until such time as an appropriate court in Pennsylvania, where the estates were raised, approves of the percentage of funds to be divided between the Wrongful Death Act and Survival Act and the amount of funds to be distributed to the beneficiaries.

_____
J.