IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

---

ST. PAUL MERCURY INSURANCE :
COMPANY and PACK AND :
PROCESS, INC. : Case No. 05-0022 (MPT)
 : Case No. 05-00513 (MPT)
v. :
 : CONSOLIDATED CASES
MALY YAN :
************************************* :
YAN THOU, et al. :
 :
  v. :
 :
PACK & PROCESS, INC., et al. :
 :

---
 :

### CERTIFICATE OF SERVICE

  I hereby certify that on this 19th day of June, 2008, I served a copy of the Petition for

Approval of Settlement and Order for Distribution of in the Action of a Decedent, by United

States first class mail, postage prepaid upon:


James A. Young, Esquire/Samantha Conway
CHRISTIE PABARUE MORTENSEN & YOUNG
1880 JFK Boulevard, 10th Floor
Philadelphia, PA 19103
Attorneys for Defendant Pack & Process, Inc.

Kevin McNulty, Esquire
Gerolamo, McNulty, Divis & Lewbart
1401 Walnut Street, Suite 630
Philadelphia, PA 19102
Atty for Dft. Maly Yan

Robert S. Miller, Esquire
Wapner Newman Wigrizer & Brecher
115 So. 21st Street
Philadelphia, PA 19103-4483
Atty for Plaintiffs, Uchalee Vong and Lawrence Vong, h/w and Donkeo Phravichit

Warren I. Siegel, Esquire
Bernhardt & Rothermel, PC
1515 Market Street, Suite 1540
Philadelphia, PA 19102
Atty for Plaintiffs Kusti Leman, Asan H. Oh, Tjajah Chandra and Lani Chandra

Richard Costigan, Esquire
Costigan & Costigan
1222 Spruce Street, Unit 1
Philadelphia, PA 19107
Atty for Plaintiff Zair Shah, Khan Gul, Salim Khan, Mohammad Khan,
Azim Mohammad and Rahmat

Steven Dranoff, Esquire
Dranoff-Perstein Associates
121 South Broad Street, Suite 1210
Philadelphia, PA 19107
Atty for Plaintiff Soly Chan and Thorn Bun Khem

Respectfully submitted,

**KLINE & SPECTER, P.C.**

**By:** _____/s/ Royce W. Smith_____
           SHANIN SPECTER, ESQUIRE
           JONATHAN COHEN, ESQUIRE
           ROYCE W. SMITH, ESQUIRE
           Attorneys for Plaintiff

**WEISS & SAVILLE, P.A.**

**By:** _____/s/ Yvonne Tabvorian Saville_____

**YVONNE     TAKVORIAN     SAVILLE,**

_____
**ESQUIRE**

1220 Market Street, Suite 604
P.O. Box 370
Wilmington, DE 19899

*Attorney for Plaintiffs*