# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **ST. PAUL MERCURY INSURANCE**<br>**COMPANY and PACK AND**<br>**PROCESS, INC.,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**MALY YAN**<br><br>**Defendant.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  **Case No. 05-0022 (MPT)** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| **YAN THOU, et al.,**<br><br>          **Plaintiffs,**<br><br>**v.**<br><br>**PACK & PROCESS, INC., et al.,**<br><br>          **Defendants**. | )<br>)<br>)<br>)<br>)  **Case No. 05-00513 (MPT)**<br>)<br>)  **CONSOLIDATED CASES**<br>)<br>) |

## STIPULATED ORDER

IT IS HEREBY STIPULATED AND AGREED, subject to the approval and order of the Court, that the date by which Plaintiffs St. Paul Mercury Insurance Company and Pack and Process, Inc. may file their response to the Petition to Approve Settlement and Compromise of Wrongful Death and Survival Actions and Designation of Beneficiaries [D.I. 205] is extended through to and including July 31, 2008.

**BIFFERATO GENTILOTTI LLC**     **WEISS & SAVILLE**


By: /s/ Chad J. Toms                          By: /s/ Yvonne Takvorian Saville
  Ian Connor Biffferato (#3273)            Yvonne Takvorian Saville (#3430)
  Chad J. Toms (#4155)                       1220 Market Street, Suite 604
  800 N. King Street, Plaza Level            P.O. Box 370
  Wilmington, DE 19801                       Wilmington, DE 19899-0370
  (302) 429-1900                             (302) 656-0400

**PERRY & SENSOR**


By: /s/ Michael L. Sensor
  Michael L. Sensor (#3541)
  First Federal Plaza, Suite 560
  P.O. Box 1568
  Wilmington, DE 19899-1568
  (302) 656-4482




  SO ORDERED THIS _____ DAY OF JULY, 2008.


                 _____
                 J.