IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ST. PAUL MERCURY INSURANCE COMPANY and PACK AND PROCESS, INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | Case No. 05-0022 (MPT) |
| MALY YAN | ) ) | |
| Defendant. | ) | |
| ************************************ | | |
| YAN THOU, et al., | ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) ) | Case No. 05-00513 (MPT) |
| PACK & PROCESS, INC., et al., | ) ) ) | CONSOLIDATED CASES |
| Defendants. | ) | |

## SUBSTITUTION OF COUNSEL

PLEASE WITHDRAW the appearance of Chad J. Toms, Esquire as counsel on behalf of Plaintiffs St. Paul Mercury Insurance Company and Pack and Process, Inc. in the above-captioned action; and

PLEASE ENTER the appearance of Raj Srivatsan, Esquire as counsel on behalf of Plaintiffs St. Paul Mercury Insurance Company and Pack and Process, Inc. in the above-captioned action.

| | |
|---|---|
| BIFFERATO GENTILOTTI LLC | BIFFERATO GENTILOTTI LLC |
| /s/ Chad J. Toms | /s/ Raj Srivatsan |
| Chad J. Toms, Esquire (ID #4155) | Raj Srivatsan, Esquire (ID #4917) |
| 800 N. King Street | 800 N. King Street |
| PO Box 2165 | PO Box 2165 |
| Wilmington, DE 19899-2165 | Wilmington, DE 19899-2165 |
| 302-429-1900 | 302-429-1900 |