## CERTIFICATE OF SERVICE

I, Chad J. Toms, hereby certify this 17th day of July 2008, that copies of the foregoing

*Substitution of Counsel were* caused to be served upon the following via electronic filing:

Yvonne Takvorian Saville, Esq.
1220 N. Market Street, Suite 604
P.O. Box 370
Wilmington, DE 19801

Michael L. Sensor, Esq.
Perry & Sensor
Suite 560, First Federal Plaza
P.O. Box 1568
Wilmington, DE 19899

Jonathan M. Cohen, Esquire
Royce Smith, Esquire
Kline & Spector
The Nineteenth Floor
1525 Locust Street
Philadelphia, PA 19102

/s/ Chad J. Toms
Chad J. Toms, Esquire (I.D. No. 4155)