IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ST. PAUL MERCURY INSURANCE COMPANY and PACK AND PROCESS, INC.<br><br>v.<br><br>MALY YAN<br>*************************************<br>YAN THOU, et al.<br><br>v.<br><br>PACK & PROCESS, INC., et al. | Case No. 05-0022 (MPT)<br>Case No. 05-00513 (MPT)<br>CONSOLIDATED CASES |

**PROPOSED ORDER ON RESPONSE OF ST. PAUL MERCURY INSURANCE COMPANY AND PACK AND PROCESS, INC. TO THE PETITION TO APPROVE SETTLEMENT AND COMPROMISE OF WRONGFUL DEATH AND SURVIVAL ACTIONS AND DESIGNATION OF BENEFICIARIES**

AND NOW, this _____ day of _____, 2008, upon consideration of the Petition to Approve Settlement and Compromise of Wrongful Death and Survival Actions and Designation of Beneficiaries (the "Petition"), it is hereby **ORDERED** that the relief requested by Plaintiffs' Response is hereby GRANTED.

**IT IS FURTHER ORDERED** that Petitioners shall re-file the Petition on or by _____ day of _____, 2008 along with an appended form of settlement agreement and related releases that Petitioners can represent as agreeable to both parties, or which clearly and adequately addresses the concerns raised by the Response.

_____
J.