## CERTIFICATE OF SERVICE

I, Ian Connor Bifferato, hereby certify that on this 31st day of July, 2008, I served copies of the *Response of St. Paul Mercury Insurance Company and Pack and Process, Inc. to Petition to Approve Settlement and Compromise of Wrongful Death and Survival Actions and Designation of Beneficiaries,* by United States first class mail, postage prepaid upon the following:

Kevin McNulty, Esquire
Gerolamo, McNulty, Divis & Process, Inc.
1401 Walnut Street, Suite 630
Philadelphia, PA 19102

Steven M. Dranoff, Esquire
Dranoff Associates
121 S. Broad Street, Suite 1210
Philadelphia, PA 19107

James A. Young, Esquire
Christine Pabarue Mortensens & Young
1880 JFK Coulevard, 10th Floor
Phhiladelphia, PA 19103

Royce W. Smith, Esquire
Kline & Specter, P.C.
The Nineteenth Floor
1525 Locust Street
Philadelphia, PA 19102

Michael L. Sensor, Esq.
Perry & Sensor
Suite 560, First Federal Plaza
P.O. Box 1568
Wilmington, DE 19899

Robert S. Miller, Esquire
Wapner, Newman, Wigrizer & Brecher
115 South 21st Street
Philadelphia, PA 19103

Richard Costigan, Esquire
Costigan & Costigan
1315 Walnut Street
Philadelphia, PA 19107

Warren I. Seigel, Esquire
Bernhardt & Rothermel, P.C.
1515 Market Street, Suite 1540
Philadelphia, PA 19102

Yvonnne Tabvorian Saville, Esquire
Weiss & Saville, P.A.
1220 Market Street, Suite 604
P.O. Box 370
Wilmington, DE 19899

Frank Deasey, Esquire
Deasey, Mahoney & Bender, Ltd.
1800 John F. Kennedy Boulevard, Suite 1300
Philadelphia, PA 19103-297

/s/ Ian Connor Bifferato
Ian Connor Bifferato, Esquire (#3273)