IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ST. PAUL MERCURY INSURANCE COMPANY, and PACK AND PROCESS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> MALY YAN, <br><br> Defendant. <br>_____<br> YAN THOU, et al., <br><br> Plaintiffs, <br><br> v. <br><br> PACK & PROCESS, INC., et al., <br><br> Defendants. | : <br> : <br> : <br> : <br> : <br> : Civil Action No. 05-22-MPT <br> : (Lead Case) <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : Civil Action No. 05-513-MPT <br> : <br> : CONSOLIDATED CASES <br> : |

## ORDER

At Wilmington this **6th** day of **August, 2008,**

IT IS ORDERED that a teleconference has been scheduled for **Monday, August 11, 2008 at 4:00 p.m.** with Judge Thynge to discuss this matter. **Michael L. Sensor, Esquire shall initiate the teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

      /s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE