IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ST. PAUL MERCURY INSURANCE COMPANY and PACK AND PROCESS, INC. | : Case No. 05-0022 (KAJ) : : : |
| v. | : : |
| MALY YAN, | : : |
| * * * * * * * * * * * * * * * * * * * * * * * * | : : Case No. 05-00513 (KAJ) |
| YAN THOU, et al. | : : |
| v. | : : CONSOLIDATED CASES |
| PACK & PROCESS, Inc., et al. | : |

## SUBSTITUTION OF COUNSEL

PLEASE WITHDRAW the appearance of Ian Connor Bifferato, Esquire, Raj Srivatsan, Esquire, and the firm of Bifferato Gentilotti, LLC as counsel on behalf of Plaintiffs, St. Paul Mercury Insurance Company and Pack and Process, Inc., in the above captioned action; and

PLEASE ENTER the appearance of Chad J. Toms, Esquire, and the firm of Whiteford Taylor Preston, LLC as counsel on behalf of Plaintiffs, St. Paul Mercury Insurance Company and Pack and Process in the above captioned action.

| BIFFERATO GENTILOTTI LLC | WHITEFORD TAYLOR PRESTON, LLC |
|---|---|
| /s/   Raj Srivatsan | /s/ Chad J. Toms |
| Ian Connor Bifferati, Esquire (ID #3273) | Chad J. Toms (ID #4155) |
| Raj Srivatsan, Esquire (ID #4917) | Whiteford Taylor & Preston, LLC |
| 800 North King Street | 1220 North Market Street |
| P. O. Box 2165 | Suite 608 |
| Wilmington, DE   19899-2165 | Wilmington, DE 19801 |
| 302-429-1900 | (302) 482-8753 |
| | ctoms@wtplaw.com |

Dated:  August 7, 2008

*1808102*