**CERTIFICATE OF SERVICE**

      I, Chad J. Toms, hereby certify this 7th day of August, 2008, that copies of the following

*Substitution of Counsel* were caused to be served upon the following via electronic filing:

| | |
|---|---|
| Yvonne Takvorian Saville, Esquire | Jonathan M. Cohen, Esquire |
| 1220 N. Market Street | Roy Smith, Esquire |
| Suite 604 | Kline & Spector |
| P. O. Box 270 | The Nineteenth Floor |
| Wilmington, DE   19801 | 1525 Locust Street |
| | Philadelphia, PA   19102 |
| Michael L. Sensor, Esquire | |
| Perry & Sensor | Ian Connor Bifferati, Esquire |
| Suite 560 | Raj Srivatsan, Esquire |
| First Federal Plaza | 800 North King Street |
| P. O. Box 1568 | P. O. Box 2165 |
| Wilmington, DE   19899 | Wilmington, DE   19899-2165 |

                                        /s/ Chad J. Toms
                                    Chad J. Toms, Esquire (I.D. No. 4155)

*1808107*