# WHITEFORD, TAYLOR & PRESTON L.L.C.

1220 N. MARKET STREET, SUITE 608
WILMINGTON, DE 19801

MAIN TELEPHONE (302) 353-4144
FACSIMILE (302)-661-7950

CHAD J. TOMS
COUNSEL
DIRECT LINE (302) 482-8753
DIRECT FAX (302) 258-0835
ctoms@wtplaw.com

BALTIMORE, MD*
COLUMBIA, MD*
FALLS CHURCH, VA*
TOWSON, MD*
WASHINGTON, DC*
WILMINGTON, DE

WWW.WTPLAW.COM
(800) 987-8705

August 28, 2008

Via Electronic Filing

The Honorable Mary Pat Thynge
J. Caleb Boggs Federal Building
844 N. King Street, Room 6100
Lockbox 8
Wilmington, DE 19801

   Re:   St. Paul Mercury Insurance Company, et al. v. Maly Yan, et al.
         C.A. No 05-22-MPT

Dear Judge Thynge:

   I write to inform Your Honor that the parties have reached consensus on the language to be contained in a Settlement Agreement, for the above referenced matter. The parties jointly believe that there is no need for the Court to convene a teleconference today as established in the Order dated August 21, 2008. Therefore, the parties respectfully request that the Court vacate the Order and cancel the teleconference.

   Counsel are available at the convenience of the Court.

                                Respectfully submitted,

                                Chad J. Toms (#4155)

CJT/
cc:   Via Electronic Mail
      Michael L. Sensor, Esquire
      Yvonne Takvorian Saville, Esquire
      Henri Marcel, Esquire

*Whiteford, Taylor and Preston L.L.C. is a limited liability company. Our offices outside of Delaware operate under a separate Maryland limited liability partnership, Whiteford, Taylor & Preston L.L.P.

August 28, 2008
Page 2

    Jonathan Cohen, Esquire
    Royce Smith, Esquire
    Steven M. Dranoff, Esquire
    Richard Costigan, Esquire
    Warren L. Siegel, Esquire
    Robert S. Miller, Esquire