## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ST. PAUL MERCURY INSURANCE COMPANY, and PACK AND PROCESS, INC., | : : : : | |
| Plaintiffs, | : : | |
| v. | : : | Civil Action No. 05-22-MPT (Lead Case) |
| MALY YAN, | : : : | |
| Defendant. | : : | |
| YAN THOU, et al., | : : | |
| Plaintiffs, | : : | |
| v. | : : | Civil Action No. 05-513-MPT |
| PACK & PROCESS, INC., et al., | : : | CONSOLIDATED CASES |
| Defendants. | : | |

## **ORDER**

At Wilmington this **28th** day of **August, 2008,**

IT IS ORDERED that the teleconference scheduled for Thursday, August 28, 2008 at 3:00 p.m. with Judge Thynge is cancelled.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

                                                    /s/ Mary Pat Thynge  
                                                    UNITED STATES MAGISTRATE JUDGE