## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ST. PAUL MERCURY INSURANCE COMPANY, and PACK AND PROCESS, INC., | : : : : |
| Plaintiffs, | : : |
| v. | : Civil Action No. 05-22-MPT : (Lead Case) |
| MALY YAN, | : : |
| Defendant. | : : |
| YAN THOU, et al., | : : |
| Plaintiffs, | : : |
| v. | : Civil Action No. 05-513-MPT : |
| PACK & PROCESS, INC., et al., | : CONSOLIDATED CASES : |
| Defendants. | : |

## **ORDER**

At Wilmington this **11th** day of **September, 2008,**

IT IS ORDERED that a teleconference has been scheduled for **Monday, September 15, 2008 at 9:30 a.m.** with Judge Thynge. **Plaintiff's counsel shall initiate the teleconference call to 302-573-6173.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE