# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ST. PAUL MERCURY INSURANCE COMPANY, and PACK AND PROCESS, INC., | : |
| | : |
| | : |
| | : |
| Plaintiffs, | : |
| | : |
| v. | : Civil Action No. 05-22-MPT |
| | : (Lead Case) |
| MALY YAN, | : |
| | : |
| Defendant. | : |
| _____ | : |
| YAN THOU, et al., | : |
| | : |
| Plaintiffs, | : |
| | : |
| v. | : Civil Action No. 05-513-MPT |
| | : |
| PACK & PROCESS, INC., et al., | : CONSOLIDATED CASES |
| | : |
| Defendants. | : |

## ORDER

At Wilmington this **15th** day of **September, 2008,**

IT IS ORDERED that a teleconference has been scheduled for **Monday, September 22, 2008 at 5:30 p.m.** with Judge Thynge. **Chad Toms, Esquire shall initiate the teleconference call to 302-573-6173.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE